# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| In re: PARAQUAT PRODUCTS LIABILITY LITIGATION | Case No. 3:21-md-3004-NJR |
| This document Relates to All Cases | MDL No. 3004 |

## SYNGENTA DEFENDANTS' RULE 7.1 DISCLOSURE STATEMENT

Pursuant to Federal Rule of Civil Procedure 7.1, Counsel of record for Syngenta Corporation, Syngenta Crop Protection, LLC, and Syngenta Seeds, LLC ("Syngenta") hereby discloses the following organizational interests:

1. Its parent companies or corporations:

   i. Syngenta Crop Protection, LLC is a wholly owned U.S. subsidiary of Syngenta Seeds, LLC.

   ii. Syngenta Seeds, LLC is a wholly owned U.S. subsidiary of Syngenta Corporation.

   iii. Syngenta Crop Protection, LLC, Syngenta Seeds, LLC, and Syngenta Corporation are wholly owned subsidiaries, either directly or indirectly, of Syngenta AG, a Swiss Corporation.

   iv. Syngenta AG is a wholly owned subsidiary of Syngenta Group Co., Ltd.

2. No publicly held corporation owns 10% or more of Syngenta Group Co., Ltd.'s stock.

Dated June 21, 2021

Respectfully Submitted,

*/s/ Ragan Naresh*
Ragan Naresh
KIRKLAND AND ELLIS LLP
1301 Pennsylvania Ave., N.W.
Washington, D.C. 20004
Tel: 202-389-2000
Fax: 202-389-2500
ragan.naresh@kirkland.com

*Counsel for Defendants Syngenta Corporation, Syngenta Seeds, LLC, and Syngenta Crop Protection LLC*

## **CERTIFICATE OF SERVICE**

  I certify that on June 21, 2021, I electronically filed the foregoing with the Clerk of this Court by using the CM/ECF system, which will provide notice to all users of record.

               */s/ Ragan Naresh*
               Ragan Naresh