**IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS**

| | | |
|---|---|---|
| In re: PARAQUAT PRODUCTS LIABILITY LITIGATION | ) ) ) ) ) ) | Case No. 3:21-MD-3004-NJR **MDL No. 3004** |
| This Document Relates to All Cases | ) | |

**ENTRY OF APPEARANCE**

COMES NOW Kaitlin A. Bridges of Gray, Ritter & Graham, P.C. and enters her appearance as counsel for Plaintiff Charles Strickland.

Dated: June 23, 2021          Respectfully Submitted,

By:  /s/ Kaitlin A. Bridges

**GRAY, RITTER & GRAHAM, P.C.**

Don M. Downing, #30405 (MO)
Gretchen Garrison, #33963 (MO)
Thomas K. Neill, #51959 (MO)
Cort A. VanOstran, Bar #67276 (MO)
Kaitlin A. Bridges, Bar #60861 (MO)
701 Market Street, Suite 800
St. Louis, Missouri 63101
Telephone: (314) 241-5620
Facsimile: (314) 241-4140
ddowning@grgpc.com
ggarrison@grgpc.com
tneill@grgpc.com
cvanostran@grgpc.com
kbridges@grgpc.com

**HARE WYNN NEWELL & NEWTON**

Scott Powell, *pro hac vice forthcoming*
Jason Earley, *pro hac vice forthcoming*
Tempe Smith, *pro hac vice forthcoming*
Christopher S. Randolph, Jr., *pro hac vice forthcoming*
2025 3rd Ave. North, Suite 800
Birmingham, AL 35203
Telephone: (205) 328-5330
scott@hwnn.com
jason@hwnn.com
tempe@hwnn.com
chris@hwnn.com

**STUEVE SIEGEL HANSON LLP**

Patrick J. Stueve, #37682 (MO)
Stephen Six, *pro hac vice forthcoming*
Rachel E. Schwartz, *pro hac vice forthcoming*
460 Nichols Road, Suite 200
Kansas City, Missouri 64112
Telephone: (816) 714-7100
Facsimile: (816) 714-7101
stueve@stuevesiegel.com
six@stuevesiegel.com
schwartz@stuevesiegel.com

**GRAY REED & MCGRAW LLP**

William B. Chaney, *pro hac vice forthcoming*
Andrew K. York, *pro hac vice forthcoming*
Sonya Reddy, *pro hac vice forthcoming*
4600 Thanksgiving Tower
1601 Elm Street
Dallas, Texas 75201
Telephone: (214) 954-4135
wchaney@grayreed.com
dyork@grayreed.com
sreddy@grayreed.com

## **CERTIFICATE OF SERVICE**

The undersigned hereby certifies that on the 23rd day of June 2021, the foregoing was filed electronically with the Clerk of Court to be served by the operation of the Court's electronic filing system upon all counsel of record.

/s/  Kaitlin A. Bridges