IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| In re: PARAQUAT PRODUCTS LIABILITY LITIGATION | Case No. 3:21-md-3004-NJR |
| This Document Relates to All Cases | MDL No. 3004 |

# CASE MANAGEMENT ORDER NO. 3

**ROSENSTENGEL, Chief Judge:**

The undersigned issues this third Case Management Order to give the parties notice and an opportunity to be heard regarding the appointment of a special master.

Plaintiffs in these cases allege injuries, including the development of Parkinson's disease, caused by exposure to the herbicide paraquat. Currently, 146 cases are pending that were filed in this Court, have been transferred to this Court, or are subject to a Conditional Transfer Order to this Court. There are additional related cases currently pending in state-court dockets in California and Illinois. The Court expects many additional cases to be filed over the next several months.

Because of the quantity and complexity of these related cases, and the common interest in a fair and expeditious resolution, the Court has determined that it would be beneficial to appoint a special master, at the expense of the parties, to assist the Court. *See* FED. R. CIV. P. 53. Such appointments are standard in products liability multidistrict litigation. *See, e.g.*, Order, *In re: Juul Labs, Inc., Marketing, Sales Practices, and Prods. Liab. Litig.*, MDL No. 2913 (N.D. Cal., June 19, 2020); Order, *In re: Zantac (Ranitidine) Prods. Liab.*

*Litig.*, MDL No. 2924 (S.D. Fla., Mar. 20, 2020); Order, *In re: 3M Combat Arms Earplug Prods. Liab. Litig.*, MDL. No. 2885 (N.D. Fla., Oct. 15, 2019).

The Court believes that Randi S. Ellis of Randi S. Ellis, LLC (www.randiellis.com) is well-qualified to serve as special master. The Court has worked with Ms. Ellis for several years on a mass action docket, class actions, and other complex litigation. The Court finds that she possesses the skills, knowledge, and work ethic to assist the Court with various aspect of this matter. Ms. Ellis's dedication to this case will be extremely valuable to the Court and the parties.

Accordingly, the Court directs the parties that objections, if any, to the appointment of Ms. Ellis shall be filed by **July 13, 2021**. If any objections are filed, then the Court will decide if additional information or a response is necessary before setting the objection(s) for hearing.

**IT IS SO ORDERED.**

DATED: July 6, 2021

_____
**NANCY J. ROSENSTENGEL**
**Chief U.S. District Judge**