IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| In re: PARAQUAT PRODUCTS LIABILITY LITIGATION<br><br>This Document Relates to All Cases | Case No. 3:21-md-3004-NJR<br><br>MDL No. 3004 |

# CASE MANAGEMENT ORDER NO. 5

**ROSENSTENGEL, Chief Judge:**

At the status conference held earlier today, the Court imposed the following deadlines:

1. Lead counsel for each party shall agree on a proposed protective order no later than **Friday, July 30, 2021**. If counsel are unable to agree on the appropriate language by that date, they shall, on or before **Friday, July 30, 2021**, submit a joint written statement—not to exceed **3 pages**—to the Court at ParaquatMDL@ilsd.uscourts.gov and explain the areas of disagreement.

2. Once the Court enters the protective order, Defendants shall have **7 days** to submit the *Hoffmann* document production, including all discovery, deposition transcripts, expert reports, and pleadings, to a document depository.

3. The parties' position papers referenced in Case Management Order No. 1 (p. 5) shall be submitted *ex parte* to the undersigned at ParaquatMDL@ilsd.uscourts.gov on or before **Friday, August 6, 2021**. Each position paper shall not exceed **20 pages**.

4. The parties shall continue working on a Coordination Order, ESI Protocol, and

Plaintiffs' Fact Sheet and are encouraged to reach out to the Special Master, Randi Ellis, for assistance as needed.

5. Questions regarding case filings, case transfers, or other filing issues shall be directed to Jessica Robertson at Jessica_Robertson@ilsd.uscourts.gov or (618) 482-9434 or Mary Rakers at Mary_Rakers@ilsd.uscourts.gov or (618) 482-9229.

6. The next status conferences will be held:

- **Friday, August 27, 2021, at 10 a.m.**
- **Friday, September 24, 2021, at 10 a.m.**
- **Friday, October 29, 2021, at 10 a.m.**

**IT IS SO ORDERED.**

**DATED:** July 23, 2021

_____
**NANCY J. ROSENSTENGEL**
**Chief U.S. District Judge**