# APPENDIX

# TABLE OF CONTENTS

**Page**

I.   **TIME BARRED CLAIMS** ............................................................................................... 1

   **Statutes of Repose** ..................................................................................................... 1

      Illinois ....................................................................................................................... 1

      Indiana ...................................................................................................................... 3

      Tennessee .................................................................................................................. 4

      Iowa .......................................................................................................................... 5

      Georgia ...................................................................................................................... 6

      North Carolina .......................................................................................................... 7

      Connecticut ............................................................................................................... 8

   **Statutes of Limitations** .............................................................................................. 9

      Alabama ..................................................................................................................... 9

      Maine ...................................................................................................................... 10

      Michigan ................................................................................................................. 11

      Mississippi .............................................................................................................. 12

      Nebraska .................................................................................................................. 13

      New York ................................................................................................................ 14

   **Warranty and Consumer Protection** ....................................................................... 15

      Warranty Claims ..................................................................................................... 15

      Consumer Protection Claims .................................................................................. 28

II.   **NUISANCE CLAIMS** ................................................................................................ 30

III.   **CHEVRON-SPECIFIC ARGUMENTS** ................................................................... 35

      Complete Dismissal ................................................................................................ 35

      Dismissal of Warranty Claims ............................................................................... 37

      Dismissal of Consumer Protection Claims ............................................................ 38

      Dismissal of Strict Liability Claims ...................................................................... 38

IV.   **DERIVATIVE CLAIMS** ............................................................................................ 40

i

The <u>Illinois</u> ten-year statute of repose bars the strict liability counts in the following cases:

- Cases filed in Illinois and governed by Illinois substantive law because the alleged exposure and/or injury occurred in Illinois, *see Gregory v. Beazer E.*, 384 Ill. App. 3d 178, 200 (2008) (applying "most significant relationship" test to determine choice-of-law for statute of repose in products liability action):

| Case | Counts | Complaint Cites |
|------|--------|-----------------|
| *Runyon v. Syngenta Crop Protection, LLC*,     No. 21-pq-549 | 1, 2, 7, 8 | ¶¶ 7, 11, 17, 95, 104, 114, 122, 133, 158 (Illinois connections); ¶ 163 (exposure period 1985-1995) |
| *Kearns v. Syngenta Crop Protection LLC*,     No. 21-pq-550 | 1, 2, 7, 8, 13, 14, 19, 20, 25, 26, 31, 32 | ¶¶ 1-3, 140 (Illinois connections); ¶¶ 140-42 (exposure period 1967-1981) |
| *Durbin v. Syngenta Crop Protection LLC*,     No. 21-pq-551 | 1, 2, 7, 8 | ¶¶ 1, 2, 3, 137, 139-141, 195-196, 201-202 (Illinois connections); ¶ 129 (exposure period 1983-2002) |
| *Willyard v. Syngenta AG*,     No. 21-pq-715 | 1, 2, 7, 8 | ¶¶ 1, 129 (Illinois connections); ¶ 129 (exposure period 1971-1975) |
| *Burnette v. Syngenta Crop Protection, LLC*,     No. 21-pq-822 | 1, 2, 7, 8 | ¶¶ 5, 128 (Illinois connections); ¶ 128 (exposure period 1970-1996) |
| *Adams v. Syngenta Crop Protection LLC*,     No. 21-pq-828 | 1, 2, 5, 6 | ¶¶ 3, 4, 129 (Illinois connections); ¶ 129 (exposure period 1960s-1980s) |
| *Tippey v. Syngenta Crop Protection LLC*,     No. 21-pq-829 | 1, 2, 7, 8 | ¶¶ 3-4, 140, 140, 142-44, 202, 208 (Illinois connections); ¶ 133 (exposure period 1980-1984) |
| *Barber v. Syngenta Crop Protection LLC*,     No. 21-pq-830 | 1, 2, 7, 8 | ¶¶ 3, 4, 135, 140, 201-202, 207-208 (Illinois connections); ¶ 134 (exposure period 1964-1979) |
| *Douglas v. Syngenta Crop Protection, LLC*,     No. 21-pq-833 | 2, 3 | ¶¶ 2, 4, 14, 17-18, 35, 130-33, 150 (Illinois connections); ¶ 113 (exposure period 1992-1993) |

1

| *Stanton v. Syngenta Crop Protection, LLC,*<br>    No. 21-pq-835 | 2, 3 | ¶¶ 2, 4, 14, 17-18, 35, 114, 130-133, 150 (Illinois connections);<br>¶ 113 (exposure period 1956-1972) |
|---|---|---|
| *Fuller v. Syngenta Crop Protection, LLC,*<br>    No. 21-pq-836 | 2, 3 | ¶¶ 2, 4, 14, 17-18, 35, 130-133, 150 (Illinois connections);<br>¶ 113 (exposure period 1977-mid-2000s) |
| *Shea v. Syngenta Crop Protection LLC,*<br>    No. 21-pq-840 | 1, 2, 7, 8 | ¶¶ 12, 13, 14 (Illinois connections);<br>¶ 15 (exposure period 1970s-1980s) |
| *Bankston v. Syngenta Crop Protection, Inc.,*<br>    No. 21-pq-843 | 2, 3 | ¶¶ 2, 4, 14, 17-18, 35, 130-133, 150 (Illinois connections);<br>¶ 113 (exposure period 1966-1974) |

- Cases direct-filed in this MDL and governed by Illinois substantive law because the alleged exposure and/or injury occurred in Illinois, *see Gregory v. Beazer E.*, 384 Ill. App. 3d 178, 200 (2008) (applying "most significant relationship" test to determine choice-of-law for statute of repose in products liability action):

| Case | Counts | Complaint Cites |
|---|---|---|
| *Richter v. Syngenta Crop Protection, LLC,*<br>    No. 21-pq-571 | 1, 2, 7, 8, 13, 14, 19, 20 | ¶¶ 3-4, 133 (Illinois connections);<br>¶ 133 (exposure period 1975-2001) |
| *Walkington v. Syngenta AG,*<br>    No. 21-pq-601 | 1, 2, 6, 7, 11, 12, 16, 17 | ¶¶ 3, 4 (Illinois connections);<br>¶¶ 133 (exposure period 1973-1978) |
| *Hawkins v. Syngenta Crop Protection LLC,*<br>    No. 21-pq-635 | 2, 3 | ¶¶ 2, 4, 17, 20-21, 35, 129-132, 150 (Illinois connections);<br>¶ 111 (exposure period 1974-2001) |

- Cases filed in California but governed by Illinois substantive law because the alleged exposure and/or injury occurred in Illinois, *see McCann v. Foster-Wheeler LLC*, 48 Cal. 4th 68, 87 (2010) (applying foreign state's time bars where exposure to toxic substance occurred in foreign state):

| Case | Counts | Complaint Cites |
|---|---|---|
| *Dietrich v. Syngenta Crop Protection, LLC,*<br>    No. 21-pq-622 | 1, 2, 5, 6 | ¶¶ 4, 137-138 (Illinois connections);<br>¶ 137 (exposure period 1975-1995) |

The Indiana 10-year statute of repose bars all strict liability, negligence, and implied warranty counts in the following cases:

- Cases filed in Illinois but governed by Indiana's statute of repose because Illinois treats the statute of repose as substantive and the exposure and/or injury occurred in Indiana, *see Gregory v. Beazer E.*, 384 Ill. App. 3d 178, 200 (2008) (applying "most significant relationship" test to determine choice-of-law for statute of repose in products liability action, and determining that Indiana statute of repose applied):

| Case | Counts | Complaint Cites |
|------|--------|-----------------|
| *Hemker v. Syngenta Crop Protection, LLC*,    No. 21-pq-547 | 1, 2, 3, 6, 7, 8, 9, 12, 13, 14, 15, 18, 19, 20, 21, 24 | ¶ 162 (Indiana connections); ¶ 164 (diagnosis in 2008) |

- Cases filed in California but governed by Indiana substantive law because the alleged exposure and/or injury occurred in Indiana, *see McCann v. Foster-Wheeler LLC*, 48 Cal. 4th 68, 87 (2010) (applying foreign state's time bars where exposure to toxic substance occurred in foreign state):

| Case | Counts | Complaint Cites |
|------|--------|-----------------|
| *Werking v. Syngenta AG*,    No. 21-pq-625 | 1, 2, 3, 4 | ¶¶ 26, 74 (Indiana connections); ¶¶ 26, 74 (exposure period 1970s-1990s) |

