# EXHIBIT C



Office of Pesticide Programs

# Label Review Manual



# I. Purpose

This Label Review Manual (LRM or Manual) provides guidance on pesticide labeling with the goal of improving the quality and consistency of pesticide labels. Historically, the LRM was developed as a training tool for EPA staff in the Office of Pesticide Programs (OPP). However, over time, its audience has grown from OPP label reviewers to include other federal agencies as well as external parties such as state, local, and tribal agencies, pesticide registrants, and other individuals who work with pesticide labeling.

# II. Background

Pesticide product labels provide critical information about how to safely and legally handle and apply pesticides. Unlike other types of product labels, pesticide labels are enforceable and must include the statement, "It is a violation of Federal law to use this product in a manner inconsistent with its labeling." [40 CFR 156.10(i)(2)(ii).](#) In other words, ***the label is the law***.

A critical function of the label is to translate the results of the science evaluations into a set of conditions, directions, precautions, and restrictions that define who may use a pesticide, as well as where, how, how much, and how often it may be used. Therefore, the accuracy of a label is vital as it can impact:

- ➢ EPA and other agencies that use the label to manage and mitigate pesticide risks.
- ➢ EPA and other agencies that enforce pesticide production, distribution, and use.
- ➢ Registrants, including pesticide manufacturers, and their supplemental distributors.
- ➢ Pesticide applicators who rely on the label for hazard and safety information and use directions.
- ➢ Bystanders and other individuals who may be exposed to the pesticide.

# III. Considerations

The [Federal Insecticide, Fungicide, and Rodenticide Act](#) (FIFRA) and its implementing regulations under Title 40, Chapter I, Subchapter E in the [Code of Federal Regulations](#) (CFR) govern pesticide registration and labeling requirements. FIFRA and its implementing regulations govern what **must** be included on pesticide labels.

Other EPA documents such as [Pesticide Registration Notices](#) (PR Notices or PRN) and this Manual provide guidance on what **should** be included on pesticide labels.

Additional labeling information based on chemical- and/or product-specific information must also be considered. These include product chemistry and acute toxicity reviews on the product's formulation, science reviews on an active or inert ingredient and its registered use(s), Reregistration Eligibility Decisions, and Registration Review Decisions.