**APPENDIX TO MEMORANDUM IN SUPPORT OF SYNGENTA'S
CONSOLIDATED PARTIAL MOTION TO DISMISS**

**APPENDIXES**

**APPENDIX I: EXCLUSIVE PRODUCTS-LIABILITY LAWS** ........................................... 1

    **Appendix I-A. Products-Liability Laws That Preclude Warranty and Consumer Protection Claims.** ........................................................................................... 2

    **Appendix I-B. Actions with Warranty Claims Precluded by State Products-Liability Laws.** ........................................................................................................ 3

    **Appendix I-C. Actions with Consumer Protection Claims Precluded by State Products-Liability Laws.** .............................................................................. 5

**APPENDIX II: WARRANTY** ............................................................................................... 6

    **Appendix II-A. Warranty: Failure to Plead A Cognizable Warranty Claim** ................. 7

        Appendix II-A-1. State Laws That Limit Warranty Rights to Purchasers and the Purchaser's Family, Household-Members, and Guests. ........................... 7

        Appendix II-A-2. Actions That Fail to Allege Plaintiff Purchased the Relevant Paraquat Products or Was A Purchaser's Family, Household-Member, or Guest. ........................................................................................... 9

        Appendix II-A-3. State Laws That Require Vertical Privity to Maintain Warranty Actions. ............................................................................................... 14

        Appendix II-A-4. Actions That Fail to Plead Vertical Privity. .......................... 15

    **Appendix II-B. Warranty: Pre-Suit Notice** ....................................................... 16

        Appendix II-B-1. States That Require Pre-Suit Notice for Warranty Claims. .............. 16

        Appendix II-B-2. Actions That Fail to Adequately Plead Pre-Suit Notice. .............. 18

**APPENDIX III: CONSUMER PROTECTION** ................................................................. 21

    **Appendix III-A. Consumer Protection: Limitations to Purchases of Consumer Goods.** ........................................................................................................ 22

        Appendix III-A-1. States That Limit Consumer Protection Claims to Purchases of Products "Primarily for Personal, Family, or Household Purposes." ................. 22

        Appendix III-A-2. Consumer Protection Claims That Should Be Dismissed for Failure to Plead Products "Primarily for Personal, Family, or Household Purposes." ......... 23

    **Appendix III-B. Consumer Protection: Personal-Injury Damages Unavailable** ........... 24

        Appendix III-B-1. States with Consumer Protection Acts That Do Not Permit Money Damages as Compensation for Personal Injury. .............................................. 24

        Appendix III-B-2. Consumer Protection Claims Seeking Personal-Injury Damages That Are Unavailable Under State Law. ....................................................... 26

    **Appendix III-C. Actions Alleging Extraterritorial Claims Under Minnesota Consumer Protection Laws.** ........................................................................... 30

**APPENDIX I:**
**EXCLUSIVE PRODUCTS-LIABILITY LAWS**

**Appendix I-A. Products-Liability Laws That
Preclude Warranty and Consumer Protection Claims.**

| State | Authority |
|---|---|
| Connecticut | Conn. Gen. Stat. § 52-572n(a); *Winslow v. Lewis-Shepard, Inc.*, 562 A.2d 517, 521 (Conn. 1989) (finding claims precluded); *In re Methyl Tertiary Butyl Ether (MTBE) Prod. Liab. Litig.*, 379 F.Supp.2d 348, 384-85 (S.D. NY 2005) (nuisance claims "dismissed because they fall within the scope of the CPLA"). |
| Indiana | Ind. Code § 34-20-1-1; *Hathaway v. Cintas Corp. Serv.*, 903 F. Supp. 2d 669, 673 (N.D. Ind. 2012) (express warranty and implied warranty claims subsumed); *Henderson v. Freightliner, LLC*, No. 02-CV-1301, 2005 WL 775929, at *3 (S.D. Ind. Mar. 24, 2005) (finding multiple claims precluded). |
| Kansas | Kan. Stat. § 60-3302; *Patton v. Hutchinson Wil-Rich Mfg. Co.*, 861 P.2d 1299, 1311 (Kan. 1993) (discussing Kansas Product Liability Act's preclusive effects). |
| Louisiana | La. Stat. § 9:2800.52 ("establish[ing] the exclusive theories of liability for manufacturers for damage caused by their products"); *McCleary v. Elekta, Inc.*, No. CV 19-00052, 2019 WL 5295699, at *3 (W.D. La. Oct. 18, 2019) ("The legislature clearly intended the LPLA to serve as the only means of recovery against a manufacturer for damage caused by their product."); *In re Chinese-Manufactured Drywall Prod. Liab. Litig.*, No. 14-2722, 2020 WL 4470845, at *5 (E.D. LA Aug. 3, 2020) ("[B]oth the LPLA and the MPLA provide the exclusive avenues through which a plaintiff may pursue a products liability claim … Plaintiffs [nuisance] claims must be cabined to, and analyzed under the frameworks set forth in the LPLA and the MPLA."); *Pitre v. Yamaha Motor Co.*, 51 F. Supp. 3d 644, 662 (E.D. La. 2014) ("the LPLA bars plaintiffs from maintaining an action under the LUTPA"); *Stroderd v. Yamaha Motor Corp., U.S.A.*, No. 04-CV-3040, 2005 WL 2037419, at *2 (E.D. La. Aug. 4, 2005) (same) |
| Mississippi | Miss. Code § 11-1-63; *Estes v. Lanx, Inc.*, 14-CV-52, 2015 WL 9462964, at *5 (N.D. Miss. Dec. 23, 2015) (finding MPLA was amended to signal the Mississippi Legislature's intent for all claims brought for damage caused by a product to be analyzed under the MPLA); *Lawson v. Honeywell Int'l., Inc.*, 75 So. 3d 1024, 1027 (Miss. 2011) (finding strict liability governed by MPLA); *McSwain v. Sunrise Med., Inc.*, 689 F. Supp. 2d 835, 848 (S.D. Miss. 2010) (finding MPLA subsumed multiple claims). |
| North Carolina | N.C. Gen. Stat. § 99B-1.1 ("There shall be no strict liability in tort in product liability actions."). |
| Washington | Wash. Rev. Code § 7.72.010; *Wash. State Physicians Ins. Exch. & Ass'n v. Fisons Corp.*, 858 P.2d 1054, 1066 (Wash. 1993) (en banc) (finding Washington Product Liability Act created single cause of action). |

