# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| IN RE: PARAQUAT PRODUCTS LIABILITY LITIGATION,<br><br>This Document Relates to:<br><br>ALL CASES | Case No.: 3:21-MD-03004-NJR<br>MDL No. 3004<br><br>Chief Judge Nancy J. Rosenstengel |

## STIPULATION
## REGARDING PROPER PARTIES

Plaintiffs and Defendant CHEVRON U.S.A. INC., by and through their undersigned attorneys, stipulate and agree that:

**Dismissal of non-Chevron U.S.A. Inc. Entities**

1. Defendant, through counsel who has appeared in this proceeding, has represented to Plaintiffs, and hereby represents to the Court, that during the year 2000, Chevron U.S.A. Inc. expressly assumed all liabilities of Chevron Chemical Company LP and Chevron Chemical Company arising from their paraquat business activities, including alleged activities of design, registration, manufacture, formulation, testing, packaging, labeling, distribution, and/or sale of paraquat products in the United States.[1] Chevron U.S.A. Inc. further represented to Plaintiffs, and hereby represents to the Court, that Chevron Phillips Chemical Company LP and Chevron Phillips Chemical Company

---

[1] By entering into this stipulation Chevron U.S.A. Inc. does not admit liability for any claims asserted by Plaintiffs. Rather, Chevron U.S.A. Inc. denies liability as to all claims asserted by Plaintiffs.

Page **1** of **6**

LLC (collectively "CP Chem"), Phillips 66, Phillips 66 Company (collectively "Phillips 66"), and Chevron Corporation hold no liability for the above-listed activities with respect to paraquat; rather, Chevron U.S.A. Inc. is the proper party relating to allegations involving the above-listed activities with respect to paraquat.

2. Defendant Chevron U.S.A. Inc. has further represented to Plaintiffs, and hereby represents to the Court, that Chevron Chemical Company terminated its paraquat business activities in 1986, specifically including but not limited to distribution of paraquat in the United States, and transferred away all relevant registrations for the products.

3. In this coordinated and consolidated proceeding, certain plaintiffs filed their complaints naming not only Chevron U.S.A. Inc., but also one or more of the above-listed defendants (see Appendix A). Regarding CP Chem, these plaintiffs either allege in some form that Chevron Phillips Chemical Company LP is a successor by merger or continuation of business to Chevron Chemical Company LLC, which in turn is a successor by merger or continuation of business to Chevron Chemical Company, or, in some member cases, do not allege any connection to Chevron Chemical Company or the paraquat business. Regarding Chevron Corporation and Phillips 66, these complaints do not contain allegations of any connection to Chevron Chemical Company or the paraquat business.

4. Plaintiffs' Co-Lead Counsel and Chevron U.S.A. Inc. agree that CP Chem, Chevron Corporation, and Phillips 66 should be dismissed without prejudice as defendants in the member cases described in Paragraph 3.

**Dismissal of Claims Alleging Paraquat Exposure Beginning 1990 or Later**

5. Chevron Chemical Company (whose liabilities Chevron U.S.A. Inc. has assumed, as detailed above) stopped distributing paraquat in 1986 and transferred all paraquat registrations held by Chevron to a non-Chevron entity at that time. In this coordinated and consolidated proceeding, certain plaintiffs assert causes of action against Chevron U.S.A. Inc. based on alleged exposure to a paraquat product beginning in 1990 or later (see Appendix B). These plaintiffs do not allege facts providing a basis for liability of Chevron U.S.A. Inc. for exposures beginning in 1990 or later; some explicitly allege and acknowledge that Chevron U.S.A. Inc. distributed paraquat only through 1986.

6. Plaintiffs' Co-Lead Counsel and Chevron U.S.A. Inc. agree that Chevron U.S.A. Inc. should be dismissed without prejudice as a defendant in the member cases described in Paragraph 5.[2]

---

[2] Chevron U.S.A. Inc. expressly denies liability for any claims alleging exposure beginning after 1986; nothing in this Stipulation prevents Chevron U.S.A. Inc. from seeking dismissal of cases that allege exposure to paraquat beginning after 1986.

Respectfully submitted,

By:   /s/ *Megan Scheiderer*
    Joseph C. Orlet, #06197026
    Bryan Hopkins, #06311580
    Megan Scheiderer, #06329211
    HUSCH BLACKWELL LLP
    190 Carondelet Plaza, Suite 600
    St. Louis, Missouri 63105
    Telephone: 314-480-1500
    Fax: 314-480-1505
    Joseph.Orlet@huschblackwell.com
    Bryan.Hopkins@huschblackwell.com
    Megan.Scheiderer@huschblackwell.com

    Leon F. DeJulius, Jr.
    Traci L. Lovitt
    Sharyl A. Reisman
    JONES DAY
    250 Vesey Street
    New York, NY 10281
    Telephone: (212) 326-3939
    Fax: (212) 755-7306
    lfdejulius@jonesday.com
    tlovitt@jonesday.com
    sareisman@jonesday.com

    Jihan E. Walker
    JONES DAY
    77 West Wacker Drive, Suite 3500
    Chicago, IL 60601
    Telephone: (312) 782-3939
    Fax: (312) 78-8585
    jihanwalker@jonesday.com

Steven N. Geise
JONES DAY
4655 Executive Drive, Suite 1500
San Diego, CA 92121
Telephone: (858) 314-1200
Fax: (844) 345-3178
sngeise@jonesday.com

*Attorneys for Defendant Chevron U.S.A. Inc.*

/s/ *Sarah Shoemake Doles*

Sarah Shoemake Doles
CAREY DANIS & LOWE
8235 Forsyth Blvd., Suite 1100
Saint Louis, Missouri 63105
(314) 725-7700
(314) 721-0905-0905 (Facsimile)
sdoles@careydanis.com

/s/ *Khaldoun A. Baghdadi*

Khaldoun A. Baghdadi
WALKUP, MELODIA, KELLY & SCHOENBERGER
650 California Street, 26th Floor
San Francisco, California 94108
(415) 981-7210
kbaghdadi@walkuplawoffice.com

/s/ *Peter J. Flowers*

Peter J. Flowers
MEYERS & FLOWERS LLC
225 West Wacker Drive, Suite 1515
Chicago, Illinois 60606
(630) 232-6333
(630) 845-8982 (facsimile)
pjf@meyers-flowers.com

*Plaintiffs' Co-Lead Counsel*

## **CERTIFICATE OF SERVICE**

The undersigned hereby certifies that on October 29, 2021, the foregoing was filed electronically with the Clerk of the Court for the United States District Court for the Southern District of Illinois, and was served by operation of that Court's electronic filing system, upon all counsel of record entered in this matter.

*/s/ Megan Scheiderer*
Megan Scheiderer, #06329211
*Counsel for Chevron U.S.A. Inc.*
