# APPENDIX A

| Title | Case Number | Opposing Counsel | Chevron Entities Named |
|---|---|---|---|
| Durbin, Stephen | 3:21-pq-00551 | Carey Danis & Lowe / Andrus Wagstaff | Chevron Phillips Chemical Company LP; Chevron U.S.A. Inc. |
| Atha, Terry | 3:21-pq-00736 | Cory Watson, P.C. | Chevron Phillips Chemical Company LP; Chevron U.S.A. Inc. |
| Demenezes, Edward | 3:21-pq-00871 | Cory Watson, P.C. | Chevron Phillips Chemical Company LP; Chevron U.S.A. Inc. |
| Johnson, Kenneth | 3:21-pq-00870 | Cory Watson, P.C. | Chevron Phillips Chemical Company LP; Chevron U.S.A. Inc. |
| Marsh, Larry | 3:21-pq-00729 | Cory Watson, P.C. | Chevron Phillips Chemical Company LP; Chevron U.S.A. Inc. |
| Zaugg, Neil | 3:21-pq-00694 | Environmental Litigation Group, P.C. / Law Office of Christopher Cueto, LTD. | Chevron Phillips Chemical Company LP; Chevron U.S.A. Inc. |
| Cates, Marvin | 3:21-pq-00646 | Gustafson Gluek PLLC | Chevron U.S.A. Inc.; Chevron Phillips Chemical Company LP |
| Elmore, Billy | 3:21-pq-00638 | Gustafson Gluek PLLC | Chevron U.S.A. Inc.; Chevron Phillips Chemical Company LP |
| Firmin, Don | 3:21-pq-00651 | Gustafson Gluek PLLC | Chevron U.S.A. Inc.; Chevron Phillips Chemical Company LP |
| Gaddis, Audie | 3:21-pq-00653 | Gustafson Gluek PLLC | Chevron U.S.A. Inc.; Chevron Phillips Chemical Company LP |
| Gamwell, David | 3:21-pq-00640 | Gustafson Gluek PLLC | Chevron U.S.A. Inc.; Chevron Phillips Chemical Company LP |
| Kirk, Paul | 3:21-pq-00643 | Gustafson Gluek PLLC | Chevron U.S.A. Inc.; Chevron Phillips Chemical Company LP |
| McDonald, Matthew | 3:21-pq-00642 | Gustafson Gluek PLLC | Chevron U.S.A. Inc.; Chevron Phillips Chemical Company LP |
| McDonald, William | 3:21-pq-00645 | Gustafson Gluek PLLC | Chevron U.S.A. Inc.; Chevron Phillips Chemical Company LP |
| Pilgreen, Joan | 3:21-pq-00648 | Gustafson Gluek PLLC | Chevron U.S.A. Inc.; Chevron Phillips Chemical Company LP |
| Richmond, Robert | 3:21-pq-00644 | Gustafson Gluek PLLC | Chevron U.S.A. Inc.; Chevron Phillips Chemical Company LP |
| Self, Mickey | 3:21-pq-00649 | Gustafson Gluek PLLC | Chevron U.S.A. Inc.; Chevron Phillips Chemical Company LP |
| Smith, Bonnie | 3:21-pq-00654 | Gustafson Gluek PLLC | Chevron U.S.A. Inc.; Chevron Phillips Chemical Company LP |
| Supenia, Brian | 3:21-pq-00639 | Gustafson Gluek PLLC | Chevron U.S.A. Inc.; Chevron Phillips Chemical Company LP |
| Trower, Mary | 3:21-pq-00641 | Gustafson Gluek PLLC | Chevron U.S.A. Inc.; Chevron Phillips Chemical Company LP |
| West, Harold | 3:21-pq-00650 | Gustafson Gluek PLLC | Chevron U.S.A. Inc.; Chevron Phillips Chemical Company LP |
| Wilson, Joe | 3:21-pq-00655 | Gustafson Gluek PLLC | Chevron U.S.A. Inc.; Chevron Phillips Chemical Company LP |
| Aleck, John | 3:21-pq-00723 | Lockridge Grindal Nauen P.L.L.P. | Chevron U.S.A. Inc.; Chevron Phillips Chemical Company LP |
