# Appendix B

| Title | Case Number | Opposing Counsel |
| --- | --- | --- |
| Acosta, Luis and Martha | 3:21-pq-01151 | Beasley, Allen, Crow, Methvin, Portis & Miles, P.C. |
| Altman, Virginia | 3:21-pq-00832 | Korein Tillery LLC / Watts Guerra LLC |
| Bair, Gary | 3:21-pq-01028 | Fears Nachawati, PLLC |
| Batoczki, Laszlo | 3:21-pq-00987 | Fears Nachawati, PLLC |
| Biderman, James and Marilyn Jean | 3:21-pq-01130 | Beasley, Allen, Crow, Methvin, Portis & Miles, P.C. |
| Boldt, Greg | 3:21-pq-00579 | The Miller Firm, LLC |
| Boyd, Gerald | 3:21-pq-01018 | Fears Nachawati, PLLC |
| Branscum, Dorvil | 3:21-pq-00838 | Korein Tillery LLC / Watts Guerra LLC |
| Branscum, Sheila | 3:21-pq-00839 | Korein Tillery LLC / Watts Guerra LLC |
| Brown Jefferson, Mesa and Velma Brown | 3:21-pq-00632 | Andrus Wagstaff, PC / TorHoerman Law LLC |
| Brown, Ronald | 3:21-pq-01355 | Schlichter Bogard & Denton, LLP |
| Canevari, Diane | 3:21-pq-01094 | Fears Nachawati, PLLC |
| Carroll, Faron | 3:21-pq-01306 | Fears Nachawati, PLLC |
| Cassman, Amber | 3:21-pq-00962 | Fears Nachawati, PLLC |
| Douglas, Franklin | 3:21-pq-00833 | Korein Tillery LLC / Watts Guerra LLC |
| Downard, Troy and Michelle | 3:21-pq-01090 | Wright & Schulte, LLC |
| Doyle, Audrey | 3:21-pq-01311 | Fears Nachawati, PLLC |
| Duran, Joseph | 3:21-pq-00984 | Fears Nachawati, PLLC |
| Esbayhat, Omar | 3:21-pq-01011 | Fears Nachawati, PLLC |
| Gamwell, David | 3:21-pq-00640 | Gustafson Gluek PLLC |
| Gieseke, Terry | 3:21-pq-00576 | The Gori Law Firm |
| Hill, Darian | 3:21-pq-00594 | Watts Guerra LLC / Baron and Blue PLLC / Keller Lenkner |
| Holliday, Doug, individually and on behalf of all others | 3:21-pq-00604 | Shindler, Anderson, Goplerud & Weese, P.C. / Fegan Scott LLC |
| Hunter, Bobbye and Jim | 3:21-pq-01321 | Fears Nachawati, PLLC |
| Ingram, Darren | 3:21-pq-00663 | Motley Rice, LLC |
| Jelneck, Larry | 3:21-pq-00996 | Fears Nachawati, PLLC |
| Jimenez, Richard | 3:21-pq-00986 | Fears Nachawati, PLLC |
| Johnson, Kenneth | 3:21-pq-00870 | Cory Watson, P.C. |
| Johnston, Crystal | 3:21-pq-00746 | Johnson Law Group |
| King, Gayle | 3:21-pq-00583 | The Miller Firm, LLC |
| Lively, Thomas and Barbara | 3:21-pq-01322 | Fears Nachawati, PLLC |
| McClellan, Billy and Leslie | 3:21-pq-01015 | Fears Nachawati, PLLC |
| McDonald, Matthew | 3:21-pq-00642 | Gustafson Gluek PLLC |
| McDonald, William | 3:21-pq-00645 | Gustafson Gluek PLLC |
| McNabb, William | 3:21-pq-00994 | Fears Nachawati, PLLC |
| Moen, Jodie | 3:21-pq-00605 | Fears Nachawati |
| Nelson, Joseph | 3:21-pq-00662 | Motley Rice, LLC |
| Normand, Thomas Keith | 3:21-pq-01333 | Herman, Herman & Katz, LLC / Arias Sanguinetti Wang & Torrijos LLP / Sangisetty Law Firm, LLC |
| Perkins, Larry Wayne | 3:21-pq-01032 | OnderLaw, LLC |
| Pilgreen, Joan | 3:21-pq-00648 | Gustafson Gluek PLLC |
| Powrie, Charles | 3:21-pq-00710 | The Smith Law Firm, PLLC / Shenaq, PC / Law Offices of Ezequiel Reyna, Jr., P.C. |
| Putnam, Dennis | 3:21-pq-00874 | Watts Guerra LLC |
| Rakoczy, Paul | 3:21-pq-00554 | Fears Nachawati |
| Ratliff, Randall | 3:21-pq-01113 | Fears Nachawati, PLLC |
| Sadler, Donna | 3:21-pq-00938 | Fears Nachawati, PLLC |
| Sadrzadeh-Rafie, Ali and Sedigheh Sadrzadeh | 3:21-pq-01269 | Fears Nachawati, PLLC |
| Simmons, Burnell | 3:21-pq-01112 | Fears Nachawati, PLLC |
| Smith, Cheryl | 3:21-pq-00936 | Fears Nachawati, PLLC |
| Sparks, Harry | 3:21-pq-01323 | Fears Nachawati, PLLC |
| Spence, Bruce | 3:21-pq-00949 | Fears Nachawati, PLLC |
| Stringer, Cristina | 3:21-pq-01285 | Fears Nachawati, PLLC |
| Swogger, David | 3:21-pq-00950 | Fears Nachawati, PLLC |
| Synhorst, Don and Cinda | 3:21-pq-01184 | Beasley, Allen, Crow, Methvin, Portis & Miles, P.C. |
| Thomas, J.W. | 3:21-pq-00674 | Levin, Papantonio, Rafferty, Proctor, Buchanan, O'Brien, Barr & Mougey / Weisman, Kennedy & Berris |
| Thrasher, Jonathan | 3:21-pq-00943 | Fears Nachawati, PLLC |
| Turner, Kenneth | 3:21-pq-00558 | Warner Law Office / Fears Nachawati |
| Vacchino, Linda | 3:21-pq-00623 | Weitz & Luxenberg, PC |
| Valdez, Cassandra | 3:21-pq-00974 | Fears Nachawati, PLLC |
| Washington, Johnnie Jr. and Wanda | 3:21-pq-01138 | Beasley, Allen, Crow, Methvin, Portis & Miles, P.C. |
| Waters, Michael | 3:21-pq-00587 | The Miller Firm, LLC |
| Wetherholt, Ron and Mary | 3:21-pq-01196 | Beasley, Allen, Crow, Methvin, Portis & Miles, P.C. |
| Woody, William | 3:21-pq-00939 | Fears Nachawati, PLLC |
| Yates, William | 3:21-pq-01139 | Beasley, Allen, Crow, Methvin, Portis & Miles, P.C. |