```
 1                IN THE UNITED STATES DISTRICT COURT
                     SOUTHERN DISTRICT OF ILLINOIS
 2

 3
     In re:  PARAQUAT PRODUCTS         )
 4   LIABILITY LITIGATION              )
                                       )  Case No. 3:21-md-03004-NJR
 5                                     )
     This Document Relates to          )  MDL No. 3004
 6   All Cases                         )

 7

 8

 9

10               TRANSCRIPT OF STATUS CONFERENCE
                       (via Videoconference)
11
                BEFORE THE HONORABLE NANCY J. ROSENSTENGEL
12                 UNITED STATES CHIEF DISTRICT JUDGE

13                       DECEMBER 3, 2021

14

15

16

17

18

19

20
              Stephanie Rennegarbe, RDR, CRR, CBC
21                   IL CSR #084-003232
                     750 Missouri Avenue
22                 East St. Louis, IL  62201
                         618-482-9226
23          Stephanie_Rennegarbe@ilsd.uscourts.gov

24   Proceedings recorded by mechanical stenography; transcript
              produced by computer-aided transcription
25
```

```
 1   APPEARANCES:

 2   FOR THE PLAINTIFF:      Khaldoun A. Baghdadi, Esq.
                             Walkup, Melodia, Kelly & Schoenberger
 3                           650 California Street
                             26th Floor
 4                           San Francisco, CA  94108
                             415-981-7210
 5                           kbaghdadi@walkuplawoffice.com

 6                           Peter J. Flowers, Esq.
                             Meyers & Flowers, LLC.
 7                           225 West Wacker Drive
                             Suite 1515
 8                           Chicago, IL  60606
                             630-232-6333
 9                           pjf@meyers-flowers.com

10                           Sarah Shoemake Doles, Esq.
                             Carey, Danis & Lowe
11                           8235 Forsyth Boulevard
                             Suite 1100
12                           St. Louis, MO  63105
                             314-725-7700
13                           sdoles@careydanis.com

14
     FOR THE DEFENDANTS:
15   (Syngenta)              Bradley H. Weidenhammer, Esq.
                             Leslie M. Smith
16                           Kirkland & Ellis, LLP.
                             300 North LaSalle
17                           Chicago, IL  60654
                             312-862-3218 (Weidenhammer)
18                           312-862-2000 (Smith)
                             bradley.weidenhammer@kirkland.com
19                           lsmith@kirkland.com

20                           Ragan Naresh, Esq.
                             Kirkland & Ellis, LLP.
21                           1301 Pennsylvania Avenue, N.W.
                             Washington, DC  20004
22                           202-389-5000
                             ragan.naresh@kirkland.com
23

24

25
```

```
 1   APPEARANCES (continued):

 2   FOR DEFENDANTS:
     (Chevron USA, Inc.)    Leon DeJulius, Esq.
 3                          Sharyl A. Reisman, Esq.
                            Jones Day
 4                          250 Vesey Street
                            New York, NY  10281
 5                          212-326-3939
                            lfdejulius@jonesday.com
 6                          sareisman@jonesday.com

 7                          Megan Ann Scheiderer, Esq.
                            Husch Blackwell, LLP.
 8                          4801 Main Street
                            Suite 1000
 9                          Kansas City, MO  64112
                            816-983-8295
10                          megan.scheiderer@huschblackwell.com

11
     SPECIAL MASTER:        Randi Ellis, Esq.
12                          225-803-1413
                            randi@randiellis.com
13

14

15

16

17

18

19

20

21

22

23

24

25
```

```
 1                  (Proceedings began at 10:03 a.m.)
 2                      **********************
 3           THE COURT:  Good morning, everyone.  Looks like we
 4  have got about 98 participants on.  It's a few minutes after
 5  10:00, so I would like to get started.
 6           Deana, if you would please call the case.
 7           COURTROOM DEPUTY:  The United States District Court
 8  for the Southern District of Illinois is now in session.
 9  Chief Judge Nancy Rosenstengel presiding.  The matter of *In
10  Re: Paraquat Products Liability Litigation, v. Syngenta Crop
11  Protection, LLC, et al.*, case #21-md-3004, is called for a
12  Status Conference.
13           THE COURT:  All right.  Well, good morning, everyone,
14  again.  Happy Friday.  I first wanted to express my
15  condolences to Mike Miller's family and for everyone here who
16  knew him and worked with him.  It was quite shocking and I was
17  very sad to hear that, and I extend my sympathies to everyone,
18  especially his wife and family.  Just another reminder of how
19  precious life is.
20           The first thing I want to talk about is just general
21  case filings.  Cases continue to come in.  There were a number
22  of dismissals filed and we got all of those processed
23  yesterday, so I think we are still right around 400 cases.  I
24  urge everyone who has unfiled cases to get them on file.  We
25  are moving right along, and if you want your case considered
```

1  it needs to be on file and get the PAQ completed.  And, you
2  know, I want the cases on the docket for many reasons, so I
3  just encourage you to get those filed.
4         I would like to get a report on state court filings.
5  I try to keep up-to-date on that and keeping a close eye on
6  what's going on in California, specifically.
7         So, Mr. Naresh, could you give an update for us on
8  the state court cases?
9         MR. NARESH:  Sure; happy to, Your Honor.  Ragan
10 Naresh for Syngenta.  At this time there are state court cases
11 pending in California, Illinois, and Florida and Pennsylvania.
12 There are no longer any cases -- state court cases pending in
13 Washington State as of the Court's dismissal order last week.
14 In California we have approximately 41 cases -- 41 active
15 cases.  There are seven cases in Pennsylvania state court,
16 there are two remaining cases in Illinois state court that are
17 active, and one in Florida state court.  That's essentially a
18 summary of where we are, Your Honor.
19         THE COURT:  Okay.  And, Mr. Baghdadi, can you give an
20 update on what's going on in California with Judge Weil?
21         MR. BAGHDADI:  Certainly, Your Honor.  Khaldoun
22 Baghdadi for Plaintiffs.  We have the next Case Management
23 Conference on December 7th before Judge Weil in Contra Costa
24 County Superior Court.  The parties have submitted and
25 stipulated a proposed coordination order which was circulated

