IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| In re: PARAQUAT PRODUCTS LIABILITY LITIGATION<br><br>This Document Relates to All Cases | Case No. 3:21-md-3004-NJR<br><br>MDL No. 3004 |

# SPECIAL MASTER'S REPORT AND RECOMMENDATIONS REGARDING CASE MANAGEMENT ORDER NO. 12

On December 3, 2021, the Court entered Case Management Order NO. 12 Protocol for the Selection of Trial Cases (CMO 12). CMO 12 establishes certain procedures to identify and select individual cases to be tried in this MDL.

After consultation with all parties and receiving no objections, the Special Master recommends adjusting certain deadlines as follows:

The cases eligible to be considered for early trial selection are those cases in which a Complaint must be filed on or before **December 10, 2021**, and a completed Plaintiff Assessment Questionnaire ("PAQ") that is not materially deficient shall be served and received by Defendants on or before **December 17, 2021**.

The case selections shall be submitted to opposing counsel and to the Court via email only at ParaquatMDL@ilsd.uscourts.gov on or before **January 4, 2022, at noon CST**.

On or before **January 6, 2022, at noon CST**, all parties shall inform Special Master Ellis *via email only* regarding whether or not the parties will waive applicable venue and *forum non conveniens* challenges in accordance with *Lexecon v. Milberg Weiss* and stipulate

that the trial selections made by the opposing party can be conducted in the SDIL.

The Special Master recommends that all remaining deadlines and terms of CMO 12 remain in effect.

The Special Master further recommends that to the extent the parties believe additional modifications to CMO 12 are warranted, then the parties shall confer in good faith with one another and with Special Master Ellis to attempt to reach agreement before filing a motion seeking such modification.

**DATED: December 6, 2021**

*s/ Randi S. Ellis*
**Randi S. Ellis**
**Court-Appointed Special Master**
