IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| In re: PARAQUAT PRODUCTS LIABILITY LITIGATION<br><br>This Document Relates to All Cases | Case No. 3:21-md-3004-NJR<br><br>MDL No. 3004 |

## ORDER ADOPTING SPECIAL MASTER'S REPORT AND RECOMMENDATIONS REGARDING CASE MANAGEMENT ORDER NO. 12

**ROSENSTENGEL, Chief Judge:**

The Court has considered the Special Master's Report and Recommendations Regarding Case Management Order No. 12 (Doc. 603), which set the protocol for the selection of trial cases, and **ADOPTS** the Report and Recommendations in full.

**IT IS ORDERED** that the cases eligible to be considered for early trial selection are those cases in which a Complaint is filed on or before **December 10, 2021**, and a completed Plaintiff Assessment Questionnaire ("PAQ") that is not materially deficient is served and received by Defendants on or before **December 17, 2021**.

The case selections shall be submitted to opposing counsel and to the Court via email only at ParaquatMDL@ilsd.uscourts.gov on or before **January 4, 2022, at noon CST**.

On or before **January 6, 2022, at noon CST**, all parties shall inform Special Master Ellis *via email only* whether the parties will waive applicable venue and *forum non conveniens* challenges in accordance with *Lexecon v. Milberg Weiss* and stipulate that the trial selections made by the opposing party can be conducted in the Southern District of Illinois.

**IT IS FURTHER ORDERED** that all remaining deadlines and terms of Case Management Order No. 12 remain in effect.

**IT IS FURTHER ORDERED** that, to the extent the parties believe additional modifications to Case Management Order No. 12 are warranted, the parties shall confer in good faith with one another and with Special Master Ellis to attempt to reach agreement before filing a motion seeking modification of the Order.

**IT IS SO ORDERED.**

DATED:   December 6, 2021

_____
**NANCY J. ROSENSTENGEL**
**Chief U.S. District Judge**