IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| In re: PARAQUAT PRODUCTS LIABILITY LITIGATION<br><br>This Document Relates to All Cases | Case No. 3:21-md-3004-NJR<br><br>MDL No. 3004 |

# ORDER APPROVING SPECIAL MASTER'S REPORT AND RECOMMENDATIONS REGARDING CASE MANAGEMENT ORDER NO. 10

**ROSENSTENGEL, Chief Judge:**

The Court has considered and approves the Special Master's Report and Recommendations regarding Case Management Order No. 10 Plaintiff Assessment Questionnaire (PAQ) Implementation as requested.

**IT IS ORDERED** that Defendants and their authorized third-party litigation vendor, Litigation Management, Inc. ("LMI"), may fill in any information necessary to complete the authorizations submitted with the PAQ based on the information provided in the PAQ, with the exception of a Plaintiff's signature. This information includes adding a Plaintiff's complete name, social security number, date of birth, any medical provider/employer identified in the PAQ, date for the Plaintiff's signature, or any other information omitted from the authorization if that information is provided in the PAQ and is necessary to obtain the records; it also includes substituting LMI as the recipient of the records for any erroneously listed individuals or entities.

**IT IS FURTHER ORDERED** that to the extent Plaintiffs have already provided or if in the future provide Defendants with unaddressed, executed authorizations with the

PAQ, those submissions shall constitute permission for Defendants to address those authorizations as necessary to obtain records from any and all medical providers and employers, provided that Defendants or LMI give notice in a courtesy copy of such authorization used to Plaintiff's counsel before each use.

DATED: December 10, 2021

_____
NANCY J. ROSENSTENGEL
Chief U.S. District Judge