# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF ILLINOIS

|  |  |
|---|---|
| **IN RE: PARAQUAT PRODUCTS LIABILITY LITIGATION**<br><br>This document relates to:<br><br>*Parker et al. v. Syngenta Crop Protection LLC et al,* No. 3:21-pq-01654-NJR | ) ) ) ) ) ) ) ) ) ) ) ) | Case No. 3:21-md-3004-NJR<br><br>MDL No. 3004<br><br>Hon. Judge Nancy J. Rosenstengel |

## DEFENDANTS' UNOPPOSED MOTION FOR EXTENSION OF TIME

The Syngenta defendants and defendant Chevron U.S.A. Inc., by and through undersigned counsel, move to extend the deadline for responding to the renewed motion to remand by plaintiffs Walter and Linda Parker, *see* ECF No. 24, from January 10, 2022 to January 21, 2022.[1]

On August 4, 2021, plaintiffs filed this action in the Fifteenth Judicial Circuit, Palm Beach County, Florida. *See Parker et al. v. Syngenta Crop Protection LLC et al.*, No. 9:21-cv-81791 (S.D. Fla. 2021) [Dkt. No. 1-1]. On September 22, 2021, defendants timely removed this action to the Southern District of Florida, *see id.* at Dkt. No. 1, and then promptly tagged it for transfer to this MDL. *See In re: Paraquat Prods. Liab. Litig.*, MDL No. 03004 (J.P.M.L. 2021) [Dkt. No. 187-1]. The JPML issued a CTO conditionally transferring this action on September 30, 2021, *see Parker et al. v. Syngenta Crop Protection LLC et al.*, No. 21-cv-81791 (J.P.M.L. 2021) [Dkt. No. 1].

In the Southern District of Florida, defendants moved for a temporary stay pending transfer on October 1, 2021. *See Parker et al. v. Syngenta Crop Protection LLC et al.*, No. 9:21-

---

[1] Citations to this Court's docket for *Parker et al. v. Syngenta Crop Protection LLC et al,* No. 3:21-pq-01654-NJR, are noted by "ECF No." and citations to other dockets are noted by "[Dkt. No.]"

cv-81791 [Dkt. No. 12]. That same day, plaintiffs moved to remand this action to Florida state court. *Id.* at Dkt. No. 15. On October 7, 2021, the Southern District of Florida administratively closed and stayed this action pending transfer to the JPML. *Id.* at Dkt. No. 16. Plaintiffs moved for reconsideration of that order on October 14, 2021, *id.* at Dkt. No. 17, defendants responded in opposition on October 28, 2021, *id.* at Dkt. No. 18, and the Southern District of Florida denied reconsideration on November 3, 2021, *id.* at Dkt. No. 19.

In the JPML, after the Southern District of Florida's stay order, plaintiffs moved to vacate the CTO on October 15, 2021. *See Parker et al. v. Syngenta Crop Protection LLC et al.*, No. 21-cv-81791 (J.P.M.L. 2021) [Dkt. No. 13]. Defendants responded in opposition on November 5, 2021, *see id.* at Dkt. No. 17. On December 9, 2021, the JPML finalized the CTO and transferred this case to this Court. *See id.* at Dkt. No. 20. On December 20, 2021, plaintiffs filed a renewed motion to remand, *see* ECF No. 24, and on December 27, 2021, this Court set a response deadline of January 10, 2022, *see* ECF No. 25.

Defendants respectfully request that the Court set a new response deadline for January 21, 2022, which would be the typical deadline under this Court's Local Rules. *See* SDIL-LR 23.1(c) (providing a party with 30 days for responding to a motion to remand). Granting this relief would also avoid potential difficulties associated with filing on January 10, 2022—the same date that defendants' reply to the MDL plaintiffs' motion to dismiss is due. *See In re: Paraquat Prods. Liab. Litig.*, 21-md-03004 (S.D. Ill. 2021) [Dkt. No. 715]. Defendants have conferred with plaintiffs, who do not oppose this extension.

Dated January 3, 2022                    Respectfully Submitted,

/s/ Ragan Naresh
Ragan Naresh
KIRKLAND AND ELLIS LLP
1301 Pennsylvania Ave., N.W.
Washington, D.C. 20004
Tel: 202-389-2000
ragan.naresh@kirkland.com

**Counsel for Syngenta Defendants**

/s/ Jacob Moshe Roth
Jacob Moshe Roth
JONES DAY
51 Louisiana Avenue, N.W.
Washington, DC 20001-2113
Tel: 202-879-7658
yroth@jonesday.com

**Counsel for Defendant Chevron U.S.A. Inc.**

## CERTIFICATE OF SERVICE

I certify that on January 3, 2022, I electronically filed the foregoing with the Clerk of this Court by using the CM/ECF system, which will provide notice to all users of record.

*/s/ Ragan Naresh*
Ragan Naresh