IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| In re: PARAQUAT PRODUCTS LIABILITY LITIGATION | Case No. 3:21-md-3004-NJR |
| | MDL No. 3004 |
| This Document Relates to All Cases | |

# SPECIAL MASTER'S REPORT AND RECOMMENDATIONS REGARDING CASE MANAGEMENT ORDER NO. 7 PLAINTIFF FACT SHEET (PFS) IMPLEMENTATION AND DEADLINES FOR TRIAL CASES

On September 3, 2021, the Court entered Case Management Order (CMO) No. 7 to implement the form and application of the Plaintiff's Assessment Questionnaire ("PAQ") and the Plaintiff's Fact Sheet ("PFS"). Having reviewed the information already provided by Plaintiffs in the PAQ, the Special Master recommends that the Court modify the PFS attached to CMO No. 7 and adopt the PFS in the form attached hereto as Exhibit 1. The Special Master further recommends that the Court adopt the appended authorizations for the release of records (see Exhibit 2) that accompanies the PFS.

After consultation with all parties and receiving no objections, and to provide procedures to implement the PAQ and PFS <u>for early trial selection cases only</u>, the Special Master recommends the following:

1. To the extent any Plaintiff selected for trial (see Doc. 803) seeks to amend his/her PAQ,[1] such Plaintiff shall serve upon Defendants an "Affidavit Amending [Plaintiff's Name] PAQ" setting forth:

    i. Plaintiff's name;

    ii. case number;

    iii. original PAQ number;

    iv. PAQ sections that are being amended;

    v. the amended or additional response for the referenced PAQ section(s); and,

    vi. the reason for such amended response(s).

2. Any such Affidavit Amending PAQs must be served no later than **February 1, 2022.**

3. All Plaintiffs who have cases selected for trial must fully complete the PFS (Exhibits 1 and 2) and serve, through the Portal Administrator, the PFS and documents required by the PFS no later than **February 1, 2022.**

4. Each Plaintiff is required to fill out his or her own PFS to the best of his or her knowledge and recollection unless that Plaintiff is incapacitated and unable to testify, in which case that Plaintiff's authorized legal representative must complete the PFS on his or her behalf.

---

[1] This Report and Recommendations applies to the early trial selection cases only. Procedures for amending PAQs in all other cases will be implemented at a later time.

5. The parties will meet and confer with the Portal Administrator to establish methods for Plaintiffs to amend their PAQs and PFSs.

6. Consistent with the Court's Order dated December 10, 2021 (Doc. 670), concerning CMO No. 10, Defendants and their authorized third-party litigation vendor, Litigation Management, Inc. ("LMI") may fill in any information necessary to complete the authorizations submitted with the PFS based on information provided in the PFS, with the exception of a Plaintiff's signature. This information includes adding a Plaintiff's complete name, Social Security Number, date of birth, any medical provider/employer identified in the PFS, date for the Plaintiff's signature, or any other information omitted from the authorization if that information is provided in the PFS and is necessary to obtain the records; it also includes substituting LMI as the recipient of the records for any erroneously listed individuals or entities.

7. To the extent Plaintiffs provide Defendants with unaddressed, executed authorizations with the PFS, those submissions shall constitute permission for Defendants to address those authorizations as necessary to obtain the records, provided that Defendants or LMI give notice in a courtesy copy of such authorization used to Plaintiff's counsel before each use.

Further, the parties shall meet and confer with respect to depositions dates for the sixteen (16) Plaintiffs selected for trial (see Doc. 803). No later than February 4, 2022, the

parties shall submit to Special Master Ellis a schedule of deposition dates for Plaintiffs' depositions, with depositions beginning in February and a goal of substantially completing Plaintiffs' depositions by March 15; all Plaintiff depositions must be completed by March 31, 2022. The parties shall meet and confer in good faith and use best efforts to schedule and meet these dates.

DATED: January 14, 2021

*s/ Randi S. Ellis*
**Randi S. Ellis**
**Court-Appointed Special Master**