# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| IN RE: PARAQUAT PRODUCTS LIABILITY LITIGATION | Case No. 3:21-md-3004-NJR <br><br> MDL No. 3004 |
| This Document Applies To: <br><br> All Actions | Hon. Judge Nancy J. Rosenstengel |

### JOINT MOTION FOR EXTENSION OF TIME TO FILE JOINT REPORT REGARDING RULING ON DEFENDANTS' PARTIAL MOTIONS TO DISMISS

The parties jointly move to extend their deadline to March 11, 2022 to file a joint report about the effect of the Court's Motion to Dismiss Order on the remaining actions. In Case Management Order No. 8, the Court directed the parties to submit a joint report about the effect of the Court's ruling on Future Actions within 21 days of the Court's ruling on Defendants' initial 12(b)(6) motions. *See* Case Management Order No. 8, ECF No. 347 ("CMO No. 8"). The Court issued a ruling on February 14, 2022 granting in part and denying in part Defendants partial motions to dismiss, ECF No. 954, which made March 7, 2022 the deadline to submit the joint report.

The parties jointly request that the Court modify the deadline to file the joint report to March 11, 2022 in order to complete the meet and confer process. This modest, four-day extension will allow the parties additional time to review the cases that may be affected by the Court's order and potentially reach agreement on a proposal for defendants to answer or otherwise respond to the operative claims in the remaining actions.

| | |
|---|---|
| March 7, 2022 | Respectfully Submitted, |
| | |
| | /s/ Ragan Naresh, P.C. |
| Michael J. Nester, #02037211 | Ragan Naresh, P.C. |
| DONOVAN ROSE NESTER P.C. | KIRKLAND & ELLIS LLP |
| 15 North 1st Street, Suite A | 1301 Pennsylvania Ave., N.W. |
| Belleville, IL 62220 | Washington, D.C. 20004 |
| (618) 212-6500 (Tel.) | Tel: 202.389.5000 |
| (618) 212-6501 (Fax) | Fax: 202.389.5200 |
| mnester@drnpc.com | ragan.naresh@kirkland.com |
| | |
| | Leslie M. Smith, P.C., #6196244 |
| | Bradley H. Weidenhammer, P.C., #6284229 |
| | KIRKLAND & ELLIS LLP |
| | 300 North LaSalle |
| | Chicago, IL 60654 |
| | (312) 862-2000 |

*Counsel for Syngenta Defendants*

| | |
|---|---|
| | /s/ Leon F. DeJulius, Jr. |
| Steven N. Geise | Leon F. DeJulius, Jr. |
| JONES DAY | Traci L. Lovitt |
| 4655 Executive Drive, Suite 1500 | Sharyl A. Reisman |
| San Diego, CA 92121 | JONES DAY |
| Telephone: (858) 314-1200 | 250 Vesey Street |
| Fax: (844) 345-3178 | New York, NY 10281 |
| sngeise@jonesday.com | Telephone: (212) 326-3939 |
| | Fax: (212) 755-7306 |
| | lfdejulius@jonesday.com |
| | tlovitt@jonesday.com |
| | sareisman@jonesday.com |
| | |
| Joseph C. Orlet | Jihan E. Walker |
| Bryan Hopkins | JONES DAY |
| Megan Ann Scheiderer | 77 West Wacker Drive, Suite 3500 |
| HUSCH BLACKWELL LLP | Chicago, IL 60601 |
| 190 Carondelet Plaza, Suite 600 | Telephone: (312) 782-3939 |
| St. Louis, MO 63105 | Fax: (312) 782-8585 |
| Telephone: (314) 480-1500 | jihanwalker@jonesday.com |
| Fax: (314) 480-1505 | |
| Joseph.Orlet@huschblackwell.com | |
| Bryan.Hopkins@huschblackwell.com | |
| Megan.Scheiderer@huschblackwell.com | |

*Counsel for Chevron Defendants*

| | |
|---|---|
| Sarah Shoemake Doles<br>CAREY DANIS & LOWE<br>8235 Forsyth Blvd., Suite 1100<br>St. Louis, MO 63105<br>sdoles@careydenis.com | */s/ Khaldoun A. Baghdadi*<br>Khaldoun A. Baghdadi<br>WALKUP, MELODIA, KELLY &<br>SCHOENBERGER<br>650 California Street, 26th Floor<br>San Francisco, CA 94108<br>kbaghdadi@walkuplawoffice.com<br><br>Peter Flowers<br>MEYERS & FLOWERS, LLC<br>225 West Wacker Drive, Suite 1515<br>Chicago, IL 60606<br>pjf@meyers-flowers.com |

*Co-Lead Plaintiffs' Counsel*

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that on March 7, 2022, the foregoing was electronically filed using the CM/ECF system, which will send notification of such filing to all counsel of record.

                                                /s/ *Ragan Naresh, P.C.*
                                                Ragan Naresh, P.C.