# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| **In re: PARAQUAT PRODUCTS LIABILITY LITIGATION**<br><br>This Document Relates to All Cases | Case No. 3:21-md-3004-NJR<br><br>MDL No. 3004 |

## ENTRY OF APPEARANCES

TO THE CLERK OF COURT AND ALL PARTIES OF RECORD:

Please enter the appearances of Mark A. McCormick-Goodhart and David J. DiMeglio as counsel for Chevron U.S.A., Inc.; Chevron Phillips Chemical Company LP; Chevron Phillips Company LLC; and Chevron Corporation.

Dated: March 8, 2022

Respectfully submitted,

*/s/ Mark A. McCormick-Goodhart*
Mark A. McCormick-Goodhart (316145)
JONES DAY
500 Grant Street, Suite 4500
Pittsburgh, PA 15219
Telephone: +1.412.391-3939
Facsimile: +1.412.394.7959
Email: mmccormick@jonesday.com

*/s/ David J. DiMeglio*
David J. DiMeglio (130124)
JONES DAY
555 S. Flower Street
50th Floor
Los Angeles, CA 90071-2452
Telephone: +1.213.489.3939
Facsimile: +1.213.243.2539
Email: djdimeglio@jonesday.com