IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| EVA ARNETT, § § § *Plaintiff*, § § v. § § SYNGENTA CROP PROTECTION LLC, § SYNGENTA AG., § § *Defendants*. § § | Case No. 3:21-pq-01752 |

## NOTICE OF VOLUNTARY DISMISSAL
## PURSUANT TO FED. R. CIV. P. 41(a)(1)(A)(i)

Pursuant to Rule 41(a)(1)(A)(i) of the Federal Rules of Civil Procedure, Plaintiff EVA ARNETT hereby gives notice that the above-captioned matter is voluntarily dismissed without prejudice as to all defendants.

Dated: March 16, 2022            Respectfully submitted,

**FEARS NACHAWATI, PLLC**

By:    */s/Gibbs C. Henderson*
        GIBBS C. HENDERSON
        5489 Blair Road
        Dallas, TX 75231
        (214) 890-0711
        ghenderson@fnlawfirm.com
        Attorney for Plaintiff

## CERTIFICATE OF SERVICE

I hereby certify that on March 16, 2022 a true and correct copy of *Notice of Voluntary Dismissal* was filed with the Clerk of the Court using CM/ECF system, which will send notification of such filing to CM/ECF counsel of record.

Respectfully submitted,

*/s/Gibbs Henderson*
Gibbs Henderson