IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| **In re: PARAQUAT PRODUCTS LIABILITY LITIGATION**<br><br>**This Document Relates to All Cases** | **Case No. 3:21-md-3004-NJR**<br><br>**MDL No. 3004** |

# ORDER SELECTING PLAINTIFFS
# FOR FURTHER CASE-SPECIFIC DISCOVERY

**ROSENSTENGEL, Chief Judge:**

In Case Management Order No. 12, the Court ordered the Parties to select a total of 16 cases for limited fact discovery. (Doc. 587). After completing that limited discovery, the Parties were directed to rank the cases in order of their preference and to provide the Court with a one-page report on each case describing its strengths and weaknesses and indicating whether it is representative of the cases in this MDL. (Doc. 1116). The Parties submitted their confidential rankings and reports to the Court for *in camera* review on April 8, 2022.

After review the parties' submissions, the Court has chosen the following six cases for further case-specific discovery:

- **Burgener v. Syngenta Crop Protection, LLC**, *et al.*, **Case No. 3:21-pq-1218-NJR**
- **Coward v. Syngenta Crop Protection, LLC**, *et al.*, **Case No. 3:21-pq-1560-NJR**
- **Fuller v. Syngenta Crop Protection, LLC**, *et al.*, **Case No. 3:21-pq-836-NJR**
- **Marx v. Syngenta Crop Protection, LLC**, *et al.*, **Case No. 3:21-pq-922-NJR**
- **Richter v. Syngenta Crop Protection, LLC**, *et al.*, **Case No. 3:21-pq-571-NJR**
- **Walkington v. Syngenta Crop Protection, LLC**, *et al.*, **Case No. 3:21-pq-601-NJR.**

In conducting this case-specific discovery, the parties are instructed to follow the fact and expert discovery deadlines provided in the Court's Amended Protocol for the Selection of Trial Cases (Doc. 1116).

If any party intends to depose a third-party witness in one of the 10 cases not selected for further case-specific discovery, that party shall first file a motion seeking leave to do so and show cause as to why the deposition is necessary at this point in time. The deposition also must be scheduled with adequate notice to the deponent and counsel.

Finally, in addition to the six cases selected for further case-specific discovery, the Court will begin reviewing all member cases filed in the MDL for additional Plaintiffs to be deposed. The Court's forthcoming selections will be provided by separate order.

**IT IS SO ORDERED.**

DATED:   April 13, 2022

_____
**NANCY J. ROSENSTENGEL**
**Chief U.S. District Judge**