IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| **In re: PARAQUAT PRODUCTS LIABILITY LITIGATION**<br><br>**This Document Relates to All Cases** | Case No. 3:21-md-3004-NJR<br><br>MDL No. 3004 |

# CASE MANAGEMENT ORDER NO. 14
# <u>REAPPOINTING PLAINTIFFS' LEADERSHIP</u>

**ROSENSTENGEL, Chief Judge:**

In Case Management Order No. 2 (CMO 2), the Court appointed a small, diverse, inclusive, and experienced leadership group consisting of Co-Lead Counsel, MDL and State Court Liaison Counsel, and a Plaintiffs' Executive Committee (PEC). (*See* Doc. 169). The appointments were personal appointments, such that appointees cannot be substituted by other attorneys without Court approval. (*Id*. at pp. 9-10). The Order further provided that the Court "may add or replace appointees on their request, on request of Plaintiffs' leadership team, or on its own motion, if and as circumstances warrant." (*Id*. at p. 10).

The appointments in CMO 2 were made for a one-year term. That term is complete, and it is time for the Court to reappoint the Plaintiffs' leadership team. During the past year, one member of the original PEC resigned and three members have changed firms. The Court reappoints the following, with updated contact information:

I. **CO-LEAD COUNSEL:**

**Khaldoun A. Baghdadi**
Walkup, Melodia, Kelly & Schoenberger
650 California Street, 26th Floor
San Francisco, CA 94108

**Sarah Shoemake Doles (Co-Lead and MDL Plaintiffs' Liaison)**
Levin, Papantonio, Rafferty, Proctor, Buchanan, O'Brien, Barr & Mougey, P.A.
316 S. Baylen Street, Suite 600
Pensacola, FL 32502

**Peter Flowers**
Meyers & Flowers, LLC
225 West Wacker Drive, Suite 1515
Chicago, IL 60606

II. **PLAINTIFFS' EXECUTIVE COMMITTEE (PEC):**

**David Cates (PEC and State Court Liaison for Illinois)**
The Cates Law Firm
216 W Pointe Dr., Suite A
Swansea, IL 62226

**Amy Eskin (PEC and State Court Liaison for California)**
Schneider Wallace Cottrell Konecky LLP
2000 Powell Street, Suite 1400
Emeryville, CA 94608

**Chad Finley**
TorHoerman Law
210 Main Street
Edwardsville, IL 62025

**Marlene J. Goldenberg**
GoldenbergLaw, PLLC
800 LaSalle Avenue, Suite 2150
Minneapolis, MN 55402

**R. Eric Kennedy**
Weisman, Kennedy & Berris Co., L.P.A.
101 W Prospect Avenue
Cleveland, OH 44115

**Leslie LaMacchia**
LaMacchia Law, PC
P.O. Box 131812
Houston, TX 77219

**Roopal P. Luhana**
Chaffin Luhana LLP
600 Third Avenue, 12 Floor
New York, NY 10016

**LaRuby May**
Levin, Papantonio, Rafferty, Proctor, Buchanan, O'Brien, Barr & Mougey, P.A.
316 Baylen Street, Suite 600
Pensacola, FL 32502

**Julia Merritt**
Beasley Allen
2839 Paces Ferry Road SE, Suite 400
Atlanta, GA 30339

**Alicia O'Neill**
Watts Guerra LLP
5726 W. Hausman Road, Suite 119
San Antonio, TX 78249

**Amanda Williamson**
Heninger Garrison Davis, LLC
2224 1st Avenue North
Birmingham, AL 35203

**Diandra "Fu" Debrosse Zimmermann**
Dicello Levitt Gutzler
420 20th Street North, Suite 2525
Birmingham, AL 35203

The duties and responsibilities of Co-Lead Counsel, MDL and State Court Liaison Counsel, and PEC members are enumerated in CMO 2. These appointments remain personal appointments as described in CMO 2 and shall continue until further order of this Court. An appointee may be removed or replaced if and as circumstances warrant.

Should circumstances change and the need for new or additional leadership positions arise, the Court may invite additional applications for leadership from those who initially applied or others.

**IT IS SO ORDERED.**

DATED:  August 16, 2022

_____
**NANCY J. ROSENSTENGEL**
**Chief U.S. District Judge**