IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| In re: PARAQUAT PRODUCTS LIABILITY LITIGATION<br><br>This Document Relates to All Cases | Case No. 3:21-md-3004-NJR<br><br>MDL No. 3004 |

## CASE MANAGEMENT ORDER NO. 15
## RESETTING DISPOSITIVE MOTION DEADLINES AND TRIAL DATE

**ROSENSTENGEL, Chief Judge:**

Upon review of the status of discovery in this MDL, and in consultation with Special Master Randi S. Ellis, the Court hereby sets deadlines for dispositive motions, including summary judgment and *Daubert* motions, and **RESETS** the trial date for the first trial selection case as follows:

- The Parties shall file any summary judgment and *Daubert* motions on or before **March 8, 2023**.

- Responses to summary judgment and *Daubert* motions shall be filed on or before **April 7, 2023**.

- Replies regarding summary judgment and *Daubert* motions shall be filed on or before **April 21, 2023**.

- A hearing on summary judgment and *Daubert* motions will be held **May 11, 2023, at 9 a.m.**, in the East St. Louis Courthouse.

- The previously set trial dates in November 2022, March 2023, and June 2023 are **CANCELED**.

- Jury trial in the first trial selection case will begin on **July 24, 2023**.

A final pretrial conference, as well as other pretrial deadlines related to motions *in limine*, deposition designations, witness and exhibit lists, and jury instructions, will be set by separate order once the first trial case is selected. The Court will develop a protocol for selection of the first trial case at a later time.

All other discovery deadlines previously set by the Third Order Amending Discovery Schedule (Doc. 1739), as well as the September 2023 trial date set by Case Management Order No. 12 (Doc. 587), remain in effect.

**IT IS SO ORDERED.**

DATED:   August 17, 2022

*[signature]*

_____
**NANCY J. ROSENSTENGEL**
**Chief U.S. District Judge**