# EXHIBIT 1

| | |
|---|---|
| **From:** | Randi Ellis |
| **To:** | Sarah Doles |
| **Cc:** | Matthews, Shireen; Legault, Sarah; tshah@millerfirmllc.com; aestelle@millerfirmllc.com; madicello@dlcfirm.com; Amoore@dicellolevitt.com; bpierson@dicellolevitt.com; mabramowitz@dicellolevitt.com; fu@dicellolevitt.com; jim@hop-law.com; jessie@hop-law.com; kay@hop-law.com; john@hop-law.com; jeff@jeffbenton.com; layne@shraderlaw.com; kristen@shraderlaw.com; mkeyes@smith-law.org; amir@shenaqpc.com; kwoodward@smith-law.org; Sharyl Reisman; kneal@smith-law.org; asmith@smith-law.org; zeke@zreynalaw.com; awagstaff@wagstafflawfirm.com; bgillig@wagstafflawfirm.com; krowe@wagstafflawfirm.com; julia.merritt@beasleyallen.com; marnie.nessen@beasleyallen.com; katie.barlow@beasleyallen.com; ashley.cochran@beasleyallen.com; amanda@hgdlawfirm.com; pputman@hgdlawfirm.com; kwagner@hgdlawfirm.com; ymflaherty@locklaw.com; brgilles@locklaw.com; rnzubiate@locklaw.com; pjf@meyers-flowers.com; mwl@meyers-flowers.com; sma@meyers-flowers.com; kaz@meyers-flowers.com; kbaghdadi@walkuplawoffice.com; connors@walkuplawoffice.com; kganci@walkuplawoffice.com; luhana@chaffinluhana.com; wesolowsky@chaffinluhana.com; sweet@chaffinluhana.com; szumla@chaffinluhana.com; mccaffrey@chaffinluhana.com; wynn@chaffinluhana.com; roberts@chaffinluhana.com; cohn@chaffinluhana.com; chaffin@chaffinluhana.com; mcwatts@wattsguerra.com; acura@wattsguerra.com; jcruz@wattsguerra.com; rcarmony@wattsguerra.com; mjgoldenberg@goldenberglaw.com; ltaylor@goldenberglaw.com; hknutson@goldenberglaw.com; LaRuby May; Amelia Woods; Jan Durrani; Kylie Pearce; ghenderson@fnlawfirm.com; ewood@fnlawfirm.com; epolicastro@fnlawfirm.com; wcarson@fnlawfirm.com; rclough@fnlawfirm.com; tcovert@fnlawfirm.com; filing@fnlawfirm.com; rschulte@yourlegalhelp.com; CArtim@yourlegalhelp.com; sbehnke@legaldayton.com; kvanschaik@yourlegalhelp.com; jgebelle@yourlegalhelp.com; gary@elglaw.com; amelia@elglaw.com; wendya@elglaw.com; rburnett@rburnettlaw.com; karen.schroeder@rburnettlaw.com; nmiller@millerfirmllc.com; Lily Connors; jneal@wattsguerra.com; Alyson Petrick; Weidenhammer, Bradley H.; Naresh, Ragan; Cavanagh, Colleen; Reisman, Sharyl A.; Magee, Michael A.; McCormick-Goodhart, Mark A.; Holmstead, Zach; Gosling, Michael F. |
| **Subject:** | Re: Paraquat - Third-Party Subpoenas |
| **Date:** | Friday, September 2, 2022 3:37:08 PM |

Sarah,

Understood. I will let the Court know.

Thank you,
Randi

> On Sep 2, 2022, at 4:13 PM, Sarah Doles <sdoles@levinlaw.com> wrote:
>
> Dear Special Master Ellis:
>
> Plaintiffs wish to make a record on this issue and will be filing an appropriate motion next week.
>
> Thank you,
> Sarah
>
>
> **Sarah Shoemake Doles**
> *Attorney / Shareholder*
> Levin, Papantonio, Rafferty, Proctor,
> Buchanan, O'Brien, Barr & Mougey, P.A.
> 316 S. Baylen Street, Suite 600
> Pensacola, FL 32502-5996
> 850.495.5010 (office)
> 850.495.5110 (fax)
> sdoles@levinlaw.com



THE INFORMATION CONTAINED IN THIS TRANSMISSION IS PRIVILEGED AND CONFIDENTIAL INFORMATION INTENDED ONLY FOR USE OF THE INDIVIDUAL OR ENTITY NAMED ABOVE. IF THE READER OF THIS MESSAGE IS NOT THE INTENDED RECIPIENT, YOU ARE HEREBY NOTIFIED THAT ANY DISSEMINATION, DISTRIBUTION OR COPYING OF THIS COMMUNICATION IS STRICTLY PROHIBITED. IF YOU HAVE RECEIVED THIS TRANSMISSION IN ERROR, DO NOT READ IT. PLEASE IMMEDIATELY REPLY TO THE SENDER THAT YOU HAVE RECEIVED THIS COMMUNICATION IN ERROR. THEN DELETE IT. THANK YOU.

