IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| In re: PARAQUAT PRODUCTS LIABILITY LITIGATION<br><br>This Document Relates to All Cases | Case No. 3:21-md-3004-NJR<br><br>MDL No. 3004 |

## ORDER SELECTING ALTERNATE CASE FOR LIMITED DISCOVERY

**ROSENSTENGEL, Chief Judge:**

On August 17, 2022, the undersigned selected 20 member cases for limited, case-specific discovery. (Doc. 2184). One of those cases was brought by Plaintiff Diane Hawkins, Individually and as Special Representative of the Estate of Steven Hawkins, Case No. 21-pq-635-NJR. On September 9, 2022, Plaintiff Hawkins moved to voluntarily dismiss her case pursuant to Federal Rule of Civil Procedure 42(a). (Doc. 13). Following a response from Defendants (Doc. 14), the Court granted the motion to dismiss and dismissed the case with prejudice. (Doc. 15). The Court further advised the parties that an alternate case would be selected in place of the Hawkins matter. (*Id.*).

The Court now selects Plaintiff Kimberly D. Frank, Case No. 21-pq-691-NJR, for limited discovery. Plaintiffs are **ORDERED** to complete a Plaintiff Fact Sheet on Plaintiff Frank within **14 days** of this Order. Plaintiff's deposition shall be completed within **60 days** of this Order. Further discovery may be permitted upon agreement of the parties or with leave of Court.

Additionally, as provided in the Court's Order of August 17, 2022 (Doc. 2184), the

parties shall provide a joint, two-page report summarizing the Plaintiff's testimony to the Court (by email to ParaquatMDL@ilsd.uscourts.gov) and by to the Special Master (by email to randi@randiellis.com) within **14 days** of Plaintiff's deposition.

    **IT IS SO ORDERED.**

    DATED:   September 19, 2022

                                             **NANCY J. ROSENSTENGEL**
                                             **Chief U.S. District Judge**