# EXHIBIT C

| | |
|---|---|
| **Subject:** | RE: JCCP and MDL Deposition of Richard Cavalli (Aug 22-23) |
| **Date:** | Monday, August 15, 2022 at 8:40:32 PM Eastern Daylight Time |
| **From:** | Reisman, Sharyl A. |
| **To:** | Peter J. Flowers, Sarah Shoemake Doles, kbaghdadi, mkelly, Eric Kennedy, Randi Ellis (randi@randiellis.com) |
| **CC:** | Geise, Steven N., DeJulius, Jr., Leon F., Frank V. Cesarone |
| **Attachments:** | image011.jpg, image010.png, image009.jpg, image008.png, image007.jpg, image006.jpg, image005.jpg, image004.jpg, image003.jpg, image002.jpg, image001.jpg |

Hi Pete,
Thanks for the quick response. Much appreciated. We can agree to disagree on the issues as you have stated them. Having said that, we will serve a Rule 26 non-retained expert disclosure for Mr. Cavalli by Thursday COB.

Best,
Sharyl


Sharyl A. Reisman
Partner
[JONES DAY® - One Firm Worldwide℠](#)
250 Vesey Street
New York, NY 10281-1047
Office +1.212.326.3405
Cell +1.914.536.5681
[sareisman@jonesday.com](mailto:sareisman@jonesday.com)

---

**From:** Peter J. Flowers <pjf@meyers-flowers.com>
**Sent:** Monday, August 15, 2022 2:01 PM
**To:** Reisman, Sharyl A. <sareisman@JonesDay.com>; Sarah Shoemake Doles <SDoles@careydanis.com>; kbaghdadi <kbaghdadi@walkuplawoffice.com>; mkelly <mkelly@walkuplawoffice.com>; Eric Kennedy <ekennedy@weismanlaw.com>; Randi Ellis (randi@randiellis.com) <randi@randiellis.com>
**Cc:** Geise, Steven N. <sngeise@JonesDay.com>; DeJulius, Jr., Leon F. <lfdejulius@JonesDay.com>; Frank V. Cesarone <fvc@meyers-flowers.com>
**Subject:** RE: JCCP and MDL Deposition of Richard Cavalli (Aug 22-23)

**\*\* External mail \*\***

Thanks Sharyl
I respectfully disagree with you. Dr Cavalli is in no way similar to a treating physician. Chevron has had control over this witness since the 1970s and has likely been discussing his testimony with him for years. Having side that, this can easily be solved with a proper Rule 26 disclosure this week. Given his expert status , its only fair that we receive this disclosure by Thursday so we can properly prepare for his testimony. Thanks




*Peter J. Flowers*
Founding Partner

**Phone** (630) 232-6333  |  **Fax** (630) 845-8982
**Website** www.meyers-flowers.com
**Email** pjf@meyers-flowers.com

**Chicago Office:**
225 West Wacker Dr., #1515, Chicago, IL 60606
**St. Charles Office:**
3 North Second St., #300, St. Charles, IL 60174
**Peru Office:**
1200 Maple Drive, Peru, IL 61354










The information in this e-mail is confidential and may be legally privileged. It is intended solely for the addressee. Access to this e-mail by anyone else is unauthorized. If you are not the intended recipient, any disclosure, copying, distribution or any action taken or omitted to be taken in reliance on it, is prohibited and may be unlawful. When addressed to our clients, any opinions or advice contained in this e-mail are subject to the terms and conditions expressed in the governing attorney-client agreement. If you have received this e-mail in error, please notify me via return e-mail and via telephone at 630-232-6333 and permanently delete the original and any copy of any e-mail and printout thereof.

