# EXHIBIT A

| REBUTTAL REPORT ("RR") | ORIGINAL REPORT ("OR") / DEPOSITION TESTIMONY |
|---|---|
| **New Two Step Methodology** ||
| "Based upon the scope of this work, and as articulated in my report and deposition, my inclusion/exclusion criteria are self-evident." (Step 1) (RR at 10)<br>1. "Studies That Addressed the Risk of Occupational Exposure to Paraquat"<br>2. "Studies that Evaluated Exposure to Paraquat"<br>3. "Studies that Evaluated PD as the Outcome of Interest"<br>4. "Studies Using the Same Case-Control Design"<br>5. "Studies Reporting Sufficient Data"<br>(RR at 11-15)<br><br>"I used five different factors [at Step 2] to evaluate the quality of each study that was not excluded after application of my previously described inclusion/exclusion criteria" (*i.e.*, Step 1). (RR at 16)<br><br>Step 2 Quality Factors<br>a. "method and diagnostic criteria for the identification of PD cases"<br>b. "exposure assessment methodology"<br>c. "identification and composition of control groups"<br>d. "participation rates"<br>e. "adjustments/controls of confounding variables"<br>(RR at 16-17) | Original Report's description of Wells's meta-analysis combines two "criteria" from Step 1 and one "quality factor" from Step 2:<br><br>"In Figure 4, I perform a quantitative synthesis of ***occupational case-control study*** findings using a fixed-effects meta-analysis. The results from the ***occupational case-control studies for studies*** where participants had ***in-person evaluations, including a standardized medical and neurological history and examination by movement disorder specialists***, shows a near tripling of PD occurrence in participants occupationally exposed to paraquat (OR = 2.88; 95% CI: 2.24, 3.70)." (OR at 17; *see also* OR Figure 4 at 18 with same description).<br><br>Q. So you didn't have specific eligibility criteria, a set of rules that a study had to meet in order to be included in your meta-analysis?<br><br>A. I, as I said, there's -- I looked at **all the features of the study**. (107:10-14)<br><br>Q. Okay. Can you give me a set of rules that a study would have needed to meet in order to be included in your meta-analysis?<br><br>A. So you have to look at the, you know, what the case -- the assessment of the disease. You have to look at the assessment of exposure. You have to look at, you know, were the cases actually cases? Were the controls selected from the same population? Were they -- did they actually have PD? Was it designed well? So there's all these features that go into trying to understand whether it's a good epidemiological study.<br><br>Q. So I understand those are the factors that you looked at, but you cannot give me a list of criteria that each study would have had to meet in order to be included in your meta-analysis. Instead, you took a holistic view.<br><br>A. I took a holistic view. And then you look at each of those factors and decide whether it's a good -- you know, that satisfies good epidemiological practice or not. (107:15-108:11)<br><br>Q. And have you given us an exhaustive list just now of all the criteria that were relevant to your assessment of the studies? |

| REBUTTAL REPORT ("RR") | ORIGINAL REPORT ("OR") / DEPOSITION TESTIMONY |
|---|---|
|  | A.  I've said this over and again. ***I've looked at all these different aspects of the study*** -- the studies, and that's what was used to make a decision whether they're in or out. |
|  | Q.  And my question was, did you give an exhaustive list of the different aspects of the studies that you used to decide whether they were in or out? |
|  | MR. KENNEDY: I'm asking you to look at your report. If she's asking an exhaustive report, please refer to your report. |
|  | Q.  If you can point me in your report to a list of criteria for inclusion in your meta-analysis, I would love that. |
|  | A.  ***No. It's not in there.*** (113:9-114:1) |
| "To add visual context, I have attached as Appendix B a table identifying ***the [36] studies*** relating to exposure to paraquat and its association with PD that I considered for inclusion in my meta-analysis and the criteria considered for inclusion/exclusion." (RR at 11)<br><br>"After application of the inclusion/exclusion criteria, I was left with ***eight studies***. I then evaluated the quality of these studies using five factors." (RR at 15) | *7 **studies*** included in his meta-analysis (OR Figure 4 at p. 18)<br><br>*11 **studies*** "included in the analysis" (OR Appendix A at p. 36)<br><br>*14 **studies*** included in his data file (Exh. F) |

