**EXHIBIT B**

## DECLARATION OF MARTIN T. WELLS PH.D.

I, Martin T. Wells, Ph.D., have been asked by counsel for the Plaintiffs to analyze the epidemiological evidence relating the association and causation of the occupational exposure of paraquat to the onset of Parkinson's disease.

## I.        BACKGROUND EDUCATION AND TRAINING

I am the Charles A. Alexander Professor of Statistical Sciences at Cornell University, where I also serve as Chair of the Department of Statistics and Data Science. I am also a Professor of Biostatistics and Epidemiology at Cornell Weill Medical School, as well as the Faculty Director of Survey Research Institute and the Director of Research in the School of Industrial and Labor Relations at Cornell University. Additionally, I am an elected Member of the Cornell Law School Faculty. I teach statistical methodology to undergraduate, graduate, and professional students and postdoctoral and medical fellows. My students are in various academic fields such as agriculture, biology, economics, epidemiology, finance, food science, immunology, law, medicine, nutrition, social science, and veterinary medicine. I have published over 240 peer-reviewed articles in various peer-reviewed publications, including medical, biomedical, and statistical. I have also worked on several NIH-funded medical research grants.

I have lectured in plenary sessions on meta-analysis methods to experts from the World Health Organization and Cochrane Collaboration. I have served on national statistical committees and have published articles in leading statistical and scientific journals. I have served on the editorial boards of leading journals in statistical science and am currently an editor of the *Journal of Empirical Legal Studies*. I served as an Editor of *The Journal of the American Statistical Association, Statistical Science,* and Editor in Chief of the *ASA-SIAM Series on Statistics and Applied Probability*. I am a Fellow of the American Statistical Association, the Royal Statistical Society, the Institute of Mathematical Statistics, and an elected member of the International Statistics Institute. My qualifications are further summarized in my curriculum vitae, which is appended in Exhibit B.

My approach to this work would have been the same had one of my colleagues in the medical school or a drug manufacturer asked me to carry out these kinds of analyses. I have relied upon and utilized standard statistical and epidemiological publications and methodologies published in medical literature and data produced as part of the discovery process. I am being compensated $650 per hour for my work on this project. I may rely on additional material as discovery in this case progresses and reserve the right to supplement or modify this report in the light of any new information, including more detailed information about the analyses conducted by others. All the opinions I express herein I hold to a reasonable degree of statistical, epidemiological, and scientific certainty.

## II.    STATISTICS BACKGROUND

Epidemiological studies report point estimates of the association between toxic exposure and disease development. Examples of association measures used in epidemiology are the odds ratio (OR) and risk ratio (RR). The probability that an event will occur is divided by the probability that it will not. For example, if the chance of rain tomorrow is 2/3, then the odds of rain are $(2/3)/(1/3) = 2/1$, or 2 to 1; the odds against rain are 1 to 2. The odds ratio is the ratio of two odds. For example, if 3% of all people exposed to a chemical develop a disease, compared with 1% of people who are not, then the odds of the disease in the exposed group are 3/97, compared with 1/99 in the unexposed group. The odds ratio is OR $= (3/97)/(1/99) = 3.06$. An odds ratio of 1 indicates no association. The risk ratio is the ratio of the probability of an exposed group developing a disease (the risk) to the probability of an unexposed group developing a disease. For example, if the probability of the disease in an exposed group is 3% and the probability of disease in the unexposed group is 1%, then the relative risk is RR=3/1 = 3. The OR is larger than the RR for ORs and RRs greater than 1.0, but the difference decreases as the disease incidence decreases. In diseases with an incidence of less than 5%, the OR and RR are typically quite similar. One can interpret an odds ratio greater than two as indicating a more than doubling of the risk of the disease incidence due to exposure.

Point estimates typically represent the value of the effect that is best supported by the data under study according to the study design. For example, if a study compares disease

frequencies in exposed and unexposed subjects and reports an odds ratio estimate of 1.30 (a 30% higher rate in the exposed than in the unexposed). Research articles often report a point estimate and its corresponding *(1 - α) x 100%* confidence interval. Researchers typically use a value of *α =.05*, so *(1 - α) x 100%* equals *95%*. The *95%* confidence interval represents the range of hypothesized effects not rejected by the data, given a stated confidence level. Calculating a confidence interval permits a more refined assessment of appropriate inferences about the association found in an epidemiologic study (Gardner and Altman, 1986). If a *95%* confidence interval is specified, the range contains the results we expect *95%* of the time if samples were repeatedly drawn from the same population. Thus, the width of the interval reflects random error and sampling variability: the narrower the confidence interval, the more statistically stable the study results. An advantage of a confidence interval is that it displays more information about the parameter of interest than significance testing. Statistical significance does not convey the magnitude of the association found in the study or an indication of the statistical stability of any association. A confidence interval shows the range of the mean difference based on a selected level of statistical significance.

Suppose a study of the relation between toxic exposure and developing a disease reported an odds-ratio estimate of 1.30 with 95% confidence limits of 0.90 and 1.90 and a p-value[1] of 0.16, an interval ranging from a 10% decrease to a 90% increase in risk. Some claim that such a result is not statistically significant; therefore, supporting the null hypothesis of no effect must be true. The data does not support this claim. The confidence interval leans in favor of an association since most of the confidence interval falls above the null odds of one; but provides insufficient evidence to reject the null hypothesis that the true odds ratio is 1, or any other hypothesized risk ratio within the confidence limits of 0.90 and 1.90 (see Rothman et al., 2008, Ch. 10). The lack of statistical significance is not evidence of no association or no effect, that is, no effect should be interpreted as the "absence of evidence is not evidence of absence."

---

[1] The p-value is often used as a measure of the compatibility of a hypothesis with the data, ranging from 0 for complete incompatibility to 1 for perfect compatibility. By convention, p-values that exceed 0.05 are called "non-significant" simply because they do not represent extreme incompatibility.

Proper statistical evaluation of the totality of the results requires the methodological tools of meta-analysis. Meta-analysis has been widely used to combine information from multiple studies. Even if not every study of an association were statistically significant, it would be wrong to judge the statistical significance of the totality of the results without a meta-analysis. Consider a first example of assessing whether a coin is fair by asking seven different participants to toss it twice. Suppose each participant reported that they got two heads; it is not uncommon since one could expect to see a run with two heads in a row (the probability of the two heads in a row for a fair coin is 0.25). However, seeing a run of 14 heads in 14 tosses, indicates an event incompatible with a fair coin (the probability of 14 heads in a row for a fair coin is 0.00006103515625). As the second example, suppose there were five studies, each with a p-value equal to p=0.10; in such a case, none of the studies would be considered significant at the 0.05 level. Applying Fisher's combining method shows that the overall p-value for getting five studies with p=0.10 is 0.01, a highly significant result.[2]  Such examples illustrate that the lack of significance of individual studies does not imply that the accumulation of evidence supports no effect.

Meta-analysis requires two stages. The first stage is to extensively search the substantive literature, and each study's summary statistics are extracted or calculated. In the second stage, one computes a pooled effect estimate as a weighted average of the effects estimated in the individual studies. When extracting data for a meta-analysis from non-randomized studies, adjusted effect estimates may be available (e.g., adjusted odds ratios from logistic regression analyses). As pointed out in the Cochran Collaborative Handbook (Cochrane, Section 6.3), adjusted association estimates are generally preferable to analyses because they usually reduce the impact of confounding. If both unadjusted and adjusted intervention effects are reported in a study, the adjusted results are preferred. It is straightforward to extract the reported adjusted effect estimate and its standard error for a meta-analysis if a single adjusted estimate for a particular outcome in a primary non-randomized study. If multiple adjusted estimates of the associations are reported, the one that is judged to

---

[2] From the Fisher formula for combining p-values (Cox and Hinkley, 1974, p. 80), the chi-squared statistic for 5 studies each with p=0.10 is $2 \times 5 \times \ln(0.10) = 23.0$ on 10 degrees of freedom, which produces an overall p-value for getting 5 studies with p = 0.10 of 0.01.

4

minimize the risk of bias due to confounding should be chosen (Cochrane, Chapter 24). In the next section of this report, I will use odds ratio estimates for the study effect estimate to assess the association between PD and occupational exposure to paraquat.

Variability in the associations evaluated in the different studies is known as heterogeneity. It manifests itself in the observed associations being more different from each other than one would expect due to chance alone. In a fixed-effect meta-analysis, the estimated effect may be interpreted as a typical comparison group effect from the studies included in the analysis. In order to calculate confidence intervals for a fixed-effect meta-analysis, the assumption is made that the actual effect is consistent across the studies. This assumption implies that the observed odds ratios among study results are due solely to chance, that is, that there is no heterogeneity.

Consequently, assessing the degree of heterogeneity in a systematic review of studies is essential. When the confidence intervals on a forest plot have poor overlap, it usually indicates the presence of heterogeneity. Rather than just a visual inspection, there are statistical tests for heterogeneity, and formal frequentist hypothesis tests are applied to assess heterogeneity. A low p-value of such a test procedure suggests heterogeneity of intervention effects beyond what one would expect by chance. Without knowing how consistent the results of studies are, one cannot determine if the results of a meta-analysis are generalizable (Higgins et al., 2002). When one cannot explain the heterogeneity, a random-effects model is often applied. An assessment of the consistency of homogeneity of effects across studies is an essential part of the meta-analysis. The $I^2$ measure quantifies the heterogeneity across studies. A rough guide to interpretation in the context of meta-analyses is as follows: 0% to 40%: might not be significant; 30% to 60%: may represent moderate heterogeneity; 50% to 90%: may represent substantial heterogeneity; and 75% to 100%: considerable heterogeneity (Cochrane, Section 10.10.2).

Bayesian statistical methods address research questions using probabilities to express the uncertainty of effect sizes. Bayesian inference uses the posterior distribution of model parameters conditional on the observed data. The posterior distribution is proportional to

the data's likelihood distribution and the model parameters' prior distribution. Posterior distributions of the parameters are used for inference and are summarized using point estimators such as posterior means and posterior probabilities. Bayesian analysis provides many strengths over the standard frequentist analysis as Bayesian inference provides a more direct interpretation of the results in terms of probabilities. For example, interval estimators are interpreted as intervals to which parameters belong with a certain probability, unlike the less straightforward repeated-sampling interpretation of classical frequentist confidence intervals. As pointed out in Cochrane (Chapter 5), "[a] difference between Bayesian analysis and classical meta-analysis is that the interpretation is directly in terms of belief: a 95% credible interval for an odds ratio is that region in which we believe the odds ratio to lie with probability 95%. The Bayesian approach is how many practitioners interpret a classical confidence interval. Still, strictly in the classical framework, the 95% refers to the long-term frequency with which 95% intervals contain the true value. The Bayesian framework also allows a review author to calculate the probability that the odds ratio has a particular range of values, which cannot be done in the classical framework … Bayesian methods offer some potential advantages over many classical methods for meta-analyses" (Cochrane, Chapter 5). For example, we can determine the probability that the odds ratio is greater than a fixed threshold (as in assessing if an odds ratio is greater than 2); such a calculation is not possible in the classical frequentist framework.

## III.   META-ANALYSIS OF THE OCCUPATIONAL EXPOSURE STUDIES

Occupational pesticide exposure is among the most strongly suspected environmental risk factors for neurodegenerative synucleinopathies such as PD (Ascherio and Schwarzschil 2016). Occupational exposure, as compared to community exposure, can be more accurately documented given the direct contact with pesticides and exposure frequency. Community exposure assessment may rely on self-report or spatial extrapolations rather than systematic job activities. In this section, I will first review the major systematic reviews of the epidemiological studies on paraquat exposure and PD. Although there were a dozen systematic reviews before 2016 (Weed, 2021), five were carried out between 2016

and 2019, Breckenridge et al. (2016); Tangamornsuksan et al. (2019); Vaccari et al. (2017, 2019); and Wray and Niman (2019). I will also perform a quantitative synthesis of occupational case-control study findings. The characteristics of the case-control studies are given in Appendix A. The evidence from cohort studies will also be discussed.

Breckenridge et al. (2016) identified 893 potential studies and additional 30 potentially relevant articles were also identified. Overall, 105 articles were included in meta-analyses of any of the 14 exposures considered. The search used a single database (PubMed) in English only. Thirteen studies were included in a meta-analysis on paraquat exposure. The studies were divided into two Tiers according to the authors' notion of methodological rigor. Only a single study met the criteria for Tier 1 classification (Firestone et al., 2010). Consequently, the meta-analysis conducted was the result of combining studies from both Tiers I and II (Hertzman et al.: 1994; Liou et al., 1994; Kuopio et al., 1999, Engel et al., 2001, Kamel et al., 2007, Dhillon et al., 2008, Costello et al., 2009; Elbaz et al., 2009, Gotto et al., 2009; Tanner et al.,2009 and 2011; Firestone et al., 2010; Rugbjerg et al., 2011Tomenson et al., 2011; Goldman et al. 2012; Lee et al., 2012). Paraquat alone demonstrated a significant association in the approach by the fixed effects model (OR 1.69; 95% CI 1.44-1.98); and the random effects model (OR 1.47; 95% CI 1.01-2.13). The first author of Breckenridge et al. (2016) was an employee of a company that sells paraquat, Syngenta.

Tangamornsuksan et al. (2019) performed systematic searches in PubMed, Cochrane Libraries, EMBASE, Scopus, ISI Web of Knowledge, and TOXLINE. All searched databases from their inception to May 2018. The initial searches identified 7,309 articles. Upon an extensive triage of the identified studies, 13 case-control studies were included for systematic review and meta-analysis (Semchuk et al. 1992; Hertzman et al. 1994; Seidler et al. 1996; Liou et al. 1997; Kuopio et al. 1999; Dhillon et al. 2008; Elbaz et al. 2009; Firestone et al. 2010; Rugbjerg et al. 2011; Tanner et al., 2009 and 2011; Lee, 2012; van der Mark, 2014). A mix of unadjusted and adjusted odds ratios was used as the effect measure in the meta-analysis. The meta-analysis showed a 64% higher PD occurrence in participants exposed to paraquat (OR = 1.64; 95% CI: 1.27–2.13; $I^2$ = 24.8%).

Tangamornsuksan et al. (2019) concluded a statistically significant association between paraquat exposure and PD. Their university and the Fulbright Foundation funded the authors of Tangamornsuksan et al. (2019).

Vaccari et al. (2017, 2019) searched for original peer-reviewed studies in PubMed, Embase, ISI Web of Science, TOXLINE, and LILACS (Latin American & Caribbean Health Sciences Literature) of the language or the year the articles were published. Observational studies were included, such as cohort, case-control, and comparative cross-sectional studies. Reviews, case series, case reports, and studies reporting only PD mortality were excluded. Any adult ($\geq$18 years) identified as occupational including pesticide mixing, loading, and application scenarios and/or environmentally such as residing in rural areas or contact with contaminated water, food, or air exposed to paraquat regardless of gender, race, or co-exposure to other pesticides were included. For the disease outcome, PD is diagnosed at recruitment when experts assess each participant or selection of PD patients previously diagnosed by experts at hospitals and/or neurological clinics. Parkinsonism or PD diagnoses reported by the participants on the basis of structured interviews and/or questionnaires (validated or not) were also included. The searches in Vaccari et al. (2017, 2019) were carried out in June 2016 and May 2019, respectively. Vaccari et al. (2017, 2019) protocols were registered in the International Prospective Register of Systematic Reviews (PROSPERO CRD42017069994).

In Vaccari et al. (2017), ten case-control studies (Dhillon 2008; Elbaz et al. 2009; Firestone et al. 2010; Hertzman et al. 1994; Kuopio et al. 1999; Lee, 2012; Liou et al. 1997; Rugbjerg et al. 2011; Tanner et al. 2011; van der Mark, 2014), were initially considered in the meta-analysis. Unadjusted odds ratios were used as the effect measure in the meta-analysis even though adjusted estimates were available in 6 studies. The results from the case-control set of studies showed 44% higher PD occurrence in participants exposed to paraquat (OR 1.44; 95% CI 1.22, 1.71: $p < 0.0001$; $I^2 = 25\%$). Vaccari et al. (2017) concluded that the OR demonstrated a positive association between exposure to paraquat and PD. It was further noted that this association appeared to be more evident in susceptible individuals, occupationally exposed to paraquat in co-exposure to other pesticides, lacking use of

protective equipment. The risk of bias summary is given at the top of Figure 1. Their university funded the authors of Vaccari et al. (2017).

Vaccari et al. (2019) identified 4,043 articles in the electronic databases and other screened papers. Of these, 15 studies published in English from 1992 to 2017 proved eligible: two studies (Engel et al 2001; Kamel et al. 2007) with cross-sectional and cohort studies features and 13 case-control studies. Ten case-control studies (Brouwer et al. 2017; Dhillon 2008; Elbaz et al. 2009; Firestone et al. 2010; Hertzman et al. 1994; Kuopio et al. 1999; Liou et al. 1997; Rugbjerg et al. 2011; Sanders et al. 2017; Tanner et al. 2011) were considered in the meta-analysis. Unadjusted odds ratios were used as the effect measure in the meta-analysis even though adjusted estimates were available in 6 studies. The results from the case-control set of studies showed 43% higher PD occurrence in participants exposed to paraquat (OR 1.43; 95% CI 1.06, 1.91: p = .02; $I^2$ = 56%).

