# EXHIBIT C

**In the Matter Of:**

*In Re - Paraquat Products Liability Litigation*

---

*MARTIN WELLS*

*November 08, 2022*

---



Page 13

1  before?
2      A    Not with him, no.
3      Q    Have you ever worked with Mr. Kennedy
4  before?
5      A    No.
6      Q    Okay.  I'm going to -- did you bring a
7  copy of your report with you today?
8      A    Yes, I did.
9      Q    All right.  I'm going to hand you a
10 copy, but feel free to use the copy that you have.
11 Are there any notes or highlighting on the copy
12 that you have?
13     A    Yes, there are.
14     Q    I'm handing to the court reporter what
15 will be marked as Exhibit 1, a copy of Dr. Wells'
16 expert report in this case.
17         (Exhibit 1 was marked for identification
18 and attached to the deposition transcript.)
19 BY MS. BELOTT:
20     Q    And is this a copy of your report, sir?
21     A    Yes.
22     Q    You're being paid $650 an hour for your
23 work on this case; is that right?
24     A    Yes.
25     Q    And how many hours did you spend

Page 14

1  researching and writing your report so far?
2      A    I think roughly around 70 at this point.
3  That's rough.  That's before traveling and
4  yesterday.
5      Q    So 70 hours not including travel?
6      A    Correct.
7      Q    Okay.  And how much has plaintiffs'
8  counsel paid you to date?
9      A    Zero.
10     Q    But you plan on submitting your bills to
11 counsel?
12     A    Certainly.
13     Q    Yes.  What is the split of pay between
14 counsel for the MDL and for the JCCP?
15     A    I don't know if there's a split.
16     Q    Okay.  Counsel for plaintiffs hired you
17 to analyze the epidemiological evidence relating
18 to the association and causation of the
19 occupational exposure of paraquat to the onset of
20 Parkinson's disease; is that right?
21     A    Correct.
22     Q    So counsel for plaintiffs instructed you
23 to review only studies relating to occupational
24 exposure; is that correct?
25     A    It was just occupations.

Page 15

1      Q    Okay.  And what did you understand
2  occupational exposure to mean?
3      A    I looked at the studies that are out
4  there.  And the studies are split into -- they
5  have residential studies, occupational studies.
6  And so using the classifications of the studies
7  that have been done, I looked at -- looked at
8  the -- looked at those that are primarily focused
9  on, you know, people's work, and, you know,
10 exposure because of their workplace.
11     Q    Are there any limitations on the type of
12 work that you would include in occupational
13 exposure?
14     A    I don't know what you mean.
15     Q    So does occupational exposure include
16 farmers?
17     A    Yes.
18     Q    Would occupational exposure include a
19 maintenance worker spraying paraquat around the
20 building?
21     A    It's workers that are, you know,
22 applying -- applying paraquat.
23     Q    So occupational exposure means spraying
24 paraquat as part of your job?
25     A    Well, they may -- they may be -- the

Page 16

1  studies are focused on occupations; but I don't
2  know what people are doing outside their jobs, if
3  they're farmers or what other experiences they
4  have with paraquat.
5      Q    But you're relying on the definitions
6  within the studies to determine whether it's
7  occupational or not?
8      A    Correct, I'm using the studies.
9      Q    So do participants in these studies have
10 to use paraquat as part of their job in order to
11 be classified as occupational exposure?
12     A    They -- there's different ways they
13 classify what, you know, what their exposure was.
14 And so they have criteria that are within --
15 they're defined within the studies.  I'm using the
16 criteria that are given in those studies.
17     Q    Okay.  So does exposure -- in order to
18 be classified as occupational exposure, do the
19 participants have to spray paraquat as part of
20 their job?
21     A    It -- I'm just using what the studies
22 are defining.  So the studies have a definition of
23 what exposure is; I'm using the study's
24 definition.
25     Q    And if the study does not require the

Page 17

1  participants to be exposed to paraquat as part of
2  their job, would you have included this study in
3  your meta-analysis?
4      **A    I included the -- I looked at the**
5  **studies that say they're occupational studies, and**
6  **I included those studies.**
7      Q    So are you relying on the title of the
8  study?
9      **A    No.  They have included criteria within**
10 **the study.**
11     Q    So just use of the word "occupational"
12 within the study means that it could be included
13 in your meta-analysis?
14     **A    They're classified as occupational --**
15 **many are residential.  Some are occupational**
16 **studies.  And if they talk about workers and their**
17 **exposure because of the work, those are the**
18 **occupational studies.**
19     Q    What if a study includes both
20 occupational and residential exposure; would you
21 include it in your meta-analysis?
22     **A    I don't think I did.  I think I looked**
23 **at purely occupational studies.**
24     Q    So is your criteria within the studies
25 that it be only occupational and not also include

Page 18

1  residential exposure?
2      **A    So I -- again, I look at the studies.  I**
3  **look at how they're classified, whether they're**
4  **occupational.  Some are very broad.  These --**
5  **these are -- the ones that I included are**
6  **occupational studies, and those are the ones I**
7  **include.  Those are the ones that have been**
8  **included in other -- other studies by other**
9  **researchers.  So I'm looking at what's consistent**
10 **with the literature and applying those standards**
11 **to my analysis.**
12     Q    So I'm going to ask it again.  If the
13 study includes both occupational and residential
14 exposure, would you have excluded it in your
15 meta-analysis or would you include it?
16     **A    I think it's mostly the occupational**
17 **studies and the -- if there's a residential**
18 **aspect, I'm not -- I don't remember the details.**
19 **I could look -- look at all the inclusion**
20 **criteria --**
21     Q    Well, no, I'm not --
22     **A    -- that the -- but they're the**
23 **occupational studies that have been defined by**
24 **the -- by other researchers, and those are the**
25 **ones that I'm including.**

Page 19

1      Q    So if other researchers had classified a
2  study as including both residential and
3  occupational exposure, you would have excluded it
4  from your meta-analysis, correct?
5      **A    Not necessarily.  I would look at -- I**
6  **would have to look at what the -- what the studies**
7  **are.**
8      Q    Okay.  So are you -- are you defining
9  "occupational" yourself, or are you relying on
10 prior meta-analyses and prior classifications to
11 determine what's residential versus exposure?
12     **A    I'm being consistent with the**
13 **literature.**
14     Q    Consistent with the literature.
15         So instructing you to review only
16 studies relating to occupational exposure, that
17 means that you're excluding studies from your
18 review, correct?
19     **A    Yeah.  There's --**
20         MR. KENNEDY:  I think he -- with respect
21 to the meta-analysis, that's what he did, I think
22 he said.
23         MS. BELOTT:  He can answer that.
24         MR. KENNEDY:  But not with -- if you
25 look at his report --

Page 20

1          MS. BELOTT:  Okay.  He can answer.
2          MR. KENNEDY:  -- he looked at a lot more
3  than just occupational studies.  His report has --
4          MS. BELOTT:  And he's welcome to testify
5  to that.
6      **A    So I --**
7          MR. KENNEDY:  Go ahead.  Excuse me.
8      **A    So I started out with a big set of**
9  **studies.  And then from that big set of studies, I**
10 **whittled it down to occupational studies, and**
11 **those are the ones that I analyzed in my**
12 **meta-analysis.**
13     Q    And you were instructed by counsel to
14 not include studies that did not relate to
15 occupational exposure in your meta-analysis; is
16 that correct?
17     **A    What do you mean?  Say that one more**
18 **time, please.**
19     Q    Your instruction from counsel was to
20 exclude studies that do not include occupational
21 exposure, correct?
22     **A    They didn't give me that instruction.**
23 **They said to study the occupational -- they didn't**
24 **tell me what to exclude.  They were told -- they**
25 **told me to look at the occupational studies.**

Page 65

1 exposed in certain ways, how long they were
2 exposed, you know -- excuse me.
3       You look at the exposure criterion in
4 the study. You look at what -- the exposure
5 criterion for the cases. And you have to sort of
6 make -- you look at all the studies and decide
7 whether they satisfy certain criteria, and that's
8 what I did.
9       I sort of treated these uniformly across
10 all the studies and made the decision what the
11 inclusions are. And these are the -- these are
12 the studies that have -- you know, have been used
13 by other scholars and other researchers over time.
14    Q   So my question was, what are the
15 exposure criteria in your studies?
16       MR. KENNEDY: Look at the studies and
17 go --
18       THE WITNESS: Yeah.
19       MR. KENNEDY: -- and through the
20 exposure criteria. Don't guess.
21    A   So each of the studies have an
22 instrument that they use to define what the
23 exposure is, and they list that in the paper. And
24 they vary slightly between all of them. They --
25 they -- many of them do surveys. Many of them do

Page 66

1 face-to-face surveys. And they make decisions
2 based on what the responses to the -- those
3 instruments were. That's the -- the criteria. I
4 could look at each study. It would be easier.
5    Q   I'm not interested in each study. I'm
6 interested in what the criteria are with respect
7 to exposure for inclusion in your meta-analysis.
8    A   So these are the studies that were --
9 that people have analyzed over time. And they
10 have -- each one has a slightly different exposure
11 criteria. And so that's what -- I'm using the
12 exposure criteria within those studies.
13    Q   Did you --
14    A   I'm looking at those as a whole and
15 deciding, you know, is that sufficient to -- you
16 know, is it specific to paraquat or is it
17 specific, you know, in general but mostly specific
18 to paraquat since that's the issue here? Were
19 they exposed to paraquat?
20       And then each study has a way of
21 measuring that -- that exposure, whether it be by
22 interview, a survey. You know, each one is a
23 little bit different.
24    Q   Okay. Did you have requirements with
25 respect to exposure assessments for inclusion in

Page 67

1 your meta-analysis?
2    A   I had the ones that were given in the
3 study. Again, I looked at all the studies and
4 made the decision whether they would be in the --
5 in the analysis or not based on the study's
6 individual exposure criterion and was that
7 satisfactory. That was a decision whether they
8 would be in or not.
9    Q   Okay. So what factors did you consider
10 in determining whether the exposure assessment was
11 reliable enough to include in your meta-analysis?
12    A   So you have to look at every -- each
13 study. They have -- each one has an exposure
14 assessment, how they did it and whether they were
15 exposed to paraquat. Like, for instance, Tanner
16 exposure was over a certain period of time, and
17 other studies had different ones. And so each
18 study had a different criteria that are listed in
19 the -- in each of the studies.
20    Q   Did you identify criteria for inclusion
21 in your meta-analysis before you looked at the
22 studies?
23    A   Yes, yes.
24    Q   Okay. What were the criteria with
25 respect to exposure assessment?

Page 68

1    A   The criteria -- the -- the exposure
2 assessment was done well and that they're
3 reliable -- reliable exposure criteria. Every
4 study was a little different, so you had to read
5 each study and see what -- what they actually can
6 measure. But you had to look at sort of reliable
7 measurements, that they were actually measuring
8 paraquat as opposed to -- you know, some weren't
9 measuring paraquat.
10       And so you had to look at how specific
11 the measurements were, the exposure was, and each
12 one was a little bit different. So you had to see
13 within that -- that fit within the framework of
14 having reliable exposure.
15    Q   So your criteria was that the exposure
16 assessment be done well, be reliable, and be
17 specific to paraquat.
18    A   Yes.
19    Q   Any other requirements with respect to
20 exposure assessments?
21    A   Yeah, every study was a little bit
22 different, so you had to see --
23    Q   How do you -- what factors did you
24 consider in determining whether an exposure
25 assessment was reliable?

