# EXHIBIT D

*CONFIDENTIAL – PARAQUAT LITIGATION*



# Expert Report of

## Dominik D. Alexander, PhD, MSPH

Principal Epidemiologist

MetaMethod
San Diego County, CA

**In the matter of**

*Paraquat Products Liability Litigation*, No. 21-md-03004 (S.D. Ill.)

January 20, 2023

Prepared by:

Dominik D. Alexander, Ph.D., M.S.P.H.
Principal Epidemiologist
MetaMethod
San Diego County, CA

630-390-8190
dalexander@metamethodhealth.com

*CONFIDENTIAL – PARAQUAT LITIGATION*



# Contents

Qualifications .................................................................................................................. 4

Scope of Work and Summary of Approach ..................................................................... 4

Summary of Opinions ...................................................................................................... 5

General Principles of Epidemiology ................................................................................ 8

    Epidemiologic Measures ............................................................................................ 8

    Types of Epidemiologic Studies: Descriptive & Analytical ...................................... 9

    Association & Causation ............................................................................................ 14

        Estimates of Relative Risk .................................................................................... 15

        Interpretation of Relative Risk Estimates ............................................................. 15

        Statistical Significance .......................................................................................... 16

        Statistical Associations versus Causal Relationships ........................................... 19

        General Causation and Bradford Hill .................................................................... 22

Epidemiology of Paraquat Exposure and Parkinson's Disease ...................................... 24

    Process for Review ................................................................................................... 24

    Methodological and Analytical Process .................................................................... 25

    Descriptive Epidemiology of Parkinson's Disease ................................................... 25

    Risk Factors for Parkinson's Disease ....................................................................... 29

Epidemiologic Studies of Paraquat Exposure and Parkinson's Disease ........................ 31

    Summary of Epidemiologic Studies of Paraquat Exposure among Agricultural Worker Cohorts ....................................................................................................................... 53

    Summary of Epidemiologic Studies of Occupational Paraquat Exposure ................ 62

    Summary of Epidemiologic Studies of Mixed Occupational and Environmental or Residential Paraquat Exposure ................................................................................... 65

    Summary of Epidemiologic Studies of Ecologically Modelled Residential Paraquat Exposure ..................................................................................................................... 68

    Summary of Epidemiologic Studies of Occupational Paraquat Exposure among Manufacturing Workers .............................................................................................. 73

    Summary of Published Meta-Analyses of Paraquat Exposure and Parkinson's Disease ......... 74

    General Causation Conclusions ................................................................................. 76



Environmental Protection Agency (EPA): Systematic review of the literature to evaluate the relationship between paraquat dichloride exposure and Parkinson's disease .............................. 77

National Toxicology Program (NTP): Scoping Review of Paraquat Dichloride Exposure and Parkinson's Disease ....................................................................................................... 79

   Overall Summary of the Epidemiology of Paraquat Exposure and Parkinson's Disease ......... 79

Response to Martin T. Wells, PH.D. ............................................................................ 80

   Meta-Analysis of Paraquat Exposure and Parkinson's Disease ................................ 82

      Critique of Dr. Wells' Meta-Analysis Process and Analytical Inconsistencies .................. 83

      Meta-Analysis of Occupational Paraquat Exposure and Parkinson's Disease..................... 94

Rebuttal to Michael Siegel, MD ................................................................................. 109

Summary of Opinions and Overall Conclusions ....................................................... 114

Appendix 1 ................................................................................................................. 117

Appendix 2 ................................................................................................................. 120

Appendix 3 ................................................................................................................. 121

BIBLIOGRAPHY ....................................................................................................... 122

Exhibit A. *Curriculum vitae*
Exhibit B. *List of testimony within the past four years*

*CONFIDENTIAL – PARAQUAT LITIGATION*



## Qualifications

I am a Principal Epidemiologist with MetaMethod. I have extensive experience in health research methodology, meta-analysis, and disease causation, particularly in the conceptualization, design, analysis, and interpretation of epidemiologic studies. I have published on a diverse range of topics and types of studies, including original epidemiologic research, qualitative reviews, systematic weight-of-evidence assessments, and quantitative meta-analyses. Because of my expertise in research methodology, I have served as principal investigator on numerous projects involving a wide variety of exposures and health outcomes. My research areas include but are not limited to: occupational and environmental exposures (such as asbestos, benzene, trichloroethylene, solvents, pesticides, arsenic, perfluorinated compounds, and dioxin); community health studies and cluster investigations involving air, water, and soil exposures; and clinical, pharmacoepidemiology, and medical device studies (including clinical trial design and support). In addition, I have extensive experience in nutritional epidemiology and have conducted systematic reviews and meta-analyses of dietary and nutritional factors and cancer, cardiovascular disease, type 2 diabetes, hypertension, and body composition. My work in this area has involved studies of dietary patterns, intake of whole foods, and dietary supplements, such as meat and fat intake, dairy and egg consumption, breakfast eating, multivitamin and mineral supplements, fish oil, caffeine, coffee, and infant formula.

I have published over 210 peer-reviewed articles, professional presentations, abstracts, and book chapters. I frequently present on the understanding and interpretation of epidemiologic evidence in a variety of professional venues, such as national conventions, scientific conferences, and governmental regulatory forums. In addition, I have served on scientific committees and scientific advisory groups. I currently serve on the editorial boards of the American Journal of Clinical Nutrition, PLOS One, and Frontiers in Nutrition Methodology. I am a former Visiting Professor in the Department of Nutrition, Exercise and Sports, at the University of Copenhagen, Denmark, and I am currently an Affiliate Associate Professor in the Department of Animal Sciences at Colorado State University. I was awarded a National Cancer Institute Fellowship for Cancer Prevention and Control and was a recipient of the UAB School of Public Health alumnus award for scientific excellence, based on recognition of my "significant scientific contributions through demonstrated commitment and exemplary leadership in empirical research, research methodology, or theory building or adaptation."

## Scope of Work and Summary of Approach

I was asked to examine the epidemiology related to paraquat exposure and Parkinson's disease, and to provide my opinions as to whether there is a causal relationship between exposure to paraquat and Parkinson's disease based on my review and analysis of the relevant literature.



As such, I provide below a background summary of the principles of epidemiology, including the quality of evidence from various study designs, internal validity parameters, and considerations for causal assessments.

I also provide below the results of my evaluation of the descriptive epidemiology and established or suspected risk factors for Parkinson's disease.

The focus of my systematic review was the epidemiology of paraquat exposure and risk of Parkinson's disease, including the methodological foundation of that literature.

I performed a systematic evaluation of the epidemiologic evidence pertaining to risk of Parkinson's disease among study populations exposed to paraquat. My assessment included (1) establishing a well-defined research question, (2) performing a comprehensive review of the literature to identify relevant studies, (3) selecting studies based on predetermined and transparent inclusion and exclusion criteria, and (4) reviewing individual studies with respect to relative risk associations and internal and external validity parameters. I then reviewed and analyzed the totality of the epidemiologic evidence across all studies with respect to patterns of relative risk associations and internal validity (statistical significance, bias, and confounding) and external validity (generalizability) parameters.

When performing my systematic review, I evaluated the patterns of relative risk across the total body of epidemiologic literature to formulate conclusions.  Consistent with well accepted methodology, I gave more evidentiary weight to studies of higher methodological quality to reach my conclusions; these studies are more reliable and thus more informative.

I was also asked to evaluate the opinions offered by Dr. Martin Wells as well as certain epidemiological opinions offered by Dr. Michael Siegel. To the extent that other of Plaintiff's experts rely on Dr. Wells' work (e.g., Dr. Anthony Lang and Dr. Binit Shah), my comments on Dr. Wells' analyses apply equally to their opinions.

## Summary of Opinions

1. Parkinson's disease is the second most common neurodegenerative disorder after Alzheimer's disease, with an estimated 9.4 million persons worldwide living with this condition. Approximately 90,000 Americans are diagnosed with Parkinson's disease annually.

2. Genetic mutations (many of which are believed to remain undiscovered) are the only known and generally accepted cause of Parkinson's disease. Although non-genetic causes of Parkinson's disease remain elusive, several factors have been identified and generally accepted as increasing or decreasing the risk of this condition, including:

*CONFIDENTIAL – PARAQUAT LITIGATION*



a. Most studies indicate that men develop PD more frequently than women.

b. Increasing age is the most well-established and strongest risk factor for Parkinson's disease. 1-2% of persons over the age of 65 are diagnosed with Parkinson's disease and the incidence of Parkinson's disease increases with each decade of life after that.

c. Family history of Parkinson's disease is a risk factor for developing Parkinson's disease. Several epidemiologic studies as well as meta-analyses have reported strong associations ranging from above 2.0 to almost ten-fold. Approximately 10-15% of Parkinson's disease patients report family histories among their first-degree relatives.

d. Cigarette smoking is inversely associated with Parkinson's disease. This inverse association is consistently reported in well-done studies. A dose-response analysis has been observed where risk of Parkinson's disease decreases monotonically as pack-years (or duration and frequency of smoking) increases. When evaluating occupational groups, it is important to consider the prevalence and degree of smoking habits among the group under study.

e. Numerous hypotheses as to the causes of Parkinson's disease have been postulated and investigated to varying degrees, with generally mixed results across the epidemiologic literature. These postulated risk factors (positive as well as inverse factors) include, for example, dietary factors, such as higher intakes of polyunsaturated fatty acids, coffee and tea, alcohol, and other factors such as head trauma, exposure to general anesthetics, aspirin use, diabetes status, exposure to Agent Orange, living in rural areas, living in urban areas, drinking well water, and working with heavy metals, detergents, pesticides, and solvents. None has been established as a risk factor for or demonstrated to be a cause of Parkinson's disease

3. Numerous epidemiologic studies have examined the association between exposure to paraquat and risk of Parkinson's disease. Collectively the epidemiologic studies are widely variable in terms of study design, study population, location, methodology, analytical techniques, and reported associations. The most recent prospective study of U.S. agricultural workers (which is also the largest study of U.S. agricultural workers) by Shrestha (2020) reported no association (no increased risk) between exposure to paraquat and Parkinson's disease. In addition to the strength of its design (i.e., prospective cohort study), this study had additional strengths, including controlling for some key confounding factors (including other pesticide exposures), assessing agricultural workers who have greater knowledge of pesticides and work practices than other study populations, reducing the impact of misclassification bias, performing the most



statistically robust analyses that utilized proportional hazards modelling, and reporting data for dose-response metrics.

4. Findings from epidemiologic studies of paraquat exposure and risk of Parkinson's disease are widely variable, resulting from a host of factors, including weak study design, inconsistent methodologies, incomplete control of confounding factors (including lack of adjustment for other pesticide exposures), the influence of exposure misclassification bias, the utilization of retrospective study designs, and the absence of relevant dose-response analyses. As a whole, the literature reports inconsistent associations—in direction, strength, and statistical significance.

5. Based on my weight of the evidence assessment of the epidemiologic literature evaluating the potential association between paraquat exposure and Parkinson's disease, it is my opinion that the evidence does not support a conclusion that paraquat exposure is causally associated with Parkinson's disease.

6. Dr. Wells' assessment and meta-analysis of the epidemiologic literature evaluating a potential connection between paraquat exposure and Parkinson's disease is fundamentally flawed for several reasons. Among other things:

   a. Dr. Wells failed to follow the scientific method or any well-established guidelines in conducting his meta-analysis, which resulted in a meta-analysis that is unreliable, misleading, and not replicable. His failure to set out clear inclusion and exclusion criteria resulted in a gerrymandered analysis that cherry picks data, treats studies in an inconsistent manner while excluding the most reliable study on paraquat and Parkinson's disease as well as other large studies on this subject. His failure to assess any of the studies for internal validity (chance, bias, and confounding) yields  meta-analysis results that do not account for those issues either and, as a result, is unreliable and methodologically improper.

   b. Dr. Wells' Bradford Hill analysis is similarly flawed. Because he failed to conduct any assessment of chance, bias, or confounding, his Bradford Hill analysis does not account for those issues at all. Again, in his Bradford Hill analysis, Dr. Wells fails to set out any methodology, cherry picks only data points that support his conclusions, excludes the most methodologically reliable studies without justification, and cites to studies that undercut his opinions on consistency and specificity instead of support his conclusions.

   c. Dr. Wells' specific causation opinions are also flawed. They rely on his meta-analysis which is neither valid nor reliable. And he claims, without scientific basis and contrary to common sense, that his odds ratio applies equally to an individual

*CONFIDENTIAL – PARAQUAT LITIGATION*



who used paraquat one day and to an individual who used paraquat for twenty years.

7.  Dr. Siegel's opinions are similarly flawed.  Dr. Siegel purports to review the epidemiology literature related to paraquat and Parkinson's disease but fails to set out or follow any accepted methodology for doing so. He does not review the totality of the epidemiological literature and instead cherry picks only three studies for review. And even with those studies (let alone the full body of literature), he does not discuss their strengths or limitations or assess them for risk of chance, bias, or confounding.

# General Principles of Epidemiology

The science of epidemiology involves investigating the distribution and determinants of diseases in populations. Epidemiology is a tool for evaluating whether a given exposure is a cause of a specific disease or health outcome in humans, as well as establishing quantitative exposure-response relationships between a factor and the risk of disease.

A principal focus of epidemiology is study methodology, including the development and design of studies to evaluate the relationship between exposures and disease outcomes. In addition, epidemiology involves the synthesis and summary of the literature through systematic review methodology. Well-conducted epidemiologic studies play an important (and necessary) role in assessing patterns of relative risk and general causal relationships between exposures (such as smoking), and outcomes (such as cardiovascular disease or lung cancer). In fact, epidemiology is the foundational scientific discipline that evaluates and estimates relative risk of disease among study populations (comprised of individuals) who may be exposed to chemicals, consume specific foods or beverages, engage in vigorous physical activity, or reside in a certain geographic location, among other factors.

## Epidemiologic Measures

To measure the frequency of occurrence of health outcomes or disease in a population, epidemiologists may report the number of events per unit of population or time:

**Incidence rate** is the rate at which new events occur in a population, calculated as the number of new cases that occur during a defined period of time, divided by the average number of persons at risk of the disease during that period. For example, if 100 people develop a disease in an at-risk population of 10,000 persons during a 10-year period, then the incidence rate is 100 cases divided by (10,000 persons × 10 years). That equates to 100 per 100,000 person-years or 1 per 1,000 person-years.

**Prevalence rate** is the proportion of people in a population who have a certain disease or health-related event at a given time, calculated as the number of cases of a disease at a specific time or



period, divided by the total number of persons at risk of the disease at that time or midway through the time period. For example, if 20 people in a population of 10,000 persons currently have a disease at a specific point in time, then the point prevalence at that time is 20 per 10,000 persons or 1 per 500 persons.

**Mortality rate** is the number of deaths, either overall or from a specific cause, identified in a given population during a defined period of time, divided by the average number of living persons in that population and time period.

**Survival rate** is the proportion of individuals in a specific group who are alive at the start of the time interval who survive to the end of the interval. Survival is a function of the incidence of disease as well as the case-fatality rate of the disease.

Prevalence is influenced by both disease incidence and disease duration (i.e., survival or case-fatality from the disease). As indicated above, incidence is a measure of the occurrence of new cases of a disease or health-related events, typically during a specified time period, and as such, is a more meaningful metric because it captures the onset of disease after the occurrence of exposure (i.e., temporality can be assessed). In contrast, prevalence is a measure of existing cases of a disease or event, typically at a given point in time or during a demarcated time period. Thus, prevalence statistics are not designed to assess the temporaneous onset of disease after exposure because both exposure and disease are measured simultaneously.

## Types of Epidemiologic Studies: Descriptive & Analytical

There are two general types of epidemiologic studies. These are descriptive and analytical, and both designs are used for different scientific purposes.

***Descriptive studies***, which are most often conducted on data from disease and mortality registries maintained by public health departments and government agencies, are generally used as surveillance tools to monitor the temporal trends and spatial distribution of disease occurrence. Such studies can alert the public to a concern if either the temporal trends or spatial distribution of the disease under consideration show unusual or unexpected patterns. They reflect point-in-time snapshots (i.e., exposure and outcome are typically ascertained at the same point in time) and thus cannot establish any causal associations between the factor and occurrence of disease. An example of a descriptive epidemiologic study would be a surveillance registry for birth defects at a population level. Descriptive epidemiology commonly includes surveys, which may be used to provide a snapshot of disease prevalence in a selected population group. Descriptive studies may be limited in terms of ascertaining and analyzing critical information, such as data on potential confounding factors. Finally, it is difficult to account for the role of systematic bias in descriptive epidemiology.

*CONFIDENTIAL – PARAQUAT LITIGATION*



***Analytical studies***, on the other hand, are specifically designed to estimate associations between exposures and disease or health outcomes. That is, they are designed to produce relative risk associations by comparing the morbidity or mortality experience (or health-related events) among exposed populations and lower- or non-exposed populations. By nature of their analytical design, they are *testing* hypotheses. Analytical studies' use of comparison groups with statistical testing is what enables epidemiologists to evaluate patterns of relative risk. Importantly, such studies may be equipped to account for confounding factors (which are discussed below), including the ascertainment of covariates (variables included in analytical models) of exposure and outcome, if such information is collected or available, and allow for the control of the impact due to confounding. To the extent information on such factors is not collected, or more importantly, not controlled for, the study's reliability and the resulting risk's accuracy is weakened. For example, analytical studies can control for confounding by including covariate factors in complex statistical models, such as regression methods or proportional hazards analyses, when estimating the association between the primary exposure of interest and health outcomes. In addition, analytical epidemiologic designs facilitate the assessment of many types of potential systematic bias by means of subject selection criteria, exposure and outcome information ascertainment and validation, analytical methodology, statistical significance testing, and results interpretation. Analytical study designs may include randomized controlled clinical trials, prospective or retrospective cohort studies, nested case-control studies, case-cohort studies, or case-control studies.[1]

*Randomized Controlled Clinical Trials*

Randomized controlled clinical trials provide the highest standard of scientific evidence, however, this type of study design may only be applied under specific settings. Randomized controlled clinical trials are commonly performed in pharmacoepidemiology or clinical settings for which patients are either randomly allocated to receive a therapeutic agent, drug, medical intervention or a placebo or alternative treatment. By virtue of the experimental control and random assignment in such studies, the potential for selection bias, information bias, and confounding by unmeasured baseline characteristics may be minimized. However, randomized controlled clinical trials are not utilized for certain types of studies, including occupational exposure studies. Thus, the majority of epidemiology investigations are observational in nature, requiring enhanced methodological emphasis on internal and external validity parameters.

---

[1] As described in the Dictionary of Epidemiology, case reports are regarded in the scientific community as "anecdotal evidence" that is "derived from descriptions of cases or events rather than systematically collected data that can be submitted to statistical tests" (Last, J. M. (2001). *A dictionary of epidemiology* (4th Ed.). Oxford University Press. In a more recent edition of A Dictionary of Epidemiology, anecdotal evidence was defined as "Evidence derived from descriptions of cases or events rather than systematically collected data that can be submitted to formal epidemiological and statistical analysis. Such evidence must be viewed with caution but sometimes is useful to raise a warning of danger or to generate hypotheses (e.g., as shown by voluntary reporting of adverse drug events).5,63 See also case reports" Porta, M. (2014). *A Dictionary of Epidemiology 6th Ed.* Oxford University Press.



*Observational Epidemiologic Studies*

As indicated, epidemiology is largely an observational discipline, with less control over exposures than human experimental or clinical studies. The two most commonly used types of analytical observational studies in epidemiology are cohort studies and case-control studies.

Other, less informative study designs include cross-sectional and ecologic studies, which may be considered descriptive epidemiologic designs.

**Cohort studies** are analytical epidemiologic studies in which defined populations with various levels of exposure are observed over time to compare disease incidence or mortality rates across different exposures. Cohort studies may be **prospective**, meaning that exposure information is collected **prior to disease onset** and participants are followed forward in time. Alternatively, cohort studies may be **retrospective**, meaning that past exposure information is reconstructed based on existing information for participants, some or all of whom have already developed the disease(s) of interest. Cohort studies are often analyzed using a statistical approach that evaluates the occurrence of disease or health events, or the hazard of disease, which concerns the modeling of time until an event of interest, such as a diagnosis or failure.

**Case-control studies** are analytical epidemiologic studies in which individuals with the health outcome or disease of interest are compared with a suitable control group of individuals without the health outcome or disease to determine differences in exposure levels between the groups. Case-control studies are typically retrospective in design, meaning that they evaluate exposures in the past, with exposure assessment occurring after disease onset in cases. A nested case-control study is one in which cases of a disease that occur in a defined cohort are identified and, for each, a specified number of matched controls is selected from among those in the cohort who have not developed the disease by the time of disease occurrence in the case.

**Cross-sectional studies** examine the correlation between an exposure and the prevalence of a disease in a defined population at a specified point in time, thereby providing a "snapshot" of the potential exposure-disease relationship at a particular time. Generally, cross-sectional surveys are considered lower quality designs compared with the more analytically rigorous cohort and case-control designs and are insufficient to establish causation because exposures and outcomes are typically assessed simultaneously and it ***may*** not be possible to determine whether the exposure preceded or followed the disease, thereby obscuring cause-and-effect relationships (Last, 2001).

**Ecologic studies** are epidemiologic studies in which the units of analysis are populations or groups, rather than individuals. Observations at the group level may not apply to individuals; for example, general or average exposures do not apply to every member of a population. Erroneous conclusions may be reached if inferences about individuals are made based on aggregate observations—a logical error known as the ecologic fallacy. An example of the ecologic fallacy

*CONFIDENTIAL – PARAQUAT LITIGATION*



would be found in a study evaluating the association between prenatal exposure to influenza and development of childhood acute lymphocytic leukemia (cALL). Data collected from overall (indirect data) prenatal records and cancer registries in a metropolitan area might reveal a statistically significantly increased risk for cALL with prenatal influenza exposure. However, given that the researchers did not collect individualized exposure data, they were uncertain if the mothers of the cALL patient were exposed to prenatal influenza (Gordis, 2009). A major limitation of ecologic studies is the impact of confounding and bias. Since information is collected at the aggregate, rather than the individual level, the impact of confounding cannot be controlled adequately.

### Systematic Reviews and Meta-Analyses

Meta-analysis is a systematic method used to evaluate quantitatively a body of literature. A meta-analysis is a systematic statistical approach to combining the results from individual studies in order to generate a single statistic, commonly referred to as a summary relative risk estimate (SRRE) or a weighted group mean difference (WGMD) (Alexander, 2016; Alexander, 2015; Walker, Hernandez, and Kattan 2008).

While meta-analysis is a valid analytical and methodological practice when conducted properly and in accordance with generally accepted methodology the methodology must be performed objectively, transparently, and systematically for the results to be valid, reliable or meaningful. The literature must also be well-suited for such an approach. Bodies of literature that are too statistically heterogeneous or contain excessive study design heterogeneity create challenges for meta-analyses and render the results less reliable. If a meta-analysis is improperly conducted and/or is based on low quality studies (e.g., data that is unadjusted for confounding factors, subject to recall bias), false positive or false negative associations can be generated along with a false sense of consistency and reliability. The summary association generated in a meta-analysis is only as valid and reliable as the studies upon which it is based.

Put differently, a meta-analysis with unsound methodology will produce summary effects that are misleading, biased, and inaccurate as to any true association. Thus, there may be a perceived level of precision that is not substantiated by the underlying data sources.

*Statistical Heterogeneity, Subgroup and Sensitivity Analyses*

One analysis when conducting a meta-analysis is testing for statistical heterogeneity. **Statistical heterogeneity** reflects unexplained variation between study results in a meta-analysis model, and a model that has statistically significant heterogeneity may indicate the need for further analytical exploration. If statistically significant heterogeneity is present in a meta-analysis, the results are by default, inconsistent—i.e., they do not reflect a consistent association across the multiple studies. Comprehensive examinations of heterogeneity are thus crucial components of a

*CONFIDENTIAL – PARAQUAT LITIGATION*



meta-analysis and are necessary to fully explore the level of consistency in a body of literature while identifying factors that may contribute to varying patterns of results between studies.

Statistical heterogeneity is typically tested using (1) the Cochran's Q test, which indicates whether the variance between studies differs, and (2) the $I^2$ statistic, which indicates the percentage of variation attributable to between-study heterogeneity (Higgins and Thompson 2002). When a significant amount of statistical heterogeneity exists, the p-value for the Q test will be low and the $I^2$ statistic will be high. Between-study variation (which is referred to as **design heterogeneity**) may be the result of differences in study design, measurement techniques, patterns of associations by gender or dose level, surgical techniques, or a plethora of other factors. If there is significant heterogeneity, the results of the meta-analysis may not be generalizable as a whole or clinically reliable due to a lack of integrative research (Walker, Hernandez, and Kattan 2008; Deeks, Higgins, and Altman 2011; Borenstein, 2009). However, the presence of statistical heterogeneity between studies can be perceived as an opportunity to further investigate and develop hypotheses for the differences (design heterogeneity) between studies (Finckh and Tramer 2008). Indeed, meta-analyses are commonly used to identify sources of variation by conducting sub-group analyses to distinguish any differences in results by specific study characteristics.

By design, a meta-analysis inherently is constructed to evaluate important factors that may influence study results. This is a *data-driven* method for which quantitative differences can be generated. Thus, it is of paramount importance that meta-analyses utilize their full analytical potential, and researchers should always perform and report several sub-group and sensitivity analyses to determine whether the results are consistent, reliable, and robust.

One type of sensitivity analysis is the one-study-removed technique where a meta-analysis model is generated to produce a summary estimate and then subsequent analyses of this model are run by removing a single study at each iteration. This informs as to the robustness of the overall model by the influence of any single study, and at the same time, informs as to the sensitivity of the model and the quantitative impact of each study on the overall summary estimate. If removing a single study drastically alters the overall summary association, the methodology of the removed study should be scrutinized to determine whether it is harmonious with the other studies, and if not, evaluate the reasons why such differences may exist. Additionally, a single study may be considered a statistical outlier solely because of chance findings or random variation.

It is also common for researchers to assess the impact of multiple variables or characteristics on the overall summary association by conducting meta-regression analysis.

*Meta-Analysis Protocols and Best Practices*

*CONFIDENTIAL – PARAQUAT LITIGATION*



There are several generally accepted protocols for conducting a meta-analysis, including guidance by the Cochrane Collaboration, PRISMA, STROBE and MOOSE. In general, meta-analyses are conducted by the following steps:

1. Establish a research question.

2. Conduct a systematic literature search with documented search string terminology.

3. Filter and synthesize studies using *a priori* and transparent inclusion and exclusion criteria. The scientific justification for including and/or excluding certain studies should be documented.

4. Develop a data extraction protocol, and abstract relevant qualitative information and quantitative data from each study into a spreadsheet.

5. Assess each study for risk of bias.

6. Create the overall and primary analytical models and conduct meta-analyses using random-effects methods.

7. Perform secondary meta-analyses, such as sub-group analyses, sensitivity analyses, and publication bias assessments. These are often the most informative analyses because they may identify any underlying patterns of associations.

8. Interpret findings objectively, supporting each conclusion with the underlying analyses. This includes a thoughtful and careful assessment of the potential impact of varying biases and confounding factors.

9. Summarize the methodology and results in a manner that transparently documents the design and analytical methodology.

## Association & Causation

As summarized below, statistical associations between an exposure and a disease are typically generated in epidemiologic studies. However, this is merely an initial step in an analysis of causation; a statistical association (even a statistically significant one) does not by itself indicate a causal relationship, that is, that the exposure caused the disease or health outcome. A causation analysis in epidemiology involves a systematic, methodological and analytical process to determine whether the totality of associations within and across the epidemiologic studies support a causal inference; among other things, the studies must be scrutinized in terms of possible alternative explanations for the observed associations, such as bias, confounding, and chance. Those associations are then assessed against a set of guidelines, such as those established

14



by Sir Austin Bradford Hill, to determine if the totality of evidence supports a casual conclusion. These concepts are discussed in greater detail below.

## Estimates of Relative Risk

In general, all of the above-mentioned study designs can yield estimates of **relative risk (RR)**, that is, the ratio of the probability of an outcome occurring in an exposed group compared with an unexposed group.

RR is a general term that may refer to a risk ratio, a rate ratio, an odds ratio, a prevalence ratio, a standardized incidence or mortality ratio, or a hazard ratio. The type of RR estimate calculated depends on the study design and data available. An RR equal to 1.0 means that the probability of the outcome in the sample is equal in the exposed and unexposed groups (referred to as no association or a null association). An RR greater than 1.0 means that the probability of the sample outcome is greater in the exposed than the unexposed group (referred to as a positive association), whereas an RR less than 1.0 means that the probability of the sample outcome is lower in the exposed than the unexposed group (referred to as an inverse or negative association) (Elwood and Elwood 1998; Gordis 2009; Szklo and Nieto 2007).

## Interpretation of Relative Risk Estimates

Epidemiologists evaluate patterns of relative risk and associations that may exist in the presence or absence of bias and confounding.[2] If an association exists between the exposure and outcome in a setting in which the potential for bias and confounding have been minimized, epidemiologists then examine whether the association is statistically significant as well as the strength of the statistical relationship. Provided adequate and reliable exposure data are available, epidemiologists evaluate potential dose-response patterns to determine whether risk is increased or decreased based on higher or lower levels of exposure. Importantly, the consistency of findings within and across studies are scrutinized, and any sources of design variability between studies are examined.

---

[2] An association of strong magnitude between an exposure and a disease outcome in well done studies is less likely than a weak association to be explained by confounding or other sources of moderate bias. While relative risks vary in magnitude within and across epidemiology studies, relative risks for some clear-cut causal associations, such as smoking and lung cancer, commonly range between 8.0 and 20.0 (Pesch et al. 2012).

*CONFIDENTIAL – PARAQUAT LITIGATION*





## Statistical Significance

The **statistical significance** of an observed finding may be denoted by a P-value or a confidence interval (discussed below). A **P-value** is the probability of observing the result or a more extreme result if the null hypothesis of no exposure-disease association were true (Federal Judicial Center and National Research Council of the National Academies 2011). In general, it denotes the probability that the observed condition (or a more extreme one) could have occurred by chance alone, assuming that there was no difference in the rates of the observed condition between exposed and unexposed groups. In epidemiology, **chance** refers to random, unpredictable error due to sampling variability or imprecise measurement of study variables, resulting in fluctuation around a true value. This can occur when the time period and geographic delineation of a study (or case observation period in time and space) has not been clearly determined. Chance can never be completely excluded as a potential explanation for an observed finding, although the probability of a chance finding can be reduced by increasing the sample size, improving the precision of a measurement tool, or increasing the number of measurements. Importantly, these are all components of analytical methodology that involve the identification of the case and comparison populations, the estimation of exposure, statistical testing, and the evaluation of bias and confounding.



A standard P-value cut-off for statistical significance is 5%; that is, a result whose P-value is less than 5% is considered sufficiently unlikely to have occurred by chance and it is designated as "statistically significant." However, a p-value does not indicate the direction of the potential statistical association, the magnitude of the association, or the variability of the association based on analysis of the study sample. Thus, **confidence intervals**, which provide this quantitative information, are the most commonly reported metrics in analytical epidemiology studies. Indeed, estimates of relative and absolute risk, as well as incidence rates, mortality rates, and prevalence, should be reported with a margin of error, which in epidemiology and statistics conventionally takes the form of a confidence interval. In a valid and unbiased analysis, a confidence interval will, over repeated sampling of the study population, contain the value of interest with a frequency no less than its stated confidence level, which in epidemiology and statistics is typically set at 95%. The width of a confidence interval provides an indication of the precision of an estimate, based upon the sample data. There is no probability for the true parameter that can be inferred from a single confidence interval. Thus, a relatively wide confidence interval denotes a relatively inexact or statistically unstable estimate, whereas a relatively narrow confidence interval denotes a relatively precise estimate (Rothman, Greenland, and Lash 2008).

In epidemiology RRs are rarely 1.0. Indeed, the probability of obtaining a RR of 1.0, exactly, when it is the true measure, is exceedingly low, especially in a large study. It is much more likely to observe a RR above or below 1.0. Thus, statistical significance testing is necessary to determine whether the association may have occurred by chance. If a 95% confidence interval excludes the null value of the estimate (e.g., 1.0 for an RR or 0.0 for a risk difference), then the result is said to be statistically significant, with less than a 5% probability that the sample result occurred by chance, given the assumption of the null value.[3]

The graphics below show generally how confidence intervals are interpreted with respect to showing statistical significance, in the absence of multiple comparisons[4] or analyses.

---

[3] Statistical significance remains in an important component and consideration in the interpretation of epidemiologic relative risk data ((Benjamini 2021; Kafadar 2021)

[4] The multiple comparisons issue is a statistical phenomenon whereby when researchers conduct numerous statistical analyses in a single study, such as an evaluation of several types of chemical exposures and/or several types of outcomes, some of the associations (typically 1 in 20) will be statistically significant when in truth, they are not.

*CONFIDENTIAL – PARAQUAT LITIGATION*







*CONFIDENTIAL – PARAQUAT LITIGATION*





In addition, other factors, such as confounding and bias, may produce a flawed estimate of relative risk. These concepts are discussed below.

## Statistical Associations versus Causal Relationships

Properly conducted analytical epidemiologic studies can identify statistical associations between an exposure and a disease or other health outcomes. However, this is merely the first step in the causal analysis; a statistical association does not by itself indicate a causal relationship, that is, that the exposure caused the disease or health outcome. Whether a given association is causal should first be evaluated in light of possible alternative explanations including bias, confounding, and chance. Then, once those are evaluated, other criteria are applied—such as the Bradford Hill criteria that I discuss below—to make a scientifically valid determination of causation (Rothman, Greenland, and Lash 2008; Baker and Nieuwenhuijsen 2008; Elwood and Elwood 1998; Gordis 2009; Szklo and Nieto 2007).

**Bias** refers to any systematic (i.e., differential) or random (i.e., non-differential) error in the design, conduct, analysis, or production of a study that can invalidate the study's results and interpretation. Major types of bias are the following:

19



*Selection bias*

Selection bias refers to systematic differences in characteristics, specifically those that are associated with exposure and disease status, between people who participate in a study and those who do not. For example, selection bias can occur in a case-control study if the participation rates differ between cases and controls for reasons that are related to the exposure of interest. Selection bias can occur in a cohort study if exposed and unexposed persons drop out of the study at different rates for reasons that are related to the exposure or disease of interest. For example, selection bias could occur in a cohort study on air pollution if individuals in the exposed area migrate away from the area after developing symptoms (Baker and Nieuwenhuijsen 2008). Another example is residential migration from outside of the exposure area of interest prior to disease diagnosis to an exposed area where a diagnosis is made shortly thereafter. In this scenario, exposure would not be related to disease occurrence because the relevant exposure window occurred outside of the study area.

Ultimately, when selection bias occurs, the final study population may not be representative of the target population, which can lead to external validity issues, meaning that the findings in the study sample are not generalizable to broader populations.

*Information bias*

Information bias, also referred to as misclassification bias, refers to systematic errors in data collection that result in unequal accuracy of information, such as exposure and/or disease status, between comparison groups. Types of information bias include recall bias (i.e., discrepancies in the accuracy or completeness of recollection of past events or experiences between comparison groups), interviewer bias (i.e., differences in data collection or recording methods between comparison groups based on an interviewer's knowledge of the subjects' exposure or disease status), and response bias (i.e., differences in the distribution of missing data between study groups, such as whether or not a participant responds to survey questions).

For example, an individual living in close proximity to a factory may report more respiratory symptoms than an individual living a great distance from the factory, simply because the individual in close proximity to the factory is more concerned about air pollution or has been exposed to news stories about the same. Differential information bias means that there is a systematic difference in the collection of information between groups under study. This type of bias is typically based on the operational process of the study rather than random differences in data collection. Random differences in data collection are referred to as non-differential, meaning that variability in the collection of information is based on random occurrence rather than a difference in the procedural techniques of the study. It is often reported that differential

*CONFIDENTIAL – PARAQUAT LITIGATION*



misclassification drives associations away from the null value whereas non-differential misclassification attenuates the associations towards the null value. While this may be true, it is not guaranteed. Both types of bias may modify the associations in unpredictable directions, particularly in categorical regression analyses.

Differential recall bias may occur when the case subjects over-report exposure (e.g., searching for a cause, media perception) compared to the control subjects. Conversely, recall bias may occur when the control subjects under-report exposure (e.g., belief they are healthy because of the perception that they are not exposed or minimally exposed to the factor of interest) compared to the case subjects.

*Reporting bias*

Reporting bias, which is a type of publication bias[5], results when researchers self-select the results data that they wish to present in their article, but their selected data are discordant with the totality of the other analyses that they choose to withhold. In other words, a researcher may choose to publish statistically significant associations over non-statistically significant associations even though both may be equally important. This type of "cherry picking" may lead to the perception of an association when one does not truly exist (i.e., a false positive relationship).

*Confounding*

Confounding is a type of bias that refers to a distortion of the estimated association between an exposure and a disease by a third, extraneous factor, called a confounder. A confounder is an independent risk factor for the disease that is unequally distributed between exposed and unexposed individuals and is not affected by the exposure. Failure to control for confounding can invalidate the estimated exposure-outcome association.

In most observational epidemiologic studies, investigators attempt to control for confounding by using a statistical procedure called adjustment, which is commonly done using multivariate analyses. To adjust statistically for confounding, it is necessary for a study to have collected sufficient information on potential confounders. Even if a study has adjusted for a confounder, residual confounding can occur if insufficient information about the confounder has been collected or if the confounder is inappropriately represented in a statistical model. In studies of certain diseases for which little is known about causes, there may be unknown risk factors (uncontrolled confounders) that confound the exposure-outcome relationship under study.

---

[5] Publication bias occurs when the outcome of a study influences the decision to publish or not publish the results.

*CONFIDENTIAL – PARAQUAT LITIGATION*



## General Causation and Bradford Hill

Establishing whether a given association is causal requires more than a mere statistical association or relative risk estimate in individual studies, even when the foregoing factors of chance, bias, and confounding have been considered and accounted for. It also requires an evaluation of the overall weight of the relevant epidemiologic evidence, which may be combined with sufficient supporting evidence from toxicology and an understanding of underlying biological mechanisms by which the exposure may be causing disease.

In order to take the next step and provide a framework for the complex process of determining whether a particular association is causal, epidemiologists have developed guidelines to assist them in making this assessment. Sir Austin Bradford Hill, a pioneering epidemiologist and statistician in the mid-20th century, developed guidelines to help determine whether a statistically significant association is causal. In his words, what are the appropriate considerations to review when "[o]ur observations reveal an association between two variables, perfectly clear-cut and beyond what we would care to attribute to the play of chance. What aspects of that association should we especially consider before deciding that the most likely interpretation of it is causation?" (Hill 1965). Hill specified nine guidelines for evaluating the current state of knowledge regarding an exposure-disease association: strength of association, consistency, specificity, temporality, biological gradient, biological plausibility, coherence, experiment, and analogy (Hill 1965).

1.  Strength of association refers to the magnitude of the estimated effect of the exposure on the disease. A strong association between an exposure and a disease outcome (typically relative risks above 2.0 across high quality studies that are statistically significant and have accounted for bias and confounding) is less likely than a weak association to be explained by confounding or other sources of moderate bias.

2.  Consistency refers to repeated observations of an exposure-disease association in various populations, a pattern that can lend credibility to a causal interpretation.

3.  Specificity refers to the restriction of an association to a single exposure with a single effect (i.e., a specific disease), which may support a causal interpretation.

4.  Temporality refers to the fact that in any causal relationship, the cause must precede the effect in time. (This is the only one of Hill's nine guidelines that is essential to establishing causality.)



5. Biological gradient (i.e., dose-response) refers to a monotonic relationship (i.e., a gradient that does not change direction) between an exposure and a response, which can support a causal interpretation.

6. Biological plausibility of an exposure-disease relationship depends on current knowledge in toxicology, biology, and other fields. Such knowledge is constantly evolving.

7. Coherence refers to compatibility of a causal hypothesis with what is generally known about the natural history and biology of a disease.

8. Experiment refers to the notion that it is occasionally possible to use experimental epidemiologic evidence, such as intervention studies, to support a causal association; however, such evidence is often lacking or not relevant.

9. Analogy refers to the consideration of similar exposure-disease relationships, but analogies cannot be used to prove or disprove a causal hypothesis.

Hill referred to these as nine "features to be specially considered" or "viewpoints" on the basis of which one should evaluate associations before declaring them causal. As noted above, temporality is a necessary condition because the exposure must be demonstrated to have occurred prior to disease onset. And quantitative considerations, such as strength of association, consistency of findings within and across studies, and quantitative dose-response relationships should be the foremost initial considerations (after chance, bias, and confounding have been addressed). On the other hand, "[b]iological plausibility may well be one of the most problematic guidelines supporting causality … as it is based on a priori evidence that may not stand the test of time" (Szklo and Nieto 2014).  Furthermore, it is now well-known findings from experimental animal studies may fail to translate to health effects in human populations (van der Worp, 2010), and thus can be unreliable for assessment of biological plausibility. He did not assert that all guidelines must be met to establish causality; rather he stated: "None of my nine viewpoints can bring indisputable evidence for or against the cause-and-effect hypothesis and none can be required as a sine qua non" (Hill 1965) ("Temporality" is the exception, as noted above). Although other approaches for evaluating causality have been described, the Hill guidelines (in various revised forms) are commonly cited and implemented by epidemiologists (Hennekens and Buring 1987; Rothman, Greenland, and Lash 2008; Gordis 2009; Mausner and Kramer 1985; Lilienfeld and Stolley 1994; Schlesselman 1982) and are still broadly accepted in the scientific community today.[6]

---

[6] The Bradford Hill guidelines are also widely relied upon by courts (Federal Judicial Center, and National Research Council of the National Academies, 2011) for assessing general causation (this does not establish specific causation in an individual), that is, for determining whether the weight of scientific evidence shows that an exposure is capable

*CONFIDENTIAL – PARAQUAT LITIGATION*



# Epidemiology of Paraquat Exposure and Parkinson's Disease

Based on the principles of epidemiology and considerations of general causation described above, I have examined the epidemiology pertaining to Parkinson's disease, as well as paraquat exposure and risk of Parkinson's disease.

## Process for Review

I conducted a systematic review of the literature by following the well-established guidelines for the conduct of comprehensive evaluations of epidemiologic studies. Specifically, the identification of studies, inclusion and exclusion criteria, critical examination of internal (e.g., information bias, confounding) and external (e.g., selection bias) validity, synthesis and analysis of study results data, and the interpretation of the collective body of epidemiologic evidence was conducted according to principles and protocols delineated in Meta-analysis Of Observational Studies in Epidemiology (MOOSE) (Stroup, 2000), Preferred Reporting Items for Systematic Reviews and Meta-Analyses (PRISMA) (Moher, 2009), and Strengthening the Reporting of Observational studies in Epidemiology (STROBE) (von Elm, 2007).

My review of the epidemiologic literature was designed to address the research question, "Is there a causal association between exposure to paraquat and Parkinson's disease?"

To be eligible for inclusion in the body of studies I considered in forming my opinions, each epidemiologic study was required to meet the following criteria:

    i)      Cohort, case-control, or cross-sectional design specifically evaluating Parkinson's disease prevalence, incidence or mortality (including internal analyses or external standardized analyses) as an independent outcome variable;

    ii)    analysis of an adult human population;

    iii)   analysis evaluating risk of Parkinson's disease among participants reported to be exposed to paraquat; and

    iv)   reported measures of association and variance estimates or sufficient data provided to calculate relative risks and 95% confidence intervals (CIs).

Descriptive studies, such as survey analyses or ecologic studies, were identified and reviewed but are less informative when formulating general causation opinions. Case reports and case series were excluded and not reviewed because they do not utilize a comparison group or provide tests of statistical significance.

---

of causing a disease and, if so, the circumstances under which such causation occurs ((Cole 1997; Green, Freedman, and Gordis 2011)

*CONFIDENTIAL – PARAQUAT LITIGATION*



## Methodological and Analytical Process

I performed a comprehensive electronic literature search using the National Library of Medicine (PubMed) database and hand-searched published articles to identify studies that reported statistical associations (or relevant data to allow for the calculation of statistical measures of association with variance estimates) between paraquat exposure and Parkinson's disease (i.e., as independent exposure and analytical outcome variables).[7] I have prepared a PRISMA Literature Search Flow Diagram which can be found in Appendix 2.

Within each study, I evaluated patterns of relative risk pertaining to the association between paraquat exposure and Parkinson's disease. I then considered internal and external validity parameters, including the size of the study, statistical significance, direction and strength of association, consistency of findings, dose-response relationships, patterns of risk by various exposure metrics, bias, and confounding. Finally, I evaluated patterns of relative risk across the total body of epidemiologic literature to formulate my conclusions.

In addition to my primary scope of work, which included a systematic evaluation of the analytical epidemiologic literature, I identified and reviewed studies and data sources that provided information on descriptive epidemiology (*e.g.*, incidence and prevalence rates) of Parkinson's disease as well as studies that discussed risk factors for Parkinson's disease. Although studies of paraquat were my primary focus, it is important to understand factors associated with Parkinson's disease to determine whether the studies on paraquat exposure considered the potential confounding influence of such factors.

## Descriptive Epidemiology of Parkinson's Disease

Parkinson's disease is a chronic, progressive neurodegenerative disorder. It is characterized clinically by motor dysfunction and pathologically by degeneration of the dopamine-producing neurons in the substantia nigra portion of the brain. Parkinson's disease symptoms begin to appear when approximately 50 to 60 percent of the cells in the substantia nigra degenerate (Johns Hopkins Medicine 2022).

The four primary features or hallmarks of Parkinson's disease are: 1) tremor, 2) rigidity, 3) bradykinesia, and 4) postural instability. Other symptoms that may appear in Parkinson's disease patients include changes in speech and writing and mental and behavioral changes such as trouble sleeping, depression, memory difficulties, and fatigue (Mayo Clinic 2022; NIH National Institute of Environmental Health Sciences 2022; Johns Hopkins Medicine 2022). I understand

---

[7] I performed a systematic electronic search of the National Library of Medicine Bibliographic Database, PubMed, using the Medical Subject Heading (MeSH) terms "Parkinson disease " and "pesticide". I updated the search through January 17, 2023. This search identified 373 studies. After filtering by the terms "Human" AND "English", 283 studies were screened by title and abstract from which 81 studies were identified for full text review. Full text review identified 32 relevant epidemiology studies. Additional studies were identified through an iterative process during full text review and through bibliographies of relevant studies, meta-analyses, and systematic reviews.



that there are various other non-dopamine and non-motor features of the disease as well (Olanow Expert Report dated January 20, 2023). It is recognized that there is a premotor or prodromal phase of the disease that may last as long twenty years (Kalia and Lang 2015).

There are other forms of parkinsonism that can mimic some of the signs and symptoms associated with Parkinson's disease which can make diagnosing Parkinson's disease a challenge for clinicians (Parkinson's Foundation 2022a). There is no standard blood test that can specifically diagnose Parkinson's disease. Diagnosis is clinical, based on medical history, motor symptoms, and a detailed neurological exam. Some neurologists use the Unified Parkinson's Disease Rating Scale (UPDRS) to assess baseline and disease progression. A DaT scan that measures brain dopamine transporter levels can be used to assist in diagnosis (after clinical criteria are met), but it does not differentiate between Parkinson's disease and from some other forms of parkinsonism. The pathologic hallmark of Parkinson's disease is alpha-synuclein-filled Lewy bodies in the nigrostriatal system (post-mortem diagnosis). Responsiveness to levodopa can be used to help distinguish Parkinson's disease from other forms of parkinsonism (Parkinson's Foundation 2022b; Gonzalez-Usigli 2020; World Health Organization (WHO) 2006).

Parkinson's disease is the second most common neurodegenerative disorder after Alzheimer's disease (Elbaz, 2016; Chen 2010). There are an estimated 9.4 million persons globally living with Parkinson's disease (Maserejian, Vinikoor-Imler, and Dilley 2020).

The prevalence of Parkinson's disease in the U.S. is approximately one million persons, and roughly 90,000 Americans are diagnosed with Parkinson's disease each year (Parkinson's Foundation 2022c). Parkinson's disease frequency increases monotonically with increasing age (Rong, 2021; GBD 2017 US Neurological Disorders Collaborators 2021; Blue Cross Blue Shield Association 2020; Driver, 2009; Van Den Eeden, 2003).

*CONFIDENTIAL – PARAQUAT LITIGATION*



| Table 1 | Age-specific and overall annual incidence rates of Parkinson disease per 100,000 person-years | | |
|---|---|---|---|
| Age group, y | No. of PD cases | Person-years | Incidence rate |
| 40–44 | 0 | 12,553.0 | 0.0 |
| 45–49 | 2 | 34,324.0 | 5.83 |
| 50–54 | 9 | 54,448.5 | 16.53 |
| 55–59 | 28 | 72,172.0 | 38.80 |
| 60–64 | 57 | 84,889.0 | 67.15 |
| 65–69 | 101 | 75,356.5 | 134.03 |
| 70–74 | 111 | 58,443.0 | 189.93 |
| 75–79 | 101 | 39,660.0 | 254.67 |
| 80–84 | 80 | 22,512.5 | 355.36 |
| 85–89 | 59 | 9,597.5 | 614.74 |
| 90–99 | 15 | 3,361.0 | 446.30 |
| Total | 563 | 467,316.5 | 120.48 |

PD = Parkinson disease.

**Figure**    **Cumulative incidence and lifetime risk curves**



Driver, 2009

27

*CONFIDENTIAL – PARAQUAT LITIGATION*



Men are more likely to be diagnosed with Parkinson's disease than women. In a review and meta-analysis on the incidence of Parkinson's disease, males between the ages of 60 and 69 had statistically significantly higher incidence rates than women in the same age group (58.2 versus 30.3 per 100,000 person-years). A similar incidence disparity was observed in the 70 to 79 year age range (men: 162.6, women: 93.3 per 100,000 person-years) (Hirsch, 2016). The risk among men has been reported to be 1.5 to 2 times higher than the risk for women (Wooten, 2004; Cerri, Mus, and Blandini 2019; Nicoletti, 2017; Parkinson's Foundation 2022c).

The differences in Parkinson's disease by race/ethnicity are not well understood. Studies reporting on Parkinson's disease incidence or prevalence by race have shown variable results. For example, in a study among members of a large health maintenance organization in North California, age and gender-adjusted rates of Parkinson's disease incidence per 100,000 were highest among Hispanics, followed by non-Hispanic Whites, Asians, and Blacks (Van Den Eeden, 2003). A study using the Pennsylvania Medicaid claims database (1999-2003) reported that the 4-year cumulative incidence of Parkinson's disease was highest among Whites, followed by Latinos, and African-Americans. This study consisted primarily of non-Hispanic Whites (68%) (Dahodwala, 2009). A cross-sectional study of over 29 million U.S. Medicare beneficiaries aged 65 and older reported that the age-standardized mean prevalence of Parkinson's disease was highest among Whites, followed by Hispanics, Asians, and Blacks, and the age-adjusted mean incidence was highest among Hispanics, followed by Whites, Blacks, and Asians (Wright Willis, 2010). A study of the frequency of Parkinson's disease in African Americans from a Chicago community found no statistically significant differences in clinical diagnosis of Parkinson's disease between Blacks and Whites (Bailey, 2021). Other studies have reported that the highest prevalence of Parkinson's disease is among Whites as compared to Asians and Blacks although much of the published literature on Parkinson's disease is comprised of predominantly White subjects (Ben-Joseph, 2020). This, coupled with disparities in healthcare may explain, at least partially, the different rates of Parkinson's disease reported by race/ethnicity (Ben-Joseph, 2020; Bailey, 2021).

The incidence and prevalence of Parkinson's disease in the U.S. varies geographically. In 2017, age-standardized incidence and prevalence rates of PD per 100,000 persons were highest in the northeast and central mid-West states (GBD 2017 US Neurological Disorders Collaborators 2021). New York had the highest percent increase in age-adjusted Parkinson's disease incidence and prevalence from 1990 to 2017 while Mississippi had the lowest, observing decreases in both incidence and prevalence during this period (GBD 2017 US Neurological Disorders Collaborators 2021). It has been suggested that people living in agricultural or rural communities have greater risk of Parkinson's disease, although results have been inconsistent and selectively reported in case-control studies (Gorell, 1998; Koller, 1990; Marder, 1998; Martino, 2017; Wong, 1991; Wright and Keller-Byrne 2005). A meta-analysis on environmental risk factors and Parkinson's disease found a statistically significant positive association for rural living and risk



*CONFIDENTIAL – PARAQUAT LITIGATION*

of Parkinson's disease based on 16 case-control studies. However, there was significant statistical and methodological heterogeneity between the studies, and dose-response relationships were not established (Priyadarshi, 2001). Another meta-analysis reported a positive association between Parkinson's disease and rural versus non-rural living which was statistically significant in the fixed effects model but not in the random effects model. A weight-of-the-evidence assessment found the data were inadequate to reach a conclusion of causality (Breckenridge, 2016). A cross-sectional study of over 29 million U.S. Medicare beneficiaries aged 65 and older found that age and race-standardized mean Parkinson's disease incidence and prevalence for the most urban counties was significantly higher than the most rural counties. In fact, rural areas with populations less than 2,500 had the lowest mean prevalence of Parkinson's disease in this study. Rural populations with populations of less than 2,500 adjacent to urban areas had the lowest mean annual incidence of Parkinson's disease. The USDA rural-urban continuum classification was used to classify residence from the year 2003. The authors suggested that use of geography as a variable for Parkinson's disease may not be appropriate, and indicated that, "We believe that rurality may not be as useful a research variable in Parkinson [sic] disease epidemiology studies as previously suggested, as the many available definitions of rurality are largely based on economic and political variables and involve few if any quantifiable or specific risk factors that have been shown to be important in Parkinson [sic] disease pathogenesis." (Wright Willis, 2010).

## Risk Factors for Parkinson's Disease

Aside from some specific genetic mutations, the specific causal factors for Parkinson's disease are largely unknown (Noyce, 2012). Although several risk factors have been postulated, only increasing age, family history of Parkinson's disease, and cigarette smoking (inverse factor) have been consistently noted and recognized as risk factors.

Increasing age is the most well-established risk factor for Parkinson's disease as 1-2% of persons over the age of 65 are diagnosed with Parkinson's disease. The average onset for Parkinson's disease is 60 years, however, approximately five to ten percent of people with Parkinson's disease exhibit "early onset" disease, which occurs before the age of 50 (Johns Hopkins Medicine 2022; NIH National Institute of Environmental Health Sciences 2022; Hirsch, 2016; Belvisi, 2020). In an analysis by (Van Den Eeden, 2003), the incidence rate of Parkinson's disease was 2.50 per 100,000 (95% CI: 1.00-3.90) among person's aged 40-49 years, and exponentially increased across 10-year age groups, with an incidence rate of 119 per 100,000 among persons aged 80-89 years old (Van Den Eeden, 2003). In a prospective cohort of approximately 22,000 U.S. male physicians, the incidence rates and cumulative incidence of the development of Parkinson's disease was estimated (Driver, 2009). The incidence rate of Parkinson's disease increased from each five year age group, beginning at age 45-49 (IR = 5.83/100,000), to 85-89 years old (IR = 614.74/100,000). The rate decreased slightly among

*CONFIDENTIAL – PARAQUAT LITIGATION*



those aged 90-99 (IR = 446.30/100,000) but was higher than every other age group below the age of 85.

Family history of Parkinson's disease is a risk factor for developing Parkinson's disease as several epidemiologic studies have reported strong associations ranging from above 2.0 to almost ten-fold. Approximately 10-15% of Parkinson's disease patients report family histories among their first-degree relatives (Elbaz, 2016). A recent case-control study of over 600 cases of Parkinson's disease identified from six neurological centers, reported an adjusted-OR of 3.20 (95% CI: 2.20-4.80) among patients with a family history of Parkinson's disease compared to no history (Belvisi, 2020). Another case-control study reported an OR of 4.20 (95% CI: 2.37-7.60) among Parkinson's disease patients reporting a first- or second-degree relative with Parkinson's disease (Rybicki, 1999). When stratified by age, risk was greater in magnitude among patients with a family history of Parkinson's disease under 70 years (OR = 8.80, 95% CI: 3.40-22.80) compared to patients over 70 years (OR = 2.80, 95% CI: 1.30-6.10). Risk of Parkinson's disease was stronger among men than women with family history of Parkinson's disease compared to no family history (men: OR = 8.10, 95% CI: 3.40-22.80; women: OR = 2.6, 95% CI: 1.10-6.00). In a meta-analysis of risk factors for Parkinson's disease, family history was identified as the strongest factor for the development of Parkinson's disease, with statistically significant summary ORs of 4.45 (95% CI: 3.39-5.83) and 3.23 (95% CI: 2.65-3.93) based on any relative and a first-degree family member with Parkinson's disease, respectively (Noyce, 2012).

On the other hand, cigarette smoking has been consistently reported in studies to be inversely associated with Parkinson's disease (Kim, 2018; Belvisi, 2020; Elbaz, 2016). A recent cohort evaluation of 30,000 British doctors examined risk of mortality from Parkinson's disease and smoking over the span of five decades. After adjustment for age, current smokers had a baseline RR of 0.71 (95% CI: 0.60-0.84), and continuing smokers at the end of follow-up had an RR of 0.60 (95% CI: 0.46-0.77), compared to never smokers (Mappin-Kasirer, 2020). Numerous other studies have demonstrated statistically significant inverse associations of similar magnitude (Belvisi, 2020; Gallo, 2019; Checkoway, 2002; Wirdefeldt, 2005; Hernan, 2002). Among these studies, a dose-response analysis has been observed where risk decreases monotonically as pack-years (or duration and frequency of smoking) increases. When evaluating occupational groups, it is important to consider the prevalence and degree of smoking habits among the group under study. For example, agricultural workers are less likely to smoke than the general population. Indeed, in a large analysis from an international consortium of agricultural cohort studies, it was reported that cohort members had a lower prevalence of smoking compared with the general population (Togawa, 2021). Thus, by virtue of confounding by smoking status, rates of Parkinson's disease may appear elevated among agricultural workers and farmers compared to the general population.

Numerous hypotheses as to the causes of Parkinson's disease have been generated and investigated to varying degrees. Studies evaluating various dietary factors and risk of



Parkinson's disease have reported mixed and inconsistent results (Hantikainen, 2022; Strikwerda, 2021; Torti, 2020; Chang, Kwak, and Kwak 2021; Jiang, 2014). Some studies have reported inverse associations between coffee and tea intake and risk of Parkinson's disease although dose-response relationships have not been consistently observed (Belvisi, 2020; Checkoway, 2002; Kim, 2018; Okubo, 2012; Hong, Chan, and Bai 2020; Qi and Li 2014; Liu, 2012; Hernan, 2002; Li, Ji, and Shen 2012). Although the collective epidemiologic evidence is unclear, some studies have reported inverse associations for Parkinson's disease among those with higher intakes of polyunsaturated fatty acids (Qu, 2019). Relatively few studies have examined the potential association between alcohol consumption and risk of Parkinson's disease, and of those studies, either no association or an inverse association has been reported (Peters, 2020; Shao, 2021; Zhang, Jiang, and Xie 2014; Jimenez-Jimenez, 2019).

Other hypothesized risk factors, including factors for which there may be inverse associations, for Parkinson's disease include head trauma, general anesthetics, aspirin use, diabetes, physical activity, coffee and tea consumption, dyspepsia, exposure to Agent Orange, and working with heavy metals and oils, detergents, pesticides and solvents, although for each and every one of these factors, the associations are inconsistent across the literature (Belvisi, 2020; Johns Hopkins Medicine 2022; Chen, 2021).

In summary, various genetic mutations have been found to cause Parkinson's disease, although it is generally recognized that numerous mutations that may be responsible for Parkinson's disease have yet to be discovered. It has been estimated that genetics account for approximately 10-15% of cases. In terms of confirmed risk factors, increasing age is the strongest and most well-established risk factor for Parkinson's disease, while consistent positive associations have been reported across numerous studies that indicate a relationship between having a family history of Parkinson's disease with a personal risk of Parkinson's disease. Inverse associations between cigarette smoking and Parkinson's disease have been observed across several epidemiologic studies.

## Epidemiologic Studies of Paraquat Exposure and Parkinson's Disease

Numerous epidemiologic studies have examined the association between exposure to paraquat and risk of Parkinson's disease (Brouwer, 2017; Caballero, 2018; Costello, 2009; Dhillon, 2008; Elbaz, 2009; Elbaz, 2004; Engel, 2001; Firestone, 2005; Firestone, 2010; Furlong, 2015; Gatto, 2009; Goldman, 2012; Hertzman, 1990; Hertzman, 1994; Kamel, 2014; Kamel, 2007; Lee, 2012; Kuopio, 1999; Liou, 1997; Pouchieu, 2018; Ritz, 2009; Rugbjerg, 2011; Sanders, 2017; Seidler, 1996; Semchuk, Love, and Lee 1992; Shrestha, 2020; Tanner, 2009; Tanner, 2011; Tomenson and Campbell 2011, 2021; van der Mark, 2014; Wang, 2011). All of these studies were considered, however, some of them were excluded from my evidentiary analysis because of methodological and analytical reasons (i.e., did not report on Parkinson's disease as an



independent outcome, did not report relative risk data for paraquat and Parkinson's disease, or combined paraquat with other chemicals or pesticides).[8]

Collectively the epidemiologic studies are widely variable in terms of study design, study population, location, methodology, and analytical techniques. Furthermore, the studies are heterogeneous with respect to study quality parameters, such as exposure assessment, outcome validation, sample size, and adjustment for confounding variables. As indicated above, when reviewing studies individually as well as collectively, I considered internal and external validity parameters, such as sources of bias and the potential influence of confounding. I also considered the size of the study, the direction and strength of reported associations, the precision of the effect estimates and statistical significance, the consistency of findings within and across studies, potential dose-response relationships, and patterns of risk by various exposure metrics. I evaluated the patterns of relative risk across the total body of epidemiologic literature to formulate conclusions, but the most informative studies of higher methodological quality to render inferences on the potential relationship between paraquat exposure and risk of Parkinson's disease were emphasized. This is well-accepted standardized epidemiologic methodology to evaluate associations and whether there is evidence that associations may be deemed causal after application of relevant considerations.

Based on my process for review, I emphasized data from analytical epidemiologic studies (studies designed to test hypotheses) and while the majority of studies in the table below are analytical cohort and case-control studies, some studies utilized ecological exposure assessment techniques for estimating paraquat (and other pesticide) exposure in the study population.

I have organized some of the prominent methodological and analytical considerations that I addressed critically within and across the epidemiologic studies of paraquat exposure and Parkinson's disease. My review of the epidemiologic evidence was performed using well-established guidelines for the conduct of comprehensive evaluations of epidemiologic studies as described above.[9]

Study design:

- I evaluated studies that utilized an epidemiologic design (i.e., cohort, case-control, nested case-control, case-cohort, cross-sectional).

---

[8] Semchuk (1992) did not report data for paraquat and Parkinson's disease and did not provide statistical information sufficient to calculate a crude odds ratio. Seidler (1996) did not report data specific to paraquat. Engel (2004) evaluated parkinsonism and not Parkinson's disease specifically.

[9] Meta-analysis Of Observational Studies in Epidemiology (MOOSE) (Stroup et al., 2000), Preferred Reporting Items for Systematic Reviews and Meta-Analyses (PRISMA) (Moher et al., 2009), and Strengthening the Reporting of Observational studies in Epidemiology (STROBE) (von Elm et al., 2007).



- Studies where exposure was assessed based on individual exposure assessments (interviews or questionnaires) were given more credence than residential/community studies because the latter method increases the potential for misclassification and lack of validation (certainly in the paraquat context).

- Prospective cohort studies received greater credence than case-control or cross-sectional studies given the strength of that study design as compared to retrospective design:

    o Prospective cohort studies ascertain exposure information prior to the onset of disease, thus, minimizing the potential for recall bias.

    o Prospective cohort studies may reduce the impact of selection bias that can occur from differential exclusion or selection of participants in a case-control study.

    o Prospective cohorts are conducted over time, and as such, can estimate disease risk longitudinally.

    o Prospective cohorts may evaluate incident cases of disease rather than, or in addition to, fatal cases. Incident cases are preferred over fatal cases, particularly when the survival period after diagnosis is relatively long.

Study population:

- Studies that provided detailed and clear participant information for selection into the study were given greater credence.

- Studies that evaluated agricultural workers as the study population of interest were given greater credence because of their (i.e., workers) enhanced understanding of the types of pesticides they may have used as well as their application methods.

- Studies where cases *and controls* were drawn from an agricultural worker population were given greater credence because this minimized lifestyle factor differences between agricultural and non-agricultural worker populations.

- Studies of residents (i.e., community studies) whereby exposure was estimated largely via residential status were given less relative weight.

Exposure assessment:

*CONFIDENTIAL – PARAQUAT LITIGATION*



- My systematic evaluation included studies that reported on paraquat exposure as a specific, and independent, variable. Studies or datapoints that grouped paraquat with other chemicals or compounds were not systematically addressed because they lack specificity for the exposure of interest, which is paraquat.

- Studies were given greater weight if information was directly ascertained from the participants with respect to the use of specific pesticides, duration of use, frequency of use, and intensity of use. When data are collected on duration, frequency, and intensity of use, there is greater confidence that those subjects identified and analyzed as being exposed were actually exposed. Data on intensity is particularly helpful given the fact that potential exposure can vary greatly depending on the type of application method, the type of equipment used, and the amount of personal protective equipment that is worn. Optimally, this information was gathered prior to disease development utilizing validated exposure ascertainment methods, such as data collected from trained interviewers, validated surveys or questionnaires, and/or from computer-assisted techniques. Greater weight was also given to studies that attempted to confirm exposure with collaborating data.

- Greater weight was given to studies that assessed exposure prior to disease diagnosis. There is good reason to believe that retrospective studies evaluating the potential association between paraquat and Parkinson's disease may be impacted by recall bias: The hypothesis regarding a potential connection between paraquat exposure and Parkinson's disease was raised in the 1980s. If those with Parkinson's disease became aware of the hypothesis they may misremember or mis-recall their exposures. And here, as discussed further below, evidence from two studies supports the notion that recall bias is actually occurring.

- Information ascertained from agricultural workers was considered to be more accurate given agricultural workers' greater knowledge of pesticide use practices, particularly their own use practice.

- Some studies estimated ambient pesticide exposure based on residential and/or occupational addresses using geocoding information. In those studies, this information was used to estimate exposure based on distance to reported pesticide use on crops within a given radius from the participant's address. A major limitation of such studies is that they assume that each study participant within a residential area within a certain distance from a reported pesticide application is uniformly exposed. Exposure may be misclassified, however, because of in-and-out migration, residential variability by seasons including seasonal variability of pesticide use, wind patterns, varying methods of

34

*CONFIDENTIAL – PARAQUAT LITIGATION*



application, and the assumption of detectable (or respirable) exposures at various radiuses, among other factors.[10]  Validation of this exposure assessment method for paraquat specifically is lacking.

- In case-control designs, greater weight was given to studies that utilized a blinding approach among trained interviewers (i.e., the interviewer was unaware of case/control status).

Cases and comparators:

- The primary focus of my evaluation was Parkinson's disease as a specific outcome metric. Studies of parkinsonism or studies that grouped Parkinson's disease with other outcomes were not systematically addressed because they lack specificity for the outcome of interest, which is Parkinson's disease. [11]

- Studies received greater weight if they used clinically standardized diagnostic techniques for Parkinson's disease and if cases were validated by, or in combination with, clinical examinations, review of medical records, clinical specialist assessment, or other confirmatory information was collected.

- Studies were given less weight if they did not provide validation information pertaining to a Parkinson's disease diagnosis and/or if Parkinson's disease was based on self-report as the only means of case identification. However, when internal analyses by exposure metrics are performed differential bias would not be expected within the same sample.

- For cohort studies, the analysis was required to compare study participants with any or ever exposure to paraquat to those without exposure. In addition, optimum analyses compared study participants with various levels of paraquat exposure to those with less or no exposure (vs. an ever/never metric).

- For case-control studies, greater weight was given to studies that frequency matched Parkinson's disease cases with disease-free (or at minimum, Parkinson's disease or parkinsonism free) controls by relevant factors, such as age, gender, or hospital (if a hospital-based study).

---

[10] I note that Dr. Wells agrees that community exposures are less accurate. (Report at 6)

[11] In Tanner (2009), 96.9% of the cases were classified as Parkinson's disease with multiple system atrophy and progressive supranuclear palsy making up 3.1% of the cases. Thus, Tanner (2009) was included in my overall assessment of Parkinson's disease.

*CONFIDENTIAL – PARAQUAT LITIGATION*



- An additional important consideration is the suitability of comparison groups.
  - o Studies that compare subsets of agricultural workers to one another are more informative than those comparing agricultural workers to the general population.

  - o Studies that compare Parkinson's disease cases with other (non-Parkinson's disease) chronic condition controls may minimize the potential impact of recall bias to some extent (and more than if the comparison group is disease-free).

  - o Comparison control groups should also be examined for Parkinson's disease to detect any undiagnosed cases of Parkinson's disease.

<u>Statistical analysis:</u>

- Studies that reported multivariate analyses (i.e., those that adjusted for (at least some of) the relevant confounding factors) were given significantly more weight than studies that reported crude analyses only.

- Cohort studies that utilized proportional hazards modelling to estimate the relative risk of Parkinson's disease among paraquat exposed study participants (compared to those with lower or no exposure) were given more relative weight.

- At the very least, studies were required to report any or ever exposure to paraquat compared to no exposure (or a lower level of exposure).

- Studies that reported data for dose-response analyses were given greater weight because such analyses are more informative regarding potential causal relationships. More specifically, studies that reported data for cumulative exposure metrics were given the greatest weight in the statistical analysis category. Cumulative exposure is typically considered the optimum metric for dose-response analyses because it incorporates both the intensity/frequency of pesticide use as well as the duration of use (Alexander and Wagner 2010).
- Studies that analyzed a greater number of exposed cases were given greater weight than studies of few cases. As such, the precision of the risk estimates was considered when weighing the data.

<u>Bias and confounding:</u>
- Aside from confounding and reporting bias, bias and sources of bias have been included in the categories above. For example, selection bias (e.g., cohort vs. case-control study design) and information bias (e.g., recall and misclassification bias from exposure



assessment issues) are evaluated in the above categories. However, consideration of specific types of biases and cumulative types of biases were considered in the overall review of the quality of evidence.

- A review of reporting bias or publication bias is largely speculative, and in general, this type of bias occurs when researchers (or journals) have a predilection to publish positive or statistically significant findings, particularly when the sample size is relatively small.

- Confounding, or the effort to control or minimize the impact of confounding, is a foremost consideration when evaluating the accuracy and reliability of associations within and across the studies of paraquat exposure and Parkinson's disease.

  o When reviewing each study, greater weight was given to studies that accounted for (at least in part) relevant confounding and/or potential confounding factors through statistical adjustment, matching, or restriction.

  o For example, as is relevant here, if we compare the risk of Parkinson's disease in agricultural workers to the risks in a general population, and fail to take smoking differences into account, we will identify a higher risk in agricultural workers simply because they are less likely to smoke and thus have a higher baseline risk of developing the disease.

  o Specifically, the studies that controlled for age, gender, family history of Parkinson's disease, smoking, and other pesticide or chemical exposures were given the greatest weight when interpreting the results data within and across studies.

  o Residual confounding (i.e., confounding that still may occur even after adjustment) was considered as well, particularly for self-reported and/or binary factors. For example, modelling ever/never smoking status is far less reliable than modelling a pack-year history of cigarette smoking.

External validity (generalizability):

- Studies with a greater ability to generalize their findings to broader populations were given greater weight. For example, findings from a study of participants recruited from the National Taiwanese University Hospital (i.e., Liou 1997) may not be as directly generalizable to U.S. pesticide applicators and paraquat users as compared to Agricultural Health Study participants, such as those analyzed by Shrestha (2020). This is because there may be geographical and/or cultural variability in terms of uncontrolled factors,

*CONFIDENTIAL – PARAQUAT LITIGATION*



such as access to health care, insurance, dietary practices, co-morbid diseases, workplace heterogeneity, and behavioral factors among other variables.

The descriptive characteristics, including the exposure assessment techniques and results, are summarized in the table below (in ascending order by year of publication). The table is followed by narrative summaries of the studies, starting with the prospective cohort by Shrestha (2020), which is the study of highest quality and informativeness to address the potential relationship between paraquat exposure and Parkinson's disease. In general, I have organized each entry by the most recent and comprehensive study that reports analyses on the same population; I note overlapping publications of the same study population.

*CONFIDENTIAL – PARAQUAT LITIGATION*

| Study, Location [Study Type] | Study Population Description | Exposure Assessment | Cases and Outcome | Comparison Group | No. Exposed and Risk Estimate (95%CI) | Adjustment Factors |
|---|---|---|---|---|---|---|
| **Hertzman 1994**<br><br>British Columbia, Canada<br><br>[case-control]<br><br>Overlapping publications: Hertzman 1990 | The study was conducted in Okanagan Valley, a horticultural region in British Columbia. All "idiopathic Parkinson's disease" (IP) cases and chronic cardiac disease controls were recruited from the area's practicing general practitioners, neurologists, and internal medicine specialists. A second control group was randomly selected from electoral rolls. | Participants were asked about 79 different agricultural chemicals used in the tree fruit industry with interviewers using cue cards as a memory aid.<br><br>Participants were considered exposed if they had handled the chemical or had worked in an area recently sprayed with the chemical. | 142 cases of IP were included in the analyses. All cases were examined by one neurologist [MDS]. A diagnosis of IP was made if 2 of 4 symptoms (resting tremor, rigidity, bradykinesia, loss of postural reflexes) were present. "Cases of drug-induced parkinsonism, or other neuro-degenerative disease associated with parkinsonism, were excluded as far as possible." | 121 chronic cardiac disease controls and 124 controls selected from electoral rolls (voter controls) were included in the analyses.<br><br>The voter controls were restricted to individuals between age 45 and 80.<br><br>Controls were not examined. | *Men with exposure to paraquat compared to chronic cardiac disease controls:*<br>Cases: 6, Controls: 5<br>OR = 1.11 (0.32-3.87)<br><br>*Men with exposure to paraquat compared to chronic cardiac disease controls:*<br>Cases: 6, Controls: 4<br>OR = 1.25 (0.34-4.63)<br><br>*Women with exposure to paraquat:*<br>Not reported. | Age, stratified by gender. No other adjustment reported. |



*CONFIDENTIAL – PARAQUAT LITIGATION*



| Study, Location [Study Type] | Study Population Description | Exposure Assessment | Cases and Outcome | Comparison Group | No. Exposed and Risk Estimate (95%CI) | Adjustment Factors |
|---|---|---|---|---|---|---|
| **Liou 1997** <br><br> Taiwan <br><br> [case-control] | All study participants were recruited from National Taiwan University Hospital (NTUH) in Taipei between July 1993 and June 1995. Cases were recruited form NTUH's Movement Disorder Clinic and controls were recruited from NTUH's neurologic or medical outpatient clinics. <br><br> Participants were restricted to those who were born and resided in Taiwan. Immigrants from other countries and mainland China were excluded. | Subjects and available family members underwent face-to-face interviews which utilized a structured open-ended questionnaire including questions on residential and occupational exposure to pesticides. <br><br> A subject was considered exposed if they had experienced occupational or residential contact with an agent for at least one year prior to the onset of PD. <br><br> A control was considered exposed if their contact had occurred prior to the time of disease onset in the index case. Disease onset was the age at which the patient's first symptom of PD became evident. | 120 cases of PD were included in the analyses. <br><br> Cases were examined by a neurologist. Diagnosis of PD required responsiveness to levodopa therapy and two or more of resting tremor, cogwheel rigidity, bradykinesia, and postural reflex instability. Patients were excluded if they had "atypical features suggesting a multiple system atrophy or secondary causes of parkinsonism, including drug, infection, tumor, previous cerebro-vascular accident, or known toxins" as were individuals with exposure to neuroleptics and a history of brain disease (e.g., stroke, infection, dementia). | 240 hospital controls were included in the analyses. <br><br> Controls were matched with cases on age (±2 years) and sex and had the following diagnoses: headaches, back pain, cervical spondylosis, and peripheral neuropathy. <br><br> Control subjects were recruited from outpatient clinic patients with the following diagnoses: headaches, back pain, cervical spondylosis, and peripheral neuropathy. <br><br> Controls were examined by neurologists. | *Duration of using paraquat:* <br> <u>0 years</u>: 89 cases, 218 controls <br> OR = 1.0 <br> <u>1-19 years</u>: 7 cases, 13 controls <br> OR = 0.96 (0.24-3.83) <br> <u>20+ years</u>: 24 cases, 9 controls <br> OR = 6.44 (2.41-17.2) | Controls were matched on age and sex and results were adjusted for duration of living in rural residence, farming, consuming well water, and smoking cigarettes. |

*CONFIDENTIAL – PARAQUAT LITIGATION*



| Study, Location [Study Type] | Study Population Description | Exposure Assessment | Cases and Outcome | Comparison Group | No. Exposed and Risk Estimate (95%CI) | Adjustment Factors |
|---|---|---|---|---|---|---|
| **Kuopio 1999**<br><br>Southwestern Finland<br><br>[case-control] | Community based case-control study to assess risk factors for Parkinson's disease, focusing on the rural environment. The study investigation area was the city of Turku and nine rural municipalities in the southwestern part of Finland. | A structured interview was conducted to elicit information on environmental exposures that included background characteristics, occupational exposure to various chemicals and compounds, lifestyle factors, and accidental exposures. | Patients with the onset of Parkinson's disease after 1984 through January 1, 1992 were included. For inclusion, patients had to perform 24 of 30 in the Mini-Mental State Examination (MMSE), and had to be in adequate physical condition to perform the interview, lasting from 2–3 hours. All participants were examined by one of the study authors in the surgery office or at the patient's home, and a trained nurse carried out specific parts of the structured interview in half of the cases and controls.<br><br>123 cases were included in the analysis. | Control subjects were randomly identified from the same community as the cases. The controls were matched by sex, age (±2 yrs), and municipality.<br><br>246 matched controls were included in the analysis. | Three cases and five controls recalled using paraquat-containing agents.<br><br>The authors did not report an odds ratio. Based on the information reported in text, I calculated a crude OR of 1.21 (95% CI: 0.18-6.31) | None.<br><br>For the crude calculation of the paraquat OR, no adjustments were made. |

41

*CONFIDENTIAL – PARAQUAT LITIGATION*



| Study, Location [Study Type] | Study Population Description | Exposure Assessment | Cases and Outcome | Comparison Group | No. Exposed and Risk Estimate (95%CI) | Adjustment Factors |
|---|---|---|---|---|---|---|
| **Dhillon 2008**<br><br>Texas, USA<br><br>[case-control] | Cases and controls were recruited from the same east Texas medical center neurology practice. Inclusion criteria: age 50+ and living in the Texas DSHS East Texas Region. Patients were excluded if they had multiple sclerosis, schizophrenia, or Parkinson's plus diseases including diffuse Lewy body disease, multiple system atrophy, progressive supranuclear palsy, Alzheimer's disease, Pick's disease, Huntington's disease. | All participants were interviewed during a routine neurology follow-up visit using a standardized questionnaire which included questions about lifetime use of pesticide products.<br><br>Detailed sections eliciting information on personal use/mixing and average duration of exposure to a variety of herbicides were collected. | 100 cases of PD were included in the analyses.<br><br>Cases were diagnosed with PD by "standard clinical/lab diagnostic criteria" by a neurologist specializing in movement disorders. | 84 controls were included in study analyses.<br><br>Controls were recruited from the same neurology practice as cases and met the same inclusion and exclusion criteria. Patients with a history of PD were excluded. | *Ever personally used/mixed or applied paraquat:*<br>Cases: n = 4 (4.0%), Controls:  n = 1 (1.2%)<br>OR = 3.50 (0.40-31.60) | No adjustment reported. |
| **Elbaz 2009**<br><br>France<br><br>[case-control]<br><br><u>Overlapping publications</u>:<br>Elbaz 2004, Pouchieu 2018 (described below) | Cases and controls were recruited from a French health insurance provider for active and retired agricultural workers (Mutualité Sociale Agricole). | Participant exposure was determined by a two-step process including a self-administered questionnaire, follow-up interviews by an occupational health physician, and farm visits to discuss and gather supporting information.<br><br>For each job, participants declared if they had personally sprayed pesticides.  Information on pesticide use for gardening was also obtained. | 224 cases of PD were included in the analyses.<br><br>All patients were examined by a movement disorders neurologist. The patient's neurologist was contacted if an examination was not possible. PD was defined as parkinsonism (presence of ≥2 cardinal signs) after exclusion of prominent or early signs of more extensive nervous system impairment and drug-induced parkinsonism. | 557 age-, sex-, and affiliation office-matched controls were included.<br><br>Individuals with healthcare for dementia or PD were deemed ineligible. | *Complete-case analysis*<br>Cases: n = 27 (27.0%), Controls:  n = 62 (25.0%)<br>OR (men) = 1.1 (0.6-2.0)<br>OR (men, age of onset >65y) = 1.4 (0.6-3.1)<br><br>Multiple imputation (including missing data):<br>OR (men) = 1.2 (0.7-2.1)<br>OR (men, age of onset >65y) = 1.6 (0.7-3.4)<br><br>Cumulative lifetime number of hours < median among exposed participants (multiple imputation)<br>OR (men) = 0.9 (0.4-2.0)<br>OR (men, age of onset >65y) = 0.9 (0.3-2.9)<br><br>Cumulative lifetime number of hours ≥ median among exposed participants (multiple imputation)<br>OR (men) = 1.3 (0.5-3.1)<br>OR (men, age of onset >65y) = 1.8 (0.5-6.1) | Controls were matched on age and affiliation office.<br><br>All analyses were adjusted for Mini Mental State Examination and cigarette smoking. |

*CONFIDENTIAL – PARAQUAT LITIGATION*



| Study, Location [Study Type] | Study Population Description | Exposure Assessment | Cases and Outcome | Comparison Group | No. Exposed and Risk Estimate (95%CI) | Adjustment Factors |
|---|---|---|---|---|---|---|
| **Tanner 2009**<br><br>USA<br><br>[case-control] | The study was conducted at eight different movement disorder centers in North America between July 1, 2004 and May 31, 2007. | Interview conducted by telephone collected occupational history for all jobs held for ≥ 3 months, including information about the industry, locations, processes, materials, and job tasks for each job. Additional information was collected for the following job tasks: cleaning and degreasing, gluing, machining, painting, using pesticides, soldering, stripping paint, welding, and woodworking. | 519 cases of parkinsonism with no known cause were included in the analyses. Diagnoses included Parkinson disease (n = 503, 96.9%), multiple system atrophy (n = 12, 2.3%), and progressive supranuclear palsy (n = 4, 0.8%). Cases were restricted to those diagnosed within the previous 8 years. Diagnosis required the presence of two or more of resting tremor, bradykinesia, rigidity, and postural reflex impairment, with one being resting tremor or bradykinesia. Cases with dementia were excluded. | 511 controls were included in the analyses. Controls were frequency matched to cases by age, sex, and location primarily utilizing nonblood relatives or acquaintances of either enrolled cases or other parkinsonism patients at the study enrollment sites. Additional male controls aged 50 to 65 years were identified using a commercial list of telephone numbers. Case workmates and individuals with neurodegenerative disorders were ineligible. | *Exposure to paraquat:*<br>Cases: n = 9 (1.7%), Controls: n = 4 (0.8%)<br>OR = 2.80 (0.81-9.72) | Age, sex, race/ethnicity, smoking (pack-years), caffeine use (milligram-years), alcohol use (drink-years), and head injury |

CONFIDENTIAL – PARAQUAT LITIGATION



| Study, Location [Study Type] | Study Population Description | Exposure Assessment | Cases and Outcome | Comparison Group | No. Exposed and Risk Estimate (95%CI) | Adjustment Factors |
|---|---|---|---|---|---|---|
| **Firestone 2010**<br><br>Washington State, USA<br><br>[case-control]<br><br>Overlapping publication:<br>Firestone 2005 | The study was conducted at the Group Health Cooperative (GHC) and the University of Washington in western Washington State between 1992 and 2006. | Interviews were structured and all conducted face-to-face by the same nurse practitioner. Information was collected on jobs held for more than six months and workplace exposures identified from a checklist. | 404 cases of PD were included in the analyses. Idiopathic PD cases were identified through provider referrals or a computerized database of diagnostic coding and pharmacy information. Diagnoses were confirmed by a panel of neurologists by medical chart review. Case confirmation required the presence of at least two of bradykinesia, resting tremor, cogwheel rigidity, and postural reflex impairment with at least one being bradykinesia or resting tremor. Exclusion criteria were use of certain medications whose adverse effects may include parkinsonism during the 12 months preceding symptom onset; prior history of multiple cerebrovascular events; or another explanation for parkinsonism (e.g., brain injury, brain tumor, or encephalitis). | 526 controls were included in the analyses. Controls were randomly selected from GHC enrollees and frequency-matched to cases by age and sex. Enrollees with a history of PD or other progressive neurological disorder were excluded. | *Men with exposure to paraquat:*<br>Cases: n = 2, Controls: n = 3<br>OR = 0.9 (0.14-5.43)<br><br>*Women with exposure to paraquat:*<br>Cases: n = 0, Controls: n = 0 | Frequency matched by age and sex.<br><br>Age, ethnicity (non-Hispanic Caucasian vs other), and smoking status (cumulative pack-years). |

*CONFIDENTIAL – PARAQUAT LITIGATION*



| Study, Location [Study Type] | Study Population Description | Exposure Assessment | Cases and Outcome | Comparison Group | No. Exposed and Risk Estimate (95%CI) | Adjustment Factors |
|---|---|---|---|---|---|---|
| **Rugbjerg 2011**<br><br>British Columbia, Canada<br><br>[case-control] | The study was conducted in two areas of British Columbia (BC), Canada: Metro Vancouver and all of Vancouver Island except Greater Victoria. The areas represented an urban area (Metro Vancouver) and rural area (Vancouver Island). Participants were limited to those age 40-69. | Information was collected during in-person interviews on occupational exposure to chemicals. ("During this job, did you use or were you exposed to any chemicals…?") A guide which included chemicals and common brand names was sent to participants prior to the interview and referred to in the interview.<br><br>Follow-up questions about the route of exposure, duration, and time period, were asked for all self-reported chemicals.<br><br>A blinded occupational hygienist reviewed all histories and followed-up with the participant if there was concern exposures were missed. A final occupational hygiene review determined which participants were exposed "beyond background." | 403 cases of PD were included in the analyses. Cases were identified from patients reimbursed for at least one anti-parkinsonian agent for at least one calendar year from 1995-2002 and were screened for eligibility by a phone interview and an in-person physical assessment employing a checklist and record of symptoms, reviewed by a neurologist specializing in movement disorders. Case eligibility required the presence of two of Parkinsonian tremor, rigidity, bradykinesia, masked facies, micrographia, and postural imbalance without specific signs of other diseases that would account for the observed symptoms. | 405 controls were included in the analyses. Controls were selected from the BC Ministry of Health Services client registry, which represents 97.5% of the population, and were frequency-matched to cases by birth year, gender, and geographic region. Potential controls were screened for eligibility by phone and those with Parkinson's disease were excluded.<br><br>No in-person physical assessment or review of checklist and record of symptoms by neurologist. | Three cases and three controls self-reported exposure to paraquat. An adjusted OR was not reported in the paper but based on the reported data, the crude OR is 1.01 (95% CI: 0.13-7.55).<br><br>It should be noted that among the results which were reported, reductions in risk were observed when herbicide exposure was based on hygiene review versus self-report. Reductions in risk were also observed when results were adjusted for the participant's belief regarding whether chemicals cause Parkinson's disease. | Model 1: gender, birth year, smoking (cumulative pack years)<br><br>Model 2: gender, birth year, smoking, (cumulative pack years) whether the subject believed Parkinson's disease has a chemical cause<br><br>However, adjusted OR for paraquat exposure was not reported. |

*CONFIDENTIAL – PARAQUAT LITIGATION*



| Study, Location [Study Type] | Study Population Description | Exposure Assessment | Cases and Outcome | Comparison Group | No. Exposed and Risk Estimate (95%CI) | Adjustment Factors |
|---|---|---|---|---|---|---|
| **Wang 2011**<br><br>California, USA<br><br>[case-control]<br><br>Overlapping publications:<br>Costello 2009, Gatto 2009, Lee 2012, Sanders 2017 (described below) | The study was conducted in three highly agricultural counties in Central California (Kern, Fresno, and Tulare) between January 1998 and January 2007 and is part of the Parkinson's Environment and Genes Study (PEG). Participants were included if they currently resided in the tri-county area and had lived in CA for at least 5 years prior to diagnosis/screening. | Estimates of annual ambient pesticide exposure within a 500-meter radius between 1974 and 1999 around the participants' occupational and residential self-reported addresses was modeled using the CA DPR's Pesticide Use Report (PUR) system data, land use and crop cover maps, and geocoded address information. | 362 cases of PD were included in the analyses. PD patients who had been diagnosed within the previous 3 years were recruited through neurologists, medical centers, the VA, support groups, newspapers, and PSAs. All patients were examined by a UCLA movement disorder specialist at least once and clinically confirmed to have idiopathic PD.<br><br>No diagnostic criteria are provided. | 341 population controls were included in the analyses.<br><br>Controls who had not been diagnosed with PD and who were at least 35 years old were enrolled through Medicare enrollee lists and residential tax-collector records.<br><br>No examination for controls. | *Ambient exposure to paraquat, not maneb or ziram:*<br>Occupational: 81 cases, 78 controls<br>OR = 1.26 (0.86-1.86)<br>Residential: 109 cases, 125 controls<br>OR = 0.91 (0.63-1.31)<br><br>*Ambient exposure to paraquat:*<br>Residence only: 71 cases, 90 controls<br>OR = 0.77 (0.50-1.17)<br>Workplace only: 28 cases, 30 controls<br>OR = 1.07 (0.59-1.96)<br>Both: 162 cases, 111 controls<br>OR = 1.50 (1.03-2.18) | Age at diagnosis (cases) or interview (controls), sex, education (<12 yrs., 12 yrs., >12 yrs.), ethnicity (White vs. non-White), smoking (current, former, never), and having a 1st degree relative with PD (yes, no). |
| **Van der Mark 2014**<br><br>The Netherlands<br><br>[case-control]<br><br>Overlapping publication:<br>Brouwer 2017 (described below) | The study was conducted in four different areas of the Netherlands | Occupational history was collected by telephone interview for all jobs held for at least six months. Questions about pesticide application, including use of PPE, and farm crops were asked if work on a farm or as a gardener was reported.<br><br>Exposure was based on self-reported crops and application of a crop-exposure matrix. | 444 cases of PD were included in the analyses.<br><br>Patients with an initial diagnosis of PD from January 2006 to December 2011 were recruited from five participating hospitals. In the Netherlands, all PD patients are seen in a hospital. One neurologist per hospital confirmed diagnoses based on medical record review. | 876 controls were included in the analyses.<br><br>Controls were recruited from patients visiting the hospitals' neurology departments for non-neurodegenerative symptoms. Two controls were matched to each case on age, sex, hospital, and visit date (within 3 years of the case diagnosis year). | *Exposure to paraquat:*<br>Never: 411 cases, 818 controls<br>> 0-3.80: 18 cases (4.1%), 29 controls (3.3%)<br>OR (Model 1) = 1.33 (0.68-2.60)<br>OR (Model 2) = 1.42 (0.71-2.85)<br>≥ 3.80: 15 cases (3.4%), 29 controls (3.3%)<br>OR (Model 1) = 0.91 (0.45-1.84)<br>OR (Model 2) = 1.01 (0.48-2.12)<br><br>"Exposure was calculated by summing the estimated chance of use at the farm times the frequency of use, summed for all years working on farms." | Controls were matched on age, sex, hospital, and visit date.<br><br>Model 1: pack-years smoking, total coffee consumption, categories for occupational skill and status<br><br>Model 2: pesticide analyses were additionally adjusted for cumulative endotoxin exposure |

*CONFIDENTIAL – PARAQUAT LITIGATION*



| Study, Location [Study Type] | Study Population Description | Exposure Assessment | Cases and Outcome | Comparison Group | No. Exposed and Risk Estimate (95%CI) | Adjustment Factors |
|---|---|---|---|---|---|---|
| **Brouwer 2017**<br><br>The Netherlands<br><br>[case-control]<br><br><u>Overlapping publication</u>: Van der Mark 2014 (described above) | The study was conducted in four different areas of the Netherlands<br><br>Study subjects with high occupational exposure to pesticides or who were missing greater than 50% of their residential history were excluded. | Residential history was collected by telephone interview for all addresses lived in for more than one year.<br><br>Addresses were geocoded and a spatio-temporal model was used to assign environmental pesticide exposure to each residence. Exposure was defined by the agricultural surface area likely treated with the pesticide of interest within a given distance. | 352 cases of PD were included in the analyses.<br><br>Patients with an initial diagnosis of PD from January 2006 to December 2011 were recruited from five participating hospitals. In the Netherlands, all PD patients are seen in a hospital. One neurologist per hospital confirmed diagnoses based on medical record review. | 607 controls were included in the analyses.<br><br>Controls were recruited from patients visiting the hospitals' neurology departments for non-neurodegenerative symptoms. Two controls were matched to each case on age, sex, hospital, and visit date (within 3 years of the case diagnosis year).<br><br>No report of review by neurologist to confirm no undiagnosed PD. | *Ever exposure to paraquat:*<br><u>0-100 meters</u>: 181 cases, 322 controls<br>OR = 1.00 (0.73-1.36)<br><u>0-50 meters</u>: 122 cases, 206 controls<br>OR = 1.01 (0.73-1.38)<br><u>>50-100 meters</u>: 179 cases, 319 controls<br>OR = 0.98 (0.72-1.34)<br><br>*Cumulative exposure to paraquat:*<br><u>0-100 meters</u>:<br>Tertile 1:  OR = 0.74 (0.47-1.16)<br>Tertile 2:  OR = 0.93 (0.61-1.40)<br>Tertile 3:  OR = 1.46 (0.95-2.23)<br><u>0-50 meters</u>:<br>Tertile 1:  OR = 0.81 (0.49-1.34)<br>Tertile 2:  OR = 0.99 (0.63-1.56)<br>Tertile 3:  OR = 1.28 (0.79-2.07)<br><u>50-100 meters</u>:<br>Tertile 1:  OR = 0.82 (0.53-1.27)<br>Tertile 2:  OR = 0.84 (0.55-1.28)<br>Tertile 3:  OR = 1.43 (0.93-2.22) | Controls were matched on age, sex, hospital, and visit date.<br><br>Results were adjusted for pack-years smoking, time since cessation, occupational attainment, low occupational pesticide exposure by JEM, home pesticide use, family history of PD, and percentage of low-income inhabitants in the neighborhood. |

47

*CONFIDENTIAL – PARAQUAT LITIGATION*



| Study, Location [Study Type] | Study Population Description | Exposure Assessment | Cases and Outcome | Comparison Group | No. Exposed and Risk Estimate (95%CI) | Adjustment Factors |
|---|---|---|---|---|---|---|
| **Sanders 2017**<br><br>California, USA<br><br>[case-control]<br><br><u>Overlapping publications:</u> Costello 2009, Gatto 2009, Wang 2011 (described above), Lee 2012 | The study was conducted in three highly agricultural counties in Central California (Kern, Fresno, and Tulare) between January 2001 and December 2013 and is part of the Parkinson's Environment and Genes Study (PEG). | Estimates of annual ambient pesticide exposure within a 500-meter radius of the participants' occupational and residential self-reported addresses from 1974 to 10 years prior to the subjects' date of diagnosis or interview was modeled using the CA DPR's Pesticide Use Report (PUR) system data, land use and crop cover maps, and geocoded address information. | 619 cases of PD were included in the analyses.<br><br>New onset PD patients were enrolled through large medical groups, neurologists, and PSAs between 2001 and 2007. Additional patients were enrolled through the pilot CA Parkinson's Disease Registry since 2007. All patients were clinically confirmed to have idiopathic PD by a UCLA study movement disorder specialist.<br><br>Diagnostic criteria are not reported. | 854 population controls were included in the analyses.<br><br>Controls were enrolled through Medicare enrollee lists and residential tax-collector records.<br><br>No clinical confirmation of undiagnosed PD conducted. | *Residential and/or workplace ambient exposure to paraquat:*<br>Cases: n = 245, Controls: n = 296<br>OR = 1.54 (1.23-1.93)<br><br>*Interaction and main/joint effect estimates for genetic risk score and paraquat exposure:*<br><u>0-1 risk genotypes and paraquat exposure</u><br>None/Low exposure:  OR = 1.00<br>High exposure:      OR = 1.13 (0.75-1.70)<br><u>2 risk genotypes and paraquat exposure</u><br>None/Low exposure:  OR = 0.88 (0.68-1.13)<br>High exposure:      OR = 2.38 (1.44-3.95)<br>Interaction:       OR = 2.40 (1.24-4.67)<br><br>High estimated ambient exposure: having a yearly average pounds of pesticide applied above the median found in exposed controls | Age (continuous, at diagnosis for patients and interviews for controls), sex, ever/never smoking status, and European ancestry (yes/no) |

48



| Study, Location [Study Type] | Study Population Description | Exposure Assessment | Cases and Outcome | Comparison Group | No. Exposed and Risk Estimate (95%CI) | Adjustment Factors |
|---|---|---|---|---|---|---|
| **Caballero 2018**<br><br>Washington State<br><br>[not indicated but ecological exposure analysis] | This study examined the relationship between ecologically estimated residential exposure to agricultural chemical application and premature mortality from Parkinson's disease in Washington State.<br><br>Living subjects were not included in this study, only decedents identified from the Washington State Department of Health, Center for Health Statistics. | Ecological exposure to agricultural pesticides was estimated using spatial analyses and a crop-exposure matrix applied to agricultural land around the decedents' residential addresses, well locations, and occupational exposure classifications from vital statistics. Residential addresses were dichotomized and the likelihood of pesticide drift was measured up to 1,000 meters. Wells, classified as residential, were based on 250m of the decedents address. Occupational codes listed under agricultural were used as dichotomous variables.<br><br>Pesticide application land use classifications were obtained from the United States Geological Survey's National Water-Quality Assessment Project. | Parkinson's disease decedents time of death occurred before the age of 75, referred to by the study authors as premature mortality. Registered deaths between 2011-2015 were obtained from the Washington State Department of Health, Center for Health Statistics. Included deaths were classified as a direct or underlying cause of Parkinson's disease. | Control subjects were randomly identified from the same community as the cases. The controls were matched by sex, age (±2 yrs), and municipality.<br><br>246 matched controls were included in the analysis. | 4,591 Parkinson's disease related deaths between 2001 and 2015 were recorded with 659 before the age of 75.<br><br>809 subjects were exposed to paraquat while 3,769 were not exposed. The specific number of decedents exposed to paraquat before the age of 75 was not provided.<br><br>OR = 1.22 (95% CI: 0.99-1.51) | Sex, race, education, marital status. |

49

*CONFIDENTIAL – PARAQUAT LITIGATION*



| Study, Location [Study Type] | Study Population Description | Exposure Assessment | Cases and Outcome | Comparison Group | No. Exposed and Risk Estimate (95%CI) | Adjustment Factors |
|---|---|---|---|---|---|---|
| **Pouchieu 2018**<br><br>France<br><br>[cohort]<br><br><u>Overlapping publications:</u><br>Elbaz 2004, Elbaz 2009 (described above) | The AGRICAN cohort is a prospective cohort of active and retired farm owners, farmworkers, or employees of companies or organizations related to agriculture. Participants were required to be age 18 or older, living in 2004 in an area with a cancer registry certified by the National Registry Committee, and to have paid at least 12 quarterly contributions to the French Health insurance scheme in agriculture (Mutualité Sociale Agricole).<br><br>There were 149,810 participants included in the analysis. | The enrollment questionnaire collected a participant's history of occupational exposure to livestock and crops, job tasks, and beginning and end dates of farming activity. A participant was considered potentially exposed to an active ingredient on a given crop during a year if: (i) the participant cultivated the crop, (ii) the participant performed pesticide treatment on the crop and gave start and end dates, and (iii) the active ingredient was registered and recommended for use on a crop during that year according to a French crop-exposure matrix (PESTIMAT). | 1,732 participants reported a history of doctor-diagnosed PD.<br><br>Participants were considered to have PD if they answered affirmatively to the enrollment questionnaire question, "Has a doctor ever told you that you had PD?" or had provided a range of age at diagnosis (< 20, 20-39, 40-60, > 60), which followed the question on being told by a physician if answered in the affirmative. | There were 148,078 non-cases (NC) included in the analyses.<br><br>Participants were considered not to have PD if they answered negatively to the enrollment questionnaire question, "Has a doctor ever told you that you had PD?" If participants had missing data for the PD question, they were excluded. | *Exposure to paraquat:*<br><br><u>Ever:</u> 244 (43%) cases, 25,298 (36%) NC<br>OR (Model 1) = 1.43 (1.17-1.75)<br>OR (Model 2) = 1.01 (0.41-2.49)<br><br><u>Class 1:</u> 324 cases (81.2%), 44,981 NC (9.5%)<br>OR (Model 1) = ref.<br>OR (Model 2) = ref.<br><u>Class 2 (1-25):</u> 29 cases (7.3%), 5524 NC (9.9%)<br>OR (Model 1) = 1.45 (0.97-2.17)<br>OR (Model 2) = 1.05 (0.40-2.76)<br><u>Class 3 (26-46):</u> 46 cases (11.5%), 5205 NC (9.5%)<br>OR (Model 1) = 1.32 (0.94-1.85)<br>OR (Model 2) = 0.94 (0.37-2.41)<br><br>"Class 1 corresponded to subjects unexposed to the selected active ingredient. Classes 2 and 3 were categorized according to the median duration in years of exposed controls." | <u>Model 1:</u> age (<50, 50-59, 60-69, 70-79, ≥80), sex, educational level (middle school or less, high school, more than high school), smoking status (never, ex-, current), and alcohol consumption (ever, never).<br><br><u>Model 2:</u> same as Model 1 plus co-exposures between active ingredients (ever vs never exposed to another active ingredient). |



*CONFIDENTIAL – PARAQUAT LITIGATION*



| Study, Location [Study Type] | Study Population Description | Exposure Assessment | Cases and Outcome | Comparison Group | No. Exposed and Risk Estimate (95%CI) | Adjustment Factors |
|---|---|---|---|---|---|---|
| **Shrestha 2020**<br><br>Iowa and North Carolina, USA<br><br>[cohort]<br><br><u>Overlapping publications:</u><br>Kamel 2007, Tanner 2011, Goldman 2012, Kamel 2014, Furlong 2015 | This study is part of the AHS, a prospective cohort study of private pesticide applicators and their spouses conducted in North Carolina and Iowa. Follow-up has continued for 20 years. Phase 1 occurred in 1993-1997, Phase 2 from 1999-2003, Phase 3 from 2005-2010, and Phase 4 from 2013-2016.<br><br>Phase 1 consisted of a self-administered enrollment questionnaire and take-home questionnaire. Phase 2 and 3 collected data via computer-assisted follow-up telephone interviews. For Phase 4, either a self-administered mailed questionnaire or a computer-assisted telephone interview was completed. | The analysis focused on 50 pesticides with information on duration and frequency of use and pesticide use practices collected in the enrollment or take-home questionnaire during Phase 1.<br><br>Additionally, pesticide use information collected in Phase 2 was used. During the Phase 2 interview, participants were asked only about pesticide use in the previous year. The authors assumed the data gathered for that year represented pesticide use since the Phase 1 exposure assessment. | 491 participants (applicators and spouses) who had developed PD were included in the analyses. A participant was considered a potential PD case if they answered yes to, "has a doctor ever told you that you had been diagnosed with Parkinson's disease?" on an AHS survey or were identified through record linkage to the NDI and state death registries. Validation of all potential cases by clinical examinations, medical record review, or a screening questionnaire was performed. Cases were excluded if they were a self-reported prevalent case (in the main analysis only), had no information on age at diagnosis, did not have supporting PD symptoms or medications, or did not provide consistent responses across surveys. | 65,619 participants who had not developed PD were included in the analyses.<br><br>No validation screeners, exams, or medical record review conducted for controls. | *Ever use of paraquat reported at enrollment:*<br>PD: 87 (20.4%), No PD: 8526 (14.2%)<br>HR = 1.09 (0.84-1.41)<br><br>*Ever use of paraquat reported at enrollment:*<br><u>No hx of head injury</u>: 45 exp., 239 unexp.<br>HR = 1.00 (0.71-1.41)<br><u>Hx of head injury</u>: 10 exp., 12 unexp.<br>HR = 3.20 (1.38-7.45)<br><br>*Intensity-weighted lifetime days (IWLD) of paraquat exposure through enrollment:*<br><u>Never use</u>: 188 PD, 15,305 No PD<br>HR = Ref.<br><u>IWLD >0 to ≤289</u>: 13 PD, 961 No PD<br>HR = 1.03 (0.58-1.81)<br><u>IWLD >289 to ≤1232</u>: 18 PD, 975 No PD<br>HR = 1.42 (0.86-2.33)<br><u>IWLD >1232</u>: 9 PD, 960 No PD<br>HR = 0.74 (0.37-1.49)<br><br>*Intensity-weighted lifetime days (IWLD) of paraquat exposure through Phase 2:*<br>Never use: 188 PD, 15,216 No PD<br>HR = Ref.<br><u>IWLD >0 to ≤308</u>: 13 PD, 1111 No PD<br>HR = 0.92 (0.51-1.63)<br><u>IWLD >308 to ≤1308</u>: 20 PD, 1135 No PD<br>HR = 1.49 (0.92-2.41)<br><u>IWLD >1308</u>: 9 PD, 1113 No PD<br>HR = 0.69 (0.34-1.38)<br><br>IWLD = the product of years of use and days used per year weighted by exposure intensity | Sex, state of residence, smoking status, education, ever use of correlated pesticides. Age was entered into the proportional hazards model.<br><br>Correlated pesticides = other pesticides whose ever-use variable had Spearman correlation ≥0.40 with the ever-use variable of the target population. |

51

*CONFIDENTIAL – PARAQUAT LITIGATION*



| Study, Location [Study Type] | Study Population Description | Exposure Assessment | Cases and Outcome | Comparison Group | No. Exposed and Risk Estimate (95%CI) | Adjustment Factors |
|---|---|---|---|---|---|---|
| **Tomenson 2021**<br><br>United Kingdom<br><br>[cohort]<br><br><u>Overlapping publication:</u><br>Tomenson 2011 | The cohort included all employees who had ever worked at one of four plants in Widnes, UK that manufactured paraquat between 1961 and 1995. The four plants used different manufacturing processes and included a high temperature sodium (HTS) plant, a magnesium (MAG) plant, a low temperature sodium (LTS) plant, and a plant utilizing an ammonia cyanide (AC) process. | In a prior investigation of the cohort (Tomenson 2011), 1330 static monitoring results were collected at Widnes between 1979 and 1993, but only summary information was available for results collected before 1987. 100 personal monitoring results were collected between 1983 and 1993, but there was insufficient sampling information available to perform a quantitative exposure assessment. A limited qualitative exposure assessment of male workers based on their highest level of exposure to 11 substances including PQ was also available. 319 of 729 male workers, including engineering maintenance workers in the MAG and LTS plants and process operators and plant supervisors at all plants, were determined to have high or medium exposure to paraquat following assessment in the mid-1980s. Workers recruited later were considered unlikely to have experienced those levels of exposure. | 926 male and 42 female workers were followed through 2017. Their vital status was obtained through NHS Digital.<br><br>None of the death certificates of the females (n = 21) mentioned PD. | Mortality was compared with England and Wales (national) mortality rates and local age- and period-specific mortality rates. The national mortality rates were available between 1960 and 1980<br><br>The local comparison was made using mortality rates for the area where the plants were located (Halton unitary authority) and the five surrounding local authorities (district and unitary). The local mortality rates were available between 1981 and 2017. | *Parkinson's disease listed under cause of death:*<br><u>National</u>: 2 observed, standardized mortality ratio (SMR) = 0.60 (0.07-2.17)<br><u>Local</u>: 2 observed, SMR = 0.67 (0.08-2.43)<br>*By time since first exposure (years):*<br><u>0-15</u>: 0 observed, SMR = 0 (0.00-50.6)<br><u>>15</u>: 2 observed, SMR = 0.69 (0.08-2.49)<br>*By duration of exposure (years):*<br><u>0-1</u>: 0 observed, SMR = 0 (0.00-6.03)<br><u>1-5</u>: 1 observed, SMR = 0.85 (0.02-4.75)<br><u>>5</u>: 1 observed, SMR = 0.82 (0.02-4.59)<br><br>*Parkinson's disease mentioned as a cause of death (1993-2017) or as an underlying cause of death (1960-1992):*<br><u>National</u>: 4 observed, SMR = 0.67 (0.18-1.72)<br><u>Local</u>: 4 observed, SMR = 0.68 (0.19-1.75)<br>*With high or medium paraquat exposure:*<br>2 observed, SMR = 0.82 (0.10-2.97)<br>*>5 years of high or medium exposure:*<br>1 observed, SMR = 0.88 (0.02-4.89)<br>*By time since first exposure (years):*<br><u>0-15</u>: 0 observed, SMR = 0 (0.00-50.7)<br><u>>15</u>: 4 observed, SMR = 0.69 (0.19-1.77)<br>*By duration of exposure (years):*<br><u>0-1</u>: 0 observed, SMR = 0 (0.00-3.19)<br><u>1-5</u>: 3 observed, SMR = 1.30 (0.27-3.81)<br><u>>5</u>: 1 observed, SMR = 0.42 (0.01-2.33) | Local reference rates were age- and period-specific. Smoking histories were not available. |

*CONFIDENTIAL – PARAQUAT LITIGATION*

The study summaries below are grouped into categories based on the nature of paraquat use and exposure setting as described in the studies. The first category includes studies that evaluated paraquat use among agricultural workers, who are more likely to have greater knowledge of pesticides and work practices than other study populations, and the agricultural worker cohort alleviates issues with exposure misclassification. The second category includes studies that reported on occupational exposure. The third category includes studies that did not distinguish between occupational or residential exposure of paraquat, or studies of indirect or bystander exposure to paraquat in an occupational setting. The final category includes studies that relied upon ecologically modelled exposure to paraquat.

### Summary of Epidemiologic Studies of Paraquat Exposure among Agricultural Worker Cohorts

*The Agricultural Health Study – Iowa and North Carolina, USA (Kamel (2007), Tanner (2011), Goldman (2012), Furlong (2015), Shrestha (2020))*

The Agricultural Health Study (AHS) is the largest and most comprehensive study of agricultural workers and human health outcomes in the United States. The AHS is a prospective cohort of private pesticide applicators and their spouses from North Carolina and Iowa. The AHS, which is funded by the National Cancer Institute and the National Institute of Environmental Health Sciences in collaboration with the United States Environmental Protection Agency, began in 1993 with the intention of addressing whether and how agricultural, lifestyle, and genetic factors impact the health of farming populations.[12] Several "add-on" studies are made available to outside collaborators on a case-by-case basis via contact and approval by the AHS lead investigator.[13] One of the add-on studies is the Farming and Movement Evaluation (FAME) study, which is a case-control study nested within the AHS. The FAME add-on study focuses on Parkinson's disease and includes 115 confirmed (incident and prevalent) cases and 381 controls. The FAME study conducted its own exposure assessment as of the time of the study (in 2002); that is, all of the cases and controls were asked about exposure history in 2002.

Several AHS studies have reported on paraquat exposure and Parkinson's disease, and study iterations based on four phases of data collection (see chart below) from time periods beginning in 1993 through 2016 have been published (Shrestha, 2020; Kamel, 2007; Goldman, 2012; Furlong, 2015; Tanner, 2011).

---

[12] https://aghealth.nih.gov/about/
[13] https://aghealth.nih.gov/collaboration/studies.html

*CONFIDENTIAL – PARAQUAT LITIGATION*





Source: Shrestha (2020)

The AHS recognized the challenge of accurately assessing exposure and therefore invested substantial effort to do so (Alavanja, 1996). AHS researchers developed an algorithm that considered duration of exposure (years of use), frequency of exposure (days per year of use), and exposure intensity based on application method, application tasks, and use of personal protective equipment (Dosemeci, 2002). The AHS developed questionnaires and telephone interviews to assess all three aspects of exposure, including reported lifetime use of chemicals, use of personal protective equipment, and a range of other potential determinants of personal exposure.  The AHS focused on and succeeded in developing and validating detailed exposure algorithms that incorporate exposure duration, frequency and intensity (Coble, 2005; Dosemeci, 2002; Thomas, 2010). While no validation study has been performed for paraquat specifically, other validation studies have confirmed that the algorithm provides a "reasonably valid estimate of exposure intensity" (Coble, 2005).[14] Health outcomes were assessed by questionnaires administered to study participants, and in some cases corroborated by obtaining information from health care providers.

### Shrestha (2020)

The most recent AHS publication pertaining to paraquat and Parkinson's disease by Shrestha (2020) included over 20 years of follow-up and is the most comprehensive and analytically rigorous AHS study of paraquat exposure and Parkinson's disease. The team of researchers assembled to design and conduct the study included an array of relevant experts (epidemiologists, industrial hygienists, statisticians, and movement disorder specialists) working together. This study included 38,274 pesticide applicators and 27,836 of their spouses who were enrolled in the AHS study and completed at least one follow up survey or a Parkinson's disease validation screening questionnaire; the study was based on data collected through Phase 4 (2016). A total of 373 applicators and 118 spouses reported "incident doctor-diagnosed" Parkinson's disease, with the majority of cases having "some confirmatory information from a validation screener, FAME evaluation, or death certificate." Exposure to ever-use of 50 pesticides, as well as information on the duration and frequency of specific pesticides, was

---

[14] Dr. Wells agrees that the AHS exposure algorithm is detailed and has been validated. (Dep. Tr. 136:4-7).

54

*CONFIDENTIAL – PARAQUAT LITIGATION*



ascertained. An intensity-weighted lifetime days (IWLD) exposure metric was used based on a validated exposure algorithm that incorporated information on mixing practices, application methods, repair status, and personal protective equipment use. This metric was used as a measure of cumulative exposure for applicators. Cox proportional hazards regression models were generated to estimate hazard ratios (HRs) and measures of variance. Models included attained age as the time scale and were adjusted for sex, state of residence, smoking status, and education. Models for specific pesticides were additionally adjusted for the four pesticides showing the strongest correlation with the individual pesticide under study.

Overall, the study and its supplemental tables, Shrestha 2020 does not support an increased risk of Parkinson's disease among agricultural workers that use paraquat, other than a report of an increased risk for paraquat users with prior head injury requiring medical attention which is discussed in further detail below.

The most relevant analyses to evaluate potential dose-response relationships (a factor considered when evaluating potential causal relationships) are based on the cumulative exposure metrics (Intensity Weighted Lifetime Days, or IWLD), which show no dose-response trends between paraquat exposure and risk of Parkinson's disease. Non-statistically significant inverse associations for the highest number of intensity-weighted lifetime days of paraquat use were observed, while non-monotonic associations of higher magnitude were reported for lower levels of paraquat exposure. Put simply, the reported associations show no dose-response:

| Pesticide exposure through enrollment | | Pesticide exposure through Phase 2 | |
|---|---|---|---|
| Never Use | Ref | Never Use | Ref |
| >0-<<289 | 1.03 (0.58, 1.81) | 0-≤308 | 0.92 (0.51, 1.63) |
| >289-≤1232 | 1.42 (0.86, 2.33) | >308-≤1308 | 1.49 (0.92, 2.41) |
| >1232 | **0.74 (0.37, 1.49)** | >1308 | **0.69 (0.34, 1.38)** |

In fact, there appears to be a non-statistically significant inverse trend among AHS participants (i.e., higher exposure to paraquat yields a lower relative risk).

In addition to the IWLD analyses, several other analyses reported associations that hovered around the null value and were not statistically significant:

- Ever use of PQ                                    HR = 1.09, 95% CI 0.84-1.41

- Use of PQ at enrollment among men                 HR = 1.04, 95% CI: 0.79-1.35

- Use of PQ at enrollment after 10 years follow up   HR = 1.00, 95% CI: 0.73-1.39

- Use of PQ among applicators through Phase 2        HR = 1.03, 95% CI: 0.79-1.34

- Use of PQ among both incident and prevalent cases  OR = 1.13, 95% CI: 0.89-1.44

*CONFIDENTIAL – PARAQUAT LITIGATION*



As noted above, an observation of a statistically significant positive association was reported for Parkinson's disease among paraquat users with a prior head injury (based on few data points). This finding, as the authors note, must be viewed with caution. In addition to the small numbers, the authors noted that there are several limitations in the analysis for head injury, including the fact that their questionnaire "did not capture head injury not requiring medical attention, and limited information was available on age at inquiry which precluded analysis on the timing of injury occurrence." The latter of these is particularly significant in analyzing this finding, because the necessary criterion for determining causation, temporality, could not be assessed. The authors also concluded that more research is needed to understand the impact of head injury.

While the study authors relied upon self-report of being told by a doctor of a Parkinson's disease diagnosis, there was an extensive verification process to minimize potential PD misclassification:

- Self-reported PD cases identified through Phase 2 were previously confirmed by movement disorder specialists as part of the FAME study, via structured clinical examinations and medical records.

- Medical records were obtained, where possible, from treating or diagnosing physicians.

- Detailed screening questionnaires on PD diagnosis, symptoms, characteristics, and treatment were sent to all suspected cases. PD screeners were evaluated, along with other available information, by a movement disorder specialist.

- Linkage to the National Death Index and state death registries (with PD recorded as an underlying or contributing cause of death).

- Participants were excluded if there was no supporting PD symptoms or medications, or who did not provide consistent responses across surveys.

The authors reported that the medical records they obtained were in high agreement with self-reported PD.

In addition, Shrestha (2020) conducted inverse probability weighting, a robust statistical analysis, to confirm that loss to follow did not impact the results.

Additional strengths include the use of an agricultural cohort where, by virtue of their occupational status, participants would inherently have greater knowledge of pesticide use and practice. In addition to modelling attained age as the time scale and adjusting for sex, state of residence, smoking status, and education, Shrestha (2020) included the four pesticides in the analytical model that had the strongest correlation with the individual pesticide under study.



Prior studies have evaluated paraquat use and Parkinson's disease among the AHS cohort, but they are neither as comprehensive nor analytically rigorous as the updated analysis by Shrestha (2020).

**Tanner (2011)**

Tanner (2011) conducted a considerably smaller nested case-control study from the cohort of AHS participants (FAME add-on study) that included 110 prevalent Parkinson's disease cases and 358 controls (in contrast Shrestha (2020) evaluated 38,274 pesticide applicators and 27,836 of their spouses, and a total of 373 applicators and 118 spouses that reported doctor-diagnosed incident Parkinson's disease). Diagnosis "was determined by agreement of two neurologists … after independent review of all available diagnostic information (medical records, in-person examination records, and videotaped examination) for all suspect cases and when PD was suspected in a control." Tanner (2011) utilized data collected through Phase 2 (2003), 10-years of follow up (vs. Shrestha (2020) that reported on data through Phase 4 (2016), 23 years of follow up). An OR of 2.5 (95% CI: 1.4-4.7) was reported for paraquat use and Parkinson's disease based on logistic regression analyses that adjusted for age, sex, state, and cigarette smoking. This study did not adjust for head trauma, family history, or exposure to other pesticides, and the results may have been influenced by recall bias from the use of prevalent cases.

Tanner (2011) was a nested case-control study utilizing data collected in FAME, which reassessed exposure at the time of the study, instead of using the exposure data that was collected at enrollment. This reassessment could have introduced differential bias with respect to exposure status—that is, AHS participants who had been diagnosed since enrollment were now asked exposure questions, introducing the potential for recall bias that was absent at the outset of the study prior to their diagnosis. Evidence from Shrestha (2020) Supplemental Table 8 supports this fact and shows that those diagnosed with Parkinson's disease since enrollment were three times as likely to change their exposure response from "no" at enrollment to "yes" at the time of the FAME questionnaire. In addition, unlike the AHS more broadly, FAME participants were aware that they were being examined and interviewed related to movement disorders or Parkinson's disease. As the interviewers were asking about pesticide exposures, the cases may have overreported chemicals such as paraquat that were already suspected of being related to Parkinson's disease, which would inflate the magnitude of association.  Furthermore, the analysis in Tanner (2011) Supplemental Material, Table 3 was based on a dichotomous categorization of median duration of cumulative lifetime days of pesticide use, rather than the specific and informative metrics that demarcate more granular categorizations of intensity and duration, data which were likely available to the authors. As for adjustments for confounders, Tanner (2011) did not adjust for exposure to other pesticides and noted that "because most participants were exposed to many pesticides, we cannot confidently exclude effects of agents

*CONFIDENTIAL – PARAQUAT LITIGATION*



other than those studied or rule out the possibility that our results are attributable to combined exposures."

The robust analyses by Shrestha (2020), in contrast to those by Tanner (2011), were based on proportional hazards modelling of prospective data and were further adjusted for correlations between paraquat use and other specific pesticides (rather than overall pesticide use as done in a sensitivity analysis by Tanner (2011)). Shrestha (2020) evaluated incident cases of Parkinson's disease while Tanner and colleagues evaluated prevalent cases. Thus, as noted above, the findings by Tanner (2011) are more likely to be subject to recall bias compared to the results by Shrestha (2020). Moreover, Shrestha (2020) performed several dose-response analyses whereby they modelled cumulative exposure by intensity-weighted lifetime days. In addition, Shrestha (2020) suggested that some of the reasons for the variability in study results could be due to differences in study design and outcome ascertainment. Compared to the Tanner (2011) analysis, Shrestha (2020) "included all cohort members with at least some follow-up information and involved a longer follow-up period, whereas FAME involved a small subset of the cohort with fewer PD cases and shorter follow-up. Our current analysis utilized pesticide data obtained before PD diagnosis; whereas the exposure data in FAME were collected retrospectively after PD diagnosis (from participants or their proxies if participants were deceased), thereby opening the possibility of bias associated with differential recall of pesticide use (for example, if cases were more likely to recall such exposures)." Additionally, Tanner (2011) did not perform comprehensive exposure metric analyses like were performed by Shrestha (2020).

### Kamel (2007)

In an early study of Parkinson's disease among AHS participants, Kamel (2007) conducted a prospective cohort study of AHS enrollees in 1993-1997 who were followed between 1999 and 2003 (Phase 2) (Kamel, 2007). The authors evaluated prevalent and incident cases of self-reported, physician-diagnosed Parkinson's disease; as noted above, incident cases are preferred over prevalent cases because they are less subject to recall bias and exposure misclassification. After adjustment for age, state, applicator/spouse status, and variables for other pesticides and chemical, the OR for paraquat exposure and prevalent Parkinson's disease was 1.8 (95% CI: 1.0-3.4) while no association was observed for incident Parkinson's disease (OR = 1.0, 95% CI: 0.5-1.9). The lack of increased risk among incident cases is similar to the findings of no increased risk in Shrestha (2020); the increased risk noted among prevalent cases is consistent with the impact of recall bias. The authors further acknowledge the difficulty of accounting for exposure to multiple pesticides.

Tanner and colleagues evaluated fewer Parkinson's disease cases than those evaluated in the cohort study by Kamel (2007). Specifically, Tanner (2011) included 110 prevalent Parkinson's disease cases in their analysis while Kamel (2007) analyzed 161 Parkinson's disease cases, both prevalent (n = 83) and incident (n = 78). There is no evidence that any of the incident cases



evaluated in Kamel (2007) were identified as being misclassified by Tanner and colleagues. Furthermore, the EPA indicated that although the FAME study included clinically confirmed Parkinson's disease cases, the total number of paraquat-exposed cases was "essentially the same – 25 total exposed cases in Kamel (2007) and 23 in the FAME studies – suggesting there was considerable overlap in the subjects used in this group of studies." (USEPA Office of Chemical Safety and Pollution Prevention, 2019b).

As noted above, Shrestha (2020) provides the most comprehensive and rigorous analysis of paraquat exposure and Parkinson's disease. Shrestha and colleagues conducted a prospective cohort evaluation that included over 20 years of follow-up analyses based on Cox proportional hazards modelling. Their analysis included more rigorous adjustment (including for specific pesticides with the highest degree of correlation with paraquat use). In addition, Shrestha (2020) conducted dose-response analyses that modelled cumulative exposure by intensity-weighted lifetime days.

Across the AHS studies, positive associations between paraquat exposure and Parkinson's disease have been found only for prevalent cases (Kamel, 2007 (prevalent cases); Tanner, 2011) and for ever-use of paraquat among those with reported head trauma (Shrestha, 2020). The absence of positive associations (with inverse associations observed in some analyses) reported among incident cases in Kamel (2007) and the more definitive follow-up study (Shrestha, 2020) (which only included incident cases) is compelling, given the quality of the exposure assessment particularly in the latter study. That is, if a causal relationship were present, the follow-up study—with a longer follow-up period, more incident cases, superior adjustment for confounding factors, and more comprehensive dose-response analyses—should have been able to detect it; it did not.  The overall inference from the AHS as a whole strongly suggests the absence of an association.

*Mutualité Sociale Agricole - France (Elbaz, 2009; Pouchieu, 2018)*

**Elbaz (2009)**

Elbaz conducted a case-control study of French agricultural workers drawn from Mutualité Sociale Agricole (MSA), the French health insurance for active and retired workers in agriculture and related occupations, to evaluate the potential association between occupational exposure to pesticides and risk of Parkinson's disease (Elbaz, 2009). Parkinson's disease cases (validated by "examination by a movement disorders neurologist" or, when not possible, "patients' neurologists were contracted") and up to three age-, sex-, and affiliation office-matched controls were recruited from the MSA. An extensive, two-part exposure assessment was performed utilizing not only self-administered questionnaires, but also detailed follow-up interviews by an occupational health physician, and farm visits to discuss various details about their pesticide exposure, including: ascertainment of farm descriptions, pesticide spraying information (frequency, duration, spraying method, start/end years), pesticide containers and packages, bills,



and farming calendars among other sources of relevant information. The questionnaires were then reviewed by two epidemiologists, two occupational health physicians, and an agronomist blinded to the participants' disease status and recontact with the participant was made if needed. Detailed exposure data was obtained for 224 cases and 557 controls.

No association was observed between paraquat (quaternary ammonium herbicide) and Parkinson's disease for all men (OR = 1.1, 95% CI: 0.6-2.0) or men with an age of onset greater than 65 years (OR = 1.4, 95% CI: 0.6-3.1) following adjustment for Mini Mental State Examination (MMSE) and cigarette smoking. The ORs were slightly higher, but not statistically significant, in both categories after multiple imputation of missing values (All men: OR = 1.2, 95% CI: 0.7-2.1; Age of onset >65 years: OR = 1.6, 95% CI: 0.7-3.4) and when the participants were restricted to men with cumulative lifetime hours ≥ the median in exposed participants (All men: OR = 1.3, 95% CI: 0.5-3.1; Age of onset >65 years: OR = 1.8, 95% CI: 0.5-6.1). Consistently, the dose-response analyses by less than or equal/greater than median paraquat exposure were not statistically significant. In other words, Elbaz's findings do not support a dose response relationship.

Cases were more likely to have a family history of Parkinson's disease than the controls, but it does not appear that family history was adjusted for in the analyses. The authors stated that their exposure assessment method resulted in "a number of" missing values, the proportion of which depended on disease status, MMSE, time period, age, and gender. Multiple imputation was used to impute missing values based on these covariates to address this issue. All analyses were also adjusted by MMSE to account for the increased possibility of cognitive impairment in Parkinson's disease patients. Despite the extensive exposure assessment, the authors stated that, "We did not find an association between PD and paraquat." As with Shrestha (2020), a strength of this study is the use of an agricultural cohort.

### Pouchieu (2018)

The AGRICAN cohort is a prospective cohort of active and retired farm owners, farmworkers, or employees of companies or organizations related to agriculture. It utilized the MSA to identify participants so likely has some overlap with Elbaz (2009). In a cross-sectional analysis using the AGRICAN cohort,[15] Pouchieu (2018) explored associations between Parkinson's disease prevalence and occupational pesticide use according to livestock and crops grown, including exposure to and duration of use of selected active ingredients, specifically rotenone, paraquat, diquat, and dithiocarbamate fungicides (Pouchieu, 2018). Participants' occupational exposures

---

[15] The AGRICAN cohort, a large prospective cohort of active and retired subjects in agriculture, was initiated in France to assess relationship between agricultural exposures and cancer incidence and mortality (AGRIculture and CANcer). Secondary aims included the study of respiratory conditions and neurological disorders. The eligible population consisted in all adults, men and women, active or retired, farm owners, farmworkers and individuals working for companies or organizations related to agriculture, such as private insurance companies, some banks, extension agents, foresters and gardeners, affiliated to the MSA, the French Health insurance scheme in agriculture.



and Parkinson's disease status were determined based on a self-administered enrollment questionnaire. There were 1,732 participants who reported a history of doctor-diagnosed Parkinson's disease on their self-administered enrollment questionnaire and 148,078 non-cases included in the analyses.

A statistically significant positive association between ever exposure to paraquat and Parkinson's disease risk was observed following adjustment for age, sex, educational level, smoking status, and alcohol consumption (Model 1 OR = 1.43, 95% CI: 1.17-1.75). However, importantly, there was no association following further adjustment for co-exposures between active ingredients (Model 2 OR = 1.01, 95% CI: 0.41-2.49), suggesting the importance of adjustment for exposure to other pesticides. These results are very similar to those reported above for Elbaz (2009). Of note, the two largest studies of agricultural workers (i.e., the AHS and AGRICAN) both adjusted for other pesticide exposures and found no increased risk of Parkinson's disease.

No association for Parkinson's disease was observed based on exposure to the highest category of paraquat duration (OR = 0.94, 95% CI: 0.37-2.41).

A study limitation is the reliance on PD case ascertainment through reporting by cases that they had been diagnosed with Parkinson's disease by a physician (prevalence) without further attempts to validate the diagnosis; missing data on the diagnosis was low (17.6%) and any misclassification should be non-differential (applying equally to the cases and controls). The authors also relied upon self-report information for crop cultivation and performance of pesticide treatment, although the study included farmworkers who are more likely to have greater knowledge of pesticide use. Further, the original collection of data at baseline was cross-sectional; despite the design, given that 96% of all cases were diagnosed after the age of 40, there is a high likelihood that PD cases had been involved in agricultural activities for many years before diagnosis.

There are several important strengths in this study. This is one of the largest evaluations of farmworkers studied to date, including over 1,700 cases of Parkinson's disease and approximately 150,000 non-cases, all drawn from a cohort of agricultural workers. The researchers were able to ascertain a wide range of agricultural exposures with detailed information of their specific types of tasks, including pesticide use. The utilization of a crop-exposure matrix was another strength as it allowed for evaluations of multiple ingredients and duration of exposure. Furthermore, the authors were able to generate robust statistical analyses as over 25,000 non-cases were exposed to paraquat and approximately 250 cases were exposed to paraquat. Importantly, this study controlled for the potential confounding influence of co-exposures between active pesticide ingredients. When doing so, no association between paraquat exposure and Parkinson's disease was observed. Moreover, a non-statistically significant slightly decreased risk of Parkinson's disease was observed among those with the highest duration of paraquat exposure, and no evidence of dose-response by paraquat use was reported.

*CONFIDENTIAL – PARAQUAT LITIGATION*



## Summary of Epidemiologic Studies of Occupational Paraquat Exposure

### The Netherlands (Van der Mark (2014))

Van der Mark (2014) conducted a case-control study in four areas of the Netherlands to investigate the possible associations between occupational exposure to pesticides and endotoxins and risk of Parkinson's disease (van der Mark, 2014). The study, the largest case-control study within the relevant body of literature, included 444 cases of Parkinson's disease diagnosed in one of five participating hospitals and 876 controls recruited from neurology patients visiting during the study period for non-neurodegenerative symptoms. Assignment of exposure was based on self-reported crops on the farms at which the participant worked and the application of a crop-exposure matrix (estimates based on exposure to specific active ingredients from self-reported cultivation of crops). Exposure levels were calculated using the estimated chance of paraquat use at the farm, frequency of use, and duration of farm work. Thirty-three cases reported exposure to paraquat while 58 controls reported exposure to paraquat. There was no evidence of dose-response for paraquat exposure and risk of Parkinson's disease.

**Table 5**   Exposure to specific active ingredients and Parkinson disease risk: crop-exposure matrix

| | Cases n (%) | Controls n (%) | Crude OR (95% CI) | Model 1* OR (95% CI) | Model 2† OR (95% CI) |
|---|---|---|---|---|---|
| **Paraquat‡** | | | | | |
| Never | 411 (92.6) | 818 (93.4) | 1 | 1 | |
| >0–3.80 | 18 (4.1) | 29 (3.3) | 1.27 (0.68 to 2.35) | 1.33 (0.68 to 2.60) | 1.42 (0.71 to 2.85) |
| >3.80 | 15 (3.4) | 29 (3.3) | 1.03 (0.54 to 1.95) | 0.91 (0.45 to 1.84) | 1.01 (0.48 to 2.12) |

The model 1 analyses were adjusted for pack-years of smoking, total coffee consumption, and categories for occupational skill and status. Model 2 analyses were additionally adjusted for four categories of endotoxin exposure. Although no association was observed between paraquat exposure and risk of Parkinson's disease, associations for several other pesticides were positive, highlighting the importance of adjusting for other chemical exposures when evaluating paraquat. The study was limited by its low participation rate, which may lead to selection bias. Although ascertainment was based on self-reported crops and self-reported actual use of pesticides, the researchers incorporated the use of a Job Exposure Matrix (JEM) and crop-exposure matrix to better estimate potential exposure. However, the potential for exposure misclassification still exists. The authors concluded that, "This study did not provide evidence for a relation between pesticide exposure and PD."

### Metro Vancouver and Vancouver Island, British Columbia, Canada (Rugbjerg (2011))

Rugbjerg (2011) conducted a population-based case-control study in two areas of British Columbia, Canada, one of which represented an urban area (Metro Vancouver) and the other a rural area (Vancouver Island less Greater Victoria) (Rugbjerg, 2011). The study included 403 cases of Parkinson's disease and 405 population-based controls frequency-matched to the cases by birth year, gender, and geographic region. Analyses based on both self-report of exposure and



occupational hygiene assignment of exposure were performed. The authors noted in their discussion that three cases and three controls self-reported exposure to paraquat but did not provide an adjusted OR. I ran an analysis using the data provided and calculated the crude OR, which was 1.01 (95% CI: 0.13-7.55) (i.e., no association).

The authors note that "two patterns suggested the potential for recall bias to explain at least a portion of the observed associations between pesticide exposure and Parkinson's disease: decreases in risk between self-reported and hygiene-reviewed exposures and decreases in risk after adjustment for participants' belief that chemicals were a cause. In our study, 27.5% of cases with Parkinson's disease reported chemicals (including pesticides) as a cause of Parkinson's disease; the corresponding percentage for controls was 10.6%. This difference indicates a greater suspicion of a chemical cause among cases than controls; the risk estimates for pesticide exposures decreased when controlling for this factor, meaning that suspecting a chemical cause was also associated with reporting pesticide exposure." The study is limited by the fact that other than the initial matching of cases and controls by birth year, gender, and geographic region, the authors did not control for any other potential confounding factors and they did not provide a regression analysis for paraquat exposure and Parkinson's disease for the matched variables. In addition, the study was limited by few numbers of self-reported exposed cases and controls and reliance on self-report of exposure after diagnosis making the results subject to recall bias. This study is of limited value given the few number of paraquat-exposed cases. The study neither reported an adjusted OR nor provided data such that an OR could be calculated that adjusted for the most basic of confounding data (e.g., age, sex, smoking).

*Washington State, USA (Firestone (2005); Firestone (2010))*

Firestone (2010) compared occupational exposure histories of 404 incident cases of idiopathic Parkinson's disease in Western Washington State with that of 526 controls randomly selected from enrollees of Group Health Cooperative, a regional insurance provider (Firestone, 2010). A panel of neurologists validated the diagnoses by medical chart review, "requiring at least two of the four cardinal signs of PD (bradykinesia, resting tremor, cogwheel rigidity, and postural reflex impairment), one of which had to be bradykinesia or resting tremor." The study was an update and expansion of an earlier publication by the same investigators (Firestone, 2005). A non-statistically significant inverse association between Parkinson's disease risk and ever exposure to paraquat in males after controlling for age, ethnicity, and smoking status was reported in the update (OR = 0.9, 95% CI: 0.14-5.43).

The authors indicated they also performed analyses by cumulative job duration and by using exposure determined by industrial hygiene (IH) assessment of the subjects' occupational history. The results of these additional analyses were not reported outside of the authors indicating that the cumulative exposure analysis did not reveal any meaningful trends and the results of analyses

*CONFIDENTIAL – PARAQUAT LITIGATION*



based on exposures assigned by IH assessment did not differ substantially from those based on self-report.

Study strengths included its use of incident cases, complementary analyses based on IH assessment of occupational exposures, exclusion of cases with history of head trauma, and the utilization of one interviewer blinded to the subjects' case-control status, although the authors acknowledged perfect blinding was impossible "given the often apparent manifestations of PD." A limitation of this study is the fact that the analysis was limited to only two cases and three controls with paraquat exposure among men (hence, an imprecise confidence interval) and no paraquat exposed cases or controls among women. Other limitations included limited adjustment for other pesticides, family history, or occupational groups, reliance on self-report after diagnosis making the results subject to recall bias. While there are some important strengths of this study overall (e.g., incident cases, interviewer blinding, IH assessment, confirmation of diagnosis with medical record review), the focus of the study was on occupational groups and the authors gave only limited attention to chemical exposures (such as paraquat). Nonetheless, a slightly decreased risk, albeit non-statistically significant, was reported for paraquat exposure and Parkinson's disease.

*Eight Centers in North America (Tanner 2009)*

Tanner (2009) investigated the risk of parkinsonism and occupational history, tasks, and exposures by comparing 519 cases of parkinsonism of no known cause recruited from eight North American movement disorder centers with 511 control subjects primarily recruited from nonblood relatives and acquaintances of the centers' enrolled and non-enrolled parkinsonism patients (Tanner, 2009). The parkinsonism cases included patients diagnosed with Parkinson's disease (n = 503, 96.9%), multiple system atrophy (n = 12, 2.3%), and progressive supranuclear palsy (n = 4, 0.8%). To be included, the patients had to exhibit two or more signs among resting tremor, bradykinesia, rigidity, and postural reflex impairment, one of which had to be resting tremor or reflex impairment. The authors reported a non-statistically significant positive association between risk of parkinsonism and exposure to paraquat following adjustment for age, sex, race/ethnicity, smoking, caffeine use, alcohol use, and head injury (OR = 2.80, 95% CI: 0.81-9.72). While the authors did not provide quantitative results by duration of exposure, they did state that, "Duration of any of the job tasks or exposures did not differ between cases and controls" and that, "We found no association between exposure duration and disease risk." Studies of other pesticides had ORs or similar magnitude, but the authors did not adjust for these. Furthermore, in was indicated that combined exposures occurred in 13 of 29 subjects.

The study was limited by its utilization of prevalent cases, inclusion of non-Parkinson's disease patients as cases, reliance on self-reported occupational history and chemical exposure making the results subject to recall bias (the authors noted that a limitation of their study was a lack of "direct quantitative exposure measurements"), and lack of adjustment for other chemical

*CONFIDENTIAL – PARAQUAT LITIGATION*



exposures and family history. In addition, only 1.7% of the cases were exposed to paraquat while only 0.8% of the controls were exposed to paraquat, which contributed to the imprecise confidence interval reported in the study. The study authors acknowledged that, "we investigated many associations; some findings may be chance associations." Regardless, no statistically significant association between paraquat exposure and risk of Parkinson's disease was observed in this study.

*Finland (Kuopio (1999))*

Kuopio (1999) conducted a community-based case-control study of 123 Parkinson's disease cases and 246 age, sex, and municipality controls. Study participants were ascertained from Turku and nine rural municipalities in southwestern Finland. Patients with onset of Parkinson's disease after 1984 to 1992 were included in the study. The authors excluded five subjects who had "mild extrapyramidal symptoms not fulfilling the diagnostic criteria of the UK Parkinson's Disease Society." Controls were ascertained through random sampling of the Population Register Center of Finland. Clinical examinations and interviews were performed between April to September 1994 and from September 1995 to February 1996. All participants were examined by one of the study authors in the surgery office or at the patient's home, and a trained nurse carried out specific parts of the structured interview in half of the cases and controls. The structured interview was conducted to elicit information on environmental exposures that included background characteristics, occupational exposure to various chemicals and compounds, lifestyle factors, and accidental exposures. The authors used conditional logistic regression analyses, however, results data for paraquat exposure were not reported. Rather, in text, the authors indicated that three case subjects and five control subjects recalled the use of paraquat-containing agents. Based on this data, the crude OR is 1.21 (95% CI: 0.18-6.31), which is unsupportive of an increased risk of Parkinson's disease from paraquat exposure. Given the lack of data on paraquat exposed cases and controls, no adjustments of the OR could be calculated, even for the most basic confounders (age, sex, smoking). This study has limited value in assessing any association between paraquat and Parkinson's disease.

## Summary of Epidemiologic Studies of Mixed Occupational and Environmental or Residential Paraquat Exposure

*Texas, USA (Dhillon (2008))*

Dhillon (2008) examined the association between Parkinson's disease and exposure to specific pesticide products as well as other environmental and occupational exposures by comparing exposure histories between 100 Parkinson's disease patients and 84 controls recruited from the same east Texas medical center neurological institute (Dhillon, 2008). A non-statistically significant positive association for Parkinson's disease among those ever having used/mixed or applied paraquat was reported by the authors (OR = 3.5, 95% CI: 0.4-31.6).

*CONFIDENTIAL – PARAQUAT LITIGATION*



Limitations include the failure to adjust for age, gender, family history of Parkinson's disease, smoking, and other chemical exposures even though the information was available. In addition to the lack of adjustment for confounding factors, the study was limited by its utilization of prevalent cases, reliance on self-report after diagnosis making the results subject to recall bias, broad exposure definition (ever/never), failure to blind interviewers, and limited number of subjects with paraquat exposure (4 cases, 1 control). Moreover, the time period of subject recruitment and the criteria used for a diagnosis of Parkinson's disease were also not provided outside of the authors stating that the patients were diagnosed "by standard clinical/lab diagnostic criteria by a neurologist specializing in movement disorders."

*Taiwan (Liou (1997))*

Liou (1997) performed a case-control study in Taiwan to examine exposure to environmental factors, including residential and occupational exposure to agricultural chemicals, and risk of Parkinson's disease (Liou, 1997). The study included 120 cases of Parkinson's disease recruited from the Movement Disorder Clinic of a major tertiary referral center in Taiwan and 240 controls recruited from the same medical center's neurologic and medical outpatient clinics. Both cases and controls were examined by neurologists.  The cases were diagnosed "based on two or more cardinal signs of PD, including resting tremor, cogwheel rigidity, bradykinesia, and postural reflex instability, and responsiveness to levodopa therapy."  Patients with atypical symptoms "suggesting a multiple system atrophy or secondary causes of parkinsonism" were not included in the study.  A positive exposure was defined as an occupational or residential contact with a given factor for at least 1 year before the onset of PD. Interviewers were blinded to the study hypothesis and a subset of interviewees was reinterviewed four to 10 months after the initial interview as a check for reliability. Results of all reinterviews were identical to the initial interviews. The association between risk of Parkinson's disease and duration of "paraquat use" was statistically significantly increased for ever/never exposure (OR=3.22, 95% CI: 2.41-4.31) and for ≥ 20 years of exposure (OR = 6.44, 95% CI: 2.41-17.2) after controlling for duration of living in rural residence, duration of farming, duration of consuming well water, and duration of smoking cigarettes, the latter most obviously driving the ever/never findings. There was no association observed between risk of Parkinson's disease and 1-19 years of paraquat exposure (OR = 0.96, 95% CI: 0.24-3.83).

Exposure was self-reported after diagnosis, without further inquiry or validation, which renders information potentially subject to recall bias. Furthermore, exposure was quantified only based on duration without any description of intensity, frequency, or time period of use. The researchers' definition of exposure was broad and included "occupational or residential contacts," without any ability to differentiate between the two.[16] The authors did not adjust for

---

[16] Dr. Wells agrees that the exposure assessment in Liou (1997) combined residential and occupational with no ability to distinguish between the two. (Dep. Tr. 117:25-118:4)

*CONFIDENTIAL – PARAQUAT LITIGATION*



family history or exposure to other chemicals. This is significant, given the fact that the odds ratio and confidence interval for paraquat exposure were nearly identical to those for overall use of herbicides/pesticides. This limitation was noted later in the Tanner 2011 study from the AHS: "Cumulative exposure [in Liou] was associated with greater risk, but paraquat use in the Taiwanese study was highly correlated with use of other herbicides." Furthermore, given that the study restricted all participants to those who were born in Taiwan and who resided in Taiwan, the generalizability of findings to U.S. residents and workers is questionable.

*British Columbia, Canada (Hertzman (1994); Hertzman (1990))*

Hertzman (1994) compared occupational pesticide exposure histories of 127 idiopathic Parkinson's disease patients in a horticultural region of British Columbia, Canada, with that of 121 cardiac disease controls and 124 electoral list controls (Hertzman, 1994). Cases were "examined by a neurologist" and diagnosed with idiopathic Parkinson's disease "if the patient had two of four symptoms of resting tremor, rigidity, bradykinesia, and loss of postural reflexes. Interviewers, blinded to the study hypothesis, administered a questionnaire using a standardized approach to query specific chemicals using cue cards developed from information provided from the provincial agricultural office. The investigators attempted to limit recall bias by including a control group of patients with chronic disease. It is not indicated whether participants with a family history of Parkinson's disease were excluded. The authors reported a non-statistically significant slightly positive association between exposure to paraquat and idiopathic Parkinson's disease when male patients were compared to both cardiac disease controls (OR = 1.11, 95% CI: 0.32-3.87) and electoral list controls (OR = 1.25, 95% CI: 0.34-4.63). The authors reported that there were no duration-response relationships, but they did not present the data. Results were not reported for women due to "too few reports to permit an analysis."

This study utilized prevalent cases, relied on self-reported exposure, included a large number of chemicals (79) in the interview (but the authors did not adjust for them), and did not adjust for relevant confounding factors (e.g., smoking, family history of disease, lower socioeconomic status, or other chemical exposures even though the information was available). The analysis included a limited number of subjects with paraquat exposure (there were only six cases, only four among voters, with paraquat exposure and five controls with paraquat exposure), and used an imprecise definition of exposure ("handling the chemical or working in an area that had been recently sprayed with the chemical"). It was also unclear whether recruited controls with other neurodegenerative diseases were excluded. Lastly, the investigators acknowledged that the pesticide hypothesis may have been well known enough for idiopathic Parkinson's disease patients to introduce recall bias, despite being compared to fellow chronic disease patients. The authors indicated that, "paraquat, did not appear to play a role in the development of IP [idiopathic parkinsonism]."

*CONFIDENTIAL – PARAQUAT LITIGATION*



## Summary of Epidemiologic Studies of Ecologically Modelled Residential Paraquat Exposure

*Central California, USA (Costello (2009); Gatto (2009); Wang (2011); Lee (2012); Sanders (2017)*

Multiple publications resulted from a case-control study conducted in three highly agricultural counties in Central California (Costello, 2009; Gatto, 2009; Lee, 2012; Sanders, 2017; Wang, 2011). Exposure in these studies was based on the use of a geographic information system (GIS) model to estimate ambient exposure to pesticides, including paraquat. This was not an occupational study—and exposures were theorized based on living or working within a geographic area where paraquat was believed to have been used. The study authors note that they created the GIS model in an attempt to address some potential exposure misclassification issues in previous epidemiologic studies of pesticides and Parkinson's disease. In particular, the authors noted that "[m]any studies in human populations employed a case-control design that lends itself to recall bias when pesticides are assessed retrospectively via self-report." (Wang, 2011 at 548.) In addition, "[o]ccupational cohort studies of PD to date have been limited by a paucity of PD cases handling specific pesticides or relying on participant recall to obtain data on specific pesticides." (Wang, 2011 at 548.)

Although the presumed theoretical basis for this type of exposure estimation is the potential reduction in differential recall, there are many relevant limitations that compromise the ability to generate reliable risk estimates from GIS studies. Foremost among the limitations is the ecological nature of exposure estimation. In other words, exposure is based on the macro level and is not a direct quantitative measure of individual paraquat use or exposure. Moreover, the exposure estimation relies upon the validity of self-reported addresses, including occupational addresses that may be less accurately coded. And the model was not validated for paraquat specifically. These limitations apply to all of the studies detailed in this section

### Wang (2011)

Wang (2011) compared 362 Parkinson's disease cases' ambient pesticide exposure to that of 341 population controls (Wang, 2011). The cases were "examined by a UCLA movement disorder specialist at least once and confirmed as having clinically 'probably' or 'possible' PD." Exposures were modeled within a 500-meter radius buffer around the participants' self-reported residential and occupational addresses using the California DPR's Pesticide Use Report system data, land use and crop cover maps, and geocoded address information. Risk of Parkinson's disease was non-statistically significantly increased for participants who reported to have ambient exposure to paraquat (but no exposure to maneb or ziram) at their workplaces (OR = 1.26, 95% CI: 0.86-1.86) and non-statistically significantly decreased for participants who reported to have ambient exposure to paraquat at their residences (OR = 0.91, 95% CI: 0.63-1.31). There were no independent effects of paraquat exposure, specifically, on the risk of

*CONFIDENTIAL – PARAQUAT LITIGATION*



Parkinson's disease. Furthermore, no increases in Parkinson's disease risk were reported in the main effects analyses for residential paraquat exposure (only) (OR = 0.77, 95% CI: 0.50-1.17) or workplace paraquat exposure (only) (OR = 1.07, 95% CI: 0.59-1.96), but the OR for Parkinson's disease among those with both residential and workplace exposure to ambient paraquat was 1.50 (95% CI: 1.03-2.18).

All models were adjusted for age, sex, education, smoking, family history of Parkinson's disease, and race. The authors did not statistically adjust for the confounding influence of maneb or ziram despite the fact that the main effects associations were considerably stronger for ziram and maneb compared to paraquat. Curiously, the authors "created exposure estimates for organophosphates and organochlorines, two pesticide classes that also contribute to neurodegeneration." However, the authors indicated that they only adjusted for these pesticide classes in some analyses but did not display the results from the adjustments. They stated that adjustment for organophosphate and organochlorine pesticides lowered the risk estimates towards the null value and rendered them more imprecise.

The authors provide no scientific rationale as to why they choose not to tabulate the organophosphate and organochlorine adjusted risk estimates. In fact, this apparent obfuscation may result in the representation of associations that are not reliable.

Additional study limitations include the reliance on self-reported residential and occupational addresses, the investigators' utilization of a broad exposure definition (ever/never), ecological exposure estimation from their GIS methodology, the lack of clarity regarding whether controls with other neurodegenerative diseases were excluded, and failure to adjust for exposure to other pesticides. Of 1,167 Parkinson's disease cases invited to participate, only 31% were included in the study. Thus, selection bias is a foregoing concern. While the authors suggest that their GIS-based pesticide exposure assessment may offer an improvement over exposure assessment based on recall only, their method "cannot be considered a quantitative measure of exposure because the derived poundage of active ingredient per acre applied does not translate easily into a measure of human neurotoxicity across pesticides or pesticide classes."

The authors also acknowledged that the reliance upon the quality of self-reported addresses is a limitation to the accuracy of their GIS-based pesticide exposure estimation. Indeed, a large percentage of participants were missing occupational address information (cases: 26%, controls: 26%) compared to those missing residential address information (cases: 4%, controls: 4%). The authors classified the participants with missing address information as unexposed based on the comparable percentages of cases and controls. This decision could bias the estimates if any exposure misclassification was differential by case status. It is noteworthy that the authors suggested that it is unlikely that their GIS-based results are impacted by selection bias, but they disregard the fact that less than one-third of potentially eligible subjects participated in the study.

*CONFIDENTIAL – PARAQUAT LITIGATION*



This study provides no compelling evidence that paraquat exposure is an independent risk factor for Parkinson's disease.

**Costello (2009)**

In a prior publication of this study population, Costello (2009) reported no association between paraquat exposure only (without maneb exposure) and Parkinson's disease based on residential exposure (OR = 1.01, 95% CI: 0.71-1.43). Exposure to both paraquat and maneb (in combination) was associated with a statistically positive OR for Parkinson's disease, but Costello and colleagues did not adjust for family history of Parkinson's disease. In the subsequent study by Wang (2011) of the same population, the authors adjusted for family history and observed no statistically significant ORs for paraquat and maneb exposure (in combination) and risk of Parkinson's disease.

**Gatto (2009)**

In analysis of well-water consumption using the same general study population, Gatto (2009) evaluated whether consuming water from private wells located in areas with documented pesticide use was associated with Parkinson's disease. Paraquat was one of six pesticides examined but had the lowest overall ORs of all six individual compounds. The ORs for low and high well water exposures were 0.89 (95% CI: 0.51-1.54) and 1.26 (95% CI: 0.72-2.20), respectively. The authors indicated that paraquat is less likely to contaminate groundwater because of its physical properties, including low water solubility and high absorption. Potential inhalation from paraquat exposure was also analyzed but no association was found for Parkinson's disease (OR = 1.15, 95% CI: 0.82-1.62).

**Lee (2012)**

Using largely overlapping study populations with Wang (2011), Costello (2009), and Gatto (2009), Lee (2012) evaluated traumatic brain injury (TBI), paraquat exposure, and risk of Parkinson's disease. Ambient residential and workplace exposures to paraquat were associated with an OR of 1.36 (95% CI: 1.02-1.81) after adjustment for age, sex, ever smoking history, race, county and education. Of note, the authors did not adjust for family history of Parkinson's disease. The authors reported a three-fold increased risk if there was a history of head trauma and exposure to paraquat. They concluded a greater than additive effect for having head trauma as well as being exposed to paraquat, however, the OR for interaction was not statistically significant (OR = 1.29, 95% CI:0.52-3.19). Thus, there is no statistical evidence in this study that paraquat exposure acts synergistically with head trauma to further enhance the risk of Parkinson's disease.

*CONFIDENTIAL – PARAQUAT LITIGATION*



## Sanders (2017)

Sanders (2017) investigated the contributions of functional single nucleotide polymorphisms (SNPs) in two base excision repair (BER) genes (APEX1 and OGG1) and mitochondrial dysfunction- or oxidative stress-related pesticide exposure to Parkinson's disease risk utilizing the same case-control study participants reported on by Wang (2011) with recruitment expanded through 2013 (Sanders, 2017). There were 619 Parkinson's disease patients and 854 population controls included in the analyses. GIS-based ambient paraquat exposure at residences and workplaces was associated with a statistically significant increased risk of Parkinson's disease (OR = 1.54, 95% CI: 1.23-1.93). For those with high paraquat exposure and two risk genotypes (rs1130409 GT or TT and rs1052133 CG or GG), risk of Parkinson's disease was also statistically significantly increased (OR = 2.38, 95% CI: 1.44-3.95). For those with high paraquat exposure and zero to one risk genotypes (rs1130409 GG and/or rs1052133 CC), risk of Parkinson's disease was weakly increased and not statistically significantly (OR = 1.13, 95% CI: 0.75-1.70). High exposure to paraquat was defined as having a yearly average pounds of paraquat applied above the median found in exposed controls at both the participants' residence and occupation. The authors stated the results were similar when they restricted the analyses to participants who did not report a family history of Parkinson's disease. All results were adjusted for age, sex, ever-smoking, and European ancestry.

Study strengths and limitations are similar to those for Wang (2011), and to reiterate, an ecological and indirect exposure estimation was performed. Furthermore, the analyses by Sanders and colleagues appears to be exploratory as I am not aware of any other analytical epidemiologic studies (aside from the publications of this study sample) that have evaluated SNPs in BER genes in concert with paraquat exposure and Parkinson's disease. Of note, the authors evaluated multiple pesticide exposures but did not account for the multiple comparisons issue. Moreover, statistical associations for other pesticides were stronger in magnitude than for paraquat yet the authors did not statistically adjust for other pesticides. Thus, confounding is a prominent concern in this study.

### The Netherlands (Brouwer (2017))

Brouwer (2017) investigated the possible associations between lifetime residential exposure to individual pesticides and the risk of Parkinson's disease utilizing the same pool of study subjects which were included in Van der Mark (2014) (Brouwer, 2017). A neurologist reviewed the medical files of the cases to confirm Parkinson's disease diagnosis. Brouwer (2017) excluded from their analysis those classified as ever employed in a job with low occupational exposure to pesticides according to the JEM, leaving 352 cases of Parkinson's disease and 607 controls. Self-reported addresses were geocoded and a spatio-temporal model was used to assign environmental pesticide exposure to each residence. The reference category was defined as those participants who were unexposed to the pesticide of interest in the distance category being



*CONFIDENTIAL – PARAQUAT LITIGATION*

analyzed. The authors confirmed that by this definition, the reference category could include participants exposed to other pesticides at that distance or the pesticide of interest in a larger distance category (i.e., 0-50 meters: not exposed, > 50-100 meters: exposed). Analyses were adjusted for pack years of smoking, time since cessation, occupational attainment, low occupational pesticide exposure by JEM, home pesticide use, family history of Parkinson's disease, and percentage of low-income inhabitants in the neighborhood.

There was no association between ever exposure to paraquat and risk of Parkinson's disease (OR for 0-100 meters = 1.00, 95% CI: 0.73-1.36). Positive associations were observed between Parkinson's disease risk and the highest tertile of cumulative exposure to paraquat but were only statistically significant when a 10-year or 15-year lag was applied (10-year lag: OR = 1.53, 95% CI: 1.00-2.33; 15-year lag: OR = 1.60, 95% CI: 1.05-2.44) and when restricted to the 1991-2000 time window (OR = 3.42, 95% CI: 1.04-11.32). ORs for the lower two tertiles of cumulative exposure were all below 1.0, and the findings for tertile 3 did not support a dose-response relationship by distance to residence.

This study has some relevant strengths, including adjustment for smoking and family history of Parkinson's disease, and evaluations of various exposure metrics.

Limitations include ecological exposure assessment and low participation rate, which may lead to selection bias. Specifically, and similar to Van der Mark (2014), the participation rate in this study was 45% for cases and 35% for controls. Additional limitations include the authors' reliance on self-reported address histories and the decision to not collect workplace addresses, as well as the limited validation of the GIS model. There was also no adjustment for co-exposure to other pesticides despite positive associations reported for several other compounds. Despite these limitations, in the overall analyses, there were no statistically significant dose-response trends by cumulative exposure within each distance stratification or between each distance stratification.

*Washington State (Caballero (2018))*

Caballero and colleagues (2018) conducted an ecological exposure analysis of Parkinson's disease decedents who were identified from the Washington State Department of Health, Center for Health Statistics between 2011 and 2015. The focus of the analysis was premature mortality, defined as the time of death occurring before the age of 75. There were 4,591 Parkinson's disease related deaths between 2001 and 2015 and 659 were recorded before the age of 75. No information on diagnostic validation or the accuracy of registered deaths was provided. Mortality records were geocoded based on residential addresses, and were further classified as having exposure to agricultural land use within 1,000 meters of the residence. Pesticide application land use classifications were obtained from the United States Geological Survey's National Water-Quality Assessment Project. Exposure to wells was based on whether there was a well located within 250m of the decedents' address. Occupational exposure was based on codes listed under agricultural from the industrial codes of the Bureau of Labor Statistics. Multivariate analyses



were based on generalized linear models that adjusted for sex, race, education, and marital status. No significant association between ecologically estimated paraquat exposure and Parkinson's disease was reported (OR = 1.22, 95% CI: 0.99-1.51). The specific number of decedents exposed to paraquat before the age of 75 was not provided. This study is fraught with limitations. The researchers provided no information as to the validity, accuracy, or reliability of Parkinson's disease deaths in the registry. The exposure estimates were based on indirect ecological modelling, which is subject to the limitations that I have described in this report. The authors noted that, "the agricultural chemical exposure analysis employed in this study did not allow for the temporal relationship of the exposure that predates symptoms of PD." The authors obtained merely a single residential address and acknowledged that they were unable to know how long and individual resided at that location. Indeed, they stated that, "We understand that this limitation is significant in considering the exposure estimation because an address cannot truly capture the complexities of pesticide exposure." Although the authors focused on their defined measure of premature mortality, it appears that they only evaluated Parkinson's decedents in their analysis. Thus, this is akin to a proportionate mortality analysis using an ecological exposure assessment, both of which methodologies are limited. It is unclear how or whether the authors modelled for age in their paraquat analysis.

## Summary of Epidemiologic Studies of Occupational Paraquat Exposure among Manufacturing Workers

*United Kingdom – Manufacturing Workers (Tomenson (2011); Tomenson (2021))*

Tomensen (2011) conducted a retrospective cohort mortality study of workers employed at one of four plants in Widnes, UK, that manufactured paraquat between 1961 and 1995 (Tomenson and Campbell, 2011). The mortality experience of the cohort was later updated through 2017 and is the longest-tenured study of a paraquat workforce (Tomenson and Campbell, 2021). An exposure assessment in the mid-1980s found that 319 of 729 male workers included in the Tomensen (2011) investigation were determined to have high or medium exposure to paraquat (Tomenson and Campbell, 2011). Workers recruited later were considered to be unlikely to have experienced those levels of exposure.

In the updated investigation (Tomenson and Campbell, 2021), mortality due to Parkinson's disease between 1960 and 2017 was not elevated among cohort members except for in those employed for 1-5 years but the association was not statistically significant (Standard Mortality Ratio[17] (SMR) = 1.30, 95% CI: 0.27-3.81). The SMR for those who were employed greater than five years was 0.42 (95% CI: 0.01-2.33) based on one observed death. The study was limited by the small size of the cohort, reliance on death certificates for outcome ascertainment, limited paraquat exposure to workers in more recent years, and its inability to adjust for confounding

---

[17]     An SMR is the number of observed deaths in the study population divided by the number of expected deaths (calculated from indirect adjustment) and multiplied by 100.



factors including smoking and family history. The study was strengthened by the availability of static and personal monitoring results for use in the exposure assessment. The authors noted that a "strength of the study is the likely higher exposure of workers engaged in PQ production than many subjects in case-control studies classified as exposed to PQ." This study provides no evidence that occupational exposure to paraquat increases the risk of Parkinson's disease mortality.

## Summary of Published Meta-Analyses of Paraquat Exposure and Parkinson's Disease

Several reviews and meta-analyses have evaluated and/or reported summary associations for paraquat exposure and Parkinson's disease (Brown, 2006; Dinis-Oliveira, 2006; Berry, La Vecchia, and Nicotera, 2010; Wirdefeldt, 2011; Freire and Koifman, 2012; Mandel, Adami, and Cole, 2012; van der Mark, 2012; Goldman, 2014; Ascherio and Schwarzschild, 2016; Weed, 2021; Van Maele-Fabry, 2012; Ntzani, 2013; Pezzoli and Cereda 2013; Allen and Levy 2013; Breckenridge, 2016; Tangamornsuksan, 2019; Vaccari, 2019). While some weak to modestly elevated associations have been reported within and across these meta-analyses of paraquat and Parkinson's disease, they each suffer from methodological and analytical flaws and inconsistencies, such as including studies that do not isolate Parkinson's disease as an explicit outcome variable, including overlapping data from multiple studies of the same study population, not including studies with relevant data, not including data from the most recent or most comprehensive study (when multiple studies of the same study population exist), or the utilization of inconsistent methodology to judge study quality. Despite these limitations and inconsistencies, none of the meta-analyses concluded that paraquat exposure is a cause of Parkinson's disease (Weed, 2021).

I discuss the three most recently published meta-analyses below, the most recent of which is 2019; none includes Shrestha (2020), which because of its size and confidence interval would have driven these analyses toward the null value.

### Vaccari (2019)

In one of the most recently published meta-analyses that specifically addressed studies of paraquat and Parkinson's disease, the authors reported weakly elevated summary associations, however, based on their weight-of-evidence evaluation, the majority of studies were judged as having levels of evidence with "very low certainty" (Vaccari, 2019). As such, the authors concluded that this "does not enable one to assume an indisputable cause-effect relationship." While the researchers made a concerted effort to adopt and apply methodological and analytical protocols to their meta-analyses, some deficiencies in their assessment are noteworthy:

- The authors noted that Kamel (2007) and Tanner (2011) have overlapping study populations and included each study separately in their case-control and cohort analyses.



However, the overall summary association included data from both studies, which invalidates the meta-statistic because of double-counting data.

- The authors rated Sanders (2017) as having a relatively high level of evidence and low risk of bias with respect to confidence in the exposure assessment, however, Sanders and colleagues used an ecological exposure assessment based on geocoding address information to estimate ambient exposure.

Vaccari (2019) did acknowledge several limitations within and across the epidemiology studies of paraquat exposure and Parkinson's disease, including statistical heterogeneity, inadequate exposure assessment such as self-reported exposure, which is subject to recall bias, poor adjustment for confounding factors, limited information on dose-response metrics, simultaneous exposure to multiple chemicals, and weak associations. In fact, the authors indicated that "it is not possible to guarantee that the results are not biased." Since the meta-analysis by Vaccari (2019), Shrestha (2020) was published and does not support an increased risk of Parkinson's disease. Adding the data by Shrestha (2020) to the Vaccari (2019) analysis would attenuate the summary associations considerably and render them non-statistically significant.

**Tangamornsuksan (2019)**

In another 2019 meta-analysis of paraquat exposure and Parkinson's disease, Tangamornsuksan (2019) included 13 case-control studies and one prospective cohort in their review. The authors reported an overall summary OR of 1.64 (95% CI: 1.27-2.13) for paraquat exposure and Parkinson's disease, although their quantitative assessment suffers from methodological and analytical limitations and errors:

- The authors seemingly generated a crude (unadjusted) OR for paraquat exposure from the Semchuk (1992) and Seidler (1996) however, there is insufficient data in these studies to generate a reliable OR, even a crude OR.

- The authors used data from the study by Hertzman (1994) and van der Mark (2014) that does not match the data reported in those studies.

- In their primary meta-analysis model, Tangamornsuksan (2019) included data from the Lee (2012) study that was unadjusted for family history of Parkinson's disease, a well-established risk factor, rather than including data from the same study population that was adjusted for family history as reported by Wang (2011).

The authors nevertheless did not conclude a causal relationship between paraquat exposure and Parkinson's disease. Instead, given "inadequate" exposure measurements, the authors called for further studies. As noted above, the studies released after this meta-analysis do not support an association and would attenuate the summary results of Tangamornsuksan (2019).

75

*CONFIDENTIAL – PARAQUAT LITIGATION*



**Breckenridge (2016)**

Breckenridge (2016) conducted a weight-of-the-evidence assessment and meta-analysis of cigarette smoking, rural living, well water consumption, farming, and pesticide use and risk of Parkinson's disease. Paraquat exposure was evaluated as part of their assessment. In their quantitative assessment, paraquat exposure was associated with Parkinson's disease although statistically significant heterogeneity between the studies limited the interpretation of data and the analysis suffers from methodological and analytical limitations and errors.

- The authors' evaluation of "high use" of paraquat is improper in that it combines four studies with diverse exposure assessments (e.g. ecological assessments and occupational assessments) as well as one study that evaluates parkinsonism and not Parkinson's disease.

- Furthermore, the authors conducted their literature search in 2013, three years prior to publication, and did not refresh that search in the intervening period.

Nevertheless, based on their weight of evidence evaluation according to the Bradford Hill considerations, the authors concluded that "Overall, the epidemiological data are inconsistent across studies, and collectively, they do not support a conclusion that a causal relationship exists between exposure to paraquat and PD."

## General Causation Conclusions

As detailed above, my weight of the evidence analysis[18] demonstrates the literature does not support a "clear-cut" independent association between paraquat exposure and Parkinson's disease. To confirm my conclusion regarding the lack of any causal association, I applied the Bradford Hill considerations for general causation, including the factors of temporality (which is a necessary condition for causation), strength, consistency, and dose-response. I have also considered the biologic plausibility factor based on the conclusions reached by toxicologist James Bus, Ph.D.

1. **Temporality**: Prospective studies (such as Kamel (2007) (incidence) and Shrestha (2020)), by design, ascertain exposure information prior to disease diagnosis. Findings from these studies do not support an increased risk of Parkinson's disease among paraquat-exposed agricultural workers. In contrast to prospective studies, case controls studies ascertain exposure information after cases have been diagnosed with disease; while investigators attempt to ensure exposure precedes diagnosis, the accuracy depends on accurate recall of the subject or the methods used to ascertain information by the researcher. The studies I reviewed had various methods (of varying quality) to ensure

---

[18] I include in Appendix 1 a quantitative assessment of each occupational exposure study with respect to study design features and data characteristics.



*CONFIDENTIAL – PARAQUAT LITIGATION*

exposure preceded diagnosis. It is worth noting that with a disease such as Parkinson's disease that may be present for years prior to diagnosis, ensuring exposure precedes diagnosis is challenging even in prospective studies.

2. **Strength**: Based on review of the measures of association within and across the epidemiologic studies, the magnitude of associations range from below the null value to above the null value. Furthermore, most of the studies reported associations that are not statistically significant, and many of the associations have not been adjusted for relevant confounding factors. Thus, the criterion of strength has not been satisfied.

3. **Consistency**: The associations reported within and across the epidemiologic studies are widely variable and statistically heterogeneous. Thus, the criterion of consistency has not been satisfied.

4. **Dose-response**: Few studies report results based on dose-response metrics, and the collective evidence does not support a dose-response relationship. Thus, the criterion of dose-response has not been satisfied.

5. **Biologic Plausibility**:  It is my understanding that toxicologist Dr. James Bus has concluded that this criterion has not been satisfied.

6. **Experimentation**: No randomized controlled clinical trials or human intervention studies are available for consideration of this criterion.

7. **Analogy, Coherence, Specificity**. Given my conclusions above, it is unnecessary to analyze these criteria.

Based on my weight of the evidence assessment, and my application of the Bradford Hill considerations, a causal association has not been demonstrated between paraquat exposure and Parkinson's disease.

## Environmental Protection Agency (EPA): Systematic review of the literature to evaluate the relationship between paraquat dichloride exposure and Parkinson's disease

In 2019, the Environmental Protection Agency (EPA) conducted a comprehensive and systematic review of the literature to evaluate the relationship between paraquat and Parkinson's disease as part of its registration review process. EPA evaluated 26 human studies of 13 study populations that included three agricultural cohorts, nine hospital-based populations, and one Parkinson's disease registry in Nebraska. EPA determined there was "limited, but insufficient, epidemiologic evidence of a clear associative or causal relationship" between occupational exposure to paraquat and Parkinson's disease. Similarly, for non-occupational exposure, the agency found there was "insufficient epidemiologic evidence of a clear associative or causal



relationship" between paraquat and Parkinson's disease (USEPA Office of Chemical Safety and Pollution Prevention 2019a, b).[19]

The EPA review literature database consisted of eight studies of agricultural-based populations, including six studies within the AHS cohort, one study within the AGRICAN cohort, and one study based on a cohort documented by the Washington State Department of Health.

The EPA identified and summarized two primary AHS studies:[20] Kamel (2007) and Tanner (2011). Kamel reported a marginally significant positive association between paraquat exposure and prevalent Parkinson's disease (OR = 1.8, 95% CI: 1.0-3.4) but no association was observed based on their analysis of incident cases (OR = 1.0, 95% CI: 0.5-1.9). In contrast, Tanner (2011) reported a positive association for the combined group of prevalent and incident cases (OR = 2.5, 95% CI: 1.4-4.7). The EPA indicated that although the FAME study included clinically confirmed Parkinson's disease cases, the total number of paraquat-exposed cases was "essentially the same – 25 total exposed cases in Kamel (2007) and 23 in the FAME studies – suggesting there was considerable overlap in the subjects used in this group of studies." (USEPA Office of Chemical Safety and Pollution Prevention, 2019b).  The EPA further commented that no recall bias would be expected in the incident case analysis by Kamel (2007) This conclusion would apply equally to the subsequent cohort incident analysis by Shrestha (2020). The EPA commented that the statistical analysis conducted by Tanner (2011) "curiously combined incident and prevalent PD cases (prevalent cases would be potentially subject to recall bias and incident cases would not). This consideration is of importance because Kamel (2007) previously stratified their analysis by incident and prevalent cases and reported results that suggested that recall bias (from prevalent cases) could be substantial. As such, the FAME studies do not provide additional information to help clarify this issue." The EPA also noted that "FAME may also have introduced additional recall bias because a separate exposure assessment was conducted after cases and controls were enrolled in the study."

Following the EPA's 2019 literature review, Shrestha (2020) was released. The EPA reviewed Shrestha (2020) and stated: "an updated study of the Agricultural Health Study cohort was published in 2020 that reported no association between paraquat exposure and Parkinson's Disease. Notably, this updated study did not replicate earlier 2011 findings from AHS that were considered by EPA and suggested a potential association may exist. After a thorough review of the best available science, as required under FIFRA, EPA has not found a clear link between

---

[19] EPA further conducted a fit-for-purpose systematic review to evaluate the significance and environmental relevance of the postulated association between paraquat exposure and PD. After looking at three lines of evidence—human, animal, and in vitro –EPA concluded "that the weight of the evidence was insufficient to link paraquat exposure from pesticidal use of U.S. registered products to PD in humans." (USEPA Office of Chemical Safety and Pollution Prevention, 2019a).
[20] The EPA review was conducted prior to Shrestha (2020).



paraquat exposure from labeled uses and adverse health outcomes such as Parkinson's disease." (USEPA, 2021).

## National Toxicology Program (NTP): Scoping Review of Paraquat Dichloride Exposure and Parkinson's Disease

The National Toxicology Program (NTP) conducted a scoping review of paraquat exposure and Parkinson's disease in September 2020. The review was performed in collaboration with EPA Office of Pesticide Programs (OPP). (Boyd, 2020). NTP identified 24 human studies reporting on Parkinson's disease that included one prospective cohort, three cross-sectional analyses of prevalence in the prospective cohort, 19 case-control studies, one retrospective cohort, and one ecological study. Several limitations in the human evidence were identified, including few cases of paraquat-exposed participants in small case-control studies, self-reporting of Parkinson's disease and exposure, lack of data among women, and confounding by co-exposures. NTP drew no overall conclusion about the association of paraquat and Parkinson's disease and instead called for further studies.

## Overall Summary of the Epidemiology of Paraquat Exposure and Parkinson's Disease

Collectively, the evidence from the epidemiologic studies does not support a conclusion that paraquat exposure is causally associated with Parkinson's disease.

- While some studies report positive associations for paraquat exposure and Parkinson's disease, most associations are not statistically significant, and many are below the null value of 1.0.

- Most studies are case-control in design that have relied upon self-reported paraquat use information after the diagnosis of Parkinson's disease, which is subject to recall bias.

- Some studies relied upon ecological exposure assessments based on pesticide usage data and residential location, which may result in misclassification bias from indirect exposure ascertainment.

- The studies are inconsistent in controlling for relevant risk factors for Parkinson's disease that have been identified in the literature and many suffer from failures to control for the most significant confounders (e.g., age, family history, smoking, exposure to other pesticides).

- None of the published systematic reviews and meta-analyses—or any other published article or review—have concluded that paraquat exposure is a cause of Parkinson's disease.

*CONFIDENTIAL – PARAQUAT LITIGATION*



- Since the publication of the most recent meta-analysis on this topic, a comprehensive prospective cohort study of the Agricultural Health Study was published (Shrestha, 2020). Shrestha (2020) is the largest, most analytically rigorous, longest, and comprehensive study of exposure to paraquat and Parkinson's disease and American farmers. Shrestha (2020) reported no association between ever use of paraquat and Parkinson's disease (HR = 1.09, 95% CI: 0.84-1.41), with non-statistically inverse associations for the highest number of intensity-weighted lifetime days of paraquat use (HR through enrollment = 0.74, 95% CI: 0.37-1.49; HR through phase 2 = 0.69, 95% CI: 0.34-1.38).

- A second study on workers from facilities that manufactured paraquat was published (Tomenson, 2021) which does not support an increased risk of Parkinson's disease among persons exposed to paraquat (SMR for Parkinson's disease among workers at paraquat manufacturing facilities = 0.68, 95% CI: 0.19-1.75).

- Data from the French AGRICAN study by Pouchieu (2018), which is consistent with prior data from the same population and discussed above, was not included in the most recent meta-analysis. Findings from this study do not support an increased risk of Parkinson's disease among persons exposed to paraquat. Pouchieu (2018) reported no association for ever exposure to paraquat (OR = 1.01, 95% CI: 0.41-2.49) or exposure to the highest category of paraquat duration (OR = 0.94, 95% CI: 0.37-2.41).

In summary, the collective weight of the epidemiologic evidence does not indicate that paraquat exposure is a cause of Parkinson's disease.

## Response to Martin T. Wells, PH.D.

I have been provided with and reviewed the declaration of Martin T. Wells, Ph.D, as well as the transcript of his deposition. As indicated in his declaration, Dr. Wells was asked by Plaintiffs' counsel to analyze the epidemiologic evidence pertaining to the "association and causation" of occupational exposure to paraquat and risk of Parkinson's disease. In reaching his conclusion—both in conducting his meta-analysis and his Bradford Hill analysis—Dr. Wells, failed to follow any scientific method, including those he references as guiding his work, which results in a process of study selection (and inclusion/exclusion) that is not scientifically justifiable and cannot be replicated. In the following sections, I will show the following:

- Dr. Wells cites and acknowledges the generally accepted scientific methods for conducting a meta-analysis, but he fails to set out or follow any such method. Instead, he

*CONFIDENTIAL – PARAQUAT LITIGATION*



uses a "holistic, unwritten" assessment to select studies for inclusion/exclusion that is entirely subjective, not transparent, and not replicable.[21]

- Dr. Wells sets out no methodology and follows no clear inclusion / exclusion criteria. Instead, he claimed that if a study didn't meet one criteria then he "would look at the other aspects of the studies, see how good – how good are the other [criteria]." (Dep. Tr. 111:14-21). And he testified that he did not include selection criteria or rules for inclusion/exclusion in his report.[22]

  - Dr. Wells provides no scientific justification for including or excluding studies.

  - Notably, Dr. Wells does not appear to have performed an assessment of the only available prospective cohort, Shrestha (2020). In fact, he testified that he was offering no opinions on the reliability of data from the AHS,[23] he was unprepared to offer opinions on Shrestha's diagnostic assessment,[24] and unprepared to offer opinions on Shrestha's supplemental tables.[25] Instead, he testified that he did not "incorporate data from Shrestha 2020" in his meta-analysis (Dep. Tr. 149:18-150:4; 153:11-14) and did not consider it for purposes of his Bradford Hill analysis. (Dep. Tr. 153:8-10).

- Dr. Wells applied a holistic unwritten assessment that resulted in an inconsistent application of his subjective inclusion "criteria" to end up with a set of 7 seemingly cherry-picked studies that account for only a fraction of the available data on paraquat and Parkinson's disease.

- Dr. Wells fails to detail or describe any assessment of the internal validity (e.g., whether the studies are subject to recall bias or adjust for important confounders) of the 7 studies, resulting in a summary OR that likewise does not account for those factors.

- For 2 of his 7 studies—and one of the studies he used for a sensitivity analysis—Dr. Wells uses incorrect data. Although I have received an oral report (though no written report) that he corrected one of the errors, the remainder are left uncorrected.

---

[21] Q: You chose to include Liou in your meta-analysis despite the fact that it included residential exposures based on this unwritten, holistic assessment that you applied, correct? A: …Yes, I included it. Q: Based on your holistic, unwritten process that you followed. A: Yes. (Dep. Tr. 119:10-20).

[22] Q: And my question was, did you give an exhaustive list of the different aspects of the studies that you used to decide whether they were in or out? Objection: I'm asking you to look at your report. If she's asking an exhaustive report, please refer to your report. Q: If you can point me in your report to a list of criteria for inclusion in your meta-analysis, I would love that. A: No, It's not there. (Dep. Tr. 113:16-114:1)

[23] Q: You offer no opinions in your report that data from the AHS is unreliable, correct? A: No, I – I don't discuss it. I don't discuss any aspect of it except for reporting results from Shrestha and Kamel. (Dep. Tr. 136:8-12)

[24] Q: So you're not prepared to give an opinion on whether the diagnostic criteria in Shrestha is reliable or not? A: It's – I have to think about it a bit more.  I just don't – I haven't thought through it all the way, what the implications are." (Dep. Tr. 181:7-12)

[25] Q: Did you look at th[e Supplemental Tables] before you wrote your report? A: I probably did, but I didn't – I didn't realize that these results were there.  And I would have to really get in – get into that what they're calculating before I would include it." (Dep. Tr. 168:12-17)

*CONFIDENTIAL – PARAQUAT LITIGATION*



- The epidemiology literature (and the reported risks) is both statistically heterogenous and heterogenous with respect to study design, making a meta-analysis of the literature difficult and any resulting pooled odds ratio unreliable. Further, as noted above, the meta-analysis is only as reliable as the studies that are included in it.  Nevertheless, if one were to conduct a meta-analysis of studies that included occupational exposures to paraquat—following generally accepted scientific methods the summary associations would be relatively close to the null value and not statistically significant.

Dr. Wells' Bradford Hill analysis is also flawed.

- Dr. Wells testified that Bradford Hill requires a consideration of the totality of the evidence[26] (i.e., the data within and across all studies), but he did not evaluate the totality of available epidemiologic studies on paraquat exposure and Parkinson's disease, rendering his analysis methodologically flawed.

- Because Dr. Wells did not assess the independence of any associations, such as an evaluation that assesses chance, bias, and confounding, he could not conduct a proper Bradford Hill analysis.

- Dr. Wells relies on his meta-analysis for the strength and consistency considerations. Because his meta-analysis is fundamentally flawed on multiple levels, he is left with no support for these factors. In fact, when conducting a standardized meta-analysis (as I have done below), the summary associations as well as the individual study associations are neither strong nor consistent.

- Dr. Wells also relies on studies that do not actually address exposure to paraquat and Parkinson's disease.

Dr. Wells' specific causation analysis is also flawed.

- Dr. Wells' reliance on a pooled odds ratio to support his specific causation position is improper because, as detailed above, the studies that support that odds ratio either do not adjust for any confounding factors (3 of the studies are crude odds ratios that do not even adjust for age or gender or smoking) or only adjust partially. Further, Dr. Wells has no scientific basis to opine that his pooled odds ratio applies equally regardless of the duration of exposure to paraquat.

No peer-reviewed meta-analysis or review concludes there is a causal association between exposure to paraquat and Parkinson's disease, as Dr. Wells does.

## Meta-Analysis of Paraquat Exposure and Parkinson's Disease

As summarized in the body of my report above, I have systematically evaluated the weight of the epidemiology evidence on paraquat exposure and Parkinson's disease. Based on my experience

---

[26] Q: You agree that a proper Bradford Hill analysis should consider the totality of evidence, correct? A: Yes. (Dep. Tr. 294:9-12).

*CONFIDENTIAL – PARAQUAT LITIGATION*



and expertise in meta-analysis methodology, I have determined that the epidemiology on this topic area is too diverse (e.g., studies of occupational, residential, and environmental paraquat exposure; inconsistent adjustment for confounding factors; study country differences) and heterogenous (extreme statistical variation between studies) to warrant a formal meta-analysis. To be clear, especially including the large majority of the 7 studies that Dr. Wells' meta-analysis relies on, the studies themselves generate odds ratios for paraquat exposure that are not valid and reliable. Most notably, three of the included studies do not adjust for any confounding factors, including the most recognized risk factors for Parkinson's disease – age and gender, and the most recognized inverse factor – smoking.  The remaining four studies, as detailed in my tables above, do an incomplete job of controlling for family history and exposure to other pesticides. These fundamental flaws are carried through to the results of any meta-analysis.

However, to more specifically demonstrate the flaws and impact of those flaws in Dr. Wells' meta-analysis and on his opinions, I have:

1. Reproduced his meta-analysis based on his 7 selected studies and made corrections to his incorrect extraction of results data for the purpose of illustrating the fact that his results are not internally valid and cannot be replicated when following the appropriate protocols for performing a meta-analysis.

2. Performed a meta-analysis of occupational paraquat exposure and Parkinson's disease utilizing the appropriate methodology that one should use when conducting such an evaluation. I present various iterations of the meta-analyses for (1) agricultural worker studies, (2) occupational studies, and (3) studies that include occupational or residential use of paraquat (without differentiating between the two) as well as being in the vicinity of where it was used (i.e., environmental exposure to paraquat, commonly referred to as bystander exposure).

### Critique of Dr. Wells' Meta-Analysis Process and Analytical Inconsistencies

Dr. Wells did not perform the proper protocol of conducting a comprehensive and systematic meta-analysis. As indicated above (see General Principles of Epidemiology section), there are well-established guidelines that are instrumental for conducting a valid and reliable meta-analysis. These guidelines include Meta-analysis Of Observational Studies in Epidemiology (MOOSE) (Stroup, 2000), Preferred Reporting Items for Systematic Reviews and Meta-Analyses (PRISMA) (Moher, 2009), Strengthening the Reporting of Observational studies in Epidemiology (STROBE) (von Elm, 2007) and the Cochrane Collaboration. Each of these guidelines require threshold steps that should be implemented and followed when performing a meta-analysis. Notably, Dr. Wells refers to both PRISMA and the Cochrane Collaboration, but failed to follow them.  The relevant steps, as detailed below, were not adequately discussed or presented in Dr. Wells' declaration or at his deposition and several of the most important steps were not addressed at all.

*CONFIDENTIAL – PARAQUAT LITIGATION*



| General Steps When Conducting a Meta-Analysis | Performed by Dr. Wells? |
| --- | --- |
| Establish a research question(s) | **No.**<br>Other than stating that he was asked by counsel to evaluate the association between occupational paraquat exposure and Parkinson's disease, he did not provide a stated research hypothesis. |
| Conduct a systematic literature search with documented search string terminology | **No.**<br>Dr. Wells provides no evidence that he performed an independent literature search to identify relevant studies. Rather, he seemingly relied upon other researchers to perform literature searches. |
| Filter and synthesize studies using *a priori* and transparent inclusion and exclusion criteria. In addition, the scientific justification for including and/or excluding certain studies should be documented. | **No.**<br>Dr. Wells provides no methodology as to his inclusion and exclusion criteria. He testified that he used a "holistic" approach that was neither written nor replicable. Nor does he provide sufficient justification for the inclusion/exclusion of certain studies. I discuss this critical failure in more detail below. |
| A data extraction protocol should be developed, and relevant qualitative information and quantitative data should be abstracted from each study into a spreadsheet. | **No.**<br>Dr. Wells provides no data extraction methodology in his declaration. It is clear that he either self-selected data points from studies and/or relied upon data from other researchers' meta-analyses. In fact, on occasion, he uses incorrect data. |
| The included studies should be assessed for risk of bias. | **No.**<br>Dr. Wells does not assess any of the included studies for risk of bias. I refer to my report above for a detailed assessment of the biases for each of the relevant studies. |
| The overall and primary analytical models should be created and meta-analyses using random-effects methods should be conducted when combing data from observational epidemiologic studies. | **No.**<br>Dr. Wells inconsistently reports data from either fixed or random effects models. Random effects models should be the model of choice when combining data from observational epidemiology studies given their between-study design variation. |
| Secondary meta-analyses, such as sub-group analyses, sensitivity analyses, and publication bias assessments should be performed. These | **Incomplete.**<br>Dr. Wells performs some sub-group and sensitivity analyses but does so in a vastly |

*CONFIDENTIAL – PARAQUAT LITIGATION*



| | |
|---|---|
| are often the most informative analyses because they may identify any underlying patterns of associations. | incomplete fashion. His sensitivity analyses lack methodological structure as described above. |
| Findings should be interpreted objectively, and the conclusion should be supported by the underlying analyses, which includes a thoughtful and careful assessment of the potential impact of varying biases and confounding factors. | **No.** Dr. Wells performed an incomplete quantitative assessment of the epidemiology literature and provides precious little discussion on the relevant methodological considerations of the individual studies. |
| A report and/or manuscript should be written that transparently documents the design and analytical methodology. | **Incomplete**. Dr. Wells submitted a declaration and a statistical output sheet that is incomplete and inadequate regarding the discussion of the individual studies, methodological considerations in terms of internal and external validity, and proper general causation methodology. |

*Dr. Wells failed to assess any of the included studies for risk of bias.*

Dr. Wells does not include any assessment of chance, bias, or confounding in his report, and when asked at his deposition, he testified that he did not evaluate those aspects of the studies.[27] As noted above, there are significant issues of potential confounding in the relevant literature. Of the seven studies in Dr. Wells' meta-analysis, not one controls for all of the most significant covariates, namely age, gender, family history, smoking, and exposure to other pesticides.  He reports and uses crude odds ratios for three studies in his meta-analysis, meaning they fail to control for any covariates, even the most recognized risk factors of age and gender. These methodological failures carry through to the results of Dr. Wells' meta-analysis and render his reported summary association an invalid and unreliable measure of risk, and certainly one that is not based on any generally accepted scientific method.

*Dr. Wells failed to filter and synthesize studies using a priori and transparent inclusion and exclusion criteria. In addition, he failed to document the scientific justification for including or excluding certain studies.*

---

[27] Wells did not provide an assessment of biases within Liou (1999) (Dep. Tr. 126:7-9) or any of the limitations within Hertzman (1994) Hertzman study (Dep. Tr. 216:19-24). Wells did not assess the potential for recall bias in Liou  (1999) (Dep. Tr. 126:10-17), Tanner (2011) (Dep. Tr. 140:4-10), Firestone (2010) (Dep. Tr. 204:18-21), Hertzman 1994 (Dep. Tr. 217:7-10), Kuopio (1999)  (Dep. Tr. 219:11-14); Dhillon (2008) (Dep. Tr. 222:18-22); or Rugbjerg (2011) (Dep. Tr. 226:12-16). Wells did not assess the impact of controlling or failing to control for confounding in Firestone (2010) ( Dep. Tr. 203:7-11), Hertzman (1994) (Dep. Tr. 216:8-24), Kuopio (1999) (Dep. Tr. 218:23-219:2), Dhillon (2008) (Dep. Tr. 222:9-11), or Rugbjerg (2011) (Dep. Tr. 226:12-16).

*CONFIDENTIAL – PARAQUAT LITIGATION*



It is critical when conducting a meta-analysis to clearly declare all criteria used to decide which studies are included and which are excluded. (Cumpston, 2022). A scientific justification or rationale for each criterion should be provided. For example, when conducting a meta-analysis to assess the association between exposure to paraquat and Parkinson's disease, it may be appropriate to require that any included study assess exposure on an individual level by confirming exposure to paraquat by a questionnaire or an in-person interview and to exclude studies where exposure is assessed only by GIS because there are several well-documented flaws with the GIS approach that result in biases that could impact the results (see above).

Once the criteria are clearly outlined, "there should be a description of how the criteria were applied, from screening of search results through to the final selection of studies for inclusion in the review." (Cumpston, 2022). Without clearly delineated inclusion criteria and an explanation of how the criteria are to be applied, the author can gerrymander the results by making subjective and inconsistent decisions about inclusion and exclusion and, as here, the methodology cannot be replicated by anyone else. Here, the failure to clearly outline the inclusion and exclusion criteria (or explain how they were applied—beyond Dr. Wells' subjective assessment) also resulted in the purported criteria changing from Dr. Wells' report to his deposition.

Dr. Wells' does not include any clear inclusion or exclusion criteria in his report, and he testified at his deposition that he did not have specific eligibility criteria or a set of rules that a study had to meet in order to be included in his meta-analysis. Instead, he "took a holistic view" to decide "whether it's a good – you know, that satisfies good epidemiological practice or not." (Dep. Tr. 106:18-22; 107:10-14; 108:3-11) When asked whether there was a set of rules that one could follow to reach the same selection of 7 studies that he did, he testified that it wasn't written down and that there was no exhaustive list of the criteria that he considered (Dep. Tr. 113:4-114:4).

As set forth above, it was not possible for me to follow a clear set of inclusion / exclusion criteria to assess whether Dr. Wells followed his own purported rules. Nevertheless, I attempted to identify the most obvious inclusion criteria as set out in his written report.

As best I can tell from his report, Dr. Wells attempted to limit his meta-analysis to (1) occupational (2) case-control studies (3) for participants with in-person evaluations, including a standardized medical and neurological history and examination by a movement disorder specialist. I will address each of these purported criteria below:

**Occupational Exposure**

Despite purporting to limit his meta-analysis to occupational studies, Dr. Wells includes studies that are not purely occupational and excludes others that include occupational cohorts.

**No definition of occupational**: The only justification Dr. Wells gives for limiting to occupational exposure is on p. 6 of his report: "Occupational exposure, as compared to



community exposure, can be more accurately documented given the direct contact with pesticides and exposure frequency." His report contains no citation for this proposition or discussion of how he determined whether a study was assessing occupational exposure or what occupational exposure means to him. At his deposition, he was similarly unable to define what occupational meant and testified that he "looked at the studies that say they're occupational studies, and I included those studies." (Dep. Tr. 16:1-17:6).

**Inconsistent application of "occupational only" criterion**: Dr. Wells was asked by counsel "to analyze the epidemiological evidence relating to the association and causation of the occupational exposure of paraquat to the onset of Parkinson's disease." (Report at 1). He confirmed at his deposition that he intended to include only "purely occupational studies," not studies that included both occupational and residential exposures. (Dep. Tr. 17:19-23) His inclusion and exclusion of studies was inconsistent with that "criterion."

- The study by Liou (1997), which was responsible for over 70% of the weight in his meta-analysis, does not meet this purported criteria for inclusion. Liou (1997) was a hospital-based case control study and as is clear from the study and as Dr. Wells testified at his deposition, it included both residential and occupational exposure, and the two could not be differentiated.[28]

- He excluded Van der Mark (2014) purportedly because it was a hospital-based case-control study that "was not restricted to agricultural workers," (Report at 15) even though the study makes clear that the data reported is limited to "occupational application of insecticides, herbicides, and fungicides" by those who "worked on a farm or as a gardener." (Dep. Tr. 236:19-237:1) At his deposition, he first testified that it was "a minor reason" to exclude it (Dep. Tr. 236:5-15) then testified that it wasn't a reason he excluded it. (Dep. Tr. 237:22-238:5) With a written protocol (and more generally adhering to the scientific method), the reason for Van der Mark's exclusion would be transparent. In all events, Dr. Wells' original stated reason for excluding the study is invalid.

## Case-Control Studies

Dr. Wells limits his meta-analysis to case-control studies. He provides no justification for this limitation in his report, but notes that "a meta-analysis for the cohort studies cannot be carried out since Kamel and Shrestha report different effect measures, OR and HR respectively."[29]

---

[28] "Q: So even though Liou did not meet your own stated criteria for occupational exposure and included residential exposure as well, you included it in the results anyway. A: Yes. Q: You bent the rules for Liou. A. I – it had – it had good information about occupational exposure." (Dep. Tr. 116:24-117:6) "Q: [Liou doesn't] report separately for occupational versus residential, correct? A: They don't report separately, no." (Dep. Tr. 117:23-118:4).

[29] First, it would not be proper to combine Shrestha (2020) and Kamel (2006) in a meta-analysis because participants in Kamel were analyzed in Shrestha with longer follow-up time. Thus, they are overlapping study populations.

*CONFIDENTIAL – PARAQUAT LITIGATION*



(Report at 19) At his deposition he testified that "you wouldn't combine case controls [with] cohort studies." (Dep. Tr. 144:14-17). Dr. Wells is incorrect for many reasons:

1. The treatment of cohort and case-control studies as inherently incompatible and thus not appropriate for inclusion in a meta-analysis is unfounded and Dr. Wells provides no reference to support his opinion. As Dr. Wells notes, both study designs are capable of generating estimates of relative risk (subject to study biases), and they simply reflect differences in whether all non-cases are included in the study or only a sample of non-cases.[30] Indeed, according to Research Methods in Occupational Epidemiology, "When these statistics are all ratio measures comparing disease frequency in two different groups, one can show that, under certain conditions, all of them approximate one another, and so they can be averaged without introducing bias" (Checkoway, Pearce, and Kriebel 2004). By excluding the cohort studies, he eliminates the methodologically strongest and largest study, including Shrestha (2020).

2. Although the hazard ratios from Shrestha (2020) could have and should have been included in Dr. Wells' meta-analysis, Shrestha does in fact report odds ratios in the supplemental tables, which could have been combined with the odds ratios of the case-control studies in his meta-analysis. (Reeves, 2022). Dr. Wells testified at his deposition that he "probably" reviewed the supplemental tables before he wrote his report but he "didn't realize that these results were there." (Dep. Tr. 168:12-17)

3. Finally, hazard ratios are the better metric for assessing risk, which Dr. Wells testified at his deposition. (Dep. Tr. 162:1-4) Thus, the proper epidemiological practice is to start with that metric and, if you are combining a hazard ratio with an odds ratio, you would need to justify adding the odds ratio, not the other way around.

### PD Diagnostic Criteria. In-Person Evaluations by a Movement Disorder Specialist

In his declaration, Dr. Wells purported to limit his meta-analysis to "in-person evaluations, including a standardized medical and neurological history and examination by movement disorder specialists." (Report at 17, 18) He also claimed to exclude one study (van der Mark, 2014) because it "did not require a PD diagnostic exam given by a movement disorder specialist, in contrast to the other case-control studies in the meta-analysis." (Report at 15) Later, he disclaimed this requirement and claimed that it was sufficient if there was a "medical review done by experts in movement." (Dep. Tr. 98:18-99:5) And he testified that a "panel with a protocol … that evaluated records" would meet his "criteria." (Dep Tr. 99:11-19) He also testified that self-report of PD diagnosis should be combined with other types of information to be more reliable. (Dep. Tr. 103:2-7, 274:5-13). This type of ever-changing approach makes it

---

[30] Cochrane 24.6.2.1; PRISMA Guidelines at 5 ("still other reviews, such as those specifically answering questions related to harms, may include a wide variety of designs ranging from cohort studies to case reports.").



difficult to test and replicate what Dr. Wells did and resulted in an *ad hoc* application of this undefined criteria. Notably, Dr. Wells also admitted that he did not speak to or consult with a Parkinson's disease specialist in developing his criteria or assessing the studies for compliance. (Dep. Tr. 270:1-4).

**Unjustified Exclusion of Self-Reported Parkinson's Disease**

At the same time, Dr. Wells does not provide in his declaration any justification for excluding studies based on the manner in which disease status was assessed. The focus on the certainty of disease diagnosis is not warranted by the data and seems excessive relative to other methodologic concerns. Notably, none of the peer-reviewed published meta-analyses excluded studies for this reason. In all events, his "criterion" results in him excluding studies that are equally reliable as several that he included.

Further, Dr. Wells admitted at his deposition that there is no reason to believe that people who were exposed to paraquat would self-report a Parkinson's disease diagnosis by a doctor more or less reliably than those who were not exposed. (Dep. Tr. 271:18-272:5) In other words, any bias would be non-differential.

Finally, Dr. Wells also does not discuss in his report the reliability of using self-report of exposure status, which each of the seven studies in his meta-analysis rely on.  The major difference between self-report of PD diagnosis and self-report of exposure is that there is no evidence that the misclassification for PD diagnosis is meaningful or most importantly, would be non-differential. The opposite is true for self-report of pesticide use, in that there is evidence that it could lead to false positive associations. (Rugbjerg, 2011; Shrestha, 2020 Supp. Table 8) Consequently, Dr. Wells' decision to exclude studies that relied on self-report for PD diagnosis, but not for exposure status, is illogical and internally inconsistent.

**Improper Exclusion of Studies that Were Equally Reliable**

Because Dr. Wells' "criteria" for inclusion with respect to diagnosis was not enumerated before he began his analysis and because there was no clear justification for what the criteria would be, Dr. Wells applies the "criteria" inconsistently. Specifically:

- Dr. Wells includes Dhillon (2008) in his meta-analysis, although the study only references "standard clinical / lab diagnostic criteria" and does not specify what criteria is actually used.

- Kuopio (1999) included cases of PD confirmed by an in-person examination carried out by the author. Dr. Wells includes Kuopio (1999) in his meta-analysis even though it does not clearly define the diagnostic criteria used (although there is a reference to the UK Brain Bank society in the exclusion of one case).

*CONFIDENTIAL – PARAQUAT LITIGATION*



- Dr. Wells includes Firestone (2010) in his meta-analysis. Firestone included cases of diagnosed by a review of medical records from the Group Cooperative and at the University of Washington by a panel of general neurologists. Because there was no in-person examination, Firestone does not meet Dr. Wells' purported criteria as set out in his expert report, a criteria he changed at his deposition to include medical record review by a panel of neurologists. (Dep. Tr. 99:1-10)

- Dr. Wells includes Rugbjerg (2011) in his meta-analysis. Rugbjerg included cases of PD who had an "in-person physical assessment employing a checklist and record of symptoms" (by whom is not reported) that was then reviewed by a movement disorder specialist. Because there is no indication in the study that a movement disorder specialist carried out the in-person exam, Rugbjerg does not meet Dr. Wells' purported criteria as set out in his expert report.

- Dr. Wells includes Tanner (2011) wherein a portion of participants were confirmed by medical record review alone.

- Dr. Wells excludes Shrestha (2020) from his meta-analysis and his Bradford Hill analysis. He testified at his deposition that he did not review Shrestha's diagnostic section in detail and was not prepared to offer an opinion as to whether it was reliable or not. (Dep. Tr. 181:7-12). Shrestha (2020), as detailed above, undertakes several steps to confirm the reliability of the diagnoses of PD in the case group, including:

  o Confirmation by movement disorder specialists as a part of the FAME study, via structured clinical examinations and medical records.

  o Each participant with potential PD, or their proxy (if deceased or too ill), was asked to complete a detailed screening questionnaire on PD diagnosis, symptoms, characteristics, and treatment. Screeners were obtained for 510 prevalent and incident cases (out of 810), which is a representative sample. The PD screeners were evaluated by a movement disorder specialist to adjudicate PD status using criteria analogous to clinical diagnostic criteria proposed by Gelb (1999).

  o Medical records were obtained for 65 participants. These were also evaluated by a movement disorder specialist.

  o The authors excluded prevalent cases (age at diagnosis ≤ age at enrollment) and those with no information on age at diagnosis, cases without supporting PD symptoms or medications, and those who did not provide consistent responses across surveys.

*CONFIDENTIAL – PARAQUAT LITIGATION*



- o Overall, 80.6% of the 491 cases had some confirmatory information from a validation screener, medical record, FAME evaluation, or death certificate. Shrestha 2020 would seem to satisfy Dr. Wells' criteria that there be a "panel with a protocol that evaluated records" or that self-report of PD diagnosis should be combined with other types of information to be more reliable. Moreover, to draw a line, with no justification, that 80% would change the reliability of the study overall, is arbitrary and unsupported.

- Dr. Wells excludes van der Mark (2014) from his meta-analysis and his Bradford Hill analysis. Van der Mark (2014) confirmed PD cases after a neurologist reviewed medical files, just like Firestone (2010), which is included in Dr. Wells' meta-analysis. He claimed in his report that the diagnostic criteria were not mentioned but van der Mark has the same level of detail as studies which he included, namely Dhillon (2008) and Kuopio (1999). He also notes that "case identification did not require a PD diagnostic exam given by a movement disorder specialist, in contrast to the other case-control studies in the meta-analysis that required such a PD diagnostic exam by a movement disorder specialist." (Report at 15). As noted above, two of the studies in his meta-analysis did not require in-person exams by specialists.

- Dr. Wells excludes Elbaz (2009) from his meta-analysis and his Bradford Hill analysis. In his report, Dr. Wells relied on "ambiguities and [sic] exposure and diseases specificity" to exclude Elbaz (2009). (Report at 15). Elbaz (2009) confirmed cases with an in-person examination by a movement disorder specialist and defined PD as parkinsonism (two or more cardinal signs) and excluded cases of prominent or early signs of more extensive nervous system involvement and drug-induced parkinsonism. This is identical to the criteria used in Hertzman (1994) which Dr. Wells included. Dr. Wells was unable to explain any differences between the two criteria at his deposition. (Dep. Tr. 263:17-264:6).

As a result of the purported criteria that Dr. Wells inconsistently applies, he excludes the vast majority of the available data on paraquat exposure and Parkinson's disease, which come from approximately 150,000 agricultural workers in the AGRICAN cohort, 66,000 participants in the AHS, and 1,300 cases and controls from van der Mark (2014). In other words, Dr. Wells essentially excluded the three largest studies of paraquat exposure and Parkinson's disease in the epidemiologic literature.[31]

---

[31] All of the methodological failures detailed above relating to Dr. Wells' meta-analysis apply equally to his Bayesian meta-analysis.



*CONFIDENTIAL – PARAQUAT LITIGATION*

Dr. Wells' Figure 4 is shown below. He presents a forest plot of his included 7 occupational case-control studies of paraquat exposure and Parkinson' disease. The summary OR from his meta-analysis model is 2.88[32] (95% CI: 2.24-3.70).



Figure 4: Occupational case-control studies fixed-effect meta-analysis for participants with in-person evaluations, including a standardized medical and neurological history and examination by movement disorder specialists.

Using the data Dr. Wells extracted from the individual studies or the data he extracted from other researchers' meta-analyses, I was able to reproduce his summary association. However, he included the incorrect data for some studies and/or failed to include relevant data from other studies as follows:

| Study | Data used by Dr. Wells | Comment |
|---|---|---|
| **Hertzman (1994)** | 1.43 (0.33-7.04) | The data Dr. Wells uses are incorrect. The correct ORs from the study are 1.11 (0.32-3.87) and 1.25 (0.34-4.63), based on using cardiac disease controls |

---

[32] I have been informed by counsel that Dr. Wells has corrected one of the errors in his report and the pooled odds ratio for his meta-analysis is now 2.84. While I have not seen the data for that meta-analysis, my opinions do not change based on the correction of a single error. I do reserve to amend my report to the extent Dr. Wells makes additional corrections.



| | | or voter controls. To be conservative, I used the OR of 1.25 in my analyses below. [33] |
|---|---|---|
| **Liou (1997)** | 3.22 (2.41-4.31) | Dr. Wells uses the ever/never reported risk data. |
| **Kuopio (1999)** | 1.21 (0.18-6.31) | Kuopio does not report the OR for paraquat and Parkinson's disease. It is unclear if Dr. Wells pulled this data point from a published meta-analysis or conducted his own calculation. Based on the data in the study, I was able to calculate the crude (unadjusted) OR that Dr. Wells uses. |
| **Dhillon (2008)** | 3.46 (0.38-31.55) | Dr. Wells uses the data reported in the study. |
| **Firestone (2010)** | 1.67 (0.22-12.76) | The data Dr. Wells uses are incorrect. He pulled this data point from Firestone (2005) rather than the correct OR of 0.9 (0.14-5.43) from Firestone (2010). (My understanding is that he corrected this error.) |
| **Rugbjerg (2011)** | 1.01 (0.13-7.55) | Rugbjerg (2011) does not report the OR for paraquat and Parkinson's disease. It is unclear if Dr. Wells pulled this data point from a published meta-analysis or conducted his own calculation. Based on the data in the study, I was able to calculate the crude (unadjusted) OR that Dr. Wells uses. |
| **Tanner (2011)** | 2.50 (1.40-4.70) | This study should be replaced by Shrestha (2020) because Shrestha (2020) used a higher quality study design that evaluated a larger study population with longer follow up. In addition, Shrestha (2020) controlled for other pesticide exposures and provided comprehensive dose-response metrics. |
| **Pouchieu (2018)[34]** | | Dr. Wells did not include Pouchieu (2018) in his final model. Rather, he included the incorrect data from this study in a sensitivity analysis (discussed below). The correct statistic from this study is 1.01 (0.41-2.49). |
| **Elbaz (2009)** | | Dr. Wells did not include Elbaz (2009) in his final model. |
| **Van der Mark (2014)** | | In addition, Dr. Wells did not include van der Mark (2014) in his overall analysis or sensitivity analysis. I have included data from Elbaz (2009) as shown |

---

[33] Dr. Wells used an OR of 1.43 (95% CI: 0.33-7.04) from Hertzman (1994), suggesting he did so to include women, but this data point is nowhere to be found in the study and cannot be derived from the reported data in the study; the study reports no data for paraquat-exposed women. The correct data are shown below.

[34] Dr. Wells used an OR of 1.43 from Model 1 in his sensitivity analysis. He should have used 1.01 from Model 2. Model 2 was additionally adjusted for relevant factors, such as co-exposures between active ingredients.

*CONFIDENTIAL – PARAQUAT LITIGATION*



| | | below followed by the inclusion of data from van der Mark. |
|---|---|---|
| NOTE: Although I determined that the relevant body of literature did not merit conducting a formal meta-analysis, largely because of the significant design heterogeneity between studies, I have provided various meta-analysis models and results below to demonstrate the flaws in Dr. Wells' application of his purported criteria and the impact on the resulting summary OR. None of these represents an accurate or reliable increased risk.  These studies cannot serve that purpose. |||

### Meta-Analysis of Occupational Paraquat Exposure and Parkinson's Disease

Dr. Wells conducted his version of a meta-analysis without transparent methodology or objective and consistent application of his purported criteria (insofar as there were criteria), as I have shown above.

For illustrative purpose only, I have conducted meta-analyses of occupational paraquat exposure and Parkinson's disease using the appropriate methodology. As indicated, the current literature is too methodologically and analytically heterogeneous to perform a reliable meta-analysis. Indeed, the epidemiology studies evaluating the potential association between paraquat exposure and Parkinson's disease are widely different, consisting of cohort and case-control studies, population and hospital-based studies, agricultural and occupational and residential exposures, studies with limited adjustment for relevant confounding factors, and studies in various countries, to name some sources of heterogeneity. Nonetheless, I provide alternative meta-analyses in order to underscore the flaws in Dr. Wells' approach.

Based on my critical review and appraisal of the epidemiologic literature, I have identified occupational studies of paraquat exposure and Parkinson's disease that fall under the following categories (other than Elbaz (2009) and Pouchieu (2018)), which I include in separate analyses, overlapping studies have been excluded):

1. Paraquat Exposure Among Agricultural Worker Cohorts

    a. Shrestha (2020), Elbaz (2009)/Pouchieu (2018)

2. Occupational use of Paraquat

    a. Van der Mark (2014), Firestone (2010), Rugbjerg (2011), Kuopio (1999)

3. Mixed Occupational / Residential use and Environmental Bystander Exposure

    a. Dhillon (2008), Hertzman (1994), Liou (1997)

**Data extraction**:

*CONFIDENTIAL – PARAQUAT LITIGATION*



The results data for each study have been extracted and are shown in my study characteristics table above. For the purpose of the meta-analysis, I have extracted the relevant data as follows:

1. The most adjusted OR/RR/HR for ever or any exposure to paraquat as an independent variable.

2. The most adjusted OR/RR/HR for the highest level of exposure to paraquat as an independent variable. Cumulative exposure metrics are optimum because they account for both the intensity/frequency and duration of exposure. Selecting the highest level of exposure can minimize the potential influence of exposure misclassification because there is greater confidence that those who report being highly exposed are truly exposed.

3. Rugbjerg (2011) and Kuopio (1999) did not report results data in their articles. Rather, based on the number of exposed cases and controls I was able to calculate crude ORs from these studies.

4. Dhillon (2008) reported a crude OR in their article.

5. Hertzman (1994) reported two ORs, one based on chronic cardiac disease patient controls (OR = 1.11, 95% CI: 0.32-3.87) and one based on voting population controls (OR = 1.25, 95% CI: 0.34-4.63). To be conservative, I extracted the higher OR.

6. Data from Shrestha (2020) were selected in the primary models over Tanner (2011) because Shrestha is a prospective cohort study, includes a much larger sample size, minimizes the potential for recall bias, adjusts for other pesticide exposures as confounders, utilizes proportional hazards modelling, and reports numerous exposure metrics.

**Statistical Analysis:**

The following meta-analyses were performed using random effects modelling, yielding pooled or overall summary associations. P-values for heterogeneity and I-squared statistics were generated for each of the models. The summary associations are indicated in bold and illustrated by the diamond shape in the forest plots. In addition, I ran various sub-group and sensitivity analyses that included the removal of one study at a time to determine the robustness of the original model (i.e., the influence that each study had on the overall analysis). I performed overall (all studies) analyses as well as analyses stratified by exposure category as defined above. I also ran analyses by paraquat exposure metric. In addition, I performed meta regression analyses to identify sources of between-study statistical heterogeneity.

*CONFIDENTIAL – PARAQUAT LITIGATION*



The meta-analysis figures are shown below.[35]

The following meta-analyses indicate that when combining all studies together, there is no statistically significant association between paraquat exposure and Parkinson's disease. It is noteworthy that the studies of agricultural workers and those with occupational exposures are near the null value. This model shows statistically significant statistical heterogeneity, indicating that there is statistical variation between the studies and that the studies (all studies combined) may be incompatible to include in a meta-analysis.

**Meta Analysis of Occupational Paraquat Exposure and Parkinson's Disease: Agricultural Worker Cohorts, Occupational Exposure, Mixed Occupational and Environmental Exposure**

| Group by Exposure Type | Study name | Statistics for each study | | | Odds ratio and 95% CI |
|---|---|---|---|---|---|
| | | Odds ratio | Lower limit | Upper limit | |
| 1. Agricultural | Elbaz 2009 | 1.10 | 0.60 | 2.01 | |
| 1. Agricultural | Shrestha 2020 | 1.09 | 0.84 | 1.41 | |
| | **Pooled** | **1.09** | **0.86** | **1.38** | |
| 2. Occupational | Firestone 2010 | 0.90 | 0.14 | 5.61 | |
| 2. Occupational | Kuopio 1999 | 1.21 | 0.20 | 7.16 | |
| 2. Occupational | Rugbjerg 2011 | 1.01 | 0.13 | 7.70 | |
| 2. Occupational | van der Mark 2014 | 1.21 | 0.73 | 2.01 | |
| | **Pooled** | **1.18** | **0.74** | **1.86** | |
| 3. Mixed | Dhillon 2008 | 3.46 | 0.38 | 31.53 | |
| 3. Mixed | Hertzman 1994 | 1.25 | 0.34 | 4.61 | |
| 3. Mixed | Liou 1997 | 3.22 | 2.41 | 4.31 | |
| | **Pooled** | **3.09** | **2.33** | **4.09** | |

0.1   0.2   0.5   1   2   5   10

Inverse          Positive

Meta Analysis **The overall summary association is 1.44 (95% CI: 0.89-2.34)**
P-Heterogeneity = 0.00
I-squared = 76.89

*Figure 1*

- I ran a sensitivity analysis using the odds ratio data reported in the supplemental file by Shrestha (2020). The overall summary association was virtually unchanged (summary OR = 1.46, 95% CI: 0.91-2.34) with a similar level of heterogeneity (p-H = 0.00, I-squared = 76.61).

---

[35] The CMA program computed the standard error using both the lower and upper confidence limits and regenerated symmetrical confidence limits around the risk estimate for purpose of meta-analysis data presentation. This analysis was computed using log units. Accordingly, the confidence intervals in the forest plots may have been modified from those reported in the respective publication. This provides a more accurate combination of data across studies by harmonizing the symmetry of the point estimates.



- I also ran a sensitivity analysis with Pouchieu (2018) replacing Elbaz (2009). The overall summary association did not change (summary OR = 1.44, 95% CI: 0.87-2.38) with similar heterogeneity (p-H = 0.00, I-squared = 76.53).

- Finally, I ran a sensitivity analysis with the Shrestha (2020) odds ratio and replaced Elbaz (2009) with Pouchieu (2018). Again, the overall summary association was virtually unchanged (summary OR = 1.45, 95% CI: 0.89-2.38) with a similar level of heterogeneity (p-H = 0.00, I-squared = 76.27).

Because of the significant statistical heterogeneity, I ran a meta regression model by exposure type. The results from this analysis indicate that the source of between study statistical heterogeneity stems from the inclusion of the mixed exposure studies. Specifically, the study by Liou (1997) is the source of the model heterogeneity, and as such, is deemed a statistical outlier. This is the same conclusion reached in the prior meta-analysis by Vaccari (2019).

**Regression of Log odds ratio on Exposure Type**

The large circle represent Liou 1997, the small circle represents Dhillon 2008.

The p-value for heterogeneity is 0.00, indicating statistically significant variability from inclusion of the mixed exposure studies.

*Figure 2*

To further explore the influence (i.e., relative weight) that each study has on the overall summary association, I performed a one study removed sensitivity analysis. This analysis shows that the summary associations remain non-statistically significant after the removal of each individual



study. However, the summary association attenuates considerably after the removal of the statistical outlier study, Liou (1997).

**Meta Analysis of Occupational Paraquat Exposure and Parkinson's Disease: One Study Removed Sensitivity Analysis**

| Study name | Point | Lower limit | Upper limit | Odds ratio (95% CI) with study removed |
|---|---|---|---|---|
| Dhillon 2008 | 1.39 | 0.84 | 2.29 | |
| Elbaz 2009 | 1.51 | 0.87 | 2.63 | |
| Firestone 2010 | 1.48 | 0.89 | 2.45 | |
| Hertzman 1994 | 1.46 | 0.87 | 2.45 | |
| Kuopio 1999 | 1.46 | 0.88 | 2.42 | |
| Liou 1997 | 1.12 | 0.91 | 1.38 | |
| Rugbjerg 2011 | 1.47 | 0.89 | 2.42 | |
| Shrestha 2020 | 1.55 | 0.91 | 2.64 | |
| van der Mark 2014 | 1.49 | 0.84 | 2.63 | |
| Pooled | 1.44 | 0.89 | 2.34 | |

0.1   0.2   0.5   1   2   5   10

Inverse            Positive

Meta Analysis

*Figure 3*

The following is a sub-group meta-analysis that includes agricultural workers and those with exclusive (as indicated in the respective studies) occupational paraquat use. The summary association is near the null value and not statistically significant with a relatively precise 95% confidence interval. Thus, there is no association between agricultural and occupational paraquat exposure and Parkinson's disease.

*CONFIDENTIAL – PARAQUAT LITIGATION*



**Meta Analysis of Occupational Paraquat Exposure and Parkinson's Disease: Agricultural Worker Cohorts and Occupational Exposure**

| Study name | Statistics for each study | | | Odds ratio and 95% CI |
|---|---|---|---|---|
| | Odds ratio | Lower limit | Upper limit | |
| Elbaz 2009 | 1.10 | 0.60 | 2.01 | |
| Firestone 2010 | 0.90 | 0.14 | 5.61 | |
| Kuopio 1999 | 1.21 | 0.20 | 7.16 | |
| Rugbjerg 2011 | 1.01 | 0.13 | 7.70 | |
| Shrestha 2020 | 1.09 | 0.84 | 1.41 | |
| van der Mark 2014 | 1.21 | 0.73 | 2.01 | |
| **Pooled** | **1.11** | **0.90** | **1.37** | |

0.1  0.2  0.5  1  2  5  10

Inverse      Positive

Meta Analysis   P-Heterogeneity = 0.999
I-squared = 0.00

*Figure 4*

- I ran a sensitivity analysis using the odds ratio data reported in the supplemental file by Shrestha (2020). The overall summary association was changed minimally (summary OR = 1.14, 95% CI: 0.93-1.39) with no heterogeneity (p-H = 1.000, I-squared = 0.00).

- I also ran a sensitivity analysis with Pouchieu (2018) replacing Elbaz (2009). The overall summary association changed minimally (summary OR = 1.10, 95% CI: 0.89-1.37) with similar heterogeneity (p-H = 0.999, I-squared = 0.00).

- Finally, I ran a sensitivity analysis with the Shrestha (2020) odds ratio and replaced Elbaz (2009) with Pouchieu (2018). Again, the overall summary association changed minimally (summary OR = 1.13, 95% CI: 0.92-1.39) with no heterogeneity (p-H = 0.999, I-squared = 0.00).

The studies in this model are statistically compatible or homogenous as the p-value for statistical heterogeneity is 0.999, indicating no statistical heterogeneity.

CONFIDENTIAL – PARAQUAT LITIGATION





*Figure 5*

The following meta-analysis evaluates the highest level of exposure reported in the studies of agricultural workers. The sub-group analyses show that there is an inverse association (reversal of direction) when analyzing those with the highest level of paraquat exposure. This finding clearly indicates that there is no positive dose-response trend with paraquat exposure and Parkinson's disease, and provides compelling evidence that there is no causal relationship between exposure to paraquat and Parkinson's disease.

100

*CONFIDENTIAL – PARAQUAT LITIGATION*



**Meta Analysis of Occupational Paraquat Exposure and Parkinson's Disease: Agricultural Worker Cohorts by Exposure Level**

| Group by Exposure Metric | Study name | Statistics for each study | | | Odds ratio and 95% CI |
|---|---|---|---|---|---|
| | | Odds ratio | Lower limit | Upper limit | |
| Ever | Elbaz 2009 | 1.10 | 0.60 | 2.01 | |
| Ever | Shrestha 2020 | 1.09 | 0.84 | 1.41 | |
| | Pooled | **1.09** | **0.86** | **1.38** | |
| High | Elbaz 2009 | 1.30 | 0.52 | 3.24 | |
| High | Shrestha 2020 | 0.69 | 0.34 | 1.39 | |
| | Pooled | **0.88** | **0.48** | **1.62** | |

0.1   0.2   0.5   1   2   5   10

Inverse            Positive

**Meta Analysis**

Ever Exposure:
P-Heterogeneity = 0.978
I-squared = 0.00

High Exposure:
P-Heterogeneity = 0.280
I-squared = 14.17

*Figure 6*

- I ran a sensitivity analysis with the Shrestha (2020) odds ratio and replaced Elbaz (2009) with Pouchieu (2018).

  o The summary association for ever exposure changed slightly (summary OR = 1.12, 95% CI: 0.89-1.4) with no heterogeneity (p-H = 0.814, I-squared = 0.00).

  o The summary association for high expsoure changed modestly but remained below the null value (summary OR = 0.80, 95% CI: 0.47-1.35). Although one of the heterogeneity statistics changed (p-H = 0.679, I-squared = 0.00), the model was not supportive of statistically significant heterogeneity.

Similarly, when the occupational use studies are combined with the agricultural studies, an inverse dose-response trend is observed. In other words, increasing paraquat exposure is not associated with an increased risk of Parkinson's disease.

101



**Meta Analysis of Occupational Paraquat Exposure and Parkinson's Disease: Agricultural Worker Cohorts and Occupational Exposure by Exposure Level**

| Group by Exposure Metric | Study name | Statistics for each study | | | Odds ratio and 95% CI |
|---|---|---|---|---|---|
| | | Odds ratio | Lower limit | Upper limit | |
| Ever | Elbaz 2009 | 1.10 | 0.60 | 2.01 | |
| Ever | Firestone 2010 | 0.90 | 0.14 | 5.61 | |
| Ever | Kuopio 1999 | 1.21 | 0.20 | 7.16 | |
| Ever | Rugbjerg 2011 | 1.01 | 0.13 | 7.70 | |
| Ever | Shrestha 2020 | 1.09 | 0.84 | 1.41 | |
| Ever | van der Mark 2014 | 1.21 | 0.73 | 2.01 | |
| | **Pooled** | **1.11** | **0.90** | **1.37** | |
| High | Elbaz 2009 | 1.30 | 0.52 | 3.24 | |
| High | Shrestha 2020 | 0.69 | 0.34 | 1.39 | |
| High | van der Mark 2014 | 1.01 | 0.48 | 2.12 | |
| | **Pooled** | **0.92** | **0.59** | **1.43** | |

0.1   0.2   0.5   1   2   5   10

Inverse                    Positive

| Meta Analysis | Ever Exposure: |
|---|---|
| | P-Heterogeneity = 0.999 |
| | I-squared = 0.00 |
| | High Exposure: |
| | P-Heterogeneity = 0.532 |
| | I-squared = 0.00 |

*Figure 7*

- I ran a sensitivity analysis with the Shrestha (2020) odds ratio and replaced Elbaz (2009) with Pouchieu (2018).

  - Again, the overall summary association changed minimally (summary OR = 1.13, 95% CI: 0.92-1.39) with no heterogeneity (p-H = 0.999, I-squared = 0.00).

  - The summary association for high expsoure remained below the null value (summary OR = 0.86, 95% CI: 0.56-1.33), with no heterogeneity (p-H = 0.807, I-squared = 0.00.

As indicated previously, the highest exposure categories represent greater confidence that the individual was exposed to the chemical of interest. As such, I generated a meta-analysis model that includes the highest level of exposure where applicable and combined the agricultural and occupational studies. Strikingly, the summary association in this model reverses direction from the overall model.

*CONFIDENTIAL – PARAQUAT LITIGATION*



**Meta Analysis of Occupational Paraquat Exposure and Parkinson's Disease: Agricultural Worker Cohorts and Occupational Exposure— Data for Highest Level of Exposure Extracted Where Applicable***

| Study name | Statistics for each study | | | Odds ratio and 95% CI |
|---|---|---|---|---|
| | **Odds ratio** | **Lower limit** | **Upper limit** | |
| Elbaz 2009 | 1.30 | 0.52 | 3.24 | |
| Firestone 2010 | 0.90 | 0.14 | 5.61 | |
| Kuopio 1999 | 1.21 | 0.20 | 7.16 | |
| Rugbjerg 2011 | 1.01 | 0.13 | 7.70 | |
| Shrestha 2020 | 0.69 | 0.34 | 1.39 | |
| van der Mark 2014 | 1.01 | 0.48 | 2.12 | |
| **Pooled** | **0.94** | **0.62** | **1.41** | |

0.1  0.2  0.5  1  2  5  10

Inverse          Positive

Meta Analysis    P-Heterogeneity = 0.929
I-squared = 0.00

*Figure 8*

The data in this model are statistically compatible as there is no statistical heterogeneity observed.

*CONFIDENTIAL – PARAQUAT LITIGATION*





**Figure 9**

As noted above, I do not believe the body of studies on paraquat exposure and Parkinson's disease is sufficiently reliable, methodologically sound, and homogenous for a meta-analysis to produce a reliable or credible summary association. However, the prior sensitivity and subgroup analyses are the various analyses that should be run when conducting a meta-analysis pursuant to generally accepted methodology.

The meta-analyses above, which I ran for illustrative purposes, and which I conducted pursuant to generally accepted methodology and the scientific method, result in summary associations that are close to the null value and not statistically significant. My sensitivity and subgroup analyses confirm that Liou (1997) is the source of any heterogeneity, there is no evidence of a dose response relationship, and for those individuals most likely to have experienced high exposure there is an inverse association.[36]

---

[36] I note the three most recent published meta-analyses that Dr. Wells references in his report and which I review above were all conducted prior to Shrestha (2020) and included Tanner (2011).  The summary associations reported in those meta-analyses were all below 2.0. If one were to limit those pre-Shrestha (2020) meta-analyses to studies reporting associations between occupational exposure to paraquat and Parkinson's disease, the summary associations remain below 2.0.

*CONFIDENTIAL – PARAQUAT LITIGATION*



In sum, Dr. Wells' failure to follow any scientific method, including well-established guidelines for meta-analysis, results in a meta-analysis and summary association that is entirely unreliable and irreproducible under established meta-analysis principles.

- He employed a "holistic, unwritten" assessment to select studies for inclusion/exclusion that is entirely subjective, not transparent, and not replicable. Thus, his holistic unwritten assessment is based on cherry-picking of studies and data, resulting in a gerrymandered meta-analysis.

- He failed to assess the internal validity of any of the seven studies and thus, did not address the relevant issues of chance, bias, and confounding. As a result, his meta-analysis is subject to these methodological and analytical issues.

- If one were to follow the scientific method and well-established guidelines for a meta-analysis, the results establish the following:

  - When appropriately combining all studies together, there is no statistically significant association between paraquat exposure and Parkinson's disease.

  - The associations from studies of agricultural workers and those with occupational exposures are near the null value, and some associations are in the inverse direction.

  - There is statistically significant statistical heterogeneity, indicating that there is statistical variation between the studies and that the studies (all studies combined) may be incompatible to include in a meta-analysis.

  - The source of between study statistical heterogeneity stems from the inclusion of the mixed exposure studies, specifically Liou (1997).

  - A one study removed sensitivity analysis shows that the summary associations remain non-statistically significant after the removal of each individual study. However, the summary association attenuates considerably after the removal of the statistical outlier study, Liou (1997).

  - The sub-group analysis of agricultural workers evaluating the highest levels of exposure shows that there is an inverse association (reversal of direction) when analyzing those with the highest level of paraquat exposure.

When conducted properly, utilizing objective, transparent, and standardized methodology, a meta-analysis does not support a causal relationship between exposure to paraquat and Parkinson's disease.

*CONFIDENTIAL – PARAQUAT LITIGATION*



**Critique of Dr. Wells' Bradford Hill Analysis**

After conducting his meta-analysis, Dr. Wells purports to conduct a Bradford Hill analysis. Like his meta-analysis, Dr. Wells' Bradford Hill analysis is fundamentally flawed.

**First**, as I discussed above, a proper analysis of epidemiological literature assessing an association between an exposure and a disease outcome must systematically account for and consider the potential that chance, bias, and confounding are impacting the relative risk estimates across individual studies. Dr. Wells' report is completely devoid of any discussion of these potential issues within his meta-analysis. He testified at his deposition that he did not assess the seven studies for risk of bias, including whether the studies were subject to recall bias, accounted for confounding factors, or whether the results were distinguishable from chance or random error. Data for some of the studies in Dr. Wells' analysis were crude and did not even control for age (i.e., Rugbjerg (2011), Kuopio (1999)), the most well-established risk factor for Parkinson's disease. In addition, the results data reported by Dhillon (2008) were not adjusted for age.

Because Dr. Wells did not independently assess the studies in his meta-analysis, or those he excluded, for chance, bias, or confounding, he could not conduct a proper or reliable Bradford Hill analysis.

**Second**, Bradford Hill requires an evaluation of the totality of relevant epidemiologic evidence (first and foremost), along with evidence from toxicology, biology, and other fields. Dr. Wells testified as much. (Dep. Tr. 50:24-51:13) It also requires a clear explanation of how each of the factors is being weighed and considered within the overall analysis. Dr Wells does neither. Instead, he cherry picks only studies and data points within studies that support his ultimate conclusions. Dr. Wells ignores all other evidence to the contrary. Notably, Dr. Wells excluded Shrestha (2020) from his meta-analysis because it was a cohort study. As discussed above, Shrestha (2020) is the largest and most comprehensive study of paraquat and Parkinson's disease among American farmers and the only true prospective cohort study available. Dr. Wells also completely ignores Shrestha, the most informative study on this topic, for purposes of his Bradford Hill analysis without any justification. At his deposition he testified that he wasn't prepared to give an opinion on it. (Dep. Tr. 181:2-12)

Regarding dose-response in his Bradford Hill analysis, Dr. Wells relies on studies that he did not include in his meta-analysis but ignores any study that did not find a dose-response relationship, including those that are in his meta-analysis. Two of the seven studies in his meta-analysis, Firestone (2010) and Hertzman (1994), looked for and did not find a dose response relationship. (Dep. Tr. 300:14-17). Shrestha (2020) and van der Mark (2014) performed dose-response analyses and found none. Dr. Wells testified at his deposition that these data points were



irrelevant to his conclusions.[37] Pouchieu (2018) and Brouwer (2017) also performed dose-response analyses and found none. Dr. Wells does not rely on these in his Bradford Hill analysis either.

**Third**, Dr. Wells relies on his meta-analysis for the strength and consistency causal considerations. Because, as outlined above, his meta-analysis is fundamentally flawed, he is left with no support for these factors. To the contrary, as I have shown above using transparent methodology, the totality of the results data is neither strong nor consistent. And when analyzing only the agricultural and occupational paraquat use studies as I have done, the association is not statistically significant and the findings are consistent, that is they consistently show *no association*.

**Fourth**, Dr. Wells relies on studies that do not support the proposition for which he offers them.

For example, when evaluating the consideration of consistency, Dr. Wells refers to general epidemiological literature that he believes finds an association between Parkinson's disease and pesticides generally, farming, or rural living. Reliance on associations between exposures other than paraquat are not relevant to the assessment of the consistency factor. This issue would apply to the specificity and coherence factors, but contrary to Dr. Wells' overall general causation opinions, the studies he refers to lack specificity and are not applicable to the evaluation of paraquat exposure and Parkinson's disease (i.e., lack coherence). In fact, Dr. Wells indirectly introduces the issue of confounding by raising associations for other (non-paraquat) factors. In other words, the literature he refers to on these hypotheses challenge the question of whether there is an association between exposure to paraquat specifically and Parkinson's disease.

Dr. Wells testified at his deposition that he was offering no opinion on specificity, yet he included this consideration in his Bradford Hill analysis.

With respect to temporality, Dr. Wells does not fully account for the relevant factors that may be at issue. First, the majority of the studies address prevalent cases using a case-control design whereby exposure information is collected after the diagnosis of disease. Second, he ignores the prospective study by Shrestha that evaluates incident cases. This is the only study where longitudinal temporality was addressed in the design of the study. Third, Parkinson's disease has a prodromal phase, which can be as long as five to twenty years. Dr. Wells testified at his deposition that none of the seven studies in his meta-analysis account for this fact (Dep. Tr.

---

[37] Q: So aren't the dose response results from van der Mark general results in the area of exposure to paraquat and Parkinson's disease? A: So they're results but, yeah, they're null results; whereas Brouwer had a positive results. Q: But they weren't relevant to your Bradford Hill analysis? A: It says there's – there's no evidence of it – there's no evidence of a dose-response. It doesn't say there's not a dose-response. It just says there is no evidence of a dose-response. (Dep. Tr. 256:7-18)



299:23-300:3) and his discussion of the temporality factor within his Bradford Hill analysis does not consider this issue either.

As Dr. Wells states in his declaration, there are no human intervention studies of paraquat exposure and Parkinson's disease in the epidemiologic literature. Thus, this consideration is not of relevance in addressing this topic. Dr. Wells cites to a study that had a sub-group of glove use and a study of genotypes, however, these are not human intervention studies of paraquat exposure and Parkinson's disease.

### Critique of Dr. Wells' Specific Causation Analysis

Dr. Wells concludes that "The meta-analyses and the Bradford Hill assessment regarding occupational paraquat exposure and PD, including the treatment of bias and confounding, show that drawing general causal inferences related to occupational paraquat exposure and PD is merited." (Report at 25). First, Dr. Wells testified that he did not consider confounding or bias nor did he assess whether the individual studies accounted for these issues.[38] Second, for the many reasons detailed above, his general causation conclusion is unsupported by the totality of the epidemiological literature.

He then assumes that certain Bellwether plaintiffs "have been exposed to paraquat consistent with the exposure criteria of the above referenced seven studies in [his] meta-analysis" and also opines that, based upon his review of exposure reports, "it is clear that the individuals easily fit within the exposure criteria." (Report at 25). He also assumes that the individuals meet the diagnostic criteria employed in the studies in his meta-analysis. Based on these assumptions he concludes that the elevated odds ratio of 2.88 applies to them.

At his deposition, Dr. Wells testified that in order for his odds ratio of 2.88 (which is unsubstantiated and faulty) to apply to each, they only had to meet the diagnostic and exposure criteria in **one** of the seven studies he included in his meta-analysis. (Dep. Tr. 317:7-15).

First, the odds ratio of 2.88 is not a valid or reliable summary association for all of the reasons stated above (the numerous methodological and analytical failures).

Second, the studies underlying his meta-analysis do not adequately control for confounding. Indeed, three of the studies in his meta-analysis did not even adjust for anything, even the most basic and significant confounding factors (age, gender, and smoking), yielding only crude ORs.

---

[38] Wells did not provide an assessment of biases within Liou (1999) (Dep. Tr. 126:7-9) or any of the limitations within Hertzman (1994) (Dep. Tr. 216:19-24). Wells did not assess the potential for recall bias in Liou (1999) (Dep. Tr. 126:10-17), Tanner (2011) (Dep. Tr. 140:4-10), Firestone (2010) (Dep. Tr. 204:18-21), Hertzman 1994 (Dep. Tr. 217:7-10), Kuopio (1999) (Dep. Tr. 219:11-14); Dhillon (2008) (Dep. Tr. 222:18-22); or Rugbjerg (2011) (Dep. Tr. 226:12-16). Wells did not assess the impact of controlling or failing to control for confounding in Firestone (2010) ( Dep. Tr. 203:7-11), Hertzman (1994) (Dep. Tr. 216:8-24), Kuopio (1999) (Dep. Tr. 218:23-219:2), Dhillon (2008) (Dep. Tr. 222:9-11), or Rugbjerg (2011) (Dep. Tr. 226:12-16).

*CONFIDENTIAL – PARAQUAT LITIGATION*



As detailed above, Dr. Wells testified that he did not evaluate the internal validity (confounding and bias) of the studies in his meta-analysis.

Third, Dr. Wells testified that his 2.88 odds ratio applied equally to a person who used paraquat for one day as it does to a person who used paraquat for 20 years. (Dep. Tr. 59:15-20). This is nonsensical both from a common sense and scientific perspective. Even when a reliable and methodologically sound summary association can be generated to accurately reflect population level risk (which is not the case here for all the reasons noted above), further summary associations are required in order to apply that association to a given exposure scenario. The epidemiology literature on smoking and lung cancer demonstrate this issue. The summary associations between ever smoking and lung cancer typically range between 10- and 20-fold increased risk. There are, however, varying levels of risk for lung cancer based on the frequency and duration of cigarette smoking.  Individuals who have less than a 20-pack year smoking history have an 8.9-fold increased risk of lung cancer, while persons with a 50-60 pack year smoking history have a 46.3-fold increased risk of lung cancer (Pesch, 2012). The epidemiological literature for exposure to paraquat and Parkinson's disease does not permit the generation of a reliable summary association at the population level let alone summary associations for different exposure scenarios.

## Response to Michael Siegel, MD

I have also reviewed the report and deposition of Dr. Michael Siegel, MD. As with Dr. Wells, Dr. Siegel's report and testimony are limited in that he does not follow the scientific method or established guidelines for reviewing and evaluating epidemiological literature. Specifically, Dr. Siegel:

- Does not articulate a research hypothesis for addressing the epidemiology literature yet claims to have relied on the epidemiology as well as other disciplines.

- Does not perform systematic literature searches to identify the totality of the epidemiologic literature.

- Does not provide any systematic methodological practices or processes that he followed in evaluating the epidemiological literature.

- Does not evaluate patterns of relative risk or measures of variability aside from reporting a few associations from published meta-analyses.

- Does not evaluate the internal or external validity of any of the epidemiology studies, such as chance, bias, or confounding.

*CONFIDENTIAL – PARAQUAT LITIGATION*



- Does not discuss the strengths or limitations of the peer-reviewed published epidemiologic literature.

- Misrepresents and/or mis-interprets findings from studies on exposure misclassification.

In his report, Dr. Siegel claims to have utilized "standard methodology" including a process that involves a "totality of the evidence approach." (Report at 3). He further indicated that through his approach, he is able to "understand the nature and magnitude of health risks to humans" and that he used a weight of evidence approach by depending on the "rigor of the study, the limitations, the strengths, and also on the likelihood that the study would detect an adverse effect if one were truly present. This is referred to as the power of a study." (Report at 3).

However, Dr. Siegel's report provides no evidence that he:

- Followed any type of standard methodology.

- Performed a totality of the evidence approach.

- Performed a weight of the evidence approach.

- Evaluated the rigor or quality of the studies.

- Evaluated the strengths or limitations of the studies.

- Evaluated the statistical power of the studies.

Put simply, Dr. Siegel's summary of the epidemiology (Section B of his report) is scant at best, and he limits his summary to three published meta-analyses, all of which have relevant methodological and analytical limitations as I have discussed above. Moreover, he relies upon other researchers' work and does not perform his own systematic evaluation of each published study or the collective body of epidemiologic literature.

At his deposition, Dr. Siegel also mischaracterized some basic epidemiology principles and relied upon studies with findings counter to his own opinions and interpretation of the studies.

For instance, he claimed that the AHS is not a "particularly" significant study or an influential study, and that the AHS carries "very low weight" in his opinion. (Dep. Tr. 183:3-9). His characterization of the AHS is patently off base. As I've detailed above, the Agricultural Health Study is the largest and most comprehensive study of agricultural workers and human health outcomes in the United States. The AHS is funded by the National Cancer Institute and the National Institute of Environmental Health Sciences in collaboration with the United States Environmental Protection Agency. This cohort began in 1993 with the intention of addressing whether and how agricultural, lifestyle, and genetic factors impact the health of farming populations. To claim that the AHS is not significant, influential, and of low weight is

110

*CONFIDENTIAL – PARAQUAT LITIGATION*



scientifically unsupported and misleading. Furthermore, the only longitudinal analysis of a prospective cohort on the topic of paraquat exposure and Parkinson's disease was from the AHS study by Shrestha (2020) (which is an extended follow-up of a previous longitudinal study by Kamel (2007). The unwarranted dismissal of the AHS and the study by Shrestha is entirely counter to the "standard methodology" of the "totality of the evidence approach" that Dr. Siegel claims to have followed. (Dep. Tr. 19:11-18).

Dr. Siegel asserted that the AHS was "plagued by severe bias that made it impossible to find an effect of paraquat on Parkinson's disease." (Dep. Tr. 182:10-14). This statement is false and unsupported by the studies for which Dr. Siegel cites. The AHS, and in particular, the study by Shrestha (2020):

- Is a prospective cohort study (the optimum observational epidemiologic study design to address this topic)

- Among agricultural workers (i.e., the study population with the greatest knowledge of pesticide use and practice)

- Evaluated a very large study sample (approximately 66,000 participants)

- Minimized the potential for recall bias by ascertaining exposure information prior to the onset of Parkinson's disease

- Utilized methodologies to validate diagnosis

- Analyzed data using proportional hazards regression modelling (the superior type of statistical analysis)

- Reported data for several dose-response metrics

- Adjusted for key confounding factors, such as other pesticide exposures

Dr. Siegel indicated further that the "assessment of pesticide exposure in the [AHS] was terrible" and "[t]here was essentially no correlation between the measured exposure to chemicals and that actual exposure." (Dep. Tr. 183:4-184:13). These claims are again false and unsupported. As I detail above, the exposure assessment in the Agricultural Health Study has been validated in several separate and independent studies.

For example, Dr. Siegel relied upon Blair (2002) and suggested that the authors found an 80% agreement between reported exposures from one year to the next. First, 80% agreement is entirely acceptable and counter to what Dr. Siegel claims as "no correlation." Second, Blair (2002) assessed reporting consistency for agricultural and lifestyle factors from a subset of AHS participants (Blair, 2002). The original questionnaire ascertained information on numerous

*CONFIDENTIAL – PARAQUAT LITIGATION*



pesticides and pesticide practices as well as lifestyle factors while the follow-up questionnaire
only ascertained information on a handful of pesticides, of which, paraquat was not one. Third,
Blair and colleagues found that "[t]he reliability of reported use for specific chemicals was high
and quite consistent (from 79% for carbaryl to 88% for permethrin) with no apparent differences
by pest class, chemical class, or prevalence of use." In addition, "the reported agreement for
ever/never-use of specific pesticides is also quite high, *ie*, mostly in the 70-90% range; these
compare favorably with the reliability reported in other studies for factors such as smoking and
alcohol use and are better than those reported for diet, physical activity, and health conditions."
In fact, Blair (2002) concluded:

> "In summary, agreement for self-reported use of pesticides by farmers is similar to that
> found for other factors routinely evaluated by questionnaire in epidemiology studies such
> as smoking and alcohol reporting, and better than others such as consumption of fruits
> and vegetables and physical activity. Because epidemiologic studies have successfully
> related disease risk to these factors, it seems likely that information on pesticide use from
> interviews can also be used successfully to address exposure-disease relationships."

Dr. Siegel next claims that the AHS could not detect an odds ratio of 2.5 based on the extent of
"differential misclassification bias." (Dep. Tr. 183:4-184:13). Dr. Siegel is incorrect on multiple
levels:

- He refers to "differential" misclassification which is not the relevant factor when
  discussing this issue. Furthermore, the study by Blair (2002) (that Dr. Siegel relies upon
  for his assertion) addresses non-differential misclassification, which is a different
  statistical concept.

- Assuming for the sake of argument that Dr. Siegel misspoke and meant to say "non-
  differential misclassification bias," he is still wrong.  While it is true that non-differential
  misclassification bias may mask a true association in a study, it will also attenuate a
  positive *or* inverse association towards the null value. In other words, the bias works in
  both ways – whether the reported relative risk is above or below zero, the bias will push
  that relative risk closer to 1.0. That means that for inverse associations, like those
  reported in the AHS, the bias is pushing that number closer to 1.0, meaning the actual
  value is lower than the reported value. Inverse associations of 0.69 and 0.74 were
  reported for the highest level of paraquat exposure in Shrestha (2020). Thus, if non-
  differential bias was an issue, the so-called true association would be further inverse. In
  other words, paraquat would be protective against Parkinson's disease rather than simply
  unassociated with disease risk.

- Moreover, Blair (2002) indicates that non-differential misclassification would only
  attenuate relative risk estimates for dichotomous variables (i.e., ever or never

112



exposure)—which Dr. Siegel apparently ignored. When there are multiple categories of exposure, the relative risks may skew in either direction if non-differential misclassification bias occurs. Blair (2002) suggests that the relative risk in the upper exposure category would diminish. As I mentioned above, the HRs reported by Shrestha (2020) for the upper exposure categories are 0.74 and 0.69 as follows:

| Paraquat | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| | Never use | 15,305 (84.1) | 188 (82.5) | Ref | 0.45 | Never use | 15,216 (81.9) | 188 (81.7) | Ref | 0.36 |
| | >0-≤289 | 961 (5.3) | 13 (5.7) | 1.03 (0.58, 1.81) | | >0-≤308 | 1111 (6) | 13 (5.7) | 0.92 (0.51, 1.63) | |
| | >289-≤1232 | 975 (5.4) | 18 (7.9) | 1.42 (0.86, 2.33) | | >308-≤1308 | 1135 (6.1) | 20 (8.7) | 1.49 (0.92, 2.41) | |
| | >1232 | 960 (5.3) | 9 (3.9) | 0.74 (0.37, 1.49) | | >1308 | 1113 (6) | 9 (3.9) | 0.69 (0.34, 1.38) | |

- Put differently, even if the issue Dr. Siegel identifies were present in the AHS study, this would only reduce any statistical finding of association between paraquat exposure and PD even further.

- Further, the AHS and in particular, the study by Shrestha (2020), is of sufficient statistical power to detect a statistically significant association between paraquat exposure and Parkinson's disease if one truly existed. The fact is, Shrestha did not find an association between paraquat exposure and Parkinson's disease risk.

- Dr. Siegel assumes that the so-called true odds ratio could be 2.5. However, this assumption is inconsistent with the reported data within the numerous exposure analyses reported by Shrestha (2020). Thus, his statement is scientifically baseless and deviates from the empirical evidence.

Dr. Siegel relied upon the study by Heltshe (2012) that used multiple imputation methods to assign pesticide use among non-responders in the AHS (Heltshe, 2012). Dr. Siegel claimed there was a "huge amount of misclassification there, about 8 percent misclassification." (Dep. Tr. 186:23-188:4). Dr. Siegel is incorrect in his synopsis and interpretation of the Heltshe (2012) findings as follows:

- 8 percent misclassification levels are not "huge." In fact, 8 percent misclassification would be a relatively small level of misclassification. Furthermore, Dr. Siegel does not indicate whether he thinks the misclassification is differential or non-differential.

- The 8 percent that he uses is not found within the study and this value appears nowhere in the data tables. Thus, it is unclear how or where Dr. Siegel came up with 8 percent (and he fails to explain this point).

- The authors concluded that, "[w]hen appropriately implemented, multiple imputation can reduce bias and increase precision and can be more valid than other missing data approaches." (Heltshe, 2012).



- Dr. Siegel fails to acknowledge that in their data table, Heltshe (2012) report strikingly similar (98% overlap) observed and imputed prevalence rates for paraquat exposure specifically.

Dr. Siegel cited to Acquavella (2006) and asserted that the "correlation between self-reported exposure to chemicals and their actual measured exposure in the urine was only about .2, which is an extremely weak correlation" and that "there was no correlation whatsoever between self-reported exposure to chemicals—agricultural chemicals and the actual dose that was excreted in the urine." (Dep. Tr. 186:23-188:4). However, Acquavella (2006) did not study paraquat, rather they studied only 2,4-D and chlorpyrifos (subdivided by liquid and granular forms) and any findings for these compounds may not be generalizable to paraquat use and urinary extraction (Acquavella, 2006). In addition, Dr. Siegel did not discuss clearance rates, half-lives, or urinary metabolism regarding paraquat or any other pesticide for that matter.

Dr. Siegel cited to the study by Coble (2005) that evaluated the validation of a pesticide exposure algorithm using biological monitoring results. Dr. Siegel claimed that this study "found that there's very poor … self-reporting of pesticide and agricultural chemical use is very poor." (Dep. Tr. 188:8-12). However, this is untrue and inconsistent with the authors' conclusions. Specifically, the authors concluded that "[t]he algorithm scores, based primarily on the use of PPE, appear to provide a reasonably valid measure of exposure intensity for these applicators." (Coble, 2005). Moreover, and importantly, this study did not address paraquat exposure. Rather the researchers evaluated urinary samples for MCPA and 2,4-D exposure.

Dr. Siegel does not evaluate the totality of epidemiologic evidence and when he cites to self-selected studies, he either misinterprets their analysis and conclusions or provides a misleading opinion of their stated findings. In summary, Dr. Siegel's opinions as they pertain to the epidemiology of paraquat exposure and Parkinson's disease follow no established methodology and are wholly unreliable and unsubstantiated.

## Summary of Opinions and Overall Conclusions

I have performed a systematic evaluation of the epidemiologic evidence pertaining to risk of Parkinson's disease among study populations exposed to paraquat. My assessment included establishing a well-defined research question, performing comprehensive reviews of the literature to identify relevant studies, selecting studies based on transparent inclusion and exclusion criteria, reviewing individual studies on the basis of relative risk associations and internal validity parameters, and reviewing the totality of the epidemiologic evidence across all studies on the basis of patterns of relative risk associations, and internal validity (statistical significance, bias, and confounding) and external validity (generalizability) parameters.

*CONFIDENTIAL – PARAQUAT LITIGATION*



1. Numerous epidemiologic studies have examined the association between exposure to paraquat and risk of Parkinson's disease. Collectively the epidemiologic studies are widely variable in terms of study design, study population, location, methodology, and analytical techniques. Furthermore, the studies are heterogeneous with respect to study quality parameters, such as exposure assessment, outcome validation, sample size, and adjustment for confounding variables among other factors. When performing my systematic review, I evaluated the patterns of relative risk across the total body of epidemiologic literature to formulate conclusions, but I gave more evidentiary weight to the most informative studies of higher methodological quality to render inferences on the potential relationship between paraquat exposure and risk of Parkinson's disease. This is well-accepted standardized epidemiologic methodology to evaluate associations and whether there is evidence that associations may be deemed causal after application of relevant considerations.

2. Based on my comprehensive assessment of the totality of epidemiologic studies, the study by Shrestha (2020) was identified as utilizing the optimum study design (prospective cohort), analyzing the largest study population, estimating the risk for the occurrence of Parkinson's disease, controlling for some key confounding factors (including other pesticide exposures), assessing agricultural workers who have greater knowledge of pesticides and work practices than other study populations, reducing the impact of misclassification bias, performing the most statistically robust analyses that utilized proportional hazards modelling, and reporting results data for dose-response metrics.

3. Shrestha (2020) does not support an increased risk of Parkinson's disease among agricultural workers that use paraquat.

4. Findings from other epidemiologic studies of paraquat exposure and risk of Parkinson's disease are variable, resulting from inconsistent methodologies, incomplete control of confounding factors, including adjustment for other pesticide exposures, the influence of exposure misclassification bias, the utilization of retrospective study designs, and the absence of relevant dose-response analyses. Regardless of these inconsistencies and limitations, collectively, the data from the epidemiologic studies does not indicate a statistically significant increased risk of Parkinson's disease among paraquat-exposed study populations.

5. Based on a comprehensive review of the epidemiologic literature, the evidence does not support a conclusion that paraquat exposure is a general cause of Parkinson's Disease.

6. Dr. Wells' complete failure to follow the scientific method or any guidelines for conducting meta-analyses or Bradford Hill renders all of his opinions unreliable and scientifically unsupported. His cursory review of the epidemiological literature, without



assessing any of the studies for internal or externally validity, and exclusion of the most methodologically reliable and largest studies without scientific justification results in a summary association that is not replicable, reliable or relevant to the inquiry at hand. And a result that is inconsistent with conclusions reported in published studies.

7. Dr. Siegel's opinions are similarly flawed.  Dr. Siegel purports to review the epidemiology literature related to paraquat and Parkinson's disease but fails to set out or follow any accepted methodology for doing so. He does not review the totality of the epidemiological literature and instead cherry picks only three studies for review. And even with those studies (let alone the full body of literature), he does not discuss their strengths or limitations or assess them for risk of chance, bias, or confounding.

My opinions expressed in this report are made to a reasonable degree of scientific and epidemiologic certainty based on the information available to me. I reserve the right to amend my report pending the receipt of additional case materials, including but not limited to discovery and expert disclosures by plaintiff. In addition, I reserve the right to review any new epidemiologic evidence as it is published and to amend my opinions accordingly. However, data from any newly published epidemiologic studies will be evaluated in the context of the existing volume of the totality of epidemiologic evidence.

My hourly rate for work in this case is $450.

Dominik D Alexander

Dominik D. Alexander, Ph.D., M.S.P.H.
Principal Epidemiologist
MetaMethod

CONFIDENTIAL – PARAQUAT LITIGATION

Appendix 1

| Study | Design | Population | Incident/Prevalent Cases | Exposure Assessment | Parkinson's Disease Dx | Design Quality Score |
|---|---|---|---|---|---|---|
| Shrestha 2020 | +++ | +++ | +++ | +++ | ++ | 14 |
| Pouchieu 2018[39] | + | +++ | + | +++ | + | 9 |
| Van der Mark 2014 | ++ | ++ | + | ++ | ++ | 9 |
| Tanner 2011 | ++ | +++ | + | +++ | +++ | 12 |
| Rugbjerg 2011 | ++ | ++ | + | +++ | +++ | 11 |
| Firestone 2010 | ++ | ++ | +++ | ++ | ++ | 11 |
| Elbaz 2009 | ++ | +++ | + | +++ | +++ | 12 |
| Dhillon 2008 | ++ | + | + | ++ | +++ | 9 |
| Kuopio 1999 | ++ | ++ | + | ++ | ++ | 9 |
| Liou 1997 | ++ | + | + | +[40] | +++ | 8 |
| Hertzman 1994 | ++ | + | + | + | +++ | 8 |

Note: the study characteristics can be found in the report table along with the narrative summaries of each study. The following are the quality factors for each of the study design elements.

**Design**: prospective cohort = +++; case-control = ++; cross-sectional +
**Population**: agricultural workers = +++; occupational use = ++; mixed occupational and residential/environmental = +
**Cases**: incident = +++; prevalent = + (note, prevalent cases receive + rather than ++ because recall bias is a concern in studies that analyze prevalent cases)
**Exposure assessment**: interview/questionnaire with some validation methods (including assessment among agricultural workers) = +++; no validation methods indicated but self-reported mixing/applying = ++; general self-reported use with no validation methods and/or with mixed residential use or being in the vicinity of use = +
**Parkinson's disease Dx**: in-person examination by a movement disorder specialist or medical record review by a movement disorder specialist = +++; in-person examination by a neurologist; medical record review by a neurologist and/or self-reported doctor diagnosis with validation methods = ++; self-reported doctor diagnosis with no validation methods = +

---

[39] This is a prospective cohort although the baseline data were analyzed cross-sectionally
[40] There is no indication in the Liou (1999) study that the cases examined by a movement disorder specialist. However, because the cases were recruited from a Movement Disorder Clinic, I conservatively gave the study a score of ++.

*CONFIDENTIAL – PARAQUAT LITIGATION*



| Study | Sample size | # Exposed Cases | OR/RR/HR Reported | Dose-Response Metrics | Confounding Adjustments | Data Quality Score | Combined Quality Score |
|---|---|---|---|---|---|---|---|
| **Shrestha 2020** | +++ | +++ | +++ | +++ | +++ | 15 | 29 |
| **Pouchieu 2018** | +++ | +++ | ++ | ++ | +++ | 13 | 22 |
| **Van der Mark 2014** | +++ | ++ | ++ | +++ | ++ | 12 | 21 |
| **Tanner 2011** | + | ++ | ++ | ++ | ++ | 9 | 21 |
| **Rugbjerg 2011** | ++ | + | + | + | - | 5 | 16 |
| **Firestone 2010** | ++ | + | ++ | + | ++ | 8 | 19 |
| **Elbaz 2009** | ++ | ++ | ++ | ++ | ++ | 10 | 22 |
| **Dhillon 2008** | + | + | + | + | - | 4 | 13 |
| **Kuopio 1999** | + | + | + | + | - | 4 | 13 |
| **Liou 1997** | + | ++ | ++ | ++ | ++ | 9 | 17 |
| **Hertzman 1994** | + | + | + | + | + | 5 | 13 |

Note: the study characteristics can be found in the report table along with the narrative summaries of each study. The following are the quality factors for each of the study design elements.

**Sample size**: >1,000 in C-C studies, >10,000 in cohort studies = +++; 500-1,000 in C-C studies, 5,000-10,000 in cohort studies = ++; <500 in C-C studies, <5,000 in cohort studies = +
**# Exposed cases**: >50 = +++; 10-50 = ++; <10 = +
**OR/RR/HR reported**: hazard ratio from proportional hazards modelling = +++; OR or RR from multivariate regression modelling = ++; crude OR or not reported = +
**Dose-response metrics**: cumulative exposure (incorporates both intensity/frequency with duration) = +++; either intensity/frequency or duration = ++; any or ever only = +
**Confounding**: age, gender, other pesticide/chemical exposure and either smoking or family history = +++; age, gender, and additional covariates = ++; age, gender = +; no adjustments = -

The following analysis shows that as study quality is increased, the association attenuates. In other words, the better the study, the lower (or no) risk of Parkinson's disease.

118

*CONFIDENTIAL – PARAQUAT LITIGATION*





*CONFIDENTIAL – PARAQUAT LITIGATION*

Appendix 2

PRISMA Literature Search Flow Diagram for Identification of Studies
Included in Weight of the Evidence Analysis[41]



[41] *From:* Moher D, Liberati A, Tetzlaff J, Altman DG, The PRISMA Group (2009). *Preferred Reporting Items for Systematic Reviews and Meta-Analyses:* The PRISMA Statement. PLoS Med 6(7): e1000097. doi:10.1371/journal.pmed1000097

*CONFIDENTIAL – PARAQUAT LITIGATION*

## Appendix 3

**Meta Analysis of Occupational Paraquat Exposure and Parkinson's Disease: Agricultural Worker Cohorts, Occupational Exposure, Mixed Occupational and Environmental Exposure**

| Study name | Odds ratio | Lower limit | Upper limit | Odds ratio and 95% CI | Relative weight |
|---|---|---|---|---|---|
| Dhillon 2008 | 3.46 | 0.38 | 31.53 | | 3.90 |
| Elbaz 2009 | 1.10 | 0.60 | 2.01 | | 15.91 |
| Firestone 2010 | 0.90 | 0.14 | 5.61 | | 5.25 |
| Hertzman 1994 | 1.25 | 0.34 | 4.61 | | 8.31 |
| Kuopio 1999 | 1.21 | 0.20 | 7.16 | | 5.47 |
| Liou 1997 | 3.22 | 2.41 | 4.31 | | 19.62 |
| Rugbjerg 2011 | 1.01 | 0.13 | 7.70 | | 4.47 |
| Shrestha 2020 | 1.09 | 0.84 | 1.41 | | 19.91 |
| van der Mark 2014 | 1.21 | 0.73 | 2.01 | | 17.15 |
| **Pooled** | **1.44** | **0.89** | **2.34** | | |

0.1   0.2   0.5   1   2   5   10

Inverse          Positive

Meta Analysis

121



# BIBLIOGRAPHY

References Cited in My Opinions

Acquavella, J. F., B. H. Alexander, J. S. Mandel, C. J. Burns, and C. Gustin. 2006. "Exposure misclassification in studies of agricultural pesticides: insights from biomonitoring." *Epidemiology* 17 (1):69-74. doi: 10.1097/01.ede.0000190603.52867.22.

Alavanja, M. C., D. P. Sandler, S. B. McMaster, S. H. Zahm, C. J. McDonnell, C. F. Lynch, M. Pennybacker, N. Rothman, M. Dosemeci, A. E. Bond, and A. Blair. 1996. "The Agricultural Health Study." *Environ Health Perspect* 104 (4):362-9. doi: 10.1289/ehp.96104362.

Alexander, D. D., J. K. Bassett, D. L. Weed, E. C. Barrett, H. Watson, and W. Harris. 2015. "Meta-Analysis of Long-Chain Omega-3 Polyunsaturated Fatty Acids (LComega-3PUFA) and Prostate Cancer." *Nutr.Cancer.*:1-12.

Alexander, D. D., L. C. Bylsma, A. J. Vargas, S. S. Cohen, A. Doucette, M. Mohamed, S. R. Irvin, P. E. Miller, H. Watson, and J. P. Fryzek. 2016. "Dairy consumption and CVD: a systematic review and meta-analysis." *Br J Nutr.* 115 (4):737-750.

Alexander, D. D., and M. E. Wagner. 2010. "Benzene exposure and non-Hodgkin lymphoma: a meta-analysis of epidemiologic studies." *J Occup Environ Med* 52 (2):169-89. doi: 10.1097/JOM.0b013e3181cc9cf0.

Allen, M. T., and L. S. Levy. 2013. "Parkinson's disease and pesticide exposure--a new assessment." *Crit Rev Toxicol* 43 (6):515-34. doi: 10.3109/10408444.2013.798719.

Ascherio, A., and M. A. Schwarzschild. 2016. "The epidemiology of Parkinson's disease: risk factors and prevention." *Lancet Neurol* 15 (12):1257-1272. doi: 10.1016/S1474-4422(16)30230-7.

Bailey, M., L. M. Shulman, D. Ryan, B. Ouyang, J. M. Shulman, A. S. Buchman, D. A. Bennett, L. L. Barnes, and D. A. Hall. 2021. "Frequency of Parkinsonism and Parkinson Disease in African Americans in the Chicago Community." *J Gerontol A Biol Sci Med Sci* 76 (7):1340-1345. doi: 10.1093/gerona/glab042.

Baker, D., and M. J. Nieuwenhuijsen. 2008. *Environmental epidemiology: study methods and application*: Oxford University Press. Reprint, IN FILE.

Belvisi, D., R. Pellicciari, A. Fabbrini, M. Costanzo, S. Pietracupa, M. De Lucia, N. Modugno, F. Magrinelli, C. Dallocchio, T. Ercoli, C. Terravecchia, A. Nicoletti, P. Solla, G. Fabbrini, M. Tinazzi, A. Berardelli, and G. Defazio. 2020. "Risk factors of Parkinson disease: Simultaneous assessment, interactions, and etiologic subtypes." *Neurology* 95 (18):e2500-e2508. doi: 10.1212/WNL.0000000000010813.

Ben-Joseph, A., C. R. Marshall, A. J. Lees, and A. J. Noyce. 2020. "Ethnic Variation in the Manifestation of Parkinson's Disease: A Narrative Review." *J Parkinsons Dis* 10 (1):31-45. doi: 10.3233/JPD-191763.

Benjamini, Y. et al. . 2021. "ASA President's Task Force Statement on Statistical Significance and Replicability." *Chance* 34.4:10-11.

Berry, C., C. La Vecchia, and P. Nicotera. 2010. "Paraquat and Parkinson's disease." *Cell Death Differ* 17 (7):1115-25. doi: 10.1038/cdd.2009.217.



Blair, A., R. Tarone, D. Sandler, C. F. Lynch, A. Rowland, W. Wintersteen, W. C. Steen, C. Samanic, M. Dosemeci, and M. C. Alavanja. 2002. "Reliability of reporting on life-style and agricultural factors by a sample of participants in the Agricultural Health Study from Iowa." *Epidemiology* 13 (1):94-9. doi: 10.1097/00001648-200201000-00015.

Blue Cross Blue Shield Association. 2020. The Health of America Report. Prevalence of Parkinson's Disease Rising in Younger Adults.

Borenstein, M., L. V. Hedges, J. P. T. Higgins, and H. R. Rothstein. 2009. *Introduction to Meta-Analysis*. Chichester, West Sussex, UK: Wiley. Reprint, NOT IN FILE.

Boyd, W. A., R. B. Blain, C. R. Skuce, K. A. Thayer, and A. A. Rooney. 2020. "NTP Research Report on the Scoping Review of Paraquat Dichloride Exposure and Parkinson's Disease: Research Report 16." In. Research Triangle Park (NC).

Breckenridge, C. B., C. Berry, E. T. Chang, R. L. Sielken, Jr., and J. S. Mandel. 2016. "Association between Parkinson's Disease and Cigarette Smoking, Rural Living, Well-Water Consumption, Farming and Pesticide Use: Systematic Review and Meta-Analysis." *PLoS One* 11 (4):e0151841. doi: 10.1371/journal.pone.0151841.

Brouwer, M., A. Huss, M. van der Mark, P. C. G. Nijssen, W. M. Mulleners, A. M. G. Sas, T. van Laar, G. R. de Snoo, H. Kromhout, and R. C. H. Vermeulen. 2017. "Environmental exposure to pesticides and the risk of Parkinson's disease in the Netherlands." *Environ Int* 107:100-110. doi: 10.1016/j.envint.2017.07.001.

Brown, T. P., P. C. Rumsby, A. C. Capleton, L. Rushton, and L. S. Levy. 2006. "Pesticides and Parkinson's disease--is there a link?" *Environ Health Perspect* 114 (2):156-64. doi: 10.1289/ehp.8095.

Caballero, M., S. Amiri, J. T. Denney, P. Monsivais, P. Hystad, and O. Amram. 2018. "Estimated Residential Exposure to Agricultural Chemicals and Premature Mortality by Parkinson's Disease in Washington State." *Int J Environ Res Public Health* 15 (12). doi: 10.3390/ijerph15122885.

Cerri, S., L. Mus, and F. Blandini. 2019. "Parkinson's Disease in Women and Men: What's the Difference?" *J Parkinsons Dis* 9 (3):501-515. doi: 10.3233/JPD-191683.

Chang, M. C., S. G. Kwak, and S. Kwak. 2021. "Effect of dietary vitamins C and E on the risk of Parkinson's disease: A meta-analysis." *Clin Nutr* 40 (6):3922-3930. doi: 10.1016/j.clnu.2021.05.011.

Checkoway, H., K. Powers, T. Smith-Weller, G. M. Franklin, W. T. Longstreth, Jr., and P. D. Swanson. 2002. "Parkinson's disease risks associated with cigarette smoking, alcohol consumption, and caffeine intake." *Am J Epidemiol* 155 (8):732-8. doi: 10.1093/aje/155.8.732.

Checkoway, Harvey, Neil Pearce, and David Kriebel. 2004. "Research methods in occupational epidemiology." In *Monographs in epidemiology and biostatistics*, xiv, 372 p. New York: Oxford University Press.

Chen, Shin-Yauan; Tsai, Sheng-Tzung,,. 2010. "The Epidemiology of Parkinson's Disease." *Tzu Chi Medical Journal* 22 (2):73-81.

Chen, Y., X. Sun, Y. Lin, Z. Zhang, Y. Gao, and I. X. Y. Wu. 2021. "Non-Genetic Risk Factors for Parkinson's Disease: An Overview of 46 Systematic Reviews." *J Parkinsons Dis* 11 (3):919-935. doi: 10.3233/jpd-202521.

Coble, J., T. Arbuckle, W. Lee, M. Alavanja, and M. Dosemeci. 2005. "The validation of a pesticide exposure algorithm using biological monitoring results." *J Occup Environ Hyg* 2 (3):194-201. doi: 10.1080/15459620590923343.



Cole, P. 1997. "Causality in epidemiology, health policy, and law." *Environ Law Rep* 27 (6):10279-10285.

Costello, S., M. Cockburn, J. Bronstein, X. Zhang, and B. Ritz. 2009. "Parkinson's disease and residential exposure to maneb and paraquat from agricultural applications in the central valley of California." *Am J Epidemiol* 169 (8):919-26. doi: 10.1093/aje/kwp006.

Dahodwala, N., A. Siderowf, M. Xie, E. Noll, M. Stern, and D. S. Mandell. 2009. "Racial differences in the diagnosis of Parkinson's disease." *Mov Disord* 24 (8):1200-5. doi: 10.1002/mds.22557.

Deeks, J. J., J. P. T. Higgins, and D. G. Altman. 2011. "Analysing data and undertaking meta-analyses." In *Cochrane Handbook for Systematic Reviews of Interventions Version 5.1.0*, edited by J. P. T. Higgins and S. Green. The Cochrane Collaboration.

Dhillon, A. S., G. L. Tarbutton, J. L. Levin, G. M. Plotkin, L. K. Lowry, J. T. Nalbone, and S. Shepherd. 2008. "Pesticide/environmental exposures and Parkinson's disease in East Texas." *J Agromedicine* 13 (1):37-48. doi: 10.1080/10599240801986215.

Dinis-Oliveira, R. J., F. Remiao, H. Carmo, J. A. Duarte, A. S. Navarro, M. L. Bastos, and F. Carvalho. 2006. "Paraquat exposure as an etiological factor of Parkinson's disease." *Neurotoxicology* 27 (6):1110-22. doi: 10.1016/j.neuro.2006.05.012.

Dosemeci, M., M. C. Alavanja, A. S. Rowland, D. Mage, S. H. Zahm, N. Rothman, J. H. Lubin, J. A. Hoppin, D. P. Sandler, and A. Blair. 2002. "A quantitative approach for estimating exposure to pesticides in the Agricultural Health Study." *Ann Occup Hyg* 46 (2):245-60. doi: 10.1093/annhyg/mef011.

Driver, J. A., G. Logroscino, J. M. Gaziano, and T. Kurth. 2009. "Incidence and remaining lifetime risk of Parkinson disease in advanced age." *Neurology* 72 (5):432-8. doi: 10.1212/01.wnl.0000341769.50075.bb.

Elbaz, A., L. Carcaillon, S. Kab, and F. Moisan. 2016. "Epidemiology of Parkinson's disease." *Rev Neurol (Paris)* 172 (1):14-26. doi: 10.1016/j.neurol.2015.09.012.

Elbaz, A., J. Clavel, P. J. Rathouz, F. Moisan, J. P. Galanaud, B. Delemotte, A. Alperovitch, and C. Tzourio. 2009. "Professional exposure to pesticides and Parkinson disease." *Ann Neurol* 66 (4):494-504. doi: 10.1002/ana.21717.

Elbaz, A., C. Levecque, J. Clavel, J. S. Vidal, F. Richard, P. Amouyel, A. Alperovitch, M. C. Chartier-Harlin, and C. Tzourio. 2004. "CYP2D6 polymorphism, pesticide exposure, and Parkinson's disease." *Ann Neurol* 55 (3):430-4. doi: 10.1002/ana.20051.

Elwood, J. Mark, and J. Mark Elwood. 1998. *Critical appraisal of epidemiological studies and clinical trials*. 2nd ed, *Oxford medical publications*. Oxford ; New York: Oxford University Press.

Engel, L. S., H. Checkoway, M. C. Keifer, N. S. Seixas, W. T. Longstreth, Jr., K. C. Scott, K. Hudnell, W. K. Anger, and R. Camicioli. 2001. "Parkinsonism and occupational exposure to pesticides." *Occup Environ Med* 58 (9):582-9. doi: 10.1136/oem.58.9.582.

Federal Judicial Center, and National Research Council of the National Academies. 2011. *Reference Manual on Scientific Evidence. Third Edition*. Washington, D.C.: National Academies Press.

Finckh, A., and M. R. Tramer. 2008. "Primer: strengths and weaknesses of meta-analysis." *Nat.Clin Pract.Rheumatol.* 4 (3):146-152.

Firestone, J. A., J. I. Lundin, K. M. Powers, T. Smith-Weller, G. M. Franklin, P. D. Swanson, W. T. Longstreth, Jr., and H. Checkoway. 2010. "Occupational factors and risk of



Parkinson's disease: A population-based case-control study." *Am J Ind Med* 53 (3):217-23. doi: 10.1002/ajim.20788.

Firestone, J. A., T. Smith-Weller, G. Franklin, P. Swanson, W. T. Longstreth, Jr., and H. Checkoway. 2005. "Pesticides and risk of Parkinson disease: a population-based case-control study." *Arch Neurol* 62 (1):91-5. doi: 10.1001/archneur.62.1.91.

Freire, C., and S. Koifman. 2012. "Pesticide exposure and Parkinson's disease: epidemiological evidence of association." *Neurotoxicology* 33 (5):947-71. doi: 10.1016/j.neuro.2012.05.011.

Furlong, M., C. M. Tanner, S. M. Goldman, G. S. Bhudhikanok, A. Blair, A. Chade, K. Comyns, J. A. Hoppin, M. Kasten, M. Korell, J. W. Langston, C. Marras, C. Meng, M. Richards, G. W. Ross, D. M. Umbach, D. P. Sandler, and F. Kamel. 2015. "Protective glove use and hygiene habits modify the associations of specific pesticides with Parkinson's disease." *Environ Int* 75:144-50. doi: 10.1016/j.envint.2014.11.002.

Gallo, V., P. Vineis, M. Cancellieri, P. Chiodini, R. A. Barker, C. Brayne, N. Pearce, R. Vermeulen, S. Panico, B. Bueno-de-Mesquita, N. Vanacore, L. Forsgren, S. Ramat, E. Ardanaz, L. Arriola, J. Peterson, O. Hansson, D. Gavrila, C. Sacerdote, S. Sieri, T. Kuhn, V. A. Katzke, Y. T. van der Schouw, A. Kyrozis, G. Masala, A. Mattiello, R. Perneczky, L. Middleton, R. Saracci, and E. Riboli. 2019. "Exploring causality of the association between smoking and Parkinson's disease." *Int J Epidemiol* 48 (3):912-925. doi: 10.1093/ije/dyy230.

Gatto, N. M., M. Cockburn, J. Bronstein, A. D. Manthripragada, and B. Ritz. 2009. "Well-water consumption and Parkinson's disease in rural California." *Environ Health Perspect* 117 (12):1912-8. doi: 10.1289/ehp.0900852.

GBD 2017 US Neurological Disorders Collaborators. 2021. "Burden of Neurological Disorders Across the US From 1990-2017: A Global Burden of Disease Study." *JAMA Neurol* 78 (2):165-176. doi: 10.1001/jamaneurol.2020.4152.

Goldman, S. M. 2014. "Environmental toxins and Parkinson's disease." *Annu Rev Pharmacol Toxicol* 54:141-64. doi: 10.1146/annurev-pharmtox-011613-135937.

Goldman, S. M., F. Kamel, G. W. Ross, G. S. Bhudhikanok, J. A. Hoppin, M. Korell, C. Marras, C. Meng, D. M. Umbach, M. Kasten, A. R. Chade, K. Comyns, M. B. Richards, D. P. Sandler, A. Blair, J. W. Langston, and C. M. Tanner. 2012. "Genetic modification of the association of paraquat and Parkinson's disease." *Mov Disord* 27 (13):1652-8. doi: 10.1002/mds.25216.

Gonzalez-Usigli, HA, ,. 2020. "Parkinson's Disease." https://www.merckmanuals.com/professional/neurologic-disorders/movement-and-cerebellar-disorders/parkinson-disease.

Gordis, L. 2009. *Epidemiology*. Fourth ed. Philadelphia, PA: Saunders- Elsevier. Reprint, IN FILE.

Gorell, J. M., C. C. Johnson, B. A. Rybicki, E. L. Peterson, and R. J. Richardson. 1998. "The risk of Parkinson's disease with exposure to pesticides, farming, well water, and rural living." *Neurology* 50 (5):1346-50. doi: 10.1212/wnl.50.5.1346.

Green, M. D., D. M. Freedman, and L. Gordis. 2011. "Reference Guide on Epidemiology." In *Reference Manual on Scientific Evidence. Third Edition*, edited by Federal Judicial Center and National Research Council of the National Academies, 549-632. Washington, D.C.: National Academies Press.

*CONFIDENTIAL – PARAQUAT LITIGATION*



Hantikainen, E., E. Roos, R. Bellocco, A. D'Antonio, A. Grotta, H. O. Adami, W. Ye, Y. Trolle Lagerros, and S. Bonn. 2022. "Dietary fat intake and risk of Parkinson disease: results from the Swedish National March Cohort." *Eur J Epidemiol*. doi: 10.1007/s10654-022-00863-8.

Heltshe, S. L., J. H. Lubin, S. Koutros, J. B. Coble, B. T. Ji, M. C. Alavanja, A. Blair, D. P. Sandler, C. J. Hines, K. W. Thomas, J. Barker, G. Andreotti, J. A. Hoppin, and L. E. Beane Freeman. 2012. "Using multiple imputation to assign pesticide use for non-responders in the follow-up questionnaire in the Agricultural Health Study." *J Expo Sci Environ Epidemiol* 22 (4):409-16. doi: 10.1038/jes.2012.31.

Hennekens, C. H. , and J. E.  Buring. 1987. *Epidemiology in Medicine*. Edited by S. L. Mayrent. Boston: Little Brown and Company.

Hernan, M. A., B. Takkouche, F. Caamano-Isorna, and J. J. Gestal-Otero. 2002. "A meta-analysis of coffee drinking, cigarette smoking, and the risk of Parkinson's disease." *Ann Neurol* 52 (3):276-84. doi: 10.1002/ana.10277.

Hertzman, C., M. Wiens, D. Bowering, B. Snow, and D. Calne. 1990. "Parkinson's disease: a case-control study of occupational and environmental risk factors." *Am J Ind Med* 17 (3):349-55. doi: 10.1002/ajim.4700170307.

Hertzman, C., M. Wiens, B. Snow, S. Kelly, and D. Calne. 1994. "A case-control study of Parkinson's disease in a horticultural region of British Columbia." *Mov Disord* 9 (1):69-75. doi: 10.1002/mds.870090111.

Higgins, J. P., and S. G. Thompson. 2002. "Quantifying heterogeneity in a meta-analysis." *Stat.Med.* 21 (11):1539-1558.

Hill, A. B. 1965. "The environment and disease: association or causation?" *Proc R Soc Med* 58:295-300.

Hirsch, L., N. Jette, A. Frolkis, T. Steeves, and T. Pringsheim. 2016. "The Incidence of Parkinson's Disease: A Systematic Review and Meta-Analysis." *Neuroepidemiology* 46 (4):292-300. doi: 10.1159/000445751.

Hong, C. T., L. Chan, and C. H. Bai. 2020. "The Effect of Caffeine on the Risk and Progression of Parkinson's Disease: A Meta-Analysis." *Nutrients* 12 (6). doi: 10.3390/nu12061860.

Hoppin, J. A. 2005. "Integrating measurements into epidemiologic studies in agriculture." *Scand J Work Environ Health* 31 Suppl 1:115-7; discussion 63-5.

Hoppin, J. A., F. Yucel, M. Dosemeci, and D. P. Sandler. 2002. "Accuracy of self-reported pesticide use duration information from licensed pesticide applicators in the Agricultural Health Study." *J Expo Anal Environ Epidemiol* 12 (5):313-8. doi: 10.1038/sj.jea.7500232.

Jiang, W., C. Ju, H. Jiang, and D. Zhang. 2014. "Dairy foods intake and risk of Parkinson's disease: a dose-response meta-analysis of prospective cohort studies." *Eur J Epidemiol* 29 (9):613-9. doi: 10.1007/s10654-014-9921-4.

Jimenez-Jimenez, F. J., H. Alonso-Navarro, E. Garcia-Martin, and J. A. G. Agundez. 2019. "Alcohol consumption and risk for Parkinson's disease: a systematic review and meta-analysis." *J Neurol* 266 (8):1821-1834. doi: 10.1007/s00415-018-9032-3.

Johns Hopkins Medicine. 2022. "Parkinson's Disease." https://www.hopkinsmedicine.org/health/conditions-and-diseases/parkinsons-disease.

Kafadar, K., ,. 2021. "Editorial: Statistical Significance, P-Values, and Replicability [pre-pub]." *The Annals of Applied Statistics*,,.



Kalia, L. V., and A. E. Lang. 2015. "Parkinson's disease." *Lancet* 386 (9996):896-912. doi: 10.1016/S0140-6736(14)61393-3.

Kamel, F., S. M. Goldman, D. M. Umbach, H. Chen, G. Richardson, M. R. Barber, C. Meng, C. Marras, M. Korell, M. Kasten, J. A. Hoppin, K. Comyns, A. Chade, A. Blair, G. S. Bhudhikanok, G. Webster Ross, J. William Langston, D. P. Sandler, and C. M. Tanner. 2014. "Dietary fat intake, pesticide use, and Parkinson's disease." *Parkinsonism Relat Disord* 20 (1):82-7. doi: 10.1016/j.parkreldis.2013.09.023.

Kamel, F., C. Tanner, D. Umbach, J. Hoppin, M. Alavanja, A. Blair, K. Comyns, S. Goldman, M. Korell, J. Langston, G. Ross, and D. Sandler. 2007. "Pesticide exposure and self-reported Parkinson's disease in the agricultural health study." *Am J Epidemiol* 165 (4):364-74. doi: 10.1093/aje/kwk024.

Kim, I. Y., E. J. O'Reilly, K. C. Hughes, X. Gao, M. A. Schwarzschild, M. T. Hannan, R. A. Betensky, and A. Ascherio. 2018. "Integration of risk factors for Parkinson disease in 2 large longitudinal cohorts." *Neurology* 90 (19):e1646-e1653. doi: 10.1212/WNL.0000000000005473.

Koller, W., B. Vetere-Overfield, C. Gray, C. Alexander, T. Chin, J. Dolezal, R. Hassanein, and C. Tanner. 1990. "Environmental risk factors in Parkinson's disease." *Neurology* 40 (8):1218-21. doi: 10.1212/wnl.40.8.1218.

Kuopio, A. M., R. J. Marttila, H. Helenius, and U. K. Rinne. 1999. "Environmental risk factors in Parkinson's disease." *Mov Disord* 14 (6):928-39. doi: 10.1002/1531-8257(199911)14:6<928::aid-mds1004>3.0.co;2-z.

Lee, P. C., Y. Bordelon, J. Bronstein, and B. Ritz. 2012. "Traumatic brain injury, paraquat exposure, and their relationship to Parkinson disease." *Neurology* 79 (20):2061-6. doi: 10.1212/WNL.0b013e3182749f28.

Li, F. J., H. F. Ji, and L. Shen. 2012. "A meta-analysis of tea drinking and risk of Parkinson's disease." *ScientificWorldJournal* 2012:923464. doi: 10.1100/2012/923464.

Lilienfeld, D. E., and P. D. Stolley. 1994. *Foundations of Epidemiology*. 3rd ed. New York: Oxford University Press.

Liou, H. H., M. C. Tsai, C. J. Chen, J. S. Jeng, Y. C. Chang, S. Y. Chen, and R. C. Chen. 1997. "Environmental risk factors and Parkinson's disease: a case-control study in Taiwan." *Neurology* 48 (6):1583-8. doi: 10.1212/wnl.48.6.1583.

Liu, R., X. Guo, Y. Park, X. Huang, R. Sinha, N. D. Freedman, A. R. Hollenbeck, A. Blair, and H. Chen. 2012. "Caffeine intake, smoking, and risk of Parkinson disease in men and women." *Am J Epidemiol* 175 (11):1200-7. doi: 10.1093/aje/kwr451.

Mandel, J. S., H. O. Adami, and P. Cole. 2012. "Paraquat and Parkinson's disease: an overview of the epidemiology and a review of two recent studies." *Regul Toxicol Pharmacol* 62 (2):385-92. doi: 10.1016/j.yrtph.2011.10.004.

Mappin-Kasirer, B., H. Pan, S. Lewington, J. Kizza, R. Gray, R. Clarke, and R. Peto. 2020. "Tobacco smoking and the risk of Parkinson disease: A 65-year follow-up of 30,000 male British doctors." *Neurology* 94 (20):e2132-e2138. doi: 10.1212/WNL.0000000000009437.

Marder, K., G. Logroscino, B. Alfaro, H. Mejia, A. Halim, E. Louis, L. Cote, and R. Mayeux. 1998. "Environmental risk factors for Parkinson's disease in an urban multiethnic community." *Neurology* 50 (1):279-81. doi: 10.1212/wnl.50.1.279.

*CONFIDENTIAL – PARAQUAT LITIGATION*



Martino, R., H. Candundo, P. V. Lieshout, S. Shin, J. A. G. Crispo, and C. Barakat-Haddad. 2017. "Onset and progression factors in Parkinson's disease: A systematic review." *Neurotoxicology* 61:132-141. doi: 10.1016/j.neuro.2016.04.003.

Maserejian, N., L. Vinikoor-Imler, and A. Dilley. 2020. "Estimation of the 2020 Global Population of Parkinson's Disease (PD) [abstract]." *Mov Disord* 35.

Mausner, J. S., and S. Kramer. 1985. *Epidemiology: An Introductory Text*. 2nd ed. Philadelphia: WB Saunders Company.

Mayo Clinic. 2022. "Parkinson's disease - Symptoms & causes." https://www.mayoclinic.org/diseases-conditions/parkinsons-disease/symptoms-causes/syc-20376055.

Moher, D., A. Liberati, J. Tetzlaff, and D. G. Altman. 2009. "Preferred reporting items for systematic reviews and meta-analyses: the PRISMA statement." *PLoS.Med.* 6 (7):e1000097.

Nicoletti, A., R. Vasta, G. Mostile, G. Nicoletti, G. Arabia, G. Iliceto, P. Lamberti, R. Marconi, L. Morgante, P. Barone, A. Quattrone, and M. Zappia. 2017. "Gender effect on non-motor symptoms in Parkinson's disease: are men more at risk?" *Parkinsonism Relat Disord* 35:69-74. doi: 10.1016/j.parkreldis.2016.12.008.

NIH National Institute of Environmental Health Sciences. 2022. "Parkinson's Disease." https://www.niehs.nih.gov/health/topics/conditions/parkinson/index.cfm.

Noyce, A. J., J. P. Bestwick, L. Silveira-Moriyama, C. H. Hawkes, G. Giovannoni, A. J. Lees, and A. Schrag. 2012. "Meta-analysis of early nonmotor features and risk factors for Parkinson disease." *Ann Neurol* 72 (6):893-901. doi: 10.1002/ana.23687.

Ntzani, E. E., M. Chondrogiorgi, G. Ntritsos, E. Evangelou, and I. Tzoulaki. 2013. Literature review on epidemiological studies linking exposures to pesticides and health effects. EFSA supporting publication.

Okubo, H., Y. Miyake, S. Sasaki, K. Murakami, K. Tanaka, W. Fukushima, C. Kiyohara, Y. Tsuboi, T. Yamada, T. Oeda, H. Shimada, N. Kawamura, N. Sakae, H. Fukuyama, Y. Hirota, M. Nagai, and Group Fukuoka Kinki Parkinson's Disease Study. 2012. "Dietary patterns and risk of Parkinson's disease: a case-control study in Japan." *Eur J Neurol* 19 (5):681-8. doi: 10.1111/j.1468-1331.2011.03600.x.

Parkinson's Foundation. 2022a. "Conditions that Mimic Parkinson's." https://www.parkinson.org/Understanding-Parkinsons/Diagnosis/Conditions-that-Mimic-Parkinsons.

Parkinson's Foundation. 2022b. "Diagnosis." accessed March 2022. https://www.parkinson.org/Understanding-Parkinsons/Diagnosis.

Parkinson's Foundation. 2022c. "Parkinson's Disease: Statistics." https://www.parkinson.org/Understanding-Parkinsons/Statistics.

Pesch, B., B. Kendzia, P. Gustavsson, K. H. Jockel, G. Johnen, H. Pohlabeln, A. Olsson, W. Ahrens, I. M. Gross, I. Bruske, H. E. Wichmann, F. Merletti, L. Richiardi, L. Simonato, C. Fortes, J. Siemiatycki, M. E. Parent, D. Consonni, M. T. Landi, N. Caporaso, D. Zaridze, A. Cassidy, N. Szeszenia-Dabrowska, P. Rudnai, J. Lissowska, I. Stucker, E. Fabianova, R. S. Dumitru, V. Bencko, L. Foretova, V. Janout, C. M. Rudin, P. Brennan, P. Boffetta, K. Straif, and T. Bruning. 2012. "Cigarette smoking and lung cancer--relative risk estimates for the major histological types from a pooled analysis of case-control studies." *Int J Cancer* 131 (5):1210-9. doi: 10.1002/ijc.27339.



Peters, S., V. Gallo, P. Vineis, L. T. Middleton, L. Forsgren, C. Sacerdote, S. Sieri, A. Kyrozis, M. D. Chirlaque, R. Zamora-Ros, O. Hansson, J. Petersson, V. Katzke, T. Kühn, O. Mokoroa, G. Masala, E. Ardanaz, S. Panico, M. M. Bergmann, T. J. Key, E. Weiderpass, P. Ferrari, and R. Vermeulen. 2020. "Alcohol Consumption and Risk of Parkinson's Disease: Data From a Large Prospective European Cohort." *Mov Disord* 35 (7):1258-1263. doi: 10.1002/mds.28039.

Pezzoli, G., and E. Cereda. 2013. "Exposure to pesticides or solvents and risk of Parkinson disease." *Neurology* 80 (22):2035-41. doi: 10.1212/WNL.0b013e318294b3c8.

Pouchieu, C., C. Piel, C. Carles, A. Gruber, C. Helmer, S. Tual, E. Marcotullio, P. Lebailly, and I. Baldi. 2018. "Pesticide use in agriculture and Parkinson's disease in the AGRICAN cohort study." *Int J Epidemiol* 47 (1):299-310. doi: 10.1093/ije/dyx225.

Priyadarshi, A., S. A. Khuder, E. A. Schaub, and S. S. Priyadarshi. 2001. "Environmental risk factors and Parkinson's disease: a metaanalysis." *Environ Res* 86 (2):122-7. doi: 10.1006/enrs.2001.4264.

Qi, H., and S. Li. 2014. "Dose-response meta-analysis on coffee, tea and caffeine consumption with risk of Parkinson's disease." *Geriatr Gerontol Int* 14 (2):430-9. doi: 10.1111/ggi.12123.

Qu, Y., X. Chen, M. M. Xu, and Q. Sun. 2019. "Relationship between high dietary fat intake and Parkinson's disease risk: a meta-analysis." *Neural Regen Res* 14 (12):2156-2163. doi: 10.4103/1673-5374.262599.

Rinsky, J. L., D. B. Richardson, S. Wing, J. D. Beard, M. Alavanja, L. E. Beane Freeman, H. Chen, P. K. Henneberger, F. Kamel, D. P. Sandler, and J. A. Hoppin. 2017. "Assessing the Potential for Bias From Nonresponse to a Study Follow-up Interview: An Example From the Agricultural Health Study." *Am J Epidemiol* 186 (4):395-404. doi: 10.1093/aje/kwx098.

Ritz, B. R., A. D. Manthripragada, S. Costello, S. J. Lincoln, M. J. Farrer, M. Cockburn, and J. Bronstein. 2009. "Dopamine transporter genetic variants and pesticides in Parkinson's disease." *Environ Health Perspect* 117 (6):964-9. doi: 10.1289/ehp.0800277.

Rong, S., G. Xu, B. Liu, Y. Sun, L. G. Snetselaar, R. B. Wallace, B. Li, J. Liao, and W. Bao. 2021. "Trends in Mortality From Parkinson Disease in the United States, 1999-2019." *Neurology* 97 (20):e1986-e1993. doi: 10.1212/WNL.0000000000012826.

Rothman, K. J., S. Greenland, and T. L. Lash. 2008. *Modern Epidemiology*. Third ed. Philadelphia: Lippincott Williams & Wilkins.

Rugbjerg, K., M. A. Harris, H. Shen, S. A. Marion, J. K. Tsui, and K. Teschke. 2011. "Pesticide exposure and risk of Parkinson's disease--a population-based case-control study evaluating the potential for recall bias." *Scand J Work Environ Health* 37 (5):427-36. doi: 10.5271/sjweh.3142.

Rybicki, B. A., C. C. Johnson, E. L. Peterson, G. X. Kortsha, and J. M. Gorell. 1999. "A family history of Parkinson's disease and its effect on other PD risk factors." *Neuroepidemiology* 18 (5):270-8. doi: 10.1159/000026222.

Sanders, L. H., K. C. Paul, E. H. Howlett, H. Lawal, S. Boppana, J. M. Bronstein, B. Ritz, and J. T. Greenamyre. 2017. "Editor's Highlight: Base Excision Repair Variants and Pesticide Exposure Increase Parkinson's Disease Risk." *Toxicol Sci* 158 (1):188-198. doi: 10.1093/toxsci/kfx086.

Schlesselman, J. J. 1982. *Case-Control Studies: Design, Conduct, Analysis.* New York: Oxford University Press.



Seidler, A., W. Hellenbrand, B. P. Robra, P. Vieregge, P. Nischan, J. Joerg, W. H. Oertel, G. Ulm, and E. Schneider. 1996. "Possible environmental, occupational, and other etiologic factors for Parkinson's disease: a case-control study in Germany." *Neurology* 46 (5):1275-84. doi: 10.1212/wnl.46.5.1275.

Semchuk, K. M., E. J. Love, and R. G. Lee. 1992. "Parkinson's disease and exposure to agricultural work and pesticide chemicals." *Neurology* 42 (7):1328-35. doi: 10.1212/wnl.42.7.1328.

Shao, C., X. Wang, P. Wang, H. Tang, J. He, and N. Wu. 2021. "Parkinson's Disease Risk and Alcohol Intake: A Systematic Review and Dose-Response Meta-Analysis of Prospective Studies." *Front Nutr* 8:709846. doi: 10.3389/fnut.2021.709846.

Shrestha, S., C. G. Parks, D. M. Umbach, M. Richards-Barber, J. N. Hofmann, H. Chen, A. Blair, L. E. Beane Freeman, and D. P. Sandler. 2020. "Pesticide use and incident Parkinson's disease in a cohort of farmers and their spouses." *Environ Res* 191:110186. doi: 10.1016/j.envres.2020.110186.

Strikwerda, A. J., L. J. Dommershuijsen, M. K. Ikram, and T. Voortman. 2021. "Diet Quality and Risk of Parkinson's Disease: The Rotterdam Study." *Nutrients* 13 (11). doi: 10.3390/nu13113970.

Stroup, D. F., J. A. Berlin, S. C. Morton, I. Olkin, G. D. Williamson, D. Rennie, D. Moher, B. J. Becker, T. A. Sipe, and S. B. Thacker. 2000. "Meta-analysis of observational studies in epidemiology: a proposal for reporting. Meta-analysis Of Observational Studies in Epidemiology (MOOSE) group." *JAMA.* 283 (15):2008-2012.

Szklo, M., and F. Javier Nieto. 2007. *Epidemiology: beyond the basics*. 2nd ed. Sudbury, Mass.: Jones and Bartlett Publishers.

Tangamornsuksan, W., O. Lohitnavy, R. Sruamsiri, N. Chaiyakunapruk, C. Norman Scholfield, B. Reisfeld, and M. Lohitnavy. 2019. "Paraquat exposure and Parkinson's disease: A systematic review and meta-analysis." *Arch Environ Occup Health* 74 (5):225-238. doi: 10.1080/19338244.2018.1492894.

Tanner, C. M., F. Kamel, G. W. Ross, J. A. Hoppin, S. M. Goldman, M. Korell, C. Marras, G. S. Bhudhikanok, M. Kasten, A. R. Chade, K. Comyns, M. B. Richards, C. Meng, B. Priestley, H. H. Fernandez, F. Cambi, D. M. Umbach, A. Blair, D. P. Sandler, and J. W. Langston. 2011. "Rotenone, paraquat, and Parkinson's disease." *Environ Health Perspect* 119 (6):866-72. doi: 10.1289/ehp.1002839.

Tanner, C. M., G. W. Ross, S. A. Jewell, R. A. Hauser, J. Jankovic, S. A. Factor, S. Bressman, A. Deligtisch, C. Marras, K. E. Lyons, G. S. Bhudhikanok, D. F. Roucoux, C. Meng, R. D. Abbott, and J. W. Langston. 2009. "Occupation and risk of parkinsonism: a multicenter case-control study." *Arch Neurol* 66 (9):1106-13. doi: 10.1001/archneurol.2009.195.

Tarone, R. E., M. C. Alavanja, S. H. Zahm, J. H. Lubin, D. P. Sandler, S. B. McMaster, N. Rothman, and A. Blair. 1997. "The Agricultural Health Study: factors affecting completion and return of self-administered questionnaires in a large prospective cohort study of pesticide applicators." *Am J Ind Med* 31 (2):233-42. doi: 10.1002/(sici)1097-0274(199702)31:2<233::aid-ajim13>3.0.co;2-2.

Thomas, K. W., M. Dosemeci, J. B. Coble, J. A. Hoppin, L. S. Sheldon, G. Chapa, C. W. Croghan, P. A. Jones, C. E. Knott, C. F. Lynch, D. P. Sandler, A. E. Blair, and M. C. Alavanja. 2010. "Assessment of a pesticide exposure intensity algorithm in the

*CONFIDENTIAL – PARAQUAT LITIGATION*



agricultural health study." *J Expo Sci Environ Epidemiol* 20 (6):559-69. doi: 10.1038/jes.2009.54.

Togawa, K., M. E. Leon, P. Lebailly, L. E. Beane Freeman, K. C. Nordby, I. Baldi, E. MacFarlane, A. Shin, S. Park, R. T. Greenlee, T. Sigsgaard, I. Basinas, J. N. Hofmann, K. Kjaerheim, J. Douwes, R. Denholm, G. Ferro, M. R. Sim, H. Kromhout, and J. Schuz. 2021. "Cancer incidence in agricultural workers: Findings from an international consortium of agricultural cohort studies (AGRICOH)." *Environ Int* 157:106825. doi: 10.1016/j.envint.2021.106825.

Tomenson, J. A., and C. Campbell. 2011. "Mortality from Parkinson's disease and other causes among a workforce manufacturing paraquat: a retrospective cohort study." *BMJ Open* 1 (2):e000283. doi: 10.1136/bmjopen-2011-000283.

Tomenson, J. A., and C. Campbell. 2021. "Mortality from Parkinson's disease and other causes among a workforce manufacturing paraquat: an updated retrospective cohort study." *J Occup Med Toxicol* 16 (1):20. doi: 10.1186/s12995-021-00309-z.

Torti, M., C. Fossati, M. Casali, M. F. De Pandis, P. Grassini, F. G. Radicati, P. Stirpe, L. Vacca, I. Iavicoli, V. Leso, M. Ceppi, M. Bruzzone, S. Bonassi, and F. Stocchi. 2020. "Effect of family history, occupation and diet on the risk of Parkinson disease: A case-control study." *PLoS One* 15 (12):e0243612. doi: 10.1371/journal.pone.0243612.

USEPA Office of Chemical Safety and Pollution Prevention. 2019a. Paraquat Dichloride: Draft Human Health Risk Assessment in Support of Registration Review.

USEPA Office of Chemical Safety and Pollution Prevention. 2019b. Paraquat Dichloride: Systematic review of the literature to evaluate the relationship between paraquat dichloride exposure and Parkinson's disease.

Vaccari, C., R. El Dib, H. Gomaa, L. C. Lopes, and J. L. de Camargo. 2019. "Paraquat and Parkinson's disease: a systematic review and meta-analysis of observational studies." *J Toxicol Environ Health B Crit Rev* 22 (5-6):172-202. doi: 10.1080/10937404.2019.1659197.

Van Den Eeden, S. K., C. M. Tanner, A. L. Bernstein, R. D. Fross, A. Leimpeter, D. A. Bloch, and L. M. Nelson. 2003. "Incidence of Parkinson's disease: variation by age, gender, and race/ethnicity." *Am J Epidemiol* 157 (11):1015-22. doi: 10.1093/aje/kwg068.

van der Mark, M., M. Brouwer, H. Kromhout, P. Nijssen, A. Huss, and R. Vermeulen. 2012. "Is pesticide use related to Parkinson disease? Some clues to heterogeneity in study results." *Environ Health Perspect* 120 (3):340-7. doi: 10.1289/ehp.1103881.

van der Mark, M., R. Vermeulen, P. C. Nijssen, W. M. Mulleners, A. M. Sas, T. van Laar, M. Brouwer, A. Huss, and H. Kromhout. 2014. "Occupational exposure to pesticides and endotoxin and Parkinson disease in the Netherlands." *Occup Environ Med* 71 (11):757-64. doi: 10.1136/oemed-2014-102170.

Van Maele-Fabry, G., P. Hoet, F. Vilain, and D. Lison. 2012. "Occupational exposure to pesticides and Parkinson's disease: a systematic review and meta-analysis of cohort studies." *Environ Int* 46:30-43. doi: 10.1016/j.envint.2012.05.004.

von Elm, E., D. G. Altman, M. Egger, S. J. Pocock, P. C. Gotzsche, and J. P. Vandenbroucke. 2007. "The Strengthening the Reporting of Observational Studies in Epidemiology (STROBE) statement: guidelines for reporting observational studies." *PLoS.Med.* 4 (10):e296.

Walker, E., A. V. Hernandez, and M. W. Kattan. 2008. "Meta-analysis: Its strengths and limitations." *Cleve.Clin J Med.* 75 (6):431-439.



Wang, A., S. Costello, M. Cockburn, X. Zhang, J. Bronstein, and B. Ritz. 2011. "Parkinson's disease risk from ambient exposure to pesticides." *Eur J Epidemiol* 26 (7):547-55. doi: 10.1007/s10654-011-9574-5.

Weed, D. L. 2021. "Does paraquat cause Parkinson's disease? A review of reviews." *Neurotoxicology* 86:180-184. doi: 10.1016/j.neuro.2021.08.006.

Wirdefeldt, K., H. O. Adami, P. Cole, D. Trichopoulos, and J. Mandel. 2011. "Epidemiology and etiology of Parkinson's disease: a review of the evidence." *Eur J Epidemiol* 26 Suppl 1:S1-58. doi: 10.1007/s10654-011-9581-6.

Wirdefeldt, K., M. Gatz, Y. Pawitan, and N. L. Pedersen. 2005. "Risk and protective factors for Parkinson's disease: a study in Swedish twins." *Ann Neurol* 57 (1):27-33. doi: 10.1002/ana.20307.

Wong, G. F., C. S. Gray, R. S. Hassanein, and W. C. Koller. 1991. "Environmental risk factors in siblings with Parkinson's disease." *Arch Neurol* 48 (3):287-9. doi: 10.1001/archneur.1991.00530150055018.

Wooten, G. F., L. J. Currie, V. E. Bovbjerg, J. K. Lee, and J. Patrie. 2004. "Are men at greater risk for Parkinson's disease than women?" *J Neurol Neurosurg Psychiatry* 75 (4):637-9. doi: 10.1136/jnnp.2003.020982.

World Health Organization (WHO). 2006. Neurological Disorders - Public Health Challenges.

Wright, J. M., and J. Keller-Byrne. 2005. "Environmental determinants of Parkinson's disease." *Arch Environ Occup Health* 60 (1):32-8. doi: 10.3200/aeoh.60.1.32-38.

Wright Willis, A., B. A. Evanoff, M. Lian, S. R. Criswell, and B. A. Racette. 2010. "Geographic and ethnic variation in Parkinson disease: a population-based study of US Medicare beneficiaries." *Neuroepidemiology* 34 (3):143-51. doi: 10.1159/000275491.

Zhang, D., H. Jiang, and J. Xie. 2014. "Alcohol intake and risk of Parkinson's disease: a meta-analysis of observational studies." *Mov Disord* 29 (6):819-22. doi: 10.1002/mds.25863.

Additional Materials Considered

Expert Report of Martin Wells, Ph.D., dated October 13, 2022.

Transcript of Deposition of Martin Wells, Ph.D., dated November 8, 2022.

Expert Report of Michael Siegel, M.D., dated October 13, 2022.

Transcript of Deposition of Michael Siegel, M.D., dated November 18, 2022.

Expert Report of C. Warren Olanow, M.D., dated January 20, 2023.

# Exhibit A



# DOMINIK D. ALEXANDER, PhD, MSPH

## PROFESSIONAL PROFILE

*T: 630-390-8190*
*Email: dalexander@metamethodhealth.com*
*San Diego County, California*

## Principal Epidemiologist

Dr. Alexander, PhD, MSPH, has extensive experience in health research methodology and disease causation assessments, particularly in the conceptualization, design, analysis, and interpretation of epidemiologic studies. He is a leading expert in meta-analysis methodology. He has published on a diverse range of topics and types of studies, including original epidemiologic research, qualitative reviews, systematic weight-of-evidence assessments, and quantitative meta-analyses. Because of his expertise in research methodology, Dr. Alexander has served as principal investigator on numerous projects involving a wide variety of exposures and health outcomes. His research areas include, but are not limited to: occupational and environmental exposures, such as asbestos, benzene, solvents, pesticides, and perfluorinated compounds; community health studies and cluster investigations involving air, water, and soil exposures; clinical, pharmacoepidemiology, and medical device studies including clinical trial data evaluations. In addition, Dr. Alexander has extensive experience in nutritional epidemiology and has conducted systematic reviews and meta-analyses of dietary and nutritional factors and cancer, cardiovascular disease, type 2 diabetes, hypertension, and body composition. His work in this area has involved studies of dietary patterns, intake of whole foods, and dietary supplements, such as meat and fat intake, dairy and egg consumption, breakfast eating, multivitamin and mineral supplements, fish oil, caffeine, coffee, and infant formula.

Dr. Alexander has over 210 peer-reviewed manuscripts, professional presentations, published abstracts, and book chapters. He frequently presents on the understanding and interpretation of epidemiologic evidence in a variety of professional venues, such as national conventions, scientific conferences, and governmental regulatory forums. Dr. Alexander serves on the editorial boards of the American Journal of Clinical Nutrition, PLOS ONE, and Frontiers in Nutrition Methodology. In addition, he has served on scientific committees and scientific advisory groups. Dr. Alexander was awarded a National Cancer Institute Fellowship for Cancer Prevention and Control to complete his doctorate in epidemiology, and was the 2010 recipient of the UAB School of Public Health alumnus award for scientific excellence, based on recognition of his "significant scientific contributions through demonstrated commitment and exemplary leadership in empirical research, research methodology, or theory building or adaptation." Dr. Alexander is a former Visiting Professor of Epidemiology at the University of Copenhagen in Copenhagen, Denmark, and is currently an Affiliate Associate Professor at Colorado State University.

Dominik D. Alexander

December 2022

MetaMethod

# Dominik D. Alexander, PhD, MSPH

## Curriculum Vitae

*T: 630-390-8190*

*Email: dalexander@metamethodhealth.com*

*San Diego County, California*

## Education

| | |
|---|---|
| 2004 | Ph.D., Epidemiology, University of Alabama-Birmingham School of Public Health |
| | Concentration in cancer epidemiology |
| 2001 | M.S.P.H., Epidemiology and Biostatistics, University of South Florida College of Public Health |
| | Concentration in analytical methodology |
| 1997 | B.A.S., Community Public Health, University of Minnesota |
| | Minors in chemistry, mathematics, and psychology |

## Employment

| | |
|---|---|
| 2019-Present | President and Principal Epidemiologist, MetaMethod, San Diego County, California |
| 2014–2018 | Principal Epidemiologist and Office Director, EpidStat Institute, Ann Arbor, Michigan |
| 2004–2014 | Principal Epidemiologist, Exponent Inc. Health Sciences, Chicago, Illinois and Boulder, Colorado |
| 2001–2004 | Research Assistant, University of Alabama-Birmingham, Department of Epidemiology and Department of Pathology, National Cancer Institute Cancer Prevention and Control Fellowship, Birmingham, Alabama |
| 2000–2001 | Research Assistant, Moffitt Cancer Center, Department of Radiology, Digital Medical Imaging Program, Tampa, Florida |
| 2000–2001 | Teaching Assistant, Advanced Epidemiology Methods, Department of Epidemiology and Biostatistics, University of South Florida |

## Academic Appointments and Responsibilities

| | |
|---|---|
| 2022 | American College of Epidemiology; 2022 ACE Annual Meeting, selected as abstract reviewer |
| 2020 | Shiraz University of Medical Sciences, Shiraz, Iran; Internal peer review, Intake of Various Food Groups and Risk of Breast Cancer: A Systematic Review and Dose-Response Meta-Analysis of Prospective Studies |

Dominik D. Alexander

December 2022

| 2020 | Internship Preceptor, University of Wisconsin, Criminal Justice/Legal Studies program |
| 2019-present | Affiliate Associate Professor, Department of Animal Sciences, Colorado State University |
| 2018 | Internship Preceptor, University of Michigan, Department of Epidemiology |
| 2018 | Epidemiology Department Internship Poster Session, Nov. 2, 2018; University of Michigan Department of Public Health |
| 2016–2019 | Visiting Professor, Department of Nutrition, Exercise and Sports, Faculty of Science, University of Copenhagen, Denmark |

## Honors and Awards

| 2020 | Mayo Clinic Proceedings *Highly Cited Author* award for 2020: *A Meta-Analysis of Randomized Controlled Trials and Prospective Cohort Studies of Eicosapentaenoic and Docosahexaenoic Long-Chain Omega-3 Fatty Acids and Coronary Heart Disease Risk* [Second Award] |
| 2019 | Mayo Clinic Proceedings *Highly Cited Author* award for 2019: *A Meta-Analysis of Randomized Controlled Trials and Prospective Cohort Studies of Eicosapentaenoic and Docosahexaenoic Long-Chain Omega-3 Fatty Acids and Coronary Heart Disease Risk* |
| 2019 | PLOS ONE: Top 10% most cited author 2015 |
| 2018 | Appointed to the editorial board of PLOS ONE |
| 2017 | Most read article 2016: *Meta-analysis of egg consumption and risk of coronary heart disease and stroke*; Journal of the American College of Nutrition |
| 2016 | Most read article 2015: *Red Meat and Colorectal Cancer: A Quantitative Update on the State of the Epidemiologic Science*; Journal of the American College of Nutrition |
| 2015 | Appointed to the editorial board of the American Journal of Clinical Nutrition |
| 2013 | Certificate of Achievement, Decker Communication Training |
| 2010 | UAB School of Public Health Alumnus Award for Scientific Excellence |
| 2010 | MDLinx Featured Article |
| 2001–2004 | National Cancer Institute Cancer Fellowship, Cancer Prevention and Control Training Program, University of Alabama-Birmingham |
| 2003 | William C. Bailey Award for Excellence in Cancer Prevention and Control Research, UAB Comprehensive Cancer Center Annual Research Retreat |
| 2002 | Lifetime Member of MENSA High Intelligence Society |
| 2000–2001 | Academic Fellowship, University of South Florida |

## Professional Organizations

2009–Present  American Society of Nutrition (ASN)

2005–Present  Society for Epidemiologic Research (SER)

2003–Present  American College of Epidemiology (ACE)

2011–2013   International Society of Pharmacoepidemiology (ISPE)

2005–2008   International Society for Environmental Epidemiology (ISEE)

2005–2008   American Public Health Association (APHA)

1999–2001   Infectious Disease Association (IDSA)

## Primary Areas of Expertise

Meta-analysis methodology

Systematic reviews and weight-of-evidence assessments

Disease causation assessments

Occupational and environmental epidemiology

Nutritional epidemiology

Community health studies and alleged cluster evaluations

Clinical trial support

Chronic diseases, including cancer, cardiovascular disease, and type 2 diabetes

Dietary and lifestyle factors, such as food and supplement intake, smoking behaviors, body weight, and physical activity

Public speaking with a focus on interpreting and articulating epidemiologic evidence

## Editorial Boards

2018-Present  Editorial Board, *PLOS ONE*

2017       Guest Editor, *Nutrients*

2015-Present  Editorial Board, *American Journal of Clinical Nutrition*

2014–Present  Associate Editor, *Frontiers in Nutrition Methodology*

Dominik D. Alexander

December 2022

## Peer Reviewer (Abridged List)

*American Journal of Clinical Nutrition*

*American Journal of Epidemiology*

*Epidemiology*

*Journal of the National Cancer Institute*

*Annals of Oncology*

*Regulatory Toxicology and Pharmacology*

*Nutrition and Cancer*

*Public Health Nutrition*

*Journal of Food Composition and Analysis*

*Risk Assessment*

*Cancer*

*Cancer Epidemiology Biomarkers and Prevention*

*American Journal of Preventive Medicine*

*European Journal of Cancer Prevention*

*Obesity*

*Southern Medical Journal*

*International Journal of Cancer*

*Journal of Women's Health*

*British Journal of Cancer*

## Peer-Reviewed Publications

1. Cohen SS, Bylsma LC, Movva N, Alexander DD. Theoretical Attributable Risk Analysis and Disability Adjusted Life Years (DALYs) Based on Increased Dairy Consumption. BMC Public Health. 2022 (in-press).

2. Alexander DD, Pastula ST, Riordan AS. Epidemiology of lung cancer among acrylonitrile-exposed study populations: A meta-analysis. Regul Toxicol Pharmacology. 2021 Feb 19;122:104896. doi: 10.1016/j.yrtph.2021.104896. Online ahead of print.

3. Levin-Sparenberg E, Bylsma LC, Lowe K, Sangare L, Fryzek JP, Alexander DD. A Systematic Literature Review and Meta-Analysis Describing the Prevalence of KRAS, NRAS, and BRAF Gene Mutations in Metastatic Colorectal Cancer. Gastroenterology Res. 2020 Oct;13(5):184-198. doi: 10.14740/gr1167. Epub 2020 Oct 8.

Dominik D. Alexander

December 2022

4.  Händel MN, Rohde JF, Jacobsen R, Nielsen SM, Christensen R, Alexander DD, Frederiksen P, Heitmann BL. Processed meat intake and incidence of colorectal cancer: a systematic review and meta-analysis of prospective observational studies. Eur J Clin Nutr. 2020 Aug;74(8):1132-1148. doi: 10.1038/s41430-020-0576-9. Epub 2020 Feb 6.

5.  Bylsma LC, Dean R, Lowe K, Sangaré L, Alexander DD, Fryzek JP. The incidence of infusion reactions associated with monoclonal antibody drugs targeting the epidermal growth factor receptor in metastatic colorectal cancer patients: A systematic literature review and meta-analysis of patient and study characteristics. Cancer Med. 2019 Aug 3. doi: 10.1002/cam4.2413.

6.  Cohen SS, Alexander DD, Krebs NF, Young BE, Cabana MD, Erdmann P, Hays NP, Bezold C, Levin-Sparenberg E, Turini M, Saavedra J.  Factors Associated with breastfeeding initiation and continuation:  A Meta-Analysis. J Pediatr. 2018 Dec;203:190-196.e21

7.  Fryzek JP, Reichert H, Summers N, Townes L, Deuson R, Alexander DD, Vanderpuye-Orgle J. Indirect treatment comparison of cabazitaxel for patients with metastatic castrate-resistant prostate cancer who have been previously treated with a docetaxel-containing regimen. PLoS One. 2018 Apr 11;13(4):e0195790.

8.  Alexander DD. In Reply I - Prescribing More Stringent Design of Randomized Clinical Trials of Omega-3 Polyunsaturated Fatty Acids. Mayo Clinic Proceedings 2017 Jun;92(6):1006-1007.

9.  Alexander DD, Miller PE, van Elswyk M, Kuratko C, Bylsma L. A Meta-Analysis of Randomized Controlled Trials and Prospective Cohort Studies of Eicosapentaenoic and Docosahexaenoic Long Chain Omega-3 Fatty Acids and Coronary Heart Disease Risk. Mayo Clinic Proceedings 2017 Jan;92(1):15-29.

10.  Alexander DD, Miller PE, Vargas A, Weed DL, Cohen SS. Meta-analysis of egg consumption and risk of coronary heart disease and stroke. J Am Coll Nutr. 2016 Nov-Dec;35(8): 704-716.

11.  Alexander DD, Yan J, Bylsma LC, Northington RS, Grathwohl D, Steenhout P, Erdmann P, Spivey-Krobath E, Haschke F. Growth of infants consuming whey-predominant term infant formulas with a protein content of 1.8 g/100 kcal: a multicenter pooled analysis of individual participant data. Am J Clin Nutr. 2016 Oct;104(4):1083-1092.

12.  Maki KC, Guyton JR, Orringer CE, Hamilton-Craig I, Alexander DD, Davidson MH. Triglyceride-lowering therapies reduce cardiovascular disease event risk in subjects with hypertriglyceridemia. J Clin Lipidol. 2016 Jul-Aug;10(4):905-14.

13.  Garabrant DH, Alexander DD, Miller PE, Fryzek JP, Boffetta P, Teta MJ, Hessel PA, Craven VA, Kelsh MA, Goodman M. Response to Kay Teschke. Re: Mesothelioma among Motor Vehicle Mechanics: An Updated Review and Meta-analysis. Ann Occup Hyg. 2016 Oct;60(8):1036-7.

14.  Alexander DD, Bylsma LC, Elkayam L, Nguyen DL. Nutritional and health benefits of semi-elemental diets: A comprehensive summary of the literature. World J Gastrointest Pharmacol Ther. 2016 May 6;7(2):306-19.

15.  J Fryzek, D Alexander, N Summers, J Fraysse, H Reichert, L Townes, J Vanderpuye-Orgle. Indirect Treatment Comparison Of Cabazitaxel For Patients With Metastatic Castration-Resistant Prostate Cancer Who Have Been Previously Treated With A Docetaxel-Containing Regimen. Value in Health. 2016 May 19(3): A139-A140.

16. Alexander DD, Weed DL. On the need for improved methodologic quality of published reviews. Am J Clin Nutr. 2016 Mar;103(3):683-4.

17. Alexander DD, Bylsma LC, Vargas AJ, Cohen SS, Doucette A, Mohamed M, Irvin SR, Miller PE, Watson H, Fryzek JP. Dairy Consumption and Cardiovascular Disease: A Systematic Review and Meta-Analysis. Br J Nutr. 2016 Feb;115(4):737-50.

18. Garabrant DH, Alexander DD, Miller PE, Fryzek JP, Boffetta P, Teta MJ, Hessel PA, Craven VA, Kelsh MA, Goodman M. Mesothelioma among Motor Vehicle Mechanics: An Updated Review and Meta-analysis. Ann Occup Hyg. 2016 Jan;60(1):8-26.

19. Weaver CM, Alexander DD, Boushey CJ, Dawson-Hughes B, Lappe JM, LeBoff MS, Liu S, Looker AC, Wallace TC, Wang DD. Calcium plus vitamin D supplementation and risk of fractures: an updated meta-analysis from the National Osteoporosis Foundation. Osteoporos Int. 2016 Jan;27(1):367-76.

20. Bylsma LC, Alexander DD. A review and meta-analysis of prospective studies of red and processed meat, meat cooking methods, heme iron, heterocyclic amines and prostate cancer. Nutr J. 2015 Dec 21;14(1):125.

21. Alexander DD, Weed DL, Miller PE, Mohamed MA. 2015. Red Meat and Colorectal Cancer: A Quantitative Update on the State of the Epidemiologic Science, J Am Coll Nutr. 2015 Nov-Dec;34(6):521-43

22. Alexander DD, Bassett JK, Weed DL, Barrett EC, Watson H, Harris W. Meta-Analysis of Long-Chain Omega-3 Polyunsaturated Fatty Acids (LCω-3PUFA) and prostate cancer, Nutr Cancer. 2015;67(4):543-54

23. Yurko-Mauro K, Alexander DD, Van Elswyk ME. 2015. Docosahexaenoic Acid and Adult Memory: A Systematic Review and Meta-Analysis. PLoS One. 2015 Mar 18;10(3).

24. Alexander DD, Jiang X, Bylsma LC, Garabrant DH, Irvin SR, Fryzek JP. Historical cancer incidence and mortality assessment in an Illinois community proximal to a former manufactured gas plant. BMJ Open. 2014 Dec 22;4(12).

25. Veruva SY, Steinbeck MJ, Toth J, Alexander DD, Kurtz SM. 2014. Which Design and Biomaterial Factors Affect Clinical Wear Performance of Total Disc Replacements? A Systematic Review. Clin Orthop Relat Res. 2014 Dec;472(12):3759-69

26. Tsuji JS, Perez V, Garry MR, Alexander DD. 2014. Association of low-level arsenic exposure in drinking water with cardiovascular disease: A systematic review and risk assessment. Toxicology 323:78-94.

27. Tsuji JS, Alexander DD, Perez V, Mink PJ. 2014. Arsenic exposure and bladder cancer: quantitative assessment of studies in human populations to detect risks at low doses. Toxicology 317:17-30.

28. Miller PE, Alexander DD, Perez V. 2014. Effects of whey protein and resistance exercise on body composition: a meta-analysis of randomized controlled trials. J Am Coll Nutr 33:163-175.

29. Schmier JK, Miller PE, Levine JA, Perez V, Maki KC, Rains TM, Devareddy L, Sanders LM, Alexander DD. 2014. Cost savings of reduced constipation rates attributed to increased dietary

fiber intakes: a decision-analytic model. BMC Public Health 14:374. doi: 10.1186/1471-2458-14-374.:374-14.

30. Miller PE, Van EM, Alexander DD. 2014. Long-chain omega-3 fatty acids eicosapentaenoic acid and docosahexaenoic acid and blood pressure: a meta-analysis of randomized controlled trials. Am J Hypertens 27:885-896.

31. Miller PE, Alexander DD, Weed DL. 2014. Uncertainty of Results in Nutritional Epidemiology. Nutrition Today 49:147-152.

32. Alexander DD. 2013. No association between meat intake and mortality in Asian countries. Am J Clin Nutr 98:865-866.

33. Huhmann MB, Perez V, Alexander DD, Thomas DR. 2013. A self-completed nutrition screening tool for community-dwelling older adults with high reliability: a comparison study. J Nutr Health Aging 17:339-344.

34. Goswami E, Craven V, Dahlstrom DL, Alexander DD, Mowat F. 2013. Domestic asbestos exposure: a review of epidemiologic and exposure data. Int J Environ Res Public Health 10:5629-5670.

35. Alexander DD, Bailey WH, Perez V, Mitchell ME, Su S. 2013. Air ions and respiratory function outcomes: a comprehensive review. J Negat Results Biomed 12:14. doi: 10.1186/1477-5751-12-14.:14-12.

36. Perez V, Alexander DD, Bailey WH. 2013. Air ions and mood outcomes: a review and meta-analysis. BMC Psychiatry 13:29. doi: 10.1186/1471-244X-13-29.:29-13.

37. Alexander DD, Weed DL, Chang ET, Miller PE, Mohamed MA, Elkayam L. 2013. A systematic review of multivitamin-multimineral use and cardiovascular disease and cancer incidence and total mortality. J Am Coll Nutr 32:339-354.

38. Maki KC, Van Elswyk ME, Alexander DD, Rains TM, Sohn EL, McNeill S. 2012. A meta-analysis of randomized controlled trials that compare the lipid effects of beef versus poultry and/or fish consumption. J Clin Lipidol 6:352-361.

39. Kanas GP, Taylor A, Primrose JN, Langeberg WJ, Kelsh MA, Mowat FS, Alexander DD, Choti MA, Poston G. 2012. Survival after liver resection in metastatic colorectal cancer: review and meta-analysis of prognostic factors. Clin Epidemiol 4:283-301.

40. Holscher HD, Czerkies LA, Cekola P, Litov R, Benbow M, Santema S, Alexander DD, Perez V, Sun S, Saavedra JM, Tappenden KA. 2012. Bifidobacterium lactis Bb12 enhances intestinal antibody response in formula-fed infants: a randomized, double-blind, controlled trial. JPEN J Parenter Enteral Nutr 36:106S-117S.

41. Bryan NS, Alexander DD, Coughlin JR, Milkowski AL, Boffetta P. 2012. Ingested nitrate and nitrite and stomach cancer risk: an updated review. Food Chem Toxicol 50:3646-3665.

42. Alexander DD, Weed DL, Mink PJ, Mitchell ME. 2012. A weight-of-evidence review of colorectal cancer in pesticide applicators: the agricultural health study and other epidemiologic studies. Int Arch Occup Environ Health 85:715-745.

43. Alexander DD, Weed DL, Cushing CA, Lowe KA. 2011. Meta-analysis of prospective studies of red meat consumption and colorectal cancer. Eur J Cancer Prev 20:293-307.

44. Alexander DD, Cushing CA. 2011. Red meat and colorectal cancer: a critical summary of prospective epidemiologic studies. Obes Rev 12:e472-e493.

45. Kelsh MA, Alexander DD, Mink PJ, Mandel JH. 2010. Occupational trichloroethylene exposure and kidney cancer: a meta-analysis. Epidemiology 21:95-102.

46. Moolgavkar SH, Turim J, Alexander DD, Lau EC, Cushing CA. 2010. Potency factors for risk assessment at Libby, Montana. Risk Anal 30:1240-1248.

47. Anderson B, Hardin JM, Alexander DD, Grizzle WE, Meleth S, Manne U. 2010. Comparison of the predictive qualities of three prognostic models of colorectal cancer. Front Biosci (Elite Ed) 2:849-56.:849-856.

48. Alexander DD, Wagner ME. 2010. Benzene exposure and non-Hodgkin lymphoma: a meta-analysis of epidemiologic studies. J Occup Environ Med 52:169-189.

49. Alexander DD, Schmitt DF, Tran NL, Barraj LM, Cushing CA. 2010. Partially hydrolyzed 100% whey protein infant formula and atopic dermatitis risk reduction: a systematic review of the literature. Nutr Rev 68:232-245.

50. Alexander DD, Morimoto LM, Mink PJ, Lowe KA. 2010. Summary and meta-analysis of prospective studies of animal fat intake and breast cancer. Nutr Res Rev 23:169-179.

51. Alexander DD, Miller AJ, Cushing CA, Lowe KA. 2010. Processed meat and colorectal cancer: a quantitative review of prospective epidemiologic studies. Eur J Cancer Prev 19:328-341.

52. Alexander DD, Mink PJ, Cushing CA, Sceurman B. 2010. A review and meta-analysis of prospective studies of red and processed meat intake and prostate cancer. Nutr J 9:50. doi: 10.1186/1475-2891-9-50.:50-59.

53. Alexander DD, Cabana MD. 2010. Partially hydrolyzed 100% whey protein infant formula and reduced risk of atopic dermatitis: a meta-analysis. J Pediatr Gastroenterol Nutr 50:422-430.

54. Erdreich LS, Alexander DD, Wagner ME, Reinemann D. 2009. Meta-analysis of stray voltage on dairy cattle. J Dairy Sci 92:5951-5963.

55. Alexander DD, Cushing CA. 2009. Quantitative assessment of red meat or processed meat consumption and kidney cancer. Cancer Detect Prev 32:340-351.

56. Alexander DD, Cushing CA, Lowe KA, Sceurman B, Roberts MA. 2009. Meta-analysis of animal fat or animal protein intake and colorectal cancer. Am J Clin Nutr 89:1402-1409.

57. Mink PJ, Alexander DD, Barraj LM, Kelsh MA, Tsuji JS. 2008. Low-level arsenic exposure in drinking water and bladder cancer: a review and meta-analysis. Regul Toxicol Pharmacol 52:299-310.

58. Mandel JH, Kelsh M, Mink PJ, Alexander DD. 2008. Trichloroethylene exposure and non-Hodgkin's lymphoma: supportive evidence (letter). Occup Environ Med 65:147-148.

59. Kelsh MA, Alexander DD, Kalmes RM, Buffler PA. 2008. Personal use of hair dyes and risk of bladder cancer: a meta-analysis of epidemiologic data. Cancer Causes Control 19:549-558.

60. Alexander DD. 2007. An environmental cause of orofacial cleft defects or an unexplained cluster? South Med J 100:553-554.

61. Alexander DD, Waterbor J, Hughes T, Funkhouser E, Grizzle W, Manne U. 2007. African-American and Caucasian disparities in colorectal cancer mortality and survival by data source: an epidemiologic review. Cancer Biomark 3:301-313.

62. Alexander DD, Mink PJ, Adami H-O, Cole P, Mandel JS, Oken MM, Trichopoulos D. 2007. Multiple myeloma: A review of the epidemiologic literature. Int J Cancer 120:40-46.

63. Alexander DD, Mink PJ, Adami HO, Chang ET, Cole P, Mandel JS, Trichopoulos D. 2007. The non-Hodgkin lymphomas: a review of the epidemiologic literature. Int J Cancer 120 Suppl 12:1-39.

64. Alexander DD, Kelsh MA, Mink PJ, Mandel JH, Basu R, Weingart M. 2007. A meta-analysis of occupational trichloroethylene exposure and liver cancer. Int Arch Occup Environ Health 81:127-143.

65. Mandel JH, Kelsh MA, Mink PJ, Alexander DD, Kalmes RM, Weingart M, Yost L, Goodman M. 2006. Occupational trichloroethylene exposure and non-Hodgkin's lymphoma: a meta-analysis and review. Occup Environ Med 63:597-607.

66. Alexander DD, Mink PJ, Mandel JH, Kelsh MA. 2006. A meta-analysis of occupational trichloroethylene exposure and multiple myeloma or leukaemia. Occup Med (Lond) 56:485-493.

67. Chatla C, Jhala NC, Katkoori VR, Alexander D, Meleth S, Grizzle WE, Manne U. 2005. Recurrence and survival predictive value of phenotypic expression of Bcl-2 varies with tumor stage of colorectal adenocarcinoma. Cancer Biomark 1:241-250.

68. Saif MW, Alexander D, Wicox CM. 2005. Serum Alkaline Phosphatase Level as a Prognostic Tool in Colorectal Cancer: A Study of 105 patients. J Appl Res 5:88-95.

69. Alexander DD, Jhala N, Chatla C, Steinhauer J, Funkhouser E, Coffey CS, Grizzle WE, Manne U. 2005. High-grade tumor differentiation is an indicator of poor prognosis in African Americans with colonic adenocarcinomas. Cancer 103:2163-2170.

70. Alexander DD, Chatla C, Funkhouser E, Meleth S, Grizzle WE, Manne U. 2004. Postsurgical disparity in survival between African Americans and Caucasians with colonic adenocarcinoma. Cancer 101:66-76.

71. Manne U, Alexander DD, Chatla C. 2004. Author Reply: Postsurgical Disparity in Survival between African Americans and Caucasians with Colonic Adenocarcinoma. Cancer 101:2900.

## Scientific Presentations and Speaking Engagements

1. Alexander DD. Theory: Bias and Confounding. NIH Funded Short-Course: Strengthening Causal Inference in Behavioral Obesity Research. Module 2 Observational Studies: Advantages, Limits, and Best Practices Indiana University. June 8 – 12, 2020 (postponed).

2. Alexander DD. Theory: Bias and Confounding. NIH Funded Short-Course: Strengthening Causal Inference in Behavioral Obesity Research. Indiana University. July 29-August 2, 2019.

Dominik D. Alexander

December 2022

3.  Alexander DD. The Epidemiology of Talc-Related Disease. DRI, Austin, TX. November 9, 2018.

4.  Alexander DD. Eating less red meat: the evidence behind the recommendation. IFT2018: A Matter of Science + Food, Chicago, IL. July 17, 2018.

5.  Alexander DD. The diet connection to cancer: understanding how food can cause, prevent or impact cancer risk. FoodFluence, Lisbon, Portugal. January 12-16, 2018.

6.  Alexander DD. Epidemiology of red meat and cancer. Health Canada, Ottawa, Canada. December 15, 2017.

7.  Alexander DD. Interpreting the epidemiology of red meant and cancer. International Meat Secretariat (IMS) Human Nutrition and Health Committee meeting in Paris, France, October 3, 2017.

8.  Alexander DD. Epidemiology of egg consumption and risk of coronary heart disease and stroke. Webinar: What does the science say? Eggs and heart health. Egg Farmers of Canada. June 6, 2017

9.  Alexander DD. Consumption: diet and lifestyle perspective. Meat and Livestock Australia Scientific Workshop. Sydney, Australia. April 10, 2017.

10.  Alexander DD. Are red meat consumers unhealthy? Nutrition in Action Symposium. Sydney, Australia. April 5, 2017.

11.  Alexander DD. Red meat and cancer risk: interpreting the evidence. NCBA Discovery Symposium. Denver, CO. July 27, 2016.

12.  Alexander DD. Theory: bias and confounding. Strengthening Causal Inference in Behavioral Obesity Research. NIH Funded Short-Course; University of Alabama-Birmingham, July 25, 2016.

13.  Alexander DD. Red meat and cancer risk: interpreting the evidence. Danish Nutrition Society; University of Copenhagen. Copenhagen, Denmark. June 21, 2016.

14.  Alexander DD. Meta-analysis:  recycling garbage or an important tool for evaluating the evidence? Drug and Medical Device Seminar. Chicago, IL. May 19-20, 2016.

15.  Alexander DD. Evaluating the relationship of meat and cancer risk. Canadian Nutrition Society, Ottawa, Canada. May 5-7, 2016.

16.  Alexander DD. Becoming a nutrition detective. Washington State Academy of Nutrition and Dietetics, Annual Conference. Vancouver, WA. April 18, 2016.

17.  Alexander DD. Red meat and chronic disease: A closer look into the data. Utah Academy of Nutrition and Dietetics, Annual Conference. Ogden, UT. March 24, 2016.

18.  Alexander DD. Meat and cancer risk: understanding the science. Protein: Contributions and Controversies. Toronto, Canada. February 29, 2016.

19.  Alexander DD. Understanding the role of epidemiology in disease causation. Asbestos Medicine; DRI. Las Vegas, NV, November 5-6, 2015.

20. Alexander DD. Theory: bias and confounding in observational studies. Strengthening Causal Inference in Behavioral Obesity Research. NIH Funded Short-Course; University of Alabama-Birmingham, July 20, 2015.

21. Alexander DD. Red and processed meat consumption and cancer. International Meat Society. Calgary, Canada. July 1-2, 2015.

22. Alexander DD. Red meat consumption and chronic disease. Canadian Nutrition Society. Winnipeg, Canada. May 30, 2015.

23. Alexander DD. Understanding studies of diet and chronic disease. New Mexico Academy of Nutrition and Dietetics. Albuquerque, NM. April 24, 2015.

24. Alexander DD. Overview of FDA Health Claims and the Submission Process. Webinar. January 13, 2015.

25. Alexander DD. Becoming a Nutrition Detective: Critically Reviewing Research and Communicating Science. DBC Communications Camp, Academy of Nutrition and Dietetics. Las Vegas, NV; January 17, 2015.

26. Alexander DD, State of the epidemiologic science on red meat and chronic disease. Health Canada. Ottawa, Canada; October 22, 2014

27. Alexander DD. Observational epidemiologic studies of breakfast intake. Kellogg Scientific Advisory Board Meeting. Battle Creek, MI; October 1, 2014.

28. Alexander DD. Caffeine intake during pregnancy: the pregnancy signal and reproductive outcomes. The Toxicology Forum, 40th Annual Summer Meeting, Aspen, CO, July 7-10, 2014.

29. Alexander DD. Understanding studies of diet and chronic disease. Delaware Dietetic Association, Dover, DE, May 9, 2014.

30. Alexander DD. Red meat and colorectal cancer: a quantitative update on the state of the science. Experimental Biology, San Diego, CA, April 27, 2014.

31. Alexander DD. Nutrition Detective: An Epidemiologist's Investigation into Diet and Chronic Disease. 31st Annual Health & Nutritional Sciences Conference, South Dakota State University, April 10, 2014.

32. Alexander DD. Summarizing, Interpreting, and Communicating Epidemiologic Evidence. GOED Exchange, Salt Lake City, UT, February 6, 2014.

33. Alexander DD. Synthesizing and Summarizing Epidemiology Evidence, Health Economics, and Fiber and Constipation. Food & Fiber Summit: Identifying Practical Solutions to Meet America's Fiber Needs, Washington DC, January 28, 2014.

34. Alexander DD. Interpreting Epidemiologic Evidence, and a Case Study on Red Meat and Colorectal Cancer. Oncology Nutrition Symposium, Hollywood, FL, January 18, 2014.

35. Alexander DD. OMEGA-3 LC-PUFAs: Judging the Epidemiologic Evidence. GOED Fall Member Meeting at the SupplySide West Tradeshow, Las Vegas, NV, November 14, 2013.

36. Alexander DD. Nutritional Epidemiology: Are We Overstating the Evidence? Missouri Academy of Family Physicians, 21stAnnual Fall Conference, Branson, MO, November 9, 2013

37.   Alexander DD. Interpreting Epidemiologic Evidence. DRI Asbestos Medicine Seminar, New Orleans, LA, November 8, 2013.

38.   Alexander DD. DRI Research Roundtable: Full-Fat Dairy Products in Nutrition and Health (panel discussant). October 10, 2013.

39.   Alexander DD. Update on Red Meat and Colorectal Cancer. International Meat Society Annual Meeting. Granada Spain (webinar), September 14, 2013.

40.   Alexander DD. Sustainable Nutrition Roundtable (panel discussant). August 2, 2013.

41.   Alexander DD.  Dairy and body composition:  Making sense of meta-analyses.  Dairy Research Institute Meeting: Dairy and Weight, Chicago, IL, June 4–5, 2013.

42.   Alexander DD.  Nitrate and nitrite exposure and stomach cancer: summary of the epidemiologic evidence.  Canadian Nutrition Society, Annual Meeting, Quebec City, Canada, May 31, 2013.

43.   Alexander DD.  Meta-analysis:  Judging the evidence, fish oil and cardiovascular disease.  AOCS: Omega-3 Fatty Acids and Heart Health, Montreal, Canada, April 28–May 1, 2013.

44.   Alexander DD.  Epidemiologic evidence: Investigation Into diet and chronic disease.  MINK Conference: Nutrition Without Boundaries, Kansas City, KS, April 6, 2013.

45.   Alexander DD.  A systematic review of multivitamin use and mortality, cardiovascular disease, and cancer.  Council for Responsible Nutrition (CRN):  Day of Science, Laguna Beach, CA, October 2–3, 2012.

46.   Alexander DD.  Diet and cancer:  Are we asking the right question? Cancer Society of New Zealand, New Zealand Ministry of Health, Network Communications, Wellington, New Zealand, September 11, 2012.

47.   Alexander DD.  Interpreting meta-analyses for dietetic practice.  Professional development session for New Zealand dietitians, University of Otago, Dunedin, New Zealand, September 10, 2012.

48.   Huhmann MB, Kaspar KM, Perez V, Alexander DD, Thomas DR.  Accuracy of a new self-completed nutrition screening tool for community-dwelling older adults.  Oral Presentation at the European Society for Clinical Nutrition and Metabolism, Barcelona, Spain, September 8–11, 2012.

49.   Alexander DD.  Interpreting meta-analysis for dieticians in practice.  International Congress of Dietetics, Dieticians Association of Australia. Sydney, Australia, September 7, 2012.

50.   Alexander DD.  Red meat and colorectal cancer:  Are we asking the right question(s)?  Diet and Gut Health Symposium. Nutrition Society of Australia. Sydney, Australia, September 5, 2012.

51.   Alexander DD.  Diet and gut health round table meeting and presentation.  Meat & Livestock Australia, Sydney, Australia, September 4, 2012.

52.   Alexander DD.  An update on red meat and cancer.  Webinar, International Congress of Meat Science and Technology, Montreal, Canada, August 12–17, 2012.

53. Alexander DD.  How to improve the research integrity of meta-analyses and systematic reviews.  Scientific Approaches to Strengthening Research Integrity in Nutrition and Energetics, Mohonk Mountain House, NY, August 7–8, 2012.

54. Alexander DD.  Sustainable agriculture and the integration of plant- and animal-based foods.  California Milk Advisory Board, San Francisco, CA, July 25, 2012.

55. Alexander DD.  Nitrate and nitrite exposure and stomach cancer:  Summary of the epidemiologic evidence.  IFT Annual Meeting, Las Vegas, NV, June 25–28, 2012.

56. Perez V, Schmier JK, Alexander DD.  Race/ethnic disparities in pediatric discharges from all US community, non-rehabilitation hospitals for respiratory syncytial virus (RSV) among children one year or younger.  Oral presentation at the 45th Annual Society for Epidemiologic Research (SER) Meeting, Minneapolis, MN, June 27–30, 2012.

57. Alexander DD.  The nutrition detective:  An epidemiologist's look at diet and chronic disease conundrums.  New York State Dietetic Association 2012 Annual Meeting & Expo, Albany, NY, May 4–5, 2012.

58. Alexander DD.  Epidemiology:  Methods for weighing the evidence.  MDLA Young Lawyers Meeting, Minneapolis, MN, February 9, 2012.

59. Alexander DD.  Nutritional epidemiology:  Weighing the evidence and a case study on red meat intake and colorectal cancer.  MeatEat Nutritional Conference, Oslo, Norway, September 1, 2011.

60. Alexander DD.  Prevalence of bone metastasis from breast, lung or prostate cancer:  A systematic and quantitative review of the literature.  International Conference on Pharmacoepidemiology, Chicago, IL, August 15–17, 2011.

61. Alexander DD.  Benzene epidemiology:  Weighing the evidence and a case study of non-Hodgkin lymphoma.  Benzene Litigation Conference Audiocast, Chicago, IL, July 13, 2011.

62. Alexander DD.  Red meat consumption and colorectal cancer:  A meta-analysis of prospective epidemiologic studies.  Congress of Epidemiology, Montreal, Canada, June 21, 2011.

63. Alexander DD.  Translating the science:  Red meat & cancer.  Ranch Event 2011, Texas Beef Council, San Antonio, TX, June 2, 2011.

64. Alexander DD.  Epidemiology consulting and a case study on red meat and cancer.  Distinguished Alumni Investigator Lecture, Birmingham, AL, March 23, 2011.

65. Alexander DD.  Nutritional epidemiology:  Weighing the evidence.  International Life Sciences Institute-ILSI North America Annual Meeting, Orlando, FL, January 24–25, 2011.

66. Alexander DD.  The nutrition detective:  Translating nutrition science into practice.  Texas Dietetics Association.  December 8, 2010 (webinar).

67. Alexander DD.  The epidemiology of red and processed meat consumption and cancer and cardiovascular disease.  The role of red meats in a healthy diet:  U.S. Meat Export Federation, Mexico City, Mexico, October 20, 2010 (Keynote speaker).

68. Alexander DD.  Meat consumption and cancer:  An epidemiologic overview.  Live Well, Napa Valley, June 10, 2010.

69. Alexander DD.  Red meat consumption and colorectal cancer:  A meta-analysis of prospective studies.  Experimental Biology, Anaheim, CA, April 26, 2010.

70. Alexander DD.  A weight-of-evidence review of colorectal cancer in pesticide applicators:  The Agricultural Health Study and other Epidemiologic Studies.  CropLife America/Rise Spring Conference, Washington DC, April 15, 2010.

71. Alexander DD. Meat and Cancer.  American Meat Institute, Spring Meeting, April 14, 2010.

72. Alexander DD, Weed DL.  Ongoing assessment of pesticides and colorectal cancer:  A weight of evidence evaluation of epidemiologic literature.  Environmental Protection Agency SAP draft framework, Washington DC, February 2, 2010.

73. Alexander DD.  Benzene exposure and non-Hodgkin lymphoma: a meta-analysis.  Society for Epidemiologic Research, Anaheim, CA, June 24, 2009 (Spotlight Session).

74. Alexander DD.  The epidemiology of red and processed meat and cancer.  IMS Human Nutrition and Health Committee meeting, Chicago, IL, May 20, 2009 (Invited Speaker).

75. Erdreich LS, Wagner M, Van Kerkhove M, Alexander DD.  Stray voltage meta-analysis: needs, methods and challenges.  46th Annual Rural Energy Conference, La Crosse, WI, February 28, 2008.

76. Alexander DD.  Epidemiologic evaluation of red meat and cancer.  Cattle Industry Convention & Trade Show, Nutrition Roundtable, Reno, NV, February 7, 2008.

77. Alexander DD.  Red meat scientific assessment.  Industry Stakeholder Cancer Forum, Chicago, IL, October 11, 2007.

78. Alexander DD.  Meta-analysis of occupational trichloroethylene exposure and lymphohematopoietic malignancies and liver cancer.  Epidemiology Seminar Series, University of Illinois, Chicago, IL, November 17, 2006.

79. Kelsh MA, Mandel JH, Mink PJ, Weingart M, Alexander DD, Goodman M.  A meta-analysis of kidney cancer, non-Hodgkin's lymphoma and occupational trichloroethylene exposure.  Proceedings, 2nd North American Congress of Epidemiology, Seattle, WA, June 2006.

80. Mink PJ, Alexander DD, Barraj L, Kelsh Ma, Tsuji J.  A review and meta-analysis of low-level arsenic exposure in drinking water and bladder cancer.  Presentation to the Canadian Pest Management Regulatory Agency, Ottawa, Canada, June 2006.

81. Mandel JH, Alexander DD, Kelsh MA.  Occupational trichloroethylene exposure: recent insights from epidemiologic and toxicologic perspectives.  State of the Art Conference of the American College of Occupational and Environmental Medicine, Chicago, IL, October 2005.

## Book Chapter

1. Kelsh MA, Alexander DD.  Occupational and environmental epidemiology.  In:  Encyclopedia of Epidemiology.  Sage Publications, Thousand Oaks, CA, 2007.

## Published Abstracts

1. Alexander DD, Riordan AS, Rygiel CA, Weed DL. Risk of secondary acute myeloid leukemia/myelodysplastic syndrome (AML/MDS) following radiotherapy treatment for primary tissue cancer. Society of Toxicology (abstract 4528), San Diego, CA, March 27-31, 2022.

2. Riordan AS, Rygiel CA, Alexander DD. Risk of secondary peritoneal mesothelioma following radiation therapy for primary cancers of the peritoneal cavity. Society of Toxicology (abstract 4528), San Diego, CA, March 27-31, 2022.

3. Rygiel CA, Riordan AS, Alexander DD. Risk of secondary acute myeloid leukemia/myelodysplastic syndrome (AML/MDS) following chemotherapy treatment for primary tissue cancer. Society of Toxicology (abstract 4528), San Diego, CA, March 27-31, 2022.

4. Lowe K, Bylsma L, Dean R, Gillezeau C, Sangare L, Alexander DD, Fryzek J. The incidence of infusion reactions associated with monoclonal antibody drugs targeting the epidermal growth factor receptor in metastatic colorectal cancer patients: A systematic literature review and meta-analysis. American Society for Clinical Oncology, 2019 Gastrointestinal Cancers Symposium; J Clin Oncol 37, 2019 (suppl 4; abstr 526).

5. Lowe K, Bylsma L, Levin-Sparenberg L, Sangare L, Fryzek J, Alexander DD. Prevalence of *KRAS*, *NRAS*, and *BRAF* gene mutations in metastatic colorectal cancer patients: A systematic literature review and meta-analysis. American Society for Clinical Oncology, 2019 Gastrointestinal Cancers Symposium; J Clin Oncol 37, 2019 (suppl 4; abstr 523).

6. Bylsma L, Alexander DD. A Review and Meta-Analysis of Prospective Studies of Red and Processed Meat, Meat Cooking Methods, Heme Iron, Heterocyclic Amines and Prostate Cancer. Experimental Biology, San Diego, CA, April 2-6, 2016.

7. Miller PE, Alexander DD. A Review and Meta-Analysis of Prospective Studies of Red and Processed Meat and Pancreatic Cancer. Experimental Biology, San Diego, CA, April 2-6, 2016.

8. Althuis M, Alexander DD, Frankenfeld F, Weed DL. Meta-analysis of observational studies in context: sugar-sweetened beverages and type 2 diabetes. Federation of American Societies for Experimental Biology (FASEB). March, 2015

9. Alexander DD, Weed DL. Red meat and colorectal cancer: a quantitative update on the state of the science. Experimental Biology, San Diego, CA, April 26-30, 2014.

10. Pyatt, D and Alexander, D. A meta-analysis of AML subtypes reported in cigarette Smokers. The Bone Marrow Niche, Stem Cells, and Leukemia: Impact of Drugs, Chemicals, and the Environment, May 29-31, New York Academy of Sciences. 2013.

11. Alexander DD, Mitchell M, Taylor A, Lowe K, Langeberg W, et al. Prevalence of bone metastasis in breast cancer patients and subsequent survival: A systematic and quantitative review of the literature. San Antonio Breast Cancer Symposium, San Antonio, TX, December 6–10, 2011.

12. Mitchell M, Taylor A, Lowe K, Langeberg W, Alexander DD, et al. Prevalence of bone metastasis from breast, lung or prostate cancer: A systematic and quantitative review of the literature. International Conference on Pharmacoepidemiology, Chicago, IL, August 15–17, 2011.

13. Taylor A, Kanas G, Primrose J, Langeberg W, Alexander DD, et al.  Survival after surgical resection of hepatic metastases from colorectal cancer:  An updated review and meta-analysis. World Congress on Gastrointestinal Cancer, Barcelona, Spain, June 22–25, 2011.

14. Alexander DD, Perez V, Cushing C, Weed DL.  Red meat consumption and colorectal cancer:  A meta-analysis of prospective epidemiologic studies.  Congress of Epidemiology, Montreal, Canada, June 21, 2011.

15. Perez V, Alexander DD, Cushing C. Processed meat consumption and stomach cancer:  A meta-analysis of prospective epidemiologic studies.  Congress of Epidemiology, Montreal, Canada, June 21, 2011.

16. Maki KC, Van Elswyk ME, Alexander DD, Rains TM, Sohn EL, McNeill S. A meta-analysis of randomized controlled trials comparing lipid effects of beef with poultry and/or fish consumption. National Lipid Association Annual Scientific Sessions, May, 2011; Abstract 393.

17. Alexander DD. Meta-analysis of prospective epidemiologic studies of red meat intake and colorectal cancer.  American Association for Cancer Research, Orlando, FL, April 2–6, 2011.

18. Alexander DD, Cabana MD.  Partially hydrolyzed 100% whey protein infant formula and reduced risk of atopic dermatitis:  A meta-analysis.  Pediatric Academic Societies, Vancouver, BC, Canada, May 1–4, 2010.

19. Alexander DD, Cushing CA.  A meta-analysis of red or processed meat intake and prostate cancer. Society for Epidemiologic Research, Anaheim, CA, 2009.

20. Alexander DD, Wagner ME, Kelsh MA.  Benzene exposure and non-Hodgkin lymphoma:  A meta-analysis.  Society for Epidemiologic Research, Anaheim, CA, June 24, 2009.

21. Alexander DD, Schmitt D, Tran N, Barraj L, Cushing CA.  Partially hydrolyzed 100% whey infant formula and atopic dermatitis risk reduction:  A systematic review of the literature. Experimental Biology, New Orleans, LA, 2009.

22. Alexander DD, Cushing CA, Lowe KL.  Meta-analysis of animal fat intake and colorectal cancer. Experimental Biology, New Orleans, LA, 2009.

23. Alexander DD, Cushing CA, Roberts MA.  Quantitative assessment of red and processed meat intake and kidney cancer. Experimental Biology, New Orleans, LA, 2009.

24. Lowe KL, Alexander DD, Morimoto LM. Meta-analysis of animal fat intake and breast cancer. Experimental Biology, New Orleans, LA, 2009.

25. Morimoto LM, Alexander DD, Cushing CA. Meta-analysis of red and processed meat consumption and breast cancer.  Experimental Biology, New Orleans, LA, 2009.

26. Manne U, Grizzle WE, Alexander DD, Katkoori V. Racial differences in colorectal cancer:  the need to educate clinicians and researchers for improved patient care.  American Association for Cancer Education, 41st Annual Meeting, Birmingham, AL, October 2007.

27. Gatto NM, Alexander DD, Kelsh MA.  A meta-analysis of occupational exposure to hexavalent chromium and stomach cancer.  Epidemiology, Sept 2007; Vol 18, issue 5, pS33.

Dominik D. Alexander

December 2022

28. Alexander DD, Mink PJ, Mandel JH, Kelsh MA.  A meta-analysis of occupational trichloroethylene exposure and multiple myeloma or leukemia.  Proceedings 2nd North American Congress of Epidemiology, Seattle, WA, June 2006.

29. Kelsh MA, Mandel JH, Mink PJ, Weingart M, Alexander DD, Goodman M.  A meta-analysis of kidney cancer, non-Hodgkin's lymphoma and occupational trichloroethylene exposure.  Proceedings, 2nd North American Congress of Epidemiology, Seattle, WA, June 2006.

30. Mink PJ, Alexander DD, Barraj L, Kelsh MA, Tsuji J.  Meta-analysis of low level arsenic exposure and bladder cancer.  Proceedings, 2nd North American Congress of Epidemiology, Seattle, WA, June 2006.

31. Alexander DD, Mink PJ, Butchko H.  How "fast food" is used and interpreted in scientific research:  methodological considerations.  Proceedings, Experimental Biology 2006, San Francisco, CA, April 2006.

32. Kapica CM, Alexander DD, Mink PJ, Butchko H.  The definition of fast food in published studies.  Proceedings, Experimental Biology 2006, San Francisco, CA, April 2006.

33. Alexander D, Chatla C, Funkhouser E, Jhala N, Grizzle WE, Manne U.  Racial differences in survival based on tumor differentiation and stage in patients who have undergone surgery for colon cancer.  J Clin Oncol 2004; 22:14S (July Supplement).

34. Alexander D, Funkhouser E, Saif M.  Alkaline phosphatase (AP) as a prognostic tool in colorectal cancer (CRC).  Proceedings, American Society of Clinical Oncology 2003; 22:354.

35. Malhotra P, Kallergi M, Alexander D, et al.  Discrepancies between film and digital mammography interpretations.  Medical Imaging 2002, Proceedings of SPIE (The International Society for Optical Engineering), February 2002.

36. Alexander D, Malhotra P, Kallergi M, et al.  Digital vs. film mammography: calcification interpretation.  American Association of Physicists in Medicine 2001, (July Supplement).


## Poster Presentations at Scientific Conferences

1. Alexander DD, Riordan AS, Rygiel CA, Weed DL. Risk of secondary acute myeloid leukemia/myelodysplastic syndrome (AML/MDS) following radiotherapy treatment for primary tissue cancer. Society of Toxicology (abstract 4528), San Diego, CA, March 27-31, 2022.

2. Riordan AS, Rygiel CA, Alexander DD. Risk of secondary peritoneal mesothelioma following radiation therapy for primary cancers of the peritoneal cavity. Society of Toxicology (abstract 4528), San Diego, CA, March 27-31, 2022.

3. Rygiel CA, Riordan AS, Alexander DD. Risk of secondary acute myeloid leukemia/myelodysplastic syndrome (AML/MDS) following chemotherapy treatment for primary tissue cancer. Society of Toxicology (abstract 4528), San Diego, CA, March 27-31, 2022.

4. Bylsma L, Levin-Sparenberg L, Lowe K, Sangare L, Fryzek J, Alexander DD. Prevalence of *KRAS*, *NRAS*, and *BRAF* gene mutations in metastatic colorectal cancer patients: A systematic literature review and meta-analysis. International Society for Pharmacoepidemiology; Spotlight

Molecular Epidemiology, Biomarkers, and Pharmacogenetics; Philadelphia, PA, August 28, 2019.

5.  Bylsma L, Dean R, Lowe K, Gillezeau C, Sangare L, Alexander DD, Fryzek J. The incidence of infusion reactions associated with monoclonal antibody drugs targeting the epidermal growth factor receptor in metastatic colorectal cancer patients: A systematic literature review and meta-analysis. International Society for Pharmacoepidemiology; Biologics/Biosimilars; Philadelphia, PA, August 28, 2019.

6.  Lowe K, Bylsma L, Dean R, Gillezeau C, Sangare L, Alexander DD, Fryzek J. The incidence of infusion reactions associated with monoclonal antibody drugs targeting the epidermal growth factor receptor in metastatic colorectal cancer patients: A systematic literature review and meta-analysis. American Society for Clinical Oncology, 2019 Gastrointestinal Cancers Symposium; San Francisco, CA, January 19, 2019.

7.  Lowe K, Bylsma L, Levin-Sparenberg L, Sangare L, Fryzek J, Alexander DD. Prevalence of *KRAS*, *NRAS*, and *BRAF* gene mutations in metastatic colorectal cancer patients: A systematic literature review and meta-analysis. American Society for Clinical Oncology, 2019 Gastrointestinal Cancers Symposium; San Francisco, CA, January 19, 2019.

8.  Yaser J, Alexander DD. Processed meat consumption and risk of colorectal cancer: a systematic review and meta-analysis. Epidemiology Department Internship Poster Session, University of Michigan Department of Public Health; Ann Arbor, MI, Nov. 2, 2018.

9.  Weed DL, Alexander DD. A systematic review of Hill's criteria. Society of Toxicology. San Antonio, TX, March 11-15, 2018.

10.  Fryzek J, Alexander DD, Summers N, Fraysse J, Reichert H, Townes L, Vanderpuye-Orgle J. Indirect treatment comparison of cabazitaxel for patients with metastatic castration-resistant prostate cancer who have been previously treated with a docetaxel-containing regimen. International Society for Pharmacoeconomics and Outcomes Research (ISPOR). Washington DC. May 21-25, 2016

11.  Miller PE, Alexander DD. A Review and Meta-analysis of Prospective Studies of Red and Processed Meat and Pancreatic Cancer. Experimental Biology. San Diego, CA. April 4, 2016.

12.  Maki KC, Guyton JR, Orringer CE, Hamilton-Craig I, Alexander DD, Davidson MH:  Triglyceride-lowering therapies reduce cardiovascular disease event risk in subjects with hypertriglyceridemia. National Lipid Association Scientific Sessions, Chicago, IL, USA, June 11–14, 2015

13.  Bylsma L, Miller P, Alexander DD. Meta-analysis of red meat intake and type 2 diabetes. Experimental Biology. Boston, MA, March 31, 2015.

14.  Tsuji JS, Alexander DD, Perez V.  Low-level arsenic in drinking water and bladder cancer risk: Meta-analysis update and risk assessment implications.  Annual Meeting of the Society of Toxicology, San Antonio, TX, March 10–14, 2013.

15.  Perez V, Alexander DD, Bailey WH.  Air ions and mood outcomes:  A review and meta-analysis. Poster presentation at the American College of Epidemiology, Chicago, IL, September 8–11, 2012.

Dominik D. Alexander

December 2022

16. Huhmann MB, Kaspar KM, Perez V, Alexander DD, Thomas DR.  Accuracy of a self-completed nutrition screening tool for community-dwelling older adults when completed by the patient or caregivers.  Poster presentation at the International Academy on Nutrition and Aging Meeting, Albuquerque, NM, July 12–13, 2012.

17. Perez V, Schmier JK, Alexander DD.  Race/ethnic disparities in pediatric discharges from all US community, non-rehabilitation hospitals for respiratory syncytial virus (RSV) among children one year or younger.  Oral presentation at the 45th Annual Society for Epidemiologic Research (SER) Meeting, Minneapolis, MN, June 27–30, 2012.

18. Alexander DD, Mitchell M, Taylor A, Lowe K, Langeberg W, et al.  Prevalence of bone metastasis in breast cancer patients and subsequent survival:  A systematic and quantitative review of the literature.  San Antonio Breast Cancer Symposium, San Antonio, TX, December 6–10, 2011.

19. Alexander DD, Perez V, Cushing C, Weed DL.  Red meat consumption and colorectal cancer:  A meta-analysis of prospective epidemiologic studies.  Congress of Epidemiology, Montreal, Canada, June 21, 2011.

20. Perez V, Alexander DD, Cushing C.  Processed meat consumption and stomach cancer:  A meta-analysis of prospective epidemiologic studies.  Congress of Epidemiology, Montreal, Canada, June 21, 2011.

21. Gatto NM, Alexander DD, Kelsh MA.  A meta-analysis of occupational exposure to hexavalent chromium and stomach cancer.  19th Annual International Society of Environmental Epidemiology Conference, Mexico City, Mexico, September 5–9, 2007.

22. Alexander DD, Mink PJ, Mandel JH, Kelsh MA.  A meta-analysis of occupational trichloroethylene exposure and multiple myeloma or leukemia.  Proceedings, 2nd North American Congress of Epidemiology, Seattle, WA, June 2006.

23. Mink PJ, Alexander DD, Barraj L, Kelsh MA, Tsuji J.  Meta-analysis of low level arsenic exposure and bladder cancer.  Proceedings, 2nd North American Congress of Epidemiology, Seattle, WA, June 2006.

24. Alexander DD, Mink PJ, Butchko H.  How "fast food" is used and interpreted in scientific research: methodological considerations.  Experimental Biology 2006, San Francisco, CA, April 2006.

25. Kapica CM, Alexander DD, Mink PJ, Butchko H.  The definition of fast food in published studies.  Experimental Biology 2006, San Francisco, CA, April 2006.

26. Mink PJ, Alexander DD, Barraj LM, Kelsh MA, Tsuji JS.  Meta-analysis of low level arsenic exposure and bladder cancer: implications for risk assessment in the United States.  45th Annual Meeting of the Society of Toxicology, San Diego, CA, March, 2006.

27. Alexander D, Jhala N, Chatla C, Steinhauer J, Funkhouser E, Coffey C, Grizzle WE, Manne U.  Racial differences in survival based on tumor differentiation and stage in patients who have undergone surgery for colon cancer.  The 2004 American Society of Clinical Oncology Annual Meeting, New Orleans, LA, June 2004.

28. Chatla C, Alexander D, Manne U.  Prognostic significance of Bcl-2 expression and p53 nuclear accumulation based on nodal status in patients with colorectal adenocarcinoma.  The 95th

Annual meeting of the American Association for Cancer Research, Orlando, Florida, March 2004.

29. Alexander D.  Post-surgical disparity in survival between African-Americans and Caucasians with colonic adenocarcinomas.  The UAB Comprehensive Cancer Center Annual Research Retreat, Birmingham, Alabama, October 2003.

30. Malhotra P, Kallergi M, Alexander D, et al.  Discrepancies between film and digital mammography interpretations.  The annual meeting for Medical Imaging: Observer Performance Studies, San Diego, CA, February 26–28, 2002.  (Poster Presentation, Presenter: P. Malhotra).

31. Alexander D, Malhotra P, Kallergi M, et al.  Digital vs. film mammography.  The American Association of Physicists in Medicine Conference, Salt Lake City, UT, July 22–26, 2001.

# Exhibit B

MetaMethod
San Diego County, CA 92128 ● 630-390-8190

Legal testimony of Dominik D. Alexander, PhD, MSPH, January 4, 2019 – January 4, 2023

| Date | Case Name | Jurisdiction | Activity |
|------|-----------|--------------|----------|
| 1/4/19 | Rita Joyce Glenn vs. 3M Company, et al. | 10th Judicial Circuit Court, Anderson County, South Carolina | Deposition |
| 1/14/19 | Viola Adams, et al. vs. Meritor, Inc., et al. | US District Court, Northern District of Mississippi, Greenville Division | Day of Science Testimony |
| 1/17/19 | Robert Scheurman and Marie Scheurman vs. Bird Corporation, et al. | 13th Judicial Circuit Court, Hillsborough County, Florida | Deposition |
| 1/18/19 | Bonnie Leischner vs. AERCO International, Inc., et al. | 11th Judicial Circuit Court, McLean County, Illinois | Deposition |
| 1/22/19 | Linda Wagner vs. Honeywell International, Inc., et al. | Division 11 Circuit Court, Jefferson County, Kentucky | Deposition |
| 1/24/19 | Elena David, et al. vs. BorgWarner Morse TEC LLC, et al. | California Superior Court, Los Angeles County | Deposition |
| 1/25/19 | Lionel Tamplain vs. Taylor-Seidenbach, Inc., et al. | Civil District Court for the Parish of Orleans, Louisiana | Deposition |
| 1/28/19 | Carolyn Walquist and Howard Walquist vs. Advanced Auto Parts, Inc., et al. | 12th Judicial Circuit Court, St. Clair County, Illinois | Deposition |
| 1/30/19 | Wesley Shepherd and Iona Shepherd vs. Borg Warner Morse TEC LLC, et al. | 11th Judicial Circuit Court, McLean County, Illinois | Deposition |
| 1/30/19 | David Jones and Janet Jones vs. Bechtel Corporation, et al. | 11th Judicial Circuit Court, McLean County, Illinois | Deposition |
| 2/5/19 | George H. Hogue and Frances G. Hogue vs. Allied Packing & Supply, Inc., et al. | California Superior Court, Alameda County | Deposition |
| 2/6/19 | Anthony J. Licciardi, III vs. Taylor-Seidenbach, Inc., et al. | Civil District Court for the Parish of Orleans, Louisiana | Deposition |
| 2/27/19 | Mary Ann Corder vs. 3M Company, et al. | California Superior Court, Los Angeles County | Deposition |
| 2/28/19 | Barbara Maddy vs. Honeywell International, Inc., et al. | Court of Common Pleas of Cuyahoga County, Ohio | Deposition |
| 3/7/19 | Houshang Sabetian, et al. vs. Air & Liquid Systems Corporation, et al. | California Superior Court, Los Angeles County | Trial testimony |
| 3/28/19 | Barbara Collyer vs. Honeywell International, Inc., et al. | Circuit Court of Crittenden County, Kentucky | Deposition |
| 4/3/19 | Jamie Conner and William Janke vs. 3M Corporation, et al. | New Jersey Superior Court, Middlesex County | Deposition |

Legal testimony of Dominik D. Alexander, PhD, MSPH, January 4, 2019 – January 4, 2023 (cont.)

| Date | Case Name | Jurisdiction | Activity |
|------|-----------|--------------|----------|
| 4/19/19 | Joe W. Rucker and Gwendolyn Baptist-Rucker vs. Banner Supply Co., et al. | 11th Judicial Circuit Court, Miami-Dade County, Florida | Deposition |
| 4/25/19 | Charles French and Victoria French vs. ArvinMeritor, Inc., et al. | 11th Judicial Circuit Court, McLean County, Illinois | Deposition |
| 5/2/19 | Randolph Morton and Edna S. Morton vs. 3M Company, et al. | California Superior Court, Los Angeles County | Deposition |
| 5/9/19 | Charles E. Thornton and Constance Thornton vs. GEA Mechanical Equipment US, Inc., et al. | 11th Judicial Circuit Court, Miami-Dade County, Florida | Deposition |
| 6/10/19 | Charles E. Thornton and Constance Thornton vs. GEA Mechanical Equipment US, Inc., et al. | 11th Judicial Circuit Court, Miami-Dade County, Florida | Trial testimony |
| 6/17/19 | George Crudge vs. Amcord Inc., et al. | California Superior Court, Los Angeles County | Deposition |
| 6/28/19 | Julian Montoya and Lynn Ann Montoya vs. 3 Company, et al. | California Superior Court, Los Angeles County | Deposition |
| 7/10/19 | Sebastian Bretado vs. 3M Company, et al. | California Superior Court, Los Angeles County | Deposition |
| 7/12/19 7/15/19 | Randolph Morton and Edna S. Morton vs. 3M Company, et al. | California Superior Court, Los Angeles County | Trial testimony |
| 7/16/19 | Arthur Putt and Janet Putt vs. CBS Corporation, et al. (Part 1) | Los Angeles Superior Court | Deposition |
| 7/18/19 | Jeannie McCrystal and Mark McCrystal vs. Autozone, Inc. et al. | Commonwealth of Kentucky, Daviess Circuit Court | Deposition |
| 7/19/19 | Alfred Bennett and Pamela Bennett vs. General Gasket Corporation, et al. | State of Missouri, Twenty-Second Judicial Circuit (City of St Louis) | Deposition |
| 7/23/19 | Arthur Putt and Janet Putt vs. CBS Corporation, et al. (Part 2) | Los Angeles Superior Court | Deposition |
| 8/20/19 | Alfred Bennett and Pamela Bennett vs. General Gasket Corporation, et al. | State of Missouri, Twenty-Second Judicial Circuit (City of St Louis) | Trial testimony |
| 8/21-8/22/19 | Arthur Putt and Janet Putt vs. CBS Corporation, et al. (Part 2) | Los Angeles Superior Court | Trial testimony |
| 8/26/19 | Michael Charles Bell et al. vs. BorgWarner Morse Tec, Inc., et al. | Baltimore City Circuit Court | Deposition |
| 8/26/19 | Lloyd and Marilyn Hutton vs. American President Lines, Ltd., et al. | Los Angeles Superior Court | Deposition |
| 8/27/19 | Janet Finch (for Estate of William M. Finch) vs. BorgWarner Morse Tec LLC et al. | Baltimore City Circuit Court | Deposition |

Legal testimony of Dominik D. Alexander, PhD, MSPH, January 4, 2019 – January 4, 2023 (cont.)

| Date | Case Name | Jurisdiction | Activity |
|------|-----------|--------------|----------|
| 8/28/19 | Larry Cole, Sr. (for the Estate of Larry Nathaniel Cole) et al. vs. Honeywell International Inc., et al. | Morgan County, Missouri Circuit Court | Deposition |
| 8/29/19 | Carol Steinberg (for the Estate of Terry Steinberg) vs. 3M Company et al. | Cook County, Illinois Circuit Court | Deposition |
| 9/3/19 | Diane Shoemaker French (for the Estate of Bobby Shoemaker) vs. Bostik, Inc. et al | 17th Judicial Circuit Court, Broward County, FL | Deposition |
| 9/10/19 | Linda and Bruce Guill vs. America's Trailer Company LLC et al | California Superior Court, County of Los Angeles | Deposition |
| 9/13/19 | Margaret Jones (for the Estate of William Jones) vs. Akebono Brake Corp. et al. | Crawford County, Arkansas Circuit Court | Deposition |
| 9/16/19 | Richard Pifer (deceased) et al. vs. Barrett's Minerals et al. | Baltimore City Circuit Court | Deposition |
| 9/23/19 | Martin Boyer vs. 3M Co. et al. | 22nd Judicial Circuit Court (St. Louis MO) | Deposition |
| 10/1/19 | Julian and Lynn Ann Montoya vs. 3M Company et al. | California Superior Court, County of Los Angeles | Deposition |
| 10/7/19 | Maryann Hudak (for the Estate of Richard Hudak) vs. Honeywell International, Inc. et al. | Court of Common Pleas, Cuyahoga County, OH | Deposition |
| 10/14/19 | Phillip Posey (for the Estate of Peggy Posey) vs. Honeywell International, Inc. et al. | Oklahoma County Superior Court | Deposition |
| 10/29/19 | Theresa Lynn Anderson for the Estate of Eugene G. Hohlfeld vs. Automotive Parts Headquarters of Eau Clair, Inc., et al. | La Crosse County Circuit Court, Wisconsin | Deposition |
| 10/30/19 | David and Francisca Lara vs. Agco Corporation et al. | Superior Court of California, Alameda County | Deposition |
| 11/6/19 | Maryann Hudak for the Estate of Richard C. Hudak vs. Honeywell International, Inc. et al. | Court of Common Pleas, Cuyahoga County, OH | Trial testimony |
| 11/25/19 | Larry D. Wille for the Estate of Treva Wille vs. Authorized Motor Parts Corp., et al | Cass County, Missouri, Seventeenth Judicial Circuit Court | Deposition |
| 11/26/19 | Steve J. Lusty vs. Norfolk Southern Railway Company & Consolidated Rail Corporation | Third Judicial Circuit Court, Wayne County, Michigan | Deposition |
| 12/6/19 | James H. Woodard, Jr. vs. A.W. Chesterton Co., et al. | Circuit Court of Cook County, Illinois | Deposition |
| 12/9/19 | Ron M. & Sheila Long vs. Borg Warner Morse TEC, Inc., et al | Superior Court of Catoosa County, Georgia | Daubert Hearing |
| 12/12/19 | Roy Hicks vs. Air & Liquid Systems Corporation et al. | Eleventh Judicial Circuit Court, McClean County, Illinois | Deposition |

Legal testimony of Dominik D. Alexander, PhD, MSPH, January 4, 2019 – January 4, 2023 (cont.)

| Date | Case Name | Jurisdiction | Activity |
|------|-----------|--------------|----------|
| 12/16/19 | Robert N. Levesque for the Estate of Anne J. Levesque et al. vs. Colgate-Palmolive Company et al. | Alameda County Superior Court, California | Deposition |
| 12/17/19 | George and Valerie Lewis and Mike Shanahan vs. Air & Liquid Systems, Inc. et al. | 11th Judicial Circuit Court, McLean County, Illinois | Deposition |
| 1/7/20 | Lloyd and Beverley Glieden vs. Honeywell International Inc., et al. | Alameda County Superior Court, California | Deposition |
| 1/8/20 | Paul H. and Mary M. Fankhauser vs. BorgWarner Morse TEC LLC et al. | Iowa District Court, Polk County | Deposition |
| 1/9/20 | Bruce and Janice Rhyne vs. US Steel Corporation et al. | US District Court for the Western District of North Carolina, Charlotte Division | Deposition |
| 1/10/20 | Willie McNeal, Jr. vs. Autozone Inc., et al. | Los Angeles County, Superior Court of California | Deposition |
| 1/17/20 | In re: Deepwater Horizon BELO Cases | United States District Court, Northern District of Florida, Pensacola Division | Deposition |
| 1/27/20 | Deborah Van Evera et al. vs. Asbestos Companies et al. | Alameda County, Superior Court, California | Deposition |
| 1/28/20 | Robert and Queida King vs. ABB, Inc. et al. | 13th Judicial Circuit Court, Hillsborough County, Florida | Deposition |
| 1/31/20 | Inis and Gary Evans vs. 3M Company et al. | Kanawha County Circuit Court, West Virginia | Deposition |
| 2/4/20 | Reyna Carranza, individually and as successor-in-interest to Alberto Carranza (deceased) et al. vs. 3M Company et al. | Superior Court for Los Angeles, California | Deposition |
| 2/5/20 | Edward Chapman vs. Bennett Auto Supply, Inc, et al. | Circuit Court for Broward County, Florida | Deposition |
| 2/11/20 | Johnny and Sherry Pinkston vs. Air & Liquid Systems Corporation, et al. | 17th Judicial Circuit Court, Broward County, Florida | Deposition |
| 2/20/20 | Calvin H. Evans III vs. Bartells Asbestos Settlement Trust et al. | Superior Court of Washington for Pierce County | Deposition |
| 3/5/20 | Barbara Ingram for the Estate of Samuel Ingram vs. American Honda Motor Co. Inc., et al. | Marion County Superior Court, Indiana | Deposition |
| 3/6/20 | Barbara Franklin, an individual; vs. Blue Bird Corporation, et al. | Superior Court for Los Angeles, California | Deposition |
| 3/12/20 | Jeffrey Richard Henry as Trustee doe next-of-kin of Richard Henry, dc'd vs. 3M Company, et al. | District Court for Ramsey, Minnesota | Trial testimony |
| 3/17/20 | Nikol Chuidian, et al. vs. AT&T Corp, et al. | Superior Court of California, County of Alameda | Deposition |

Legal testimony of Dominik D. Alexander, PhD, MSPH, January 4, 2019 – January 4, 2023 (cont.)

| Date | Case Name | Jurisdiction | Activity |
|------|-----------|--------------|----------|
| 3/20/20 | Richard Kyler and Patricia Kyler vs. 3M Company, et al. | Superior Court of California, County of Los Angeles | Deposition |
| 3/24/20 | David Andrew Chaff, as representative of the estate of Ronald Chaff, et al. vs. AutoZone, Inc., et al. | Superior Court of Arizona, County of Maricopa | Deposition |
| 3/27/20 | Ricardo and Elvia Ocampo vs. AAMCO Transmissions, Inc. et al. | Superior Court of California, County of Alameda | Deposition |
| 4/9/20 | Connie Lee Fink and Robert Ray Fink vs. Air & Liquid Systems Corporation, et al. | Circuit Court of Milwaukee County, Wisconsin | Deposition |
| 4/14/20 | Karen Cornwell, Individually and as Administrator of the Estate of Roy Cork, (deceased) et al. vs. Marathon Petroleum Company LP. | District Court for the Southern District of Illinois | Deposition |
| 4/21/20 | Thomas H. Toy, Sr., and Agnes Toy vs. Honeywell International Inc., et al. | Superior Court of California, County of Alameda | Deposition |
| 5/6/20 | Melvin and Louise Butler vs. Cemex Construction Materials Florida, LLC, et al. | 17th Judicial Circuit Court, Broward County, Florida | Deposition |
| 5/13/20 | Mellis Meyers and Judith Meyers vs. American Honda Motor Co. Inc., et al. | 11th Judicial Circuit in and for Miami-Dade County, Florida | Deposition |
| 6/17/20 | George Sweikhart and Christina Sweikhart vs. Air & Liquid Systems Corporation, et al. | California Superior Court, Los Angeles County | Deposition |
| 6/24/20 | Cynthia Bowman and Vincent Bowman vs. Bayer Cropscience, Inc., et al. | 1st Judicial Court, Orangeburg County, South Carolina | Deposition |
| 7/22/20 | William Maki v Metropolitan Life Insurance Company, et al. | Superior Court of the Commonwealth of Massachusetts for the County of Middlesex | Deposition |
| 7/23/20 | William Clark and Stephanie Clark vs. Arrow Machinery, Inc., et al. | King County Superior Court, Washington | Deposition |
| 8/21/20 | Steve and Cheryl Wiersema vs. 3M Company, et al. | Third Judicial Circuit Court, Madison County, Illinois | Deposition |
| 8/26/20 | Ricardo and Elvia Ocampo vs. AAMCO Transmissions, Inc. et al. | California Superior Court, Alameda County | Trial testimony |
| 9/3/20 | Myrna Covarrubias Dena for the Estate of Daniel S. Dena et al. vs. Coty, Inc. et al. | California Superior Court, Alameda County | Deposition |
| 9/15/20 | Rosalino Reyes III and Gemma Reyes vs. Johnson & Johnson, et al. | California Superior Court, Alameda County | Deposition |
| 9/22/20 | Bruce Rhyne and Carol Rhyne vs. United States Steel Corporation, et al. | US District Court for the Western District of North Carolina, Charlotte Division | Trial testimony |

Legal testimony of Dominik D. Alexander, PhD, MSPH, January 4, 2019 – January 4, 2023 (cont.)

| Date | Case Name | Jurisdiction | Activity |
|------|-----------|--------------|----------|
| 9/30/20 | Steven Sarkis and Judy Sarkis vs. Advance Stores Company Incorporated, et al. | Superior Court of the Commonwealth of Massachusetts for the County of Middlesex | Deposition |
| 10/5/20 | James Robert McKeever vs. BP Exploration & Production Inc. & BP America Production Company | United States District Court Eastern District of Louisiana | Deposition |
| 10/6/20 | Joseph Derouen vs. ANCO Insulations Inc., et al. | 19th Judicial District Court for the Parish of East Baton Rouge, State of Louisiana | Deposition |
| 10/28/20 | Carolyn and Nathaniel Wassinger vs. Air & Liquid Systems Corporation, et al. | California Superior Court, Los Angeles County | Deposition |
| 11/2/20 | Joe A. Coronado and Leticia Coronado vs. American Honda Motor Co., Inc., et al. | California Superior Court, Alameda County | Deposition |
| 11/11/20 | Judith Miller for the Estate of Freddy Miller, dec'd vs. ABB, Inc., et al. | Superior Court of Washington for Pierce County | Deposition |
| 11/18/20 | Michele Baker, et al. vs. Saint-Gobain Performance Plastics Corp., et al. | United States District Court, Northern District of New York | Deposition |
| 11/19/20 | Sharon Jennings for the Estate of Darrell Jennings, dec'd vs. Honeywell International, Inc., et al. | Court of Common Pleas of Cuyahoga County, Ohio | Deposition |
| 11/24/20 | Donald and Bertha Nadine West vs. A & A Key and Builders Supply, et al. | California Superior Court, Alameda County | Deposition |
| 12/16/20 | Joseph A. Glos and Kimberly Glos vs. Akebono Brake Corporation, et al. | Baltimore City Circuit Court | Deposition |
| 12/18/20 | Shirley Boutain vs. Anco Insulations, Inc., et al. | 19th Judicial District Court for the Parish of East Baton Rouge, State of Louisiana | Deposition |
| 1/5/21 | Roy McKay and Else McKay vs. Certainteed Corporation, et al. | California Superior Court, Alameda County | Deposition |
| 1/6/21 | Florence Teresa Fontenot vs. McCarty Corporation, et al. | 19th Judicial District Court for the Parish of East Baton Rouge, State of Louisiana | Deposition |
| 1/12/21 | Barry Currier vs. Ford Motor Company, et al. | United States District Court for the District of New Hampshire | Deposition |
| 1/13/21 | Steven Aaron, Sr. vs. Bancroft Bag, Inc., et al. | Civil District Court for the Parish of Orleans, Louisiana | Deposition |
| 1/15/21 | Kim Madril and Richard Madril vs. 3M Company, et al. | Superior Court of the State of California, County of Los Angeles | Deposition |
| 1/18/21 | Richard and Dorothy Indrieri. vs. Ace Heaters LLC, et al. | Superior Court of the State of California, County of Los Angeles, Court of Unlimited Jurisdiction | Deposition |

Legal testimony of Dominik D. Alexander, PhD, MSPH, January 4, 2019 – January 4, 2023 (cont.)

| Date | Case Name | Jurisdiction | Activity |
|------|-----------|--------------|----------|
| 1/20/21 | Carolyn Brindell, et al. on Behalf of Decedent John Brindell, Jr. vs. Carlisle Industrial Brake and Friction, Inc., et al. | Civil District Court for the Parish of Orleans, Louisiana | Deposition |
| 2/3/21 | Daniel Crittendon for the Estate of Annette Crittendon vs. 3M Company, et al. | Circuit Court of Cook County, Illinois | Deposition |
| 2/4/21 | Walter & Cheryl Bluder vs. BorgWarner Morse TEC, et al. | Superior Court of California, County of Los Angeles | Deposition |
| 2/16/21 | Richard and Calvena Sisk vs. Weir Valves & Controls USA et al. | Superior Court of California, County of Alameda | Deposition |
| 2/17/21 | Kevin Brooks et al. vs. DAP Products, Inc. et al. | Lost Angeles County Superior Court | Deposition |
| 2/24/21 | Elizabeth Ferreira for the Estate of Tony Weatherman vs. Cyprus Amax Minerals Co. et al. | 9th Judicial Circuit Court, Orange County, Florida | Deposition |
| 2/25/21 | Charles and Patricia Toney vs. 3M Company et al. | 17th Judicial Circuit Court, Broward County, Florida | Deposition |
| 3/3/21 | Mary Lingo for the Estate of Max Lingo vs. Brake Supply Company, et al. | Marion County Superior Court, Indiana | Deposition |
| 3/4/21 | James and Harriet Pettie vs. Brake Parts, Inc., et al. | King County Superior Court, Washington | Deposition |
| 3/10/21 | David and Jan Settlemyer vs. Borg Warner Morse TEC, et al. | U.S. District Court, Western District of North Carolina | Deposition |
| 3/12/21 | Wayne and Lisa Maust vs. ArvinMeritor, Inc., et al. | Superior Court of Washington, Pierce County | Deposition |
| 3/16/21 | Steven D. Fouts vs. Morse TEC, LLC, et al. | Circuit Court for Baltimore City | Deposition |
| 3/18/21 | Vernon Eggers for the Estate of Barbara Eggers vs. Colgate-Palmolive Company, et al. | District Court of Oklahoma County, State of Oklahoma | Deposition |
| 3/30/21 | Laura Walls, Individually and for the Estate of Robie Walls vs. Ford Motor Company, et al. | U. S. District Court for the Middle District of North Carolina | Deposition |
| 3/31/21 | Alicia Ramirez and Fermin Ramirez vs. Ajax Magnethermic Corporation, et al. | Superior Court of the State of California, County of Los Angeles, Court of Unlimited Jurisdiction | Deposition |
| 4/19/21 | Bruce Kratt and Melanie Kratt vs. 3M Company, et al. | Superior Court of California, for the County of Los Angeles | Deposition |
| 4/20/21 | Steven Sexton and Patricia Sexton vs. Amcord, Inc., et al. | Superior Court of California, County of Alameda, Court of Unlimited Jurisdiction | Deposition |
| 4/22/21 | Donald Gail Winslow, Jr., for the Estate of Donald Grant Winslow vs. Air & Liquid Systems Corporation, et al. | Superior Court of Washington, in and for the County of Pierce | Deposition |

Legal testimony of Dominik D. Alexander, PhD, MSPH, January 4, 2019 – January 4, 2023 (cont.)

| Date | Case Name | Jurisdiction | Activity |
|------|-----------|--------------|----------|
| 4/27/21 | Richard Burlin Sisk, Jr. and Calvena Dea Sisk vs. Weir Valves & Controls USA, Inc., et al. | Superior Court of California, Count of Alameda | Trial testimony |
| 4/29/21 | Connie Dietrich vs. Autozone West, Inc., et al. | Superior Court of California, for the County of Los Angeles | Deposition |
| 5/5/21 | Kristina T. Strong for the Estate of Matthew W. Strong, Deceased, vs. Bartells Asbestos Settlement Trust, et al. | Superior Court of Washington for Spokane County | Deposition |
| 6/8/21 | Samuel V. Cameron for the Estate of Samuel C. Cameron, Deceased, vs. Akebono Brake Corporation, et al. | 11th Judicial Circuit Court, Miami-Dade County, Florida | Deposition |
| 6/22/21-6/23/21 | Donald Gail Winslow, Jr. for the Estate of Donald Grant Winslow vs. Air & Liquid Systems Corporation, et al. | Superior Court of Washington, in and for the County of Pierce | Trial testimony |
| 6/29/21 | Steven Aaron, Sr. vs. Bancroft Bag, Inc., et al. | Civil District Court for the Parish of Orleans, Louisiana | Trial testimony |
| 7/7/21 | Shirley Heller for the Estate of Gene Heller, Deceased, vs. Air & Liquid Systems Corporation, et al. | Eleventh Judicial Circuit Court, McLean County, Illinois | Deposition |
| 7/23/21 | Sharon Jennings for the Estate of Darrell Jennings, Deceased, vs. ArvinMeritor, Inc., et al. | Court of Common Pleas of Cuyahoga County, Ohio | Trial testimony |
| 7/26/21 | Joan Smith vs. Borg Warner Corporation, et al. | 1st Judicial Circuit Court, Okaloosa County, Florida | Deposition |
| 7/30/21 | Edward Morgan and Dorothy Morgan vs. Armstrong International, Inc., et al. | 5th Judicial Circuit Court of Common Pleas of Richland County, South Carolina | Deposition |
| 8/9/21 | Adam and Regina Pawlik vs. ArvinMeritor Inc., et al. | Circuit Court of Cook County, Illinois | Deposition |
| 8/19/21 | Douglass and Lynda Massey vs. AMMCO Tool, Inc., et al. | Superior Court of Washington for King County | Deposition |
| 9/1/21 | Stephanie Salcedo for the Estate of Theresa M. Garcia, Deceased, vs. Avon Products, Inc., et al. | Circuit Court of Cook County, Illinois | Deposition |
| 9/3/21 | Middlesex Water Company vs. 3M Company, et al. | United States District Court for the District of New Jersey | Deposition |
| 9/7/21 | Santina Mazzetti vs. A.W. Chesterton Company, et al. | Cook County, Illinois Circuit Court | Deposition |
| 9/8/21 | David Chavis and Jeanne Chavis vs. 3M Company, et al. | Superior Court of the State of Indiana for the County of Marion | Deposition |
| 9/15/21 | Tricia M. Hoyle for the Estate of Gene Spears vs. ABB, Inc., et al. | 17th Judicial Circuit Court, Broward County, Florida | Deposition |
| 9/24/21 | Federal Trade Commission, et al. vs. Quincy Biosciences Holding Company, Inc., et al. | United States District Court, Southern District of New York | Deposition |

Legal testimony of Dominik D. Alexander, PhD, MSPH, January 4, 2019 – January 4, 2023 (cont.)

| Date | Case Name | Jurisdiction | Activity |
|------|-----------|--------------|----------|
| 10/1/21 | Kurt Kapp, individually and as parent and natural guardian of J.K., a minor, Adam Kapp vs. Wolverine World Wide, Inc., et al. | State of Michigan, Circuit Court for the County of Kent | Deposition |
| 10/6/21 | Jo Ann Ochoa for the Estate of Daniel Ochoa, et al. vs. Allied Refrigeration Inc., et al. | Superior Court of the State of California, for the County of Alameda | Deposition |
| 12/6/21 | Pamela Longobardi for the Estate of Eugene Longobardi vs. Borg-Warner Corporation, et al. | Cook County, Illinois Circuit Court | Deposition |
| 12/7/21 | Frasier McIntosh and Theresa McIntosh vs. AGCO Corporation, et al. | Superior Court of the State of California for the County of Los Angeles | Deposition |
| 12/16/21 | John Howard and Cindy Howard vs. 3M Company, et al. | Superior Court of the State of California for the County of Los Angeles | Deposition |
| 1/11/22 | William Trokey and Cathy Trokey vs. A.W. Chesterton Company, et al. | State of Missouri, Twenty-Second Judicial Circuit (City of St Louis) | Deposition |
| 1/25/22 | Johnny Holland and Mary Holland vs. Air & Liquid Systems Corporation, et al. | 13th Judicial Circuit Court, Hillsborough County, Florida | Deposition |
| 2/2/22 | Carlos Solana vs. DCo LLC, et al. | Superior Court of the State of California for the County of Los Angeles | Deposition |
| 2/7/22 | In re: Deepwater Horizon BELO Cases | United States District Court, Northern District of Florida, Pensacola Division | Deposition |
| 2/8/22 | Jose Martinez vs. Aero-Dyne Supply Co. Inc., et al. | Superior Court of the State of California for the County of Alameda | Deposition |
| 2/14/22 | Francis Barnum, Jr., and Laurie Barnum vs. Autozone West Inc., et al. | Superior Court of the State of California for the County of Los Angeles | Deposition |
| 2/16/22 | Gregory Sullivan and Janet Sullivan vs. Air & Liquid Systems Corporation, et al. | 17th Judicial Circuit Court, Broward County, Florida | Deposition |
| 2/17/22 | Robert H. Nicholson and Debra A. Nicholson vs. Dana Corporation, et al. | 17th Judicial Circuit Court, Broward County, Florida | Deposition |
| 2/23/22 | Kimberly Trishell Winder for the Estate of Stephen Allan O'Neal, deceased vs. Jerry Seiner Chevrolet, Inc., et al. | 3rd Judicial District Court, Salt Lake County, Utah | Deposition |
| 3/9/22 | William Trokey and Cathy Trokey vs. A.W. Chesterton Company, et al. | 22nd Judicial Circuit Court (St. Louis MO) | Trial testimony |

Legal testimony of Dominik D. Alexander, PhD, MSPH, January 4, 2019 – January 4, 2023 (cont.)

| Date | Case Name | Jurisdiction | Activity |
|------|-----------|--------------|----------|
| 3/14/22 | Stephen Horton and Gloria Horton vs. Armstrong International, Inc., et al. | 5th Judicial Circuit Court of Common Pleas of Richland County, South Carolina | Deposition |
| 3/15/22 | Susan W. Moore and Christopher Moore vs. Criswell Chevrolet, Inc., et al. | Circuit Court for Baltimore City, Maryland | Deposition |
| 3/23/22 | Arthur Pylar and Louise Ann Pylar vs. Borg Warner Corporation, et al. | 9th Judicial Circuit Court, Orange County, Florida | Deposition |
| 3/25/22 | In re: Deepwater Horizon BELO Cases | United States District Court, Northern District of Florida, Pensacola Division | Deposition |
| 4/6/22 | Edward Halowell, Sr. and Martha Halowell vs. Armstrong International, Inc., et al. | Superior Court of the State of California for the County of Alameda | Deposition |
| 4/8/22 | James P. and Katheryn A. Hofius vs Advance Auto Parts, Inc. et al. | Circuit Court of Mobile County, Alabama | Deposition |
| 4/11/22 | Gary Olson vs. Air & Liquid Systems Corporation, et al. | King County Superior Court, Washington | Deposition |
| 4/19/22 | John C. Riegler and Kathi A. Riegler vs. Carlisle Companies, Inc., et al. | United States District Court, District of Utah | Deposition |
| 4/22/22 | Steven J. and Cynthia L. Watts vs. Ashby Lumber Company, et al. | Superior Court of the State of California for the County of Alameda | Deposition |
| 4/26/22 | Janielle Prasad and Sandra Hough for the Estate of Charles Hough vs. Brenntag Specialties, Inc., et al. | 11th Judicial Circuit Court, Miami-Dade County, Florida | Deposition |
| 4/27/22 | Carolyn Cold for the Estate of Richard Cold, et al. vs. Allen-Bradley Company, et al. | California Superior Court, Los Angeles County | Deposition |
| 5/10/22 | Thomas R. Sorrentino vs. AMMCO Tools, Inc., et al | King County Superior Court, Washington | Deposition |
| 5/11/22 | James O. Spurbeck and Linda Spurbeck vs. Auto Parts Halls Automotive Inc., et al. | Superior Court of the State of California for the County of Alameda | Deposition |
| 5/13/22 | Deborah A. Hickman, as Administrator of the Estate of Danny H. Hickman, Deceased, vs. Kansas City Southern Railway Company | Circuit Court of St. Louis County, Missouri | Deposition |
| 5/18/22 | Richard Harrold Shaffer vs. 3M Company, et al. | California Superior Court, Los Angeles County | Trial testimony |
| 5/23/22 | The Estate of Patrick McLaughlin, Deceased, et al. vs. Alon USA, et al. | District Court, Clark Couty, Nevada | Deposition |
| 6/1/22 | Mary Lee for the Estate of Gordon L. Brown, Jr. vs A.W. Chesterton Company, et al. | Superior Court of the Commonwealth of Massachusetts for the County of Middlesex | Deposition |

Legal testimony of Dominik D. Alexander, PhD, MSPH, January 4, 2019 – January 4, 2023 (cont.)

| Date | Case Name | Jurisdiction | Activity |
|------|-----------|--------------|----------|
| 6/2/22 | Leslie Santiago, Individually and as Successor-in-Interest to Rosalie Saenz, et al. vs. BorgWarner Morse Tec, Inc., et al. | California Superior Court, Los Angeles County | Deposition |
| 6/7/22 | George L. Yore and Sarah Yore vs. Philip Morris USA, et al. | Superior Court of the Commonwealth of Massachusetts for the County of Middlesex | Deposition |
| 6/8/22 | Clifford Sullivan and Mary Sullivan vs. American President Lines, LLC, et al. | King County Superior Court, Washington | Deposition |
| 6/9/22 | Joseph Bayer and Gwendolyn Culverson, Ranitidine matter | Third Judicial Circuit Court, Madison County, Illinois | Deposition |
| 6/21/22 | Richard J. Boetsch vs. A.W. Chesterton Company, et al. | California Superior Court, Los Angeles County | Deposition |
| 6/30/22 | Deborah A. Hickman, as Administrator of the Estate of Danny H. Hickman, Deceased, vs. Kansas City Southern Railway Company | Circuit Court of St. Louis County, Missouri | Trial testimony |
| 7/8/22 | Daniel Rugg and Sandra Rugg vs. ABB Inc., et al. | Court of Common Pleas, First Judicial District of Pennsylvania, Civil Trial Division | Trial testimony |
| 7/26/22 | David Back, et al. vs. Bayer CropScience LP, et al. | Circuit Court of St. Louis County, Missouri | Deposition |
| 8/3/22 | Dean Black and Jeanine Black vs. Bayer Consumer Care Holdings LLC, et al. | Superior Court of the Commonwealth of Massachusetts for the County of Middlesex | Deposition |
| 8/4/22 | Joe Eldra Goodwin for the Estate of Dorothy Jean Fox Goodwin vs. 4520 Corp. Inc., et al. | 5th Judicial Circuit Court of Common Pleas of Richland County, South Carolina | Deposition |
| 8/9/22 | Jose Diaz and Maria Diaz vs. Barretts Minerals Inc., et al. | California Superior Court, Los Angeles County | Deposition |
| 8/10/22 | Diana Hancock on Behalf of Erminio Perea, dec'd vs. Advance Stores Company, et al. | Arizona Superior Court, County of Maricopa | Deposition |
| 8/17/22 | Brenda Gideon and David Gideon vs. Apollo Sheet Metal, Inc., et al. | Superior Court of Washington for Pierce County | Deposition |
| 8/18/22 | Patricia Mills and Robert Williams vs. Aisin U.S.A. MFG., Inc., et al. | 11th Judicial Circuit Court, Miami-Dade County, Florida | Deposition |
| 8/25/22, 8/29/22-8/30/22 | Steven J. and Cynthia L. Watts vs. Ashby Lumber Company, et al. | Superior Court of the State of California for the County of Alameda | Trial testimony |
| 9/6/22 | Rita-Ann Chapman and Gary Chapman vs. Avon Products, Inc., et al. | California Superior Court, Los Angeles County | Deposition |
| 9/15/22 | Robert and Mary Bukowsky vs. Air & Liquid Systems Corporation, et al. | 11th Judicial Circuit Court, McLean County, Illinois | Deposition |

Legal testimony of Dominik D. Alexander, PhD, MSPH, January 4, 2019 – January 4, 2023 (cont.)

| Date | Case Name | Jurisdiction | Activity |
|------|-----------|--------------|----------|
| 9/23/22 | James P. Becnel vs. Lamorak Insurance Company, et al. | Civil District Court for the Parish of Orleans, Louisiana | Deposition |
| 9/29/22 | Matthew D. Beckwith and Meena Beckwith vs. Genuine Parts Company, et al. | King County Superior Court, Washington | Deposition |
| 10/12/22 | Ivar Patao Zuniga and Brigitte Sanchez vs. AutoZone West, Inc., et al. | California Superior Court, Los Angeles County | Deposition |
| 10/18/22 | Evelyn Crappel, et al. vs. Air Products and Chemicals, Inc., et al. | Civil District Court for the Parish of Orleans, Louisiana | Deposition |
| 10/21/22 | James Edward Noel vs. BP Exploration & Production, Inc., & BP America Production Company | United States District Court, Southern District of Alabama (Mobile) | Deposition |
| 10/21/22 | Richard Allen Dufour, Jr. vs. BP Exploration & Production, Inc., & BP America Production Company | United States District Court, Southern District of Mississippi | Deposition |
| 10/27/22 | Dennis Van Note vs. A.W. Chesterton Company, et al. | Cook County, Illinois Circuit Court | Deposition |
| 11/1/22 | Linda Cook for the Estate of Roland Cook vs. Foster Wheeler Energy Corp., et al. | United States District Court, District of Massachusetts | Deposition |
| 11/10/22 | Paul Navarro as Successor-in-Interest to George Navarro, Dec'd, et al.  vs. BWDAC, Inc., et al. | Superior Court of the State of California for the County of Alameda | Deposition |
| 11/16/22 11/17/22 | Rita-Ann Chapman and Gary Chapman vs. Avon Products, Inc., et al. | California Superior Court, Los Angeles County | Trial testimony |
| 11/21/22 | William McDuffey and Teri McDuffey vs. AGCO Corporation, et al. | Superior Court of the State of California for the County of Alameda | Deposition |
| 11/22/22 | Gary Haeck and Elizabeth Haeck vs. Asbestos Companies, et al. | Superior Court of the State of California for the County of Alameda | Deposition |
| 12/8/22 | Walter Pietrovich vs. Consolidated Rail Corporation and CSX Transportation, Inc., et al. | Court of Common Pleas of Philadelphia County, Pennsylvania Civil Division | Trial Testimony |
| 12/9/22 | Odis Green and Daisy Green vs. Air & Liquid Systems Corporation, et al. | 17th Judicial Circuit Court, Broward County, FL | Deposition |