# EXHIBIT F

| Study | Year | OR | LCI | UCI | lnOR | lnUCI | lnLCI | seven_cc | epa_cc | Parkinsonis | incident | quality | ag | Quality | Agricultura | Diagnosis | z | var | study | trial |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Hertzmann | 1994 | 1.43 | 0.33 | 7.04 | 0.357674 | 1.951608 | -1.10866 | 1 | 1 | Parkinson's | 1 | 1 | 1 | Low | Yes | PD Exam | 1.96 | 0.449792 | Hertzmann | 5 |
| Seidler et a | 1996 | 2.98 | 0.12 | 73.29 | 1.091923 | 4.294424 | -2.12026 | 0 | 0 | Parkinson's | 0 | | | Medium or | High | PD Exam | 1.96 | 2.677805 | Seidler et a | 11 |
| Liou et al | 1997 | 3.22 | 2.41 | 4.31 | 1.169381 | 1.460938 | 0.879627 | 1 | 1 | Parkinson's | 0 | 2 | 1 | Medium or | Yes | PD Exam | 1.96 | 0.09326 | Liou et al | 7 |
| Kuopio et a | 1999 | 1.21 | 0.18 | 6.31 | 0.19062 | 1.842136 | -1.7148 | 1 | 0 | Parkinson's | 0 | 1 | 0 | Low | No | PD Exam | 1.96 | 0.550349 | Kuopio et a | 6 |
| Engel et al | 2001 | 0.8 | 0.42 | 1.51 | -0.22314 | 0.41211 | -0.8675 | | 1 | Parkinsonis | 0 | 1 | | Low | Yes | Nurse Exan | 1.96 | 0.059415 | Engel et al | 3 |
| Dhillon et a | 2008 | 3.46 | 0.38 | 31.55 | 1.241269 | 3.451574 | -0.96758 | 1 | 1 | Parkinson's | 0 | 1 | 1 | Low | Yes | PD Exam | 1.96 | 1.270887 | Dhillon et a | 1 |
| Tanner et a | 2009 | 2.8 | 0.81 | 9.72 | 1.02962 | 2.274186 | -0.21072 | 0 | 1 | Parkinsonis | 1 | 2 | 0 | Medium or | No | PD Exam | 1.96 | 0.401835 | Tanner et a | 12 |
| Elbaz et al | 2009 | 1.2 | 0.7 | 2.1 | 0.182322 | 0.741937 | -0.35667 | | 0 | Parkinsonis | 0 | | | Medium or | Yes | PD Exam | 1.96 | 0.048523 | Elbaz et al | 2 |
| Firestone e | 2010 | 1.67 | 0.22 | 12.76 | 0.512824 | 2.546315 | -1.51413 | 1 | 1 | Parkinson's | 1 | 1 | 0 | Low | No | PD Exam | 1.96 | 0.852141 | Firestone e | 4 |
| Rugbjerg e | 2011 | 1.01 | 0.13 | 7.55 | 0.00995 | 2.021548 | -2.04022 | 1 | 0 | Parkinson's | 0 | 1 | 0 | Low | No | PD Exam | 1.96 | 0.675111 | Rugbjerg e | 9 |
| Tanner et a | 2011 | 2.5 | 1.4 | 4.7 | 0.916291 | 1.547563 | 0.336472 | 1 | 1 | Parkinson's | 0 | 3 | 1 | Medium or | Yes | PD Exam | 1.96 | 0.095451 | Tanner et a | 12 |
| van der Ma | 2014 | 1.13 | 0.73 | 1.77 | 0.122218 | 0.57098 | -0.31471 | 0 | 1 | Parkinson's | 0 | 2 | | Medium or | High | Medical Re | 1.96 | 0.05105 | van der Ma | 13 |
| Pouchieu e | 2017 | 1.43 | 1.17 | 1.75 | 0.357674 | 0.559616 | 0.157004 | 0 | 0 | Parkinson's | 0 | | | Medium or | Yes | Self Report | 1.96 | 0.010549 | Pouchieu e | 8 |
| Sanders et | 2017 | 1.54 | 1.23 | 1.93 | 0.431782 | 0.65752 | 0.207014 | 0 | 0 | Parkinson's | 0 | 2 | 1 | Medium or | Yes | PD Exam | 1.96 | 0.013208 | Sanders et | 10 |