- Cases filed in Pennsylvania but governed by Indiana substantive law because the alleged exposure and/or injury occurred in Indiana, *see Kornfeind v. New Werner Holding Co.*, 241 A.3d 1212, 1226-27 (Pa. 2020) (applying "most significant relationship" test for repose choice-of-law, and recognizing presumption in favor of state of injury):

| Case | Counts | Complaint Cites |
|------|--------|-----------------|
| *Copas v. Syngenta Crop Protection LLC*,    No. 21-pq-619 | 1, 2, 3, 6, 7, 8, 9, 12 | ¶¶ 13-14, 110, 122 (Indiana connections); ¶¶ 15-16 (exposure period 1970s-2007) |

The <u>Tennessee</u> 10-year statute of repose bars all products liability counts in the following cases:

- Cases filed in Minnesota but governed by Tennessee substantive law because the alleged injury occurred in Tennessee, *see* Minn. Stat. § 541.31(1) (directing application of the limitations period of the state whose law governs the substantive claim):

| Case | Counts | Complaint Cites |
|---|---|---|
| *Self v. Syngenta Crop Protection, LLC*, No. 21-pq-649 | 1, 2, 3, 4, 7 | ¶¶ 2, 108 (Tennessee connections); ¶ 110 (exposure period 1973-1978) |

The <u>Iowa</u> 15-year statute of repose bars all strict liability, negligence, and implied warranty counts in the following cases:

- Cases direct-filed in this MDL and governed by Iowa substantive law because the plaintiff indicated that the suit would otherwise have been filed in Iowa and the alleged exposure and/or injury occurred in Iowa:

| Case | Counts | Complaint Cites |
|------|--------|-----------------|
| *Byrnes v. Syngenta Crop Protection LLC*,<br>    No. 21-pq-695 | 1, 2, 3, 6, 8, 9, 10, 13 | ¶¶ 3, 6-8, 15, 45-46, 103, 112, 131-38, 141, 146-50 (Iowa designation and connections); ¶ 138 (exposure period 1980s-early 2000s) |

The <u>Georgia</u> 10-year statute of repose bars strict-liability counts in the following cases:

- Cases filed in Georgia and governed by Georgia's statute of repose because Georgia treats its statute of repose as procedural for choice-of-law purposes, *see Bagnell v. Ford Motor Co.*, 297 Ga. App. 835, 837 (2009):

| Case | Counts | Complaint Cites |
|---|---|---|
| *Parker v. Chevron U.S.A., Inc.*, No. 21-pq-880 | 1, 2 | ¶ 145 (exposure period 1983-1995) |

- Cases filed in California but governed by Georgia law because the alleged exposure and/or injury occurred in Georgia, *see McCann v. Foster-Wheeler LLC*, 48 Cal. 4th 68, 87 (2010) (applying foreign state's time bars where exposure to toxic substance occurred in foreign state):

| Case | Counts | Complaint Cites |
|---|---|---|
| *Majors v. Syngenta AG*, No. 21-pq-566 | 1, 2 | ¶¶ 2, 6, 72 (Georgia connections); ¶¶ 26, 74 (exposure period 1972-2005) |
| *Jones v. Syngenta AG*, No. 21-pq-669 | 1, 2 | ¶¶ 2, 72-77 (Georgia connections); ¶ 26 (exposure period 1975-2001) |

The <u>North Carolina</u> 12-year statute of repose bars all counts in the following cases:

- Cases filed in Illinois but governed by North Carolina's statute of repose because Illinois treats the statute of repose as substantive and the exposure and/or injury occurred in North Carolina, *see Gregory v. Beazer E.*, 384 Ill. App. 3d 178, 200 (2008) (applying "most significant relationship" test to determine choice-of-law for statute of repose in products liability action, and determining that Indiana statute of repose applied):

| Case | Counts | Complaint Cites |
|------|--------|-----------------|
| *Heath v. Syngenta Crop Protection, LLC*,<br>    No. 21-pq-734 | 1, 2, 3, 4, 5, 6 | ¶¶ 2, 115 (North Carolina connections);<br>¶ 114 (exposure period 1966-1979) |

The <u>Connecticut</u> 10-year statute of repose bars all counts in the following cases:

- Cases filed in California but governed by Connecticut law because the alleged exposure and/or injury occurred in Connecticut, *see McCann v. Foster-Wheeler LLC*, 48 Cal. 4th 68, 87 (2010) (applying foreign state's time bars where exposure to toxic substance occurred in foreign state):

| Case | Counts | Complaint Cites |
|------|--------|-----------------|
| *O'Connor v. Syngenta AG*, No. 21-pq-556 | 1-6 | ¶¶ 2, 6, 72, 74 (Connecticut connections); ¶¶ 26, 74 (exposure period 1980s) |

The <u>Alabama</u> 2-year statute of limitations bars all tort counts in the following cases:

- Cases filed in Alabama and governed by Alabama's statute of limitations because Alabama treats its statute of limitations as procedural for choice-of-law purposes, *see Etheredge v. Genie Indus., Inc.*, 632 So. 2d 1324, 1326-27 (Ala. 1994):

| Case | Counts | Complaint Cites |
|---|---|---|
| *Rutherford v. Syngenta Crop Protection LLC*, No. 21-pq-606 | 1, 2, 3, 5, 6, 7 | ¶ 130 (diagnosis in 2013); ¶ 129 (exposure period 1970s to late 1980s) |
| *Taylor v. Syngenta Crop Protection LLC*, No. 21-pq-786 | 1, 2, 3, 5, 6, 7 | ¶ 130 (diagnosis in 2012) |
| *Odom v. Syngenta Crop Protection LLC*, No. 21-pq-849 | 1, 2, 3, 5, 6, 7 | ¶ 130 (diagnosis in 2000); ¶ 129 (exposure period 1960s to 1980s) |

- Cases direct-filed in this MDL and governed by Alabama substantive law because the because the plaintiff indicated that the suit would otherwise have been filed in Alabama and/or the alleged exposure and/or injury occurred in Alabama:

| Case | Counts | Complaint Cites |
|---|---|---|
| *Eiland v. Syngenta AG*, No. 21-pq-714 | 1, 2, 3 | ¶¶ 2, 6, 70 (Alabama connections); ¶ 75 (diagnosis in 2006); ¶ 24 (exposure period 1981-1989) |

- Cases filed in California but governed by Alabama law because the alleged exposure and/or injury occurred in Alabama, *see McCann v. Foster-Wheeler LLC*, 48 Cal. 4th 68, 87 (2010) (applying foreign state's time bars where exposure to toxic substance occurred in foreign state):

| Case | Counts | Complaint Cites |
|---|---|---|
| *Fillinghim v. Syngenta AG*, No. 21-pq-846 | 1, 2, 3 | ¶ 73 (Alabama connections); ¶ 78 (diagnosis in 2011) |

The <u>Maine</u> 6-year statute of limitations bars all counts, including statutory counts, in the following cases:

- Cases filed in Pennsylvania but governed by Maine substantive law because the alleged exposure and/or injury occurred in Maine, *see* 42 Pa. C.S. § 5521 (borrowing statute for claims that accrue outside the state):

| Case | Counts | Complaint Cites |
|---|---|---|
| *Crane v. Syngenta Crop Protection LLC*, No. 21-pq-656 | 1, 2, 3, 4, 5, 6, 7, 8, 9, 10, 11, 12 | ¶¶ 13-15 (Maine connections); ¶ 17 (diagnosis in 2013) |

The <u>Michigan</u> 3-year statute of limitations bars all tort counts in the following cases:

- Cases filed in Pennsylvania but governed by Michigan substantive law because the alleged exposure and/or injury occurred in Michigan, *see* 42 Pa. C.S. § 5521 (borrowing statute for claims that accrue outside the state):

| Case | Counts | Complaint Cites |
|------|--------|-----------------|
| *Friday v. Syngenta Crop Protection LLC*, No. 21-pq-657 | 1, 2, 3, 4, 7, 8, 9, 10 | ¶¶ 13-15 (Michigan connections); ¶ 17 (diagnosis in 2017) |

- Cases filed in California but governed by Michigan substantive law because the alleged exposure and/or injury occurred in Michigan, *see McCann v. Foster-Wheeler LLC*, 48 Cal. 4th 68, 87 (2010) (applying foreign state's time bars where exposure to toxic substance occurred in foreign state):

| Case | Counts | Complaint Cites |
|------|--------|-----------------|
| *Mettetal v. Syngenta AG*, No. 21-pq-668 | 1, 2, 3 | ¶ 74 (Michigan connections); ¶¶ 26, 74 (alleged exposure 1967-1978) |

The <u>Mississippi</u> 3-year statute of limitations bars all tort counts in the following cases:

- Cases filed in Mississippi and governed by Mississippi's statute of limitations because Mississippi treats its statute of limitations as procedural for choice-of-law purposes, *see Williams v. Taylor Mach., Inc.*, 529 So. 2d 606, 609 (Miss. 1988):

| Case | Counts | Complaint Cites |
|------|--------|-----------------|
| *Nunnery v. Syngenta AG*, No. 21-pq-607 | 1, 2, 3, 4, 6, 7, 8, 9 | ¶ 213 (diagnosis in 2012) |
| *Ruscoe v. Syngenta AG*, No. 21-pq-609 | 1, 2, 3, 4, 6, 7, 8, 9 | ¶ 217 (symptoms began in 2012) |

- Cases direct-filed in this MDL and governed by Mississippi's statute of limitations because the plaintiff indicated that the suit would otherwise have been filed in Mississippi, which treats its statute of limitations as procedural for choice-of-law purposes, *see id.*:

| Case | Counts | Complaint Cites |
|------|--------|-----------------|
| *Lovelady v. Syngenta AG*, No. 21-pq-704 | 1, 2, 3, 5, 6, 7 | ¶¶ 11, 14, 16 (Mississippi designation); ¶ 149 (diagnosis in 2017) |

- Cases filed in Minnesota but governed by Mississippi law because the alleged exposure and/or injury occurred in Mississippi, *see* Minn. Stat. § 541.31(1) (directing application of the limitations period of the state whose law governs the substantive claim); *Nodak Mut. Ins. Co. v. Am. Fam. Mut. Ins. Co.*, 604 N.W.2d 91, 96 (Minn. 2000) (holding "the state where the accident occurred has the strongest governmental interest" and its law "should be applied"):

| Case | Counts | Complaint Cites |
|------|--------|-----------------|
| *Elmore v. Syngenta Crop Protection, LLC*, No. 21-pq-638 | 1, 2, 3, 4 | ¶¶ 110-112, 126, 127, 129, 146, 168-172 (Mississippi connections); ¶ 108 (diagnosis in 2017) |

The <u>Nebraska</u> 4-year statute of limitations bars all tort counts in the following cases:

- Cases direct-filed in this MDL and governed by Nebraska substantive law because the plaintiff indicated that the suit would otherwise have been filed in Nebraska, and the alleged exposure and/or injury occurred in Nebraska:

| Case | Counts | Complaint Cites |
|---|---|---|
| *Van Pelt v. Syngenta AG,* No. 21-pq-608 | 1, 2, 3 | ¶¶ 10, 27 (Nebraska designation and connections); ¶ 79 (diagnosis in 2004) |

13

The <u>New York</u> 3-year statute of limitations bars all tort and statutory counts in the following cases:

- Cases direct-filed in this MDL and governed by New York substantive law because the plaintiff indicated that the suit would otherwise have been filed in New York, and the alleged exposure and/or injury occurred in New York:

| Case | Counts | Complaint Cites |
|------|--------|-----------------|
| *Henderson v. Syngenta Crop Protection LLC*, No. 21-pq-636 | 1, 2, 3, 4, 5, 8, 9, 10, 11, 12 | ¶¶ 1-3, 6-8, 15, 46, 103, 112, 131-138, 139, 142, 147-151 (New York designation and connections); ¶ 140 (diagnosis in 2009) |

- Cases filed in California but governed by New York substantive law because the alleged exposure and/or injury occurred in New York, *see McCann v. Foster-Wheeler LLC*, 48 Cal. 4th 68, 87 (2010) (applying foreign state's time bars where exposure to toxic substance occurred in foreign state):

| Case | Counts | Complaint Cites |
|------|--------|-----------------|
| *Albanese v. Syngenta AG*, No. 21-pq-555 | 1, 2, 3 | ¶¶ 2, 6, 26, 72, 74 (New York connections); ¶ 77 (diagnosis in 2012) |
| *Galasso v. Syngenta AG*, No. 21-pq-630 | 1, 2, 3 | ¶¶ 26, 74 (New York connections); ¶ 77 (diagnosis in 2015) |

The <u>warranty</u> counts in the following cases are barred by the applicable statute of limitations:

- Cases governed by the Alabama 4-year statute of limitations because they were filed in Alabama, where limitations periods are procedural for choice-of-law purposes, *Etheredge v. Genie Indus., Inc.*, 632 So. 2d 1324, 1326-27 (Ala. 1994); or because they were direct-filed in this MDL and the plaintiff indicated that the suit would otherwise have been filed in Alabama and/or the alleged exposure and/or injury occurred in Alabama; or because they were filed in California but governed by Alabama law because the alleged exposure and/or injury occurred in Alabama, *see McCann v. Foster-Wheeler LLC*, 48 Cal. 4th 68, 87 (2010) (applying foreign state's time bars where exposure to toxic substance occurred in foreign state):

| Case | Choice of Law | Counts | End of Exposure Period / Latest Possible Delivery Date |
|------|---------------|--------|--------------------------------------------------------|
| *Rutherford v. Syngenta Crop Protection LLC*, No. 21-pq-606 | Filed in Alabama | 4, 8 | ¶ 129 (1980s) |
| *Taylor v. Syngenta Crop Protection LLC*, No. 21-pq-786 | Filed in Alabama | 4, 8 | ¶ 129 (2010) |
| *Odom v. Syngenta Crop Protection LLC*, No. 21-pq-849 | Filed in Alabama | 4, 8 | ¶ 129 (late 1980s) |
| *Hill v. Syngenta Crop Protection, LLC*, No. 21-pq-594 | Direct-filed in MDL. *See* ¶ 19 (Alabama designation) | 6 | ¶ 114 (2010) |
| *Eiland v. Syngenta AG*, No. 21-pq-714 | Direct-filed in MDL. *See* ¶¶ 2, 6, 70 (Alabama connections) | 4 | ¶ 24 (1999) |
| *Heath v. Syngenta Crop Protection, LLC*, No. 21-pq-734 | Direct-filed in MDL. *See* ¶ 19 (Alabama designation) | 6 | ¶ 114 (1979) |
| *Fillinghim v. Syngenta AG*, No. 21-pq-846 | Filed in California. *See* ¶ 73 (Alabama connections) | 4 | ¶ 78 (2011) |

15

- Cases governed by the Arizona 4-year statute of limitations because they were filed in Arizona and Arizona courts apply Arizona's statute of limitations except in "exceptional circumstances" not present here, *Jackson v. Chandler*, 204 Ariz. 135, 136-37 (2003); or because they were filed in Minnesota but governed by Arizona law because the alleged exposure and/or injury occurred in Arizona, *see* Minn. Stat. § 541.31(1) (directing application of the limitations period of the state whose law governs the substantive claim); *Nodak Mut. Ins. Co. v. Am. Fam. Mut. Ins. Co.*, 604 N.W.2d 91, 96 (Minn. 2000) (holding "state where the accident occurred has the strongest governmental interest" and its law "should be applied"):

| Case | Choice of Law | Counts | End of Exposure Period / Latest Possible Delivery Date |
|---|---|---|---|
| *Barr v. Syngenta AG*, No. 21-pq-618 | Filed in Arizona | 4 | ¶ 25 (1970s) |
| *West v. Syngenta Crop Protection, LLC*, No. 21-pq-650 | Filed in Minnesota. *See* ¶¶ 2, 111, 201-203 (Arizona connections) | 7 | ¶ 110 (1968) |

- Cases governed by the Connecticut 4-year statute of limitations because they were filed in California but governed by Connecticut law because the alleged exposure and/or injury occurred in Connecticut, *McCann v. Foster-Wheeler LLC*, 48 Cal. 4th 68, 87 (2010) (applying foreign state's time bars where exposure to toxic substance occurred in foreign state):

| Case | Choice of Law | Counts | End of Exposure Period / Latest Possible Delivery Date |
|---|---|---|---|
| *O'Connor v. Syngenta AG*, No. 21-pq-556 | Filed in California. *See* ¶¶ 2, 6, 72, 74 (Connecticut connections) | 4 | ¶ 26 (1980s) |