**Appendix I-B. Actions with Warranty Claims Precluded by State Products-Liability Laws.**

| Case | State Law | Counts |
|---|---|---|
| O'Connor v. Syngenta AG,<br>   No. 3:21-pq-556 | CT | 4 |
| Copas v. Syngenta Crop Protection LLC,<br>   No. 3:21-pq-619 | IN | 6 |
| Hemker v. Syngenta Crop Protection, LLC ,<br>   No. 3:21-pq-547 | IN | 6 |
| Werking v. Syngenta AG,<br>   No. 3:21-pq-625 | IN | 4 |
| Haresnape v. Syngenta AG,<br>   No. 3:21-pq-621 | KS | 4 |
| Brown Jefferson v. Syngenta AG,<br>   No. 3:21-pq-632 | LA | 6, 12 |
| Causey v. Syngenta Crop Protection L L C,<br>   No. 3:21-pq-790 | LA | 6, 12 |
| Hensgens v. Syngenta AG,<br>   No. 3:21-pq-617 | LA | 4 |
| Miller v. Syngenta Crop Protection, LLC,<br>   No. 3:21-pq-591 | LA | 6, 12 |
| Normand v. Syngenta AG,<br>   No. 3:21-pq-661 | LA | 4 |
| Pilgreen v. Syngenta Crop Protection, LLC,<br>   No. 3:21-pq-648 | LA | 7 |
| Thibodeaux v. Syngenta Crop Protection L L C,<br>   No. 3:21-pq-788 | LA | 4, 7;<br>8 (fraud) |
| Barr v. Syngenta AG,<br>   No. 3:21-pq-618 | MS | 4 |
| Elmore v. Syngenta Crop Protection, LLC,<br>   No. 3:21-pq-638 | MS | 7 |
| Lovelady v. Syngenta AG,<br>   No. 3:21-pq-704 | MS | 4 |
| Nunnery v. Syngenta AG,<br>   No. 3:21-pq-607 | MS | 5 |
| Rowan v. Syngenta AG,<br>   No. 3:21-pq-778 | MS | 4 |
| Ruscoe v. Syngenta AG,<br>   No. 3:21-pq-609 | MS | 5 |
| Heath v. Syngenta Crop Protection, LLC, No. 3:21-pq-734 | NC | 6 |

| | | |
|---|---|---|
| Crawford v. Syngenta Crop Protection, LLC,<br>    No. 3:21-pq-590 | WA | 5, 10 |
| Danforth v. Syngenta Crop Protection LLC,<br>    No. 3:21-pq-690 | WA | 6, 12, 18, 24 |

**Appendix I-C. Actions with Consumer Protection Claims
Precluded by State Products-Liability Laws.**

| Case | State Law | Counts |
|------|-----------|--------|
| Brown Jefferson v. Syngenta AG,<br>    No. 3:21-pq-632 | LA | 5, 11 |
| Causey v. Syngenta Crop Protection LLC,<br>    No. 3:21-pq-790 | LA | 5, 11 |
| Miller v. Syngenta Crop Protection, LLC,<br>    No. 3:21-pq-591 | LA | 5, 11 |
| Crawford v. Syngenta Crop Protection, LLC,<br>    No. 3:21-pq-590 | WA | 4, 9 |

**APPENDIX II:**
**WARRANTY**

**Appendix II-A. Warranty: Failure to Plead A Cognizable Warranty Claim**

**Appendix II-A-1. State Laws That Limit Warranty Rights to Purchasers and the Purchaser's Family, Household-Members, and Guests.**

| State | Authority |
|---|---|
| Arizona | Ariz. Rev. Stat. § 47-2318. |
| Connecticut | Conn. Gen. Stat. § 42a-2-318; *Wagner v. Clark Equip. Co.*, No. 520641, 1995 WL 356736, at *2 (Conn. Super. Ct. June 7, 1995) (employee "c[ould] not rely on the [third-party beneficiary] statute … because he d[id] not come within its purview"). |
| Florida | Fla. Stat. § 672.318. |
| Georgia | Ga. Code § 11-2-318; *Mizell v. Pilgrim's Pride Corp.*, No. CV 509-064, 2012 WL 13005600, at *7 (S.D. Ga. Mar. 14, 2012) ("The Georgia courts have held that privity does not extend to employees of the purchaser."). |
| Idaho | Idaho Code § 28-2-318. |
| Illinois | 810 Ill. Comp. Stat. 5/2-318. |
| Indiana | Ind. Code § 26-1-2-318. |
| Kentucky | Ky. Rev. Stat. § 355.2-318; *Taylor v. Southwire Tools & Equip.*, 130 F. Supp. 3d 1017, 1021 (E.D. Ky. 2015) (Ky. Law) ("'[A]n express or implied warranty extends only to the buyer's family members and household residents or guests … [not] to employees of a commercial purchaser."). |
| Michigan | Mich. Comp. Laws § 440.2318. |
| Mississippi | Miss. Code § 75-2-318. |
| Missouri | Mo. Rev. Stat. § 400.2-318; *Cowens v. Siemens-Elema AB*, 837 F.2d 817, 822 (8th Cir. 1988) (Mo. Law) (affirming dismissal of warranty claim because § 2-318 "d[oes] not permit a warranty claim brought by an employee of a purchaser"); *Teel v. Am. Steel Foundries*, 529 F. Supp. 337, 345 (E.D. Mo. 1981) (Mo. Law) ("There is nothing in the express wording of this section to indicate that an employee of a buyer may benefit from the seller's warranty."); *Holyfield v. Chevron U.S.A., Inc.*, No. 20-CV-165, 2021 WL 1380280, at *8 (E.D. Mo. Apr. 12, 2021). |
| Nebraska | Neb. Rev. Stat. U.C.C. § 2-318. |
| North Carolina | N.C. Gen. Stat. § 25-2-318; *Crews v. W.A. Brown & Son, Inc.*, 416 S.E.2d 924, 930 (N.C. 1992) ("The statute does not extend warranty coverage to persons beyond those specifically enumerated. This construction is consistent with the legislative intent behind N.C.G.S. § 25–2–318 which was to eliminate the doctrine of privity as to the buyer's family, household, and guests, but not to abolish the doctrine as it relates to strangers to the contract."). |

| State | Authority |
|---|---|
| Oklahoma | Okla. Stat. tit. 12A, § 2-318; *Franklin v. Caterpillar, Inc.*, No. 08-CV-583, 2009 WL 10728499, at *4 (N.D. Okla. Oct. 1, 2009) (Okla. Law) ("[E]mployees of the buyer are not included …" (citation omitted)). |
| Oregon | Or. Rev. Stat. § 72.3180; *Colvin v. FMC Corp.*, 604 P.2d 157, 161 (Or. Ct. App. 1979) (holding family, household-members, and guests "d[o] not include persons in the position of" an employee claiming injury from workplace insecticide exposure). |
| Pennsylvania | Pa. Stat. tit. 13, § 2318. |
| Washington | Wash. Rev. Code § 62A.2-318. |
| West Virginia | W.Va. Code § 46-2-318. |
| Wisconsin | Wis. Stat. § 402.318. |