| Bartel, LeWayne | 3:21-pq-00724 | Lockridge Grindal Nauen P.L.L.P. | Chevron U.S.A. Inc.; Chevron Phillips Chemical Company LP |
| Bonnett, Roy | 3:21-pq-00739 | Lockridge Grindal Nauen P.L.L.P. | Chevron U.S.A. Inc.; Chevron Phillips Chemical Company LP |
| Bynes, Eugene | 3:21-pq-00789 | Lockridge Grindal Nauen P.L.L.P. | Chevron U.S.A. Inc.; Chevron Phillips Chemical Company LP |
| Carpenter, Landon | 3:21-pq-00765 | Lockridge Grindal Nauen P.L.L.P. | Chevron U.S.A. Inc.; Chevron Phillips Chemical Company LP |
| Frank, David | 3:21-pq-00744 | Lockridge Grindal Nauen P.L.L.P. | Chevron U.S.A. Inc.; Chevron Phillips Chemical Company LP |
| Hansrote, Roger | 3:21-pq-00740 | Lockridge Grindal Nauen P.L.L.P. | Chevron U.S.A. Inc.; Chevron Phillips Chemical Company LP |
| Jensen, Mark | 3:21-pq-00726 | Lockridge Grindal Nauen P.L.L.P. | Chevron U.S.A. Inc.; Chevron Phillips Chemical Company LP |
| Lewis, Steven | 3:21-pq-00754 | Lockridge Grindal Nauen P.L.L.P. | Chevron U.S.A. Inc.; Chevron Phillips Chemical Company LP |
| Priewe, David | 3:21-pq-00737 | Lockridge Grindal Nauen P.L.L.P. | Chevron U.S.A. Inc.; Chevron Phillips Chemical Company LP |
| Rufener, Carl | 3:21-pq-00721 | Lockridge Grindal Nauen P.L.L.P. | Chevron U.S.A. Inc.; Chevron Phillips Chemical Company LP |
| Sorrells, Jimmy | 3:21-pq-00764 | Lockridge Grindal Nauen P.L.L.P. | Chevron U.S.A. Inc.; Chevron Phillips Chemical Company LP |
| Meers, Milton | 3:21-pq-00718 | Lockridge Grindal Nauen P.L.L.P. / Fibich Leebron Copeland Briggs | Chevron U.S.A. Inc.; Chevron Phillips Chemical Company LP |
| Rysavy, Joseph | 3:21-pq-00659 | Lockridge Grindal Nauen P.L.L.P. / Zimmerman Reed | Chevron U.S.A. Inc.; Chevron Phillips Chemical Company LP |
| Henry, Suzanne | 2:21-cv-01600 | Martzell Bickford & Centola | Chevron U.S.A. Inc.; Chevron Phillips Chemical Company LP |
| Nunnery, John | 3:21-pq-00607 | McCulley McCluer LLC / Ashcraft & Gerel | Chevron Corporation; Phillips 66; Chevron U.S.A. Inc.; Phillips 66 Company; Chevron Phillips Chemical Company LLC; Chevron Phillips Chemical Company LP |
| Ruscoe, Ann | 3:21-pq-00609 | McCulley McCluer LLC / Ashcraft & Gerel, LLP | Chevron Corporation; Phillips 66; Chevron U.S.A. Inc.; Phillips 66 Company; Chevron Phillips Chemical Company LLC; Chevron Phillips Chemical Company LP |
| Folse, Emile | 3:21-pq-00673 | Morris Bart LLC | Chevron U.S.A. Inc.; Chevron Phillips Chemical Company LP |
| Robinson, James | 3:21-pq-01165 | Seidman Margulis & Fairman, LLP | Chevron U.S.A. Inc.; Chevron Phillips Chemical Company LP |
| Gieseke, Terry | 3:21-pq-00576 | The Gori Law Firm | Chevron Phillips Chemical Company LP; Chevron U.S.A. Inc. |
| Willyard, Richard | 3:21-pq-00715 | Wexler Wallace LLP | Chevron Phillips Chemical Company LP; Chevron U.S.A. Inc. |