1  among counsel in the cases in the JCCP.  Having received no
2  objection, we anticipate Judge Weil will likely go through the
3  coordination order and frame any questions for us or any
4  remaining issues that he has, but we are optimistic that he
5  will be -- hopeful that he will be entering the order soon
6  either at the conference or shortly thereafter.  We have also
7  submitted our competing general ideas of how we would want to
8  work up preference submissions or bellwether submissions or
9  potentially a hybrid thereof to the extent that we can make
10 that manageable.
11         So, the next case management conference is next week,
12 and we look forward to seeing Judge Weil and hopefully getting
13 the order entered so that we have coordinated discovery moving
14 forward, Your Honor.
15         THE COURT:  Okay.  Sounds good, thank you.
16         Mr. Naresh, could you report on the state of
17 discovery to date and depositions that have been set?
18         MR. NARESH:  Yes, Your Honor.  Syngenta has submitted
19 its responses, the written discovery served by the MDL
20 Plaintiffs as of November 30th.  The interrogatory responses
21 were served.  We have received a deposition notice, a 30(b)(6)
22 deposition notice from the Plaintiffs, as well as two 30(b)(1)
23 depositions from the Plaintiffs.  We have exchanged
24 correspondence on those with the Plaintiffs, the meet-and-
25 confer process is still very much underway.  I don't think at

1  this point either side has any issues that are ready for Your
2  Honor to resolve, for Ms. Ellis to resolve.  We have
3  tentatively scheduled two depositions, one in late January,
4  one in early February, covering the majority of the topics
5  sought by the Plaintiffs.  One will be January 25th, and one
6  February 3rd, subject to final confirmation from the
7  Plaintiffs.
8          THE COURT:  Well, just like all discovery issues,
9  meet and confer, meet with Randi, and anything that can't be
10 resolved she will bring to me and if we need to set a status
11 we will do that.  So, thank you.
12         Common Benefits.  Ms. Doles, can you give us an
13 update on where we are on the Common Benefits?
14         MS. DOLES:  Yes.  Good morning, Your Honor, Sarah
15 Doles on behalf of the Plaintiffs.  In accordance with CMO No.
16 9, Your Honor's Common Benefits Time and Expense Order, the
17 first submissions are due December 15th.  The portal
18 administrator who is also administrating the PAQ portal has
19 set up a portal for the time and expense submissions, and that
20 is nearly final and we expect it to be ready for a demo early
21 next week, and so anyone involved in making those submissions
22 is encouraged to attend that demo and I can -- I will be
23 sharing that information with Plaintiffs' counsel.
24         THE COURT: Okay.  All right.  Thank you.  So, I have
25 reviewed the parties' submissions on bellwether selections and

```
 1  I have been working with Ms. Ellis at length on that and I
 2  hope to get an order out later today, certainly by early next
 3  week, but hopefully later today on that, as well as the
 4  schedule for moving forward.
 5          So, again, we need to get cases on file and we are
 6  going to move forward on that, as well as the scheduling
 7  order, so that we will have a plan in place once that gets
 8  entered.
 9          The PAQs -- There's deadlines for getting those on
10  file.  And working on the deficiencies, Defendants can weigh
11  those and Ms. Ellis will work those out.  But, the better you
12  do on your PAQ, getting all the information in, then that is
13  good.  My plan is to set forth the bellwether selection plan,
14  basically how we are going to pick some cases, limited facts
15  discovery, I will define what that is so that we can move
16  forward on a handful of cases and then narrow it down from
17  there.  So, again, I expect that -- I will get that entered
18  soon.  That will also talk about disclosure of expert
19  deadlines and moving on, then, for additional discovery once
20  we have narrowed down to a certain amount of cases.
21           So, we had previously set status conferences on
22  January 7th at 10:00 a.m., and February 4th.  I'm going to go
23  ahead and set the next one, as well, March 4th, also at 10:00
24  a.m., just so that we have those on calendar.
25          For the time being I intend to keep doing these by
```

```
 1  Zoom.  I think it's efficient and cost-effective and we get it
 2  done, they are not too long.  There may come a time where we
 3  need to be in person, but I think for now this is working to
 4  keep me updated.  I am in constant communication with Ms.
 5  Ellis.  Like I said, we have been working on the bellwether
 6  selection and the schedule and I think we are in a good place
 7  to keep on track.
 8           So, that's all I had to cover.  So, Happy Holidays to
 9  everyone.  It will be a new year when we meet again.  Stay
10  safe, keep working hard, and we will talk again on January
11  7th.
12               (Court adjourned at 10:12 a.m.)
13
14
15
16
17
18
19
20
21
22
23
24
25
```

```
 1                    REPORTER'S CERTIFICATE

 2                    *   *   *   *   *   *   *

 3     I, Stephanie K. Rennegarbe, RDR, CRC, Official Court

 4   Reporter for the U.S. District Court, Southern District of

 5   Illinois, do hereby certify that I reported with mechanical

 6   stenography the proceedings contained in pages 1-10; and that

 7   the same is a full, true, correct and complete transcript from

 8   the record of proceedings in the above-entitled matter.

 9

10   /S/ Stephanie K. Rennegarbe,              12/06/2021
     IL CSR, RDR, CRC
11
```