---

**From:** Randi Ellis <randi@randiellis.com>
**Sent:** Friday, September 2, 2022 1:54 PM
**To:** Matthews, Shireen <shireenmatthews@jonesday.com>
**Cc:** Sarah Doles <sdoles@levinlaw.com>; Legault, Sarah <sarah.legault@kirkland.com>; tshah@millerfirmllc.com; aestelle@millerfirmllc.com; madicello@dlcfirm.com; Amoore@dicellolevitt.com; bpierson@dicellolevitt.com; mabramowitz@dicellolevitt.com; fu@dicellolevitt.com; jim@hop-law.com; jessie@hop-law.com; kay@hop-law.com; john@hop-law.com; jeff@jeffbenton.com; layne@shraderlaw.com; kristen@shraderlaw.com; mkeyes@smith-law.org; amir@shenaqpc.com; kwoodward@smith-law.org; Sharyl Reisman <sareisman@jonesday.com>; kneal@smith-law.org; asmith@smith-law.org; zeke@zreynalaw.com; awagstaff@wagstafflawfirm.com; bgillig@wagstafflawfirm.com; krowe@wagstafflawfirm.com; julia.merritt@beasleyallen.com; marnie.nessen@beasleyallen.com; katie.barlow@beasleyallen.com; ashley.cochran@beasleyallen.com; amanda@hgdlawfirm.com; pputman@hgdlawfirm.com; kwagner@hgdlawfirm.com; ymflaherty@locklaw.com; brgilles@locklaw.com; rnzubiate@locklaw.com; pjf@meyers-flowers.com; mwl@meyers-flowers.com; sma@meyers-flowers.com; kaz@meyers-flowers.com; kbaghdadi@walkuplawoffice.com; connors@walkuplawoffice.com; kganci@walkuplawoffice.com; luhana@chaffinluhana.com; wesolowsky@chaffinluhana.com; sweet@chaffinluhana.com; szumla@chaffinluhana.com; mccaffrey@chaffinluhana.com; wynn@chaffinluhana.com; roberts@chaffinluhana.com; cohn@chaffinluhana.com; chaffin@chaffinluhana.com; mcwatts@wattsguerra.com; acura@wattsguerra.com; jcruz@wattsguerra.com; rcarmony@wattsguerra.com; mjgoldenberg@goldenberglaw.com; ltaylor@goldenberglaw.com; hknutson@goldenberglaw.com; LaRuby May <lmay@levinlaw.com>; Amelia Woods <awoods@levinlaw.com>; Jan Durrani <jdurrani@levinlaw.com>; Kylie Pearce <kpearce@levinlaw.com>; ghenderson@fnlawfirm.com; ewood@fnlawfirm.com; epolicastro@fnlawfirm.com; wcarson@fnlawfirm.com; rclough@fnlawfirm.com; tcovert@fnlawfirm.com; filing@fnlawfirm.com; rschulte@yourlegalhelp.com; CArtim@yourlegalhelp.com; sbehnke@legaldayton.com; kvanschaik@yourlegalhelp.com; jgebelle@yourlegalhelp.com; gary@elglaw.com;

amelia@elglaw.com; wendya@elglaw.com; rburnett@rburnettlaw.com; karen.schroeder@rburnettlaw.com; nmiller@millerfirmllc.com; Lily Connors <lconnors@walkuplawoffice.com>; jneal@wattsguerra.com; Alyson Petrick <apetrick@levinlaw.com>; Weidenhammer, Bradley H. <bweidenhammer@kirkland.com>; Naresh, Ragan <ragan.naresh@kirkland.com>; Cavanagh, Colleen <colleen.cavanagh@kirkland.com>; Reisman, Sharyl A. <sareisman@jonesday.com>; Magee, Michael A. <mmagee@jonesday.com>; McCormick-Goodhart, Mark A. <mmccormick@jonesday.com>; Holmstead, Zach <zachary.holmstead@kirkland.com>; Gosling, Michael F. <mgosling@jonesday.com>
**Subject:** Paraquat - Third-Party Subpoenas

Shireen and ALL,

I discussed the third party subpoenas with Judge Rosenstengel. She will allow for third party subpoenas with respect to the selected plaintiffs' set for depositions as to subpoenas directed to: (1) state licensing/permitting agencies; (2) entities that allegedly supplied paraquat to Plaintiffs, and (3) entities where Plaintiffs worked where they allege use/exposure to paraquat.

Please let me know if anyone needs additional clarification on these matters.

Thank you,
Randi

> On Sep 2, 2022, at 1:48 PM, Matthews, Shireen <shireenmatthews@jonesday.com> wrote:
>
> Dear Special Master Ellis,
>
> I am writing to follow up on our email exchange from yesterday. Given the short turnaround time to obtain records for the upcoming depositions, Defendants will begin serving these subpoenas directed to: (i) state licensing/permitting agencies, (ii) entities that allegedly supplied paraquat to Plaintiffs, and (iii) entities where Plaintiffs worked where they allege use/exposure to paraquat.
>
> Thank you,
> Shireen
>
> Shireen Matthews
> Partner
> **JONES DAY® - One Firm Worldwide℠**
> 4655 Executive Drive, Suite 1500
> San Diego, CA  92121-3134

Office +1.858.314.1184
Mobile +1.858.525.1747

---

**From:** Matthews, Shireen <shireenmatthews@jonesday.com>
**Date:** Thursday, Sep 01, 2022, 9:29 AM
**To:** Randi Ellis <randi@randiellis.com>
**Cc:** Sarah Doles <sdoles@levinlaw.com>, Legault, Sarah <sarah.legault@kirkland.com>, tshah@millerfirmllc.com <tshah@millerfirmllc.com>, aestelle@millerfirmllc.com <aestelle@millerfirmllc.com>, madicello@dlcfirm.com <madicello@dlcfirm.com>, Amoore@dicellolevitt.com <Amoore@dicellolevitt.com>, bpierson@dicellolevitt.com <bpierson@dicellolevitt.com>, mabramowitz@dicellolevitt.com <mabramowitz@dicellolevitt.com>, fu@dicellolevitt.com <fu@dicellolevitt.com>, jim@hop-law.com <jim@hop-law.com>, jessie@hop-law.com <jessie@hop-law.com>, kay@hop-law.com <kay@hop-law.com>, john@hop-law.com <john@hop-law.com>, jeff@jeffbenton.com <jeff@jeffbenton.com>, layne@shraderlaw.com <layne@shraderlaw.com>, kristen@shraderlaw.com <kristen@shraderlaw.com>, mkeyes@smith-law.org <mkeyes@smith-law.org>, amir@shenaqpc.com <amir@shenaqpc.com>, kwoodward@smith-law.org <kwoodward@smith-law.org>, pwoodward@smith-law.org <pwoodward@smith-law.org>, kneal@smith-law.org <kneal@smith-law.org>, asmith@smith-law.org <asmith@smith-law.org>, zeke@zreynalaw.com <zeke@zreynalaw.com>, awagstaff@wagstafflawfirm.com <awagstaff@wagstafflawfirm.com>, bgillig@wagstafflawfirm.com <bgillig@wagstafflawfirm.com>, krowe@wagstafflawfirm.com <krowe@wagstafflawfirm.com>, julia.merritt@beasleyallen.com <julia.merritt@beasleyallen.com>, marnie.nessen@beasleyallen.com <marnie.nessen@beasleyallen.com>, katie.barlow@beasleyallen.com <katie.barlow@beasleyallen.com>, ashley.cochran@beasleyallen.com <ashley.cochran@beasleyallen.com>, amanda@hgdlawfirm.com <amanda@hgdlawfirm.com>, pputman@hgdlawfirm.com <pputman@hgdlawfirm.com>, kwagner@hgdlawfirm.com <kwagner@hgdlawfirm.com>, ymflaherty@locklaw.com <ymflaherty@locklaw.com>, brgilles@locklaw.com <brgilles@locklaw.com>, rnzubiate@locklaw.com <rnzubiate@locklaw.com>, pjf@meyers-flowers.com <pjf@meyers-flowers.com>, mwl@meyers-flowers.com <mwl@meyers-flowers.com>, sma@meyers-flowers.com <sma@meyers-flowers.com>, kaz@meyers-flowers.com <kaz@meyers-flowers.com>, kbaghdadi@walkuplawoffice.com <kbaghdadi@walkuplawoffice.com>, connors@walkuplawoffice.com <connors@walkuplawoffice.com>, kganci@walkuplawoffice.com <kganci@walkuplawoffice.com>, luhana@chaffinluhana.com <luhana@chaffinluhana.com>, wesolowsky@chaffinluhana.com