**From:** Reisman, Sharyl A. <sareisman@JonesDay.com>
**Sent:** Monday, August 15, 2022 10:23 AM
**To:** Peter J. Flowers <pjf@meyers-flowers.com>; Sarah Shoemake Doles <SDoles@careydanis.com>; kbaghdadi <kbaghdadi@walkuplawoffice.com>; mkelly <mkelly@walkuplawoffice.com>; Eric Kennedy <ekennedy@weismanlaw.com>; Randi Ellis (randi@randiellis.com) <randi@randiellis.com>
**Cc:** Geise, Steven N. <sngeise@JonesDay.com>; DeJulius, Jr., Leon F. <lfdejulius@JonesDay.com>; Frank V. Cesarone <fvc@meyers-flowers.com>
**Subject:** RE: JCCP and MDL Deposition of Richard Cavalli (Aug 22-23)

Apologies. Now with Special Master Ellis.
Special Master Ellis, please see below.

Sharyl A. Reisman
Partner
**JONES DAY® - One Firm Worldwide℠**
250 Vesey Street
New York, NY 10281-1047
Office +1.212.326.3405
Cell +1.914.536.5681
sareisman@jonesday.com

**From:** Reisman, Sharyl A.
**Sent:** Monday, August 15, 2022 11:18 AM
**To:** 'Peter J. Flowers' <pjf@meyers-flowers.com>; Sarah Shoemake Doles <SDoles@careydanis.com>; kbaghdadi <kbaghdadi@walkuplawoffice.com>; mkelly <mkelly@walkuplawoffice.com>; Eric Kennedy <ekennedy@weismanlaw.com>
**Cc:** Geise, Steven N. <sngeise@jonesday.com>; DeJulius, Jr., Leon F. <lfdejulius@jonesday.com>; Frank V. Cesarone <fvc@meyers-flowers.com>
**Subject:** RE: JCCP and MDL Deposition of Richard Cavalli (Aug 22-23)

Hi Pete,
Thanks for the response. I am adding Special Master Ellis so we can try to reach resolution here pretty quickly.

As I mentioned during the pre-status conference with Judge Rosenstengel and Special Master Ellis today, we are likely to name Mr. Cavalli as a non-retained expert because, like treating physicians, some of his testimony (as described in his Rule 26(a)(1) Disclosure quoted below) will include testimony based on his training as a toxicologist. We are happy to discuss with you what the disclosures for these types of non-retained experts should look like, given that Plaintiffs will have to address the same with the treating physicians they intend to disclose. We are happy to serve a disclosure identifying the nature of his testimony that would be based on his toxicology background (again, all the same as his fact witness testimony) in short order, but a full-blown Rule 26(a)(2)(A) disclosure doesn't make sense. As we note below, his non-retained expert testimony is no different than his fact witness testimony; his testimony is based only on what he did/knew/believed while he was at Chevron. We should be able to figure out a way to address this issue that works for both parties. We do not plan on making him available twice—so we need to resolve this issue prior to his deposition.

Let me know if you want to jump on a call.

Best,
Sharyl



Sharyl A. Reisman
Partner
**JONES DAY® - One Firm Worldwide℠**
250 Vesey Street
New York, NY 10281-1047
Office +1.212.326.3405
Cell +1.914.536.5681
sareisman@jonesday.com

---

**From:** Peter J. Flowers <pjf@meyers-flowers.com>
**Sent:** Monday, August 15, 2022 7:58 AM
**To:** Reisman, Sharyl A. <sareisman@JonesDay.com>; Sarah Shoemake Doles <SDoles@careydanis.com>; kbaghdadi <kbaghdadi@walkuplawoffice.com>; mkelly <mkelly@walkuplawoffice.com>; Eric Kennedy <ekennedy@weismanlaw.com>
**Cc:** Geise, Steven N. <sngeise@JonesDay.com>; DeJulius, Jr., Leon F. <lfdejulius@JonesDay.com>; Frank V. Cesarone <fvc@meyers-flowers.com>
**Subject:** RE: JCCP and MDL Deposition of Richard Cavalli (Aug 22-23)

**\*\* External mail \*\***

Good morning Sharyl

It is my understanding from your correspondence that Chevron now seeks to identify Richard Cavalli as a non-retained expert in the paraquat matters. Additionally, Chevron has taken the position that irrespective of this issue that was raised by Chevron just recently, it will not present Richard Cavalli for testimony beyond August 22nd and 23rd. Please accept this e-mail as Plaintiffs' response to Chevron's position.