2

| REBUTTAL REPORT ("RR") | ORIGINAL REPORT ("OR") / DEPOSITION TESTIMONY |
|---|---|
| **Definition of Occupational and How Applied** ||
| "I used the term 'occupational exposure' to refer to studies that assessed the "direct contact with pesticides." (RR at 11)<br><br>"I was asked by counsel for the Plaintiffs to analyze the epidemiological evidence of an association between PD and occupational or ***direct exposure*** to paraquat in the course of work, agricultural, or residential applications – ***in other words, individuals who used or had potential dermal contact with paraquat*** – as opposed to indirect community exposure through, e.g., drift." (RR at 10) | Q.  What did you understand occupational exposure to mean?<br><br>A.  I looked at the studies out there … split into—they have residential studies, occupational studies. … I looked at those that are ***primarily focused on … people's work*** … exposure because of their workplace. (15:1-10)<br><br>Q.  So do participants in these studies have to use paraquat as part of their job in order to be classified as occupational exposure?<br><br>A.  They -- there's different ways they classify what, you know, what their exposure was. And so they have criteria that are within – they're defined within the studies. ***I'm using the criteria that are given in those studies***. (16:9-16)<br><br>Q.  Okay. So does exposure -- in order to be classified as occupational exposure, do the participants have to spray paraquat as part of their job?<br><br>A.  It – ***I'm just using what the studies are defining***. So the studies have a definition of what exposure is; I'm using the study's definition.<br><br>Q.  And if the study does not require the participants to be exposed to paraquat as part of their job, would you have included this study in your meta-analysis?<br><br>A.  I included the -- I looked at the studies that say they're occupational studies, and I included those studies. (16:17-17:6) |
| "I included [Liou] in my meta-analysis because it evaluated direct contact with paraquat." (RR at 12) | Q.  What if a study includes both occupational and residential exposure; would you include it in your meta-analysis?<br><br>A.  I don't think I did. I think I looked at purely occupational studies. (17:19-23)<br><br>Q.  So even though Liou did not meet your own stated criteria for occupational exposure and included residential exposure as well, you included it in the results anyway.<br><br>A.  Yes. |

3

| Rebuttal Report ("RR") | Original Report ("OR") / Deposition Testimony |
|---|---|
|  | Q.  You bent the rules for Liou. |
|  | A.  I -- it had -- it had good information about occupational exposure. |
|  | Q.  But also had information about residential as well. |
|  | A.  Correct. |
|  | Q.  And you couldn't separate the two. |
|  | A.  I -- I looked at the -- I decided this is a good study.· It had good recruitment, good diagnoses, and a -- seemed to follow the patients well, so it seemed like an excellent study to include. (116:24-117:15) |

4

| REBUTTAL REPORT ("RR") | ORIGINAL REPORT ("OR") / DEPOSITION TESTIMONY |
|---|---|
| **Justification for Using Only Case Controls** ||
| "As opposed to other epidemiological study designs, case-control studies are the superior method of studying rare diseases and diseases with long latency." (RR at 14)<br><br>"Information bias is a source of bias in cohort studies, which occurs when the measurement of exposure or outcome is inaccurate or incomplete. In cohort studies involving diseases with long latency, accurately measuring exposure and outcome data over a long period can be complex. This can lead to misclassification of exposure or outcome, which can bias the estimated exposure-outcome association." (RR at 14)<br><br>"An advantage of case-control studies is that they can often recruit cases more efficiently than cohort studies. This is particularly true for rare or complex diseases or conditions where a large sample size is needed to study the outcome." (RR at 14)<br><br>"By selecting cases from a well-defined population and controls from the same population or a similar population, case control studies can provide efficient estimates of the odds of exposure." (RR at 14) | Neither Original Report nor Wells's deposition testimony mentions the advantages of case-controls discussed in the Rebuttal Report. Original Report and deposition testimony merely mention exclusion of prospective cohorts.<br><br>Q. You do not provide any reason in your report for not combining cohort and case-control studies, correct?<br><br>A. I think I say it's bad statistical practice.<br><br>Q. Okay. Where in your report do you say that?<br><br>A. I don't see it right at the moment, but that's the standard.<br><br>Q. Okay. Regardless of whether it's in your report, can you explain to me why it's bad statistical practice to combine case controls and cohorts in a meta-analysis?<br><br>A. The timescales are different. You're comparing different types of effect estimates. And in cohort studies, you compute -- compute risk ratios. In case-control studies, you compute odds ratios. Those are different measures. They're just different designs, and usually one doesn't like to mix different designs in meta-analysis. (88:6-25)<br><br>Q. Okay. So is the difference in association measures the primary reason that you did not combine the prospective cohorts and the case-control studies?<br><br>A. And they have different designs. I mean, it's a -- ***different design features***. (91:23-92:3)<br><br>Q. So your 2.88 elevated odds ratio gave no weight to Shrestha, correct?<br>A. They're different. ***They're different studies***. One's a cohort study, and one's a case-control study. (149:2-6) |