In a sensitivity analysis, Vaccari et al. (2019) excluded Liou et al. (1997) because they claimed it was an outlier. Liou et al. (1997) survived the inclusion criteria in Breckenridge et al. (2016), Tangamornsuksan et al. (2019), Vaccari et al. (2017, 2019), and Wray and Niman (2019). Excluding Liou et al. (1997), the meta-analysis resulted in a lower yet significant OR = 1.25 (95% CI 1.01, 1.55; p = .04). Vaccari et al. (2019) concluded that the estimated OR for the case-control studies (with Liou et al., 1997 excluded) was positive and significant, albeit close to the non-association value. Vaccari et al. (2019) gave a weaker conclusion than Vaccari et al. (2017), where Liou et al. (1997) was included. The risk of bias summary is given at the bottom of Figure 1. Note that risk of bias for the 2017 and 2019 studies differ substantially. Vaccari et al. (2019) reports that the authors' university funded the study. The first author was an employee of a consulting company that provided services in the toxicology field for private firms involved with the manufacturing and marketing of agrochemicals.[3]

---

[3] In Vaccari et al. (2019)'s Data Sources and Search Section the authors state that the last search was conducted on May 5, 2019. According to Linkedin (https://www.linkedin.com/in/carolina-vaccari-100432a3/?originalSubdomain) Vaccari was an employee of FERST Consultoria in May 2019.





Figure 1: Risk of bias summary for Vaccari et al. (2017) (top) and Vaccari et al. (2019) (bottom) case-control studies. The answers "probably/definitely yes" were represented by the green color (low risk of bias), and the answers "probably/ definitely not" by the red color (high risk of bias).

Part of the Registration Review of paraquat at the Office of Pesticide Programs (OPP) of the Environmental Protection Agency conducted a systematic review to evaluate the relationship between occupational paraquat exposure and PD (Wray and Niman, 2019). The search included EMBASE, PubMed, SCOPUS, Topline, and the Web of Science (included the indices: Indexes=SCI-EXPANDED, SSCI, CPCI-S, CPCI-SSH, BKCI-S, BKCI-SSH, CCR-EXPANDED, IC) over all years. Participant populations included humans with no restrictions, including no restrictions on age, life stage, sex, country of residence/origin, race/ethnicity, lifestyle, or occupation. The exposure studied must have been paraquat in any application via any route of exposure. The exposed or case populations were compared to those with low/no exposure or non-cases to arrive at a

risk/effect size estimate of a health outcome associated with paraquat exposure. All reported human health effects, with no restrictions on human system affected (effects could be based on survey or other self-report, medical records, biomarkers, publicly available health data, or measurements from human sample populations. In addition, the included research report must contain original data and be written in English (Wray and Niman, 2019 Appendix 2). Table A1.3 in Wray and Niman (2019) gives a set of criteria for assigning a quality ranking of high, medium, or low. This quality assessment is different from that of Tangamornsuksan et al. (2019) and Vaccari et al (2017, 2019) (the Newcastle-Ottawa quality assessment scale and a modified Newcastle Ottawa Scale, respectively).

In Wray and Niman (2019), the eleven selected occupational studies were: one study (Kamel et al. 2007) with features of both cross-sectional and cohort studies, eight case-control studies (Dhillon et al. 2008; Engel et al. 200, Firestone et al. 2010; Hertzman et al. 1994; Kuopio et al. 1999; Liou et al. 1997; Tanner et al. 2011, 2009; van der Mark et al. 2014), and one cross-sectional study (Pouchieu et al. 2018). Wray and Niman (2019) discussed each study but did not present a quantitative synthesis of study findings using meta-analysis.

Estimated associations for observational studies with different study design features may be influenced to varying degrees by various sources of bias (see Cochrane, Section 24.6). Consequently, results from observational studies with different combinations of study design features may result in increased heterogeneity. Therefore, the Cochrane Collaborative recommends that observational studies with very different design features be analyzed separately (Cochrane, Section 24.6.2.1).

In Figure 2, I perform a quantitative synthesis of the Wray and Niman (2019) occupational case-control study findings using a random effects meta-analysis in Stata 17. I stratified the studies by the Wray and Niman (2019) quality rating. The occupational case-control studies in Wray and Niman (2019) show 84% higher the composite PD and Parkinsonism outcome occurrence in participants exposed to paraquat (OR 1.84; 95% CI: 1.11, 3.04). There was significant heterogeneity between the quality rating groups (p=0.023). The Begg

11

test (Begg and Mazumdar, 1994) gave a p-value of 0.711, indicating no evidence of publication bias.

Wray and Niman (2019) combine PD and parkinsonism occurrence in participants exposed to paraquat. Tanner et al. (2009) and Engle et al. (2001) considered a parkinsonism outcome rather than PD. There is significant heterogeneity (p=0.009) between the parkinsonism and PD outcomes in the Wray and Niman (2019) studies. This heterogeneity analysis suggests that one should be more careful in combining the parkinsonism and PD outcomes in quantitative synthesis.

In the highest quality study in Wray and Niman (2019), the FAME study (Tanner et al, 2011) there was a 2.5 times higher PD occurrence in participants exposed to paraquat. The Farming and Movement Evaluation (FAME) study was nested within the Agricultural Health Study (AHS). Home visits were conducted to perform structured neurologic examinations, draw blood, and collect dust. PD diagnoses were confirmed by movement disorder specialists. The AHS developed and validated algorithms to assess exposure frequency, duration, and intensity (Dosemeci et al. 2002).

In the medium quality studies in Wray and Niman (2019), there was over a doubling of PD occurrence in participants exposed to paraquat and the upper confidence limit is consistent with a more than quadrupling of the odds. The low-quality studies showed a marginal increase of 6% higher than the composite.



Figure 2: The Wray and Niman (2019) occupational case-control studies random effects meta-analysis with a combined PD and parkinsonism disease outcome.

In Figure 3, I perform a quantitative synthesis of the occupational case-control study findings using a random effects meta-analysis for the high and medium-quality studies. This analysis shows little heterogeneity between the high and medium-quality study groups (p=0.867). The high and medium-quality results show more than a doubling of the composite PD and Parkinsonism outcome occurrence in participants exposed to paraquat (OR 2.19; 95% CI: 1.21, 3.97).  The focus on the higher quality occupational studies gives an OR that is higher than the estimates in Breckenridge et al. (2016), Tangamornsuksan et al. (2019), and Vaccari et al. (2017, 2019), who considered both residential and occupational exposure.

13



Figure 3: The Wray and Niman (2019) occupational case-control studies random effects meta-analysis with a combined PD and parkinsonism disease outcome using moderate to high-quality definitions.

Wray and Niman (2019) did not report effect estimates of PD cases exposed to paraquat in occupational case-control studies by Kuopio et al. (1999), Rugberg et al. (2011), Seidler et al. (1996), and Semchauk et al. (1992) that were included some of the other systematic reviews. Both Seidler et al. (1996) and Semchauk et al. (1992) contributed less the 1% of the total weight in the Tangamornsuksan et al. (2019) analysis. Although Kuopio et al. (1999) and Rugberg et al. (2011) were also small studies, they contributed more than 5% of the total weight in Tangamornsuksan et al. (2019). To assess the totality of occupational epidemiologic evidence on the relationship between paraquat and PD, I will include Kuopio et al. (1999) and Rugberg et al. (2011) in a meta-analysis.

Previous systematic reviews included Elbaz et al. (2009), which measured exposure to quaternary ammonium exposure. The article's discussion mentions paraquat exposure but only reported on an association related to quaternary ammonium. The quaternary ammonium class of herbicides includes paraquat and other compounds and may not be a

14

reliable surrogate of paraquat exposure. For instance, diquat and paraquat are both quaternary ammonium herbicides used in agriculture, diquat is a quick-acting herbicide and a plant growth regulator, and paraquat is used for broadleaf weed control but also as a crop desiccant, defoliant, and aquatic herbicide (Rial-Otero et al. 2006). Elbaz et al. (2009) give no additional information to determine if their study population used paraquat exclusively rather than other members of the quaternary ammonium class. Elbaz et al. (2009) point out that in France, the quaternary ammonium herbicide is mainly used as a nonselective herbicide to kill weeds around the fields, thus resulting in lower exposure levels compared to other herbicides.

In Elbaz et al. (2009), parkinsonism was defined as the presence of two or more cardinal signs (rest tremor, bradykinesia, rigidity, impaired postural reflexes) and PD was defined by parkinsonism after exclusion of prominent or early signs of more extensive nervous system involvement and drug-induced parkinsonism. Similarly, in Tanner et al. (2009) the inclusion criteria were parkinsonism of no known cause, defined as 2 or more signs (resting tremor, bradykinesia, rigidity, and postural reflex impairment), one of which must be resting tremor or bradykinesia; diagnosis within 8 years to minimize the risk of survival bias; and absence of dementia. Elbaz et al. (2009) provided insufficient information to assess the association between paraquat and PD since their definition of PD is parkinsonism. Due to the ambiguities and exposure and diseases specificity, Elbaz et al. (2009) was excluded from my occupational case-control meta-analysis.

I excluded van der Mark et al. (2014) from my occupational case-control meta-analysis. Van der Mark et al. (2014) was a hospital-based case-control study that recruited cases and controls from hospital neurology departments. Mark et al. (2014) was not restricted to agricultural workers. Once a patient had an initial recorded PD diagnosis, one neurologist from each hospital reviewed the medical files of the potential participants. The study does not mention the PD diagnostic criteria. Case identification did not require a PD diagnostic exam given by a movement disorder specialist, in contrast to the other case-control studies in the meta-analysis that required such a PD diagnostic exam by a movement disorder specialist. For exposure, the researchers linked participants' self-reported crops grown at

their farm to a crop-exposure matrix estimated exposure to paraquat. Van der Mark et al. (2014) also used a job exposure matrix (JEM) approach, although no formal validation of the JEMs was carried out (van der Mark et al. 2014, p763). A potential source of exposure misclassification in the JEM analyses is that the same exposure could be assigned to all participants with the same job code. In addition, study participation was low, with 45% of eligible cases and 35% of eligible controls participating.

In addition, only 94 cases (21%) and 183 controls (21%) stated to have ever worked on a farm or as a gardener were asked supplemental questions on pesticide applications. Only 19% of the study participants had pesticide exposure (86 cases and 167 controls) which is quite low for assessing the exposure to specific pesticides. Only 63% of the herbicide-exposed had not personally applied pesticides. Relatively more cases than controls were in the third tertile of cumulative exposure for herbicides, although the elevated ORs did not reach statistical significance. Wray and Niman (2019) and Tangamornsuksan et al. (2019) considered van der Mark et al. (2014) to be of medium quality and four stars on the NOS scale, respectively. Vaccari (2019, Table S6) downgrades the quality rating of Brouwer et al. (2017) study, which uses the same cohort and PD diagnostic methodology as the van der Mark et al. (2014), and is not confident of the PD diagnosis of cases.

I excluded Pouchieu et al. (2018) from my occupational case-control meta-analysis. In Pouchieu et al. (2018) a self-administered questionnaire, included sociodemographic, health outcomes at enrolment (self-report of 15 diseases including PD, weight and height) was distributed. Regarding PD, the question was the following: 'Has a doctor ever told you that you had PD?' In the main analysis, Pouchieu et al. (2018) defined PD cases on the basis of self-report at enrolment. A participant was defined as having PD if he/she had answered affirmatively to the question about PD or he had mentioned an age at diagnosis and not having PD if he/she responded negatively. Subjects with missing data on PD at enrolment were excluded. Among 181,842 participants who had completed the enrolment questionnaire, 82.4% answered the question on PD and were included in the present analysis. Nonresponders to the question on PD were older, more frequently women, less educated, and more frequently smokers than responders. The French crop-exposure matrix

PESTIMAT was used to assess exposure to some active ingredients in pesticide users. The exposure to active ingredients was assessed by linking the crop-exposure matrix to the enrollment questionnaire. Pouchieu et al. (2018) point out that their approach may generate non-differential exposure misclassification with overestimation of exposed subjects leading to a bias of the estimate towards no effect. The correlations between particular pesticides used within a crop were high. Nearly 50% of the correlation coefficients between particular pesticides exceeded 0.80, consequently it is difficult to attribute differential PD status to an individual pesticide. Despite the bias to the null hypothesis, Pouchieu et al. (2018) found that when adjusting for age, sex, educational level, smoking status and alcohol consumption, there were positive associations of PD with paraquat (OR = 1.43: 95% CI: 1.17, 1.75). When adjusting for co-exposures between active ingredients (ever vs never exposed to another active ingredient), Pouchieu et al. (2018) did not observe stronger associations with combined exposure, the authors note that this is probably due to the high correlation between active ingredients, to missing data (subjects should have answered all the agricultural exposures) and a lack of statistical power.

In Figure 4, I perform a quantitative synthesis of occupational case-control study findings using a fixed-effects meta-analysis. The results from the occupational case-control studies for studies where participants had in-person evaluations, including a standardized medical and neurological history and examination by movement disorder specialists, shows a near tripling of PD occurrence in participants occupationally exposed to paraquat (OR = 2.88; 95% CI: 2.24, 3.70). This result is quite consistent with the Wray and Niman (2019) result in Figure 3 using their high and medium-quality studies for the composite PD and Parkinsonism outcome occurrence in participants exposed to paraquat (OR 2.19; 95% CI: 1.21, 3.97). For the meta-analysis in Figure 4, the Begg test (Begg and Mazumdar, 1994) gave a p-value of 0.548, indicating no evidence of publication bias. From the viewpoint of a Bayesian meta-analysis, the posterior probability that the odds ratio is above 2 equals 0.978.

In addition, there was significant heterogeneity (p=0.000) between the seven studies that used a physician exam diagnoses PD and the medical records diagnosis study (van der

Mark, 2014). If Elbaz et al. (2009) is included in the seven occupational case-control studies in Figure 3, the resulting fixed and random effects meta-analysis results also have an odds ratio well above two (OR 2.48; 95% CI: 1.975, 3.112) and (OR 2.03; 95% CI: 1.347, 3.057), respectively. If Pouchieu et al. (2018) is included in the seven occupational case-control studies in Figure 3, the resulting random effects meta-analysis results also have an odds ratio above 2. (OR 2.005; 95% CI: 1.290, 3.117).



Figure 4: Occupational case-control studies fixed-effect meta-analysis for participants with in-person evaluations, including a standardized medical and neurological history and examination by movement disorder specialists.

In terms of cohort studies, Kamel et al. (2007) and Shrestha et al. (2020) investigated the relationship between self-reported pesticide exposure in the Agricultural Health Study (AHS) cohort and prevalent PD cases identified at enrollment. At enrollment, participants were asked, "Has a doctor ever told you that you had Parkinson's disease?" Follow-up surveys collected additional information. Other potential PD cases were identified via linkage to the National Death Index. Participants did not undergo in-person evaluations, including a standardized medical and neurological history and examination by movement disorder specialists.

18

Kamel (2007) evaluated the relationship between PD (prevalent and incident) and use of paraquat (adjusting for age, state, and type of participant (applicator or spouse), race, education, and smoking) and reported a significant positive association with prevalent PD (OR = 1.8; 95% CI, 1.0-3.4) and no evidence of an association with incident PD (OR = 1.0; 95% CI, 0.5-1.9). Wray and Niman (2019) were concerned with this significance difference because the prevalent cases may be more likely to be subject to recall bias if self-reported pesticide use is not independent of their previous diagnosis of PD. The Tanner et al. (2011) FAME study, which was nested in AHS, did not examine the incident and prevalent PD cases separately in their statistical analysis. However, the report by Lau, Watson, and Mandel (2013) carries out an extensive set of alternative analyses. It shows robustness in the estimated association between paraquat exposure and the risk of PD in the FAME study. In particular, they show in analyses restricted to incident PD cases did not reveal dramatic differences in the magnitude of the estimated association with paraquat use. Consequently, Wray and Niman's (2019) concerns are unfounded.

In Shrestha et al. (2020), the hazard ratio (adjusted for the state of residence, smoking status, education) for ever-use of paraquat was elevated (HR = 1.09; 95% CI: 0.84, 1.41) but not statistically significant. Nevertheless, Shrestha et al. (2020) reported an association among those potentially more susceptible to head injury (HR = 3.3; 95% CI: 1.38, 7.45). Shrestha et al. (2020) also examined the potential impact of loss-to-follow up. They performed a sensitivity analysis using weighted Cox models to estimate HRs, adjusting for covariates and using stabilized inverse probability weights resulting in a higher HR (HR = 1.19: 95% CI:0.92, 1.55). Shrestha et al. (2020) note that their conclusions cannot rule out the possibility that limited evidence of independent associations between PD and ever-use of paraquat resulted from non-differential bias attenuating the HR estimates. A meta-analysis for the cohort studies cannot be carried out since Kamel and Shrestha report different effect measures, OR and HR, respectively.[4]

---

[4] Odds ratios concern groups and outcomes and are reported throughout the study period. However, the hazard ratio concerns change rates and shows the temporal progression of some event within a group.