Page 85

1    A   But the studies don't have that
2 information.
3    Q   So you don't have --
4    A   And so when you do an epidemiological
5 study, every study has its strengths and its
6 weaknesses.  And so you try to leverage the --
7 leverage the strengths from that study.  And when
8 you combine a crude odds ratio with an adjusted
9 odds ratio, that's going to give information about
10 the phenomenon that when you do -- when you are
11 getting some information about the control, the
12 confounding, because you're leveraging the two,
13 the crude and the adjusted, together, so it's
14 reasonable to combine that.
15        It's better to have an adjusted odds
16 ratio.  I agree with that.  But if you don't have
17 it, you don't have it.
18    Q   And if you don't have it, you don't know
19 how the odds ratio would be impacted if you had
20 controlled for those risk factors, correct?
21    A   You don't have that information.
22    Q   So you don't know.
23    A   You just don't have the information.
24    Q   There are several different published
25 guidelines for doing a systematic review or a

Page 86

1 meta-analysis.  You cite to Cochrane in your
2 report.  Do you consider them to be an
3 authoritative source on how to conduct a sound and
4 credible meta-analysis?
5    A   Yes.
6    Q   Did you follow Cochrane's guides in your
7 meta-analysis here?
8    A   Yeah, I -- I follow their process.  I
9 taught for Cochrane.  And I follow the process
10 for, you know, how we teach them to do
11 meta-analysis.
12    Q   Cochrane also refers to PRISMA
13 guidelines.  Do you consider PRISMA to be an
14 authoritative source on how to conduct a sound and
15 credible meta-analysis?
16    A   Yeah.  It's sort of an evaluation of
17 exposures and the disease.
18    Q   And did you follow PRISMA in preparing
19 your report?
20    A   I didn't do the checks that the other
21 studies did, sort of different type of quality
22 assessments in the -- in the -- in their analysis.
23    Q   And why --
24    A   So I didn't redo those because they were
25 already done.

Page 87

1    Q   Okay.  You limit your meta-analysis to
2 case-control studies, correct?
3        MR. BAGHDADI:  Hello.  I'm sorry to
4 interrupt.  We cannot hear the witness at all.
5 It's muffled and it's like in an echo chamber.
6        MS. BELOTT:  Let's go off the record.
7        VIDEO TECHNICIAN:  Stand by.  Going off
8 the record at 10:22.
9        (A brief recess was taken.)
10        VIDEO TECHNICIAN:  We are on the record.
11 The time is 10:28.
12        MR. COOPER:  He's not here.
13        VIDEO TECHNICIAN:  We're going off the
14 record.  The time is 10:28.
15        (A brief recess was taken.)
16        VIDEO TECHNICIAN:  We are on the record.
17 The time is 10:29.
18 BY MS. BELOTT:
19    Q   Dr. Wells, you limit your meta-analysis
20 to case-control studies, correct?
21    A   Correct.
22    Q   And is that a decision that you made or
23 an instruction from counsel?
24    A   I -- I made that decision.
25    Q   You don't include any prospective cohort

Page 88

1 studies in your meta-analysis?
2    A   No.
3    Q   And you did not conduct a separate
4 meta-analysis on prospective cohort studies?
5    A   No, I don't.
6    Q   You do not provide any reason in your
7 report for not combining cohort and case-control
8 studies, correct?
9    A   I think I say it's bad statistical
10 practice.
11    Q   Okay.  Where in your report do you say
12 that?
13    A   I don't see it right at the moment, but
14 that's the standard.
15    Q   Okay.  Regardless of whether it's in
16 your report, can you explain to me why it's bad
17 statistical practice to combine case controls and
18 cohorts in a meta-analysis?
19    A   The timescales are different.  You're
20 comparing different types of effect estimates.
21 And in cohort studies, you compute -- compute risk
22 ratios.  In case-control studies, you compute odds
23 ratios.  Those are different measures.  They're
24 just different designs, and usually one doesn't
25 like to mix different designs in meta-analysis.

Page 89

1    Q   Okay.  You reviewed some of the
2  peer-reviewed meta-analyses that have been
3  conducted on paraquat and Parkinson's disease,
4  correct?
5    A   Yes.
6    Q   And some of those do pool out ratios --
7  or pool risk assessments from cohorts and case
8  controls, correct?
9    A   I think some do; some don't.
10   Q   Okay.  But you chose not to?
11   A   Correct.
12   Q   You said that Cochrane -- you consider
13  Cochrane to be an authoritative source on
14  conducting a meta-analysis, correct?
15   A   Correct.
16   Q   I'm going to hand you what's been marked
17  Exhibit 2.  This is a printout from the Cochrane
18  training website, "Chapter 24:  Including
19  non-randomized studies on intervention effects."
20      (Exhibit 2 was marked for identification
21  and attached to the deposition transcript.)
22  BY MS. BELOTT:
23   Q   Have you seen this chapter before,
24  Dr. Wells?
25   A   Yes.  I've looked at this book.  I

Page 90

1  can't -- I'm probably thinking of the citation
2  that I was thinking of is probably in this
3  chapter.  But let's go through it and point out
4  where -- what you would like us to look at.  Or I
5  can read the whole thing first.
6    Q   No.  That's okay.
7      Let's turn to page 20.
8      MR. KENNEDY:  I'll let you get away with
9  that one, but we'll proceed.
10   Q   The page numbers are on the bottom
11  right.
12   A   Yes.  Thank you.  I see it.
13   Q   And it says, "We recommend that NRSI" --
14  and NRSI is non-randomized studies on
15  intervention, correct?
16   A   Where are you reading?
17   Q   So this -- you see the bold language in
18  the second paragraph?
19   A   Okay.
20   Q   Right before the bold language.
21  "Therefore, we recommend that NRSI,"
22  non-randomized studies on intervention, "that have
23  very different design features should be analyzed
24  separately."
25      Is that the provision you were looking

Page 91

1  for?
2    A   Correct.
3    Q   Okay.  This recommendation implies that,
4  for example, randomized trials and NRSI should not
5  be combined in a meta-analysis and that cohort
6  studies and case-control studies should not be
7  combined in a meta-analysis if they address
8  different research questions."
9      Do you see that?
10   A   Yes.
11   Q   Okay.  The prospective cohort studies on
12  paraquat and exposure to paraquat and Parkinson's
13  disease are addressing the same research question
14  as the case-control studies on paraquat and
15  Parkinson's disease, correct?
16   A   Yes, but they're different -- different
17  measures they're using to calculate.  I mean, one
18  is an odds ratio, and one is a risk ratio.
19   Q   Okay.
20      THE REPORTER:  One is a?
21      THE WITNESS:  Risk ratio and one is an
22  odds ratio.
23   Q   Okay.  So is the difference in
24  association measures the primary reason that you
25  did not combine the prospective cohorts and the

Page 92

1  case-control studies?
2    A   And they have different designs.  I
3  mean, it's a -- different design features.
4    Q   Okay.  But is the difference in
5  association measures the primary reason?
6    A   That's a measured design -- design --
7  design measures.  I mean, one is an incident
8  study.  One is a -- possibly a prospective study,
9  or a -- or -- oftentimes they're retrospective so
10  they just have different design features.
11   Q   Okay.  If you look to the next
12  paragraph, it gives an example of when an author
13  combined cohort and case-control studies, correct?
14  So it -- it's done regularly in practice, correct?
15   A   It's done and also these are --
16  they're -- they're talking about intervention
17  studies here.  That's different than the type of
18  studies we're looking at.  We're not really
19  looking at interventions.
20      MR. KENNEDY:  Feel free to look at the
21  entire thing if you need to to answer the
22  questions.
23   A   I mean, they're making statements about
24  a fairly particular type of intervention study,
25  and I don't know what their -- what -- you know,

Page 105

1    Q   Correct.  I'm asking you what -- is --
2  your eligibility criteria with respect to
3  Parkinson's disease diagnosis, would you have
4  excluded studies that only provided self-reported
5  diagnosis?
6    A   It depends -- it depends on the study.
7    Q   Were you making the decision as to
8  whether or not to include or exclude the studies
9  based on Parkinson's disease diagnosis?
10    A   That was part of my decision process of
11  how -- how the disease was -- how the -- how the
12  diagnosis was given.
13    Q   Okay.  So if a study included a
14  self-reported Parkinson's disease diagnosis but
15  did not include in-person evaluation by a movement
16  disorder specialist and did not include review of
17  medical records by a movement disorder specialist,
18  that study would have been excluded from your
19  protocol -- from your meta-analysis, correct?
20    A   Again, I look at lots of different
21  factors.  I'm not looking at one particular
22  factor.
23    Q   Okay.  So is -- so a study could meet
24  one criteria and not meet another criteria and it
25  would be included in your meta-analysis?

Page 106

1    A   You can look at -- look at the totality
2  of the -- you know, what the study brings and, you
3  know, how well it's done in order to make a
4  decision whether it's in or not.  In the case of
5  Pouchieu, that was the one that was a self-report
6  That had problems.  We could go -- go into that if
7  you want.
8        Other studies that people -- you were
9  bringing up, the cohort study, Shrestha, is also
10  just: Were you diagnosed with PD?  So that's a
11  study that's a cohort study that you're claiming
12  is a good study, but that's their diagnosis or
13  that's how they do the diagnosis.
14        So you have to be careful about, you
15  know, looking at what -- what -- you know, how the
16  study is done rather than just making -- picking
17  at one little issue.
18    Q   So in order to determine what studies
19  merited inclusion in your meta-analysis, you
20  undertook a holistic assessment of whether or not
21  that study was reliable enough for inclusion.
22    A   Correct.
23    Q   You did not have specific eligibility
24  criteria that a study would have to meet in order
25  to be included in your meta-analysis?