- Cases governed by the Illinois 4-year statute of limitations because they were filed in Illinois, where limitations periods are procedural for choice-of-law purposes, *Ennenga v. Starns*, 677 F.3d 766, 774 (7th Cir. 2012); or because they were direct-filed in this MDL and the alleged exposure and/or injury occurred in Illinois; or because they were filed in California but governed by Illinois law because the alleged exposure and/or injury occurred in Illinois, *McCann v. Foster-Wheeler LLC*, 48 Cal. 4th 68, 87 (2010) (applying foreign state's time bars where exposure to toxic substance occurred in foreign state):

| Case | Choice of Law | Counts | End of Exposure Period / Latest Possible Delivery Date |
|---|---|---|---|
| *Hemker v. Syngenta Crop Protection, LLC,* No. 21-pq-547 | Filed in Illinois | 6, 12, 18, 24 | ¶ 163 (1980) |
| *Runyon v. Syngenta Crop Protection, LLC,* No. 21-pq-549 | Filed in Illinois | 6, 12 | ¶ 163 (1995) |
| *Kearns v. Syngenta Crop Protection LLC,* No. 21-pq-550 | Filed in Illinois | 6, 12, 18, 24, 30, 36 | ¶¶ 140-142 (1981) |
| *Durbin v. Syngenta Crop Protection LLC,* No. 21-pq-551 | Filed in Illinois | 6, 12 | ¶ 129 (2002) |
| *Burnette v. Syngenta Crop Protection, LLC,* No. 21-pq-822 | Filed in Illinois | 6, 12 | ¶ 128 (1996) |
| *Adams v. Syngenta Crop Protection LLC,* No. 21-pq-828 | Filed in Illinois | 4, 8 | ¶ 129 (1980s) |
| *Tippey v. Syngenta Crop Protection LLC,* No. 21-pq-829 | Filed in Illinois | 6, 12 | ¶ 133 (1984) |
| *Barber v. Syngenta Crop Protection LLC,* No. 21-pq-830 | Filed in Illinois | 6, 12 | ¶ 134 (1979) |
| *Altman v. Syngenta Crop Protection, LLC,* No. 21-pq-832 | Filed in Illinois | 6 | ¶ 113 (2011) |
| *Douglas v. Syngenta Crop Protection, LLC,* No. 21-pq-833 | Filed in Illinois | 6 | ¶ 113 (1993) |
| *Stanton v. Syngenta Crop Protection, LLC,* No. 21-pq-835 | Filed in Illinois | 6 | ¶ 113 (1972) |

17

| *Fuller v. Syngenta Crop Protection, LLC,* No. 21-pq-836 | Filed in Illinois | 6 | ¶ 113 (mid-2000s) |
| *Branscum v. Syngenta Crop Protection, LLC,* No. 21-pq-838 | Filed in Illinois | 6 | ¶ 113 (2014) |
| *Branscum v. Syngenta Crop Protection, LLC,* No. 21-pq-839 | Filed in Illinois | 6 | ¶ 113 (2014) |
| *Shea v. Syngenta Crop Protection LLC,* No. 21-pq-840 | Filed in Illinois | 6, 12 | ¶ 15 (1980s) |
| *Bankston v. Syngenta Crop Protection, Inc.,* No. 21-pq-843 | Filed in Illinois | 6 | ¶ 113 (1974) |
| *Richter v. Syngenta Crop Protection, LLC,* No. 21-pq-571 | Direct-filed in MDL. *See* ¶¶ 3-4, 133 (Illinois connections) | 6, 12, 18, 24 | ¶ 133 (2001) |
| *Walkington v. Syngenta AG,* No. 21-pq-601 | Direct-filed in MDL. *See* ¶ 4 (Illinois connections) | 5, 10, 15, 20 | ¶ 133 (1978) |
| *Dietrich v. Syngenta Crop Protection, LLC,* No. 21-pq-622 | Filed in California. *See* ¶¶ 4, 137, 138 (Illinois connections) | 4, 8 | ¶ 137 (1995) |

- Cases governed by the Indiana 4-year statute of limitations because they were filed in California but governed by Indiana law because the alleged exposure and/or injury occurred in Indiana, *McCann v. Foster-Wheeler LLC,* 48 Cal. 4th 68, 87 (2010) (applying foreign state's time bars where exposure to toxic substance occurred in foreign state):

| Case | Choice of Law | Counts | End of Exposure Period / Latest Possible Delivery Date |
|---|---|---|---|
| *Werking v. Syngenta AG,* No. 21-pq-625 | Filed in California. *See* ¶¶ 26, 74 (Indiana connections) | 4 | ¶¶ 26, 74 (1990s) |

- Cases governed by the Kentucky 3-year statute of limitations because they were filed in Minnesota but allege exposure and/or injury in Kentucky, *see* Minn. Stat. § 541.31(1) (directing application of the limitations period of the state whose law governs the substantive claim); *Nodak Mut. Ins. Co. v. Am. Fam. Mut. Ins. Co.*, 604 N.W.2d 91, 96 (Minn. 2000) (holding "state where the accident occurred has the strongest governmental interest" and its law "should be applied"):

| Case | Choice of Law | Counts | End of Exposure Period / Latest Possible Delivery Date |
|------|---------------|--------|--------------------------------------------------------|
| *Gaddis v. Syngenta Crop Protection, LLC*, No. 21-pq-653 | Filed in Minnesota. *See* ¶¶ 2, 111, 201-203 (Kentucky connections) | 7 | ¶ 110 (1976) |

- Cases governed by the Louisiana 4-year statute of limitations because they were filed in Louisiana, *see* La. Civ. Code art. 3549; or because they were direct-filed in this MDL but allege exposure and/or injury in Louisiana; or because they were filed in California but governed by Louisiana law because the alleged exposure and/or injury occurred in Louisiana, *McCann v. Foster-Wheeler LLC*, 48 Cal. 4th 68, 87 (2010) (applying foreign state's time bars where exposure to toxic substance occurred in foreign state):

| Case | Choice of Law | Counts | End of Exposure Period / Latest Possible Delivery Date |
|------|---------------|--------|--------------------------------------------------------|
| *Causey v. Syngenta Crop Protection LLC*, No. 21-pq-790 | Filed in Louisiana | 6, 12 | ¶ 127 (1996) |
| *Miller v. Syngenta Crop Protection, LLC*, No. 21-pq-591 | Direct-filed in MDL. *See* ¶ 5 (Louisiana connections) | 6, 12 | ¶ 127 (2002) |
| *Hensgens v. Syngenta AG*, No. 21-pq-617 | Filed in California. *See* ¶¶ 2, 6, 26, 73 (Louisiana connections) | 4 | ¶ 78 (2014) |
| *Brown Jefferson v. Syngenta AG*, No. 21-pq-632 | Filed in California. *See* ¶¶ 3, 5, 138 (Louisiana connections) | 6, 12 | ¶ 138 (2013) |

- Cases governed by the Maryland 4-year statute of limitations because they were filed in California but governed by Maryland law because the alleged exposure and/or injury occurred in Maryland, *McCann v. Foster-Wheeler LLC*, 48 Cal. 4th 68, 87 (2010) (applying foreign state's time bars where exposure to toxic substance occurred in foreign state);

| Case | Choice of Law | Counts | End of Exposure Period / Latest Possible Delivery Date |
|------|---------------|--------|--------------------------------------------------------|
| *Dove v. Syngenta AG*, No. 21-pq-633 | Filed in California. *See* ¶¶ 72, 74 (Maryland connections) | 4 | ¶ 74 (1990s) |
| *Adams v. Syngenta AG*, No. 21-pq-660 | Filed in California. *See* ¶¶ 2, 6, 72 (Maryland connections) | 4 | ¶¶ 26, 74 (1980) |

- Cases governed by the Minnesota 4-year statute of limitations because they were direct-filed in this MDL but allege exposure and injury in Minnesota; or because they were filed in California but governed by Minnesota law because the alleged exposure and/or injury occurred in Minnesota, *McCann v. Foster-Wheeler LLC*, 48 Cal. 4th 68, 87 (2010) (applying foreign state's time bars where exposure to toxic substance occurred in foreign state):

| Case | Choice of Law | Counts | End of Exposure Period / Latest Possible Delivery Date |
|------|---------------|--------|--------------------------------------------------------|
| *Nelson v. Syngenta AG*, No. 21-pq-662 | Filed in California. *See* ¶¶ 2, 72 (Minnesota connections) | 4 | ¶¶ 26, 74 (2012) |
| *Bakken v. Syngenta Crop Protection LLC*, No. 21-pq-722 | Direct-filed in MDL. *See* ¶ 62 (Minnesota connections) | 4 | ¶ 23 (1989) |

- Cases governed by the Mississippi 6-year statute of limitations because they were filed in Mississippi, *see Williams v. Taylor Mach., Inc.*, 529 So. 2d 606, 609 (Miss. 1988); or because they were direct-filed in this MDL but alleged exposure and/or injury in Mississippi; or because they were filed in California but governed by Mississippi law because the alleged exposure and/or injury occurred in Mississippi, *McCann v. Foster-Wheeler LLC*, 48 Cal. 4th