**Appendix II-A-2.  Actions That Fail to Allege Plaintiff Purchased the Relevant Paraquat Products or Was A Purchaser's Family, Household-Member, or Guest.**

| Case | State Law | Counts | Complaint Cites |
|------|-----------|--------|-----------------|
| West v. Syngenta Crop Protection, LLC, No. 3:21-pq-650 | AZ | 7 | ¶¶ 107, 111 |
| O'Connor v. Syngenta AG, No. 3:21-pq-556 | CT | 4 | ¶¶ 26, 74 |
| Ayres v. Syngenta Crop Protection, LLC, No. 3:21-pq-629 | FL | 4, 8 | ¶ 137 |
| Gamwell v. Syngenta Crop Protection, LLC, No. 3:21-pq-640 | FL | 7 | ¶¶ 107, 111 |
| Glassburn v. Syngenta Crop Protection, LLC, No. 3:21-pq-626 | FL | 4, 8 | ¶ 137 |
| Richmond v. Syngenta Crop Protection, LLC, No. 3:21-pq-644 | FL | 7 | ¶¶ 109, 113-14, 116 |
| Smith v. Syngenta Crop Protection, LLC, No. 3:21-pq-654 | FL | 7 | ¶¶ 107, 111-14 |
| Vacchino v. Syngenta AG, No. 3:21-pq-623 | FL | 4 | ¶¶ 26, 74-75 |
| Frank v. Syngenta Crop Protection LLC , No. 3:21-pq-691 | GA | 4 | ¶109, 112-14 |
| Majors v. Syngenta AG, No. 3:21-pq-566 | GA | 4 | ¶ 26 |
| Larsen v. Syngenta Crop Protection, LLC, No. 3:21-pq-624 | ID | 4, 8 | ¶ 137 |
| Sweeten v. Syngenta Crop Protection, LLC, No. 3:21-pq-687 | ID | 6, 13 | ¶¶ 6, 138 |
| Adams v. Syngenta Crop Protection LLC, No. 3:21-pq-828 | IL | 4, 8 | Circumstances not alleged. |

| Case | State Law | Counts | Complaint Cites |
|---|---|---|---|
| Altman v. Syngenta Crop Protection, LLC, No. 3:21-pq-832 | IL | 6 | Circumstances not alleged. |
| Bankston v. Syngenta Crop Protection, Inc., No. 3:21-pq-843 | IL | 6 | ¶¶ 110, 114, 116 |
| Barber v. Syngenta Crop Protection LLC, No. 3:21-pq-830 | IL | 6, 12 | ¶ 134 |
| Branscum v. Syngenta Crop Protection, LLC, No. 3:21-pq-838 | IL | 6 | ¶¶ 110, 114-15 |
| Branscum v. Syngenta Crop Protection, LLC, No. 3:21-pq-839 | IL | 6 | ¶110, 114-115 |
| Burnette v. Syngenta Crop Protection, LLC, No. 3:21-pq-822 | IL | 6, 12 | ¶ 2 |
| Dietrich v. Syngenta Crop Protection, LLC, No. 3:21-pq-622 | IL | 4, 8 | ¶ 137 |
| Douglas v. Syngenta Crop Protection, LLC., No. 3:21-pq-833 | IL | 6 | ¶¶ 110, 114, 116 |
| Durbin v. Syngenta Crop Protection LLC, No. 3:21-pq-551 | IL | 6, 12 | ¶ 129 |
| Fuller v. Syngenta Crop Protection, LLC, No. 3:21-pq-836 | IL | 6 | ¶¶ 110, 114, 116 |
| Halloran v. Syngenta AG, No. 3:21-pq-834 | IL | 6 | ¶¶ 110, 114-16 |
| Hawkins v. Syngenta Crop Protection LLC, No. 3:21-pq-635 | IL | 4 | ¶¶ 109, 112-14 |
| Piper v. Syngenta Crop Protection, LLC, No. 3:21-pq-548 | IL | 6, 12 | ¶ 161 |
| Richter v. Syngenta Crop Protection, LLC, No. 3:21-pq-571 | IL | 6, 12, 18, 24 | ¶ 133 |

| Case | State Law | Counts | Complaint Cites |
|---|---|---|---|
| Runyon v. Syngenta Crop Protection, LLC, No. 3:21-pq-549 | IL | 6, 12 | ¶¶ 161-62 |
| Smith v. Syngenta Crop Protection, LLC, No. 3:21-pq-627 | IL | 4, 8 | ¶137 |
| Stanton v. Syngenta Crop Protection, LLC, No. 3:21-pq-835 | IL | 6 | ¶¶ 110, 114-16 |
| Tippey v. Syngenta Crop Protection LLC, No. 3:21-pq-829 | IL | 6, 12 | ¶133 |
| Walkington v. Syngenta AG, No. 3:21-pq-601 | IL | 5, 10 | ¶¶ 133 |
| Willyard v. Syngenta AG, No. 3:21-pq-715 | IL | 5, 11 | ¶¶ 129 |
| Kearns v. Syngenta Crop Protection LLC, No. 3:21-pq-550 | IL, WI | 6, 12, 18, 24 | ¶¶ 133-35 |
| Copas v. Syngenta Crop Protection LLC, No. 3:21-pq-619 | IN | 6, 12 | ¶¶ 14-15 |
| Hemker v. Syngenta Crop Protection, LLC , No. 3:21-pq-547 | IN | 6 | ¶¶ 133, 162 |
| Werking v. Syngenta AG, No. 3:21-pq-625 | IN | 4 | ¶¶ 26, 74-75 |
| Mettetal v. Syngenta AG, No. 3:21-pq-668 | MI | 4 | ¶ 26 |
| Adams v. Syngenta Crop Protection LLC, No. 3:21-pq-614 | MO | 6 | 112 |
| Bequette v. Syngenta Crop Protection LLC , No. 3:21-pq-752 | MO | 6, 12, 18, 24 | Circumstances not alleged. |
| Edwards v. Syngenta Crop Protection, LLC, No. 3:21-pq-666 | MO | 4, 8 | ¶ 137 |

| Case | State Law | Counts | Complaint Cites |
|------|-----------|--------|-----------------|
| Holyfield v. Chevron U.S.A. Inc., No. 3:21-pq-553 | MO | 4 | ¶¶ 53-54, 60, 63-64 |
| McCarty v. Syngenta Crop Protection LLC, No. 3:21-pq-616 | MO | 6 | ¶¶ 115, 118 |
| Otten v. Syngenta Crop Protection LLC, No. 3:21-pq-613 | MO | 4, 8 | Circumstances not alleged. |
| Ward v. Syngenta AG, No. 3:21-pq-628 | MO | 4 | ¶¶ 26 |
| Willey v. Syngenta AG, No. 3:21-pq-784 | MO | 4 | ¶¶ 27, 75-76 |
| Barr v. Syngenta AG, No. 3:21-pq-618 | MS | 4 | ¶¶ 25, 70 |
| Elmore v. Syngenta Crop Protection, LLC, No. 3:21-pq-638 | MS | 7 | ¶107, 110-112 |
| Lovelady v. Syngenta AG, No. 3:21-pq-704 | MS | 4, 8 | ¶¶ 151, 153 |
| Nunnery v. Syngenta AG, No. 3:21-pq-607 | MS | 5, 10 | Circumstances not alleged. |
| Rowan v. Syngenta AG, No. 3:21-pq-778 | MS | 4 | ¶ 28 |
| Ruscoe v. Syngenta AG, No. 3:21-pq-609 | MS | 5, 10 | ¶ 214 |
| Heath v. Syngenta Crop Protection, LLC, No. 3:21-pq-734 | NC | 6 | ¶ 115 |
| Bergmann v. Syngenta AG, No. 3:21-pq-847 | NE | 4 | ¶ 27 |
| Van Pelt v. Syngenta AG, No. 3:21-pq-608 | NE | 4 | ¶¶ 27, 76-77 |