<wesolowsky@chaffinluhana.com>, sweet@chaffinluhana.com <sweet@chaffinluhana.com>, szumla@chaffinluhana.com <szumla@chaffinluhana.com>, mccaffrey@chaffinluhana.com <mccaffrey@chaffinluhana.com>, wynn@chaffinluhana.com <wynn@chaffinluhana.com>, roberts@chaffinluhana.com <roberts@chaffinluhana.com>, cohn@chaffinluhana.com <cohn@chaffinluhana.com>, chaffin@chaffinluhana.com <chaffin@chaffinluhana.com>, mcwatts@wattsguerra.com <mcwatts@wattsguerra.com>, acura@wattsguerra.com <acura@wattsguerra.com>, jcruz@wattsguerra.com <jcruz@wattsguerra.com>, rcarmony@wattsguerra.com <rcarmony@wattsguerra.com>, mjgoldenberg@goldenberglaw.com <mjgoldenberg@goldenberglaw.com>, ltaylor@goldenberglaw.com <ltaylor@goldenberglaw.com>, hknutson@goldenberglaw.com <hknutson@goldenberglaw.com>, LaRuby May <lmay@levinlaw.com>, Amelia Woods <awoods@levinlaw.com>, Jan Durrani <jdurrani@levinlaw.com>, Kylie Pearce <kpearce@levinlaw.com>, ghenderson@fnlawfirm.com <ghenderson@fnlawfirm.com>, ewood@fnlawfirm.com <ewood@fnlawfirm.com>, epolicastro@fnlawfirm.com <epolicastro@fnlawfirm.com>, wcarson@fnlawfirm.com <wcarson@fnlawfirm.com>, rclough@fnlawfirm.com <rclough@fnlawfirm.com>, tcovert@fnlawfirm.com <tcovert@fnlawfirm.com>, filing@fnlawfirm.com <filing@fnlawfirm.com>, rschulte@yourlegalhelp.com <rschulte@yourlegalhelp.com>, CArtim@yourlegalhelp.com <CArtim@yourlegalhelp.com>, sbehnke@legaldayton.com <sbehnke@legaldayton.com>, kvanschaik@yourlegalhelp.com <kvanschaik@yourlegalhelp.com>, jgebelle@yourlegalhelp.com <jgebelle@yourlegalhelp.com>, gary@elglaw.com <gary@elglaw.com>, amelia@elglaw.com <amelia@elglaw.com>, wendya@elglaw.com <wendya@elglaw.com>, rburnett@rburnettlaw.com <rburnett@rburnettlaw.com>, karen.schroeder@rburnettlaw.com <karen.schroeder@rburnettlaw.com>, nmiller@millerfirmllc.com <nmiller@millerfirmllc.com>, Lily Connors <lconnors@walkuplawoffice.com>, jneal@wattsguerra.com <jneal@wattsguerra.com>, Alyson Petrick <apetrick@levinlaw.com>, Weidenhammer, Bradley H. <bweidenhammer@kirkland.com>, Naresh, Ragan <ragan.naresh@kirkland.com>, Cavanagh, Colleen <colleen.cavanagh@kirkland.com>, Reisman, Sharyl A. <sareisman@jonesday.com>, Magee, Michael A. <mmagee@jonesday.com>, McCormick-Goodhart, Mark A. <mmccormick@jonesday.com>, Holmstead, Zach <zachary.holmstead@kirkland.com>, Gosling, Michael F. <mgosling@jonesday.com>

**Subject:** RE: Paraquat - Third-Party Subpoenas

Dear Special Master Ellis,

The subpoenas relate directly to Plaintiffs' claims of exposure to paraquat.  For example, we plan to serve subpoenas on: (i) state licensing/permitting agencies, (ii) entities that allegedly supplied paraquat to Plaintiffs, and (iii) entities where Plaintiffs worked where they allege use/exposure to paraquat.  As with depositions of the bellwether Plaintiffs, Defendants believe this information will assist in examining whether plaintiffs used paraquat (and how much), refreshing recollections, and ensuring accurate testimony.  Moreover, if we obtain the relevant records now (prior to the deadline for conducting the depositions of these 20 Plaintiffs), it will mitigate against needing a second deposition of these Plaintiffs down the line.

In gathering this information, there is no burden to Plaintiffs.  We notified Plaintiffs of our intent to serve subpoenas on entities in the categories described above in (i) – (iii) on August 25.  They did not raise any concerns with regard to the specific entities.  Rather, they objected to Defendants serving any subpoenas on third parties whatsoever.  We would appreciate your guidance on whether Defendants may proceed now with subpoenas that we view are essential for conducting meaningful depositions within the timelines set by the Court.