First, Plaintiffs' deposition of Richard Cavalli that is set for August 22nd and 23rd is in his capacity as a former employee fact witness as currently identified by Chevron in its Rule 26 disclosures. In the event that Chevron decides later to disclose Richard Cavalli as an expert witness (whether retained or non-retained), this would require an appropriate Rule 26 disclosure and/or expert report. Because Chevron has not produced any such Rule 26 expert disclosure or retained expert report from Richard Cavalli, Plaintiffs intend to proceed with the deposition in his individual capacity as a former employee fact witness only.

If Chevron intends on calling Richard Cavalli as an expert witness, it should properly provide the required Rule 26 disclosures so Plaintiffs have the opportunity to prepare for any such testimony. For this reason, Plaintiffs reserve the right to depose this witness again on the subject matter, topics and opinions identified in any Rule 26 expert report or non-retained expert disclosure made by Chevron.

Should you have any questions, feel free to call me to discuss. Thank you.



**Peter J. Flowers**
Founding Partner



**Phone** (630) 232-6333  |  **Fax** (630) 845-8982
**Website** www.meyers-flowers.com
**Email** pjf@meyers-flowers.com

**Chicago Office:**
225 West Wacker Dr., #1515, Chicago, IL 60606
**St. Charles Office:**
3 North Second St., #300, St. Charles, IL 60174
**Peru Office:**
1200 Maple Drive, Peru, IL 61354





 

The information in this e-mail is confidential and may be legally privileged. It is intended solely for the addressee. Access to this e-mail by anyone else is unauthorized. If you are not the intended recipient, any disclosure, copying, distribution or any action taken or omitted to be taken in reliance on it, is prohibited and may be unlawful. When addressed to our clients, any opinions or advice contained in this e-mail are subject to the terms and conditions expressed in the governing attorney-client agreement. If you have received this e-mail in error, please notify me via return e-mail and via telephone at 630-232-6333 and permanently delete the original and any copy of any e-mail and printout thereof.

**From:** Reisman, Sharyl A. <sareisman@JonesDay.com>
**Sent:** Wednesday, August 3, 2022 6:20 PM
**To:** Peter J. Flowers <pjf@meyers-flowers.com>; Sarah Shoemake Doles <SDoles@careydanis.com>; kbaghdadi <kbaghdadi@walkuplawoffice.com>; mkelly <mkelly@walkuplawoffice.com>; Eric Kennedy <ekennedy@weismanlaw.com>
**Cc:** Geise, Steven N. <sngeise@JonesDay.com>; DeJulius, Jr., Leon F. <lfdejulius@JonesDay.com>
**Subject:** JCCP and MDL Deposition of Richard Cavalli (Aug 22-23)

Pete, Sarah, Khaldoun, Mike, and Eric,

Thanks for accommodating Mr. Cavalli's location in Lake Oswego. Much appreciated.

As you know, we disclosed Mr. Cavalli in the MDL in our Rule 26(a)(1) Disclosures as a witness with the following information:

> Mr. Cavalli is a former Chevron toxicologist and possesses discoverable information with respect to Chevron's evaluation of the safety and toxicity of paraquat, including evaluation of available toxicological data, human exposure and safety information, review of such information supplied in support of registration, and communications with ICI regarding these matters; Chevron's evaluation of and responses to human poisoning incidents; Chevron's product stewardship with respect to the safety and toxicity of paraquat; Chevron's literature for medical professionals with respect to paraquat; Chevron's communications with regulatory agencies regarding paraquat; and Chevron's product labels and other communications regarding the safety and toxicity of paraquat.