5

| REBUTTAL REPORT ("RR") | ORIGINAL REPORT ("OR") / DEPOSITION TESTIMONY |
|---|---|
| **New Diagnostic Criteria and Application** ||
| "Diagnostic Criteria: Higher quality: in-person exam or medical records review with acceptable diagnostic criteria. Lower quality: all others, including self-report or absence of acceptable diagnostic criteria." (RR at App. C) | No mention of quality rating in Original Report or deposition testimony; both mention only general diagnostic criteria. |
| | Figure 4 of Original Report: "Occupational case-control studies fixed-effect meta-analysis for participants with in-person evaluations, including a standardized medical and neurological history and examination by movement disorder specialists." (RR at 18) |
| | Q. Could I follow your process independently based on a set of rules, a set of criteria, and get to the same results as you? |
| | A. I could probably write that down, and you could follow that. But I didn't write it down. But I could probably write it down, and you would get to the same place. |
| | Q. Okay. What would you write down? What are the criteria for inclusion in your meta-analysis? |
| | A. Just as I said: How good is the diagnosis? What's the disease diagnosis? What's the -- |
| | Q. I'm sorry. Can I just stop you right there. How would I identify whether it's a good diagnosis? |
| | A. So was it -- was it done by an expert in movement disorders? |
| | Q. So is that your criteria for inclusion? |
| | A. That was part of the criteria. |
| | Q. So in order to meet -- in order to be included in the seven, it has to have diagnosis confirmed by a specialist? |
| | A. You have to have a PD diagnosis. |
| | Q. By a specialist. |
| | A. By a doctor that can diagnose PD. |
| | Q. So all seven studies in your meta-analysis meet that criteria. |
| | A. The Firestone, it's a medical record study, but those medical records were looked at by experts, and they can make some diagnoses. |
| | Q. Okay. So if a study did not meet that criteria, you would have excluded it. |
| | A. I believe they all had -- I believe they all had firm diagnoses of PD. (110:3-111:13) |

6

| REBUTTAL REPORT ("RR") | ORIGINAL REPORT ("OR") / DEPOSITION TESTIMONY |
|---|---|
| **New Exposure Criteria and Application** | |
| "I considered studies with individualized exposure information to be of higher quality." (RR at 18)<br><br>"<u>Exposure Assessment</u>: Higher quality: personal interview using detailed exposure questionnaires. Lower quality: all others, including job and/or other exposure matrices." (RR at App. C) | No exposure criteria listed in Original Report. No mention of "individualized exposure information" or quality rating in either Original Report or deposition testimony. The extent of the deposition testimony regarding exposure assessment criteria follows:<br><br>Q.  Okay. Did you have requirements with respect to exposure assessments for inclusion in your meta-analysis?<br><br>A.  I had the ones that were given in the study. Again, I looked at all the studies and made the decision whether they would be in the -- in the analysis or not ***based on the study's individual exposure criterion and was that satisfactory***. That was a decision whether they would be in or not. (66:24-67:8)<br><br>Q.  Did you identify criteria for inclusion in your meta-analysis before you looked at the studies?<br><br>A.  Yes, yes.<br><br>Q.  Okay. What were the criteria with respect to exposure assessment?<br><br>A.  The criteria -- the -- the exposure assessment was done well and that they're reliable -- ***reliable exposure criteria***. Every study was a little different, so you had to read each study and see what -- what they actually can measure. But you had to look at sort of reliable measurements, that they were actually measuring paraquat as opposed to -- you know, some weren't measuring paraquat. And so you had to look at how specific the measurements were, the exposure was, and each one was a little bit different. So you had to see within that -- that fit within the framework of having reliable exposure.<br><br>Q.  So your criteria was that the exposure assessment ***be done well, be reliable, and be specific to paraquat***.<br><br>A.  Yes. (67:20-68:18) |