In a recent study, Shrestha and colleagues (Yuan et al. 2022) leveraged unique data from the AHS, and investigated whether high exposures to pesticides might be associated with dream-enacting behaviors. Dream-enacting behaviors are pervasive among patients with α-synuclein disorders, including PD, dementia with Lewy bodies, and multiple system atrophy (Howell and Schenck 2015). Shrestha et al. (2017) reported previously that the presence of dream-enacting behaviors was associated with an approximately eight times higher odds of having PD in the AHS cohort. Yuan et al. (2022) found that in the analytic sample, 1847 farmers (16.4%) reported a history of high pesticide exposure events at baseline. Compared with farmers without such exposure, those who reported a history of high pesticide exposure events had 74% higher odds of endorsing dream-enacting behaviors two decades later (OR=1.74; 95% CI: 1.49–2.05). In addition, they found that when the highest exposed event occurred, incidents in the1990s showed the strongest association (OR, 2.41; 95% CI: 1.72–3.36). Yuan, Shrestha et al. (2022) also present data for specific pesticides involved in the highest exposed event and observed positive associations of dream-enacting behaviors with paraquat (adjusted OR= 3.48; 95% CI: 1.37–8.81). This study provides epidemiological evidence that high pesticide exposure, particularly exposure to paraquat, may be associated with a higher risk of dream-enacting behaviors. This study suggests that pesticides, such as paraquat, elicit the earliest stages of the pathology of PD (Darweesh et al. 2022).

### III.   A BRADFORD HILL ANALYSIS OF THE OCCUPATIONAL EXPOSURE STUDIES

Sir Austin Bradford Hill (Hill, 1965) published one of the best-known rubrics to systematize extra-statistical elements for causal inference. Hill's considerations have been cited and miscited (Phillips & Goodman, 2004). Hill never used the term "criteria," and he explicitly stated that he did not believe any fixed rules of evidence could be spelled out, emphasizing that his nine "viewpoints" (p. 299) were neither necessary nor sufficient for causation. Regardless, the Hill considerations guide how to synthesize evidence from various studies into a conclusion. In the following, I will review Hill's criteria for causation relating to PD occurrence and occupational exposure to paraquat. Dorsey et al. (2020, p. 79 -80) also present a general case for causation.

Strength of Association: Hill explained that the more significant the association between exposure and disease, the more likely it is to be causal. For drug safety studies, odds of 2.0, or a doubling of risk, represent a strong effect. Failure to demonstrate statistical significance in a single study does not preclude the possibility of a meaningful exposure-response relationship. Assessing the strength of association in causal inference requires examination of the weight of evidence across the relevant collection studies.

The quantitative synthesis of occupational case-control study findings using a random effects meta-analysis (Figures 1-3) find a significant increase in PD occurrence in participants exposed to paraquat. The results from Figure 3 show that for the occupational case-control studies, there is an over doubling of PD occurrence in participants exposed to paraquat (OR = 2.88; 95% CI: 2.24, 3.70).

Consistency: The consistency criterion holds when multiple epidemiologic studies using a variety of populations, and methods show a consistent association between two variables. Hill stressed the importance of the replication of findings because no matter how statistically sound, a single study cannot be relied upon to prove causation due to ever-present threats to internal validity.

Although we might just be dealing with seven occupational studies, the epidemiological pattern that we are seeing with these occupational studies is supported by broader investigations of farming studies, pesticide studies, paraquat studies, and occupational studies. Regarding the occupational case-control studies, in Figure 3, there was little heterogeneity between the high and medium-quality studies (p=0.867), and in Figure 4, there was no significant heterogeneity within the PD exam group ($I^2$=0%). Similarly, in Vaccari et al. (2017) and Tangamornsuksan et al. (2019), the overall $I^2$ was 25% and 24.8%, respectively.

Some ecological studies on pesticides and PD suggest consistency. Barbeau et al. (1987) reported an association between the prevalence of PD and the volume of pesticides sold in nine regions in Canada. They demonstrate that the prevalence of Parkinson's disease is

uneven distribution within rural areas, which are predominantly agricultural, and areas of intensive market gardening were the areas with the highest use of pesticides. Tanner (1989) reports on the retrospective that early onset PD appears to be associated with rural residence, including vegetable farming, well water drinking, wood pulp, paper, and steel industries in North America and Europe. Ritz and Yu (2000) used a combination of mortality and ecologic data from pesticide use reports and an agricultural census. They found that mortality from PD as the underlying cause of death was higher in pesticide-use counties than in non-use counties, with a prevalence OR of 1.45 (95% CI: 1.32–1.59). In addition, counties with a more significant proportion of insecticide-treated land had a higher PD mortality (OR = 2.41, 95% CI: 1.77–3.27). Moisan et al. (2011) found a higher PD prevalence among French farmers in regions with a greater density of farms specialized in fruits and permanent crops (OR = 1.21, 95% CI: 1.08–1.36), in which insecticides are habitually used. In a cross-sectional study Baldereschi et al. (2003), which reported PD to be more prevalent among Italian men with a pesticide-use license than in those with no license (OR = 3.7, 95% CI: 1.6–8.6). Further, the report by Lau, Watson, and Mandel (2013) carries out an extensive set of alternative analyses. It shows robustness in the estimated association between paraquat exposure and risk of PD in the FAME study.

Temporality: For an exposure disease relationship to be causal, exposure must precede the onset of disease. It is difficult for retrospective case-control prevalence studies since prevalence is the proportion of a population living with a specific health outcome within a specified time. Incident cases are individuals who change status from non-disease to disease –or from one state of a health outcome to another –over a specific period. The report by Lau, Watson, and Mandel (2013) carries out an extensive set of alternative analyses in the FAME study and shows that analyses restricted to incident PD cases did not reveal dramatic differences in the magnitude of the estimated association with paraquat use. Pooling the results of three incidence studies (Firestone et al. 2010; Hertzman et al. 1994; Tanner et al. 2009) one finds over a doubling of PD/parkinsonism occurrence in participants exposed to paraquat (OR 2.18; 95% CI: 0.96, 4.99), supporting a temporal effect. More generally, the use of pesticides is a feature of modern times and there has been recognition of the temporal relationship between disease prevalence and pesticide exposure

22

(Butterfield et al., 1993; Gorell et al. 1998; Lang AE, Lozano, 1998; Menegon et al., 1998; Kontakos N, Stokes, 1999; Priyadarshiet al. 2000, 2001). Yuan et al. (2022) show that for specific pesticides involved in the highest exposed event and observed positive associations of dream-enacting behaviors with paraquat (adjusted OR= 3.48; 95% CI: 1.37–8.81 suggesting that pesticides, such as paraquat, elicit the earliest stages of the pathology of PD.

Tanner CM. The role of

Dose-Response: Most retrospective case-control studies used an ever-never primary outcome. However, there was a duration response relationship in the case-control "duration of exposure" in some subgroups. In Liou et al. (1997), the comparison of no exposure to over 20 years of exposure had an adjusted (for the duration of living in rural residence, duration of farming, duration of consuming well water, and duration of smoking cigarettes) odds ratio of 6.44 (95% CI: 2.41-17.2). In contrast, the comparison of no exposure to 1-19 years of exposure had an adjusted odds ratio of 0.96 (95% CI: 0.24-3.83). This confidence interval indicates a dose-response relationship between paraquat exposures and PD with adjustment for other environmental factors.

Tanner et al. (2011) examined the cumulative lifetime days of paraquat exposure. They reported an increase from an OR of 2.4 (95% CI: 1.0-5.5) in individuals reporting less than or equal to median paraquat use of 8 lifetime days to an OR of 3.6 (95% CI: 1.6-8.1) in individuals reporting greater than the median paraquat use. Goldman et al. (2012) also assessed years of lifetime paraquat use by stratifying use into three categories (never used; used less than the median of 4 years; or used more than the median) and found a significant trend (p-value = 0.004). Consequently, PD risk was significantly associated with ever use of paraquat and increased with cumulative years of use. In Brouwer et al. (2017), when investigating exposure to these pesticides during specific decades, the highest tertile of cumulative exposure to paraquat from 1991–2000 was associated with an increased risk of 3.42 (95% CI: 1.04–11.32).

Breckridge et al. (2016) performed a meta-analysis for four studies that evaluated the association between high use of paraquat and PD risk (Liou et al. 1997; Engel et al. 2001;

Gatto et al. 2010; and Goldman et al.2005). The fixed effects meta-analysis OR = 1.75 (95% CI: 1.19–2.57) and the random effects OR = 1.99 (95% CI = 0.84–4.71), both showing a dose-response. Furlong et al. (2015) showed that protective glove use illustrated a dose-response of paraquat with PD. There was a low association with PD among protective glove users (OR = 1.6; 95% CI: 0.6, 4.2), while paraquat use was strongly associated with PD among protective glove non-users (OR = 3.9; 95% CI 1.5, 10.2). Some subgroups, including those with specific genetic makeup, head injury, and certain dietary intake, have been found particularly vulnerable to PD following paraquat exposure (Goldman et al., 2012; Kamel et al., 2014; Lee et al., 2012; Ritz et al., 2009).

Experimental Evidence: No human intervention studies are in the reviewed epidemiological literature. Consider using personal protective equipment as a proxy for an intervention. Furlong et al. (2015) demonstrated that a 50% protective glove use intervention modified the associations of paraquat with PD. There was no association with PD among protective glove users, while paraquat use was associated with PD among protective glove non-users. Individuals with greater 50% glove use had an OR = 1.6 (95% CI: 0.6, 4.2), while individuals with less than 50% glove use had an OR of 3.9 (95% CI 1.5, 10.2).

A similar experimental analogy can be made regarding genetic effects since studies show that individuals exposed to paraquat with susceptible genotypes are more likely to develop PD. Gatto et al. (2010) identified a higher risk of PD in individuals exposed to paraquat who were homozygous or heterozygous for the SNCA REP1 263 genotype (OR 1.45; 95% CI 0.59-3.59), mainly in individuals under 68 years of age (OR 3.15; 95% CI 0.74-13.37). Goldman et al. (2012) found a high risk for PD in individuals exposed to paraquat with a missing genotype for the antioxidant enzyme glutathione S-transferase T1 (GSTT1) (OR 11.1; CI 95% 3.0-44.6) compared to individuals with functioning GSTT1 (OR 1.5; 95% CI 0.6-3.6).

Specificity: Specificity requires that a specific agent cause a specific effect. This is easier to check for specificity in infectious diseases, where an agent is responsible for the

infection. For chemical exposures, there is not always a single effect that stems from a single exposure. Paraquat and Parkinson's are also associated with kidney and lung diseases (Vale et al., 1987). Analogously, smoking has been implicated in lung cancer and other diseases such as emphysema and cardiovascular disease (Fagerström, 2002). Emphysema and cardiovascular disease may result from causes other than smoking; however, there is little doubt in the causal nature of smoking and lung cancer (Hill, 1965).

Biological Plausibility, Coherence, and Analogy: Based on the expert report of Vanessa A. Fitsanakis, Ph.D., I assume that the biological plausibility, coherence, and analogy criteria are satisfied.

## V:     OPINIONS

Based upon my review and analysis of the epidemiological literature my conclusions and opinions are that the available epidemiological evidence supports a causal relationship between occupational paraquat exposure and PD for the following reasons:

i) The meta-analyses and the Bradford Hill assessment regarding occupational paraquat exposure and PD, including the treatment of bias and confounding, show that drawing general causal inferences related to occupational paraquat exposure and PD is merited.

ii) In terms of plaintiff-specific assumptions for specific causality, I have assumed that the following individuals: Todd Burgener, Keith Fuller, James Krause, Frederick Richter II, and Charlene Tenbrink, have been exposed to paraquat consistent with the exposure criteria of the above-referenced seven studies in my meta-analysis in Section III. I have also had the opportunity to review the exposure assessment reports prepared by Stephen Petty, P.E., C.I.H., C.S.P.. Based upon my review of the reports, it is clear that the individuals easily fit within the exposure criteria. I have been asked to assume that these individuals have been examined and assessed by a movement disorder neurologist and meet the diagnostic criteria employed in the above-referenced seven studies in my meta-analysis in Section III. Based on these two assumptions, these individuals fit the inclusion criteria in the referenced seven studies in my meta-analysis

in Section III. The elevated odds ratio of 2.88 and the Hill criteria apply to these individuals.

My opinions represent professional opinions on the matters to which they refer. My opinions are expressed to a reasonable degree of scientific certainty. I reserve the right to supplement or modify this report in light of any new information, including more detailed information about the analyses conducted.

*Martin T. Wells*

Martin T. Wells, Ph.D.
October 13, 2022

## Materials Considered

Ascherio A, Schwarzschild MA. The epidemiology of Parkinson's disease: risk factors and prevention. Lancet Neurol 2016; 15(12): 1257–1272.

Baldereschi, M. et al. Lifestyle-related risk factors for Parkinson's disease: a population-based study, Acta Neurol Scand 2003, 108: 239-44.

Baldereschi M, Di Carlo A, Vanni P, Ghetti A, Carbonin P, Amaducci L, et al. Italian Longitudinal Study on Aging Working Group. Lifestyle-related risk factors for Parkinson's disease a population-based study Acta Neurol Scand 2003; 108: 239–44.

Barbeau A, Roy M, Premier G, Campanella G, Paris S. Ecogenetics of Parkinson's disease: prevalence and environmental aspects in rural areas. Can J Neurol Sci 1987; 14 : 36-41.

Begg, C. B., and M. Mazumdar. 1994. Operating characteristics of a rank correlation test for publication bias. Biometrics 50: 1088-1101.

Behari, M. et al. Risk factors of Parkinson's disease in Indian patients, Journal of the Neurological Sciences 190, 2001, 49–55.

Berry C, La VC, Nicotera P. Paraquat and Parkinson's disease. Cell Death Differ 2010; 17:1115–25

Blesa, J., S. Phani, V. Jackson-Lewis, and S. Przedborski, Classic and new animal models of Parkinson's disease. J Biomed Biotechnol 2012:845618.

Breckenridge, C. B., Berry, C., Chang, E. T., Sielken Jr., R. L. and Mandel, J. S. Association between Parkinson's disease, cigarette smoking, rural living, well-water consumption, farming, and pesticide use: systematic review and meta-analysis, PLoS ONE, 2016, vol. 11, no. 4, p. e0151841.

Brouwer, M., A. Huss, M. van der Mark, P. C. G. Nijssen, W. M. Mulleners, A. M. G. Sas, T. van Laar, G. R. de Snoo, H. Kromhout, and R. C. H. Vermeulen. 2017. Environmental exposure to pesticides and the risk of Parkinson's disease in the Netherlands. Environ. Int. 107:100–10.

Butterfield, P. G., Valais, B. G., Spencer, P. S., Lindeman, C. A. & Nutt, J. G. Environmental antecedents of young-onset Parkinson's disease. Neurology 1993, **43**, 1150–1158.

Cicchetti, F., J. Drouin-Ouellet, and R. E. Gross, Environmental toxins and Parkinson's disease: what have we learned from pesticide-induced animal models? Trends Pharmacol. Sci. 2009, 30:475–83.

Coble, J., Arbuckle, T., Lee, W., Alavanja, M. and Dosemeci, M., The validation of a pesticide exposure algorithm using biological monitoring results. Journal of Occupational and Environmental Hygiene, 2005, 2(3), pp.194-201.

Cochrane Handbook for Systematic Reviews of Interventions (https://training.cochrane.org/handbook/current, accessed 6/12/2022).

Costello S et al. Parkinson's disease and residential exposure to maneb and paraquat from agricultural applications in the central valley of California, American Journal of Epidemiology, 2009;169 (8); 919-26.

Cox, DR. and Hinkley, DV (1979). Theoretical Statistics. CRC Press.

Darweesh SK, Vermeulen R, Bloem BR, Peters S. Exposure to Pesticides Predicts Prodromal Feature of Parkinson's Disease: Public Health Implications. Movement Disorders. 2022 May; 37(5):883-5.

Dhillon, AS et al., Pesticide/environmental exposures and Parkinson's disease in East Texas, J Agromed, 2008, vol. 13, no. 1, pp. 37-49.

Dinis-Oliveira, RJ et al. Paraquat exposure as an etiological factor of Parkinson's disease, NeuroToxicology 2006, 27, 1110–1122.

Dosemeci, M, Alavanja, MC, Rowland, AS, Mage, D, Zahm, SH, Rothman, N, Lubin, J.H., Hoppin, JA, Sandler, DP and Blair, A, 2002. A quantitative approach for estimating exposure to pesticides in the Agricultural Health Study. Annals of Occupational Hygiene, 46(2), pp.245-260.

Dinis-Oliveira, R. J., Remiao, F., Carmo, H., Duarte, J. A., Navarro, A. S., Bastos, M. L., and Carvalho, F. (2006). Paraquat exposure as an etiological factor of Parkinson's disease. Neurotoxicology 27, 1110–1122.

Dorsey, R., Sherer, T., Okun, M. S., and Bloem, B. R. (2020). Ending Parkinson's disease: a prescription for action. Hachette UK.

Elbaz, A. et al., CYP2D6 Polymorphism, Pesticide Exposure, and Parkinson's Disease, Annals of Neurology, 2004, 55, 430-34.

Elbaz A, Clavel J, Rathouz PJ, et al. Professional exposure to pesticides and Parkinson disease. Ann Neurol. 2009; 66: 494-504.

Engel LS, Checkoway H, Keifer MC, Seixas NS, LongstrethWT Jr., Scott KC, et al. parkinsonism and occupational exposure to pesticides. Occup Environ Med. 2001; 58(9):582–9.