Page 107

1    A   That's part of a -- if the study is
2  doing poorly on one aspect.  So on the medical
3  records, in van der Mark, that wasn't done well.
4  That assessment of the disease wasn't done well.
5  Whereas, in Firestone, it was done well because
6  they had better assessment after that.
7        They're both medical records, but how
8  the -- how the diagnosis was done was vastly
9  different.
10    Q   So you didn't have specific eligibility
11  criteria, a set of rules that a study had to meet
12  in order to be included in your meta-analysis?
13    A   I, as I said, there's -- I looked at all
14  the features of the study.
15    Q   Okay.  Can you give me a set of rules
16  that a study would have needed to meet in order to
17  be included in your meta-analysis?
18    A   So you have to look at the, you know,
19  what the case -- the assessment of the disease.
20  You have to look at the assessment of exposure.
21  You have to look at, you know, were the cases
22  actually cases?  Were the controls selected from
23  the same population?  Were they -- did they
24  actually have PD?  Was it designed well?
25        So there's all these features that go

Page 108

1  into trying to understand whether it's a good
2  epidemiological study.
3    Q   So I understand those are the factors
4  that you looked at, but you cannot give me a list
5  of criteria that each study would have had to meet
6  in order to be included in your meta-analysis.
7  Instead, you took a holistic view.
8    A   I took a holistic view.  And then you
9  look at each of those factors and decide whether
10  it's a good -- you know, that satisfies good
11  epidemiological practice or not.
12    Q   And you reviewed the entirety of the
13  literature on paraquat and Parkinson's disease and
14  undertook this holistic view to determine which
15  studies would be included in your meta-analysis?
16    A   As I said earlier, I started with a
17  bigger set of the general epidemiological studies
18  that were -- have sort of been -- that had been
19  looked at and used in the literature.  And then my
20  task was to look at the occupational studies.  So
21  I limited to the occupational studies.
22        Then I looked at all the articles in the
23  occupational studies that were in the literature
24  in play in the other review articles, and I used
25  that as my set that I made decisions about which

Page 109

1 is included and which is not.
2    Q   Did you consult with a professional
3 epidemiologist with respect to this holistic
4 approach to assessing epidemiology studies?
5    A   I don't know -- I -- I have the
6 credentials to do this.  I had a process that I --
7 that I followed.  And I -- I know how to look at
8 studies.  I'm an expert in this area,
9 understanding what good design is.  So I made the
10 decision.
11    Q   Okay.  If I wanted to follow your
12 process, do you have a set of rules that I can
13 follow to get to that, the same seven studies in
14 your meta-analysis?
15    A   I don't have it written down, but I had
16 a process that I went through.  And I looked at
17 all the studies, and I made my decisions based on
18 that.
19    Q   But no one else could follow your same
20 process independently?
21    A   I think they would come to the same
22 place.  If we -- if we talked about what are
23 good-quality studies and what are the issues
24 that -- where -- what studies don't give as
25 reliable evidence, they would probably come to the

Page 110

1 same place.
2    Q   Okay.  That's not my question.
3        Could I follow your process
4 independently based on a set of rules, a set of
5 criteria, and get to the same results as you?
6    A   I could probably write that down, and
7 you could follow that.  But I didn't write it
8 down.  But I could probably write it down, and you
9 would get to the same place.
10    Q   Okay.  What would you write down?  What
11 are the criteria for inclusion in your
12 meta-analysis?
13    A   Just as I said:  How good is the
14 diagnosis?  What's the disease diagnosis?  What's
15 the --
16    Q   I'm sorry.  Can I just stop you right
17 there.
18        How would I identify whether it's a good
19 diagnosis?
20    A   So was it -- was it done by an expert in
21 movement disorders?
22    Q   So is that your criteria for inclusion?
23    A   That was part of the criteria.
24    Q   So in order to meet -- in order to be
25 included in the seven, it has to have diagnosis

Page 111

1 confirmed by a specialist?
2    A   You have to have a PD diagnosis.
3    Q   By a specialist.
4    A   By a doctor that can diagnose PD.
5    Q   So all seven studies in your
6 meta-analysis meet that criteria.
7    A   The Firestone, it's a medical record
8 study, but those medical records were looked at by
9 experts, and they can make some diagnoses.
10    Q   Okay.  So if a study did not meet that
11 criteria, you would have excluded it.
12    A   I believe they all had -- I believe they
13 all had firm diagnoses of PD.
14    Q   My question is, if a study did not meet
15 your criteria, would you have excluded it on that
16 basis?
17    A   Then I would look at the other aspects
18 of the studies, see how good -- how good are the
19 other studies --
20    Q   So a study --
21    A   -- excuse me, the other criteria.  How
22 good was the diagnosis of the exposure?  You know,
23 was it a well-carried-out study?  You know, the
24 various things that I have mentioned already.
25 That's all part of the -- you take a holistic

Page 112

1 view.  You make an assessment whether the study is
2 going to be in or out, and then that's what I
3 used.
4    Q   Okay.  So what would another person use
5 to replicate your holistic assessment?
6    A   They would look at how good the
7 diagnosis is.  They would look at how good the
8 exposure assessment was.  They would look at
9 the -- if the cases were -- if the cases were
10 really cases.  Were the controls really controls?
11 Was the -- was it, you know -- were there other
12 design issues that were accounted for?  So all --
13 all the issues, he would look at everything
14 simultaneously or holistically and you make a
15 decision what's in or out -- or out.
16    Q   And is that the proper approach under
17 Cochrane?
18    A   I think I'm following -- I'm following
19 what -- you know, making decisions about each of
20 the criteria that are important in a study, and
21 I'm making that decision.  And those are the ones
22 that are included in the study.
23    Q   And you -- you are not relying on any
24 other experts in identifying this eligibility
25 criteria.

Page 113

1    A   I didn't -- I didn't work with anybody
2 on this. That was my approach, the approach that
3 I used to select the studies.
4    Q   And did you identify the criteria before
5 you began reviewing the studies?
6    A   Yes.
7    Q   And did you write it down?
8    A   No.
9    Q   And have you given us an exhaustive list
10 just now of all the criteria that were relevant to
11 your assessment of the studies?
12    A   I've said this over and again. I've
13 looked at all these different aspects of the
14 study -- the studies, and that's what was used to
15 make a decision whether they're in or out.
16    Q   And my question was, did you give an
17 exhaustive list of the different aspects of the
18 studies that you used to decide whether they were
19 in or out?
20    MR. KENNEDY: I'm asking you to look at
21 your report. If she's asking an exhaustive
22 report, please refer to your report.
23    Q   If you can point me in your report to a
24 list of criteria for inclusion in your
25 meta-analysis, I would love that.

Page 114

1    A   No. It's not in there.
2    Q   Okay.
3    A   It's not in there.
4    Q   Thank you.
5    MR. KENNEDY: He can point to what he
6 did.
7    A   What I did in each of those ones -- in
8 each study. We can look at each study. We can
9 look at study by study why it's in, why it's out.
10    Q   That is a great idea.
11    All right. Let's take a look at Liou
12 1997. It's L-I-O-U.
13    (Discussion off the stenographic record.)
14    (Exhibit 4 was marked for identification
15 and attached to the deposition transcript.)
16 BY MS. BELOTT:
17    Q   Okay. You said earlier that you limited
18 your meta-analysis to occupational exposures,
19 correct?
20    A   Yes.
21    Q   And in your report, you note that
22 "Occupational exposure, as compared to community
23 exposure, can be more accurately documented given
24 the direct contact with pesticides and exposure
25 frequency."

Page 115

1    Correct?
2    A   Yes.
3    Q   Again, you're not an expert in
4 occupational exposures, correct?
5    A   Correct.
6    Q   You've never conducted a study assessing
7 occupational exposures before?
8    A   Correct.
9    Q   So Liou 1997 recruits patients from the
10 Movement Disorder Clinic of the National Taiwan
11 University Hospital in Taipei, correct?
12    A   Yes.
13    Q   And controls were similarly recruited
14 from the neurologic or medical outpatient clinic
15 at the same hospital, correct?
16    A   Yes.
17    Q   So Liou 1997 didn't recruit farmers as
18 subjects, correct?
19    A   They're recruited from the hospital.
20    Q   Occupation had nothing to do with the
21 recruitment of cases and controls, correct?
22    A   But it was part of the analysis.
23    Q   Was it part of the recruitment?
24    A   So they got information about they
25 recruited this number of people, and then they got

Page 116

1 information about their farming and various other
2 issues.
3    Q   Okay. That wasn't my question.
4    Occupation had nothing to do with the
5 recruitment of cases and controls, correct?
6    A   I don't see that. I don't see it.
7    Q   All right. Liou gathered exposure
8 information retrospectively through
9 questionnaires, correct?
10    A   Correct.
11    Q   And Liou defined a positive exposure as
12 an occupational or residential contact with a
13 given factor for at least one year before the
14 onset of Parkinson's disease, correct?
15    A   Correct.
16    Q   So the study found that there were
17 significant associations between risk of PD and
18 occupational or residential exposure to herbicides
19 and pesticides, correct?
20    A   Yes, it had elevated odds ratio.
21    Q   Including a strong association between
22 paraquat exposure and PD risk, correct?
23    A   Yes.
24    Q   So even though Liou did not meet your
25 own stated criteria for occupational exposure and

Page 117

1 included residential exposure as well, you
2 included it in the results anyway.
3    **A    Yes.**
4    Q    You bent the rules for Liou.
5    **A    I -- it had -- it had good information**
6 **about occupational exposure.**
7    Q    But also had information about
8 residential as well.
9    **A    Correct.**
10    Q    And you couldn't separate the two.
11    **A    I -- I looked at the -- I decided this**
12 **is a good study.  It had good recruitment, good**
13 **diagnoses, and a -- seemed to follow the patients**
14 **well, so it seemed like an excellent study to**
15 **include.**
16    Q    Okay.  Liou is one of the only two
17 studies that you cite in your meta-analysis that
18 found a statistically significant association
19 between paraquat exposure and Parkinson's disease,
20 correct?
21    MR. KENNEDY:  What's your question?  I'm
22 sorry.
23    Q    Liou is -- actually, let me just
24 withdraw the question.
25    The exposure metrics in Liou combined

Page 118

1 occupational and residential exposure, correct?
2 They don't report separately for occupational
3 versus residential, correct?
4    **A    They don't report separately, no.**
5    Q    Okay.  Liou is one of the only two
6 studies that you cite in your meta-analysis that
7 found a statistically significant association
8 between paraquat exposure and Parkinson's disease,
9 correct?
10    **A    Yes.**
11    Q    And including Liou in your meta-analysis
12 increased the pooled odds ratio that you
13 calculated, correct?
14    **A    Correct.  It was -- it was part of the**
15 **study.**
16    Q    Okay.  So it was higher than it
17 otherwise would have been if you did not include
18 Liou.
19    **A    Correct.**
20    Q    And you chose to include Liou in your
21 meta-analysis despite the fact that it included
22 residential exposures based on this unwritten,
23 holistic assessment that you applied, correct?
24    MS. BELOTT:  Excuse me, sir.
25    MR. KENNEDY:  Yes.