20

68, 87 (2010) (applying foreign state's time bars where exposure to toxic substance occurred in foreign state):

| Case | Choice of Law | Counts | End of Exposure Period / Latest Possible Delivery Date |
|------|---------------|--------|---------------------------------------------------------|
| *Ruscoe v. Syngenta AG*, No. 21-pq-609 | Filed in Mississippi | 5, 10 | ¶ 8 (1999) |
| *Lovelady v. Syngenta AG*, No. 21-pq-704 | Direct-filed in MDL. *See* ¶¶ 1-5, 11, 14, 16, 55, 110, 140-147, 158-162 (Mississippi connections) | 4, 8 | ¶ 150 (2002) |
| *Rowan v. Syngenta AG*, No. 21-pq-778 | Filed in California. *See* ¶ 2, 4, 8, 74-75, 128-131 (Mississippi connections) | 4 | ¶ 28 (early 2000s) |

- Cases governed by the Missouri 4-year statute of limitations because they were filed in Missouri, which treats its statute of limitations as procedural for choice-of-law purposes, *Alvarado v. H&R Block, Inc.*, 24 S.W. 3d 236, 241-42 (Mo. Ct. App. 2000); or because they were direct-filed in this MDL but allege exposure and/or injury in Missouri; or because they were filed in California but governed by Missouri law because the alleged exposure and/or injury occurred in Missouri, *McCann v. Foster-Wheeler LLC*, 48 Cal. 4th 68, 87 (2010) (applying foreign state's time bars where exposure to toxic substance occurred in foreign state):

| Case | Choice of Law | Counts | End of Exposure Period / Latest Possible Delivery Date |
|------|---------------|--------|---------------------------------------------------------|
| *Holyfield v. Chevron U.S.A. Inc.*, No. 21-pq-553 | Filed in Missouri | 4 | ¶ 14 (1975) |
| *Hays v. Syngenta Crop Protection, LLC*, No. 21-pq-612 | Filed in Missouri | 6 | ¶ 111 (2005) |
| *Otten v. Syngenta Crop Protection LLC*, No. 21-pq-613 | Filed in Missouri | 4, 8 | ¶ 129 (1999) |

| | | | |
|---|---|---|---|
| *Adams v. Syngenta Crop Protection LLC*, No. 21-pq-614 | Filed in Missouri | 6 | ¶ 111 (1990s) |
| *McCarty v. Syngenta Crop Protection LLC*, No. 21-pq-616 | Filed in Missouri | 6 | ¶ 111 (1990s) |
| *Bequette v. Syngenta Crop Protection LLC*, No. 21-pq-752 | Direct-filed in MDL. *See* ¶¶ 2-4, 9, 41, 98, 107, 127-147 (Missouri connections) | 6, 12, 17, 24 | ¶¶ 134, 136 (2012) |
| *Ward v. Syngenta AG*, No. 21-pq-628 | Filed in California. *See* ¶¶ 2, 26, 72-77 (Missouri connections) | 4 | ¶ 6 (2004) |
| *Willey v. Syngenta AG*, No. 21-pq-784 | Filed in California. *See* ¶ 73 (Missouri connections) | 4 | ¶ 75 (2001) |

- Cases governed by the Nebraska 4-year statute of limitations because they were direct-filed in this MDL and the plaintiff indicated that the suit would otherwise have been filed in Nebraska, and the alleged exposure and/or injury occurred in Nebraska; or because they were filed in California but governed by Nebraska law because the alleged exposure and/or injury occurred in Nebraska, *McCann v. Foster-Wheeler LLC*, 48 Cal. 4th 68, 87 (2010) (applying foreign state's time bars where exposure to toxic substance occurred in foreign state):

| Case | Choice of Law | Counts | End of Exposure Period / Latest Possible Delivery Date |
|---|---|---|---|
| *Van Pelt v. Syngenta AG*, No. 21-pq-608 | Direct-filed in MDL. *See* ¶ 10 (Nebraska connections) | 4 | ¶ 27 (1980s) |
| *Bergmann v. Syngenta AG*, No. 21-pq-847 | Filed in California. *See* ¶ 73 (Nebraska connections) | 4 | ¶ 75 (2016) |

- Cases governed by the New York 4-year statute of limitations because they were filed in California but governed by New York law because the alleged exposure and/or injury occurred in New York, *McCann v. Foster-Wheeler LLC*, 48 Cal. 4th 68, 87 (2010) (applying foreign state's time bars where exposure to toxic substance occurred in foreign state):

| Case | Choice of Law | Counts | End of Exposure Period / Latest Possible Delivery Date |
|------|---------------|--------|--------------------------------------------------------|
| *Albanese v. Syngenta AG*, No. 21-pq-555 | Filed in California. *See* ¶¶ 2, 6, 26, 72, 74 (New York connections) | 4 | ¶ 74 (1970s) |
| *Galasso v. Syngenta AG*, No. 21-pq-630 | Filed in California. *See* ¶¶ 26, 74 (New York connections) | 4 | ¶ 74 (1980s) |
| *Passino v. Syngenta AG*, No. 21-pq-665 | Filed in California. *See* ¶¶ 72, 74 (New York connections) | 4 | ¶ 74 (1982) |

- Cases governed by the North Dakota 4-year statute of limitations because they were filed in North Dakota and alleged exposure and/or injury in North Dakota, *see Vicknair v. Phelps Dodge Indus., Inc.*, 794 N.W.2d 746, 751-52 (N.D. 2011):

| Case | Choice of Law | Counts | End of Exposure Period / Latest Possible Delivery Date |
|------|---------------|--------|--------------------------------------------------------|
| *Moen v. Syngenta Crop Protection LLC*, No. 21-pq-605 | Filed in North Dakota. *See* ¶¶ 3, 129, 137 (North Dakota connections) | 4, 8 | ¶ 129 (1990s) |

- Cases governed by the Oklahoma 5-year statute of limitations because they were filed in Minnesota but allege exposure and/or injury in Oklahoma, *see* Minn. Stat. § 541.31(1) (directing application of the limitations period of the state whose law governs the substantive claim); *Nodak Mut. Ins. Co. v. Am. Fam. Mut. Ins. Co.*, 604 N.W.2d 91, 96 (Minn. 2000) (holding "state where the accident occurred has the strongest governmental interest" and its law "should be applied"):

| Case | Choice of Law | Counts | End of Exposure Period / Latest Possible Delivery Date |
|------|---------------|--------|--------------------------------------------------------|
| *McDonald v. Syngenta Crop Protection, LLC*, No. 21-pq-642 | Filed in Minnesota. *See* ¶¶ 2, 113, 205-207 (Oklahoma connections) | 7 | ¶ 112 (2015) |
| *McDonald v. Syngenta Crop Protection, LLC*, No. 21-pq-645 | Filed in Minnesota. *See* ¶¶ 2, 111, 201-203 (Oklahoma connections) | 7 | ¶ 110 (2011) |

- Cases governed by the Pennsylvania 4-year statute of limitations because they were filed in Pennsylvania, *see* 42 Pa. C.S. § 5521 (providing that Pennsylvania's limitations period will govern cases filed in the state if it bars the claim); or because they were filed in Minnesota but allege exposure and/or injury in Pennsylvania, *see* Minn. Stat. § 541.31(1) (directing application of the limitations period of the state whose law governs the substantive claim); *Nodak Mut. Ins. Co. v. Am. Fam. Mut. Ins. Co.*, 604 N.W.2d 91, 96 (Minn. 2000) (holding "state where the accident occurred has the strongest governmental interest" and its law "should be applied"):

| Case | Choice of Law | Counts | End of Exposure Period / Latest Possible Delivery Date |
|------|---------------|--------|--------------------------------------------------------|
| *Copas v. Syngenta Crop Protection LLC*, No. 21-pq-619 | Filed in Pennsylvania | 6, 12 | ¶ 15 (2007) |
| *Landis v. Syngenta Crop Protection, LLC*, No. 21-pq-634 | Filed in Pennsylvania | 4 | ¶ 107 (2015) |
| *Friday v. Syngenta Crop Protection, LLC*, No. 21-pq-657 | Filed in Pennsylvania | 6, 12 | ¶ 15 (2013) |
| *Supenia v. Syngenta Crop Protection, LLC*, No. 21-pq-639 | Filed in Minnesota; *see* ¶¶ 2, 113, 203-205 (Pennsylvania connections) | 7 | ¶ 112 (2003) |