| Case | State Law | Counts | Complaint Cites |
|---|---|---|---|
| McDonald v. Syngenta Crop Protection, LLC, No. 3:21-pq-642 | OK | 7 | ¶¶ 113, 115 |
| McDonald v. Syngenta Crop Protection, LLC, No. 3:21-pq-645 | OK | 7 | ¶¶ 113-15 |
| Andersen v. Syngenta AG, No. 3:21-pq-713 | OR | 4 | ¶¶ 24, 70 |
| Parson v. Syngenta Crop Protection, LLC, No. 3:21-pq-631 | OR | 6, 12 | ¶¶ 9, 14 |
| Landis v. Syngenta Crop Protection, LLC, No. 3:21-pq-634 | PA | 4 | ¶ 107 |
| Supenia v. Syngenta Crop Protection, LLC, No. 3:21-pq-639 | PA | 7 | ¶¶ 109, 113 |
| Wurster v. Syngenta Crop Protection LLC, No. 3:21-pq-677 | PA | 4 | ¶¶ 107 |
| Danforth v. Syngenta Crop Protection LLC, No. 3:21-pq-690 | WA | 6, 12, 18, 24 | ¶¶ 132-35 |
| Tenneson v. Syngenta Crop Protection LLC, No. 3:21-pq-589 | WI | 4, 8 | ¶ 129 |
| Barrat v. Syngenta Crop Protection LLC, No. 3:21-pq-552 | WV | 4, 8 | ¶ 129 |
| Turner v. Syngenta Crop Protection LLC, No. 3:21-pq-558 | WV | 4, 8 | ¶ 129 |

**Appendix II-A-3. State Laws That Require Vertical Privity to Maintain Warranty Actions.**

| State | Authority |
|---|---|
| Florida | *Kramer v. Piper Aircraft Corp.*, 520 So. 2d 37, 39 (Fla. 1988) ("it was this Court's intent to abolish that cause of action where the remedy of strict liability is appropriate"). |
| Georgia | *Edwards v. Wisc. Pharmacal Co., LLC*, 987 F. Supp. 2d 1340, 1346 (N.D. Ga. 2013) (warranty claims for personal injury require vertical privity) (citing *Bryant v. Hoffmann—La Roche, Inc*., 585 S.E.2d 723, 731 (Ga. Ct. App. 2003)); *Curlee*, 327 S.E.2d at 743 (observing that "legislature … adopted the most restrictive of the three 'privity' alternatives … [instead of] cho[osing] a less restrictive alternative, including the abolition of any requirement of privity"). |
| Kentucky | *Compex Int'l Co., Ltd. v. Taylor*, 209 S.W.3d 462, 465 (Ky. 2006) (personal injury warranty claims require vertical privity). |
| Wisconsin | *St. Paul Mercury Ins. Co. v. The Viking Corp.,* 539 F.3d 623, 628 (7th Cir. 2008); *Ball v. Sony Elecs. Inc.*, No. 05-CV-307, 2005 WL 2406145, at *4-5 (W.D. Wis. Sep. 28, 2005) (dismissing plaintiffs' implied warranty claim where the complaint expressly alleged that an authorized distributor—not defendant—was the seller in the purchase transactions). |

**Appendix II-A-4.  Actions That Fail to Plead Vertical Privity.**

| Case | State Law | Counts | Complaint Cites |
|------|-----------|--------|-----------------|
| Ayres v. Syngenta Crop Protection, LLC, No. 3:21-pq-00629 | FL | 4, 8 | ¶ 137 |
| Gamwell v. Syngenta Crop Protection, LLC, No. 3:21-pq-00640 | FL | 7 | ¶¶ 107, 111 |
| Glassburn v. Syngenta Crop Protection, LLC, No. 3:21-pq-00626 | FL | 4, 8 | ¶ 137 |
| Richmond v. Syngenta Crop Protection, LLC, No. 3:21-pq-00644 | FL | 7 | ¶¶ 109, 113-14, 116 |
| Smith v. Syngenta Crop Protection, LLC, No. 3:21-pq-00654 | FL | 7 | -- |
| Vacchino v. Syngenta AG, No. 3:21-pq-00623 | FL | 4 | -- |
| Frank v. Syngenta Crop Protection LLC , No. 3:21-pq-00691 | GA | 4 | ¶¶ 110, 114, 116 |
| Jones v. Syngenta AG, No. 3:21-pq-00669 | GA | 4 | ¶ 26 |
| Majors v. Syngenta AG, No. 3:21-pq-00566 | GA | 4 | ¶ 26 |
| Kearns v. Syngenta Crop Protection LLC, No. 3:21-pq-00550 | WI | 6, 12, 18, 24 | ¶¶ 133-35 |
| Tenneson v. Syngenta Crop Protection LLC, No. 3:21-pq-00589 | WI | 4, 8 | -- |

# Appendix II-B. Warranty: Pre-Suit Notice

## Appendix II-B-1. States That Require Pre-Suit Notice for Warranty Claims.

| State | Authority |
|-------|-----------|
| Arkansas | *Hartness v. Nuckles*, 475 S.W. 3d 558, 561 (Ark. 2015). |
| California | *Donohue v. Apple, Inc.*, 871 F. Supp. 2d 913, 929 (N.D. Cal. 2012). |
| Colorado | *Fiberglass Component Prod., Inc. v. Reichold Chems., Inc.*, 983 F. Supp. 948, 953 (D. Colo. 1997). |
| Connecticut | *Zeigler v. Sony Corp of Am.*, 849 A.2d 19, 402-03 (Conn. Super. Ct. 2004). |
| Georgia | *Economy Forms Corp. v. Kandy, Inc.*, 391 F. Supp. 944, 950 (N.D. Ga. 1974). |
| Indiana | *Lemon v. Anonymous Physician*, No. 04-CV-2083, 2005 WL 2218359, at *2 (S.D. Ind. Sep. 12, 2005) (citing *McClure Oil Corp. v. Murray Equip., Inc.*, 515 N.E.2d 546, 554 (Ind. Ct. App. 1987)). |
| Iowa | *Randa v. U.S. Homes, Inc.*, 325 N.W. 2d 905, 909 (Iowa Ct. App. 1982). |
| Kansas | *Unified School Dist. No. 500 v. U.S. Gypsum Co.*, 788 F. Supp. 1173, 1176 (D. Kan. 1992). |
| Maryland | *Doll v. Ford Motor Co.*, 814 F. Supp. 2d 526, 542 (D. Md. 2011). |
| Michigan | *Danielkiewicz v. Whirlpool Corp.*, 426 F. Supp. 3d 426, 433 (E.D. Mich. 2019). |
| Minnesota | *Podpeskar v. Makita U.S.A. Inc.*, 247 F. Supp. 3d 1001, 1006 (D. Minn. 2017). |
| Missouri | *Renaissance Leasing, LLC v. Vermeer Mfg.*, 322 S.W.3d 112, 122 (Mo. 2010). |
| Mississippi | *Steel Dynamics Columbus, LLC v. Altech Env't USA Corp.*, 273 F. Supp. 3d 627, 644 (N.D. Miss. 2017). |
| New Jersey | *Hammer v. Vital Pharms. Inc., No.* 11-4124, 2012 WL 1018842, at *10-11 (D.N.J. Mar. 26, 2012) (citing *C.F. Seabrook Co. v. Beck*, 174 N.J. Super. 577, 593 (N.J. App. Div. 1980)). |
| North Carolina | *Sani-Pure Food Lab'ys, LLC v. bioMerieux, Inc.*, No. 13-cv- 6643, 2014 WL 6386803, at *6 (D.N.J. Nov. 13, 2014) (applying N.C. law). |
| North Dakota | *Indus. Fiberglass v. Jandt*, 361 N.W.2d 595, 597-98 (N.D. 1985). |
| Ohio | *Radford v. Daimler Chrysler Corp.*, 168 F. Supp. 2d 751, 754 (N.D. Ohio 2001) (applying Ohio law). |
| Oregon | *Redfield v. Mead, Johnson & Co.*, 512 P.2d 776, 781 (Or. 1973). |
| Pennsylvania | *Am. Fed'n of State Cnty. & Mun. Emps. v. Ortho-McNeil- Janssen Pharms., Inc.*, No. 08-5904, 2010 WL 891150, at *6 (E.D. Pa. Mar. 11, 2010). |