The list of entities we sent to Plaintiffs on August 25 that we'd like to serve today is:  Elevator Coop/Farmers WIN Coop; Helena Chemical Company; Hintzsche Fertilizer, Inc.; Innis Farm Supply/Inness Farm Supply; Premium Landscapers; Royster Clark/Nutrien; Troy School District; Wabash Valley FS; Georgia Department of Agriculture; Illinois Department of Agriculture; and Minnesota Department of Agriculture.  We anticipate identifying additional entities in categories (i) – (iii) above in the near term.

Thanks very much,
Shireen


Shireen Matthews
Partner
**JONES DAY® - One Firm Worldwide℠**
4655 Executive Drive, Suite 1500
San Diego, CA  92121-3134
Office +1.858.314.1184
Mobile +1.858.525.1747
Email: shireenmatthews@jonesday.com

**From:** Randi Ellis <randi@randiellis.com>
**Sent:** Thursday, September 1, 2022 7:54 AM
**To:** Matthews, Shireen <shireenmatthews@jonesday.com>

**Cc:** Sarah Doles <sdoles@levinlaw.com>; Legault, Sarah <sarah.legault@kirkland.com>; tshah@millerfirmllc.com; aestelle@millerfirmllc.com; madicello@dlcfirm.com; Amoore@dicellolevitt.com; bpierson@dicellolevitt.com; mabramowitz@dicellolevitt.com; fu@dicellolevitt.com; jim@hop-law.com; jessie@hop-law.com; kay@hop-law.com; john@hop-law.com; jeff@jeffbenton.com; layne@shraderlaw.com; kristen@shraderlaw.com; mkeyes@smith-law.org; amir@shenaqpc.com; kwoodward@smith-law.org; pwoodward@smith-law.org; kneal@smith-law.org; asmith@smith-law.org; zeke@zreynalaw.com; awagstaff@wagstafflawfirm.com; bgillig@wagstafflawfirm.com; krowe@wagstafflawfirm.com; julia.merritt@beasleyallen.com; marnie.nessen@beasleyallen.com; katie.barlow@beasleyallen.com; ashley.cochran@beasleyallen.com; amanda@hgdlawfirm.com; pputman@hgdlawfirm.com; kwagner@hgdlawfirm.com; ymflaherty@locklaw.com; brgilles@locklaw.com; rnzubiate@locklaw.com; pjf@meyers-flowers.com; mwl@meyers-flowers.com; sma@meyers-flowers.com; kaz@meyers-flowers.com; kbaghdadi@walkuplawoffice.com; connors@walkuplawoffice.com; kganci@walkuplawoffice.com; luhana@chaffinluhana.com; wesolowsky@chaffinluhana.com; sweet@chaffinluhana.com; szumla@chaffinluhana.com; mccaffrey@chaffinluhana.com; wynn@chaffinluhana.com; roberts@chaffinluhana.com; cohn@chaffinluhana.com; chaffin@chaffinluhana.com; mcwatts@wattsguerra.com; acura@wattsguerra.com; jcruz@wattsguerra.com; rcarmony@wattsguerra.com; mjgoldenberg@goldenberglaw.com; ltaylor@goldenberglaw.com; hknutson@goldenberglaw.com; LaRuby May <lmay@levinlaw.com>; Amelia Woods <awoods@levinlaw.com>; Jan Durrani <jdurrani@levinlaw.com>; Kylie Pearce <kpearce@levinlaw.com>; ghenderson@fnlawfirm.com; ewood@fnlawfirm.com; epolicastro@fnlawfirm.com; wcarson@fnlawfirm.com; rclough@fnlawfirm.com; tcovert@fnlawfirm.com; filing@fnlawfirm.com; rschulte@yourlegalhelp.com; CArtim@yourlegalhelp.com; sbehnke@legaldayton.com; kvanschaik@yourlegalhelp.com; jgebelle@yourlegalhelp.com; gary@elglaw.com; amelia@elglaw.com; wendya@elglaw.com; rburnett@rburnettlaw.com; karen.schroeder@rburnettlaw.com; nmiller@millerfirmllc.com; Lily Connors <lconnors@walkuplawoffice.com>; jneal@wattsguerra.com; Alyson Petrick <apetrick@levinlaw.com>; Weidenhammer, Bradley H. <bweidenhammer@kirkland.com>; Naresh, Ragan <ragan.naresh@kirkland.com>; Cavanagh, Colleen <colleen.cavanagh@kirkland.com>; Reisman, Sharyl A. <sareisman@JonesDay.com>; Magee, Michael A. <mmagee@jonesday.com>; McCormick-Goodhart, Mark A.

<mmccormick@jonesday.com>; Holmstead, Zach
<zachary.holmstead@kirkland.com>; Gosling, Michael F.
<mgosling@jonesday.com>
**Subject:** Re: Paraquat - Third-Party Subpoenas

**  \*\* External mail \*\***

Good Morning!!

Shireen,

Would you let me know the details of the subpoenas you are serving? Who are they directed to and what information you are seeking to prepare for plainitffs' depositions?

Thank you,
Randi

> On Sep 1, 2022, at 9:28 AM, Matthews, Shireen <shireenmatthews@jonesday.com> wrote:
>
> Counsel,
>
> Absent further guidance, we will continue serving the subpoenas in order to adequately prepare for the depositions.
>
> Best regards,
> Shireen
>
> Shireen Matthews
> Partner
> **JONES DAY® - One Firm Worldwide℠**
> 4655 Executive Drive, Suite 1500
> San Diego, CA  92121-3134
> Office +1.858.314.1184
> Mobile +1.858.525.1747
> Email: shireenmatthews@jonesday.com
>
> **From:** Sarah Doles <sdoles@levinlaw.com>
> **Sent:** Tuesday, August 30, 2022 1:30 PM
> **To:** Matthews, Shireen <shireenmatthews@jonesday.com>; Legault, Sarah <sarah.legault@kirkland.com>; tshah@millerfirmllc.com; aestelle@millerfirmllc.com;