Given his upcoming deposition on August 22-23, we wanted to let you know that because Mr. Cavalli served in the role of a toxicologist at Chevron, out of an abundance of caution, we intend to identify him as a non-retained expert (with the description above) at the appropriate time. We are raising this now because we do not intend to make him available for deposition again after his formal disclosure as a non-retained expert given that there is no part of his knowledge or testimony that differs between his role as a fact witness and his role as a non-retained expert. Please let us know if you have any issue with this so that we can resolve any dispute on the issue prior to his deposition.

Best,
Sharyl


Sharyl A. Reisman
Partner
**JONES DAY® - One Firm Worldwide℠**
250 Vesey Street
New York, NY 10281-1047
Office +1.212.326.3405
Cell +1.914.536.5681

sareisman@jonesday.com

---

**From:** Peter J. Flowers <pjf@meyers-flowers.com>
**Sent:** Wednesday, July 20, 2022 2:48 PM
**To:** Reisman, Sharyl A. <sareisman@JonesDay.com>; Sarah Shoemake Doles <SDoles@careydanis.com>; kbaghdadi <kbaghdadi@walkuplawoffice.com>; mkelly <mkelly@walkuplawoffice.com>; Eric Kennedy <ekennedy@weismanlaw.com>
**Cc:** Naresh, Ragan <ragan.naresh@kirkland.com>; Weidenhammer, Bradley H. <bweidenhammer@kirkland.com>; Geise, Steven N. <sngeise@JonesDay.com>; DeJulius, Jr., Leon F. <lfdejulius@JonesDay.com>
**Subject:** Re: JCCP and MDL Deposition of Richard Cavalli

** External mail **

Sharyl
Those dates will work.  We will get a location set. Thanks

Peter J. Flowers
Meyers & Flowers, LLC
St. Charles Office
3 North Second Street, Suite 300
St. Charles, IL 60174
Tel (630) 232-6333

Chicago Office
225 West Wacker Dr., Suite 1515
Chicago, IL 60606
(312) 214-1017

---

**From:** Reisman, Sharyl A. <sareisman@JonesDay.com>
**Sent:** Tuesday, July 19, 2022 5:48:44 PM
**To:** Peter J. Flowers <pjf@meyers-flowers.com>; Sarah Shoemake Doles <SDoles@careydanis.com>; kbaghdadi <kbaghdadi@walkuplawoffice.com>; mkelly <mkelly@walkuplawoffice.com>; Eric Kennedy <ekennedy@weismanlaw.com>
**Cc:** Naresh, Ragan <ragan.naresh@kirkland.com>; Weidenhammer, Bradley H. <bweidenhammer@kirkland.com>; Geise, Steven N. <sngeise@JonesDay.com>; DeJulius, Jr., Leon F. <lfdejulius@JonesDay.com>
**Subject:** RE: JCCP and MDL Deposition of Richard Cavalli

Hi Pete,
I am following up again on the dates for Richard Cavalli's deposition. He needs to have a medical procedure,

so we need to nail down the dates. Can we confirm August 22-23 in Lake Oswego, OR?

Sharyl A. Reisman
Partner
**JONES DAY® - One Firm Worldwide℠**
250 Vesey Street
New York, NY 10281-1047
Office +1.212.326.3405
Cell +1.914.536.5681
sareisman@jonesday.com

---

**From:** Peter J. Flowers <pjf@meyers-flowers.com>
**Sent:** Sunday, July 17, 2022 4:12 PM
**To:** Reisman, Sharyl A. <sareisman@JonesDay.com>; Sarah Shoemake Doles <SDoles@careydanis.com>; kbaghdadi <kbaghdadi@walkuplawoffice.com>; mkelly <mkelly@walkuplawoffice.com>; Eric Kennedy <ekennedy@weismanlaw.com>
**Cc:** Naresh, Ragan <ragan.naresh@kirkland.com>; Weidenhammer, Bradley H. <bweidenhammer@kirkland.com>; Geise, Steven N. <sngeise@JonesDay.com>; DeJulius, Jr., Leon F. <lfdejulius@JonesDay.com>
**Subject:** RE: JCCP and MDL Deposition of Richard Cavalli