7

| REBUTTAL REPORT ("RR") | ORIGINAL REPORT ("OR") / DEPOSITION TESTIMONY |
|---|---|
| **New Control Criteria and Application** ||
| <u>Controls</u>: Higher quality: examination by movement disorder specialist or other trained personnel to exclude PD. Lower quality: all others, including medical record review and self-report of no PD diagnosis. (RR at App. C) | Other than mention of general factor that "the controls [are] selected from the same population" (see 107:15-108:2 above), no mention of this factor in Original Report or deposition testimony, even for the three studies that received a "high quality" score.<br><br>Appendix A discusses only how controls were identified (not whether they were confirmed to not have PD). |
| **New Participation Rates Criteria and Application** ||
| <u>Participation Rate</u>: Higher quality: over 60% participation for both cases and controls. Lower quality: below 60% for either cases or controls. (RR at App. C) | Only mention of participation rates in Original Report is identifying the participation rate reported for the van der Mark study. (OR 16)<br><br>Q. Did you identify all of the limitations that were noted in the studies that you included in your meta-analysis in your report?<br><br>A. I looked at a lot of the participation rates but ***I did not -- every single one of them***, I didn't make a table of them. (247:8-13)<br><br>Q. So participation rates are ***only criteria for large studies***?<br><br>A. For large studies because that's a lot of people. Whereas the small studies there's not as many. (248:17-21)<br><br>Q. So there's no clear requirement regarding participation rates for inclusion in your analysis?<br><br>A. ***No, I don't have a number, no***. (249:5-8) |

8

| REBUTTAL REPORT ("RR") | ORIGINAL REPORT ("OR") / DEPOSITION TESTIMONY |
|---|---|
| **New Controlling for Confounders Criteria and Application** ||
| <u>Controlling for Confounders</u>: Higher quality: controlling for co-exposures plus age, sex, smoking, or family history. Lower quality: no controlling for co-exposures but controlled for age, sex, smoking or family history. (RR at App. C) | No analysis of impact of controlling for or not controlling for confounders in Original Report. No quality rating in either Original Report or deposition testimony. <br><br> Q. You did not discuss in your report the impact of controlling for these factors or failing to control for these factors in the Firestone study [one of seven studies included in Wells's meta-analysis], correct? <br><br> A. ***No, no.*** (203:7-11) <br><br> Q. So [Dhillon] [one of seven studies included in Wells's meta-analysis] didn't even control for age, correct? <br><br> A. Correct. <br><br> Q. Or sex, correct? <br><br> A. Yeah. They don't have enough data to do that. <br><br> Q. So you didn't evaluate that when you included it in your meta-analysis, correct? <br><br> A. ***No, I didn't.*** (222:3-11) <br><br> Q. Did you have any eligibility criteria for your meta-analysis related to whether the studies controlled for confounders? <br> A. It was -- it was a positive thing if they could, but not all the -- not all the studies -- you weren't able to -- weren't able to assess the confounding in some of them. <br><br> Q. So if a study did not control for any confounders, that wouldn't make that study ineligible for inclusion in your report? <br> A. Correct. (309:10-310:1) |