EPA Memorandum - Paraquat Dichloride: Systematic review of the literature to evaluate the relationship between paraquat dichloride exposure and Parkinson's disease, June 26, 2019. Attachment Systematic Review of Literature - Table S1 Animal Evaluation and Systematic Review of Literature - Table S2 In vitro evaluation.

Fagerström, K. (2002). The epidemiology of smoking. Drugs, 62(2), 1-9.

Firestone JA, Smith-Weller T, Franklin G. Pesticides and risk of Parkinson disease: a population-based case-control study. Arch Neurol 2005; 62:91-95.

Firestone, JA et al. Occupational factors and risk of Parkinson's disease: a population-based case control study, Am J Ind Med. 2010; 53: 217-223.

Fitsanakis, VA. In Re: Paraquat Products Liability Litigation, 2022.

Furlong, M., CM Tanner, SM Goldman, GS Bhudhikanok, A Blair, A Chade, K Comyns, JA Hoppin, M Kasten, and M Korell. 2015. Protective glove use and hygiene habits modify the associations of specific pesticides with Parkinson's disease. Environ. Int.75:144–50.

Gallo, V. et al. Parkinson's Disease Case Ascertainment in the EPIC Cohort: The NeuroEPIC4PD Study, Neurodegener Dis 2015; 15: 331–338.

Gardner, M.J. and Altman, D.G., Confidence intervals rather than P-values: estimation rather than hypothesis testing, 292 British Medical Journal 1986, 746-750.

Gatto NM, Cockburn M, Bronstein J, Manthripragada AD, Ritz B. Well-water consumption and Parkinson's disease in rural California, Environ Health Perspect 2009; 117:1912–1918.

Gatto, Nicole et al.-Synuclein Gene May Interact with Environmental Factors in Increasing Risk of Parkinson's Disease, Neuroepidemiology 2010;35:191–195.

Goldman SM, Kamel F, Ross GW, Bhudhikanok GS, Hoppin JA, Korell M, et al. Genetic modification of the association of paraquat and Parkinson's Disease. Mov Disord. 2012; 27(13):1652-8.

Goldman SM, Tanner CM, Olanow CW, Watts RL, Field RD, Langston JW. Occupation and parkinsonism in three movement disorders clinics. Neurology. 2005; 65(9):1430–5.

Goldman SM. Environmental Toxins and Parkinson's Disease. Annual Review of Pharmacology and Toxicology 2014; 54:141-164.

Goldman, S.M., Musgrove, R.E., Jewell, S.A., Di Monte, D.A. Pesticides and Parkinson's disease: current experimental and epidemiological evidence. In: Aschner, M., Costa, L.G. (Eds.), Advances in Neurotoxicology: Environmental Factors in Neurodegenerative Diseases. Academic Press, Cambridge, MA, 2017, pp. 83–117.

Gorell, J. M., Johnson, C. C., Rybicki, B. A., Peterson, E. L. & Richardson, R. J. The risk of Parkinson's disease with exposure to pesticides, farming, well water, and rural living. Neurology **50**, 1346–1350 (1998).

Hertzman, C. et al. Parkinson's disease: a case-control study of occupational and environmental risk factors, Am J Ind Med. 1990; 17: 349-355.

Hertzman, C. et al. A case-control study of Parkinson's disease in a horticultural region of British Columbia, Movement Disorders. 1994; 9 (1): 69-75.

Higgins J, Thompson S, Deeks J, Altman D. (2002) Statistical heterogeneity in systematic reviews of clinical trials: a critical appraisal of guidelines and practice. J Health Serv Res Policy 7:51-61.

Hill, A.B. (1965). The environment and disease: association or causation? Proc Royal Soc Med, 58, 295-300.

Howard JK. A clinical survey of paraquat formulation workers. Occupational and Environmental Medicine. 1979 Aug 1; 36(3):220-3.

Howard JK. Paraquat: a review of worker exposure in normal usage. Occupational Medicine. 1980 Jan 1; 30(1):6-11.

Howard JK. Paraquat: in use and misuse (Doctoral dissertation, University of Edinburgh), 1982.

Howell MJ, Schenck CH. Rapid eye movement sleep behavior disorder and neurodegenerative disease. JAMA Neurol 2015; 72(6):707–712.

Huang, D., J. Xu, J. Wang, J. Tong, X. Bai, H. Li, Z. Wang, Y. Huang, Y. Wu, M. Yu, et al. 2017. Dynamic changes in the nigrostriatal pathway in the MPTP mouse model of Parkinson's disease. Parkinson's Dis. 2017:9349487.

Hughes, A. et al. The accuracy of diagnosis of parkinsonian syndromes in a specialist movement disorder service, Brain (2002), 125, 861-70.

Jain, S. et al. Validation of Secondary Data Sources to Identify Parkinson Disease Against Clinical Diagnostic Criteria, American Journal of Epidemiology, 181, (3), 185-90.

Jones, B.C., Huang, X., Mailman, R.B., Lu, L., Williams, R.W., 2014. The perplexing paradox of paraquat: the case for host-based susceptibility and postulated neurodegenerative effects. J. Biochem. Mol. Toxicol. 28, 191–197.

Kamel F, Tanner CM, Umbach DM et al. Pesticide Exposure and Self-reported Parkinson's Disease in the Agricultural Health Study. Am J Epidemiol 2007; 165:364–374.

Kamel, F. et al. Dietary Fat Intake, Pesticide Use, and Parkinson's Disease, Parkinsonism Relat Disord. 2014 January; 20(1): 82–87.

Kim, H.M. et al. Diagnostic Validation for Participants in the Washington State Parkinson Disease Registry, Hindawi Parkinson's Disease, 2018, 1-6.

Kontakos N, Stokes J. Monograph series on aging-related diseases: XII. Parkinson's disease—recent developments and new directions. Chronic Dis Can 1999;20:58– 76. Lang AE, Lozano AM. Parkinson's disease. Second of two parts. N Engl J Med 1998;339:1130–43.

Kuopio, A-M  et al, Environmental risk factors in Parkinson's disease, Movement Disorders, 1999, 14, (6), 928-39.

Kuter, K., Nowak, P., Golembiowska, K., and Ossowska, K. (2010). Increased reactive oxygen species production in the brain after repeated low-dose pesticide paraquat exposure in rats. A comparison with peripheral tissues. Neurochem. Res. 35, 1121–1130.

Langston, J. W., The MPTP story. J. Parkinsons Dis. 2007, 7:S11–S19.

Lee, P-C et al. Traumatic brain injury, paraquat exposure, and their relationship to Parkinson's disease, Neurology, 2012; 79: 2061-66.

Lau, E, Watson H, and Mandel J (2013) Sensitivity Analysis of the Tanner et al. Cae-Control Study of Parkinson's Disease in the Agricultural Health Study. Exponent.

Liou, HH et al. Environmental risk factors and Parkinson's disease: a case-control study in Taiwan, Neurology, vol. 48, pp. 1583-1588, 1997.

Litvan, I., Lang, A. et al. Movement Disorders Society Scientific Issues Committee Report SIC Task Force Appraisal of Clinical Diagnostic Criteria for Parkinsonian Disorders, Movement Disorders, 18, 5, 2003, 467-486.

Mandel JS, Adami H-O, Cole P. Paraquat and Parkinson's disease: An overview of the epidemiology and a review of two recent studies. Regulatory Toxicology and Pharmacology, 2012; 62: 385-392.

Meredith, G. E., and D. J. Rademacher, MPTP mouse models of Parkinson's disease: An update. J. Parkinsons Dis. 2011, 1:19–33.

McCormack, A. L., Thiruchelvam, M., Manning-Bog, A. B., Thiffault, C., Langston, J. W., Cory-Slechta, D. A., and Di Monte, D. A. (2002). Environmental risk factors and

Parkinson's disease: Selective degeneration of nigral dopaminergic neurons caused by the herbicide paraquat. Neurobiol. Dis. 10, 119–127.

Menegon, A., Board, P. G., Blackburn, A. C., Mellick, G. D. & Le Couteur, D. G. Parkinson's disease, pesticides, and glutathione transferase polymorphisms. Lancet 1998, **352**, 1344–1346.

Moisan F, Spinosi J, Dupupet JL, Delabre L, Mazurie JL, Goldberg M, et al. The relation between type of farming and prevalence of Parkinson's disease among agricultural workers in five French districts. Mov Disord 2011; 26:271–9.

Moretto, A., and C. Colosio. The role of pesticide exposure in the genesis of Parkinson's disease: Epidemiological studies and experimental data. Toxicol., 2013, 307:24–34.

Ossowska, K., Wardas, J., Smialowska, M., Kuter, K., Lenda, T., Wieronska, J. M., Zieba, B., Nowak, P., Dabrowska, J., Bortel, A., et al. A slowly developing dysfunction of dopaminergic nigrostriatal neurons induced by long-term paraquat administration in rats: An animal model of preclinical stages of Parkinson's disease? Eur. J. Neurosci., 2005, 22, 1294–1304.

Paul, K. C., Chuang, Y.-H., Cockburn, M., Bronstein, J. M., Horvath, S. and Ritz, B. Organophosphate pesticide exposure and differential genome-wide DNA methylation, Science of the Total Environment, 2018; 645;1135-1143.

Pressley, J. et al. Disparities in the Recording of Parkinson's Disease on Death Certificates, Movement Disorders, 2005, 20, (3), 315-21.

Pezzoli, G. & Cereda, E. "Exposure to pesticides or solvents and risk of Parkinson's disease.," Neurology, 2013,vol. 80, pp. 2035-2041.

Phillips, Validity of Mortality data in the study of Parkinson's Disease, J Epidemiol Community Health 1999; 53:587–588.

Phillips, C. V. and Goodman, K. J. The missed lessons of Sir Austin Bradford Hill. Epidemiologic Perspectives & Innovations, 2004, 1(1), 1-5.

Pouchieu, C., Piel, C., Carles, C., Gruber, A., Helmer, C., Tual, S., Marcotullio, E., Lebailly, P. and Baldi, I., Pesticide use in agriculture and Parkinson's disease in the AGRICAN cohort study, International Journal of Epidemiology, vol. 47, no. 1, pp. 299-310, 2018.

Priyadarshi A, Khuder SA, Schaub EA, Shrivastava S. A meta-analysis of Parkinson's disease and exposure to pesticides. Neurotoxicology 2000; 21:435–40.

Priyadarshi A, Khuder SA, Schaub EA, Priyadarshi SS. Environmental risk factors and Parkinson's disease: a meta-analysis. Environ Res 2001; 86:122–7.

Reedijk, M. et al. Parkinson's disease case ascertainment in prospective cohort studies through combining multiple health information resources, PLoS ONE 15(7): e0234845.

Rial-Otero, R., Cancho-Grande, B., Perez-Lamela, C., Simal-Gándara, J. and Arias-Estévez, M., Simultaneous determination of the herbicides diquat and paraquat in water. Journal of Chromatographic Science, 2006 44(9), pp.539-542.

Ritz B, Yu F. Parkinson's disease mortality and pesticide exposure in California 1984-1994. Int J Epidemiol 2000; 29:323–9.

Ritz, B.R., Manthripragada, A.D., Costello, S., Lincoln, S.J., Farrer, M.J., Cockburn, M., Bronstein, J.. Dopamine transporter genetic variants and pesticides in Parkinson's disease. Environ. Health Perspect. 2009,117, 964–969.

Rizzo, G. et al. Accuracy of clinical diagnosis of Parkinson disease A systematic review and meta-analysis, Neurology, 2016; 86:566–576.

Simpson, G. et al. Agreement Between Self-Report of Disease Diagnoses and Medical Record Validation in Disabled Older Women: Factors That Modify Agreement, J Am Geriatr Soc 2004, 52:123–127.

Rothman, K.J., Greenland, S. and Lash T.L., eds. (2008). Modern Epidemiology, 3rd ed. Philadelphia: Lippincott-Wolters-Kluwer.

Rugbjerg, K., Harris, M. A., Shen, H., Marion. A., Tsui, J. and Tescke, K.,Pesticide exposure and risk of Parkinson's disease - a population-based case-control study evaluating the potential for recall bias, Scand J Work Environ Health, vol. 37, no. 5, pp. 427-436, 2011.

Sanders, L.H. et al. "Base excision repair variants and pesticide exposure increase Parkinson's disease risk" Society of Toxicology. 2017; 158 (1): 188-98.

Seidler, A et al, Possible environmental, occupational, and other etiologic factors for Parkinson's disease: a case-control study in Germany, Neurology, 1996, 46, 1275-84.

Semchuk, KM et al, Parkinson's disease and exposure to agricultural work and pesticide chemicals, Neurology, vol. 42, pp. 1328-1335, 1992.

Senanayake N, Gurunathan G, Hart TB, Amerasinghe P, Babapulle M, Ellapola SB, Udupihille M, Basanayake V. An epidemiological study of the health of Sri Lankan tea plantation workers associated with long term exposure to paraquat. Occupational and Environmental Medicine. 1993 Mar 1;50(3):257-63.

Shrestha,S. et al.  Factors associated with dream enacting behaviors among US farmers, Parkinsonism and Related Disorders 57 (2018) 9–15.

Shrestha, S. et al. 2019a. Overall and cause-specific mortality in a cohort of farmers and their spouses, Occup Environ Med., 76(9): 632–643.

Shrestha S, Parks CG, Umbach DM, et al. Pesticide use and incident Parkinson's disease in a cohort of farmers and their spouses. Environ Res 2020; 191.

Shrestha, S. et al. Parkinson's disease case ascertainment in a large prospective cohort, (2021), PLoS ONE 16(5).

Shrestha, S., Yuan, Y et al. High pesticide exposure events and dream-enacting behaviors among US farmers, Movement Disorders, published online January 2022.

Simpson, G. et al. Agreement Between Self-Report of Disease Diagnoses and Medical Record Validation in Disabled Older Women: Factors That Modify Agreement, J Am Geriatr Soc 2004, 52:123–127.

StataCorp. 2021. *Stata Statistical Software: Release 17*. College Station, TX: StataCorp LLC.

Swan AA. Exposure of spray operators to paraquat. Occupational and Environmental Medicine. 1969 Oct 1;26(4):322-9.

Tangamornsuksan W. et al. Paraquat exposure and Parkinson's disease: a systematic review and meta-analysis, Arch Env Occup Health, 2018; pp. 225-38.

Tanner, CM, Petrovitch, H. et al. Plantation Work and Risk of Parkinson Disease in a Population-Based Longitudinal Study, Arch Neurology, 2002, vol 50, pp. 1787-92.

Tanner CM, Ross GW, Jewell SA, Hauser RA, Jankovic J, Factor SA, et al. Occupation and risk of parkinsonism: a multicenter case-control study. Arch Neurol 2009; 66:1106–1113.

Tanner CM, Kamel F, Ross GW, et al. Rotenone, paraquat, and Parkinson's disease. Environ Health Perspect. 2011; 119:866-72.

Tomenson, JA & Campbell, C. Mortality from Parkinson's disease and other causes among a workforce manufacturing paraquat: an updated retrospective cohort study, Journal of Occupational Medicine and Toxicology, (2021), 16:20, 1-8.

Tolosa, E. et al. The diagnosis of Parkinson's disease, Lancet Neurology, 2006, 5: 75-86.

Vaccari, C et al ,Paraquat e doença de Parkinson: revisão sistemática e metanálise de estudos observacionais, 2017, Dissertação apresentada à Faculdade de Medicina, Universidade Estadual Paulista "Júlio de Mesquita Filho", Câmpus de Botucatu.

Vaccari C et al., Paraquat and Parkinson's disease: a systematic review and meta-analysis of observational studies. J Toxicol Environ Health B Crit Rev, 2019; 22:172-202.

Vale, J. A., Meredith, T. J., & Buckley, B. M. (1987). Paraquat poisoning: clinical features and immediate general management. Human Toxicology, 6(1), 41-47.

Van der Mark M, Vermeulen R, Nijssen PCG et al. Occupational exposure to pesticides and endotoxin and Parkinson disease in the Netherlands. Occup Environ Med 2014;71:757–76.

Wan Lin, Parkinson's disease and pesticides exposure: new findings from a comprehensive study in Nebraska, Journal of Rural Health, 2015, 1-11.

Wang, A.,  Costello, S., Cockburn, M.,  Zhang, X.,  Bronstein, J.  and  Ritz, B. Parkinson's disease risk from ambient exposure to pesticides, Eur J Epidemiol, vol. 26, pp. 547-555, 201.

Wray, A and Niman, A. (2019) Paraquat Dichloride: Systematic Review of the Literature to Evaluate the Relationship Between Paraquat Dichloride Exposure and Parkinson's Disease. D449106; TXR 0057888. 06/26/2019.