Page 119

1    MS. BELOTT:  There's no need to point
2 out language in the document to the witness.  He
3 can find it himself.
4    MR. KENNEDY:  I'm not pointing it out to
5 the witness.  I'm sitting here reading my --
6    MS. BELOTT:  Okay.
7    MR. KENNEDY:  -- paper.
8 BY MS. BELOTT:
9    Q    I'll repeat the question.
10    **A    Okay.**
11    Q    You chose to include Liou in your
12 meta-analysis despite the fact that it included
13 residential exposures based on this unwritten,
14 holistic assessment that you applied, correct?
15    **A    Let me just look at the paper.**
16    (Document review.)
17    Yes, I included it.
18    Q    Based on your holistic, unwritten
19 process that you followed.
20    **A    Yes.  It's a good study.  And it was,**
21 **you know, included in the -- by the EPA.  It was**
22 **included in other studies, too.**
23    Q    Liou 1997 represents almost 74 percent
24 of the weight of your meta-analysis, correct?
25    **A    Correct.**

Page 120

1    Q    It's weighted more than four times as
2 much as the next most-weighted study in your
3 meta-analysis, correct?
4    **A    Yes.**
5    Q    And 27 times as much as the remaining
6 five studies, correct?
7    **A    I didn't do that calculation.**
8    Q    So you would agree that Liou is the
9 single-most important study driving your
10 meta-analysis results?
11    **A    Correct, it's important.**
12    Q    Do you know what your meta-analysis
13 would look like if Liou was removed?
14    **A    I didn't do that.**
15    Q    Have you ever conducted a
16 one-study-removed sensitivity analysis before?
17    **A    I have, but not on this.**
18    Q    Not here.  Why not?
19    **A    Because I made a decision what's --**
20 **what's going to be in the studies.**
21    Q    You don't know what the results would be
22 if you removed Liou from your meta-analysis.
23    **A    No, I don't.**
24    Q    In your meta-analysis at Figure 4, the
25 odds ratio you used for Liou is 3.22 with a

Page 149

1      A    Correct.
2      Q    So your 2.88 elevated odds ratio gave no
3   weight to Shrestha, correct?
4      A    They're different.  They're different
5   studies.  One's a cohort study, and one's a
6   case-control study.
7      Q    Okay.  But your opinions in this case
8   are that there's an elevated odds ratio of 2.88
9   for paraquat exposure, and that number does not
10   include any data from the prospective cohorts on
11   paraquat exposure in Parkinson's disease, correct?
12      A    It contains information from Tanner,
13   which contains information from AHS that those are
14   different -- different designs, different studies,
15   but they do have overlap between the two.  So
16   there is -- there is information from AHS in
17   Tanner, in FAME.
18      Q    That wasn't my question.
19          My question was, your 2.88 elevated odds
20   ratio does not incorporate data from Shrestha
21   2020.
22      A    It does, because it has data from FAME,
23   and FAME is in the AHS.
24      Q    It does not -- your elevated odds ratio
25   of 2.88 does not incorporate the updated

Page 150

1   conclusions on paraquat and Parkinson's disease
2   from the Shrestha 2020 study?
3      A    Correct, but there is data that overlaps
4   between the two.
5      Q    All the participants in Tanner are also
6   participants in Shrestha, correct?
7      A    Yes, I believe so.
8      Q    All the cases from Tanner 2011 that are
9   in Shrestha 2020 meet your diagnostic criteria,
10   correct?
11      A    Yes.
12      Q    But Shrestha includes ten additional
13   years of follow-up time, correct?
14      A    Yes.
15      Q    And Shrestha is several times larger
16   than Tanner with 491 cases, correct?
17      A    Yes.
18      Q    Unlike Tanner, Shrestha's exposure
19   assessment is prospective, correct?
20      A    Tanner has a mix of prospective and --
21   and -- I'm blanking out a word.  It must be
22   lunchtime.  It has a mix of the two types of
23   studies.  Let me look.
24      Q    And Tanner used FAME, so all exposure
25   was collected retrospectively.

Page 151

1      A    But a lot of the data wasn't just --
2   wasn't just -- hold on a second.
3          Many of the Tanner -- the Tanner
4   participants were also -- were in an incident
5   group, and there were some that were retrospective
6   and in a prospective group that is also a lot were
7   in the incident study.
8      Q    Correct.  But Tanner recollected
9   exposure information at FAME and used the --
10   that -- the retrospective data and did not use
11   data that was collected at enrollment, correct?
12      A    But those people were diagnosed before
13   so they are -- they had the exposure before or the
14   treatment so they -- they would be -- they
15   wouldn't be prevalent.  They -- they wouldn't be
16   prevalent.  They would -- they would be in the
17   incident --
18      Q    I'm not talking about whether they're
19   prevalent or incident cases but whether the
20   exposure data that was used in Tanner was
21   prospective or retrospective?
22      A    It was retrospective, but the cases
23   themselves were incident -- many of the cases were
24   incident cases.
25      Q    I understand that.

Page 152

1      A    And so --
2      Q    That's --
3      A    -- so you look at the -- the design or
4   what they were, not how the data was collected
5   because if they're incident cases, then I treat it
6   as incident cases.
7      Q    My question for you is, was the exposure
8   data that was used in Tanner collected
9   retrospectively?
10      A    They went back and did more detailed
11   interviews, but the -- but the exposure was after,
12   so they were incident cases.
13      Q    Do you know --
14      A    So they collected it retrospective, but
15   they were incident cases.
16      Q    Do you know how Tanner treated
17   participants who gave conflicting information on
18   their enrollment data and their FAME interview
19   with respect to paraquat exposure?
20      A    I don't re- -- I know there was an issue
21   but I don't remember what it was.
22      Q    You cite to Shrestha 2020 in your
23   report, correct?
24      A    Yes.
25      Q    And Shrestha is the most recent study

Page 153

1 from the Agricultural Health Study that examines
2 exposure to paraquat and Parkinson's disease?
3    **A    With Parkinson's disease, yes.**
4    Q    You note that, "In Shrestha the hazard
5 ratio for ever-use of paraquat was 1.09 with a
6 confidence interval of 0.84 to 1.41," correct?
7    **A    Yes.**
8    Q    You don't cite to Shrestha at all in
9 your Bradford Hill analysis, correct?
10    **A    No, I don't.**
11    Q    And you don't include Shrestha in any
12 meta-analysis?
13    **A    It's a cohort study.  I don't include**
14 **any meta-analysis.**
15    Q    You don't provide a separate
16 meta-analysis for the cohort studies?
17    **A    So you wouldn't combine Kamel and**
18 **Shrestha because Kamel is nested within Shrestha,**
19 **so you have one study.**
20    Q    Agree -- do you agree that if you had
21 included Shrestha 2020 in your meta-analysis of
22 case controls, it likely would have changed your
23 findings?
24    **A    I don't know what it -- I don't know how**
25 **it would change.  It would --**

Page 154

1    Q    But it would change?
2    **A    -- it would likely lower it, but I don't**
3 **know the implication or the magnitude.**
4    Q    So the only reasons you provide in your
5 report for excluding Shrestha 2020 from your
6 meta-analysis are that they provide different
7 effect measures and that it's a case-control
8 study, correct --
9    **A    It's a cohort --**
10    Q    -- I mean, that it's a cohort study?
11    **A    -- cohort study, yes.**
12    Q    Are there any other reasons that you did
13 not include Shrestha 2020 in your meta-analysis?
14    **A    They have a different way of assessing**
15 **the Parkinson's.  They -- they use the hazard**
16 **doctor -- they would have got a diagnosis of**
17 **Parkinson's.  So they have different -- a**
18 **different disease -- or, you know, disease**
19 **measure.**
20    Q    Did you reach the conclusion that the
21 diagnostic assessment for Parkinson's disease in
22 Shrestha was unreliable?
23    **A    That's what they had.  I didn't do an**
24 **analysis of that.**
25    Q    You didn't assess whether the diagnostic

Page 155

1 assessment in Shrestha was reliable or not?
2    **A    No, I -- I didn't do that but there's a**
3 **subsequent paper that is Shrestha '21 that talks**
4 **about, you know, what happens when you have this**
5 **self-report data and what's needed to improve the**
6 **self-report data.  But they have a discussion that**
7 **the self-report data is lacking.  Tanner also**
8 **talks about the self-report data is lacking, and**
9 **so that's why Tanner did their study and that's**
10 **why Shrestha out of this additional group wrote --**
11 **wrote this newer paper.**
12    Q    Any other reasons?
13    **A    No, it's just self-reporting.**
14    Q    I'm sorry, any other reasons that you do
15 not include Shrestha 2020 in your meta-analysis?
16    **A    No, no.**
17    Q    So we looked at Cochrane, and Cochrane
18 says that, "It can be appropriate to combine
19 cohort and case-control studies where they
20 investigate the same research question," correct?
21    **A    But they also say it's -- they warn**
22 **against it.  I mean, they -- you know, they give**
23 **multiple advice.**
24    Q    But part of that advice is that you can
25 combine them if they investigate the same research

Page 156

1 question, correct?
2    **A    But it's different designs so I don't --**
3 **I don't think it's a good idea.**
4    Q    Do you agree that Shrestha 2020 and the
5 cases in your meta-analysis investigate the same
6 research question?
7    **A    They have different diagnoses for**
8 **Parkinson's disease so it's different.  They have**
9 **a different -- different.  And that's -- some --**
10 **there's a discussion in Shrestha that talks about**
11 **why they are different.  They have a discussion**
12 **about why -- why they're -- why one gets one**
13 **answer, one gets another answer.  And they say**
14 **that the results from Tanner complement Shrestha**
15 **but they say they're different.**
16    Q    I understand that it's your position
17 that the study designs are different, but is it
18 also your opinion -- your -- are you opining that
19 the research question that Shrestha is
20 investigating is different than the case-control
21 studies in your meta-analysis?
22    **A    The big overall question is similar but**
23 **the studies themselves are different.  And, you**
24 **know, read Shrestha, they talk about, you know,**
25 **why -- why the two are -- why Shrestha is also**

Page 157

1  complementary to Tanner.  So they -- they are the
2  ones who have a discussion.
3      Q    So the research question is the same.
4      A    In a meta level, but then the -- you
5  know, the diagnoses are different, the design is
6  different, the -- the measures are different, so
7  it's all very different.
8      Q    Except for the research question.
9      A    It's a general research question about,
10  you know, relationship between PD and Parkinson's
11  and -- and -- PD and paraquat.  It's a general
12  question.
13      Q    Can you point me to any authoritative
14  source on meta-analysis that tells you you cannot
15  combine cohort and case-control studies?
16      A    I can't -- I don't have a reference
17  right now, but it seemed that Cochrane talked
18  about --
19      Q    So this was just part of your unwritten,
20  holistic approach to assessing these studies,
21  correct?
22      A    No, it's just -- it's a practice -- how
23  you practice statistics.  There's plenty of books
24  on meta-analysis -- I can't think of a citation to
25  one right now, but there are plenty of books on

Page 158

1  meta-analysis that say you don't compare those
2  two.
3      Q    You could have included that citation in
4  your report, correct?
5      A    It's sort of best practice.  I mean, I
6  have some expertise in meta-analysis, and I
7  applied it.  Maybe it would have helped to do it,
8  but, you know, Cochrane talks about it.  There's
9  lots of books that talk about it.  You don't
10  mix -- you know, one of the goals of meta-analysis
11  is you want to combine like things, and these are
12  not like things, and so, you know, it's not
13  appropriate to combine them.
14      Q    And we covered already that
15  Breckenridge, which was peer-reviewed and
16  published, and Vaccari, which was peer-reviewed
17  and published, both combine case-control and
18  cohort studies, correct?
19      A    And they combine them in different ways,
20  yes.
21      Q    Neither of which -- neither of which you
22  used in your report?
23      A    Correct.
24         Frankly, I think I'm a better
25  statistician than them, so I think what I did was