24

- Cases governed by the Tennessee 4-year statute of limitations because they were filed in Tennessee, which treats its statute of limitations as procedural for choice-of-law purposes, *Calaway ex rel. Calaway v. Schucker*, 193 S.W.3d 509, 515 (Tenn. 2005), or because they were filed in Minnesota but allege exposure and/or injury in Tennessee, *see* Minn. Stat. § 541.31(1) (directing application of the limitations period of the state whose law governs the substantive claim); *Nodak Mut. Ins. Co. v. Am. Fam. Mut. Ins. Co.*, 604 N.W.2d 91, 96 (Minn. 2000) (holding "state where the accident occurred has the strongest governmental interest" and its law "should be applied"):

| Case | Choice of Law | Counts | End of Exposure Period / Latest Possible Delivery Date |
|------|---------------|--------|--------------------------------------------------------|
| *Morrow v. Syngenta Crop Protection LLC*, No. 21-pq-647 | Filed in Tennessee | D | ¶ 113 (2015) |
| *Self v. Syngenta Crop Protection, LLC*, No. 21-pq-649 | Filed in Minnesota; *see* ¶¶ 2, 108 (connections to Tennessee) | 7 | ¶ 110 (1978) |

- Cases governed by the Texas 4-year statute of limitations because they were filed in Minnesota but allege exposure and/or injury in Texas, *see* Minn. Stat. § 541.31(1) (directing application of the limitations period of the state whose law governs the substantive claim); *Nodak Mut. Ins. Co. v. Am. Fam. Mut. Ins. Co.*, 604 N.W.2d 91, 96 (Minn. 2000) (holding "state where the accident occurred has the strongest governmental interest" and its law "should be applied"); or because they were filed in California but governed by Texas law because the alleged exposure and/or injury occurred in Texas, *McCann v. Foster-Wheeler LLC*, 48 Cal. 4th 68, 87 (2010) (applying foreign state's time bars where exposure to toxic substance occurred in foreign state):

| Case | Choice of Law | Counts | End of Exposure Period / Latest Possible Delivery Date |
|------|---------------|--------|--------------------------------------------------------|
| *Kirk v. Syngenta Crop Protection, LLC*, No. 21-pq-643 | Filed in Minnesota *See* ¶¶ 2, 111, 201-203 (Texas connections) | 7 | ¶ 110 (1978) |
| *Cates v. Syngenta Crop Protection, LLC*, No. 21-pq-646 | Filed in Minnesota. *See* ¶¶ 2, 107, 108, 111, 201-203 (Texas connections) | 7 | ¶ 110 (1978) |

| *Ingram v. Syngenta AG*, No. 21-pq-663 | Filed in California. *See* ¶¶ 2, 6, 72 (Texas connections) | 4 | ¶ 74 (1999) |

- Cases governed by the Virginia 4-year statute of limitations because they were filed in Minnesota but allege exposure and/or injury in Virginia, *see* Minn. Stat. § 541.31(1) (directing application of the limitations period of the state whose law governs the substantive claim); *Nodak Mut. Ins. Co. v. Am. Fam. Mut. Ins. Co.*, 604 N.W.2d 91, 96 (Minn. 2000) (holding "state where the accident occurred has the strongest governmental interest" and its law "should be applied"); or because they were filed in California but governed by Virginia law because the alleged exposure and/or injury occurred in Virginia, *McCann v. Foster-Wheeler LLC*, 48 Cal. 4th 68, 87 (2010) (applying foreign state's time bars where exposure to toxic substance occurred in foreign state):

| Case | Choice of Law | Counts | End of Exposure Period / Latest Possible Delivery Date |
| --- | --- | --- | --- |
| *Trower v. Syngenta Crop Protection, LLC*, No. 21-pq-641 | Filed in Minnesota. *See* ¶¶ 2, 111, 201-203 (Virginia connections) | 7 | ¶ 110 (2003) |
| *Amatucci v. Syngenta AG*, No. 21-pq-672 | Filed in California. *See* ¶ 72 (Virginia connections) | 4 | ¶ 26 (early 1990s) |

- Cases governed by the Washington 4-year statute of limitations because they were direct-filed in this MDL but allege exposure and injury in Washington:

| Case | Choice of Law | Counts | End of Exposure Period / Latest Possible Delivery Date |
| --- | --- | --- | --- |
| *Crawford v. Syngenta Crop Protection, LLC*, No. 21-pq-590 | Direct-filed in MDL. *See* ¶ 1, 2-3, 6-8, 15, 46, 103, 112, 131-138, 142, 147-151 (Washington connections) | 5, 10 | ¶ 138 (early 2010) |
| *Danforth v. Syngenta Crop Protection LLC*, No. 21-pq-690 | Direct-filed in MDL. *See* ¶¶ 1, 4, 9, 125-145 (Washington connections) | 6, 12, 18, 24 | ¶¶ 132-135 (1990) |

- Cases governed by the Wisconsin 6-year statute of limitations because they were filed in Wisconsin and allege exposure and/or injury in Wisconsin, *see* Wis. Stat. § 893.07.

| Case | Choice of Law | Count | End of Exposure Period / Latest Possible Delivery Date |
|------|---------------|-------|--------------------------------------------------------|
| *Tenneson v. Syngenta Crop Protection LLC*, No. 21-pq-589 | Filed in Wisconsin | 4, 8 | ¶ 129 (1990s) |

The following <u>statutory</u> claims are barred by the applicable statute of limitations:

- Claims under Louisiana's Unfair Trade Practices and Consumer Protection Act (1-year limitations period):

| Case | Counts | End of Exposure Period / Latest Possible Transaction Date |
|---|---|---|
| *Miller v. Syngenta Crop Protection, LLC*, No. 21-pq-591 | 5, 11 | ¶ 127 (2002) |
| *Brown Jefferson v. Syngenta AG*, No. 21-pq-632 | 5, 11 | ¶ 138 (2013) |
| *Causey v. Syngenta Crop Protection L L C*, No. 21-pq-790 | 5, 11 | ¶ 127 (1996) |

- Claims under Michigan's Consumer Protection Act (6-year limitations period):

| Case | Counts | End of Exposure Period / Latest Possible Transaction Date |
|---|---|---|
| *Friday v. Syngenta Crop Protection LLC*, No. 21-pq-657 | 5, 11 | ¶ 15 (2013) |

- Claims under Minnesota's Uniform Deceptive Trade Practices Act and Prevention of Consumer Fraud Act (6-year limitations period):

| Case | Counts | End of Exposure Period / Latest Possible Transaction Date |
|---|---|---|
| *Supenia v. Syngenta Crop Protection, LLC*, No. 21-pq-639 | 5, 6 | ¶ 112 (2003) |
| *Trower v. Syngenta Crop Protection, LLC*, No. 21-pq-641 | 5, 6 | ¶ 110 (2003) |
| *Kirk v. Syngenta Crop Protection, LLC*, No. 21-pq-643 | 5, 6 | ¶ 110 (1978) |
| *McDonald v. Syngenta Crop Protection, LLC*, No. 21-pq-645 | 5, 6 | ¶ 110 (2011) |

| | | |
|---|---|---|
| *Cates v. Syngenta Crop Protection, LLC*, No. 21-pq-646 | 5, 6 | ¶ 110 (1978) |
| *Self v. Syngenta Crop Protection, LLC*, No. 21-pq-649 | 5, 6 | ¶ 110 (1978) |
| *West v. Syngenta Crop Protection, LLC*, No. 21-pq-650 | 5, 6 | ¶ 110 (1968) |
| *Gaddis v. Syngenta Crop Protection, LLC*, No. 21-pq-653 | 5, 6 | ¶ 110 (1976) |

The <u>nuisance</u> claims must be dismissed because they improperly repackage products liability claims and fail to plead the requisite "public right" and "control" elements:

| Case Number | Counts | Also Barred by Control Element? |
|---|---|---|
| *Hemker v. Syngenta Crop Protection, LLC,* No. 21-pq-547 | 4, 10, 16, 22 | Yes.  *See* Compl. ¶ 162 (Indiana connections). |
| *Piper v. Syngenta Crop Protection, LLC,* No. 21-pq-548 | 4, 10 | |
| *Runyon v. Syngenta Crop Protection, LLC,* No. 21-pq-549 | 4, 10 | |
| *Kearns v. Syngenta Crop Protection LLC,* No. 21-pq-550 | 4, 10, 16, 22, 28, 34 | |
| *Durbin v. Syngenta Crop Protection LLC,* No. 21-pq-551 | 4, 10 | |
| *Richter v. Syngenta Crop Protection, LLC,* No 21-pq-571 | 4, 10, 16, 22 | |
| *Gieseke v. Syngenta Crop Protection, LLC,* No. 21-pq-576 | 4, 8 | |
| *Crawford v. Syngenta Crop Protection, LLC,* No. 21-pq-590 | 3, 8 | |
| *Miller v. Syngenta Crop Protection, LLC,* No. 21-pq-591 | 4, 10 | |
| *Hill v. Syngenta Crop Protection, LLC,* No. 21-pq-594 | 4 | |
| *Walkington v. Syngenta AG,* No. 21-pq-601 | 4, 9, 14, 19 | |
| *Nunnery v. Syngenta AG,* No. 21-pq-607 | 4, 9 | |
| *Ruscoe v. Syngenta AG,* No. 21-pq-609 | 4, 9 | |