| State | Authority |
|---|---|
| Texas | *Martin v. Home Depot U.S.A., Inc.*, 369 F. Supp. 2d 887, 893 (W.D. Tex. 2005). |
| Virginia | *Banh v. Am. Honda Motor Co., Inc.*, No. 19-CV-5984, 2019 WL 8683361, at *12 (C.D. Cal. Dec. 17, 2019) (applying Va. law). |
| Wisconsin | *Simonz v. Brockman*, 23 N.W.2d 464, 466 (Wis. 1946). |

**Appendix II-B-2. Actions That Fail to Adequately Plead Pre-Suit Notice.**

| Case | State Law | Counts |
|------|-----------|--------|
| Adams v. Syngenta AG,<br>    No. 3:21-pq-660 | MD | 4 |
| Adams v. Syngenta Crop Protection LLC,<br>    No. 3:21-pq-614 | MO | 6 |
| Amatucci v. Syngenta AG,<br>    No. 3:21-pq-672 | VA | 4 |
| Andersen v. Syngenta AG,<br>    No. 3:21-pq-713 | OR | 4 |
| Ayres v. Syngenta Crop Protection, LLC,<br>    No. 3:21-pq-629 | FL | 4, 8 |
| Bakken v. Syngenta Crop Protection LLC ,<br>    No. 3:21-pq-722 | MN | 4 |
| Barr v. Syngenta AG,<br>    No. 3:21-pq-618 | MS | 4 |
| Bequette v. Syngenta Crop Protection LLC ,<br>    No. 3:21-pq-752 | MO | 6, 12, 18, 24 |
| Byrnes v. Syngenta Crop Protection LLC ,<br>    No. 3:21-pq-695 | IA | 6, 13 |
| Cates v. Syngenta Crop Protection, LLC,<br>    No. 3:21-pq-646 | TX | 7 |
| Copas v. Syngenta Crop Protection LLC,<br>    No. 3:21-pq-619 | IN | 6, 12 |
| Denes v. Syngenta AG,<br>    No. 3:21-pq-563 | CA | 4 |
| Dove v. Syngenta AG,<br>    No. 3:21-pq-633 | MD | 4 |
| Edwards v. Syngenta Crop Protection, LLC,<br>    No. 3:21-pq-666 | MO | 4, 8 |
| Elmore v. Syngenta Crop Protection, LLC,<br>    No. 3:21-pq-638 | MS | 7 |
| Frank v. Syngenta Crop Protection LLC ,<br>    No. 3:21-pq-691 | GA | 4 |
| Friday v. Syngenta Crop Protection LLC,<br>    No. 3:21-pq-657 | MI | 6 |
| Gamwell v. Syngenta Crop Protection, LLC,<br>    No. 3:21-pq-640 | FL | 7 |
| Glassburn v. Syngenta Crop Protection, LLC,<br>    No. 3:21-pq-626 | FL | 4, 8 |

| Case | State Law | Counts |
|---|---|---|
| Gray v. Syngenta Crop Protection LLC, No. 3:21-pq-603 | AR | 4, 8 |
| Haresnape v. Syngenta AG, No. 3:21-pq-621 | KS | 4 |
| Hays v. Syngenta Crop Protection, LLC, No. 3:21-pq-612 | MO | 6 |
| Hemker v. Syngenta Crop Protection, LLC , No. 3:21-pq-547 | IN | 6, 12, 18, 24 |
| Holyfield v. Chevron U.S.A. Inc., No. 3:21-pq-553 | MO | 4 |
| Ingram v. Syngenta AG, No. 3:21-pq-663 | TX | 4 |
| Jones v. Syngenta AG, No. 3:21-pq-669 | GA | 4 |
| Kearns v. Syngenta Crop Protection LLC, No. 3:21-pq-550 | WI | 6, 12, 18, 24 |
| Kirk v. Syngenta Crop Protection, LLC, No. 3:21-pq-643 | TX | 7 |
| Landis v. Syngenta Crop Protection, LLC, No. 3:21-pq-634 | PA | 4 |
| Lovelady v. Syngenta AG, No. 3:21-pq-704 | MS | 4, 8 |
| Majors v. Syngenta AG, No. 3:21-pq-566 | GA | 4 |
| McCarty v. Syngenta Crop Protection LLC, No. 3:21-pq-616 | MO | 6 |
| Mettetal v. Syngenta AG, No. 3:21-pq-668 | MI | 4 |
| Milling v. Syngenta Crop Protection, LLC, No. 3:21-pq-671 | CA | 6, 12 |
| Moen v. Syngenta Crop Protection LLC, No. 3:21-pq-605 | ND | 4, 8 |
| Nelson v. Syngenta AG, No. 3:21-pq-662 | MN | 4 |
| Nunnery v. Syngenta AG, No. 3:21-pq-607 | MS | 5, 10 |
| O'Connor v. Syngenta AG, No. 3:21-pq-556 | CT | 4 |
| Otten v. Syngenta Crop Protection LLC, No. 3:21-pq-613 | MO | 4, 8 |