madicello@dlcfirm.com; Amoore@dicellolevitt.com;
bpierson@dicellolevitt.com;
mabramowitz@dicellolevitt.com; fu@dicellolevitt.com;
jim@hop-law.com; jessie@hop-law.com; kay@hop-law.com;
john@hop-law.com; jeff@jeffbenton.com;
layne@shraderlaw.com; kristen@shraderlaw.com;
mkeyes@smith-law.org; amir@shenaqpc.com;
kwoodward@smith-law.org; pwoodward@smith-law.org;
kneal@smith-law.org; asmith@smith-law.org;
zeke@zreynalaw.com; awagstaff@wagstafflawfirm.com;
bgillig@wagstafflawfirm.com; krowe@wagstafflawfirm.com;
julia.merritt@beasleyallen.com;
marnie.nessen@beasleyallen.com;
katie.barlow@beasleyallen.com;
ashley.cochran@beasleyallen.com;
amanda@hgdlawfirm.com; pputman@hgdlawfirm.com;
kwagner@hgdlawfirm.com; ymflaherty@locklaw.com;
brgilles@locklaw.com; rnzubiate@locklaw.com;
pjf@meyers-flowers.com; mwl@meyers-flowers.com;
sma@meyers-flowers.com; kaz@meyers-flowers.com;
kbaghdadi@walkuplawoffice.com;
connors@walkuplawoffice.com;
kganci@WalkupLawOffice.com; luhana@chaffinluhana.com;
wesolowsky@chaffinluhana.com;
sweet@chaffinluhana.com; szumla@chaffinluhana.com;
mccaffrey@chaffinluhana.com; wynn@chaffinluhana.com;
roberts@chaffinluhana.com; cohn@chaffinluhana.com;
chaffin@chaffinluhana.com; mcwatts@wattsguerra.com;
acura@wattsguerra.com; jcruz@wattsguerra.com;
rcarmony@wattsguerra.com;
mjgoldenberg@goldenberglaw.com;
ltaylor@goldenberglaw.com;
hknutson@goldenberglaw.com; LaRuby May
<lmay@levinlaw.com>; Amelia Woods
<awoods@levinlaw.com>; Jan Durrani
<jdurrani@levinlaw.com>; Kylie Pearce
<kpearce@levinlaw.com>; ghenderson@fnlawfirm.com;
ewood@fnlawfirm.com; epolicastro@fnlawfirm.com;
wcarson@fnlawfirm.com; rclough@fnlawfirm.com;
tcovert@fnlawfirm.com; filing@fnlawfirm.com;
rschulte@yourlegalhelp.com; cartim@yourlegalhelp.com;
sbehnke@legaldayton.com; kvanschaik@yourlegalhelp.com;
jgebelle@yourlegalhelp.com; gary@elglaw.com;
amelia@elglaw.com; wendya@elglaw.com;
rburnett@rburnettlaw.com;

karen.schroeder@rburnettlaw.com;
nmiller@millerfirmllc.com; Lily Connors <lconnors@WalkupLawOffice.com>; randi@randiellis.com; jneal@wattsguerra.com; Alyson Petrick <apetrick@levinlaw.com>
**Cc:** Weidenhammer, Bradley H. <bweidenhammer@kirkland.com>; Naresh, Ragan <ragan.naresh@kirkland.com>; Cavanagh, Colleen <colleen.cavanagh@kirkland.com>; Reisman, Sharyl A. <sareisman@JonesDay.com>; Magee, Michael A. <mmagee@jonesday.com>; McCormick-Goodhart, Mark A. <mmccormick@jonesday.com>; Holmstead, Zach <zachary.holmstead@kirkland.com>; Gosling, Michael F. <mgosling@jonesday.com>
**Subject:** RE: Paraquat - Third-Party Subpoenas

**\*\* External mail \*\***

Thank you for your response, Shireen.

We have a fundamental disagreement about the language in the Order that I don't think a meet and confer will resolve. The Court specifically defined "limited discovery." The PFS includes authorizations in addition to those submitted with the PAQ for exactly the purpose you identify. The third-party subpoenas that you intend to serve, despite our objection, are "further discovery" to which the parties have not agreed and the Court has not granted leave.

In light of your position that you are going to continue to notice and serve third-party subpoenas, I am including Special Master Ellis so she may provide guidance on next steps she wants us to take.

Thank you,
Sarah

---

**From:** Matthews, Shireen <shireenmatthews@jonesday.com>
**Sent:** Tuesday, August 30, 2022 9:39 AM
**To:** Sarah Doles <sdoles@levinlaw.com>; Legault, Sarah <sarah.legault@kirkland.com>; tshah@millerfirmllc.com; aestelle@millerfirmllc.com; madicello@dlcfirm.com; Amoore@dicellolevitt.com; bpierson@dicellolevitt.com;