** External mail **

Thank you Sharyl
Will be back to you tomorrow with an answer.  Thanks



**Peter J. Flowers**
Founding Partner



**Phone** (630) 232-6333  |  **Fax** (630) 845-8982
**Website** www.meyers-flowers.com
**Email** pjf@meyers-flowers.com

**Chicago Office:**
225 West Wacker Dr., #1515, Chicago, IL 60606
**St. Charles Office:**
3 North Second St., #300, St. Charles, IL 60174
**Peru Office:**
1200 Maple Drive, Peru, IL 61354







The information in this e-mail is confidential and may be legally privileged. It is intended solely for the addressee. Access to this e-mail by anyone else is unauthorized. If you are not the intended recipient, any disclosure, copying, distribution or any action taken or omitted to be taken in reliance on it, is prohibited and may be unlawful. When addressed to our clients, any opinions or advice contained in this e-mail are subject to the terms and conditions expressed in the governing attorney-client agreement. If you have received this e-mail in error, please notify me via return e-mail and via telephone at 630-232-6333 and permanently delete the original and any copy of any e-mail and printout thereof.

**From:** Reisman, Sharyl A. <sareisman@JonesDay.com>
**Sent:** Friday, July 15, 2022 3:44 PM
**To:** Peter J. Flowers <pjf@meyers-flowers.com>; Sarah Shoemake Doles <SDoles@careydanis.com>; kbaghdadi <kbaghdadi@walkuplawoffice.com>; mkelly <mkelly@walkuplawoffice.com>; Eric Kennedy <ekennedy@weismanlaw.com>
**Cc:** Naresh, Ragan <ragan.naresh@kirkland.com>; Weidenhammer, Bradley H. <bweidenhammer@kirkland.com>; Geise, Steven N. <sngeise@JonesDay.com>; DeJulius, Jr., Leon F. <lfdejulius@JonesDay.com>
**Subject:** RE: JCCP and MDL Deposition of Richard Cavalli

Pete and all,
We would like to nail down the date for Richard Cavalli's deposition. Please let us know if Aug 22-23 works for his deposition in Lake Oswego, OR.

Sharyl A. Reisman
Partner
**JONES DAY® - One Firm Worldwide℠**
250 Vesey Street
New York, NY 10281-1047
Office +1.212.326.3405
Cell +1.914.536.5681
sareisman@jonesday.com

**From:** Reisman, Sharyl A. <sareisman@JonesDay.com>

**Date:** Tuesday, Jul 05, 2022, 1:59 PM
**To:** Peter J. Flowers <pjf@meyers-flowers.com>, Sarah Shoemake Doles <SDoles@careydanis.com>, kbaghdadi <kbaghdadi@walkuplawoffice.com>, mkelly <mkelly@walkuplawoffice.com>, Eric Kennedy <ekennedy@weismanlaw.com>
**Cc:** Naresh, Ragan <ragan.naresh@kirkland.com>, Weidenhammer, Bradley H. <bweidenhammer@kirkland.com>, Geise, Steven N. <sngeise@jonesday.com>, DeJulius, Jr., Leon F. <lfdejulius@jonesday.com>
**Subject:** RE: JCCP and MDL Deposition of Richard Cavalli

Pete, How about August 22-23?