9

| REBUTTAL REPORT ("RR") | ORIGINAL REPORT ("OR") / DEPOSITION TESTIMONY |
|---|---|
| **New Justifications for Excluding Shrestha** ||
| "Tanner was more thorough [than Shrestha] in its diagnostic assessment." (RR at 25) | No comparison of Shrestha and Tanner in Original Report.<br><br>Q. So you're not offering the opinion that the diagnostic assessment in Shrestha is less reliable than the diagnostic assessments in the cases included in your meta-analysis, correct?<br><br>A. ***It's different. It's just different.***<br><br>Q. Are you offering the opinion that it is less reliable?<br><br>A. It is just hard -- it's hard to say. It's a different -- different assessment mechanism. They worked hard to try to, you know, make up for the fact that it's a self-report using these other methods, but it's just a different -- different approach. (176:22-177:9)<br><br>Q. So you're not prepared to give an opinion on whether the diagnostic criteria in Shrestha is reliable or not?<br><br>A. It's -- I have to think about it a bit more. I just don't -- ***I haven't thought through it all the way, what the implications are***. (181:7-12) |
| "Tanner was more thorough [than Shrestha] in its exposure assessment." (RR at 26)<br><br>"Tanner more appropriately controlled for correlated exposures while minimizing the effects of multicollinearity [than Shrestha]." (RR at 27) | No discussion of Shrestha's exposure assessment in Original Report or deposition testimony.<br><br>Q. So the only reasons you provide in your report for excluding Shrestha 2020 from your meta-analysis are that they provide different effect measures and that it's a case-control study, correct --<br><br>A. It's a cohort --<br><br>Q. -- I mean, that it's a cohort study?<br><br>A. -- cohort study, yes.<br><br>Q. Are there any other reasons that you did not include Shrestha 2020 in your meta-analysis?<br><br>A. They have a different way of assessing the Parkinson's. They -- they use the hazard doctor -- they would have got a diagnosis of Parkinson's. So they have different -- a different disease -- or, you know, disease measure. (154:4-19)<br><br>Q. Any other reasons?<br><br>A. No, it's just self-reporting.<br><br>Q. I'm sorry, any other reasons that you do not include Shrestha 2020 in your meta-analysis?<br><br>A. ***No, no***. (155:12-16) |

| REBUTTAL REPORT ("RR") | ORIGINAL REPORT ("OR") / DEPOSITION TESTIMONY |
|---|---|
| **New Consideration of Shrestha in Dr. Wells's Bradford Hill Analysis and His "Weight of the Evidence Analysis"** ||
| "Neither my report nor my deposition states that Shrestha et al. (2020) was ignored. In fact, considerable time was devoted to Shrestha et al. (2020) in both. Nor does the fact that Shrestha et al. (2020) was not specifically cited in the Bradford Hill section of my report mean that it was not considered in the weight of the evidence." (RR at 32-33) | Neither Wells's Original Report nor his deposition testimony mentions any weight of the evidence analysis. There is no mention anywhere that any such analysis was done (if it was).<br><br>Wells's Original Report sets out epidemiology studies that he considered for the following Bradford Hill factors (OR 21-24):<br>    Strength of Association<br>    Consistency<br>    Temporality [did exposure precede disease diagnosis]<br>    Dose-Response<br>    Experimental Evidence<br><br>Q.  You don't cite to Shrestha at all in your Bradford Hill analysis, correct?<br><br>A.  ***No, I don't.*** (153:8-10)<br><br>Q.  Your opinion on strength does not rely on Shrestha or Pouchieu, correct?<br>A.  ***No***. (295:1-3)<br><br>Q.  You did not consider the results of Shrestha in coming to your consistency opinion, correct?<br><br>A.  ***No, I did not.*** (297:8-11)<br><br>Q.  So you did not consider Shrestha 2020 and van der Mark in reaching your conclusions on dose-response, correct?<br><br>A.  ***No, I didn't.*** (303:10-13) |

| Rebuttal Report ("RR") | Original Report ("OR") / Deposition Testimony |
|---|---|
| **New Explanation for Temporality Factor of Bradford Hill Analysis** ||
| "Therefore, the relevant exposure would need to precede the movement disorder and not necessarily the prodromal, pre-movement disorder manifestations." (RR at 34) | Q. Parkinson's disease can be preceded by a premotor or prodromal phase of 20 years or more. Do you agree with that?<br>A. Yes.<br><br>Q. For exposure to paraquat to be considered a cause of Parkinson's disease, it would need to precede not just the diagnosis but the prodromal phase as well, correct?<br>A. Yes.<br><br>Q. And none of the seven studies in your meta-analysis take the prodromal phase of Parkinson's disease into account when assessing exposures, correct?<br><br>A. They're not discussed, but that's a -- it depends -- that period isn't just 20 years. It's just -- we don't know what the -- or I don't know what the -- what the period is.<br><br>Q. But the papers don't assess the prodromal phase. None of the seven papers that you included in your meta-analysis include assess the prodromal phase in determining exposure, correct?<br>A. No, they don't. (299:6-300:3) |

12