## Appendix A: Studies Included in the Analyses

Hertzman et al., 1994
PD criteria:
Inclusion: Cases (PD): patients were recruited through general practitioners, three local neurologists, and practicing internal medicine specialists. Controls (no PD): individuals aged 45 and 80 years; two controls/case: the first control group consisted of individuals randomly selected from electoral rolls; the second control group of patients with chronic cardiac disease, recruited in the same way as the cases. Exclusion: Participants with drug-induced parkinsonism or other neurodegenerative diseases were excluded as far as possible.
Analysis: Unadjusted and Fisher exact males and females

Liou et al., 1994
PD criteria: Made by neurologists. Criteria: (I) two or more cardinal signs of PD, (II) responsiveness to levodopa therapy, (III) no atypical characteristics.
Exposure Assessment: Structured open-ended questionnaire by trained interviewers in a face-to-face interview with subjects.
Inclusion: Cases (PD) and controls (no PD) were recruited from the NTUH between 07/1993–06/1995, matched by age and sex; only participants who were born and resided in Taiwan. Controls without PD, diagnosed with headache, back pain, cervical spondylosis and peripheral neuropathy, were included. Exclusion: Immigrants from other countries or mainland China and patients with atypical features suggesting a multiple system atrophy or secondary causes of parkinsonism were excluded.
Analysis: Matched sets (age and sex) comparing subjects exposed to each pesticide family to subjects who did not report that pesticide  Duration of living in rural residence, duration **of** farming, duration of using paraquat, duration of consuming well water, and duration of smoking cigarettes

Kuopio et al., 1999
PD criteria: Clinical exams and interviews were conducted in a private session with each participant; diagnostic criteria defined by the UK PD Society.
Exposure Assessment: Detailed structured interview.
Inclusion: Cases (PD): patients with onset of PD after 1984, (b) score $\geq$ 24 on the Mental State Mini-Exam (MMSE) (c) adequate physical condition. Controls (no PD): individuals selected by random sampling from the Population Register Center of Finland + criteria (b) and (c). Two controls/case, matched by sex, age, and municipality. Exclusion: Not reported.
Analysis: Unadjusted Fisher exact.

Engel et al., 2001
PD criteria: Participants were examined by trained nurse. Criteria: Parkinsonism is defined by two or more cardinal signs of PD in subjects without antiparkinsonian medication or the presence of at least one signal if they were under such medication; PD was not explicitly studied.
Exposure Assessment: Self-administered questionnaire.

Inclusion: Exposed: orchardists, professional workers that applied pesticide, pesticide plant workers, and other farm or agricultural workers. Not exposed: construction workers, lorry drivers, roofers, painters, plumbers, telephone operators, sales men, custodians, mechanics, etc. Participants were matched by age, race, and degree of occupational physical activity. Exclusion: Subjects living outside the Washington State.
Analysis: Adjusted for age and pack-years of smoking.

Dhillon et al., 2008
PD criteria: Cases recruited from a neurological practice and diagnosed by a neurologist following standard clinical criteria for PD; does not mention specific criteria.
Exposure Assessment: Administered questionnaire during structured interview
Inclusion: Cases (PD): (a) individuals ≥ 50 years of age (b) living in the east Texas region (c) diagnosed with PD by a neurologist specializing in movement disorders. Controls (no PD): individuals without PD + criteria (a) and (b).  Exclusion: Patients who had been diagnosed with multiple sclerosis, schizophrenia, and Parkinson's plus diseases (diffuse Lewy body disease, multiple system atrophy, progressive supranuclear palsy, Alzheimer's disease, etc).
Analysis: Unadjusted chi-squared.

Elbaz et al., 2009
PD criteria: Made by specialists, parkinsonism was defined as the presence of two or more cardinal signs (rest tremor, bradykinesia, rigidity, impaired postural reflexes) and PD was defined by parkinsonism after exclusion of prominent or early signs of more extensive nervous system involvement and drug-induced parkinsonism.
Exposure Assessment: Reported use of the quaternary ammonium class of herbicides by participants in self-administered questionnaires and verified in interviews by professionals (doctors, epidemiologists, agronomists).
Inclusion: Parkinsonism was defined as the presence of two or more cardinal signs (rest tremor, bradykinesia, rigidity, impaired postural reflexes) and PD was defined by parkinsonism after exclusion of prominent or early signs of more extensive nervous system involvement and drug induced parkinsonism. Cases (PD): patients (18–75 years old) who applied for free healthcare for PD at the MSA (02/
1998–08/1999). Controls (no PD): affiliates who requested reimbursement to MSA for health-related expenses (02/ 1998 − 02/2000); three controls/ case, matched by age, sex, and affiliation office.
Analysis: Matched sets comparing subjects exposed to each pesticide family to subjects who did not report that pesticide, Mini-Mental State Examination and cigarette smoking (in pack-years), arsenic, copper, sulfur, and sodium chlorate are inorganic compounds.

Tanner et al. 2009
PD criteria: Recruited from neurological practices. PD was not specifically investigated, general parkinsonism. Authors determined criteria for parkinsonism of no known cause as two or more cardinal signs (resting tremor, bradykinesia, rigidity, and postural reflex impairment), at least one being resting tremor or bradykinesia.
Exposure Assessment: Standardized computer assisted telephone interviews.

Inclusion: Participants recruited between 07/ 2004–05/2007, matched by age, sex, and location. Cases (PD): Patients diagnosed within eight years of recruitment, absence of dementia, and ability to participate in detailed telephone interviews; Controls (No PD): primarily nonblood relatives (excluding spouses) or acquaintances of the patients of the study or of other patients with parkinsonism in the movement disorder clinics; eventually identified from commercial lists of telephone numbers. Exclusion: Controls with other neurodegenerative disorders and workmates. Analysis: Adjusted for age, sex, race/ethnicity, smoking (pack-years), caffeine use (milligram-years), alcohol use (drink-years), and head injury.

Firestone et al., 2010
PD criteria: Review of medical records. Criteria: (I) at least two of the four cardinal signs of PD, at least one being bradykinesia or resting tremor; (II) no use of drugs that may induce parkinsonism for 12 months prior to diagnosis; (III) no history of cerebrovascular events or other explanation for the symptoms.
Exposure Assessment: A nurse practitioner conducted all the interviews at the subjects' homes.
Inclusion: Cases (PD): PD patients identified in 1992–2002 at the clinics of the study. Controls (no PD): individuals without PD or other neurodegenerative diseases; selected from the GHC; matched to cases by age and sex. Exclusion: Use of certain medications for which adverse effects include parkinsonism during the 12 months preceding diagnosis, prior history of multiple cerebrovascular events, or any other explanation for parkinsonism; exposures during the five years before the interview date were discounted.
Analysis: Adjusted for age and smoking status.

Rugbjerg et al., 2011
PD criteria: Made by a neurologist. Patients on antiparkinsonian drugs: (I) two of the following symptoms: resting tremor, rigidity, bradykinesia, loss of facial expression, micrographia, or postural imbalance; (II) absence of specific signs of other diseases.
Exposure Assessment: In-person interviews; each participant's job history was reviewed by an occupational hygienist.
Inclusion: Subjects between the ages of 40–69; residing in the study area at the time of the interview and who were able to communicate in English; frequency-matched by age, gender, and location. Cases (PD): patients were recruited in 2001 and 2005; at least one prescription for antiparkinsonian drugs for at least one calendar year from 1995–2002. Controls (no PD): individuals were selected by using stratified random sampling from the British Columbia Ministry of Health Services client registry. Exclusion: Not reported.
Analysis: Unadjusted Fisher exact.

Tanner et al., 2011
PD criteria: Made by specialists based on medical histories, home neurological exams, standardized videotaped assessment of parkinsonism, and handwriting samples, following established criteria.
Exposure Assessment: Computer-assisted telephone interviews/
Inclusion: Cases (PD): potential cases were selected on the basis of self-reports or state mortality files; diagnosis was determined by agreement of two neurologists after

examination. Controls (no PD): individuals were selected by stratified random sampling of all AHS participants; approximately three controls/case, matched by age, sex, and state. Exclusion: Cognitively impaired or seriously ill subjects were not eligible as controls; self-reported pesticide use falling outside the U.S. EPA approval dates was not included.

Analysis: Adjusted for age tertile, sex, state, and cigarette smoking.

van der Mark et al., (2014)

PD criteria: In each hospital, one neurologist reviewed the medical files of all the potential participants; no PD specific criteria were described.

Exposure Assessment: Land-use datasets, agricultural census data, and historical crop-specific pesticide use estimates generated by experts combined with participant's addresses.

Inclusion: Cases (PD): patients who had initial PD diagnosis in one of the participating hospitals Controls (no PD): two matched controls were selected from individuals who were seen at the department of neurology for treatment of non-neurodegenerative symptoms.

Exclusion: Not reported.

Analysis: Adjustment includes cigarette smoking, coffee consumption, and occupational skill/status.

Appendix B
# Martin T. Wells
### Charles A. Alexander Professor in Statistical Sciences
━━━━━━━━━━━━━━━━━━━━━━━━━━━━━━━━━━━━━━━━

Office Address:                                       Home Address:

Cornell University                               5 Highland Park Ln.

1190 Comstock Hall                            Ithaca, NY14850

Ithaca, NY 14853

Voice: (607) 255.8801

mtw1@cornell.edu

## Education

| | | |
|---|---|---|
| 1987 | Ph.D. | University of California |
| | | Field:   Mathematics |
| | | Thesis:  *Contributions to the Theory of Goodness of Fit Testing* |
| | |          under the supervision of Professor S. R. Jammalamadaka. |
| 1984 | M.A. | University of California |
| | | Fields:  Mathematics and Statistics |
| 1983 | B.A. | California State University |
| | | Fields:  Mathematics and Psychology |

## Professional Experience

2015-2021       Faculty Director of Cornell Survey Research Institute

2012-Present    Professor of Biostatistics in Public Health, Weill Medical School Cornell University.

2001-Present    Professor, Biological Statistics and Computational Biology, Cornell University

2004-Present    Professor, Clinical Epidemiology and Health Services Research, Weill Medical School Cornell University.

1999-Present    Professor, Department of Statistics and Data Science, Cornell University

1999-Present    Professor, Cornell Law School, Cornell University

1998-1999       Adjunct Professor, School of Operations Research, Cornell University

1995-2003       Professeur Associé , Mathématiques, Université de Rouen

1993-1999       Associate Professor, Department of Social Statistics, Cornell University

1987-1993       Assistant Professor, Department of Social Statistics, Cornell University

## Professional Affiliations

Institute of Mathematical Statistics, American Statistical Association, American Mathematical Society, Royal Statistical Society, International Statistics Institute

## Research Interests

Bayesian Statistics, Data Science, Decision Theory, Epidemiology, Empirical Finance, Empirical Legal Studies, Model Selection, Sampling Theory, Statistical Genetics, and Survival Analysis

## Professional Honors and Activities

Editor for Journal of Empirical Legal Studies 2003 – present

Associate Editor for Journal of Multivariate Analysis 2008 – 2019

Associate Editor for Annals of Statistics 2016 – 2019

ArXiv Statistics Moderator 2017-present

Associate Editor for Statistical Science 2006 – 2016
Editor-in-Chief ASA-SIAM Series on Statistics and Applied Probability 2005 – 2007
Editor for Journal of the American Statistical Association - Reviews 1998 – 2002
Associate Editor for Journal of the American Statistical Association - Theory Methods 1992 – 2003
Associate Editor for Journal of the American Statistical Association - Reviews 1994 – 2003
Fellow of the American Statistical Association
Fellow of the Royal Statistical Society
Fellow of the Institute of Mathematical Statistics
Elected member of the International Statistics Institute
Editor's Special Invited Paper Journal of the American Statistical Association - Theory & Methods, 1998
IMS Nominations Committee, 1993–1995
IMS Special Invited Paper Committee, 1997 – 2000 (Chair 2000)
Testified before the House Subcommittee on Census 2000
Member of a number of National Academy Panels on Census
Advisor to the Bureau of Justice Statistics and National Institute of Justice
Chairman of the Department of Social Statistics, 1993 – 1995, 2010-present
Chairman of the Department of Biometry 2000 – 2002
Chairman of the Department of Biological Statistics and Computational Biology 2002 – 2008, 2015 - present
Chairman of the Department of Statistical Sciences 2003 – 2014, 2016-present
Director of Graduate Studies for the Field of Statistics, 1992 – 1999, 2000-2004
Director of Graduate Studies for the Field of Biometry, 1992 – 2008
Served on the Field of Statistics: Admissions and Curriculum Committees, Vice President's
        Committee on Statistics
Director of Research, School of Industrial & Labor Relations 1999 – present
School of Industrial & Labor Relations' Committees on:  Dean Search, Dean's Advisory,
        Graduate, Academic Standards and Scholarship, Educational Technology, Strategic
        Planning, Teaching Advisory, and Undergraduate Program
The Paramount Professor Award for Undergraduate Teaching
The 43rd Annual Harry M. Gehman Invited Lecture, MAA, 2010
Myra Samuels Memorial Lecture, Purdue University, 2011
Andrei Yakovlev Colloquium, University of Rochester, 2017
General Mills Foundation Prize for Exemplary Graduate Teaching
Consultant for the South Carolina Death Penalty Resource Center
Consultant for the New York State Unified Court System

## PhD Advising

| | | |
|---|---|---|
| Anderson, William 2006 | Hogan, Steven  2000 | Sun, Jason 2021 |
| Baer, Benjamin 2021 | Huang, Yinan 2010 | Tom, Matthew  2003 |
| Bar, Haim 2012 | Lando, David  1994 | Wang, Weijing  1995 |
| Bolotskikh, Alexandra  2016 | Li, James  2014 | Wu, Samuel  1998 |
| Borkowf, Craig  1997 | Lin, Haizhi  2008 | Wu, Tuohua  2010 |
| Chen, Maximillian  2014 | Long, Yu  2005 | Yeo, Kwee  1992 |
| Chen, Wei  2014 | Lu, Horng-Shing  1994 | Zhang, Dabao  2003 |
| Chételat, Didier  2015 | Narayanan, Rajendran  2012 | Zhang, Min  2005 |
| Denogean, Lisa  2005 | Quan, Xiaoyung  2019 | Zhao, Xin  2005 |
| Fink, Daniel  2003 | Rajaratnam, Bala  2006 | Zhou, Gongfu  2007 |
| Gaynanova, Irina 2015 | Seto, Syler  2020 | Zhu, Liao  2020 |
| Gilbert, Daniel 2019 | Shaby, Benjamin  2009 | |

**Research Grants**

NSF (CCF- 1740822) 10/17/17 – 9/30/20: Transdisciplinary Research in Principles of Data Science: Data Science for Improved Decision-Making: Learning in the Context of Uncertainty, Causality, Privacy, and Network Structures

NIH NIAID (U19AI111143-02) 7/1/2014 - 6/30/2020: Center for Drug-Resistant Tuberculosis: Hits, Leads and Targets

NSF (DMS-1611893) 8/15/2016 - 7/31/2019: Variable Selection When $P >> N$: Beyond the Linear Regression and Normal Errors Model
Department of Labor (EO-30278-17-60-5-36) 1/18/2017 - 1/17/2019: Criminal Record Inaccuracies and the Impact of a Record Education Intervention on Employment-Related Outcomes

NIH/NHLBI (P60 MD003421) 7/25/09-5/31/15: Center of Excellence in Health Disparities Research
NIH/NIMHD (3P60MD003421-03S1) 9/22/11-5/31/15: Environmental Health Disparities Research Core

Qatar National Research Fund (NPRP No. 8-912-3-192) 8/28/15-9/26/18: Diabetes Intervention Accentuation Diet and Enhancing Metabolism (DIADEM)

NIH/NHLBI (U01 HL097843) 10/1/09-06/30/15: SCALE: Small Changes and Lasting Effects
NIH (1U01HL088942) 7/1/07-6/30/12: Network for Cardiothoracic Surgical Investigations in Cardiovascular Medicine

HIH/NEI (R21EY018150) 7/1/08-6/30/10: Autoregulation & Systemic Blood Pressure: A New View of Normal Tension Glaucoma

NIH/GM (R01 GM83606) 8/10/07 – 7/31/11: Association Mapping in Structured Populations

NSF (DMS 0204252) 8/1/2006 - 7/31/2009: SEI+II: Ecological Discovery & Inference: Tools for Data-driven Exploration and Testing of Observational Data

NIH/NHLBI (N01-HC-25196) 9/30/02-6/30/09: Translational Behavior Science Research Consortium

NSF (DMS 0204252) 8/1/2002 - 07/31/2007: Higher Order and Exact Methods for Statistical Inference

NSF (DMS 9971586) 7/1/1999 – 6/30/2002: Algorithms, Approximations, and Valid Statistical Inference

U.S. Army, 1989 – 1991

The Donner Foundation, 1998

Industrial and Labor Relations Faculty Research Incentive Grant, 1990-1994

U.S. Department of Agriculture, Hatch Foundation 1991 - 1993

International Business Machines, 1991 - 1993

Center for Advanced Human Resource Studies, 1994 - 1995


**Personal Information**

Born August 1960, San Gabriel, California USA- happily married with three children.

**Books**

[B1]  *Statistics in the 21st Century*, (with A. Raftery and M. Tanner), Chapman and Hall: New York, 2001.

[B2]  *Advances in Directional and Linear Statistics*, (with A. Sen Gupta), Springer, Berlin, 2010.

[B3]  *Shrinkage Estimation*, (with D. Fourdrinier and W Strawderman), Springer, New York, 2018.

[B4]  *Handbook of Statistical 2nd ed*. (with HH-S Lu, B Schölkopf, and H Zhao), Springer, New York, 2022.


**Publications**

[1]  "A Test of Goodness of Fit Based on Extreme Spacings with Some Efficiency Comparisons," (with S.R. Jammalamadaka), *Metrika*, 35, 223-232, 1988.