Page 159

1  right and --
2      Q    But are you a better epidemiologist than
3  them?
4      A    Yes.
5      Q    You agree that the results of Shrestha
6  are inconsistent with your conclusions in this
7  case?
8      A    They -- they find no effect, but, again,
9  if you read Shrestha, they discuss why their
10  results are in the right direction of Tanner, and
11  then they also talk about what happens with head
12  injury.  And they find a significant relationship
13  if there's -- with head injury, so they -- they
14  try to qualify their nonsignificance and say how
15  it's related to the Tanner results.
16      Q    Are you aware of how many of the
17  plaintiffs for which you provide specific
18  causation opinions have had a history of head
19  injury?
20      A    I -- I don't know that.
21      Q    At the very least you could have
22  included Shrestha as a sensitivity analysis,
23  correct?
24      A    I put it -- I discuss the results.
25      Q    You could have combined Shrestha's

Page 160

1  hazard ratio with your meta-analysis as a
2  sensitivity analysis, correct?
3      A    They're different measures.  I mean,
4  there's different -- you don't -- it's not
5  appropriate to combine them.
6      Q    To combine a hazard --
7      A    Hazard ratio and odds ratio, they're
8  just different, different objects.
9      Q    Okay.  You -- you ran a sensitivity
10  analysis with Pouchieu, correct?
11      A    Yes, I included it in this.
12      Q    And Pouchieu is not a case-control study
13  but a cross-sectional study, correct?
14      A    Cross-sectional.
15      Q    So it is possible to pool results from
16  different -- from studies with different design
17  features, correct?
18      A    Yes, but those are more similar in how
19  they -- you know, how they calculated things, and
20  it -- it looks -- their cross-sectional looks a
21  lot like a case-control study because they
22  identified the individuals with PD and they, you
23  know, looked at the calculation for the
24  individuals, you know, what they had they defined,
25  you know, the self-report.  They defined who has

Page 173

1    Q    Let's look at page 3.  It says,
2    "Potential PD cases were identified by self-report
3    in all AHS surveys."
4         Correct?
5    **A    Where are you looking at?**
6    Q    That first sentence on the -- on page 3.
7    **A    Yes.**
8    Q    "i.e., a positive response to, has a
9    doctor ever told you that you had been diagnosed
10   with Parkinson's disease."
11        Correct?
12   **A    Correct.**
13   Q    "Shrestha also linked the national death
14   index and state death registries with PD reported
15   as an underlying or contributing cause of death."
16        Correct?
17   **A    Yes.**
18   Q    "Self-reported PD cases identified
19   through Phase 2 were previously confirmed by
20   movement disorder specialists as part of the FAME
21   study via structured clinical examinations and
22   medical records."
23        Do you see that?
24   **A    Yes.**
25   Q    So all of the cases that were confirmed

Page 174

1    in Tanner were considered in Shrestha, correct?
2    **A    I don't know if it's all, but -- it**
3    **doesn't say "all," but --**
4    Q    It doesn't say "less than all."
5    **A    Exactly.**
6    Q    It also notes there that "Tanner
7    confirmed 84 percent of the self-reports from
8    enrollment."
9         Correct?
10   **A    Yes.**
11   Q    Pretty reliable metric.
12   **A    Yes.  That's 84, but it depends which**
13   **84, but 84 is good.**
14   Q    "Between 2012 and 2017, we attempted to
15   validate all potential PD cases."
16        Do you see that?
17   **A    Yes.**
18   Q    "Each participant with potential
19   Parkinson's disease or their proxy was asked to
20   complete a detailed screening questionnaire on PD
21   diagnosis, symptoms, characteristics, and
22   treatment."
23        Do you see that?
24   **A    Yes.**
25   Q    So Shrestha attempted to confirm that

Page 175

1    all self-reports of Parkinson's disease were
2    reliable, correct?
3    **A    They tried to do something, yes, they**
4    **should -- which they should.**
5    Q    "They also requested consent to obtain
6    medical records from their treating or diagnosing
7    physician."
8         Do you see that?
9    **A    Yes.**
10   Q    "Screeners were obtained for 510
11   prevalent and incident cases."
12        Correct?
13   **A    Yes.**
14   Q    "The PD screeners were evaluated by a
15   movement disorder specialist to adjudicate PD
16   status using criteria analogous to clinical
17   diagnostic criteria."
18        Do you see that?
19   **A    Yes.**
20   Q    So we have movement disorder specialists
21   reviewing medical records and other information
22   from participants to confirm that they have
23   Parkinson's disease, correct?
24   **A    Yes.**
25   Q    Is that any different from the studies

Page 176

1    that are included in your meta-analysis?
2    **A    This is a cohort study.**
3    Q    That's not what I'm asking you, sir.
4    I'm asking you if the diagnostic
5    criteria and assessment that is used in Shrestha
6    2020 is any different than the diagnostic criteria
7    and assessment in the -- in the seven studies in
8    your meta-analysis.
9    **A    I don't think they got everybody here.**
10   **They did their best to try to assess, and I think**
11   **that's great.  But it's a different design.  They**
12   **couldn't have captured everybody.  And that's what**
13   **the other paper, the Shrestha paper, is -- that I**
14   **mentioned is all about.  They -- it's a paper**
15   **about this section of this article.**
16   Q    If you look down to the next paragraph:
17   "We excluded cases without supporting PD symptoms
18   or medications and those who did not provide
19   consistent responses across surveys."
20        Do you see that?
21   **A    Yes.**
22   Q    So you're not offering the opinion that
23   the diagnostic assessment in Shrestha is less
24   reliable than the diagnostic assessments in the
25   cases included in your meta-analysis, correct?

Page 177

1   A   It's different.  It's just different.
2   Q   Are you offering the opinion that it is
3 less reliable?
4   A   It is just hard -- it's hard to say.
5 It's a different -- different assessment
6 mechanism.  They worked hard to try to, you know,
7 make up for the fact that it's a self-report using
8 these other methods, but it's just a different --
9 different approach.
10   Q   Okay.  Can you explain to me the
11 difference between Firestone where movement
12 disorder specialists reviewed medical records and
13 Shrestha 2020 where movement disorder specialists
14 reviewed medical records and all of these other
15 confirmatory processes that they put into place?
16   A   I think in Firestone, they looked at all
17 of them and it's hard to imagine they looked at
18 all of them in Shrestha.
19   Q   Well, they give you the number.  They
20 looked at 491.
21   A   But that's not all of them.  That's not
22 all of them.
23   Q   If you look at the bottom, "80.6 percent
24 of the 491 cases had some confirmatory information
25 from a validation screener, medical record, FAME

Page 178

1 evaluation, or death certificate."
2       Do you see that?
3   A   Yes.
4   Q   So they were able to confirm for
5 80 percent of the participants.
6   A   Right.
7   Q   Okay.  So can you explain to me the
8 difference between the Firestone diagnostic
9 assessments and the Shrestha 2020 assessments?
10       MR. LANDEVER:  Objection, asked and
11 answered.
12   Q   You can go ahead.
13   A   Well, Firestone did them all, and they
14 only did a subset.
15   Q   And are you opining that the diagnostic
16 assessment that they did do for the 80 percent in
17 Shrestha is less reliable than the diagnostic
18 assessment that they used in Firestone?
19       MR. LANDEVER:  Just because you continue
20 to ask the same question, he does not need to
21 change his answer.
22       MS. BELOTT:  This is a different
23 question.
24       MR. LANDEVER:  It's not a different
25 question.

Page 179

1       MS. BELOTT:  It is a different question.
2       MR. LANDEVER:  It is not a different
3 question.
4 BY MS. BELOTT:
5   Q   Would you like me to repeat it?
6   A   Sure.
7   Q   Are you offering the opinion that the
8 diagnostic assessment that they did for the
9 80 percent of participants in Shrestha is less
10 reliable than the diagnostic assessment that they
11 used in Firestone?
12   A   They're just different procedures.
13   Q   Right.  The one in Shrestha is more
14 comprehensive, correct?
15       MR. LANDEVER:  Objection.
16   A   They don't get everybody.
17   Q   I'm not talking about the people that
18 they didn't confirm.  I'm talking about the
19 80 percent of participants where they did confirm.
20   A   It's just a different protocol.  And in
21 Firestone, they evaluated all the records; and
22 here they had various mechanisms to do -- to
23 evaluate, which is good.  But they're different --
24 different protocols.
25   Q   So you're not saying that one is more

Page 180

1 reliable than the other.
2   A   I think the Firestone looks at
3 everybody.  Here -- I think the mass of all the
4 number of cases, they're so -- it's so large in
5 these studies, they do best to try to -- to
6 try to, you know, carry out a reputable, good
7 study, but it's just complicated in these large
8 studies.  Firestone was sort of a more limited
9 scope, smaller study, and they could actually do a
10 more comprehensive review.
11   Q   So I understand that Shrestha was only
12 able to confirm a subset of the population, the
13 80 percent, correct?
14   A   That's what it says, yes.
15   Q   And do you think that the process they
16 followed for that 80 percent is reliable?
17   A   I think, you know, they did their best
18 to try to get a diagnosis.
19   Q   Is that, yes, it is reliable; or, no, it
20 is not reliable?
21   A   I would -- I would have to -- I would
22 have to understand it a bit more.
23   Q   You cited it in your report.  You
24 discuss it.  You said you reviewed it.
25   A   But I didn't -- but I didn't go into the

Page 181

1  detail about -- about this section.
2      Q   So it's not a basis that you excluded
3  it, then.
4      A   I haven't excluded it. I haven't
5  embraced it. I mean, I just haven't -- I don't
6  have an opinion on it right now.
7      Q   So you're not prepared to give an
8  opinion on whether the diagnostic criteria in
9  Shrestha is reliable or not?
10     A   It's -- I have to think about it a bit
11  more. I just don't -- I haven't thought through
12  it all the way, what the implications are.
13         MR. KENNEDY: We're going to break for
14  lunch.
15         MS. BELOTT: We're in the middle of a
16  line of questioning, so let me just check to see
17  if I have one more question.
18         MR. KENNEDY: I'll give you one more
19  because this has been going on for an hour with us
20  trying to break for lunch. It's gotten to the
21  point where I've had to leave during the course of
22  the deposition and come back, which is pushing at
23  the boundaries of being reasonable here.
24         MS. BELOTT: Yes, we're good.
25         VIDEO TECHNICIAN: Stand by.