| | | |
|---|---|---|
| *Hays v. Syngenta Crop Protection, LLC*, No. 21-pq-612 | 4 | Yes.  *See* Compl. ¶¶ 2, 15, 18-20 (Missouri connections). |
| *Adams v. Syngenta Crop Protection LLC*, No. 21-pq-614 | 4 | Yes.  *See* Compl. ¶¶ 2, 15, 18-20 (Missouri connections). |
| *McCarty v. Syngenta Crop Protection LLC*, No. 21-pq-616 | 4 | Yes.  *See* Compl. ¶¶ 2, 15, 18-20 (Missouri connections). |
| *Copas v. Syngenta Crop Protection LLC*, No. 21-pq-619 | 4, 10 | Yes.  *See* Compl. ¶¶ 13-14, 140-43 (Indiana connections). |
| *Parson v. Syngenta Crop Protection, LLC*, No. 21-pq-631 | 4, 10 | |
| *Brown Jefferson v. Syngenta AG*, No. 21-pq-632 | 4, 10 | |
| *Henderson v. Syngenta Crop Protection LLC*, No. 21-pq-636 | 4, 11 | Yes.  *See* Compl. ¶¶ 1-3, 6-8, 15, 46, 103, 112, 131-138, 139, 142, 147-151 (New York designation and connections). |
| *Elmore v. Syngenta Crop Protection, LLC*, No. 21-pq-638 | 4 | |
| *Supenia v. Syngenta Crop Protection, LLC*, No. 21-pq-639 | 4 | Yes.  *See* Compl. *see* ¶¶ 2, 113, 169-73 (Pennsylvania connections). |
| *Gamwell v. Syngenta Crop Protection, LLC*, No. 21-pq-640 | 4 | Yes.  *See* Compl. ¶¶ 2, 111, 166-71 (Florida connections). |
| *Trower v. Syngenta Crop Protection, LLC*, No. 21-pq-641 | 4 | |
| *McDonald v. Syngenta Crop Protection, LLC*, No. 21-pq-642 | 4 | Yes.  *See* Compl. ¶¶ 2, 113, 171-75 (Oklahoma connections) |
| *Kirk v. Syngenta Crop Protection, LLC*, No. 21-pq-643 | 4 | |

| | | |
|---|---|---|
| *Richmond v. Syngenta Crop Protection, LLC,*<br>No. 21-pq-644 | 4 | Yes.  *See* Compl. ¶¶ 2, 113, 172-76 (Florida connections). |
| *McDonald v. Syngenta Crop Protection, LLC,*<br>No. 21-pq-645 | 4 | Yes.  *See* Compl. ¶¶ 2, 111, 167-71 (Oklahoma connections). |
| *Cates v. Syngenta Crop Protection, LLC,*<br>No. 21-pq-646 | 4 | |
| *Pilgreen v. Syngenta Crop Protection, LLC,*<br>No. 21-pq-648 | 4 | |
| *Self v. Syngenta Crop Protection, LLC,*<br>No. 21-pq-649 | 4 | Yes.  *See* Compl. ¶¶ 2, 108 (Tennessee connections). |
| *West v. Syngenta Crop Protection, LLC,*<br>No. 21-pq-650 | 4 | |
| *Gaddis v. Syngenta Crop Protection, LLC,*<br>No. 21-pq-653 | 4 | |
| *Smith v. Syngenta Crop Protection, LLC,*<br>No. 21-pq-654 | 4 | Yes.  *See* Compl. ¶¶ 2, 170-74 (Florida connections). |
| *Wilson v. Syngenta Crop Protection, LLC,*<br>No. 21-pq-655 | 4 | |
| *Crane v. Syngenta Crop Protection LLC,*<br>No. 21-pq-656 | 4, 10 | |
| *Friday v. Syngenta Crop Protection LLC,*<br>No. 21-pq-657 | 4, 10 | Yes.  *See* Compl. ¶¶ 13-15 (Michigan connections). |
| *Rysavy v. Syngenta Crop Protection, LLC,*<br>No. 21-pq-659 | 6 | Yes.  *See* Compl. ¶¶ 1-2, 21, 84, 160-64 (Minnesota connections). |
| *Milling v. Syngenta Crop Protection, LLC*<br>No. 21-pq-671 | 4, 10 | |
| *Sweeten v. Syngenta Crop Protection, LLC,*<br>No. 21-pq-687 | 4, 11 | Yes.  *See* Compl.  ¶¶ 3, 6-8, 15 (Idaho connections and designation). |

| | | |
|---|---|---|
| *Danforth v. Syngenta Crop Protection LLC,*<br>    No. 21-pq-690 | 4, 10, 16, 22 | |
| *Zaugg v. Syngenta Crop Protection LLC,*<br>    No. 21-pq-694 | 6 | Yes.  *See* Compl.  ¶¶ 9-10 (Idaho connections and designation). |
| *Byrnes v. Syngenta Crop Protection LLC,*<br>    No. 21-pq-695 | 4, 11 | Yes.  *See* Compl. ¶¶ 3, 6-8, 15, 45-46, 103, 112, 131-38, 141, 146-50 (Iowa designation and connections). |
| *Willyard v. Syngenta AG,*<br>    No. 21-pq-715 | 4, 10 | |
| *Heath v. Syngenta Crop Protection, LLC,*<br>    No. 21-pq-734 | 4 | |
| *Bequette v. Syngenta Crop Protection LLC,*<br>    No. 21-pq-752 | 4, 10, 16, 22 | Yes.  *See* Compl. ¶¶ 2-4, 9, 41, 98, 107, 127-147 (Missouri connections) |
| *Rowan v. Syngenta AG,*<br>    No. 21-pq-778 | 5 | |
| *Causey v. Syngenta Crop Protection L L C,*<br>    No. 21-pq-790 | 4, 10 | |
| *Burnette v. Syngenta Crop Protection, LLC,*<br>    No. 21-pq-822 | 4, 10 | |
| *Tippey v. Syngenta Crop Protection LLC,*<br>    No. 21-pq-829 | 4, 10 | |
| *Barber v. Syngenta Crop Protection LLC,*<br>    No. 21-pq-830 | 4, 10 | |
| *Altman v. Syngenta Crop Protection, LLC,*<br>    No. 21-pq-832 | 4 | |
| *Douglas v. Syngenta Crop Protection, LLC,*<br>    No. 21-pq-833 | 4 | |

| | | |
|---|---|---|
| *Halloran v. Syngenta AG*<br>     No. 21-pq-834 | 4 | |
| *Stanton v. Syngenta Crop Protection, LLC,*<br>     No. 21-pq-835 | 4 | |
| *Fuller v. Syngenta Crop Protection, LLC,*<br>     No. 21-pq-836 | 4 | |
| *Branscum v. Syngenta Crop Protection, LLC,*<br>     No. 21-pq-838 | 4 | |
| *Branscum v. Syngenta Crop Protection, LLC,*<br>     No. 21-pq-839 | 4 | |
| *Shea v. Syngenta Crop Protection LLC,*<br>     No. 21-pq-840 | 4, 10 | |
| *Bankston v. Syngenta Crop Protection, Inc.,*<br>     No. 21-pq-843 | 4 | |