| Case | State Law | Counts |
|------|-----------|--------|
| Parker v. Chevron U.S.A., Inc.,<br>    No. 3:21-pq-880 | GA | 4 |
| Parson v. Syngenta Crop Protection, LLC,<br>    No. 3:21-pq-631 | OR | 6, 12 |
| Rakoczy v. Syngenta Crop Protection, LLC,<br>    No. 3:21-pq-554 | CA | 4, 8 |
| Richmond v. Syngenta Crop Protection, LLC,<br>    No. 3:21-pq-644 | FL | 7 |
| Rowan v. Syngenta AG,<br>    No. 3:21-pq-778 | MS | 4 |
| Ruscoe v. Syngenta AG,<br>    No. 3:21-pq-609 | MS | 5 |
| Rysavy v. Syngenta Crop Protection, LLC,<br>    No. 3:21-pq-659 | MN | 4 |
| Self v. Syngenta Crop Protection, LLC,<br>    No. 3:21-pq-649 | TX | 7 |
| Smith v. Syngenta Crop Protection, LLC,<br>    No. 3:21-pq-654 | FL | 7 |
| Supenia v. Syngenta Crop Protection, LLC,<br>    No. 3:21-pq-639 | PA | 7 |
| Tenneson v. Syngenta Crop Protection LLC,<br>    No. 3:21-pq-589 | WI | 4, 8 |
| Trower v. Syngenta Crop Protection, LLC,<br>    No. 3:21-pq-641 | VA | 7 |
| Vacchino v. Syngenta AG,<br>    No. 3:21-pq-623 | FL | 4 |
| Ward v. Syngenta AG,<br>    No. 3:21-pq-628 | MO | 4 |
| Werking v. Syngenta AG,<br>    No. 3:21-pq-625 | IN | 4 |
| Willey v. Syngenta AG,<br>    No. 3:21-pq-784 | MO | 4 |
| Wilson v. Syngenta Crop Protection, LLC,<br>    No. 3:21-pq-655 | CA | 7 |
| Wurster v. Syngenta Crop Protection LLC,<br>    No. 3:21-pq-677 | PA | 4 |

**APPENDIX III:**
**CONSUMER PROTECTION**

**Appendix III-A. Consumer Protection: Limitations to Purchases of Consumer Goods**

**Appendix III-A-1. States That Limit Consumer Protection Claims to Purchases of Products "Primarily for Personal, Family, or Household Purposes."**

| State | Authority |
|---|---|
| California | California Consumer Legal Remedies Act ("CLRA"), Cal. Civ. Code § 1761(a) & (d); *Grocers Ass'n v. Bank of Am.*, 27 Cal. Rptr. 2d 396, 404 (Cal. Ct. App. 1994) (dismissing trade group's CCLRA claim because trade group is not a "consumer"); *Shin v. BMW of N. Am.*, No. 09-CV-398, 2009 WL 2163509, at *3 (C.D. Cal. July 16, 2009) (dismissing claim for failure to allege status as a consumer). |
| Maine | Maine Unfair Trade Practices Act ("UTPA"), Me. Rev. Stat. tit. 5, § 213; *Hoglund ex rel. Johnson v. DiamlerChrysler,* 102 F. Supp. 2d 30, 31 (D. Me. 2000) (dismissing ME UTPA claim brought by a three-year old child because the relevant vehicle purchase was made by the plaintiff's parents). |
| Michigan | Michigan Consumer Protection Act ("CPA"), M.C.L. § 445.901 *et seq.*; *Slobin v. Henry Ford Health Care*, 666 N.W.2d 632, 635 (Mich. 2003) (holding that "if an item is purchased primarily for business or commercial rather than personal purposes, the MCPA does not supply protection."). |
| Missouri | Missouri Merchandising Practices Act ("MPA"), Mo. Stat. § 407.025; *Saey v. CompUSA*, 174 F.R.D. 448, 450 (E.D. Mo. 1997) (plaintiff who "purchased [a product] for his business … does not have standing to bring a claim under Missouri's Merchandise Practices Act"). |
| Pennsylvania | Pennsylvania Unfair Trade Practices & Consumer Protection Law ("UTPCPL"), 73 P.S. § 201-9.2; *V2 Life Solutions v. Aesthetics Biomed.*, No. 21-CV-106, 2021 WL 859427, at *4 (E.D. Pa. Mar. 8, 2021) (dismissing UTPCPL claim because the plaintiff purchased a microneedling device primarily for commercial use in a cosmetics business); *Lewis v. Atl. States Ins.*, No. 08-CV-1040, 2008 WL 11342459, at *5 (W.D. Pa. Nov. 10, 2008) (dismissing UTPCPL claim where it was "clear from the Complaint … that Plaintiff's motivation for purchasing insurance coverage was to obtain commercial property and commercial general liability insurance"). |

**Appendix III-A-2. Consumer Protection Claims That Should Be Dismissed for Failure to Plead Products "Primarily for Personal, Family, or Household Purposes."**

| Case | State Law | Counts | Complaint Cites |
|---|---|---|---|
| Milling v. Syngenta Crop Protection, LLC, No. 3:21-pq-671 | Cal. CLRA, Cal. Civ. § 1750 | 5, 11 | ¶¶ 15-16 |
| Parson v. Syngenta Crop Protection, LLC, No. 3:21-pq-631 | Cal. CLRA, Cal. Civ. § 1750 | 5, 11 | ¶¶ 14-15, 50, 93-94 |
| Rowan v. Syngenta AG, No. 3:21-pq-778 | Cal. CLRA, Cal. Civ. § 1750 | 6 | ¶¶ 56-57, 77-78, 121 |
| Crane v. Syngenta Crop Protection LLC, No. 3:21-pq-656 | Me. UTPA, 5 Me. Rev. Stat. § 205-A; Pa. UTPCPL, 73 P.S. § 201-9.2 | 5, 11 | ¶¶ 15, 96-97 |
| Friday v. Syngenta Crop Protection LLC, No. 3:21-pq-657 | Mich. CPA, Mich. Comp. Laws § 445.901; Pa. UTPCPL, 73 P.S. § 201-9.2 | 5, 11 | ¶¶ 14-15, 96-97 |
| Adams v. Syngenta Crop Protection LLC, No. 3:21-pq-614 | Mo. MPA, Mo. Stat. §407.010 | 5 | ¶¶ 70, 71, 92, 112, 115 |
| Bequette v. Syngenta Crop Protection LLC, No. 3:21-pq-752 | Mo. MPA, Mo. Stat. §407.010 | 5, 11, 17, 23 | ¶¶ 135-137, 192-93 |
| Hays v. Syngenta Crop Protection, LLC, No. 3:21-pq-612 | Mo. MPA, Mo. Stat. §407.010 | 5 | ¶¶ 73-74, 95-96, 115 |
| McCarty v. Syngenta Crop Protection LLC, No. 3:21-pq-616 | Mo. MPA, Mo. Stat. §407.010 | 5 | ¶¶ 73-74, 95-96, 115 |
| Copas v. Syngenta Crop Protection LLC, No. 3:21-pq-619 | Pa. UTPCPL, 73 P.S. § 201-9.2 | 5, 11 | ¶¶ 14-15, 96-97 |