mabramowitz@dicellolevitt.com; fu@dicellolevitt.com; jim@hop-law.com; jessie@hop-law.com; kay@hop-law.com; john@hop-law.com; jeff@jeffbenton.com; layne@shraderlaw.com; kristen@shraderlaw.com; mkeyes@smith-law.org; amir@shenaqpc.com; kwoodward@smith-law.org; pwoodward@smith-law.org; kneal@smith-law.org; asmith@smith-law.org; zeke@zreynalaw.com; awagstaff@wagstafflawfirm.com; bgillig@wagstafflawfirm.com; krowe@wagstafflawfirm.com; julia.merritt@beasleyallen.com; marnie.nessen@beasleyallen.com; katie.barlow@beasleyallen.com; ashley.cochran@beasleyallen.com; amanda@hgdlawfirm.com; pputman@hgdlawfirm.com; kwagner@hgdlawfirm.com; ymflaherty@locklaw.com; brgilles@locklaw.com; rnzubiate@locklaw.com; pjf@meyers-flowers.com; mwl@meyers-flowers.com; sma@meyers-flowers.com; kaz@meyers-flowers.com; kbaghdadi@walkuplawoffice.com; connors@walkuplawoffice.com; kganci@WalkupLawOffice.com; luhana@chaffinluhana.com; wesolowsky@chaffinluhana.com; sweet@chaffinluhana.com; szumla@chaffinluhana.com; mccaffrey@chaffinluhana.com; wynn@chaffinluhana.com; roberts@chaffinluhana.com; cohn@chaffinluhana.com; chaffin@chaffinluhana.com; mcwatts@wattsguerra.com; acura@wattsguerra.com; jcruz@wattsguerra.com; rcarmony@wattsguerra.com; mjgoldenberg@goldenberglaw.com; ltaylor@goldenberglaw.com; hknutson@goldenberglaw.com; LaRuby May <lmay@levinlaw.com>; Amelia Woods <awoods@levinlaw.com>; Jan Durrani <jdurrani@levinlaw.com>; Kylie Pearce <kpearce@levinlaw.com>; ghenderson@fnlawfirm.com; ewood@fnlawfirm.com; epolicastro@fnlawfirm.com; wcarson@fnlawfirm.com; rclough@fnlawfirm.com; tcovert@fnlawfirm.com; filing@fnlawfirm.com; rschulte@yourlegalhelp.com; cartim@yourlegalhelp.com; sbehnke@legaldayton.com; kvanschaik@yourlegalhelp.com; jgebelle@yourlegalhelp.com; gary@elglaw.com; amelia@elglaw.com; wendya@elglaw.com; rburnett@rburnettlaw.com; karen.schroeder@rburnettlaw.com; nmiller@millerfirmllc.com

**Cc:** Weidenhammer, Bradley H. <bweidenhammer@kirkland.com>; Naresh, Ragan <ragan.naresh@kirkland.com>; Cavanagh, Colleen <colleen.cavanagh@kirkland.com>; Reisman, Sharyl A. <sareisman@JonesDay.com>; Magee, Michael A. <mmagee@jonesday.com>; McCormick-Goodhart, Mark A. <mmccormick@jonesday.com>; Holmstead, Zach <zachary.holmstead@kirkland.com>; Gosling, Michael F. <mgosling@jonesday.com>
**Subject:** RE: Paraquat - Third-Party Subpoenas

Sarah,

Defendants disagree with your reading of the Court's order. The third-party subpoenas we are serving are essential to our ability to take meaningful depositions of the 20 new plaintiffs. What is your objection to obtaining potentially relevant information prior to the depositions? There is no burden to Plaintiffs, but as with depositions of the bellwether Plaintiffs, this information may assist in refreshing recollections and ensuring accurate testimony, and will help mitigate against a second deposition of any such plaintiff down the line.

We are happy to meet and confer, but given the tight timelines set forth in the Court's order, we plan to continue noticing and serving subpoenas this week.

Regards,
Shireen

Shireen Matthews
Partner
**JONES DAY® - One Firm Worldwide℠**
4655 Executive Drive, Suite 1500
San Diego, CA  92121-3134
Office +1.858.314.1184
Mobile +1.858.525.1747
Email: shireenmatthews@jonesday.com

**From:** Sarah Doles <sdoles@levinlaw.com>
**Sent:** Monday, August 29, 2022 6:59 PM
**To:** Legault, Sarah <sarah.legault@kirkland.com>; tshah@millerfirmllc.com; aestelle@millerfirmllc.com; madicello@dlcfirm.com; Amoore@dicellolevitt.com; bpierson@dicellolevitt.com;

mabramowitz@dicellolevitt.com; fu@dicellolevitt.com; jim@hop-law.com; jessie@hop-law.com; kay@hop-law.com; john@hop-law.com; jeff@jeffbenton.com; layne@shraderlaw.com; kristen@shraderlaw.com; mkeyes@smith-law.org; amir@shenaqpc.com; kwoodward@smith-law.org; pwoodward@smith-law.org; kneal@smith-law.org; asmith@smith-law.org; zeke@zreynalaw.com; awagstaff@wagstafflawfirm.com; bgillig@wagstafflawfirm.com; krowe@wagstafflawfirm.com; julia.merritt@beasleyallen.com; marnie.nessen@beasleyallen.com; katie.barlow@beasleyallen.com; ashley.cochran@beasleyallen.com; amanda@hgdlawfirm.com; pputman@hgdlawfirm.com; kwagner@hgdlawfirm.com; ymflaherty@locklaw.com; brgilles@locklaw.com; rnzubiate@locklaw.com; pjf@meyers-flowers.com; mwl@meyers-flowers.com; sma@meyers-flowers.com; kaz@meyers-flowers.com; kbaghdadi@walkuplawoffice.com; connors@walkuplawoffice.com; kganci@WalkupLawOffice.com; luhana@chaffinluhana.com; wesolowsky@chaffinluhana.com; sweet@chaffinluhana.com; szumla@chaffinluhana.com; mccaffrey@chaffinluhana.com; wynn@chaffinluhana.com; roberts@chaffinluhana.com; cohn@chaffinluhana.com; chaffin@chaffinluhana.com; mcwatts@wattsguerra.com; acura@wattsguerra.com; jcruz@wattsguerra.com; rcarmony@wattsguerra.com; mjgoldenberg@goldenberglaw.com; ltaylor@goldenberglaw.com; hknutson@goldenberglaw.com; LaRuby May <lmay@levinlaw.com>; Amelia Woods <awoods@levinlaw.com>; Jan Durrani <jdurrani@levinlaw.com>; Kylie Pearce <kpearce@levinlaw.com>; ghenderson@fnlawfirm.com; ewood@fnlawfirm.com; epolicastro@fnlawfirm.com; wcarson@fnlawfirm.com; rclough@fnlawfirm.com; tcovert@fnlawfirm.com; filing@fnlawfirm.com; rschulte@yourlegalhelp.com; cartim@yourlegalhelp.com; sbehnke@legaldayton.com; kvanschaik@yourlegalhelp.com; jgebelle@yourlegalhelp.com; gary@elglaw.com; amelia@elglaw.com; wendya@elglaw.com; rburnett@rburnettlaw.com; karen.schroeder@rburnettlaw.com; nmiller@millerfirmllc.com