Sharyl A. Reisman
Partner
**JONES DAY® - One Firm Worldwide℠**
250 Vesey Street
New York, NY 10281-1047
Office +1.212.326.3405
Cell +1.914.536.5681
sareisman@jonesday.com

---

**From:** Reisman, Sharyl A.
**Sent:** Wednesday, June 29, 2022 4:04 PM
**To:** 'Peter J. Flowers' <pjf@meyers-flowers.com>; Sarah Shoemake Doles <SDoles@careydanis.com>; kbaghdadi <kbaghdadi@walkuplawoffice.com>; mkelly <mkelly@walkuplawoffice.com>; Eric Kennedy <ekennedy@weismanlaw.com>
**Cc:** Naresh, Ragan <ragan.naresh@kirkland.com>; Weidenhammer, Bradley H. <bweidenhammer@kirkland.com>; Geise, Steven N. <sngeise@jonesday.com>; DeJulius, Jr., Leon F. <lfdejulius@jonesday.com>
**Subject:** RE: JCCP and MDL Deposition of Richard Cavalli

Hi Pete,
Finding an alternative date prior to August 12 is turning out to be challenging if the first week in August doesn't work. Would you be amenable to moving the deadline to complete this deposition to after Aug 12. Thanks.

Best,
Sharyl


Sharyl A. Reisman
Partner
**JONES DAY® - One Firm Worldwide℠**
250 Vesey Street
New York, NY 10281-1047
Office +1.212.326.3405
Cell +1.914.536.5681
sareisman@jonesday.com

**From:** Peter J. Flowers <pjf@meyers-flowers.com>
**Sent:** Wednesday, June 29, 2022 3:21 PM
**To:** Reisman, Sharyl A. <sareisman@JonesDay.com>; Sarah Shoemake Doles <SDoles@careydanis.com>; kbaghdadi <kbaghdadi@walkuplawoffice.com>; mkelly <mkelly@walkuplawoffice.com>; Eric Kennedy <ekennedy@weismanlaw.com>
**Cc:** Naresh, Ragan <ragan.naresh@kirkland.com>; Weidenhammer, Bradley H. <bweidenhammer@kirkland.com>; Geise, Steven N. <sngeise@JonesDay.com>; DeJulius, Jr., Leon F. <lfdejulius@JonesDay.com>
**Subject:** Re: JCCP and MDL Deposition of Richard Cavalli

** External mail **

Thanks.
As you are looking, first week of August also bad

Peter J. Flowers
Meyers & Flowers, LLC
St. Charles Office
3 North Second Street, Suite 300
St. Charles, IL 60174
Tel (630) 232-6333

Chicago Office
225 West Wacker Dr., Suite 1515
Chicago, IL 60606
(312) 214-1017

---

**From:** Reisman, Sharyl A. <sareisman@JonesDay.com>
**Sent:** Wednesday, June 29, 2022 1:15:55 PM
**To:** Peter J. Flowers <pjf@meyers-flowers.com>; Sarah Shoemake Doles <SDoles@careydanis.com>; kbaghdadi <kbaghdadi@walkuplawoffice.com>; mkelly <mkelly@walkuplawoffice.com>; Eric Kennedy <ekennedy@weismanlaw.com>
**Cc:** Naresh, Ragan <ragan.naresh@kirkland.com>; Weidenhammer, Bradley H. <bweidenhammer@kirkland.com>; Geise, Steven N. <sngeise@JonesDay.com>; DeJulius, Jr., Leon F. <lfdejulius@JonesDay.com>
**Subject:** RE: JCCP and MDL Deposition of Richard Cavalli

Hi Pete,
Unfortunately, the following week doesn't work for us. I will get back to you with additional dates.