[2]  "Testing Whether F is "More NBU" Than is G with Randomly Censored Data," (with R. Tiwari), *Microelectronics and Reliability*, 28, 901-908, 1988.

[3]  "A Test of Goodness of Fit based on Extreme Multinomial Cell Frequencies," (with S.R. Jamalamadaka and R. Tiwari), *Communications in Statistics* 18, 1527-1547, 1989.

[4]  "Basu's Lemma and Goodness-of-Fit Tests," *Communications in Statistics* 18, 711-717, 1989.

[5]  "Bayesian Quantile Plots and Statistical Inference for Nonlinear Models in the Two Sample Case with Incomplete Data," (with R. Tiwari), *Communications in Statistics*, 18, 2955-2964, 1989.

[6]  "Dirichlet Integrals and Moments of Gamma Distribution Order Statistics," (with Milton Sobel), *Statistics and Probability Letters* 9, 431-437, 1990.

[7]  "Quantile Estimation Based on Nomination Sampling," (with R. Tiwari), *IEEE Transactions on Reliability Theory*, 38, 612-614, 1989.

[8]  "The Relative Efficiency of Goodness-of-Fit Statistics in the Simple and Composite Hypothesis-Testing Problem*," Journal of the American Statistical Association*, 85, 459-463, 1989.

[9]  "Estimating a Distribution Function Based on Minima-Nomination Sampling," (with R. Tiwari), *Topics on Statistical Dependence*, published by IMS Lecture Notes 1 Monograph Series, 1990.

[10]  "Assessing the Effects of Multiple-Rows on the Condition Index of a Matrix," (with Ali Hadi), *Journal of the American Statistical Association* 85, 786-792, 1990.

[11]  "Minimum Distance Method of Estimation and Testing When Statistics Have Limiting Singular Multivariate Normal Distribution," (with Ali Hadi*), Sankhya Ser. B*, 53, 257-267, 1990.

[12]  "A Note on Generalized Wald's Method," (with Ali Hadi), *Metrika* 37, 309-315, 1990.

[13]  "Goodness of Fit Tests for Components of a System With Random Redundancy Levels," (with R. Tiwari), *Opsearch* 27, 125-129, 1990.

[14]  "A Comment on Arizono and Ohta," (with R. Tiwari), *The American Statistician* 44, 56, 1990.

[15]  "Simultaneous Confidence Ellipsoids," (with Ali Hadi), *Econometric Theory* 6, 408-409, 1990.

[16]   "A Matrix Equation," (with Ali Hadi), *Econometric Theory* 7, 420-424, 1991.

[17]   "Correlation among Unconstrained Variables in a Pooled Model," (with Ali Hadi), *Econometric Theory* 7, 545-546, 1991.

[18]   "A Class of Tests for Testing an Increasing Failure Rate Average Distribution With Randomly Censored Data," (with R. Tiwari), *IEEE Transactions on Reliability Theory* 40, 152-157, 1991.

[19]   "$\varepsilon$-Solutions of Minimization Problems in Statistics," *Statistics and Decisions* 9, 177-180, 1991.

[20]   "On the Asymptotic Theory for Quantile Estimation Under Various Sampling Schemes," (with R. Tiwari), *Calcutta Statistical Association Bulletin* 39, 163-171, 1991.

[21]   "Reconciliation, Coherence, and P-Values," (with G.C. Casella), *Séminare Mathématiques de Rouen* 1990-1991.

[22]   "Estimation of Accuracy in Testing," (with J.T. Hwang, G.C. Casella, C. Robert and R.H. Farrell).  *Annals of Statistics* 20, 490 - 510, 1992.

[23]   "The Weak Approximation of the Empirical Characteristic Function Process When Parameters are Estimated," *Stochastic Processes and Their Application* 40, 83-103, 1992.

[24]   "On the Power-Divergence Statistic in Models Requiring Parameter Estimation," (with R. Tiwari), *Statistics and Probability Letters* 13, 57-62, 1992.

[25]   "Tests of Fit Using Spacings Statistics with Estimated Parameters," (with S.R. Jammalamadaka and R. Tiwari), *Statistics and Probability Letters* 13, 365 - 372, 1992.

[26]   "Kernel Based Estimators of Ratio Functions," (with P.N. Patil and J.S. Marron), *The Journal of Nonparametric Statistics* 4, 203-209, 1992.

[27]   "Estimation d'un cout quadratique pour des a symétrie sphérique" (with D. Fourdrinier), *C.R. Acad. Sci. Paris Série I*, 315, 1305-1308, 1992.

[28]   "Recent Methodological Advances in Robust Bayesian Inference," (with G.C. Casella), In *Bayesian Statistics IV*, J.M. Bernardo and J.O. Berger (Eds.). North Holland, Amsterdam, 1992.

[29]   "Discussion to 'Is Pitman Closeness a Reasonable Criterion'", (with G.C. Casella), *Journal of the American Statistical Association*, 88, 70-71, 1993.

[30]   "Bayes Inference for Fault Diagnosis in Real-Time Distributed Systems," (with Y.L. Chang, L.C. Lander and H.S. Lu), *Proceedings of the IEEE Computer Society's 2nd Asian Test Symposium*, 333-338, 1993.

[31]   "Large Sample Theory of Spacings Statistics for Tests of Fit for the Composite Hypothesis," (with S.R. Jammalamadaka and R. Tiwari*), Journal of the Royal Statistical Society Ser. B* 55, 189-204, 1993.

[32]   "Bootstrapping a Bayes Estimator of a Survival Function with Censored Data," (with R. Tiwari), *Annals of the Institute of Statistical Mathematics* 46, 487-495, 1994.

[33]   "Deadly Confusion: Juror Instructions in Capital Cases," *Cornell Law Review* 79, 1-17, 1993.

[34]    "Inference for Shift Functions in the Two Sample Problem with Right-Censored Data: With Applications," (with H.S. Lu and R.C. Tiwari). *Journal of the American Statistical Association* 89, 1017-1026, 1994.

[35]    "Bayes Analysis of Fault Location on Distributed Systems," (with Y.L. Chang, L.C. Lander and H.S. Lu), *IEEE Transactions on Reliability 43*, 457-465, 1994.

[36]    "Nonparametric Kernel Estimation in Counting Processes with Explanatory Variables," *Biometrika* 81, 795-801, 1994.

[37]    "Bayesian Analysis for Fault Location in Homogeneous Distributed Systems," (with Y.L. Chang, L.C. Lander and H.S. Lu), *Proceedings of the IEEE Computer Society's 12th Symposium on Reliable Distributed Systems*, 44 - 53, 1994.

[38]    "A Computer Program for the Statistical Analysis of Repeated Event Data Using a Mixed Effects Regression Model," (with R. Natarajan, B. Turnbull, E. Slate, L. Clark, and H. Abulibdeh) *Computer Methods and Programs in Biomedicine* 42, 283-294, 1994.

[39]    "Comparaisons de Procédures de Sélection d'un Model de Régression: Une Approache Décisionnelle," (with D. Fourdrinier), *C.R. Acad. Sci. Paris Série I* 319, 865-870, 1994.

[40]    "Estimation of a Loss Function for Spherically Symmetric Distributions in the Generel Linear Model," (with D. Fourdrinier), *Annals of Statistics* 23, 571-593, 1995.

[41]    " Loss Estimation for Spherically Symmetric Distributions," (with D. Fourdrinier), *Journal of Multivariate Analysis* 53, 311-331, 1995.

[42]    "Using the Gibbs Sampler to Detect Changepoints: Application to PSA as a Longitudinal Marker for Prostate Cancer," (with K. Cronin, E. Slate, and B. Turnbull), *Proceedings of the 26th Symposium on the Interface: Computing Science and Statistics, (Eds. J. Sall and A. Lehman), Interface Foundation of North America,* 314-318, 1995.

[43]    "Characterizing Hierarchical Model Behavior," (with B. Chance *Proceedings of the 26th Symposium on the Interface: Computing Science and Statistics, (Eds. J. Sall and A. Lehman), Interface Foundation of North America,* 536-540, 1995.

[44]    "Spherically symmetric Bayes estimators for a linear subspace of a normal law," (with D. Fourdrinier), in *Bayesian Statistics 5*, J.M. Bernardo, J.O. Berger, A.P. Dawid, and A.F.M. Smith (Eds.). Clarendon Press, New York, 569-579, 1995.

[45]    "Comparing P-Values to Neyman-Pearson Tests," (with G. Casella).  In *Bayesian Analysis in Statistics and Econometrics*, D. Berry, K. Chaloner, and J. Geweke (Eds.). Wiley, New York, 507-514, 1995.

[46]    "Discussion to 'The Roles of Conditional Inference'," (with G.C. Casella and T.J. DiCiccio), *Statistical Science* 10, 179-185, 1995.

[47]    "The Robustness of Normal-theory LISREL Models: Tests Using a New Optimizer, the Bootstrap, and Sampling Experiments, with Applications."  (with Mebane, Walter R., Jr., Jasjeet Sekhon).  Presented at the 1995 Political Methodology Summer Conference Bloomington, Indiana, July and at the 1995 Annual Meeting of the Midwest Political Science Association (Methods Section), 1995

[48]     "Discussion to 'Statistical Inference for Monte Carlo Algorithms'," (with T.J. DiCiccio), *Test* 5, 349-352, 1996.

[49]     "Quantile Comparison Functions in Two Sample Problems: With Applications to Comparison of Diagnostic Markers." (with G. Li, R. Tiwari), *Journal of the American Statistical Association* 91, 689-698, 1996.

[50]     "Practical Small Sample Asymptotics for Regression Problems," (with R. Strawderman and G. Casella).  *Journal of the American Statistical Association* 91, 643-654, 1996.

[51]     "Assessing Evidence in Multiple Hypotheses," (with C. Goutis and G. Casella), *Journal of the American Statistical Association* 91, 1268-1277, 1996.

[52]     "Using Random Rather than Fixed Effects Models in Meta-Analysis: Implications for Situational Specificity and Validity Generalization," (with A. Erez and M. Bloom), *Personnel Psychology* 49, 275-306, 1996.

[53]     "Density Estimation with Bivariate Censored Data," (with K.P. Yeo), *Journal of the American Statistical Association* 91, 1566-1574, 1996.

[54]     " Jury responsibility in capital sentencing: An empirical study " (with T. Eisenberg and S. Garvey), *Buffalo Law Review* 44, 339-380, 1996.

[55]     "The Predictability of Punitive Damages" (with T. Eisenberg, J. Goerdt, B. Ostrom, D. Rottman), *Journal of Legal Studies* 26, 623-661, 1997.

[56]     "Nonparametric Estimator of the Bivariate Survival Function under Simplified Censoring Conditions," (with W. Wang), *Biometrika* 84, 863-880, 1997.

[57]     "Accurate Confidence Limits for the Cumulative Hazard and Survivor Functions Under Random Censoring," (with R. Strawderman), *Journal of the American Statistical Association* 92, 1356-1374, 1997.

[58]     "Accurate Confidence Limits for Quantiles Under Random Censoring," (with R. Strawderman and M. Parzen), *Biometrics* 53, 1399-1415, 1997.

[59]     "Sur les estimateurs de Bayes minimax : une méthode constructive," (with D. Fourdrinier and W. Strawderman).  *C.R. Acad. Sci. Paris Série* 324, 1143-1148, 1997.

[60]     "Punitive Awards after *BMW*, a New Capping System, and the Reported Opinion Bias," (with T. Eisenberg), *Wisconsin Law Review*, 1, 387-425, 1998.

[61]      "Ranking and Explaining the Scholarly Impact of Law Schools," (with T. Eisenberg), *Journal of Legal Studies*, 27, 373-413, 1998.

[62]     "Larger Board Size and Decreasing Firm Value in Small Firms", (with T. Eisenberg and S. Sundgren), *Journal of Finanical Economics* 48, 35-54, 1998.

[63]     "Nonparametric estimation of successive duration times under dependent censoring," (with W. Wang), *Biometrika* 85, 561-572, 1998.

[64]     "Estimation robuste pour des lois `a symétrie elliptique `a matrice de covariance inconnue," (with D. Fourdrinier and W. Strawderman). *C.R. Acad. Sci. Paris Série I 326*, 1135-1140, 1998.

[65]     "On the Construction of Bayes Minimax Estimators," (with D. Fourdrinier and W. Strawderman), *Annals of Statistics* 26, 660–671, 1998.

[66]     "Approximately exact inference for the common odds ratio in several 2 x 2 tables, with discussion," (with R. Strawderman)*, Journal of the American Statistical Association* 93, 1294 – 1320, 1998.

[67]     "But Was He Sorry?  The Role of Remorse in Capital Sentencing," (with T. Eisenberg and S. Garvey), *Cornell Law Review* 83, 1599-1637, 1998

[68]     "The Predictability of Punitive Damages Awards in Published Opinions, the Impact of *BMW v. Gore* on Punitive Damages Awards, and Forecasting which Punitive Awards will be Reduced" (with T. Eisenberg), *Supreme Court Economic Review* 59-86, 1999.

[69]     "Bayesian Estimation for Spherically Symmetric Distributions," (with D. Cellier and D. Fourdrinier), *Journal of Multivariate Analysis* 70 (1) 95—117, 1999.

[70]     "Semiparametric Inference for a Quantile Comparison Function with Applications to Receiver Operating Characteristic Curves,'' (with G. Li, R. Tiwari), *Biometrika* 86 (3): 487-502, 1999.

[71]     "Model Selection and Semiparametric Inference for Bivariate Failure-Time Data, with discussion" (with W. Wang)*, Journal of the American Statistical Association* 95 (449): 62-72, 2000.

[72]     "Statistical Controversies in Census 2000," (with L. D. Brown, M. L. Eaton, D. A. Freedman, S. P. Klein, R. A. Olshen, K. W. Wachter and D. Ylvisaker),  *Jurimetrics*, 39 (4), 347-376, 1999.

[73]     "Inbreeding in Law School Hiring: Analyzing the Performance of Faculty Hired from Within," (with T. Eisenberg), *Journal of Legal Studies* 29 (1): 369-388 (2), 2000.

[74]      "Estimating Kendall's Tau with Censored Data," (with Weijing Wang), *Statistica Sinica* 10 (4): 1199-1215, 2000.

[75]     "Power Analysis for Linear Models with Spherical Errors," (with Weijing Wang), *Journal of Statistical Planning and Inference* 108, 155-171, 2002

[76]      "A Martingale Approach to the Copula-Graphic Estimator for the Survival Function Under Dependent Censoring," (with L-P Rivest). *Journal of Multivariate Analysis* 9, 138-155, 2000.

[77]     "Statistics in the year 2000: Vignettes," with (A. Rafery and M. Tanner), *Journal of the American Statistical Association,* 95, 449-450, 2000.

[78]     Methodological Issues in Bankrupcy Prediction," (with C. Bergström, T. Eisenberg, and S. Sundgren). In *Risk Behaviour and Risk Management in Business Life* (Bo Green, Ed.), Dordrecht/Boston/London: Kluwer Academic, 1999.

[79]     "Case Control Studies in Bankrupcy Prediction: An Empirical Test," (with C. Bergström, T. Eisenberg, and S. Sundgren). In *Risk Behaviour and Risk Management in Business Life* (Bo Green, Ed), Dordrecht/Boston/London: Kluwer Academic, 2000.

[80]     "Hazard Rates Estimation using Wavelets," (with S. Wu), *Journal of Nonparametric Statistics, 15, 187-202, 2002.*

[81]    "The Deadly Paradox of Capital Jurors," (with T. Eisenberg and S. Garvey), *Southern California Law Review* 74 (2): 371-397, 2001.

[82]    "Forecasting Life and Death," (with T. Eisenberg and S. Garvey), *Journal of Legal Studies* 30 (2): 277-311 (1), 2001.

[83]    "Reconciling Experimental Incoherence with Real-World Coherence in Punitive Damages," (with T. Eisenberg and J. R. Rachlinski), *Stanford Law Review,* 54, 1239-71, 2002. Also in *The Jury System: Contemporary Scholarship*, Ashgate Publishing, V. Hans, ed., 2006.

[84]    "Trial Outcomes and Demographics: Is There a Bronx Effect?" (with T. Eisenberg), *University of Texas Law Review, 80,* 1839-74, 2002.

[85]    "Juries, Judges, and Punitive Damages: An Empirical Study," (with T. Eisenberg *et al.*), *Cornell Law Review, 87,* 743-82, 2002.

[86]    "Statistical methods for predicting yield: A comparison of the accuracy of a logistic regression, decision tree, neural network and boosted logistic regression," (with R. Reeves).  *Proceedings of the Meeting of the North East Association of Institutional Research*, Annapolis, MD, 2002.

[87]    "Robust shrinkage estimation for elliptically symmetric distributions with unknown covariance matrix," (with D. Fourdrinier and W.E. Strawderman), Journal of Multivariate Analysis 85, 24-39, 2003.

[88]    "Victim Characteristics and Victim Impact Evidence in South Carolina Capital Cases," (with S.P. Garvey and T. Eisenberg), Cornell Law Review, 88, 306-42, 2003.  Also in *Wounds That Do Not Bind: Victim-Based Perspectives on the Death Penalty* 297-321 (James R. Acker & David R. Karp eds. 2006).