Page 182

1          MR. KENNEDY: 30 minutes?
2          VIDEO TECHNICIAN: We're going off the
3  record.
4          MS. BELOTT: That's good.
5          VIDEO TECHNICIAN: The time is 12:46.
6          (A lunch recess was taken.)
7          VIDEO TECHNICIAN: We're on the record.
8  The time is 1:21.
9  BY MS. BELOTT:
10     Q   Dr. Wells, you start Section III of your
11  report by reviewing the major systematic reviews
12  of the epidemiological studies on paraquat
13  exposure and PD, correct?
14     A   Yes.
15     Q   And you rely on three prior
16  meta-analyses for your literature search, correct?
17     A   So two -- four, but two are quite the
18  same. The two Vaccaris are similar.
19     Q   Okay. You didn't conduct an independent
20  search for studies beyond the studies that were
21  identified in those meta-analyses, correct?
22     A   Correct.
23     Q   Did you review all of the studies cited
24  in those meta-analyses that were excluded?
25     A   I -- I looked through them. I -- I

Page 183

1  can't say I looked at every one of them, but there
2  are many, many that were excluded. So in that
3  initial cut, it was very large. And then there
4  was another cut. And I looked at some of those,
5  but I didn't go through all of them.
6      Q   You summarize Breckenridge 2016 on
7  page 7 of your report, correct?
8      A   Yes.
9      Q   And you do not include in your report
10  any criticism of Breckenridge's methodology,
11  correct?
12     A   I just reported what they did. The
13  issue about combining case-control and cohort
14  studies, there's issues with that, but I didn't --
15  I didn't go -- I was just reporting.
16     Q   You didn't --
17     A   I wasn't criticizing. I was just
18  reporting what they did.
19     Q   Breckenridge concluded that "Overall the
20  epidemiological data are inconsistent across
21  studies, and collectively they do not support a
22  conclusion that a causal relationship exists
23  between exposure to paraquat and Parkinson's
24  disease."
25         Correct?

Page 184

1      A   That's his conclusion.
2      Q   You summarize Tangamornsuksan.
3      A   Can I back up on that?
4          It -- he is making that -- basing that
5  conclusion on a single study. He's basing that on
6  Firestone. That's his Tier I studies. So his
7  conclusion isn't looking at all the studies. He's
8  just looking at the Firestone study.
9      Q   He reviews all of the studies, correct?
10     A   Yes.
11     Q   And he assesses the risks of bias of all
12  the studies, correct?
13     A   He has a Tier I, Tier II classification.
14     Q   And he pulls an odds ratio for all of
15  the studies, correct?
16     A   Yes.
17     Q   Sorry. He says -- he assesses the risks
18  of bias of all the studies, correct?
19     A   Yes. He discusses all of those, right.
20  And he has a classification scheme of, you know,
21  is it a Tier I or a Tier II study.
22     Q   And his -- his paper was peer-reviewed,
23  correct?
24     A   Yes.
25     Q   And published.

Page 201

1    Q    So if you had applied the correct odds
2  ratio with the correct confidence interval, that
3  would have lowered your meta-analysis, correct?
4    **A    Slightly.**
5    Q    Including the erroneous confidence
6  interval means that Firestone was given less
7  weight than it otherwise would have received,
8  correct?
9    **A    That's not clear.  I don't know that.  I**
10 **can recalculate it.**
11   Q    Your meta-analysis in Figure 4 is a
12 fixed-effect meta-analysis, correct?
13   **A    Yes.**
14   Q    So the weighting of the studies depends
15 only on the confidence interval, correct?
16   **A    Yes.**
17   Q    So if the confidence interval that you
18 use is wider, then the weighting would be higher
19 than otherwise, correct?
20   **A    But then you have to look at what the**
21 **new estimate is.  There are other things you have**
22 **to look at.  So it's something to calculate.**
23   Q    Firestone did not adjust for family
24 history or exposure to other pesticides, correct?
25   **A    Correct.**

Page 202

1    Q    You don't know --
2    **A    In the -- in the Firestone 2010; but in**
3  **the previous one, he did.  He tested for it, yes.**
4  **Okay, yeah.**
5    Q    I'm sorry.  Firestone did not --
6  Firestone 2010, the study that you include in your
7  meta-analysis, did not adjust for family history
8  or exposure to other pesticides, correct?
9        MR. KENNEDY:  One second.  I think we
10 just established he used '05.
11   **A    I used '05, right.**
12       MR. KENNEDY:  He used '05.
13   Q    Intention- -- did you intentionally
14 include Firestone 2005 in your meta-analysis?
15   **A    No.  It was --**
16   Q    It was an error.
17   **A    I transcribed it wrong.**
18       MR. KENNEDY:  You used the numbers
19 from '05.
20       **THE WITNESS:  Yes.**
21       MR. KENNEDY:  So you used '05.
22       **THE WITNESS:  I used '05, not '10.**
23 BY MS. BELOTT:
24   Q    My question is, does Firestone 2010
25 control for family history or co -- exposure to

Page 203

1  other pesticides?
2    **A    Let me look.**
3        **Age, ethnicity, and smoking.**
4    Q    So no?
5    **A    That's what it controls for.  That's**
6  **what it says.**
7    Q    You did not discuss in your report the
8  impact of controlling for these factors or failing
9  to control for these factors in the Firestone
10 study, correct?
11   **A    No, no.**
12   Q    Firestone also looked at dose-response.
13       MR. KENNEDY:  Are we talking about '10
14 or '05?
15   Q    Firestone 2010, the study you intended
16 to include in your meta-analysis, did not --
17 looked at dose-response, correct?
18       If you want to look at page 218.
19   **A    Okay.**
20   Q    On the right-hand column, first full
21 paragraph, the second sentence, "We also
22 considered cumulative job durations as ordinal
23 variables choosing the ten-year mark as a
24 convenient and somewhat intuitive boundary for
25 short- versus long-term employment.  These

Page 204

1  analyses did not reveal meaningful trends."
2        Did I read that correctly?
3    **A    That's overall exposure, not -- not**
4  **broken down by anything.  It says "overall."  It's**
5  **not specific to paraquat.  That's the overall**
6  **question.**
7    Q    Do you know whether Firestone reports on
8  dose-response for paraquat?
9    **A    I don't think they have enough -- enough**
10 **cases and controls to be able to do that.**
11   Q    Firestone was a retrospective study,
12 correct?
13   **A    Yes, it was.**
14   Q    So that means its exposure assessments
15 may be subject to recall bias, correct?
16   **A    We don't know that.  It's a -- it's**
17 **something that they would have to investigate.**
18   Q    And you didn't independently investigate
19 whether Firestone is subject to recall bias,
20 correct?
21   **A    No, I didn't.**
22   Q    Let's look at Hertzman 1994.
23       So Firestone, we talked about the
24 diagnostic criteria.  You confirmed that Firestone
25 met your -- you included Firestone even though

Page 221

1     A   Correct.
2     Q   It's a very large confidence interval,
3 correct?
4     A   Correct.
5     Q   The Dhillon study alone would be an
6 absence of evidence that exposure to paraquat is
7 associated with Parkinson's disease, correct?
8     A   It's a very wide confidence interval.
9 It's -- it's you know, a high chance or a low
10 chance.  It's a large confidence interval.
11    Q   So it's an absence of evidence?
12    A   There's no -- we do not have any
13 evidence because it's a wide confidence interval.
14    Q   You did nothing to evaluate the
15 covariates that were controlled for in Dhillon
16 when you included it in your meta-analysis,
17 correct?
18    A   Let me look at what they controlled for.
19        I don't see where they controlled for
20 it.
21    Q   If you look on page 46, the last
22 sentence on the left-hand column before the "In
23 conclusion" paragraph, "In addition, statistical
24 analysis did not control for potential
25 confounding."

Page 222

1         Do you see that?
2     A   They did not control.
3     Q   So they didn't even control for age,
4 correct?
5     A   Correct.
6     Q   Or sex, correct?
7     A   Yeah.  They don't have enough data to do
8 that.
9     Q   So you didn't evaluate that when you
10 included it in your meta-analysis, correct?
11    A   No, I didn't.
12    Q   Dhillon is a retrospective study,
13 correct?
14    A   Yes.
15    Q   Meaning that it is potentially
16 susceptible to recall bias?
17    A   Yes, it is a retrospective study.
18    Q   And you did nothing to evaluate
19 independently whether Dhillon suffered from recall
20 bias, correct?
21    A   Correct.  We can't do that, not without
22 data.
23    Q   And did you evaluate whether Dhillon
24 provides sufficient information to determine that
25 the exposure to paraquat preceded the onset of

Page 223

1 Parkinson's disease?
2     A   Again, they designed the study, and so
3 I'm sure they -- they were -- they had an intent
4 to make sure the temporality is correct.
5     Q   So giving them that benefit of the
6 doubt?
7     A   Yes.
8         MS. BELOTT:  Let's look at Rugbjerg 2011
9 R-U-G-B-G-E-R -- R-U-G-B-J-E-R-G.  This is
10 Exhibit 19.
11        (Exhibit 19 was marked for
12 identification and attached to the deposition
13 transcript.)
14 BY MS. BELOTT:
15    Q   You include Rugbjerg in your 2011 --
16 Rugbjerg 2011 in your meta-analysis, correct?
17    A   Yes.
18    Q   Rugbjerg is a population-based
19 case-control study out of British Columbia,
20 correct?
21    A   Yes.
22    Q   Rugbjerg did not report an odds ratio
23 for paraquat, correct?
24    A   Correct.  Yeah, I did.
25    Q   You calculated one yourself.

Page 224

1     A   Yes.
2     Q   And the result was not statistically
3 significant, correct?
4     A   Correct.
5     Q   So this study alone would be an absence
6 of evidence that exposure to paraquat is
7 associated with Parkinson's disease, correct?
8     A   It's just one study, yes.
9     Q   Did you confirm that Rugbjerg met your
10 criteria with respect to PD diagnosis?
11    A   Let me look back here.
12        Right.  They had a detailed list of
13 inclusion criteria.
14    Q   There was no in-person exam by a
15 movement disorder specialist in Rugbjerg, correct?
16    A   They have exam, in-person physical
17 exams.
18    Q   But not by a movement disorder
19 specialist, correct?
20    A   By a neurologist with specialty in
21 movement disorders.
22    Q   So the neurologist reviewed the --
23 reviewed the paper but didn't conduct the
24 in-person exam, correct?
25    A   It says the -- had in-person physical

Page 245

1 validate their GM analysis. They don't talk about
2 their evaluation of the crop-exposure analysis
3 either.
4    Q    The -- the portion that you were just
5 reading was about the job-exposure matrix,
6 correct, not the crop-exposure matrix?
7    A    No, it was the crop-exposure matrix
8 analysis. It's in the paragraph under that.
9    Q    Most of the studies in your
10 meta-analysis employ ever-never classifications,
11 correct?
12    A    Correct.
13    Q    And you're aware that ever-never
14 classifications can lead to exposure
15 misclassification as well, correct?
16    A    Yes, it's -- yes.
17    Q    Did you assess that in deciding to
18 include those studies in your meta-analysis?
19    A    I mean, I looked at all the -- all the
20 issues and I looked at the studies and said --
21 looked at how they assessed the exposure, and this
22 one -- this -- this had more complicated analysis
23 and there's no details of the validation of their
24 procedure, so that's a bit problematic. That's --
25 that's how I see it.