<u>Chevron U.S.A. Inc.</u> must be dismissed as a Defendant in the following cases, because the alleged exposure to paraquat began at least 4 years after Chevron concededly ceased its role distributing the product, and it is therefore implausible that Chevron bears any liability:

| Case | Admission That Chevron Left the Market in 1986 | Alleged Exposure Period |
|---|---|---|
| *Rakoczy v. Syngenta Crop Protection, LLC,*<br>    No. 21-pq-554 | ¶¶ 111, 128 | ¶ 129 (2013-2017) |
| *Turner v. Syngenta Crop Protection LLC,*<br>    No. 21-pq-558 | ¶¶ 109-111 | ¶ 129 (1990s-2000s) |
| *Gieseke v. Syngenta Crop Protection, LLC,*<br>    No. 21-pq-576 | ¶¶ 111, 128 | ¶ 129 (2006-2018) |
| *Hill v. Syngenta Crop Protection, LLC,*<br>    No. 21-pq-594 | ¶ 33 | ¶ 114 (1995-2010) |
| *Moen v. Syngenta Crop Protection LLC,*<br>    No. 21-pq-605 | ¶¶ 111, 128 | ¶ 129 (1990s) |
| *Hensgens v. Syngenta AG,*<br>    No. 21-pq-617 | ¶¶ 17, 20-22 | ¶ 78 (2011-2014) |
| *Vacchino v. Syngenta AG,*<br>    No. 21-pq-623 | ¶¶ 17, 20-22 | ¶ 74 (1992-1997) |
| *Brown Jefferson v. Syngenta AG,*<br>    No. 21-pq-632 | ¶¶ 119, 136 | ¶ 138 (2005-2013) |
| *Gamwell v. Syngenta Crop Protection, LLC,*<br>    No. 21-pq-640 | ¶ 31 | ¶ 110 (2004-2019) |
| *McDonald v. Syngenta Crop Protection, LLC,*<br>    No. 21-pq-642 | ¶ 31 | ¶ 112 (1990-2015) |

| | | |
|---|---|---|
| *McDonald v. Syngenta Crop Protection, LLC*, No. 21-pq-645 | ¶ 31 | ¶ 110 (1990-2011) |
| *Pilgreen v. Syngenta Crop Protection, LLC*, No. 21-pq-648 | ¶ 31 | ¶ 110 (2000-2020) |
| *Normand v. Syngenta AG*, No. 21-pq-661 | ¶¶ 17, 20-22 | ¶ 78 (1993-2018) |
| *Nelson v. Syngenta AG*, No. 21-pq-662 | ¶¶ 17, 20-22 | ¶ 74 (2005-2012) |
| *Ingram v. Syngenta AG*, No. 21-pq-663 | ¶¶ 17, 20-22 | ¶ 74 (1990-1999) |
| *Lovelady v. Syngenta AG*, No. 21-pq-704 | ¶ 129 | ¶ 150 (1996-2002) |
| *Altman v. Syngenta Crop Protection, LLC*, No. 21-pq-832 | ¶ 32 | ¶ 113 (1998-2011) |
| *Douglas v. Syngenta Crop Protection, LLC*, No. 21-pq-833 | ¶ 32 | ¶ 113 (1992-1993) |
| *Branscum v. Syngenta Crop Protection, LLC*, No. 21-pq-838 | ¶ 32 | ¶ 113 (1998-2014) |
| *Branscum v. Syngenta Crop Protection, LLC*, No. 21-pq-839 | ¶ 32 | ¶ 113 (1998-2014) |

Chevron U.S.A. Inc. must also be dismissed as a Defendant in the warranty claims in the following additional cases, because Chevron ceased distributing paraquat in 1986 and the applicable statute of limitations on a warranty claim against Chevron (ranging from 4 to 6 years in these states) has since necessarily expired, even if warranty claims against other Defendants are not time-barred:

| Case | Applicable Law | Counts | Admission That Chevron Left the Market in 1986 |
|------|----------------|--------|-----------------------------------------------|
| *Thibodeaux v. Syngenta Crop Protection L L C*, No. 21-pq-788 | Louisiana (filed in Louisiana) | D | ¶¶ 5-7, 41-43 |
| *Nunnery v. Syngenta AG*, No. 21-pq-607 | Mississippi (filed in Mississippi) | 10 | ¶¶ 25-28, 158-160 |
| *Piper v. Syngenta Crop Protection, LLC*, No. 21-pq-548 | Illinois (filed in Illinois) | 12 | ¶¶ 2-4, 33-34 |
| *Halloran v. Syngenta AG*, No. 21-pq-834 | Illinois (filed in Illinois) | 6 | ¶ 32 |
| *Crane v. Syngenta Crop Protection LLC*, No. 21-pq-656 | Pennsylvania (filed in Pennsylvania) | 12 | ¶¶ 3-5, 46-48 |
| *Parson v. Syngenta Crop Protection, LLC*, No. 21-pq-631 | Oregon (filed in California but alleges exposure in Oregon, ¶¶ 8, 13, 14) | 12 | ¶¶ 3-5, 43-45 |
| *Smith v. Syngenta Crop Protection, LLC*, No. 21-pq-627 | Illinois (filed in California but alleges injury in Illinois, ¶¶ 4, 137, 138) | 8 | ¶¶ 119, 136 |
| *Edwards v. Syngenta Crop Protection, LLC*, No. 21-pq-666 | Missouri (filed in California but alleges injury in Missouri, ¶ 4) | 8 | ¶¶ 119, 136 |
| *Elmore v. Syngenta Crop Protection, LLC*, No. 21-pq-638 | Mississippi (filed in Minnesota but alleges exposure and injury in Mississippi, ¶¶ 2, 108, 110-112, 202-204) | 7 | ¶ 31 |
| *Henderson v. Syngenta Crop Protection LLC*, No. 21-pq-636 | New York (direct-filed in MDL but plaintiff designated New York, ¶ 15) | 13 | ¶¶ 120, 137 |

| *Hawkins v. Syngenta Crop Protection LLC*, No. 21-pq-635 | Illinois (direct-filed in MDL but alleges exposure and injury in Illinois, ¶¶ 21, 174) | 4 | ¶ 34 |
|---|---|---|---|

<u>Chevron U.S.A. Inc.</u> must also be dismissed as a Defendant in the <u>Minnesota statutory</u> claims in the following additional cases, because Chevron ceased distributing paraquat in 1986 and the applicable 6-year statute of limitations on these claims against Chevron, which accrue at the time of the sale transaction, has since necessarily expired, even if these statutory claims against other Defendants are not time-barred:

| Case | Counts | Admission That Chevron Left the Market in 1986 |
|---|---|---|
| *Elmore v. Syngenta Crop Protection, LLC*, No. 21-pq-638 | 5, 6 | ¶ 31 |
| *Richmond v. Syngenta Crop Protection, LLC*, No. 21-pq-644 | 5, 6 | ¶ 31 |
| *Smith v. Syngenta Crop Protection, LLC*, No. 21-pq-654 | 5, 6 | ¶ 31 |
| *Wilson v. Syngenta Crop Protection, LLC*, No. 21-pq-655 | 5, 6 | ¶ 31 |
| *Rysavy v. Syngenta Crop Protection, LLC*, No. 21-pq-659 | 5, 7 | ¶ 28 |

<u>Chevron U.S.A. Inc.</u> must also be dismissed as a Defendant in the <u>strict liability</u> claims in the following additional cases, because Chevron ceased distributing paraquat in 1986 and the Illinois statute of repose governing strict liability claims against Chevron has since necessarily expired, even if strict liability claims against other Defendants are not time-barred:

| Case | Applicable Law | Counts | Admission That Chevron Left the Market in 1986 |
|---|---|---|---|
| *Piper v. Syngenta Crop Protection, LLC*, No. 21-pq-548 | Illinois (filed in Illinois) | 7, 8 | ¶¶ 2-4, 33-34 |
| *Smith v. Syngenta Crop Protection, LLC*, No. 21-pq-627 | Illinois (filed in California but involving Illinois injury, *see* ¶¶ 4, 137-138). | 5, 6 | ¶¶ 119, 136 |

| *Halloran v. Syngenta AG*, No. 21-pq-834 | Illinois (filed in Illinois and involving Illinois exposure and injury, *see* ¶ 18). | 2, 3 | ¶ 32 |
|---|---|---|---|

The following <u>derivative</u> claims must be dismissed because all of the corresponding substantive claims are subject to dismissal based on Chevron's motion and Syngenta's:

| Case | Counts |
|---|---|
| *Albanese v. Syngenta AG,*<br>    No. 21-pq-555 | 5, 6 |
| *O'Connor v. Syngenta AG,*<br>    No. 21-pq-556 | 5, 6 |
| *Van Pelt v. Syngenta AG,*<br>    No. 21-pq-608 | 5 |
| *Copas v. Syngenta Crop Protection LLC,*<br>    No. 21-pq-619 | 13 |
| *Werking v. Syngenta AG,*<br>    No. 21-pq-625 | 5 |
| *Galasso v. Syngenta AG,*<br>    No. 21-pq-630 | 5, 6 |
| *Henderson v. Syngenta Crop Protection LLC,*<br>    No. 21-pq-636 | 14 |
| *Crane v. Syngenta Crop Protection LLC,*<br>    No. 21-pq-656 | 13 |
| *Friday v. Syngenta Crop Protection LLC,*<br>    No. 21-pq-657 | 13 |
| *Mettetal v. Syngenta AG,*<br>    No. 21-pq-668 | 5 |
| *Byrnes v. Syngenta Crop Protection LLC,*<br>    No. 21-pq-695 | 7, 14 |
| *Lovelady v. Syngenta AG,*<br>    No. 21-pq-704 | 9 |
| *Eiland v. Syngenta AG,*<br>    No. 21-pq-714 | 5 |
| *Fillinghim v. Syngenta AG,*<br>    No. 21-pq-846 | 5 |