**Appendix III-B. Consumer Protection: Personal-Injury Damages Unavailable**

**Appendix III-B-1. States with Consumer Protection Acts That Do Not Permit Money Damages as Compensation for Personal Injury.**

| State | Authority |
|-------|-----------|
| Iowa | Iowa Code § 714H.2 (compensable damages "do[] not include damages for bodily injury, pain and suffering, mental distress, or loss of consortium, loss of life, or loss of enjoyment of life"); *Willet v. Johnson & Johnson*, No. 12-CV-34, 2019 WL 7500524, at *4 (S.D. Iowa Sep. 30, 2019) (judgment for defendant on claims seeking damages for personal injury). |
| Illinois | 815 ILCS 505/10a; *Cummings v. TVI, Inc.*, No. 19-CV-1082, 2020 WL 1065433, at *4 (S.D. Ill. Mar. 5, 2020) ("Because the plaintiff's claim for personal injury based on UniFirst's representations on its website is not covered by the ICFA, the plaintiff has no cause of action under that statute either in his individual or representative capacity."); *Morris v. Harvey Cycle & Camper Inc.*, 911 N.E.2d 1049, 1053 (Ill. App. Ct. 2009) (ICFA "provides remedies for purely economic injuries"; affirming dismissal where "plaintiff did not allege actual damages in the form of specific economic injuries"); *Bednar v. Pierce & Assocs., P.C.*, 220 F. Supp. 3d 860, 865 (N.D. Ill. 2016) (dismissing ICFA claim); *see also Martin v. Heinold Commodities, Inc.*, 643 N.E.2d 734, 751 (Ill. 1994) ("While plaintiffs note that section 10a(a) of the Act states that the trial court 'in its discretion may award actual damages or any other relief which the court deems proper' … , we cannot agree with plaintiffs that this section allows the court free reign [sic] to award any amount of damages it chooses."). |
| Maine | Me. Rev. Stat. tit. 5, § 213 (limiting recovery to "loss of money or property"); *Bartner v. Carter*, 405 A.2d 194, 202-03 (Me. 1979) ("[The UTPA's] language appears to rule out recovery, under the statute, of several kinds of non-restitutionary damages, such as damages for personal injury, mental distress or loss of time."); *Benner v. Wells Fargo Bank*, N.A., No. 2:16-CV-00467-NT, 2018 WL 1548683, at *13 n. 18 (D. Me. Mar. 29, 2018) (holding that "emotional distress damages are foreclosed under § 213"). |
| Minnesota | Minn. Stat. § 325F.69; *In re Levaquin Prods. Liab. Litig.*, 752 F. Supp. 2d 1071, 1075 n.3 (D. Minn. 2010) ("[MU]DTPA affords only prospective injunctive relief"); *Cannon Techs., Inc. v. Sensus Metering Sys., Inc.*, 734 F. Supp. 2d 753, 768 (D. Minn. 2010) ("It is well-settled that monetary damages are not available under that statute; the sole statutory remedy for deceptive trade practices is injunctive relief.") (marks and citation omitted). |
| Oregon | Or. Rev. Stat. § 646.638; *Pearson v. Philip Morris, Inc.*, 358 Or. 88, 117 (2015) ("An ascertainable loss of some other kind—such as loss of physical ability due to a personal injury—is not cognizable in a UTPA claim."); *Parada v. MJ's Lab. Servs., Inc.*, No. 17-CV-521, 2019 WL 4145224, at *7 |

| State | Authority |
|---|---|
| | (D. Or. Aug. 30, 2019) ("Noneconomic damages, such as emotional distress damages, are not cognizable as ascertainable losses under the UTPA."). |
| Washington | Wash. Rev. Code § 19.86.090 (limiting claims to persons "injured in his or her business or property"); *Peoples v. United Servs. Auto. Ass'n*, 452 P.3d 1218, 1222 (Wash. 2019) ("traditional personal injury claims are not within the scope of the CPA"); *Ambach v. French*, 216 P.3d 405, 408 (Wash. 2009) ("[p]ersonal injury damages … are not compensable damages under the CPA and do not constitute injury to business or property"). |

**Appendix III-B-2. Consumer Protection Claims Seeking Personal-Injury Damages That Are Unavailable Under State Law.**

| Case | State Law | Counts |
|---|---|---|
| Altman v. Syngenta Crop Protection, LLC, No. 3:21-pq-832 | Ill. CFA, 815 ILCS 505/1 | 5 |
| Bankston v. Syngenta Crop Protection, Inc., No. 3:21-pq-843 | Ill. CFA, 815 ILCS 505/1 | 5 |
| Barber v. Syngenta Crop Protection LLC, No. 3:21-pq-830 | Ill. CFA, 815 ILCS 505/1 | 5, 11 |
| Branscum v. Syngenta Crop Protection, LLC, No. 3:21-pq-838 | Ill. CFA, 815 ILCS 505/1 | 5 |
| Branscum v. Syngenta Crop Protection, LLC, No. 3:21-pq-839 | Ill. CFA, 815 ILCS 505/1 | 5 |
| Burnette v. Syngenta Crop Protection, LLC, No. 3:21-pq-822 | Ill. CFA, 815 ILCS 505/1 | 5, 11 |
| Danforth v. Syngenta Crop Protection LLC, No. 3:21-pq-690 | Ill. CFA, 815 ILCS 505/1 | 5, 11, 17, 23 |
| Douglas v. Syngenta Crop Protection, LLC., No. 3:21-pq-833 | Ill. CFA, 815 ILCS 505/1 | 5 |
| Durbin v. Syngenta Crop Protection LLC, No. 3:21-pq-551 | Ill. CFA, 815 ILCS 505/1 | 5 |
| Fuller v. Syngenta Crop Protection, LLC, No. 3:21-pq-836 | Ill. CFA, 815 ILCS 505/1 | 5 |
| Halloran v. Syngenta AG, No. 3:21-pq-834 | Ill. CFA, 815 ILCS 505/1 | 5 |
| Heath v. Syngenta Crop Protection, LLC, No. 3:21-pq-734 | Ill. CFA, 815 ILCS 505/1 | 5 |
| Hemker v. Syngenta Crop Protection, LLC, No. 3:21-pq-547 | Ill. CFA, 815 ILCS 505/1 | 5, 11, 17, 23 |

| Case | State Law | Counts |
|---|---|---|
| Hill v. Syngenta Crop Protection, LLC,<br>    No. 3:21-pq-594 | Ill. CFA, 815 ILCS 505/1 | 5 |
| Kearns v. Syngenta Crop Protection LLC,<br>    No. 3:21-pq-550 | Ill. CFA, 815 ILCS 505/1 | 5, 11, 17, 23 |
| Piper v. Syngenta Crop Protection, LLC,<br>    No. 3:21-pq-548 | Ill. CFA, 815 ILCS 505/1 | 5, 11 |
| Richter v. Syngenta Crop Protection, LLC,<br>    No. 3:21-pq-571 | Ill. CFA, 815 ILCS 505/1 | 5, 11, 17, 23 |
| Runyon v. Syngenta Crop Protection, LLC,<br>    No. 3:21-pq-549 | Ill. CFA, 815 ILCS 505/1 | 5, 11 |
| Shea v. Syngenta Crop Protection LLC,<br>    No. 3:21-pq-840 | Ill. CFA, 815 ILCS 505/1 | 5, 11 |
| Stanton v. Syngenta Crop Protection, LLC,<br>    No. 3:21-pq-835 | Ill. CFA, 815 ILCS 505/1 | 5 |
| Tippey v. Syngenta Crop Protection LLC,<br>    No. 3:21-pq-829 | Ill. CFA, 815 ILCS 505/1 | 5, 11 |
| Willyard v. Syngenta AG,<br>    No. 3:21-pq-715 | Ill. CFA, 815 ILCS 505/1 | 6, 12 |
| Byrnes v. Syngenta Crop Protection LLC,<br>    No. 3:21-pq-695 | Iowa CFA, Iowa Code § 714H.1 | 5, 12 |
| Crane v. Syngenta Crop Protection LLC,<br>    No. 3:21-pq-656 | Me. UTPA, 5 Me. Rev. Stat. § 205-A | 5, 11 |
| Rysavy v. Syngenta Crop Protection, LLC,<br>    No. 3:21-pq-659 | Minn. CFA, Minn. Stat. § 325F.68;<br>Minn. FAA, Minn. Stat. § 325F.67 | 5, 7 |
| Cates v. Syngenta Crop Protection, LLC,<br>    No. 3:21-pq-646 | Minn. CFA, Minn. Stat. § 325F.68;<br>Minn. UDTPA, Minn. Stat. § 325D.45 | 5, 6 |
| Elmore v. Syngenta Crop Protection, LLC,<br>    No. 3:21-pq-638 | Minn. CFA, Minn. Stat. § 325F.68;<br>Minn. UDTPA, Minn. Stat. § 325D.45 | 5, 6 |