**Cc:** Weidenhammer, Bradley H.
<bweidenhammer@kirkland.com>; Naresh, Ragan
<ragan.naresh@kirkland.com>; Cavanagh, Colleen
<colleen.cavanagh@kirkland.com>; Reisman, Sharyl A.
<sareisman@JonesDay.com>; Matthews, Shireen
<shireenmatthews@jonesday.com>; Magee, Michael A.
<mmagee@jonesday.com>; McCormick-Goodhart, Mark A.
<mmccormick@jonesday.com>; Holmstead, Zach
<zachary.holmstead@kirkland.com>
**Subject:** RE: Paraquat - Third-Party Subpoenas
**Importance:** High

**  ** External mail **  **

Counsel –

Plaintiffs object to the service of third-party subpoenas in the cases identified in the Order Selecting Additional Cases for Limited Discovery (Doc. 2184). The Order specifically defines limited discovery "as the completion of a Fact Sheet and Plaintiff's deposition." (Doc. 2184, p. 2). The parties have not agreed to, nor has the Court granted leave for, further discovery. (See Doc. 2184 at p. 3).

Please confirm your withdrawal of any third-party subpoenas that have been served, as they are in violation of the Court's Order.

Thank you,
Sarah

**Sarah Shoemake Doles**
*Attorney / Shareholder*
Levin, Papantonio, Rafferty, Proctor,
Buchanan, O'Brien, Barr & Mougey, P.A.
316 S. Baylen Street, Suite 600
Pensacola, FL 32502-5996
850.495.5010 (office)
850.495.5110 (fax)
sdoles@levinlaw.com



THE INFORMATION CONTAINED IN THIS TRANSMISSION IS PRIVILEGED AND CONFIDENTIAL INFORMATION INTENDED ONLY FOR USE OF THE INDIVIDUAL OR ENTITY NAMED ABOVE. IF THE READER OF THIS MESSAGE IS NOT THE INTENDED RECIPIENT, YOU ARE HEREBY NOTIFIED THAT ANY DISSEMINATION, DISTRIBUTION OR COPYING OF THIS

COMMUNICATION IS STRICTLY PROHIBITED. IF YOU HAVE RECEIVED THIS TRANSMISSION IN ERROR, DO NOT READ IT. PLEASE IMMEDIATELY REPLY TO THE SENDER THAT YOU HAVE RECEIVED THIS COMMUNICATION IN ERROR. THEN DELETE IT. THANK YOU.

---

**From:** Legault, Sarah <sarah.legault@kirkland.com>
**Sent:** Friday, August 26, 2022 7:16 PM
**To:** tshah@millerfirmllc.com; aestelle@millerfirmllc.com; madicello@dlcfirm.com; Amoore@dicellolevitt.com; bpierson@dicellolevitt.com; mabramowitz@dicellolevitt.com; fu@dicellolevitt.com; jim@hop-law.com; jessie@hop-law.com; kay@hop-law.com; john@hop-law.com; jeff@jeffbenton.com; layne@shraderlaw.com; kristen@shraderlaw.com; mkeyes@smith-law.org; amir@shenaqpc.com; kwoodward@smith-law.org; pwoodward@smith-law.org; kneal@smith-law.org; asmith@smith-law.org; zeke@zreynalaw.com; awagstaff@wagstafflawfirm.com; bgillig@wagstafflawfirm.com; krowe@wagstafflawfirm.com; julia.merritt@beasleyallen.com; marnie.nessen@beasleyallen.com; katie.barlow@beasleyallen.com; ashley.cochran@beasleyallen.com; amanda@hgdlawfirm.com; pputman@hgdlawfirm.com; kwagner@hgdlawfirm.com; ymflaherty@locklaw.com; brgilles@locklaw.com; rnzubiate@locklaw.com; pjf@meyers-flowers.com; mwl@meyers-flowers.com; sma@meyers-flowers.com; kaz@meyers-flowers.com; kbaghdadi@walkuplawoffice.com; connors@walkuplawoffice.com; kganci@WalkupLawOffice.com; luhana@chaffinluhana.com; wesolowsky@chaffinluhana.com; sweet@chaffinluhana.com; szumla@chaffinluhana.com; mccaffrey@chaffinluhana.com; wynn@chaffinluhana.com; roberts@chaffinluhana.com; cohn@chaffinluhana.com; chaffin@chaffinluhana.com; mcwatts@wattsguerra.com; acura@wattsguerra.com; jcruz@wattsguerra.com; rcarmony@wattsguerra.com; mjgoldenberg@goldenberglaw.com; ltaylor@goldenberglaw.com; hknutson@goldenberglaw.com; LaRuby May <lmay@levinlaw.com>; Amelia Woods <awoods@levinlaw.com>; Jan Durrani <jdurrani@levinlaw.com>; Kylie Pearce

<kpearce@levinlaw.com>; Sarah Doles <sdoles@levinlaw.com>; ghenderson@fnlawfirm.com; ewood@fnlawfirm.com; epolicastro@fnlawfirm.com; wcarson@fnlawfirm.com; rclough@fnlawfirm.com; tcovert@fnlawfirm.com; filing@fnlawfirm.com; rschulte@yourlegalhelp.com; cartim@yourlegalhelp.com; sbehnke@legaldayton.com; kvanschaik@yourlegalhelp.com; jgebelle@yourlegalhelp.com; gary@elglaw.com; amelia@elglaw.com; wendya@elglaw.com; rburnett@rburnettlaw.com; karen.schroeder@rburnettlaw.com
**Cc:** Weidenhammer, Bradley H. <bweidenhammer@kirkland.com>; Naresh, Ragan <ragan.naresh@kirkland.com>; Cavanagh, Colleen <colleen.cavanagh@kirkland.com>; Reisman, Sharyl A. <sareisman@JonesDay.com>; Matthews, Shireen <shireenmatthews@jonesday.com>; Magee, Michael A. <mmagee@jonesday.com>; McCormick-Goodhart, Mark A. <mmccormick@jonesday.com>; Holmstead, Zach <zachary.holmstead@kirkland.com>
**Subject:** RE: Paraquat - Third-Party Subpoenas

**CAUTION:** This email message is **EXTERNAL.**

Counsel,

Please see the attached, which we will start serving.