Sharyl A. Reisman
Partner
**JONES DAY® - One Firm Worldwide℠**
250 Vesey Street
New York, NY 10281-1047
Office +1.212.326.3405
Cell +1.914.536.5681
sareisman@jonesday.com

**From:** Peter J. Flowers <pjf@meyers-flowers.com>
**Sent:** Wednesday, June 29, 2022 3:13 PM
**To:** Reisman, Sharyl A. <sareisman@JonesDay.com>; Sarah Shoemake Doles <SDoles@careydanis.com>; kbaghdadi <kbaghdadi@walkuplawoffice.com>; mkelly <mkelly@walkuplawoffice.com>; Eric Kennedy <ekennedy@weismanlaw.com>
**Cc:** Naresh, Ragan <ragan.naresh@kirkland.com>; Weidenhammer, Bradley H. <bweidenhammer@kirkland.com>; Geise, Steven N. <sngeise@JonesDay.com>; DeJulius, Jr., Leon F. <lfdejulius@JonesDay.com>
**Subject:** RE: JCCP and MDL Deposition of Richard Cavalli

** External mail **

Hello Sharyl
That weekend doesn't work for us.  How about the following week?  thanks



**Peter J. Flowers**
Founding Partner



**Phone** (630) 232-6333  |  **Fax** (630) 845-8982
**Website** www.meyers-flowers.com
**Email** pjf@meyers-flowers.com

**Chicago Office:**
225 West Wacker Dr., #1515, Chicago, IL 60606
**St. Charles Office:**
3 North Second St., #300, St. Charles, IL 60174
**Peru Office:**
1200 Maple Drive, Peru, IL 61354



  

 

The information in this e-mail is confidential and may be legally privileged. It is intended solely for the addressee. Access to this e-mail by anyone else is unauthorized. If you are not the intended recipient, any disclosure, copying, distribution or any action taken or omitted to be taken in reliance on it, is prohibited and may be unlawful. When addressed to our clients, any opinions or advice contained in this e-mail are subject to the terms and conditions expressed in the governing attorney-client agreement. If you have received this e-mail in error, please notify me via return e-mail and via telephone at 630-232-6333 and permanently delete the original and any copy of any e-mail and printout thereof.

**From:** Reisman, Sharyl A. <sareisman@JonesDay.com>
**Sent:** Tuesday, June 28, 2022 8:24 PM
**To:** Sarah Shoemake Doles <SDoles@careydanis.com>; Peter J. Flowers <pjf@meyers-flowers.com>; kbaghdadi <kbaghdadi@walkuplawoffice.com>; mkelly <mkelly@walkuplawoffice.com>; Eric Kennedy <ekennedy@weismanlaw.com>
**Cc:** Naresh, Ragan <ragan.naresh@kirkland.com>; Weidenhammer, Bradley H. <bweidenhammer@kirkland.com>; Geise, Steven N. <sngeise@JonesDay.com>; DeJulius, Jr., Leon F. <lfdejulius@JonesDay.com>
**Subject:** RE: JCCP and MDL Deposition of Richard Cavalli

Hi all,
We can present Dick Cavalli for deposition in Lake Oswego, Oregon on July 23-24. Again, we can proceed for up to 3.5 hours / day. We know you booked Portland last time. To the extent possible, please try to find a conference room in Lake Oswego. It is far easier for the witness, and we would appreciate the accommodation. Thank you.

Please let us know if that works.

Best,
Sharyl


Sharyl A. Reisman
Partner
**JONES DAY® - One Firm Worldwide℠**
250 Vesey Street
New York, NY 10281-1047
Office +1.212.326.3405
Cell +1.914.536.5681
sareisman@jonesday.com

**From:** Sarah Shoemake Doles <SDoles@careydanis.com>
**Sent:** Friday, June 24, 2022 2:33 PM
**To:** Reisman, Sharyl A. <sareisman@JonesDay.com>; Peter Flowers <pjf@meyers-flowers.com>; Khaldoun Baghdadi <kbaghdadi@WalkupLawOffice.com>; Michael Kelly <MKelly@WalkupLawOffice.com>; Eric Kennedy <ekennedy@weismanlaw.com>
**Cc:** Naresh, Ragan <ragan.naresh@kirkland.com>; Weidenhammer, Bradley H. <bweidenhammer@kirkland.com>; Geise, Steven N. <sngeise@JonesDay.com>; DeJulius, Jr., Leon F. <lfdejulius@JonesDay.com>
**Subject:** RE: JCCP and MDL Deposition of Richard Cavalli

**\*\* External mail \*\***

Received and thank you, Sharyl. Wishing them both a speedy recovery.