[89]    "Explaining Death Row's Size and Racial Composition," (with J. Blume and T. Eisenberg), Journal of Empirical Legal Studies 1, 265-207, 2004

[90]    "The Functional Data Analysis View of Longitudinal Data," (with X. Zhou, S. Marron), *Statistica Sinica* 14, 789-808, 2004.

[91]    "Rao-Blackwellization of Generalized Accept-Reject Schemes," (with C. Robert and G. Casella), *Herman Rubin Festschrift*, Institute of Mathematical Statistics 342-347, 2004.

[92]    "Mixture Models, Latent Variables, and Partitioned Importance Sampling," (with C. Robert and G. Casella), *Statistical Methodology,* 1,1-18, 2004.

[93]    "Least Squares Cross-Validation for the Kernel Deconvolution Density Estimator," (with E. Youndje), *C.R. Acad. Sci. Paris Série I 334*, 509-513, 2004.

[94]    "Juror First Votes in Criminal Trials," (with S.P. Garvey et al.), *Journal of Empirical Legal Studies* 1, 371–398, 2004.

[95]    "Mathematical Model of *Listeria monocytogenes* Cross-Contamination in a Fish Processing Plant," (with R. Ivanek, Y. Grohn, and M. Wiedmann).  *Journal of Food Protection* 67, 2688-2697, 2004.

[96]    "The Fate of Firms," (with C. Bergström, T. Eisenberg, and S. Sundgren). *Journal of Empirical Legal Studies* 2, 49-85, 2005.

[97]   "Estimation of a Parameter with Restrictions or Vague Information," (with D. Fourdrinier and W.E. Strawderman), *The Annals of the Institute of Statistical Mathematic*s 58, 73-92, 2005.

[98]   "Global Expression Analysis of Genes Coregulated by Phospholipid Precursors and OPI1 in *Saccharomyces cerevisiae.*" (with S. Jesch, X. Zhou and S.A. Henry), *The Federation of American Societies for Experimental Biology Journal*: Proceedings of 8th IUBMB conference and ASBMB annual meeting (Boston, Massachusetts), 18(8), C266, 2005.

[99]   **"**Judge-Jury Agreement in Criminal Cases: A Partial Replication of Kalven & Zeisel's The American Jury," (with T.Eisenberg , P. Hannaford-Agor , V. P. Hans , N. L. Mott , G. T. Munsterman , S. J. Schwab ), *Journal of Empirical Legal Studies* 2, 171-206, 2005.

[100]   "An Extension of the Metropolis algorithm," (with S. Wu), *Communications in Statistics - Theory and Methods* 34,.585-597, 2005.

[101]   "Bayesian Normalization and Identification for Differential Gene Expression Data," (with D. Zhang, C. D. Smart and W. E. Fry). *Journal of Computational Biology,* 12, 391–406, 2005.

[102]   "Hierarchical Graphical Models: An Application to Pulmonary Function and Cholesterol Levels in the Normative Aging Study," (with D. Zhang, B. W. Turnbull, P. A. Cassano), *Journal of the American Statistical Association* 100, 719-727, 2005.

[103]   "Genome wide analysis reveals inositol, not choline, as the major effector of Ino2p-Ino4p and unfolded protein response target gene expression," (with S.A. Jesch, X. Zhou and S.A. Henry), *Journal of Biological Chemistry,* 280, 9106-9118, 2005.

[104]   "Mapping Multiple Quantitative Trait Loci by Bayesian Classification" (with M. Zhang, K. L. Montooth, A.G. Clark and D. Zhang), *Genetics* 169, 2305-2318, 2005.

[105]   "The Significant Association Between Punitive and Compensatory Damages in Blockbuster Cases: A Methodological Primer, "(with T.Eisenberg ), *Journal of Empirical Legal Studies* 3, 169-189, 2006.

[106]   "Bayesian Inference for a Two-Part Hierarchical Model: An Application to Profiling Providers in Managed Health Care," (with M. Zhang, R. L. Strawderman, M. E. Cowen). *Journal of the American Statistical Association* 101, 934-945, 2006.

[107]   "Multiplicative Background Correction for Spotted Microarrays to Improve Reproducibility," (with M. Zhang and D. Zhang). *Genetical Research* 87, 195-206, 2006.

[108]   "Juries, Judges, and Punitive Damages: Empirical Analyses Using the Civil Justice Survey of State Courts 1992, 1996, and 2001 Data" (with T. Eisenberg, P. L. Hannaford-Agor, M. Heise, N. LaFountain, G . Munsterman, B. Ostrom). *Journal of Empirical Legal Studies* 3, 263–295, 2006.

[109]   "Multiple endoplasmic reticulum-to-nucleus signaling pathways coordinate phospholipid metabolism with gene expression by distinct mechanisms," (with S. A. Jesch, P.Liu., X. Zhao, and S. A. Henry). *Journal of Biological Chemistry*, 281, 24070-24083, 2006.

[110]   "Optimal Bandwidth Selection for Multivariate Kernel Deconvolution Density

Estimation, "(with E. Youndje). *Test* 17, 138-162, 2008.

[111]   "A Bayesian Analysis of Return Dynamics with Levy Jumps," (with H. Li, C. Long).  *The Review of Financial Studies* 21(5), 2345-2378, 2008.

[112]   "The Relation between Punitive and Compensatory Awards: Combining Extreme Data with the Mass of Awards, "(with T. Eisenberg and V. Hans), In *Civil Juries and Civil Justice*, 105-115, 2008.

[113]   "Nonparametric estimation of the dependence function for a multivariate extreme value distribution," (with D. Zhang and L. Peng), *Journal of Multivariate Analysis*, 99 (4), 577 – 58, 2008.

[114]    "Cardiac Surgery in Select Nonagenarians: Should We or Shouldn't We?" (with B. Ullery, BW, Peterson, JC, Milla, F, Briggs, W, Girardi, LN, Ko, W, Tortolani, AJ,  Isom, OW, Krieger, KH ). *Annals of Thoracic Surgery*, 85, 854-860, 2008.

[115]   "Numerical Analysis in Least Squares Regression with an Application to the Abortion-Crime Debate" (with W. Anderson). *Journal of Empirical Legal Studies*, 5,647-681, 2008.

[116]   "Statins and Adverse Cardiovascular Events in Moderate Risk Females: A Statistical and Legal Analysis with Implications for FDA Preemption Claims,"(with T. Eisenberg), *Journal of Empirical Legal Studies* 5, 507-550, 2008.

[117]   "Generalized Bayes minimax estimators of the mean of multivariate normal distribution with unknown variance," (with G. Zhou), *Journal of Multivariate Analysis*, 99, 2208-2220, 2009.

[118]   "Variable selection for large p small n regression models with incomplete data: mapping QTL with epistases" (with M. Zhang and D. Zhang), *BMC Bioinformatics*, 9:251, 2009.

[119]   "Extreme value theory in analysis of differential expression in microarrays where either only up- or down-regulated genes are relevant or expected" (with Ivanek, et al.), *Genetics Research*, 90: 347-361, 2009.

[120]   "Bayesian Classification to Identify Epistases." (with M. Zhang and D. Zhang), In *Genetic Epidemiology*, vol. 32 (7), 2008.

[121]   "Statins, cholesterol, women and primary prevention: evidence-based medicine or wishful thinking?" (with T. Eisenberg), *Future Cardiology* 5, 1- 4, 2009.

[122]   "Generalized thresholding estimators for high-dimensional location parameters" (with M. Zhang and D. Zhang), *Statistica Sinica* 20, 911-926, 2009.

[123]   "A multivariate variance component model for analysis of covariance in designed experiments" (J. Booth, W. Federer, and R. Wolfinger), *Statistical Science 24*, 223-237, 2009.

[124]   "Improved estimation for elliptically symmetric distributions with unknown block diagonal covariance matrix" (with D. Fourdrinier and W.E. Strawderman), *Statistics & Decisions* 26, 203–217, 2009.

[125]   "Modeling of spatially referenced environmental and meteorological factors influencing the probability of *Listeria spp*. isolation from natural environments" (with Ivanek, et al.), *Applied & Environmental Microbiology*, 75 (18), 5893-5909, 2009.

[126]   "Development of a novel equine whole transcript oligonucleotide Gene-Chip microarray and its use in gene expression profiling of normal articular-epiphyseal cartilage" (with K. E. Gläser, Q. Sun, and A. J. Nixon), *Equine Veterinary Journal* 41(7):663-70, 2009.

[127]   "A Conversation with Shayle R. Searle" *Statistical Science* 24, 244–254, 2009.

[128]   "Variability in Punitive Damages: An Empirical Assessment of the U.S. Supreme Court's Decision in Exxon Shipping Co. v. Baker" (with T. Eisenberg and M. Heise) *Journal of Institutional and Theoretical Economics* 5, 2010.

[129]   "The Exact Distribution of the Condition Number of a Gaussian Matrix" (with W. Anderson). *SIAM Journal on Matrix Analysis and Applications* 31, 1125-1130, 2009.

[130]   "Small Steps Are Easier Together: An Ecological Goal-Based Intervention To Increase Walking By Women In Rural Worksites" (with B. Warren, M. Maley, L  Sugarwala, C. Devine). *Preventive Medicine* 5(6), 230-4, 2010.

[131]   "Statins and risk of incident diabetes" (with T. Eisenberg). 375 *Lancet* 2140 (2010).

[132]   "Failure to differentiate between men and women in primary prevention" (with T. Eisenberg). *Annals of Internal Medicine*, available at,http://www.annals.org/content/152/2/69/reply#annintmed_el_123978.

[133]   "Graphical Models for Clustered Binary and Continuous Responses" (with D. Zhang). In M.T. Wells and A. SenGupta (eds.), *Advances in Directional and Linear Statistics*.

[134]   "Model selection error rates in nonparametric and parametric model comparisons" (with Y. Joo, and G. Casella). In *Borrowing Strength: Theory Powering Applications – A Festschrift for Lawrence D. Brown*, IMS Collections Vol. 6, 166-183, 2010.

[135]   "Optimality results for mid *p*–values." In *Borrowing Strength: Theory Powering Applications – A Festschrift for Lawrence D. Brown*, IMS Collections Vol. 6, 184-198, 2010.

[136]   "Letter regarding article, "Statins for the primary prevention of cardiovascular events in women with elevated high-sensitivity C-reactive protein or dyslipidemia: results from the Justification for the Use of Statins in Prevention: An Intervention Trial Evaluating Rosuvastatin (JUPITER) and meta-analysis of women from primary prevention trials"" (with T. Eisenberg). *Circulation* 122, 23, 2010.

[137]   "Surveillance CT scans are a source of anxiety and fear of recurrence in long-term lymphoma survivors" (C. Thompson et al.). *Annals of Oncology* 21, 2262-2266, 2010.

[138]   "A Bayesian Hierarchical Regression Approach to Clustered and Longitudinal Data" (with W. Anderson). *Journal of Empirical Legal Studies* 7, 634–663, 2010.

[139]   "Majorization-Minimization algorithms for nonsmoothly penalized objective functions" (with E. Schifano and R. Strawderman). *Electronic Journal of Statistics* 4, 1258-1299, 2010.

[140]   "The Decision to Award Punitive Damages: An Empirical Study" (with T. Eisenberg, M. Heise, and N. Waters). *Journal of Legal Analysis* 2, 577-610, 2011.

[141]   "Laplace approximated EM Microarray Analysis: an empirical Bayes approach for comparative microarray experiments" (with H. Bar, J. Booth, E. Schifano), *Statistical Science* 25, 388-407, 2010.

[142]   "Method Development and Preliminary Examination of Dog Walking as a Form of Human and Canine Physical Activity," (with B. Warren et al.), in: *The Health Benefits of Dog Walking for Pets and People: Evidence and Case Studies* (Eds: RA Johnson et al.), Purdue Univ. Press, 2010.

[143]   "An empirical Bayes approach to variable selection and QTL analysis, " (with H. Bar, J. Booth), in *Proceedings of 25th International Workshop on Statistical*

Modeling (Ed: A Bowman), 2010.

[144]   "Return Dynamics with Lévy Jumps: Evidence from Stock and Option Prices" (with H.Li and L. Yu), *Mathematical Finance* 21, 383–422, 2010.

[145]   "Folate network genetic variation, plasma homocysteine, and global genomic   methylation content: a genetic association study."   (with Wernimont SM et al.), *BMC Med Genetics*, 12(1):150, 2011.

[146]   "Structured Expert Elicitation about  Listeria monocytogenes  Cross-Contamination in the Environment of Retail Deli Operations in the United States."  (with Hoelzer K, Oliver HF, Kohl LR, Hollingsworth J, Wiedmann M).  *Risk Analysis* 32(7):1139-56, 2012.

[147]   "Use of pedometers to measure the relationship of dog walking to body condition score in obese and non-obese dogs."  (with Warren BS, Wakshlag JJ, Maley M, Farrell TJ, Struble AM, Panasevich MR).  *Br Journal of Nutrition*, 106 Suppl 1:S85-9, 2011.

[148]   "A mixture model approach for parallel testing for unequal variances." (with Bar H, Booth J), *Statistical Applications in Genetics and Molecular Biology*, 11(1) Article 8.

[149]   "Reference Priors for Linear Models with General Covariance Structures." (with Zhao X*), Journal of Statistical Planning and Inference* 142, 2473-2484, 2012.

[150]   "On Improved Loss Estimation for Shrinkage Estimators" (with Fourdrinier D), *Statistical Science* 27, 61-81, 2012.

[151]   "Factors Associated with Resistance to *Schistosoma mansoni* Infection in an Endemic Area of Bahia, Brazil." (with Oliveira RR et al) ), *Am J Trop Med Hyg.* 86 (2):296-305, 2012.

[152]   "Increasing Physical Activity in Patients with Asthma through Positive Affect and Self-affirmation: A Randomized Trial."  (with Mancuso CA et al), *Arch Intern Med*. 172(4):337-343, 2012.

[153]   "A Randomized Controlled Trial of Positive-Affect Intervention and Medication Adherence in Hypertensive African Americans."  (with Ogedegbe GO et al), *Arch Intern Med*. 172(4):322-326, 2012.

[154]   "Randomized Controlled Trial of Positive Affect Induction to Promote Physical Activity After Percutaneous Coronary Intervention."  (with Peterson JC et al), *Arch Intern Med*. 172(4):329-336, 2012.

[155]   "Improved normal mean estimation with unknown covariance when *p* is greater than *n*," (with Chetelat D), *Annals of Statistics* 40 (6) 3137-3160, 2012.

[156]   "On hierarchical prior specifications and penalized likelihood." (with Strawderman R.)  In: *Contemporary Developments in Bayesian Analysis and Statistical Decision Theory: A Festschrift for William E. Strawderman.* IMS Collections, Volume 8, 154-180, 2012.

[157]   "Folate Network Genetic Variation Predicts Cardiovascular Disease Risk in

Non-Hispanic White Males."  (with Wernimont SM et al.). *The Journal of Nutrition* 142, 1272-9, 2012.

[158]   "The Delaware Death Penalty: An Empirical Study." with (Johnson SL, Blume JH, Eisenberg T, Hans, VP), *Iowa L. Rev.*, 97, 1925, 2012.

[159]   "Pregnancy induces transcriptional activation of the peripheral innate immune system and increases oxidative DNA damage among healthy third trimester pregnant women." (with Jiang , X et al.). *PloS One* 7(11): e46736. doi:10.1371/journal.pone.0046736, 2012.

[160]   "Attrition in longitudinal randomized controlled trials: home visits make a difference." (with Peterson JC et al), *BMC Med Res Methodol.,* 12:178, 2012.

[161]   "Biometrics and Statistical Science at Cornell." (with James Booth), in *Strength in*

*Numbers: The Rising of Academic Statistics Departments in the US.*

Springer New York, 2013.

[162]   "Translating Basic Behavioral and Social Science Research to Clinical Application: The EVOLVE Mixed Methods Approach." (with Peterson JC et al.).  *J Consult Clin Psychol* 81, 217-30, 2013.

[163]   "Identifying Important Predictors for Anastomotic Leak after Colon and Rectal Resection: Prospective Study on 616 Patients." (with Ivanova-Trencheva K et al), *Annals of Surgery* 257, 108-13, 2013.

[164]   "Improvement in asthma quality of life in patients enrolled in a prospective study to increase lifestyle physical activity," (with Mancuso CA et al), *J Asthma* 50(1):103-7, 2013.

[165]   "On the maximal domain of attraction of Tracy–Widom distribution for Gaussian unitary ensembles," (with Narayanan R), *Statistics & Probability Letters*, Volume 83 (10), 2364-2371, 2013.

[166]   "A novel community-based study to address disparities in hypertension and colorectal cancer: a study protocol for a randomized control trial." (with Ravenell J et al), *Trials*, 14:287 doi: 10.1186/1745-6215-14-287, 2013.

[167]   "A higher maternal choline intake among third-trimester pregnant women lowers placental and circulating concentrations of the antiangiogenic factor fms-like tyrosine kinase-1 (sFLT1)." (with Jiang , X et al.), FASEB J. 27(3), 1245-53, 2013.

[168]   "On completeness of the general linear model with spherically symmetric errors." (with Fourdrinier D and Strawderman W) *Statistical Methodology* 20, 91–104, 2014.