Page 246

1    Q    Did you identify any sources indicating
2 that self-report of exposure was reliable or had
3 been validated?
4    A    I don't know -- I can't think of any
5 papers, but I know they -- they discussed that in
6 the context of FAME and of the -- the HS.
7    Q    So your decision to exclude van der Mark
8 based on its potential exposure misclassification
9 was based on your holistic, unwritten protocol
10 that you employed here, correct?
11    A    And also they -- it was quite different
12 than the -- in terms of the heterogeneity. That
13 was an issue -- when you sort of did an analysis
14 of heterogeneity, it is quite different than the
15 other studies. Also there was an issue about --
16 they had a lot of missing data, the participation
17 was very low, and that was problematic too.
18    Q    Okay. So was study participation -- the
19 fact that study participation was low, was that a
20 reason that you excluded van der Mark?
21    A    Yes.
22    Q    You didn't mention participation rates
23 as criteria when I spoke to you earlier today. So
24 is that a piece of eligibility criteria for
25 inclusion in your meta-analysis?

Page 247

1    A    Yes, that they -- this is very low, and
2 they pointed out that it's sort of a problem,
3 particularly that they have more young -- or more
4 old people that were excluded or didn't
5 participate, so there's a differential between
6 young and old, and they -- they noted it as an
7 issue.
8    Q    Did you identify all of the limitations
9 that were noted in the studies that you included
10 in your meta-analysis in your report?
11    A    I looked at a lot of the participation
12 rates but I did not -- every single one of them, I
13 didn't make a table of them.
14    Q    Did you include any criticism of any of
15 the seven studies in your meta-analysis in your
16 report?
17    A    No.
18    Q    So is there a minimum participation rate
19 that a study would need to meet in order to be
20 included in your meta-analysis?
21    A    This, again, if you look at all the --
22 all the possible issues in the study and this is
23 just one of them.
24    Q    So the participation rates in
25 van der Mark were 45 percent for cases and

Page 248

1 35 percent for controls, correct?
2    A    Correct.
3    Q    The participation rate for Dhillon was
4 12 percent?
5    A    It's low, right.
6    Q    And that -- but you -- you bent the
7 rules and included Dhillon but weren't willing to
8 bend the rules for van der Mark?
9    A    It was a small study, and this is a
10 large study, so that means there's a lot of people
11 missing.
12    Q    Participation rates in Rugbjerg were
13 51 percent for cases and 32 percent for controls?
14    A    Again, a very small study. This is a
15 large study, so this -- this percentage of
16 nonparticipation is a lot of people.
17    Q    So participation rates are only criteria
18 for large studies?
19    A    For large studies because that's a lot
20 of people. Whereas the small studies there's not
21 as many.
22    Q    So your decision to employ this criteria
23 for small studies versus large studies was part of
24 your holistic review and decision to include these
25 seven studies in your meta-analysis?

Page 249

1    A    Just looking at overall the issues
2  that -- again, had to look at overall -- all the
3  issues about exposure, disease, classification,
4  all these things as part of the -- my decision.
5    Q    So there's no clear requirement
6  regarding participation rates for inclusion in
7  your analysis?
8    A    No, I don't have a number, no.
9    Q    It goes back to your unwritten, holistic
10  approach?
11    A    It's -- I look at -- I look at all the
12  -- all the characteristics that matter in the
13  study as part of my decision.
14    Q    Do you have any authoritative source
15  that you can point me to to say that participation
16  rates in large studies are more -- are more
17  important to look at than in small studies?
18    A    They're more influential.  You're
19  missing many more people.
20    Q    So I'm asking you to point me to a
21  source that would confirm that for me.
22    A    It's just a matter of design.  You're
23  going to lose a lot more people.
24    Q    So you can't point to any source that --
25    A    It's a design -- sort of a design issue.

Page 250

1  Missing data in bigger studies is more problematic
2  than smaller studies.
3    Q    You also point out on page 16 in your
4  report that, "Only 94 cases, 21 percent, and 183
5  controls, 21 percent, stated to have ever worked
6  on a farm or as a gardener were asked supplemental
7  questions on pesticide applications.  Only
8  19 percent of the study participants had pesticide
9  exposure, which is quite low for assessing the
10  exposure to specific pesticides."
11        Did I read that correctly?
12    A    Yes.
13    Q    Is that part of your criteria?
14    A    That's one of their -- that's from
15  their -- from their -- from their study.  Again --
16    Q    I'm asking --
17    A    -- and, again, it's an issue about
18  they're missing -- missing the data.
19    Q    I'm asking you if this is part of your
20  eligibility criteria for inclusion in your
21  meta-analysis?
22    A    It plays a role but it's not -- I think
23  the -- the diagnosis and the -- the participation
24  and the heterogeneity are the key -- the key
25  facts.  These are things that they -- they

Page 251

1  acknowledged in their analysis -- or in their
2  paper.
3    Q    If you look on Table 5 of van der Mark,
4  33 cases had applied paraquat.  Do you see that?
5    A    Where are you seeing that?  Is it 33?
6    Q    Didn't I say 33?
7    A    I said 35.
8    Q    33 cases had applied paraquat.  That's
9  more than any of the seven studies in your
10  meta-analysis, correct?
11    A    Yes.
12    Q    58 controls had applied paraquat.  Do
13  you see that?
14    A    Yes.
15    Q    And that's actually more than all of the
16  exposed controls in all seven of your
17  meta-analysis studies combined?
18    A    I would have to check.
19    Q    Okay.  Well, I counted up the numbers
20  for you.  You can assume that I'm right, but 58 is
21  more than all seven combined, which was 50.  Does
22  that seem right to you?
23    A    It -- it is in the ballpark.
24    Q    Okay.  Van der Mark did not find a
25  statistically significant association between

Page 252

1  paraquat and Parkinson's disease, correct?
2    A    He did -- she, her group, did the -- did
3  the -- three different levels, and the -- the
4  never and then the zero to 3.8 and above 3.8, and
5  in the middle group they found it elevated --
6  elevated at -- for one control -- one model of
7  33 percent increase and a upper confidence limit
8  of 2.6, and the other one at 42 percent increase
9  and an upper confidence limit of 2.8.
10    Q    Those results are not statistically
11  significant, correct?
12    A    Yes, but it's a -- it says that the
13  upper confidence bend is high and it's over a
14  doubling of risk.
15    Q    In Model 2 for the highest exposure
16  level, van der Mark reports an odds ratio of 1.01
17  and a confidence interval of 0.48 to 2.12,
18  correct?
19    A    It's consistent with the doubling of
20  risk, right.
21    Q    It's also consistent with no increased
22  risk and a protective effect, correct?
23    A    Yeah.  It's a wide confidence interval.
24    Q    So it's consistent with both.
25    A    That's what a confidence interval says.

Page 293

1 specificity?
2     A   No.  I can cite the dose-response
3 because there's the literature and what was in
4 my -- the analyses that are in the paper.
5 Specificity, that's -- that's hard in this case.
6 And so I mention what happens in this -- in this
7 setting with specificity.
8         And experiment, it's hard to do an
9 experiment in this case because you can't -- you
10 can't expose people to the chemicals.  So, I mean,
11 I can cite the literature and talk about how one
12 evaluates these conditions in this setting.
13     Q   Other than reviewing and citing the
14 literature, you don't have training to opine on
15 these elements of Bradford Hill, correct?
16     A   I can cite the literature.  The
17 literature speaks for itself.
18     Q   So other than citing the literature,
19 you've had no training that would qualify you to
20 opine on these?
21     A   I -- I have experience looking at
22 dose-response.  That's what we look at.  We know
23 about experiment.  I know about experiments, so I
24 can cite -- I can cite literature on that.
25     Q   Okay.  What training have you had that

Page 294

1 makes you qualified to opine on experiments?
2     A   I designed lots of experimental -- done
3 a lot of experimental design.  In this case there
4 is no experiment, and so I talked about what
5 type -- what -- what would be a sort of
6 pseudo-experiment, looking at gloves and no
7 gloves, because you can't do an experiment in
8 this -- in this -- in this case, in this setting.
9     Q   You agree that a proper Bradford Hill
10 analysis should consider the totality of evidence,
11 correct?
12     A   Yes.
13     Q   Do you have eligibility criteria -- I'm
14 sorry.  Skip that.
15     A   Get it out of here.
16     Q   So the first element of a Bradford Hill
17 analysis is strength, correct?
18     A   Yes, or is one of them.  I mean, it's
19 not clear what first --
20     Q   The first one you discuss in the report
21 is strength, correct?
22     A   Yes.
23     Q   And you rely on the results of your
24 meta-analysis, correct?
25     A   Yes.

Page 295

1     Q   Your opinion on strength does not rely
2 on Shrestha or Pouchieu, correct?
3     A   No.
4     Q   Shrestha and Pouchieu are a part of the
5 relevant collection of studies investigating the
6 association between paraquat and Parkinson's
7 disease, correct?
8     A   They're -- they're studies, yeah, but
9 they had -- they had problems but -- as I pointed
10 out.
11     Q   You discuss them in your report,
12 correct?
13     A   Yes.
14     Q   These studies are much larger than your
15 meta-analysis, correct?
16     A   Yes.
17     Q   And neither of them report an
18 association, correct?
19     A   Oh, Pouchieu does.  In their Model 1,
20 they show an association.
21     Q   Shrestha does not report an association,
22 correct?
23     A   That's, yeah, the cohort study, no.
24     Q   So Shrestha is inconsistent with a
25 strong association, correct?

Page 296

1     A   You look at -- if you go to Shrestha and
2 they discuss that there is -- it's in a direction
3 of association, they find relationship -- or
4 results for, you know, cases where there's
5 brain -- or head -- head injuries and things, so
6 they discuss -- in Shrestha, they discuss that
7 they can't rule things out.  That's not strength.
8 I agree with that, but it's not no association.
9     Q   My question was, is Shrestha
10 inconsistent with a strong association?
11     A   It doesn't show a strong association.
12 It shows an increased odds, and they argue that
13 it's -- that it's in the direction of what
14 Tanner -- Tanner's results.
15     Q   The second element you discuss is
16 consistency.  Again, you only point to the seven
17 studies in your meta-analysis, correct?
18     A   Yes.  Well, I look at those, and then
19 there's some other discussion about consistency in
20 addition.
21     Q   You cite to studies about farming and
22 rural living, correct?
23     A   Yes.
24     Q   Wouldn't you agree that a prospective
25 cohort of agricultural workers is more relevant to

Page 297

1  assessing an association between occupational
2  exposure to paraquat and Parkinson's disease than
3  studies that are generally about farming, rural
4  living or wood pulp?
5      A   It's just general -- you know, there's
6  general relationships in these studies, and they
7  show some consistency.
8      Q   You did not consider the results of
9  Shrestha in coming to your consistency opinion,
10  correct?
11      A   No, I did not.
12      Q   The third element that you discuss is
13  temporality.  You agree it's difficult to
14  establish that the exposure precedes the onset of
15  disease in retrospective case-control studies,
16  correct?
17      A   Correct.
18      Q   And all seven of the studies in your
19  meta-analysis are case-control -- retrospective
20  case-control studies, correct?
21      A   Yes.  That's why I sort of lean on the
22  Liou or Liou paper that talks about the analysis
23  of Tanner with respect, you know, to the
24  difference between how it's related to incident
25  studies.