| Case | State Law | Counts |
|---|---|---|
| Gaddis v. Syngenta Crop Protection, LLC,<br>No. 3:21-pq-653 | Minn. CFA, Minn. Stat. § 325F.68;<br>Minn. UDTPA, Minn. Stat. § 325D.45 | 5, 6 |
| Gamwell v. Syngenta Crop Protection, LLC,<br>No. 3:21-pq-640 | Minn. CFA, Minn. Stat. § 325F.68;<br>Minn. UDTPA, Minn. Stat. § 325D.45 | 5, 6 |
| Kirk v. Syngenta Crop Protection, LLC,<br>No. 3:21-pq-643 | Minn. CFA, Minn. Stat. § 325F.68;<br>Minn. UDTPA, Minn. Stat. § 325D.45 | 5, 6 |
| McDonald v. Syngenta Crop Protection, LLC,<br>No. 3:21-pq-642 | Minn. CFA, Minn. Stat. § 325F.68;<br>Minn. UDTPA, Minn. Stat. § 325D.45 | 5, 6 |
| McDonald v. Syngenta Crop Protection, LLC,<br>No. 3:21-pq-645 | Minn. CFA, Minn. Stat. § 325F.68;<br>Minn. UDTPA, Minn. Stat. § 325D.45 | 5, 6 |
| Pilgreen v. Syngenta Crop Protection, LLC,<br>No. 3:21-pq-648 | Minn. CFA, Minn. Stat. § 325F.68;<br>Minn. UDTPA, Minn. Stat. § 325D.45 | 5, 6 |
| Richmond v. Syngenta Crop Protection, LLC,<br>No. 3:21-pq-644 | Minn. CFA, Minn. Stat. § 325F.68;<br>Minn. UDTPA, Minn. Stat. § 325D.45 | 5, 6 |
| Self v. Syngenta Crop Protection, LLC,<br>No. 3:21-pq-649 | Minn. CFA, Minn. Stat. § 325F.68;<br>Minn. UDTPA, Minn. Stat. § 325D.45 | 5, 6 |
| Smith v. Syngenta Crop Protection, LLC,<br>No. 3:21-pq-654 | Minn. CFA, Minn. Stat. § 325F.68;<br>Minn. UDTPA, Minn. Stat. § 325D.45 | 5, 6 |
| Supenia v. Syngenta Crop Protection, LLC,<br>No. 3:21-pq-639 | Minn. CFA, Minn. Stat. § 325F.68;<br>Minn. UDTPA, Minn. Stat. § 325D.45 | 5, 6 |
| Trower v. Syngenta Crop Protection, LLC,<br>No. 3:21-pq-641 | Minn. CFA, Minn. Stat. § 325F.68;<br>Minn. UDTPA, Minn. Stat. § 325D.45 | 5, 6 |
| West v. Syngenta Crop Protection, LLC,<br>No. 3:21-pq-650 | Minn. CFA, Minn. Stat. § 325F.68;<br>Minn. UDTPA, Minn. Stat. § 325D.45 | 5, 6 |
| Wilson v. Syngenta Crop Protection, LLC,<br>No. 3:21-pq-655 | Minn. CFA, Minn. Stat. § 325F.68;<br>Minn. UDTPA, Minn. Stat. § 325D.45 | 5, 6 |
| Parson v. Syngenta Crop Protection, LLC,<br>No. 3:21-pq-00631 | Or. UTPA, Or. Rev. Stat. § 646.638 | 5, 11 |

| Case | State Law | Counts |
|---|---|---|
| Crawford v. Syngenta Crop Protection, LLC, No. 3:21-pq-590 | Wash. CPA, Wash. Rev. Code § 19.86.010 | 4, 9 |

**Appendix III-C. Actions Alleging Extraterritorial Claims Under Minnesota Consumer Protection Laws.**

| Case | Counts | Complaint Cites |
|---|---|---|
| Cates v. Syngenta Crop Protection, LLC, No. 3:21-pq-646 | 5, 6 | ¶¶ 2, 111 |
| Elmore v. Syngenta Crop Protection, LLC, No. 3:21-pq-638 | 5, 6 | ¶¶ 2, 110-12 |
| Gaddis v. Syngenta Crop Protection, LLC, No. 3:21-pq-653 | 5, 6 | ¶¶ 2, 111 |
| Gamwell v. Syngenta Crop Protection, LLC, No. 3:21-pq-640 | 5, 6 | ¶¶ 2, 111 |
| Kirk v. Syngenta Crop Protection, LLC, No. 3:21-pq-643 | 5, 6 | ¶¶ 2, 111 |
| McDonald v. Syngenta Crop Protection, LLC, No. 3:21-pq-642 | 5, 6 | ¶¶ 2, 113 |
| McDonald v. Syngenta Crop Protection, LLC, No. 3:21-pq-645 | 5, 6 | ¶¶ 2, 111 |
| Pilgreen v. Syngenta Crop Protection, LLC, No. 3:21-pq-648 | 5, 6 | ¶¶ 2, 111-2 |
| Richmond v. Syngenta Crop Protection, LLC, No. 3:21-pq-644 | 5, 6 | ¶¶ 2, 113 |
| Self v. Syngenta Crop Protection, LLC, No. 3:21-pq-649 | 5, 6 | ¶¶ 2, 111 |
| Smith v. Syngenta Crop Protection, LLC, No. 3:21-pq-654 | 5, 6 | ¶¶ 2, 110-13 |
| Supenia v. Syngenta Crop Protection, LLC, No. 3:21-pq-639 | 5, 6 | ¶¶ 2, 113 |
| Trower v. Syngenta Crop Protection, LLC, No. 3:21-pq-641 | 5, 6 | ¶¶ 2, 111 |
| West v. Syngenta Crop Protection, LLC, No. 3:21-pq-650 | 5, 6 | ¶¶ 2, 111 |
| Wilson v. Syngenta Crop Protection, LLC, No. 3:21-pq-655 | 5, 6 | ¶¶ 2, 113 |