**Sarah Legault**

**KIRKLAND & ELLIS LLP**
300 North LaSalle
Chicago, IL 60654
**T** +1 312 862 3943  **M** +1 312 723 8547
**F** +1 312 862 2200

sarah.legault@kirkland.com

**From:** Holmstead, Zach <zachary.holmstead@kirkland.com>
**Sent:** Thursday, August 25, 2022 10:44 AM
**To:** tshah@millerfirmllc.com; aestelle@millerfirmllc.com; madicello@dlcfirm.com; Amoore@dicellolevitt.com; bpierson@dicellolevitt.com; mabramowitz@dicellolevitt.com; fu@dicellolevitt.com; jim@hop-law.com; jessie@hop-law.com; kay@hop-law.com; john@hop-law.com; jeff@jeffbenton.com; layne@shraderlaw.com; kristen@shraderlaw.com;

mkeyes@smith-law.org; amir@shenaqpc.com;
kwoodward@smith-law.org; pwoodward@smith-law.org;
kneal@smith-law.org; asmith@smith-law.org;
zeke@zreynalaw.com; awagstaff@wagstafflawfirm.com;
bgillig@wagstafflawfirm.com; krowe@wagstafflawfirm.com;
julia.merritt@beasleyallen.com;
marnie.nessen@beasleyallen.com;
katie.barlow@beasleyallen.com;
ashley.cochran@beasleyallen.com;
amanda@hgdlawfirm.com; pputman@hgdlawfirm.com;
kwagner@hgdlawfirm.com; ymflaherty@locklaw.com;
brgilles@locklaw.com; rnzubiate@locklaw.com;
pjf@meyers-flowers.com; mwl@meyers-flowers.com;
sma@meyers-flowers.com; kaz@meyers-flowers.com;
kbaghdadi@walkuplawoffice.com;
connors@walkuplawoffice.com;
kganci@WalkupLawOffice.com; luhana@chaffinluhana.com;
wesolowsky@chaffinluhana.com;
sweet@chaffinluhana.com; szumla@chaffinluhana.com;
mccaffrey@chaffinluhana.com; wynn@chaffinluhana.com;
roberts@chaffinluhana.com; cohn@chaffinluhana.com;
chaffin@chaffinluhana.com; mcwatts@wattsguerra.com;
acura@wattsguerra.com; jcruz@wattsguerra.com;
rcarmony@wattsguerra.com;
mjgoldenberg@goldenberglaw.com;
ltaylor@goldenberglaw.com;
hknutson@goldenberglaw.com; lmay@levinlaw.com;
awoods@levinlaw.com; jdurrani@levinlaw.com;
kpearce@levinlaw.com; sdoles@levinlaw.com;
ghenderson@fnlawfirm.com; ewood@fnlawfirm.com;
epolicastro@fnlawfirm.com; wcarson@fnlawfirm.com;
rclough@fnlawfirm.com; tcovert@fnlawfirm.com;
filing@fnlawfirm.com; rschulte@yourlegalhelp.com;
cartim@yourlegalhelp.com; sbehnke@legaldayton.com;
kvanschaik@yourlegalhelp.com;
jgebelle@yourlegalhelp.com; gary@elglaw.com;
amelia@elglaw.com; wendya@elglaw.com;
rburnett@rburnettlaw.com;
karen.schroeder@rburnettlaw.com
**Cc:** Weidenhammer, Bradley H.
<bweidenhammer@kirkland.com>; Naresh, Ragan
<ragan.naresh@kirkland.com>; Legault, Sarah
<sarah.legault@kirkland.com>; Cavanagh, Colleen
<colleen.cavanagh@kirkland.com>; Reisman, Sharyl A.
<sareisman@JonesDay.com>; Matthews, Shireen

<shireenmatthews@jonesday.com>; Magee, Michael A. <mmagee@jonesday.com>; McCormick-Goodhart, Mark A. <mmccormick@jonesday.com>

**Subject:** Paraquat - Third-Party Subpoenas

Counsel,

In order to prepare for the upcoming depositions ordered by the Court (ECF 2345), we intend to serve subpoenas on the following entities by the end of this week: Farmers Elevator Coop/Farmers WIN Coop; Helena Chemical Company; Hintzsche Fertilizer, Inc.; Innis Farm Supply/Inness Farm Supply; Pfund Grain Store; Premium Landscapers; Royster Clark/Nutrien; Troy School District; Wabash Valley FS; Georgia Department of Agriculture; Illinois Department of Agriculture; and Minnesota Department of Agriculture.

Thanks,
Zach

**Zachary D. Holmstead**

**KIRKLAND & ELLIS LLP**
60 East South Temple, Salt Lake City, UT 84111
T +1 801 877 8201
F +1 801 877 8101

300 North LaSalle, Chicago, IL 60654
T +1 312 862 2392
F +1 312 862 2200

zachary.holmstead@kirkland.com

The information contained in this communication is confidential, may be attorney-client privileged, may constitute inside information, and is intended only for the use of the addressee. It is the property of Kirkland & Ellis LLP or Kirkland & Ellis International LLP. Unauthorized use, disclosure or copying of this communication or any part thereof is strictly prohibited and may be unlawful. If you have received this communication in error, please notify us immediately by return email or by email to postmaster@kirkland.com, and destroy this communication and all copies thereof, including all attachments.

***This e-mail (including any attachments) may contain information that is private, confidential, or protected by attorney-client or other privilege. If you received this e-mail in error, please delete it from your system without copying it and notify sender by reply e-mail, so that our records can be corrected.***
***This e-mail (including any attachments) may contain information that is private, confidential, or protected by

attorney-client or other privilege. If you received this e-mail in error, please delete it from your system without copying it and notify sender by reply e-mail, so that our records can be corrected.***

***This e-mail (including any attachments) may contain information that is private, confidential, or protected by attorney-client or other privilege. If you received this e-mail in error, please delete it from your system without copying it and notify sender by reply e-mail, so that our records can be corrected.***