Best,
Sarah

**From:** Reisman, Sharyl A. [mailto:sareisman@JonesDay.com]
**Sent:** Thursday, June 23, 2022 5:28 PM
**To:** Peter Flowers <pjf@meyers-flowers.com>; Khaldoun Baghdadi <kbaghdadi@WalkupLawOffice.com>; Sarah Shoemake Doles <SDoles@careydanis.com>; Michael Kelly <MKelly@WalkupLawOffice.com>; Eric Kennedy <ekennedy@weismanlaw.com>
**Cc:** Naresh, Ragan <ragan.naresh@kirkland.com>; Weidenhammer, Bradley H. <bweidenhammer@kirkland.com>; Geise, Steven N. <sngeise@JonesDay.com>; DeJulius, Jr., Leon F. <lfdejulius@JonesDay.com>
**Subject:** JCCP and MDL Deposition of Richard Cavalli

MDL and JCCP Leadership,
Unfortunately, Dick Cavalli just informed us that he (and his wife) tested positive for COVID earlier this afternoon. We will not be able to go forward with his deposition on June 29-30; we will need to reschedule it for a later date. We will get back to you with some possible dates.

Thanks for your understanding.

Best,
Sharyl


Sharyl A. Reisman
Partner
**JONES DAY® - One Firm Worldwide℠**
250 Vesey Street
New York, NY 10281-1047
Office +1.212.326.3405
Cell +1.914.536.5681
sareisman@jonesday.com

***This e-mail (including any attachments) may contain information that is private, confidential, or protected by attorney-client or other privilege. If you received this e-mail in error, please delete it from your system without copying it and notify sender by reply e-mail, so that our records can be corrected.*** PRIVILEGED ATTORNEY/CLIENT, ATTORNEY WORK PRODUCT. The information in this transmittal is privileged and confidential and is intended only for the recipient(s) listed above. If you are neither the intended recipient(s) nor a person responsible for the delivery of this transmittal to the intended recipient(s), you are hereby notified that any distribution or copying of this transmittal is prohibited. If you have received this transmittal in error, please notify Carey, Danis & Lowe immediately at (314) 725-7700 or by return e-mail.
***This e-mail (including any attachments) may contain information that is private, confidential, or protected by attorney-client or other privilege. If you received this e-mail in error, please delete it from your system without copying it and notify sender by reply e-mail, so that our records can be corrected.***
***This e-mail (including any attachments) may contain information that is private, confidential, or protected

by attorney-client or other privilege. If you received this e-mail in error, please delete it from your system without copying it and notify sender by reply e-mail, so that our records can be corrected.***

***This e-mail (including any attachments) may contain information that is private, confidential, or protected by attorney-client or other privilege. If you received this e-mail in error, please delete it from your system without copying it and notify sender by reply e-mail, so that our records can be corrected.***

***This e-mail (including any attachments) may contain information that is private, confidential, or protected by attorney-client or other privilege. If you received this e-mail in error, please delete it from your system without copying it and notify sender by reply e-mail, so that our records can be corrected.***

***This e-mail (including any attachments) may contain information that is private, confidential, or protected by attorney-client or other privilege. If you received this e-mail in error, please delete it from your system without copying it and notify sender by reply e-mail, so that our records can be corrected.***

***This e-mail (including any attachments) may contain information that is private, confidential, or protected by attorney-client or other privilege. If you received this e-mail in error, please delete it from your system without copying it and notify sender by reply e-mail, so that our records can be corrected.***

***This e-mail (including any attachments) may contain information that is private, confidential, or protected by attorney-client or other privilege. If you received this e-mail in error, please delete it from your system without copying it and notify sender by reply e-mail, so that our records can be corrected.***