[169]   "Mediators and moderators of behavior change in patients with chronic cardiopulmonary disease: the impact of positive affect and self-affirmation." (with Charlson ME et al.), *Transl Behav Med.*, 4(1):7-17, 2014.

[170]   "Knowledge of the health consequences of obesity among overweight/obese Black and Hispanic adults." (with Winston GJ et al) *Patient Educ Couns.* 94(1):123-7, 2014.

[171]   "Victim Gender and the Death Penalty." (with Royer CE, et al.), *UMKC L. Rev.* 82, 429-561, 2014.

[172]   "A Bivariate Model for Simultaneous Testing in Bioinformatics Data." (with Bar H and Booth, J), *Journal of the American Statistical Association*, 109, 537-547, 2014.

[173]   "Nocturnal Systemic Hypotension Increases the Risk of Glaucoma Progression," (with ME Charlson ME et al), *Ophthalmology* doi: 10.1016/j.ophtha.2014.04.016, 2014.

[174]   "Assessment and Risk Analysis of Casing and Cement Impairment in Oil and Gas Wells in Pennsylvania: 2000-2012, " (with A Ingraffia et al), *Proceedings of the National Academy of Science*, 111(30):10955-60, 2014.

[175]   "AIC and Cp as estimators of loss for spherically symmetric distributions." (with Boisbunon A et al), *International Statistical Review* 82, 422–439, 2014.

[176]   "Financial Exploitation of Older Adults: A Population Based Prevalence Study." (with Peterson J et al), *Journal of General Internal Medicine*, Dec;29(12):1615-23, 2014.

[177]   "Intermediate-Type Vancomycin Resistance (VISA) in Genetically-Distinct *Staphylococcus Aureus* Isolates is Linked to Specific, Reversible Metabolic Alterations." (with E Alexander et al), *PLoS One*, 9(5), 2014.

[178]   "Ranking Law Journals and the Limits of Journal Citation Reports." (with Eisenberg T), *Economic Inquiry* 52, 1301-1314, 2014.

[179]   "Large-scale Genome-Wide Association Studies and Meta-analyses of Longitudinal Change in Adult Lung Function." (with Tang W et al.*), PLoS One*, 9(7), 2014.

[180]   "The Charlson comorbidity index can be used prospectively to identify patients who will incur high future costs." (with Charlson M, Ullman R, King F, Shmukler C.). *PLoS One.* Dec 3;9(12), 2014.

[181]   "Medicaid managed care: how to target efforts to reduce costs." (with Charlson ME, Kanna B, Dunn V, Michelen W.), *BMC Health Serv Res.* 14:461, 2014.

[182]   "Knowledge of the health consequences of obesity among overweight/obese Black and Hispanic adults." (with Winston GJ, Caesar-Phillips E, Peterson JC, Martinez J, Chen X, Boutin-Foster C, Charlson M.). *Patient Educ Couns.* 94(1):123-7, 2014.

[183]   "Depression, coronary artery disease, and physical activity: how much exercise is enough?" (with Peterson JC, Charlson ME, Altemus M.). *Clin Ther*. 36(11):1518-30, 2014.

[184]   "Small Changes and Lasting Effects (SCALE) Trial: The Formation of a Weight Loss Behavioral Intervention Using EVOLVE" (with Phillips-Caesar EG et al). *Contemporary Clinical Trials* 41C:118-128, 2015.

[185]   "Improved loss estimation for the lasso: a variable selection tool" (with Narayanan R). *Sankhya B*, 77, 45-74, 2015.

[186]   "The Death Penalty: Should the Judge or the Jury Decide Who Dies?" (with Hans V, Blume JH, T, Hritz AC, Johnson SL, Royer CE). *Journal of Empirical Legal Studies* 12, 70–99, 2015.

[187]   "Pain and Suffering Damages in Wrongful Death Cases: An Empirical Study" (with Chang YC, Eisenberg T, Ho HW), *Journal of Empirical Legal Studies* 12, 128–160, 2015.

[188]   "Addressing the Zeros Problem: Regression Models for Outcomes with a Large Proportion of Zeros, with an Application to Trial Outcomes (with Eisenberg T, Eisenberg T, Zhang M). *Journal of Empirical Legal Studies* 12, 161–186, 2015.

[189]   "The Relationship between Social Network Body Size and the Body Size Norms of Black and Hispanic Adults" (with Winston G et al).  *Preventive Medical Reports* 2:941-945, 2015.

[190]   "Social network characteristics associated with weight loss among black and Hispanic adults (with G Winston et al). *Obesity* 23(8):1570-6, 2015.

[191]   "Simultaneous sparse estimation of canonical vectors in the $p >> N$ setting" (with Gaynanova I, Booth J).  *Journal of the American Statistical Association, 111*, 696-706, 2016.

[192]   "Estimation of the inverse scatter matrix of an elliptically symmetric distribution" (with Fourdrinier, D and Mezoued, F). *Journal of Multivariate Analysis, 143*, 32-55, 2016.

[193]   "Penalized versus constrained generalized eigenvalue problems" (with Gaynanova I, Booth J). *Journal of Computational and Graphical Statistics*, to appear.

[194]   "Improved second order estimation in the singular multivariate normal model (with Chételat, D). *Journal of Multivariate Analysis, 1147, 1-19, 2016.*

[195]   "Pain and Suffering Damages in Personal Injury Cases: An Empirical Study" (with Chang, Y-C, Eisenberg, T, Ho HW). *Journal of Empirical Legal Studies, 14*, 199-237, 2017.

[196]   "Revisiting Eisenberg and Plaintiff Success: State Court Civil Trial and Appellate Outcome" (with M Heise).  *Journal of Empirical Legal Studies, 13*, 516-535, 2016.

[197]   "Impact of Early Detection of Respiratory Viruses by Multiplex PCR on Clinical Outcomes in Adult Patients" (with U Rappo et al).  *Journal Clinical Microbiology, 54*, 2096-2103, 2016.

[198]   *"*A Regularized Profile Likelihood Approach to Covariance Matrix Estimation" (with S Monni and S Banerjee). *Journal of Statistical Planning and Inference*, 79, 36-59, 2017.

[199]   *"*Innovative approaches to weight loss in a high-risk population: The small changes and lasting effects (SCALE) trial" (with EG Phillips *et al*). *Obesity* 25.5 (2017): 833-841.

[200]   "Sex-and Race-Related Differences in Characteristics and Outcomes of

Hospitalizations for Heart Failure with Preserved Ejection Fraction"(with P Goyal et al.).  *Journal of the American Heart Association* 6.4, 2017: e003330.

[201]   "Variational Bayes for Hierarchical Mixture Models," (with M Wan, J Booth), in *Handbook of Big Data Analytics*, Springer, *2018.*

[202]   "Probabilistic Matching: Incorporating Uncertainty to Correct for Selection Bias" (with HF Tan, GJ Hooker), NIPS Causal Inference Workshop, 2016.

[203]   "Tree Space Prototypes: Another Look at Making Tree Ensembles Interpretable" (with HF Tan, GJ Hooker), NIPS 2016 Workshop on Interpretable Machine Learning in Complex Systems, 2016.

[204]   "*RRmix*: A method for simultaneous batch effect correction and analysis of metabolomics data in the absence of internal standards" (with S Salerno, et al). *PloS One* 12.6, 2017: e0179530.

[205]   "Confidence Intervals for the Selected Populations Means" (with C Fuentes and G Casella). *Electronic Journal of Statistics,* 12, 58–79, 2018.

[206]   "A Double Parametric Bootstrap Test for Topic Models" (with S Seto, S Tan, G Hooker). *NIPS 2017 Symposium on Interpretable Machine Learning*, 2018.

[207]   "Empirical Methods for the Law: Comment" (with D Gilbert). *Journal of Institutional and Theoretical Economics,* 174(1), 24–28, 2018.

[208]   "On the Domain of Attraction of a Tracy-Widom Law with Applications to Testing Multiple Largest Roots" (with D Chételat and R Narayanan). *Journal of Multivariate Analysis,* 165, 132-142, 2018.

[209]   "rTensor: An R Package for Multidimensional Array (Tensor) Unfolding, Multiplication, and Decomposition" (with J Li, J Bien).  *Journal of Statistical Software*, 87(10), pp.1-31, 2018.

[210]   "The middle-scale asymptotics of Wishart matrices" (with D Chételat). *Annals of Statistics*, 47, 2639-2670, 2019.

[211]   "Facilitating high-dimensional transparent classification via empirical Bayes variable selection" (with H Bar, J Booth, K Liu). *Applied Stochastic Models in Business and Industry*, 34, 949-961, 2018.

[212]   "Predicting death and lost to follow-up among adults initiating antiretroviral therapy in resource-limited settings: Derivation and external validation of a risk score in Haiti" (with ML McNairy, D Jannat-Khah, JW Pape, A Marcelin, P Joseph, JE Mathon), *PloS one* 13 (8), e0201945, 2018.

[213]   "Functional variation in the gut microbiome of wild Drosophila populations"(with A Bost, VG Martinson, S Franzenburg, KL Adair, A Albasi)

*Molecular Ecology*, 27(13), 2834-2845.

[214]   "Mass Spectrometric Identification of Urinary Biomarkers of Pulmonary Tuberculosis" (with F Isa, S Collins, MH Lee, D Decome, N Dorvil, P Joseph, L Smith, K Rhee).  *EBioMedicine* 31, 157-165, 2018.

[215]   "Diabetes Intervention Accentuating Diet and Enhancing Metabolism (DIADEM I): a randomised controlled trial to examine the impact of an intensive lifestyle intervention" (with S Taheri, O Chagoury, H Zaghloul, S Elhadad, SH Ahmed, O Omar) *Trials* 19 (1), 284, 2018.

[216]   "Interventions to Support Behavioral Self-Management of Chronic Diseases",(with JP Allegrante, JC Peterson).  *Annual Review of Public Health*, 2019.

[217]   "Exponential Family Word Embeddings: An Iterative Approach for Learning Word Vectors" (with B Baer, S Seto). *32nd Annual Conference on Neural Information Processing Systems*, 2019.

[218] "Ludometrics: Luck, and How to Measure It" (with D Gilbert). *Journal of Quantitative Analysis in Sports*, 15, 225-237, 2019.

[219] "Does Docket Size Matter? Revisiting Empirical Accounts of the Supreme Court's Incredibly Shrinking Docket" (with M Heise and D Chutkow). *Notre Dame Law Review*, 95, 1565, 2020.

[220] "A scalable empirical Bayes approach to variable selection in generalized linear models" (with HY Bar, JG Booth) *Journal of Computational and Graphical Statistics*, 29(3), pp.535-546, 2020.

[221] "Career choices of underrepresented and female postdocs in the biomedical sciences" (with WM Lambert, MF Cipriano, JN Sneva, JA Morris, LM Golightly), *Elife* 9 e48774, 2020.

[222] "James–Stein Estimator: Introduction" (with BR Baer and GC Casella) *Wiley Stats Ref: Statistics Reference* Online, 1-4, 2020.

[223] "A Bayesian Approach to Event Studies for Securities Litigation" (with BR Baer) *Journal of Institutional and Theoretical Economics* 176.1: 115-122, 2020.

[224] "Fairness Criteria through the Lens of Directed Acyclic Graphs: A Statistical Modeling Perspective" (with BR Baer and DE Gilbert). In *The Oxford Handbook of Ethics of AI*, 2020.

[225] "Reported Methane Emissions from Active Oil and Gas Wells in Pennsylvania, 2014–2018" (with AR Ingraffea, PA Wawrzynek, R Santoro). *Environmental Science & Technology* 54 (9), 5783-5789, 2020.

[226] "Effect of intensive lifestyle intervention on bodyweight and glycaemia in early type 2 diabetes (DIADEM-I): an open-label, parallel-group, randomised controlled trial" (with S Taheri, et al.) *The Lancet Diabetes & Endocrinology* 8, no. 6: 477-489, 2020.

[227] "High-Dimensional Estimation, Basis Assets, and the Adaptive Multi-Factor Model" (with L Zhu, S Basu, RA Jarrow). *Quarterly Journal of Finance*, (04), p.2050017, 2020.

[228] "Tree space prototypes: Another look at making tree ensembles interpretable" (with S Tan, M Soloviev, G Hooker). Proceedings of the 2020 *ACM-IMS on Foundations of Data Science Conference* pp. 23-34, 2020.

[229] "Vasectomy in Men Without Children: Demographics and FamilyPlanning Attitudes from the National Survey for Family Growth" (with BB Najari, JB Persily, JC Peterson, M Goldstein). *Urology Practice*, 8(1), pp.125-130, 2021.

[230] "Dietary Fructose Alters the Composition, Localization and Metabolism of Gut Microbiota in Association with Worsening Colitis" (with D Montrose et al.). *Cellular and Molecular Gastroenterology and Hepatology*, 11(2), 525-550, 2021.

[231] "Randomized Pilot Study of an Advanced Smart-Pill Bottle as an Adherence Intervention in Patients with HIV on Antiretroviral Treatment" (with GB Ellsworth et al). *JAIDS Journal of Acquired Immune Deficiency Syndromes* 86(1):73-80, 2021.

[232] "Clinical and metabolic characteristics of the Diabetes Intervention Accentuating Diet and Enhancing Metabolism (DIADEM-I) randomised clinical trial cohort." (with Zaghloul et al) *BMJ Open* 10, no. 12, 2021.

[233]    "Drawing the Legal Family Tree: An Empirical Comparative Study of 108 Property Doctrines in 128 Jurisdictions" (with Y-c Chang and N Garoupa). *Journal of Legal Analysis*, forthcoming.

[234]    "HALO: Learning to Prune Neural Networks with Shrinkage" (with Seto, Skyler and Wenyu Zhang), Proceedings of the 2021 *SIAM International Conference on Data Mining*, forthcoming.

[235]    "The Tensor Auto-Regressive Model" (with Hill, Chelsey, Li, James, Schneider, Matthew), *Journal of Forecasting*, 40 (4), 636-652, 2021.

[236]    "Dense time-course gene expression profiling of the *Drosophila melanogaster* innate immune response" (with F Schlamp, SYN Delbare, AM Early, S Basu, AG. Clark). *BMC Genomics*, 22 (1), 1-22, 2021.

[237]    "The fragility index can be used for sample size calculations in clinical trials." (with BR Baer, M Gaudino, SE. Fremes, M Charlson), *Journal of Clinical Epidemiology* 139: 199-209, 2021.

[238]    "Reassembling the fragility index: a demonstration of statistical reasoning." (with BR Baer, M Gaudino, SE. Fremes, M Charlson) *Journal of Clinical Epidemiology*: S0895-4356, 2022.

[239]    "On clinical trial fragility due to patients lost to follow up." (with BR Baer, SE. Fremes, M Gaudino, M Charlson) *BMC Medical Research Methodology* 21, no. 1: 1-11, 2021.

[240]    "Changes in SARS-CoV-2 viral load and mortality during the initial wave of the pandemic in New York City," (with SJ Stalin et al), *PloS One* 16, no. 11: e0257979, 2021.

[241]    "Fragility indices for only sufficiently likely modifications." (with BR Baer, M Gaudino, SE. Fremes, M Charlson), *Proceedings of the National Academy of Sciences* 118, no. 49, 2021.

[242]    "Mixed effect modelling and variable selection for quantile regression." (with HY         Barr, J Booth), *Statistical Modelling*, 1471082X211033490, 2021.

[243]    "Time-Invariance Coefficients Tests with the Adaptive Multi-Factor Model." (with L Zhu, RA Jarrow), *The Quarterly Journal of Finance* 11 (04), 2021.

[244]    "Clustering Structure of Microstructure Measures." (L Zhu, N Sun), *Applied Economics and Finance*, forthcoming.

[245]    "Comorbidity: From a confounder in longitudinal clinical research to the main issue in population management." (with M Charlson), *Psychotherapy and Psychosomatics*, forthcoming.

[246]    "Addendum to Estimating pure-error from near replicates in design of experiments", (C King, Thomas Bzik, P Parker, BR. Baer), *Journal of Quality Technology*, 54:1, 123, 2022.

[247]    "Predictors of life-threatening complications in relatively lower-risk patients hospitalized with COVID-19." (with C Gonzalez et al), *PloS One,* forthcoming.

[248]    "Three comments on the RIR method" (with BR Baer, M Charlson, SE Fremes, M Gaudino), *Journal of Clinical Epidemiology*, forthcoming.

[249]    "Collective effects of human genomic variation on microbiome function." (with FN New, BR Baer, AG Clark, I Brito). *Sci Rep* 12**,** 3839, 2022.

[250]    "Assessing mortality differences across acute respiratory failure management strategies in Covid-19." (with Krishnan, J.K et al.), *Journal of Critical Care*, *70*, p.154045, 2022.

## Testimony History in Past 4 Years

Risperdal and Invega Products Liability Cases
2 depositions
1 Daubert hearing

Testosterone Replacement Therapy Products Liability Litigation MDL No. 2545
3 depositions

Incretin-Based Therapies Products Liability Litigation, No. 3:13-md-2452-AJB (S.D. Cal.)
1 deposition

Georgia E. Warner v. Boehringer Ingelheim Pharmaceuticals
1 deposition

Onglyza Products Liability Litigation
1 deposition
1 Daubert hearing

Proton-Pump Inhibitor Products Liability Litigation
1 deposition

Phillis Grayson and Phillip Penson v. Lockheed Martin Corporation
1 deposition