Page 298

1      Q   And what does that have to do with
2  temporality?
3      A   Because if you have an incident study,
4  then you have the temporality.
5      Q   But like we discussed before, Tanner
6  assesses exposure retrospectively, correct?
7      A   Yes, but -- but when -- when Liou does
8  his sensitivity analysis, he finds that most of
9  Tanner's cases were incident cases.  They
10  weren't -- they -- they were -- weren't incident
11  cases -- or they were incident cases.  So her
12  analysis is consistent with the incident analysis.
13  And that's -- that's one study, but that's what
14  his -- what that group's analysis shows.
15      Q   And Shrestha is another study that
16  includes more incident cases than Tanner, correct?
17      A   Correct.
18      Q   And they don't show a statistically
19  significant association, correct?
20      A   Not statistically.  They're significant,
21  but they show -- again, they discuss why the
22  results, although the designs are different -- are
23  not too far off from Tanner.
24      Q   You agree that the diagnosis of
25  Parkinson's disease occurs with the onset of motor

Page 299

1  symptoms.
2      A   So it seems it's a complicated
3  diagnosis.  I mean, that's what -- the more I
4  understand, it's complicated to diagnose
5  Parkinson's disease.
6      Q   Parkinson's disease can be preceded by a
7  premotor or prodromal phase of 20 years or more.
8      Do you agree with that?
9      A   Yes.
10      Q   For exposure to paraquat to be
11  considered a cause of Parkinson's disease, it
12  would need to precede not just the diagnosis but
13  the prodromal phase as well, correct?
14      A   Yes.
15      Q   And none of the seven studies in your
16  meta-analysis take the prodromal phase of
17  Parkinson's disease into account when assessing
18  exposures, correct?
19      A   They're not discussed, but that's a --
20  it depends -- that period isn't just 20 years.
21  It's just -- we don't know what the -- or I don't
22  know what the -- what the period is.
23      Q   But the papers don't assess the
24  prodromal phase.  None of the seven papers that
25  you included in your meta-analysis include --

Page 300

1  assess the prodromal phase in determining
2  exposure, correct?
3      A   No, they don't.
4      Q   The next element is dose-response.  We
5  looked at Shrestha earlier, and the highest
6  exposure category had an association below 1,
7  correct?
8      A   It is within the confidence interval
9  that -- with the straddle point.
10      Q   It was not statistically significant,
11  correct?
12      A   It had -- it was insignificant, but the
13  interval was above or below 1.
14      Q   Hertzman, one of your seven studies,
15  looked for a dose-response relationship and didn't
16  find one, correct?
17      A   Correct.
18      Q   Kuopio, Rugbjerg, and Dhillon didn't
19  look at dose-response, correct?
20      A   Right.
21      Q   Van der Mark conducted a dose-response
22  analysis and didn't find one, correct?
23      A   Correct.
24      MR. KENNEDY:  If you remember.
25      THE WITNESS:  I do.  I remember, yes.

Page 301

1    Q    Pouchieu conducted a dose-response
2 analysis and didn't find one, correct?
3    **A    I would have to look at that.**
4        **That's the case where the -- the odds**
5 **ratios are both elevated and nearly down 1, but**
6 **it's sort of a flat between the two groups.  But**
7 **there was an increase from -- from the zero**
8 **category.**
9    Q    But it's an absence of evidence with
10 respect to dose-response, correct?
11    **A    They didn't -- they didn't do the --**
12 **they didn't do a comparison between the two, but**
13 **it looks like there's no difference between the**
14 **second and the third tertile, but there's**
15 **certainly an increase above the first, so it's not**
16 **a linear.  It sort of goes up and then flattens**
17 **out.**
18    Q    So the odds ratio for the highest
19 exposure level was lower than the odds ratio for
20 the lower exposure level, correct?
21    **A    But it's indistinguishable by looking at**
22 **the confidence intervals.  The confidence**
23 **intervals overlap.**
24    Q    I'm asking about the odds ratios.  Is
25 the odds ratio for the highest exposure level

Page 302

1 lower than the odds ratio for the lowest exposure
2 level?
3    **A    As a number, but inferentially, the two**
4 **confidence intervals overlap, and so they're**
5 **roughly the same --**
6    Q    But this is not evidence of a
7 dose-response relationship, correct?
8    **A    No, when you -- but you go from the**
9 **first to the second, it can go up and then flatten**
10 **out.**
11    Q    Your confidence interval for the higher
12 exposure level is narrower than the lower,
13 correct?
14    **A    Yes.**
15    Q    And the high end 1.85 is lower than the
16 high end for the low exposure level, correct?
17    **A    But they overlap.  There's a big overlap**
18 **between them.**
19    Q    Could you answer the question.  The --
20 the high end of the confidence interval for the
21 high exposure level is lower than the high end of
22 the lower exposure level, correct?
23    **A    Yes, but to interpret what the**
24 **confidence interval is, the confidence intervals**
25 **overlap significantly.**

Page 303

1    Q    Brouwer conducted a dose-response
2 analysis and did not find one, correct?
3    **A    I can't remember the -- the paper.**
4    Q    I think you have it.
5    **A    Do you have the paper, Brouwer?**
6    Q    I think you have it.
7    **A    I don't have that.**
8    Q    Did I not give that to you?
9    **A    No.**
10    Q    So you did not consider Shrestha 2020
11 and van der Mark in reaching your conclusions on
12 dose-response, correct?
13    **A    No, I didn't.**
14    Q    You rely on Goldman 2012, correct?
15    **A    Yes.**
16    Q    Goldman did not meet the criteria for
17 inclusion in your meta-analysis, correct?
18    **A    Yes, it's not a case-control study.**
19    Q    But you rely on it for dose-response?
20    **A    Yes.**
21    Q    You rely on Furlong?  Furlong did not
22 meet your criteria for inclusion in your
23 meta-analysis, correct?
24    **A    Correct.**
25    Q    But you rely on it for dose-response?

Page 304

1    **A    But it's a nice study of gloves and PPE.**
2    Q    You know that Shrestha reports on glove
3 use as well, correct?
4    **A    Yes.**
5    Q    And Shrestha does not find an
6 association with glove use and paraquat exposure?
7    **A    Correct.**
8    Q    But you did not rely on that in your
9 dose-response conclusion?
10    **A    No, I used Furlong.**
11    Q    Even though Shrestha provides seven
12 additional years of data?
13    **A    It's not clear what the -- what that**
14 **adds, but, I mean, they're just different studies.**
15    Q    Did you consider the difference in
16 reporting on glove use between Shrestha and
17 Furlong?
18    **A    The Shrestha it wasn't significant**
19 **with -- for paraquat.  But -- and for Furlong, it**
20 **was -- it was a strong result for Furlong.**
21    Q    So you chose to report only on the
22 result that supported your conclusions?
23    **A    No, it's just that there was -- it's a**
24 **null finding, so there's no -- there's no result.**
25 **But Furlong is a positive result.**

Page 309

1  I made this assumption that she's going to do
2  that.
3      Q   So you drafted this sentence before you
4  read her report, correct?
5      A   I was told that she was going to cover
6  these, and I may have -- I don't remember the --
7  the timing.  I mean, I could have -- or it was
8  right at the time all the reports were due and
9  they were scrambling to get this done.
10     Q   Did you have any eligibility criteria
11  for your meta-analysis related to whether the
12  studies controlled for confounders?
13     A   It was -- it was a positive thing if
14  they could, but not all the -- not all the
15  studies -- you weren't able to -- weren't able to
16  assess the confounding in some of them.  I mean,
17  it's a -- it's a good -- it's a good -- a
18  positive.  It's positive if they're there.
19     Q   So --
20     A   And if they don't -- if they are not
21  there, you look at other criteria.  It's all part
22  of a set of criteria.
23     Q   So if a study did not control for any
24  confounders, that wouldn't make that study
25  ineligible for inclusion in your report?

Page 310

1      A   Correct.
2      Q   You reviewed Dr. Fitsanakis' report,
3  correct?
4      A   Yes, I looked at it.
5      Q   You did not have an opinion as to
6  whether her report was reliable?
7      A   No, I didn't.
8      Q   You -- the plaintiffs' attorneys
9  instructed you to rely on her report, and so
10  that's what you did?
11     A   Yeah, make the assumption -- I assumed
12  that she would cover these issues.
13     Q   You previously testified that exposure
14  to paraquat was the specific cause of Parkinson's
15  disease for the five plaintiffs identified in your
16  report, correct?
17         MR. KENNEDY:  You testified to that.
18  She's not saying it's in your report.
19     A   I say what's in my report is what I --
20     Q   You're -- you are opining that exposure
21  to paraquat is the specific cause of
22  Mr. Burgener's Parkinson's disease, correct?
23     A   It says -- I am saying that he satisfies
24  the criteria.  He would fit into the studies, and
25  so he's related to the elevated risk that I find

Page 311

1  for my meta-analysis.
2      Q   Have you ruled out other causes of
3  Parkinson's disease for Mr. Burgener?
4      A   No, I haven't.
5      Q   Have you determined that Mr. Burgener's
6  symptoms -- that Mr. Burgener was exposed to
7  paraquat before his symptoms of Parkinson's
8  disease began?
9      A   No, I don't know that.
10     Q   So you're not offering an opinion that
11  exposure to paraquat was the specific cause of
12  Mr. Burgener's Parkinson's disease?
13     A   No.  I'm saying that he satisfies the
14  criteria and he -- he has an elevated risk of
15  Parkinson's by the exposure.
16         MS. BELOTT:  Can we take a quick break?
17         MR. KENNEDY:  Sure.
18         VIDEO TECHNICIAN:  Stand by.  We are
19  going off the record.  The time is 4:43.
20         (A brief recess was taken.)
21         VIDEO TECHNICIAN:  The time is 4:58.  We
22  are on the record.
23  BY MS. BELOTT:
24     Q   Dr. Wells, earlier today I asked you,
25  "Are you offering an opinion that exposure to

Page 312

1  paraquat was the specific cause of Mr. Richter's
2  Parkinson's disease?"
3         And you answered, "Yes."
4         Do you recall that testimony this
5  morning?
6      A   I may have misspoke the technical term,
7  the specific causation.  What I meant is what I
8  wrote in my report, is that he qualifies to be in
9  the studies and the studies --
10         VIDEO TECHNICIAN:  Going off the record.
11  The time is 4:59.
12         (Discussion off the record.)
13         VIDEO TECHNICIAN:  The time is 5:00.  We
14  are on the record.
15  BY MS. BELOTT:
16     Q   Dr. Wells, could you restart your
17  answer, please.
18     A   So what I mean is what's in my report.
19  I said that these people would qualify to be in
20  the pool or the subjects in the meta-analyses.
21  And people in the meta-analysis that have certain
22  diagnoses, which I'm making an assumption that
23  they've had -- been diagnosed and they have had
24  certain exposure, that they would be part of this
25  elevated risk that I found in my meta-analysis,