# EXHIBIT A



Deposition of
# Dominik Alexander, PhD

**Date:** March 8, 2023

**Case:** PARAQUAT PRODUCTS LIABILITY LITIGATION

**No.** JCCP 5031

**Court Reporter:** Rebecca A. Harp

Paszkiewicz Court Reporting
Phone:  618-307-9320
Toll-Free:  855-595-3577
Fax:  618-855-9513
www.spreporting.com

SUPERIOR COURT OF THE STATE OF CALIFORNIA

COUNTY OF CONTRA COSTA


In re:  PARAQUAT PRODUCTS
LIABILITY LITIGATION        Case No. 3:21-md-3004-NJR


This Document Relates       United States District Court
to All Cases                for the Southern District of
                            Illinois, MDL No. 3004
_____
COORDINATION PROCEEDING             Case No. JCCP 5031
SPECIAL TITLE (RULE 3.550)          CIVMS 5031


PARAQUAT CASES


This Document Relates to:
All Coordinated Actions


        Video Deposition of DOMINIK ALEXANDER, PhD,

    taken on behalf of Plaintiffs at 4655

    Executive Drive, San Diego, California

    commencing at 9:08 a.m. on Wednesday,

    March 8, 2023, before Rebecca A. Harp,

    Certified Shorthand Reporter No. 11895.

Dominik Alexander, PhD
March 8, 2023

| | Page 2 |
|---|---|

```
 1              APPEARANCES
 2
 3
 4   On behalf of the MDL Plaintiffs:
 5
       Weisman Kennedy & Berris, Co., LPA, by
 6     ERIC E. KENNEDY, ESQ.
       DAVID C. LANDEVER (Appearing remotely)
 7     2900 Detroit Avenue, Second Floor
       Cleveland, OH  44113
 8     (216) 781-1111
 9
10   - and -
11
12   LEVIN PAPANTONIO RAFFERTY PROCTOR BUCHANAN O'BRIEN
       BARR MOUGEY, P.A., by
13     SARAH SHOEMAKE DOLES, ESQ. (Appearing remotely)
       316 South Baylen Street
14     Pensacola, FL  32502
15
16   - and -
17
18   Walkup Melodia Kelly & Schoenberger, by
       MICHAEL A. KELLY, ESQ.
19     KHALDOUN A. BAGHDADI, ESQ. (Appearing remotely)
       650 California Street
20     San Francisco, CA  94108
       (415) 889-2919
21
22
23
24
25
```

| | Page 3 |
|---|---|

```
 1              APPEARANCES (cont.)
 2
 3
 4   On behalf of the Defendants Syngenta AG and Syngenta
     Crop Protection LLC:
 5
 6     KIRKLAND & ELLIS LLP
       PAUL SAMPSON, ESQ.
 7     60 East South Temple, Suite 700
       Salt Lake City, UT  84111
 8     (801) 877-8140
 9
10
11   On behalf of the Defendant CHEVRON, USA, INC.:
12     JONES DAY
       SHARYL A. REISMAN, ESQ.
13     LEON F. DEJULIUS, JR., ESQ. (Appearing remotely)
       250 Vesey Street
14     New York, NY  10281-1047
       (212) 326-3939
15
16
17     JONES DAY
       DEBRA BELOTT, ESQ.
18     51 Louisiana Avenue, N.W.
       Washington, D.C.  20001
19     (202) 879-3689
20
21
22
23
24
25
```

| | Page 4 |
|---|---|

```
 1              APPEARANCES (cont.)
 2
 3   ALSO PRESENT:
 4
       (Appearing remotely)
 5
 6     Special Master Randi Ellis
 7
 8     Carol Moore, Certified Legal Investigator/Assistant
       Amelia Woods, Paralegal
 9     Sarah Merced, Paralegal
       LEVIN PAPANTONIO
10
11
12
       Elijah Ochoa, Videographer
13     Scott Sill, Exhibit Tech
       PASZKIEWICZ REPORTING
14
15
16
17
18
19
20
21
22
23
24
25
```

| | Page 5 |
|---|---|

```
 1              INDEX              PAGE
 2
 3   BY MR. KENNEDY                  7
 4
 5              EXHIBITS
 6
 7   101- Dr. Wells report          273
 8   102- Dr. Alexander's report     10
 9   102A- Dr. Alexander's supplemental report    10
10   103- Breckenridge article      103
11   105- Dr. Wells deposition      261
12   106- Liou study                157
13   108- Shrestha study            169
14   112- Dr. Alexander's invoices   29
15   113- Dr. Alexander's data sheet  89
16   114- Venable article            68
17   118- Vaccari study             115
18   122- EPA quality criteria document    198
19   124- Tanner study              152
20
21
22
23
24
25
```

2  (Pages 2 to 5)

Dominik Alexander, PhD
March 8, 2023

Page 6

1    SAN DIEGO, CALIFORNIA
2    WEDNESDAY, MARCH 8, 2023
3    9:08 A.M.
4    * * * *
5    VIDEOGRAPHER:  This is the videotaped
6  deposition of Dominik Alexander.  Today's date is March
7  8, 2023.  The time is 9:08 a.m.
8    This case -- this is the case of in re
9  Paraquat Products Liability Litigation.  The case
10  number 3:21-MD-3004-MJR.  In the United States District
11  Court for the Southern District of Illinois.  MDL
12  Number 3004.  Also for the Superior Court of the State
13  of California, County of Contra Costa.
14    Coordination Proceeding Special Title Rule
15  3.550.  Paraquat cases, Case Number
16  JCCP-5031-CIVMS-5031.
17    My name is Elijah Ochoa.  I am representing
18  Paszkiewicz Court Reporting.  The court reporter is
19  Rebecca Harp, also representing Paszkiewicz Court
20  Reporting.  This deposition is taking place at 4655
21  Executive Drive, San Diego, California 92121.
22    Counselors, would you please state your
23  appearances.
24    MR. KENNEDY:  Eric Kennedy on behalf of
25  plaintiffs in the coordinated proceedings.

Page 7

1    MR. KELLY:  Mike Kelly representing plaintiffs
2  in the state court proceedings.
3    MS. REISMAN:  Sharyl Reisman representing
4  Chevron in the MDL and the JCCP proceedings.
5    MS. BELOTT:  Debra Belott on behalf of Chevron
6  as well.
7    MR. SAMPSON:  Paul Sampson on behalf of
8  Syngenta.
9    VIDEOGRAPHER:  The court reporter may now
10  swear in the witness.
11    COURT REPORTER:  Do you solemnly state the
12  testimony you shall give today shall be the truth, the
13  whole truth, and nothing but the truth?
14    THE WITNESS:  I do.
15    (EXAMINATION)
16  BY MR. KENNEDY:
17    Q    Dr. Alexander, my name is Eric Kennedy.  I
18  apologize for not introducing myself to you earlier.  I
19  will be asking you many questions over several hours
20  today.  You had your deposition taken before.  Per
21  usual, if you don't understand my question, let me know
22  and I will rephrase it so hopefully you do.  All right?
23    A    Understood.
24    Q    If you don't hear it, let me know.  I will
25  repeat it so you hopefully do.

Page 8

1    A    All right.
2    Q    Please state your full name for the record.
3    A    Dominic Dean Alexander.
4    Q    Your professional address?
5    A    16769 Bernardo Center Drive, San Diego,
6  California 92128.
7    Q    And your professional address, is that a
8  building, an office space?  What is that?
9    A    That is my mailing address.  The box is
10  61K-144.
11    Q    And you are employed by a company?
12    A    MetaMethod, correct.
13    Q    And you own the company?
14    A    I do.
15    Q    And does Meta -- your company, MetaMethod,
16  does that have a physical address and office space
17  where you go to?
18    A    I lease an office location in -- nearby that
19  mailing address, yes.
20    Q    And what is address of what you lease?
21    A    The address, I believe it is also Bernardo
22  Center Way.  It is San Diego, California 92128.  It is
23  Premium Business Offices.
24    Q    So when you say it is Premium Business
25  Offices, what does that mean?

Page 9

1    A    That is the building address.  I don't recall
2  the specific number.
3    Q    How many square feet do you lease in that
4  building?
5    A    Relatively small office.  One single office.
6    Q    And you have employees at your company?
7    A    I do.  However, not in California.
8    Q    Where are those employees located?
9    A    Ann Arbor, Michigan, and Chicago.
10    Q    Do those folks work from their homes?
11    A    They do.
12    Q    And the names of these two employees?
13    A    Hannah Davis Jones.  And then I have
14  scientific contractors.  Maggie Sadoff and Lynn Zwica.
15    Q    When you say "scientific contractors," what
16  does that mean?
17    A    1099 contractors.
18    Q    So they are not your employees?
19    A    Not salaried employees, no.
20    Q    Last time you had your deposition taken was
21  when?
22    A    I don't recall exactly.  Best estimate,
23  sometime in the past couple of weeks.
24    Q    And the last time you appeared in a court?
25    A    Six weeks, perhaps.  A month.

3  (Pages 6 to 9)

Dominik Alexander, PhD
March 8, 2023

Page 10

1    Q   Exhibit 102, if you want to pull that out.
2  Exhibit 102 is your report dated 1/20/23.
3       Is that a true and accurate copy of the report
4  dated 1/20/23?
5    A   I believe so, yes.
6    Q   And we were provided yesterday with an
7  amendment to Exhibit 102.  Do you have copies of that
8  with you?  Let me -- I will mark that 102-A, is that
9  all right?
10    MS. REISMAN:  That is fine here.
11    Q   (By Mr. Kennedy) I will give you a copy of
12  Exhibit 102-A.  Can you tell me the changes that have
13  been made with respect to your amended report, Exhibit
14  102-A?
15    A   I believe I have those amendments here.
16    MS. REISMAN:  We sent you a redline.  Did you
17  receive that, the couple of pages?
18    MR. KENNEDY:  We did.  I haven't reviewed it.
19    MS. REISMAN:  No problem at all.  I wanted to
20  make sure you have received it.
21    MR. KENNEDY:  Yes.  We have received the
22  redline.  Somebody smarter than me has reviewed it.
23  There is not going to be a lot of questions.
24    Q   (By Mr. Kennedy) If you can just articulate
25  for me -- if it's not going to take a long time -- the

Page 11

1  changes between Exhibit 102 and 102-A?
2    A   There is a change on page 39 where it was
3  changed from chronic cardiac disease to voter controls.
4  So it was a comparison group in the study by Hertzman.
5       There was a change on page 53, where it was
6  changed from the final category to the fourth category.
7  And in addition, that says the fifth category includes
8  studies of manufacturing workers.
9       And finally on page 117, there was a footnote
10  change from one column to another column.  And I
11  believe a change from where the text says two pluses to
12  three pluses.
13    MS. REISMAN:  In the footnote?
14    THE WITNESS:  In the footnote of that page.
15    Q   (By Mr. Kennedy) What page is that?
16    A   Page 117.
17    MS. REISMAN:  And because you don't have it in
18  front of you, the chart didn't change.  It is just in
19  the footnote he's saying that extra -- here is a copy.
20    MR. KENNEDY:  That is the footnote you are
21  going from two to three on Liou.
22    MS. REISMAN:  In the footnote.  The chart
23  reflected three.  So the footnote was just edited.
24    Q   (By Mr. Kennedy) Any other changes between
25  Exhibit 102 and 102-A?

Page 12

1    A   I believe those are the only ones.
2    MS. REISMAN:  The only other change is on the
3  front page.  It is noted to be amended March 7th, 2023.
4    Q   (By Mr. Kennedy) I am going to will reference
5  102 or 102-A throughout, and we can recognize the fact
6  they are essentially the same other than the changes
7  you just articulated.  Agreeable?
8    A   Understand.
9    Q   Other than the changes you have just
10  articulated any other changes you want to make to
11  Exhibit 102, that being your 1/20/23 report?
12    A   No other changes I can think of.
13    Q   Is your report in Exhibit 102, 102-A, is that
14  a complete and accurate statement of the opinions you
15  have arrived at in this case?
16    A   Yes.  That is an accurate summary of my
17  epidemiology opinions that I have articulated in this
18  particular matter.
19    Q   The review list that you have included within
20  your report, is that a complete statement and listing
21  of everything that you have reviewed prior to today
22  with respect to this case and your responsibilities?
23    A   I believe the bibliography as well as some
24  other additional materials indicated towards the end of
25  the report do include the sources that I reviewed and

Page 13

1  considered for the completion of my report.
2       Now, in addition to that, there are some
3  documents and studies and reports within some other
4  reports.  For example, Dr. Wells' report or
5  Dr. Siegel's report I would have reviewed as well.
6    Q   But Dr. Wells and Dr. Siegal's report, are
7  they listed in what you have reviewed?
8    A   They are listed.
9    Q   If we look at the text of your report, Exhibit
10  102, and we look at your review list, we will have the
11  totality of what you have reviewed in order to render
12  your opinions.  Is that accurate?
13    A   If you also include some of the studies within
14  Dr. Wells and Dr. Siegel's report, yes.
15    Q   Okay.  Specifically what within Dr. Wells and
16  Dr. Siegel's report have you reviewed that is not in
17  your report and is not in your review list?
18    A   I can't say that they are not in the
19  bibliography.  They may be.  But I did review some
20  studies looking at agreement and validation pertaining
21  to exposure, recall.  Some studies of that nature.
22    Q   These would be reviews and reports that are in
23  Wells or Siegel's reports?
24    A   That is correct.  Again, they may be in my
25  bibliography as well.  But in addition to that, for

4  (Pages 10 to 13)

Dominik Alexander, PhD
March 8, 2023

Page 14

1   example, there was a report submitted by Exponent
2   researchers that I reviewed as well.
3       Q   And is there any comment with respect to the
4   Exponent reanalysis of the Tanner 2011 data.  Is that
5   what you are referring to?
6       A   It is an Exponent report for which they
7   provide data and analysis of at least some data, some
8   incomplete data, I believe that they received from
9   Tanner.
10          MS. REISMAN:  Let me just say, I don't want
11  there to be any misunderstanding.  Some of the studies
12  that he just referenced may have been referenced in
13  Siegel's deposition but not his report.  He references
14  both his report and deposition in his report.
15          THE WITNESS:  I am sorry.  Just to clarify.
16  The same, I think, would apply for Dr. Wells too.  I
17  did review Dr. Wells deposition.
18      Q   (By Mr. Kennedy)  With respect to the Exponent
19  analysis of the Tanner 2011 data, do you make any
20  comment on that in your report?
21      A   I don't recall doing so.
22      Q   Why not?
23      A   I focused for my evaluation on peer-reviewed
24  published analytical epidemiology studies.
25      Q   So your review would not have included your

Page 15

1   analysis and your understanding of the tanner 2011
2   Exponent review?
3           MS. REISMAN:  Objection.  Form.
4           THE WITNESS:  I am not sure if I would
5   characterize it that way in terms of what Exponent did.
6   I certainly did review their report where they
7   performed, admittedly analysis on some incomplete data
8   provided to them.  But it is not a peer-reviewed
9   publication and thus was not reviewed systematically by
10  me in the same light that the other published studies
11  were.
12      Q   (By Mr. Kennedy)  So the Exponent review was
13  not part of your systematic review; would that be
14  correct?
15          MS. REISMAN:  Objection.  Form.
16          THE WITNESS:  It was not part of the published
17  analytical epidemiology studies that served as the
18  foundation for my principal epidemiology opinions.
19      Q   (By Mr. Kennedy)  So the answer would be yes,
20  it was not included?
21      A   The Exponent analysis was considered, but the
22  analytical epidemiology studies that were published
23  serves as the foundation for my opinions and those are
24  summarized in my report.
25      Q   My question is:  What you are saying is even

Page 16

1   though you did not reference the Exponent Tanner
2   analysis in your report, you are telling us today you
3   nonetheless considered it to some extent in your
4   review?
5           MS. REISMAN:  Objection.  Form.
6           THE WITNESS:  No.  I looked at it because it
7   was, I believe, mentioned by Dr. Wells either in
8   deposition or in his declaration or report.  But again,
9   my opinions in this report are based on a summary of
10  the analytical epidemiology studies that have been
11  published in the peer-reviewed literature.
12          The Exponent report was not one of those that
13  were published.  So while I did look at it because it
14  was brought to my attention from review of -- I think
15  Dr. Wells, it did not serve as a basis to formulate my
16  epidemiology opinions.
17      Q   (By Mr. Kennedy)  Without the deposition
18  today, though, we would not know that you reviewed it,
19  correct?
20      A   I am sorry.  Without the?
21      Q   Without today's deposition and this
22  questioning, we would not know you had reviewed the
23  Tanner analysis -- or excuse me, the Exponent analysis
24  of the Tanner data, true?
25          MS. REISMAN:  Objection.  Form.

Page 17

1           THE WITNESS:  I am not sure.  I don't believe
2   I have cited it.  However, I did express to you that I
3   considered the wells declaration report and deposition
4   testimony.
5           So to the extent that that information would
6   have been in either of those two sources, it would have
7   been reviewed at least in some capacity.
8       Q   (By Mr. Kennedy)  But it is not mentioned in
9   your report, correct?
10          MS. REISMAN:  Asked and answered.
11          THE WITNESS:  It is again not cited within the
12  report, nor summarized within the report.  Again, it
13  would be within the context of Dr. Wells' materials.
14      Q   (By Mr. Kennedy)  I have looked at a lot of
15  reports.  Certain portions of the reports seem to be
16  repetitious of prior reports or portions seem to be
17  boilerplate that goes into each report.
18          Would that be an accurate statement?
19      A   I typically don't use the term "boilerplate"
20  when I do reports.  But many of the concepts overlap,
21  meaning the concept of statistical significance doesn't
22  change from one report to another.  Or the concept of
23  confidence intervals or other parameters for that
24  matter.
25          So there should be appropriately some

5  (Pages 14 to 17)

Dominik Alexander, PhD
March 8, 2023

Page 18

1  consistency from report to report in terms of the
2  methodological and analytical aspects of epidemiology
3  as a scientific discipline.
4        Q   Look at page -- Exhibit 102 of the report.  I
5  want to take a look at the table of contents if we
6  could.  Your qualifications, looking at the table of
7  contents, starting at page 4, is that boilerplate?  I
8  mean, that section appears in the vast majority of the
9  reports that you author.
10       MS. REISMAN:  I'm just going to object to the
11 form given his response before.
12       Go ahead.
13       THE WITNESS:  You are saying the two
14 paragraphs under Qualifications.  Is that what you are
15 asking?
16       Q   (By Mr. Kennedy)  Correct.
17       A   That appears -- they do appear in reports, but
18 that is the first page of my CV, which I think is at
19 the end of this document as well.  So I think, yes, you
20 can generally see that as well in the appendix.
21       Q   So the answer is yes, correct, with respect to
22 my first question about qualifications.  You have --
23 you testified 58 times in 2020.
24           Would there be a report with respect to all of
25 those pieces of testimony that you gave?

Page 19

1       A   If I have testified, there would be a report.
2       Q   And is there a qualification section probably
3  in all 58 of those reports just looking at 2020?
4       A   Not necessarily a section that indicates that.
5  But this type of information would be provided because
6  this type of information or these two paragraphs go
7  along with my CV that I typically produce.
8       Q   If you look at -- again, we are looking at
9  this report -- general principles of epidemiology,
10 page 8.  Is that something that appears in the vast
11 majority of your expert reports that you are hired to
12 create, general principles of epidemiology?
13       A   Not necessarily.  Depending on the type of
14 report that I am producing.  It may appear for general
15 causation reports.  I typically provide this type of
16 information.
17       Q   If I showed you 17 reports, if that section
18 appears in all 17 reports, just about word for word,
19 would that be surprising to you?
20       A   No.  Not at all.
21       Q   Next it says epidemiologic measures in your
22 table of contents, page 8.  If I showed you 17 reports
23 where epidemiology measures, that section was
24 essentially word for word in 17 reports, from 2020,
25 would that surprise you?

Page 20

1       A   It would not for the reasons that I gave.
2  Meaning that these epidemiology concepts don't change
3  from report to report.
4       Q   And with respect to your section on page 9 of
5  this report, types of epidemiologic studies,
6  descriptive and analytical standard portion of your
7  reports, true?
8       A   The section is and these sections are.  There
9  may be some nuances in terms of some of the specific
10 verbiage, but typically that type of dialogue would
11 show up in certain types of expert reports that I
12 submit.
13       Q   I am not talking about type of dialogue.  I am
14 talking about word for word.  Would that surprise you
15 if we looked at 17 reports from 2020, and it was
16 essentially word for word?
17       A   It wouldn't surprise me for the reasons that I
18 gave.
19       Q   And association and Causation section in this
20 report, a standard practically word for word section in
21 each of your reports, would that be accurate also?
22       A   In prior reports?
23       Q   Yes, sir.
24       A   That wouldn't surprise me because these are
25 standard epidemiology principles that remain in tact.

Page 21

1       Q   Would this be the same with Interpretation of
2  Relative Risk section, Statistical Significance
3  section, Statistical Association versus Causal
4  Relationship section?  Would that also be true,
5  essentially word for word those sections appeared in
6  your reports?
7       A   It wouldn't surprise me because I created the
8  reports.  Now you are saying essentially word for word.
9  Again, there may be some minor nuances in the dialogue,
10 but it would not surprise me that these were in prior
11 reports for the reasons that I gave.
12       Q   And those sections we talked about thus far
13 that appear essentially in all of your reports, are
14 those sections put into your reports by your staff
15 members?  Or are those sections that you select and put
16 them into the reports?
17       A   Just for clarification, they don't appear in
18 all my reports.  They appear in some for general
19 causation reports.  But these are sections written by
20 me only.
21       Q   The section that says General Causation in
22 Bradford Hill, that section starting on page 22, if you
23 are asked to address questions of general causation, is
24 that section essentially word for word in your general
25 causation reports?

6  (Pages 18 to 21)

Dominik Alexander, PhD
March 8, 2023

Page 22

1    A   Well, I believe this section has shown up.
2  There may be some examples of word for word in prior
3  reports.  But again, it wouldn't surprise me that this
4  section would show up in prior reports because the
5  concepts and citations and articulation would remain
6  the same from study or report to report.
7    Q   And I am not talking about some reports.
8  Again, if I were to show you 17 reports from 2020, with
9  essentially word for word on this section titled
10  General Causation and Bradford Hill, would that be
11  surprising to you?
12    A   It would not surprise me.  You said 17
13  reports, I think in 2020.  I submitted many more than
14  17 reports in 2020.
15    Q   I am not saying you haven't.  I am saying
16  those are the ones we have collected so far.  It may be
17  all 58.  I don't know.  But I am just talking about 17.
18  Would that surprise you?
19    A   No.  Not necessarily.  It shouldn't for the
20  reasons I gave.
21    Q   All right.  Now, you indicated that you have
22  one employee and two folks that work with you as
23  independent contractors.  Would that be an accurate
24  characterization of your company?
25    A   There are a total of three salaried employees,

Page 23

1  two 1099 contractors in Ann Arbor, and three 1099
2  contractors in Chicago.
3    Q   Okay.  The three salaried employees, who are
4  the salaried employees?
5    A   Myself, my wife, and Ms. Hannah Davis Jones.
6    Q   What is the -- what is your responsibility,
7  your role in the company?
8    A   I am a principal epidemiologist.  I am the
9  only PhD epidemiologist.  And I perform epidemiology
10  consulting and research activities.  I write
11  manuscripts.  I give presentations.  I do peer reviews.
12  I am on the editorial board of journals.  I interact
13  with universities.
14         I interact with epidemiology societies at
15  various conferences.  I perform matters such as this
16  pertaining to litigation consulting.  I perform
17  statistical analyses.
18    Q   And the role of your wife in your company?
19    A   How she primarily assists me, she has a master
20  of science degree.  She primarily assists me in report
21  formatting, some administrative duties, some editorial
22  reviews.
23    Q   And then did you say there was a Ms. Jones?
24    A   Yes.  Hannah Davis Jones.
25    Q   What does she do?

Page 24

1    A   She is my primary administrative assistant.
2    Q   And which of these folks, if any, goes
3  physically into your office space each day?
4    A   Only me.
5    Q   So you daily go physically to the office?
6    A   Not every day.  I do go to the office location
7  not every single day.
8    Q   Then the two contractors in Ann Arbor, what do
9  they do?
10    A   They have master's degree in science,
11  environmental health sciences and -- or master's in
12  public health with the focus on environmental health
13  science and risk assessment.  And they assist me on
14  research and consulting matters.
15    Q   Consistent legal matters also?
16    A   Yes.
17    Q   And then the three contractors in -- was it
18  Chicago?
19    A   That's correct.
20    Q   What do these folks do?
21    A   They primarily assist me in some
22  litigation-related matters.
23    Q   Full-time employees, the contractors in Ann
24  Arbor and your contractors in Chicago, are they
25  full-time employees?

Page 25

1    A   If you define full-time as 40 hours a week,
2  then no.
3    Q   Are they paid hourly?
4    A   They are.
5    Q   And what are the hourly rates of the
6  contractors?
7    A   250.
8    Q   The percentage of revenue of your company that
9  comes from involvement in legal matters, directly or
10  indirectly as a consultant, what percentage of the
11  revenues come from that?
12    A   I am not sure of the proportion, but I would
13  say the majority of the revenue.
14    Q   And what percentage comes from the creation of
15  the medical articles for publication where those
16  articles are being published on behalf of some industry
17  or corporation?
18    A   Well, you are asking specifically for studies
19  that receive some industry support?
20    Q   Yes, sir.
21    A   Not studies that I do for other -- without
22  industry support, meaning if I am working with
23  university or --
24    Q   Correct.  If there is any industry corporate
25  support for the creation of the writing on article for

7  (Pages 22 to 25)

Dominik Alexander, PhD
March 8, 2023

Page 26

1  publication, what percentage of your income comes from
2  that responsibility?
3      A   I don't know the exact breakdown, but a
4  smaller proportion.
5      Q   So between the direct medical work and then
6  the publication of articles for industry or
7  corporations, that is the majority income of your
8  company.  Would that be true?
9      A   Repeat that one more time.
10     Q   If we had together the work you do related to
11 legal proceedings and legal issues, and we add that to
12 the work that you do in writing articles for industries
13 or corporations, if we combine those, would that be the
14 majority of the revenues of your company?
15         MS. REISMAN:  Objection to form.
16         THE WITNESS:  In terms of the breakdown,
17 again, I am not sure of the exact breakdown.  But as I
18 stated earlier, I would say that's the majority of the
19 revenue would come from such matters.  Now that is --
20 just for clarification, that is not the majority of
21 time spent.
22     Q   (By Mr. Kennedy)  All right.  How does your
23 company market itself?  What does it market itself as?
24 A company providing what services?
25     A   I don't.

Page 27

1      Q   You don't do any marketing?
2      A   In terms of, do you mean advertising?
3      Q   Well, that is a funny distinction.
4  Advertising, marketing.  When you go speak at DRI, that
5  is marketing, correct?
6      A   No.  Not for me.  Not at all.
7      Q   That is not a way for you to get corporations
8  and defense lawyers to hire you?
9      A   No.
10     Q   How do you hold yourself out on your website
11 and, you know, any conversations?  We are a company
12 that provides you with X.
13     A   I do none of that.  I have a -- what is it, a
14 URL or something like that for a website but nothing is
15 on it.
16     Q   Ever receive referrals from Dr. Garabrant with
17 respect to work related to legal proceedings?
18     A   Doctor who?
19     Q   Garabrant.
20     A   Garabrant.
21     Q   I could be mispronouncing.  From Michigan.
22     A   Dr. Garabrant.
23     Q   I am sorry.
24     A   He may provide my name from time to time.  I
25 am not sure.  I have been told on a few cases that he

Page 28

1  has, but infrequently, if at all.
2      Q   How long have you known Dr. Garabrant?
3      A   Seven or so years.
4      Q   How did you come to know him?
5      A   I worked with him at his former company.
6      Q   And what work did you do with him at his
7  former company?
8      A   I was a principal epidemiologist and office
9  manager.
10     Q   And as a principal epidemiologist, did you
11 provide services to corporations in legal proceedings?
12     A   I did litigation consulting, if that falls
13 under that category.
14     Q   Is that the majority of the work that you did
15 for Dr. Garabrant?
16     A   I wouldn't characterize it as performing work
17 for Dr. Garabrant.  I worked independently in a company
18 that he and another business partner had.  But I would
19 say it is a similar breakdown that I articulated
20 earlier.  But in terms of time spent, I would say that
21 over -- a little bit over 50 percent would be
22 nonlitigation consulting in terms of time.
23     Q   When you say "nonlitigation consulting," what
24 would that entail?
25     A   That would be working on research,

Page 29

1  collaborating with universities, performing statistical
2  analyses, doing editorial board responsibilities, doing
3  peer reviews.
4      Q   Take a look at Exhibit 112, if we could.  Is
5  Exhibit 112 a complete and accurate copy of your
6  billing invoices in relation to this current litigation
7  to date, not counting the last few days or whatnot?
8          MS. REISMAN:  Does this include the couple of
9  invoices we sent you with the report last night?  Let
10 me explain what it is.  This indicated it was -- the
11 two last invoices, they were half the amount.  So we --
12 so you would know there was another half, but we
13 actually produced the invoices to you last night.
14         MR. KENNEDY:  This would not include what you
15 produced last night.
16         MS. REISMAN:  Let me just tell you so you know
17 and so the witness knows when he is looking at them.
18 There were two additional invoices produced last night
19 that were merely the other half of what appears here.
20 And if you look at the end -- you can look at the last
21 page as an example.  The last page of Exhibit 112.
22         MR. KENNEDY:  It should be 23,000 and not
23 11,7-.
24         MS. REISMAN:  Exactly.  So just so you know,
25 you have copies now of the other half that would fill

8  (Pages 26 to 29)

Dominik Alexander, PhD
March 8, 2023

Page 30

1   that out. But they did represent the full amount.
2           MR. KENNEDY: If we look at Exhibit 112 and we
3   look at the dollar amounts and the time spent, all of
4   these should be doubled. Would that be correct?
5           MS. REISMAN: No, no. Just so he knows what
6   we produced, just the last two invoices.
7           MR. KENNEDY: Are the ones that should be
8   doubled?
9           MS. REISMAN: Well, double if you look at the
10  total due, but not double what it indicates in the
11  invoices. The total amount is represented in the
12  invoice. Do you understand what I am saying?
13          MR. KENNEDY: Not at all.
14          MS. REISMAN: Here, turn to the last page.
15  Let me help. I don't want you to be confused. You see
16  total due?
17          MR. KENNEDY: You are so helpful. I thought I
18  came here to ask this witness questions.
19          MS. REISMAN: I am so glad you think so.
20          MR. KENNEDY: Yes, I do.
21          MS. REISMAN: Total due is eleven seven.
22  11,700 on the last page. But if you look at the note,
23  the total amount is 23,400. So it actually represents
24  the total amount being billed by this invoice. But
25  this specific one is only half. That is only the case

Page 31

1   for the last two invoices here. The other ones are
2   total invoices by the total due and the amount shown.
3           MR. KENNEDY: All right.
4       Q   (By Mr. Kennedy) Let's look at page 1. Thank
5   you.
6           MS. REISMAN: That was helpful. Wasn't it?
7           MR. KENNEDY: Very helpful. I think you broke
8   your foot and you got more helpful.
9           MS. REISMAN: Not reasonable.
10          MR. KENNEDY: But again, it is early.
11      Q   (By Mr. Kennedy) Alexander Exhibit 112. Look
12  at the first page, it says 10/25/21, correct?
13      A   Yes.
14      Q   And senior research associate. Did some work,
15  correct?
16      A   Correct.
17      Q   And would the total hours of work they did be
18  3.2 hours?
19      A   It would be the total amount I invoiced. Not
20  necessarily worked, but invoiced.
21      Q   So they could have done more, and you didn't
22  invoice?
23      A   Yes.
24      Q   So there isn't another invoice going to
25  another law firm, correct?

Page 32

1       A   There is not another invoice going to a
2   different firm.
3       Q   Sometimes I am a mediator for two different
4   law firms. I send one of them a bill for 100 bucks and
5   the other bill for 100 bucks. My total bill is 200.
6   This billing here on between 10/25/21 for the senior
7   research associate for 3.2 hours, that would be the
8   totality of the time billed and the amount billed?
9       A   Yes. Going nowhere else other than this
10  invoice for the amount that I invoiced for that
11  particular person.
12      Q   Okay. And that particular person -- there
13  wasn't an additional invoice going to anybody else that
14  would add to this, correct?
15      A   Not for that work performed. That's correct.
16      Q   So on 10/25/21, senior research associate, did
17  a literature search article acquisition. Who was that
18  person? Do you know?
19      A   It may have been Lynn Zwica.
20      Q   Not sure?
21      A   My best recollection is Lynn Zwica.
22      Q   And her qualifications are what?
23      A   She has an MPH or a master of science from
24  University of Michigan.
25      Q   And any more specific as to what literature

Page 33

1   search articles acquisition that she did? Would that
2   have been the beginning of the collection of medical
3   studies, epidemiologic studies, or you are not able to
4   tell from that?
5       A   Well, this likely would have been the start of
6   an epidemiology review looking for epidemiology studies
7   on this topic area.
8       Q   10/27, senior research associate, 4.3 hours,
9   Lynn Zwica or unable to tell?
10      A   Again, likely Lynn Zwica.
11      Q   Again, probably a general look at that point
12  in time the beginning of your systematic review in
13  searching literature?
14      A   For that entry, I believe that would have been
15  assistance in formatting the table templates.
16      Q   What is that?
17      A   The tables are provided within the report. So
18  there is different columns such as study author, year,
19  study design and so on.
20      Q   Page 39, would that be the beginning of the
21  creation of these table templates such as we see
22  starting on page 39?
23      A   Those tables, yes.
24      Q   So Lynn Zwica after doing some research would
25  begin to create tables such as we see on 39, is that

9  (Pages 30 to 33)

Dominik Alexander, PhD
March 8, 2023

1  what your testimony is?
2      MS. REISMAN:  Object to form.  I will also
3  assert an objection that drafts and communications with
4  nontestifying staff are not subject to the deposition.
5  You can continue to ask your questions.  I am just --
6      MR. KENNEDY:  I just want to know who created
7  what.
8      MS. REISMAN:  I understand.  I am putting that
9  out there so the witness knows as you are asking
10  questions.
11      Q   (By Mr. Kennedy)  The type of table we see on
12  39, would be what corresponds to the 4.3 hours of Lynn
13  Zwica on 10/27/2022?
14      MS. REISMAN:  Objection.  Form.
15      THE WITNESS:  Well, again, I believe at that
16  time it may have been the beginning of the templates.
17  So I want to be clear that the table templates under my
18  direction of what types of columns to provide and so
19  on.
20      Q   (By Mr. Kennedy)  Similar to what we are
21  seeing on page 39?
22      A   Not necessarily the information extraction.
23      Q   Okay.  You have no billing for 10/27/21, do
24  you?
25      A   I did not provide an invoice for my time or

1  record my time for that day or bill my time for that
2  day, for that matter.
3      Q   Looking at your billing then, we have the
4  research associate at least beginning to structure
5  tables such as we see on 39, correct?
6      A   Template, not content.
7      Q   Do you have a specific memory of that date
8  back on 10/27/21 as to what we done?
9      A   Not specifically other than what I articulated
10  to you.
11      Q   What other studies summary tables would this
12  be referencing.
13      MS. REISMAN:  Objection.  Form.
14      Q   (By Mr. Kennedy)  On 10/27/21 other than those
15  that begin on page 39?
16      A   I am not sure.  To the extent there is any
17  other formatting for any, I guess tables or figures,
18  they would likely be represented.  I believe I have
19  some illustrations in the epidemiology sections.  Maybe
20  there is no some modifications there, but I don't
21  really recall.
22      Q   There is a variety -- when you do your
23  meta-analysis, there is a variety of graphs.  Would
24  that be included on what she was doing on 10/27/21, the
25  forest plots for your meta-analyses?  Or does that not

1  come under 10/27/21?
2      MS. REISMAN:  Objection.  Form.
3      THE WITNESS:  That was done independently.
4      Q   (By Mr. Kennedy)  Separate from what we are
5  talking about on this date?
6      A   Yes.
7      Q   You have narrative summaries after these
8  tables of a long list of epidemiologic studies.  Would
9  that be included on what the research associate was
10  doing on 10/27/21, the narratives with respect to
11  individual epi studies?
12      MS. REISMAN:  Objection.  Form.
13      THE WITNESS:  In terms of the narratives
14  written by them specifically, no.  I may have asked
15  them to review my writing for editorial purposes or to
16  cross-check the extraction of information from each
17  study.
18      Q   (By Mr. Kennedy)  That is not the 10/27 entry?
19      A   It may include some of that as well to the
20  extent I may have provided some information in any of
21  the tables.  I may have asked Ms. Zwica to review the
22  study to cross-check the extraction.
23      Q   On 11/15/21, data extraction statistical
24  models.  This is the -- she would be engaged in
25  extracting data from epidemiologic studies; is that

1  true?  Is that what that references, epidemiologic
2  studies?
3      A   Under my direction or validating my
4  extraction.
5      Q   And statistical models, what work was a senior
6  scientist doing on statistical models on 11/15/21?
7      A   I don't recall specifically, but likely
8  something under my direction in terms of extracting
9  information.
10      Q   Meta-analysis, would that come under
11  statistical models.
12      MS. REISMAN:  Objection.  Form.
13      THE WITNESS:  A senior scientist would not
14  have performed a meta-analysis.
15      Q   (By Mr. Kennedy)  So what statistical models
16  if we are not looking here, your meta-analysis, what
17  statistical models would come under that heading for
18  the 11/15/21 senior scientist?
19      A   That likely would involve a review of the data
20  that I extracted and organized.
21      Q   And who was the senior scientist doing this on
22  11/15?
23      A   That likely would have been Maggie or Margaret
24  Sadoff.
25      Q   Do you know which?

Paszkiewicz Court Reporting
(618) 307-9320 / Toll-Free (855) 595-3577

Dominik Alexander, PhD
March 8, 2023

Page 38

1    A   Maggie or Margaret.  It is the same.
2    Q   Same person?
3    A   Depending on what day she goes by Maggie or
4  Margaret.
5    Q   11/16, more work then -- similar-type work
6  being done by the senior scientist, 4.8 hours?
7    A   Where are you?  11/16?
8    Q   Correct.
9    A   Yes.  As articulated.
10    Q   Can you cite to the pages of your report that
11  were relate to the 4/16/21 data extraction and the
12  statistical models?
13        MS. REISMAN:  Can you ask that again?
14    Q   (By Mr. Kennedy)  Can you cite to the places
15  in your report that would relate to the data extraction
16  and statistical models that are being referenced on
17  11/16/21 as being done by a senior scientist?
18        MS. REISMAN:  Objection to form.
19        THE WITNESS:  Their effort would have been
20  reviewing the information that I extracted or
21  summarized.  Some of which likely would have been
22  beginning on page 39 where I include odds ratios,
23  measures of association, conference intervals, measures
24  of variability and so on.
25    Q   (By Mr. Kennedy)  I don't see an entry for you

Page 39

1  on 11/16/2021.  Is it your testimony here today you
2  have a specific memory of working on that day that you
3  did not bill for?
4    A   Well, I did not bill any time.  I don't recall
5  each and every day what I worked on, but I am a
6  notoriously terrible biller.  And I typically do much
7  more work than I invoice for, because I am focused -- I
8  am more focused on the work and the report and the
9  scientific effort than these other matters.
10    Q   If we look to the next page, 12/3/21.  Senior
11  scientist on that date, spent 1.9 hours with study
12  identification and review.  Would that be
13  identification of epidemiologic studies and then
14  reviewing those studies?
15    A   That, again, I don't recall these specific
16  activities.  But a common activity that may fall under
17  that rubric would be verifying the -- any type of
18  literature search and identifying studies that I have
19  identified for validation.
20    Q   It says the senior scientist was identifying
21  studies.  Would that be incorrect?
22    A   That is not incorrect.  I can explain that.
23  So if I am looking for studies and identifying studies,
24  I may have a second researcher also perform searches,
25  which is accepted practice -- actually recommended

Page 40

1  practice and that individual would perform searches to
2  see if they identify the same studies I did.
3    Q   Down at the bottom, 1/19/22, senior research
4  associate.  Who would that be?
5    A   Again, at that time it likely would have been
6  either one of the two.  Either Lynn Zwica or Maggie
7  Sadoff have.
8    Q   And they -- descriptive epidemiology for
9  Parkinson's disease, 2.3 hours.  What would that
10  involve?
11    A   For that entry, they likely would have
12  assisted me in looking at rates or incidence and
13  prevalence data for Parkinson's disease.
14    Q   No billing for you on that date, is there?
15    A   Looks like I didn't bill for any time spent
16  that day.
17    Q   Go to 2/14/22 and 2/22/22, both entries on
18  literature search.  Would that be sitting in front of a
19  computer searching literature?  Is that what the senior
20  scientist would be doing when we say literature search?
21    A   Well, it is more systematic than that.  Again,
22  it would have been under my direction.  But I don't
23  recall the specific activities performed under that
24  description.  But the entry is consistent with
25  identifying studies that report data on incidence and

Page 41

1  prevalence of Parkinson's disease.
2    Q   Do you have any entry in this billing anywhere
3  where it says literature search?
4    A   I am not sure if it says literature search
5  specifically.  But, for example, if there are entries
6  that say epidemiology study review, that description
7  would likely subsume my search of the literature and
8  then review of the articles.
9    Q   You seem to use the word "search" some places
10  and review in others.  Is it your testimony here today
11  that when you use the term "review," that means search
12  also?
13    A   I wouldn't necessarily say that they are
14  mutually exclusive activities.  But I would say under a
15  description of epidemiology review, that may also
16  involve some type of search for articles and review of
17  those articles.
18    Q   Who creates this billing?  Do you create this
19  billing?
20    A   I do, yes.
21    Q   So you actually type in the words in each one
22  of these bills?
23    A   I do.
24    Q   This doesn't go to your office manager?
25    A   No.

Paszkiewicz Court Reporting
(618) 307-9320 / Toll-Free (855) 595-3577

Dominik Alexander, PhD
March 8, 2023

Page 42

1    Q   Can you tell me who actually would run the
2  software and create the outputs for your meta-analysis?
3    **A   I am the only one who performed any**
4  **meta-analytical activities.**
5    Q   So you are the one that sits in front of the
6  computer, chooses the searches, the parameters --
7  excuse me.
8        Puts in, actually types in the instructions to
9  allow the software to create the meta-analysis?
10    **A   I would articulate that slightly differently**
11  **than you did.  But I am the one who performs the**
12  **meta-analytic activities.**
13    Q   Meaning you actually do the entries, do the
14  instructions, from a keyboard into the software to
15  create the meta-analysis.  Is that your testimony?
16    **A   It is much more complex than that.  But I am**
17  **the person as a principle epidemiologist who performs**
18  **all meta-analytic activities.**
19    Q   My question was:  Who types the information
20  into the software to create meta-analysis?
21    **A   I am the one who performs all meta-analytic**
22  **activities.  Everything that would go into any kind of**
23  **meta-analysis, that would be me.**
24    Q   Including the typing?
25    **A   All activities, yes.**

Page 43

1    Q   Including the typing, yes?
2    **A   I type, yes.  When I am working on my program,**
3  **yes.  I am at a keyboard.**
4    Q   Prior to this litigation, had you ever
5  performed an epidemiologic review involving Parkinson's
6  disease?
7    MS. REISMAN:  Objection to form.
8    THE WITNESS:  I have reviewed literature on
9  Parkinson's disease as an epidemiologist over the
10  years.  I have not performed a publication on that
11  topic.
12    Q   (By Mr. Kennedy)  What caused you to review
13  literature on Parkinson's disease?
14    **A   Again, as an epidemiologist doing this for**
15  **over 20 years, I look at a wide variety of outcomes.**
16  **You said what caused me to do it?  I don't know if**
17  **there is a specific ideologic factor that caused me to**
18  **look at it.**
19  **Ut perhaps in reviews of other matters or**
20  **chronic disease outcomes, it has come up and I reviewed**
21  **the literature.  But generally as an epidemiologist, I**
22  **have a wide span of literature that I review.**
23    Q   Let me put it a different way.  I am not -- I
24  am not talking about sitting at home in the living
25  room, the journal gets published, you are looking

Page 44

1  through it.
2        I'm talking, have you ever been hired or ever
3  worked for pay or been a volunteer on any type of a
4  research program where you participated that involved
5  Parkinson's disease?
6    **A   I don't believe I have.**
7    Q   Have you ever worked actually as part of any
8  kind of a study relating to the effects of Paraquat
9  prior to this litigation?
10    **A   I would have to take a look at my prior**
11  **publications, but Paraquat epidemiology may have come**
12  **up in a few other publications that I have produced.**
13    Q   We talk about the numbers of reports that you
14  have created.  Would I be correct in saying that you in
15  the course of -- let's talk about the last five
16  years -- you have created more medicolegal reports or
17  scientific legal reports than cases where you have
18  provided testimony by way of deposition or trial?
19    **A   I don't know the breakdown, but I believe I**
20  **have produced more reports than I have testimony.**
21    Q   In the course of your significantly more
22  reports than actual testimony?
23    **A   I am sorry?**
24    Q   Significantly more reports in the course of a
25  year than actual testimony.  Would that be accurate?

Page 45

1    MS. REISMAN:  In the course of a year?
2    Q   (By Mr. Kennedy)  In the course of a year,
3  would I correct that you produce and create
4  significantly more legal reports than you do actually
5  testify?
6    **A   I am not sure what you mean by "significantly**
7  **more."  But I have produced more reports than I have**
8  **provided testimony on a yearly basis.**
9    Q   And if you produce -- let's say you testify 50
10  times in a year.  Would it be 100 reports to that 50
11  pieces of testimony?  Or more?  Or less?
12    **A   I am not sure on the breakdown.  I can't say**
13  **more reports than testimony.**
14    Q   Do you participate in asbestos litigation?
15    **A   Low-level chrysotile on motor vehicle**
16  **mechanics.**
17    Q   And how many reports do you think you produced
18  in the asbestos legal area in the course of a year?
19    **A   In terms of reports, I don't know the number.**
20  **If you look at my testimony list, the majority of the**
21  **depositions would be in that articular area.**
22    Q   And more reports than deposition as it relates
23  to asbestos?
24    **A   More reports produced than I am deposed on an**
25  **annual basis for that type of litigation would occur.**

12  (Pages 42 to 45)

Dominik Alexander, PhD
March 8, 2023

Page 46

1    Q   But you can't quantify how much more?
2    A   I know it is more.  I can't quantify it.
3    Q   Is it double?
4    A   Ballpark perhaps it is, but I can't quantify
5    it.  But my -- as I sit here, my best estimate would
6    perhaps be something in that range.  Again, I can't
7    stand behind a specific number.
8    Q   Can you give me a range of the number of
9    medical reports that your company, medicolegal reports
10   your company creates in the average year over the last
11   five years?
12   A   In terms of the number of reports, I am not
13   sure.
14   Q   Can you give me a ballpark?
15   A   I can't.  However, the likely best estimate
16   would be to look at my deposition history, which the
17   large majority would be motor vehicle mechanic
18   epidemiology and take a look at the testimony there.
19   And again, rough ballpark double the number of reports.
20   That would likely be the best way to do that.
21   Q   Are you affiliated with any academic
22   institutions at the present time?
23   A   Colorado State at the present time, and I
24   recently -- I can't remember when exactly, but finished
25   my four-year tenure engagement at University of

Page 47

1    Copenhagen.
2    Q   Let's start with the University of Copenhagen
3    you were there four years?
4    A   Affiliated, yes.
5    Q   And when you say "affiliated," what does that
6    mean?
7    A   An adjunct appointment.  Adjunct professor.
8    Q   What are the responsibilities of an adjunct
9    professor involved at the University of Copenhagen?
10   A   I believe I gave a presentation there.  I have
11   interacted with students and staff members, perform
12   some research together.
13   Q   When you say -- how many presentations did you
14   give with respect to your affiliation with the
15   University of Copenhagen?
16   A   I think one or two.
17   Q   And was it one or was it two?
18   A   I don't recall.  It was around the same trip.
19   I -- obviously one for sure.  And I think --I think I
20   gave another one during that trip as well.  One or two,
21   to my best recollection.
22   Q   So the -- in the four years you went to the
23   University of Copenhagen on one occasion, correct?  You
24   went there on one occasion?
25   A   That's correct.  One trip.

Page 48

1    Q   And you gave one or two lectures during that
2    trip?
3    A   I did.
4    Q   And what was the topic?
5    A   That would have been something involving -- I
6    believe dietary epidemiology.
7    Q   Other than the one or two lectures on a single
8    trip, specifically what was your other involvement?
9    A   I performed dietary epidemiology research with
10   some of the staff members.  I think postgrad students.
11   Q   Was any of this research published?
12   A   There was a publication I believe in the past
13   couple of years, where I interacted with some of the
14   researchers.
15   Q   And where was that publication?  Where was it
16   published?
17   A   I don't recall the journal.  It is in PubMed
18   or the National Library of Medicine.
19   Q   So the other folks on the article would be
20   from the University of Copenhagen?
21   A   At least some, I believe.
22   Q   And who funded that publication?
23   A   There was some collaboration, perhaps funding
24   with one of the agricultural groups in Europe.  I don't
25   know if that's a Danish group or Norwegian group.

Page 49

1    Q   When you say "group," what is that?  Are you
2    talking about an industry organization or somebody that
3    is actually involved in the business of agriculture?
4    A   I am not sure if I would characterize it as a
5    the business of agriculture.  I am not really sure
6    those aspects.  But it is -- I know it is an
7    agricultural organization, and my understanding is they
8    have nutritional arms or science arms under that
9    organization.
10   Q   What was the topic or the thesis of that
11   publication?
12   A   That particular one that comes to mind, I
13   believe was looking at processed meat intake.
14   Q   And anyway related to health concerns?
15   A   Cancer outcome.
16   Q   And was the conclusion of that research that
17   was published by you that there was not sufficient
18   epidemiologic evidence to establish any sort of
19   association or causation in cancer?
20   A   I would have to break down that question.
21   Because you asked two different items there.
22   Q   So you think there is a difference between
23   association and causation?
24       Let's start with association.  That relate to
25   association, that article.

13  (Pages 46 to 49)

Dominik Alexander, PhD
March 8, 2023

Page 50

1  A   In terms of association, I believe in that
2  article we summarized -- it was a review article.  I
3  believe we summarized some statistically significant
4  associations.  And nonstatistical significant
5  associations in that particular paper.
6  Q   And the conclusion was what?
7  A   I would have to take a look at the paper.  I
8  don't recall exactly.
9  Q   All right.  What department were you in at the
10  University of Copenhagen?
11  A   I think department of nutrition.
12  Q   Who was the chair of the department?
13  A   I believe it was Dr. Arnie Astrup.  And I am
14  not sure if that was the chair, but I know he was a
15  senior professor.
16  Q   Not sure if he is the chair.
17  A   Not sure.  May have been at some point.  I
18  don't recall.
19  Q   Did you have an office there?
20  A   No.
21  Q   Did you get paid for your affiliation?
22  A   No.
23  Q   Next affiliation with an academic institution
24  would be the Colorado State?
25  A   Yes.

Page 51

1  Q   What department there?
2  A   Nutrition or animal sciences.  I think it is a
3  combination, depending on how you look at their
4  affiliations.  But it is listed under animal sciences
5  with my focus being nutritional epidemiology.
6  Q   Who was the head of that department?
7  A   The name is escaping me right now.
8  Q   Are you still affiliated with Colorado State?
9  A   I am.
10  Q   And what are your responsibilities with
11  respect to this affiliation?
12  A   Well, pre-COVID anyway, my responsibilities
13  were to take on students, mentor doctoral students and
14  graduate students and provide some lectures.  Now,
15  where we are in the world, I wouldn't necessarily
16  characterize it post-COVID, but where we are right now,
17  I have recently begun some engagements to plant some
18  curriculum over the course of time to rebuild or
19  re-establish that relationship in terms of taking on
20  students and providing some lectures and doing some
21  research.
22  Q   How long have you been affiliated with the
23  University of Colorado -- Colorado State?  I am sorry.
24  A   Beginning in 2019.
25  Q   And between 2019 and today, how many times

Page 52

1  have you been to Colorado State?
2  A   In this capacity, I have not.
3  Q   And have you provided any lectures since 2019
4  at Colorado State?
5  A   Not physically there, no.
6  Q   Have you done any lectures other than being
7  physically there since 2019?
8  A   I have.  Not under the category of me being an
9  affiliated associated professor with Colorado State.
10  But I have interacted, I think via presentations, with
11  staff members over the past four years.
12  Q   Okay.
13  A   Or it would have been earlier, more in '23,
14  pre-COVID.
15  Q   So I am talking about lectures to students.
16  Have you done any lecturing to students since 2019 in
17  any capacity?
18  A   None at this time.
19  Q   Are you paid for this affiliation with
20  Colorado State?
21  A   No.
22  Q   Do you have an office at Colorado State?
23  A   I do not.
24  Q   This affiliation, I would -- you are not a
25  tenured professor.  You are not a full professor,

Page 53

1  correct?
2  A   I am not.
3  MS. REISMAN:  If you are getting to the end of
4  background, can we take a few-minute break when you are
5  done with this section?
6  MR. KENNEDY:  I am getting there.
7  Q   (By Mr. Kennedy)  have you ever testified for
8  a plaintiff in any legal proceeding?
9  A   I have been retained, but not testified.
10  Q   And when were you retained by a plaintiff?
11  A   I don't recall the exact dates, but five, six
12  years ago on a matter.  And recently on a -- when I say
13  "recently," over the past two or three years or two
14  years on other matters.
15  Q   And matters years ago, what did that involve?
16  MS. REISMAN:  I don't know what it is, but I
17  will caution you if you can't disclose it because of
18  confidentiality, please -- I don't know what the matter
19  is.  So I am not asserting any issue on that.  If you
20  recall.
21  THE WITNESS:  Sure.  I testified before.  It
22  was pertaining to an asbestos allegation.
23  Q   (By Mr. Kennedy)  So you testified on behalf
24  of a plaintiff in an asbestos case?
25  A   I was retained.  I did not testify.  The case

14  (Pages 50 to 53)

Dominik Alexander, PhD
March 8, 2023

Page 54

1   resolved.
2       Q   So at this point you have never testified on
3   behalf of a plaintiff, correct?
4       A   I have not testified on behalf of a plaintiff.
5       Q   And the asbestos case where you were retained,
6   what was the nature of the asbestos, the type, the
7   product?
8       A   I was looking at cigarette smoking and
9   amphibole asbestos.  And I believe that was a lung
10  cancer matter.
11      Q   And your opinion in that case was what?
12      MS. REISMAN:  And again, I just put the
13  caution out there.  I don't know what it is, Doctor.
14  But you are in the best position to assess the
15  confidentiality of that matter.
16      THE WITNESS:  So that, I did not testify in.
17  I can't remember if I even articulated a specific
18  opinion in that matter.  I certainly reviewed the
19  epidemiology on that topic area.
20      Q   (By Mr. Kennedy)  Not sure if you got to the
21  point where you rendered an opinion?
22      A   I can't remember.
23      Q   Have you ever testified on behalf of an
24  individual as opposed to a corporation?
25      A   I have not.

Page 55

1       Q   You worked for Exponent from '04 to 2010.
2   Would that be true?
3       A   No.
4       Q   When did you work for Exponent?  I am sorry.
5   '04 to when?  Maybe it is not '04.
6       A   It would be 2004 to 2014.
7       Q   I am sorry.  What was your responsibility at
8   Exponent?
9       A   Well, I performed epidemiology activities,
10  meaning I worked on manuscripts.  I conducted research.
11  I published papers.  I gave many presentations around
12  the world.  I was a peer reviewer.  I interacted with
13  universities.  I performed statistical analyses.  And I
14  did research consulting.
15      Q   All of these were through Exponent, correct?
16      A   I don't want to say they were all --
17      Q   You weren't hired independent of your job,
18  were you?
19      MS. REISMAN:  He was finishing the answer,
20  which may have helped you.
21      THE WITNESS:  Yeah.  The first part of your
22  question there when you said through Exponent.  Not
23  necessarily, meaning if I had editorial board
24  responsibilities or peer-reviewer activities, that
25  would have been as -- me as a professional

Page 56

1   epidemiologist.  But in terms of any kind of salaried
2   employment type of work, I was an employee under
3   Exponent during that time period.
4       Q   (By Mr. Kennedy)  And as an employee of
5   Exponent, did you work as an expert witness?
6       A   I did not do expert testimony during my time
7   at Exponent.
8       Q   Did you prepare manuscripts and publications
9   for corporations for publication consistent with your
10  responsibilities or via your responsibilities at
11  Exponent?
12      MS. REISMAN:  Objection to form.
13      THE WITNESS:  I did not publish manuscripts
14  for corporations.  I published manuscripts where I
15  acknowledged if there was any kind of research grant
16  support.  So I published manuscripts that were vetted
17  through the peer-review process and published in
18  peer-review journals.
19      Q   (By Mr. Kennedy)  Some of those were funded by
20  corporations while you were at Exponent?
21      A   There were some papers for which there was
22  some partial funding support from various entities,
23  which would all be disclosed in the manuscript.
24      Q   If you were creating a writing or publication,
25  pursuant to your responsibilities at Exponent, it would

Page 57

1   always be for a client of Exponent, would it not?
2       A   No.
3       Q   So again, I am trying to focus on what you did
4   via your responsibilities of Exponent.  So you were
5   writing manuscripts for Exponent that were not being
6   paid for by an Exponent client, is that what you are
7   saying?
8       A   No.  I never wrote any manuscripts for
9   Exponent.
10      Q   Never.  So you never published pursuant to
11  your responsibility at Exponent?
12      A   I wouldn't articulate any publication I have
13  done as for Exponent or for any corporation or
14  industry.  I publish manuscripts independently where I
15  am the independent researcher in the peer-reviewed
16  publication.  Now -- or the literature.
17      Now, while I publish, submit manuscripts,
18  publish manuscripts, I may be an employee for Exponent
19  which I was.  There may be some research funding
20  support, which is disclosed in the manuscript.  So I as
21  an epidemiologist publish the paper and I was an
22  employee for Exponent, but it was not done for
23  Exponent.
24      Q   You are working to Exponent, right?
25      A   I can give you another example.  That is, I

15  (Pages 54 to 57)

Dominik Alexander, PhD
March 8, 2023

Page 58

1  was employed at Exponent.  And I collaborated with UAB
2  on studies of colorectal cancer, which had nothing to
3  do with Exponent.  But while I was employed at
4  Exponent, I wrote those manuscripts.
5      Q   And who paid you to write those manuscripts?
6      A   Those -- no one paid me.  Those were NIH and
7  NCI research grants.
8      Q   All right.  And were those grants grants that
9  were made to you or grants made to Exponent?
10     A   Exponent had nothing to do with those.  So
11 that would have been academic.
12     Q   So we are going to go back the second time.  I
13 want to know what you did pursuant to your job at
14 Exponent.  I understand you were doing some stuff
15 during that period independent of them, but I want to
16 know what you did for them.
17         Did you write articles where Exponent was
18 being paid by a corporation and then Exponent had you
19 write the articles pursuant to your salary with
20 Exponent?  Did that occur?
21         MS. REISMAN:  Objection to form.  Asked and
22 answered.
23         THE WITNESS:  I wouldn't articulate it that
24 way.  You are using the word "Exponent."  For example,
25 you can look at my publications as well.  But while at

Page 59

1  Exponent, for example, if a principal investigator
2  received some research grant from a particular entity,
3  and that research grant was through or a collaboration
4  with that principal investigator who worked for
5  Exponent and whatever entity that was, and I may have
6  been asked to work on that particular manuscript.  So I
7  would have been a salaried employee under Exponent and
8  asked by a principal investigator to work on that
9  particular manuscript.
10     Q   (By Mr. Kennedy)  And some of the payment for
11 that would have been coming from Exponent client?
12     A   That research grant I believe would have gone
13 to Exponent as an entity.  My work, however, would have
14 been with or for a principal investigator scientist.
15     Q   From Exponent?
16     A   From Exponent, yes.
17     Q   Correct.  You heard of the phrase "doubt is
18 their product" with respect to Exponent?  Have you read
19 those articles or been asked about that in the past?
20         MS. REISMAN:  I didn't hear what you asked.
21     Q   (By Mr. Kennedy)  "Doubt is their product,"
22 have you heard of that sentence, that statement with
23 respect to the business of Exponent?
24     A   Well, the first time you said articles.  I
25 don't believe there are articles pertaining to that in

Page 60

1  terms of peer-reviewed publications.
2         My understanding that there is some type of
3  non-peer-reviewed or non-scientific publication in the
4  form of a book.
5      Q   And do you know what that means when that
6  statement with respect to Exponent and this book,
7  "doubt is their product"?  Do you know what that is a
8  reference to?
9      A   I am not sure if it is specifically a
10 reference to Exponent.  I am not familiar with that
11 direct correlation if that is what you are assuming
12 there is.  And I am even unaware there would be.
13     Q   Does Exponent primarily work for defendants in
14 litigation as opposed to plaintiffs in litigation?
15         MS. REISMAN:  Objection to form.  Foundation.
16         THE WITNESS:  You keep saying Exponent.
17 Exponent is fairly large with a variety of researchers,
18 various engineers and other types of scientists.  I am
19 not sure of the total breakdown or the capacity of
20 various litigation activities for everyone.
21     Q   (By Mr. Kennedy)  Do you know whether Exponent
22 ever works for individual humans in litigation that are
23 plaintiffs?
24         MS. REISMAN:  Objection to form.  Foundation.
25         THE WITNESS:  I am not sure.  They may, but I

Page 61

1  am not sure.
2      Q   (By Mr. Kennedy)  Exponent, has one of their
3  clients over the years been the tobacco industry?
4         MS. REISMAN:  Objection to form.  Foundation.
5         THE WITNESS:  If so, it would be nothing that
6  I would have worked on.  I am not sure.  I know that in
7  prior matters that has been brought up, but I have no
8  direct understanding if that was even the case.
9      Q   (By Mr. Kennedy)  Do you know Dr. Mandel at
10 Exponent?
11     A   Yeah.  I am not sure if Dr. Mandel is still at
12 Exponent.  I am not sure.
13     Q   Did you know him --
14     A   I know that he was.
15     Q   Did you know about the work he did for
16 Syngenta while he was there?
17     A   When you say "work for Syngenta," all that I
18 can comment --
19     Q   Through Exponent.
20     A   All that I can comment on is two manuscripts
21 where Dr. Mandel was a co-author, which I understand
22 had a research grant from Syngenta.
23     Q   Do you know anything about the contractual
24 agreement between Syngenta and Exponent with respect to
25 the content of that manuscript that Dr. Mandel was

16  (Pages 58 to 61)

Dominik Alexander, PhD
March 8, 2023

Page 62

1  involved with?
2      A   You say "that manuscript."  I am not sure if
3  we are on the same page.
4      Q   You talked about --
5      A   I was referring to two different manuscripts.
6      Q   Either manuscript.
7          When Dr. Mandel via his work for Exponent
8  would write a manuscript for publication for Syngenta,
9  are you familiar with the contractual terms between
10  Syngenta and Exponent?
11      A   Well, again, I am not sure exactly if you are
12  talking about a specific manuscript.  But I can say
13  regardless of the manuscript, I have no idea of any
14  kind of relationship that way.
15          MS. REISMAN:  We have been going.  I need a
16  break.  Thank you.
17          VIDEOGRAPHER:  We are off the record.  The
18  time is 10:29 a.m.
19          (Off the record.)
20          VIDEOGRAPHER:  We are back on the record.  The
21  time is 10:46 a.m.
22      Q   (By Mr. Kennedy) Dr. Eric Kennedy on behalf
23  of plaintiffs, you provided us with a list of the
24  testimony that you have given, I think it is over four
25  years approximately.  If we go through those one at a

Page 63

1  time, would you be able to tell me how many of those
2  cases were cases involving asbestos?
3      A   Not each and every one.  I may have a decent
4  ballpark estimate.
5      Q   If you can give -- me instead of going through
6  them all, which is -- I think it could be 100, can you
7  tell me if we look over the last four years, what
8  percentage of your testimony would involve asbestos?
9      A   Ballpark estimate, 85 to 90 percent.
10      Q   Would all of those outings and the testimony
11  be on behalf of a defendant who in some way
12  manufactured or produced some product involving
13  asbestos?
14      A   They were all defense retentions.  Largely or
15  the overwhelming majority would have been motor vehicle
16  mechanic epidemiology.  Low-level Chrysotile exposures.
17      Q   Okay.  So when you say "Chrysotile," that is a
18  form of asbestos?
19      A   It is a fiber type.
20      Q   And when you said "motor vehicle industry,"
21  meaning what?
22      A   Automotive friction materials.  Brakes
23  primarily.
24      Q   So asbestos involvement in the braking aspect
25  of automobiles?

Page 64

1      A   Chrysotile in the brake linings specifically.
2      Q   Asbestos in brake linings.  And the
3  plaintiffs, the individual or the people that worked in
4  the manufacturing?
5      A   Not the manufacturing industry of such
6  products.  But they would be -- typically they are
7  motor vehicle mechanics working in auto body shop or
8  garage or even shadetree mechanic work doing it at
9  home.
10      Q   You worked for Epistat.  What is Epistat?
11      A   Epistat was in research, epidemiology
12  consulting firm.
13      Q   And did they work primarily for defendants in
14  the litigation aspect of their work?
15          MS. REISMAN:  Objection.  Form.
16          THE WITNESS:  I can't speak for -- the company
17  no longer exists.  But I can't speak for everyone,
18  everyone there.  I can comment on my activities while
19  there.
20      Q   (By Mr. Kennedy) Did you work -- when you
21  were involved in legal matters, primarily for
22  defendants or solely for defendants?
23      A   Pertaining to any of my litigation consult
24  work, which was only part of my time, typically those
25  matters would have been defense retentions as

Page 65

1  consistent with my testimony list.
2      Q   And has Epistat been referred to as the voice
3  of the defense bar?  Have you heard that phrase with
4  respect to Epistat?
5      A   No.
6      Q   Did you create any -- as part of your
7  responsibilities, did you write any articles for
8  publication?
9      A   Yes.  As an epidemiologist, during that time
10  span, I published peer-reviewed articles.  Again, same
11  response as before.  They were not for Epistat.  They
12  were independent publications vetted through the
13  peer-reviewed process.
14      Q   You were being paid by Epistat to write those
15  articles as part of your responsibilities as an
16  employee of that company?  And again, that is all I am
17  concerned about.
18      A   Right.
19      Q   If you are doing something independent of
20  that, that is all good and dandy.  I want to know what
21  you were doing pursuant to your responsibilities as an
22  employee of Epistat as it relates to writing medical
23  articles to be published.
24      A   I would have the same response generally that
25  I did before, meaning I did do some articles, again as

17 (Pages 62 to 65)

Dominik Alexander, PhD
March 8, 2023

Page 66

1  a professional epidemiologist. But there were some
2  occasions as well where either myself or a colleague
3  serving as a principal investigator would have received
4  some research funding support or research grant as
5  disclosed in each article. And that grant likely would
6  have come through Epistat for which I was an employee
7  or spending time working on a manuscript.
8      Q  Have you published with Dr. Garabrant?
9      A  On a few occasions I have.
10     Q  Have you published with Dr. Weed?
11     A  I have.
12     Q  How long have you known Dr. Weed?
13     A  Ballpark estimate, 12 or so years.
14         MS. REISMAN: Can we use a first name?
15     Q  (By Mr. Kennedy) Douglas. Have you referred
16  potential clients to him over the years?
17     A  I likely have.
18     Q  Has he referred clients to you over the years?
19     A  I am not sure. He may have.
20     Q  Did you have anything to do with your
21  involvement in this litigation, the Paraquat
22  litigation?
23     A  Not directly with me, no.
24     Q  Did you know that he published on this topic?
25     A  I have cited a review. It is in my report.

Page 67

1      Q  Did you have any involvement in the creation
2  of the review published by Dr. Weed?
3      A  On this particular topic, specifically the one
4  that I have cited in the report, no. Nothing to do
5  with it.
6      Q  Any knowledge that it was going to be
7  published before it was published? Did he tell you he
8  was writing the article while he was in the process of
9  it? I am writing this article as it relates to
10  Paraquat.
11     A  No. I had no idea he had even published this
12  article until I started my review.
13     Q  Have you been an expert witness in the same
14  case or cases that Dr. Weed has also been hired to be
15  an expert witness?
16     A  On the exact same case, meaning under --
17     Q  Same litigation.
18     A  Same topic or same case?
19     Q  Topic.
20         MS. REISMAN: Objection. Foundation.
21         THE WITNESS: I am not sure. I don't know his
22  entire testimony history or what he has been retained
23  on. So I am not sure if there was some overlap in any
24  topic areas.
25     Q  (By Mr. Kennedy) Was he involved in C-8?

Page 68

1      A  I believe he was, but I am not sure if he
2  testified.
3      Q  But he was involved.
4         MS. REISMAN: Objection. Form. Foundation.
5      Q  (By Mr. Kennedy) If you know.
6      A  I know that is a topic area that he has worked
7  in, but I have no idea if it was something as a
8  consultant, researcher, or whatnot.
9      Q  Were you involved in the C-8 litigation?
10         MS. REISMAN: I will give you -- again, I have
11  no idea what your confidentiality was or your
12  involvement in that matter. So I leave that to you to
13  make the judgment call. But I would caution you on
14  that issue.
15         THE WITNESS: Sure.
16         I do have in my list of testimony a few
17  occasions for which I provided testimony on such
18  matters.
19     Q  (By Mr. Kennedy) Look at Exhibit 114, if you
20  would. Do you recognize Exhibit 114?
21     A  I think this has been shown to me before.
22     Q  Venable is a law firm, true?
23     A  I believe it is.
24     Q  And this is quoting you from something that
25  you wrote for a publication called For The Defense,

Page 69

1  correct?
2      A  This is not my quote. No. This is not my
3  quote.
4      Q  So you never wrote an article with Bruce
5  Parker that started with the quote, "According to
6  Homer"? You never wrote -- that was not part of any
7  publication you ever wrote with Bruce Parker?
8      A  Well, certainly not a peer-reviewed
9  publication. It is my understanding that while I was
10  asked to provide a presentation at one of the DRI
11  conferences where I discussed the methodology of doing
12  a meta-analysis, and I believe Mr. Parker, perhaps,
13  Mr. O'Conner, whoever that may be, wrote some text
14  regarding that.
15         But this particular quote had nothing to do
16  with anything that I did.
17     Q  So clearly not -- you understand this is just
18  to disseminate to defense lawyers. You understand
19  that, correct?
20         MS. REISMAN: Objection. Form. Foundation.
21     Q  (By Mr. Kennedy) This publication for the
22  defense?
23     A  I have no idea if this was -- you are calling
24  it a publication. Certainly I did not publish a
25  peer-reviewed article in the epidemiology literature to

18  (Pages 66 to 69)

Dominik Alexander, PhD
March 8, 2023

Page 70

1    that.
2         And also looking at these quotes here, that is
3    not something I would publish in the literature anyway.
4         Q   Please understand, I am not talking about
5    peer-reviewed public literature.  I am talking about a
6    publication that you wrote that goes only to defense
7    lawyers.  That is what we are talking about here.  That
8    is what this is, correct?
9         MS. REISMAN: Objection. Form. Foundation.
10        Q   (By Mr. Kennedy)  A quote from something that
11   you wrote that was disseminated only to defense
12   lawyers.  Would that be true?
13        A   I wouldn't characterize it that way, no.
14        Q   You let me know where I am going amiss.
15   Exhibit 114, this is something that was created by the
16   Law Firm Venable.  It states "Bruce R. Parker, Jamie
17   0'Conner, and Dominik Alexander" -- and that is you,
18   correct, Dominik Alexander?
19        A   That is.
20        Q   "Published 'recycling garbage for an important
21   tool for evaluating the evidence' in the September 2017
22   edition for the defense."
23        Is that a true statement?
24        A   As I indicated to you earlier, I provided a
25   methodology summary and presentation of meta-analysis.

Page 71

1    Much of which information would be contained within my
2    report because it is meta-analysis methodology.  That
3    was my only part.  I believe part of that was embedded
4    into Mr. Parker's report here.
5         Q   Is the answer to my question yes?
6         MS. REISMAN: Objection. Form. Asked and
7    answer.
8         Q   (By Mr. Kennedy)  Please, Just listen to the
9    question.  I read you a sentence and I asked you
10   whether or not that sentence was accurate.  So please
11   tell me, yes or no, whether that first I just read to
12   you as accurate.
13        MS. REISMAN: Same objection.
14        THE WITNESS:  Like I said, some of the
15   meta-analysis methodology text that I provided and
16   reported on or presented on was included in -- I
17   believe a document written by Mr. Parker, which was
18   likely this document here.
19        Q   (By Mr. Kennedy)  Well, let me ask you: This
20   was published, did it say this part is from Mr. Parker
21   and this part down here is from Dominik Alexander?  Did
22   it divide the article up in that fashion so only the
23   analysis were attributed to you and not the text?
24        MS. REISMAN: Objection. Form.
25        THE WITNESS:  You keep saying when this

Page 72

1    article was published.  I am not sure published in
2    what.  I don't think it is anything that --
3         Q   (By Mr. Kennedy)  When I say "published" --
4         A   -- I assumed.
5         Q   -- we are referencing this article published
6    in For The Defense, given to defense lawyers.  That is
7    what I mean when I say published as we talk about this
8    article, right?
9         A   I --
10        Q   So did you publish an article where your name
11   was on it titled "Recycling Garbage, for an
12   important -- for evaluating the evidence" in a
13   publication called For The Defense?
14        A   Well, like I said, I think there are some
15   texts that Mr. Parker used from me.  I do not have a
16   publication or this report.  I don't know what For The
17   Defense is.  I don't know what was contained in terms
18   of any acknowledgements within that particular
19   document.
20        Q   Do you still have this publication that we can
21   look at the entire text?
22        A   Like I said, I don't.  I don't even know if I
23   have ever seen a publication, a full publication unless
24   it was shown to me by attorneys in similar matters.
25   But what I did, I keep saying, is I was asked to give a

Page 73

1    presentation on meta-analysis methodology at -- I think
2    it was a medical device conference.  And I discussed
3    some of the methodology, which I am happy to discuss
4    now, which is also contained within my report.
5         And my understanding is that Mr. Parker
6    utilized some of that methodology writing that I had
7    produced into whatever document this is.
8         Q   So we are clear, is it your testimony here
9    today that this article got published in an edition of
10   For The Defense with your name on it and you never read
11   it?  Is that your testimony?
12        A   Like I said, I don't know what For The Defense
13   is.  I don't recall seeing an article.  Like I said, it
14   is my understanding that Mr. Parker used some of my
15   methodology text, which I am happy to discuss with you,
16   pertaining to meta-analysis.
17        Q   So if this article, again with your name on
18   it, stated "Unlike the -- defense counsel need to be
19   difficult to expose junk science premised on a faulty
20   meta-analysis that appears to have the trappings of a
21   legitimate scientific methodology."
22        Is it your testimony here today that you did
23   not know that that was put into an article with your
24   name on it?  You don't know?
25        A   You keep saying "article."  I don't view

19 (Pages 70 to 73)

Dominik Alexander, PhD
March 8, 2023

Page 74

1  articles as none -- in terms of anything, science or
2  epidemiology related, I don't view articles as
3  something like For The Defense, which I am not sure
4  what that is.  But I review the peer-reviewed
5  publications and to the extent that something like that
6  was in some type of report or some non-peer-reviewed or
7  non-scientific publication, that is dialogue that I am
8  unfamiliar with.
9       Q   So you are unfamiliar with what was in this
10  writing that appeared in this journal, is what you are
11  saying?
12      A   Well, like I said, I may have been shown this
13  before and I believe other counsel members have shown
14  me such a document.  So I may have seen it in that
15  respect.  But I don't have a recollection of -- looking
16  at this language, that is not something that I would
17  have written with -- and I can say that with
18  certainty -- but I don't have a recollection of seeing
19  this prior to any kind of article.
20      Q   Do you know what that the Defense Research
21  Institute is?
22      A   I have an understanding.  As an epidemiologist
23  and not being a member of DRI, I have an understanding
24  of what it is.
25      Q   What is it?

Page 75

1       A   I believe it is a group of -- like an
2  organization of defense attorneys.  And I am sure I am
3  really severely overgeneralizing that because I am not
4  neither part of that organization nor an attorney.  I
5  have been asked a few times to give presentations.
6       Q   Mr. Kelly is not a member, you realize that.
7  They don't let -- it is for defense lawyers only.  You
8  understand that?
9       A   I don't know.  I don't know what the
10  membership entails.  I have never looked into that.
11      Q   On how many occasions have you made
12  presentations at any DRI gathering?
13      A   I think three or four.
14      Q   Have you been paid to make those
15  presentations?
16      A   No.
17      Q   And do you have any PowerPoints or materials
18  related to any of those presentations?
19      A   Not that I can recall specifically.
20      Q   What would have happened to those PowerPoints?
21  Were they destroyed?  Were they discarded?  Why don't
22  you have those anymore?
23      A   They may have been on, for example, a laptop
24  from Epistat.
25      Q   When was the last time you did a presentation

Page 76

1  to DRI?
2       A   I don't recall specifically.  A few years ago
3  perhaps.
4       Q   Two years ago when you say "a few"?
5       A   I think at least three or over three, I
6  believe.
7       Q   Where was the presentation, the last
8  presentation you gave at DRI?
9       A   I think it was in Austin, Texas.
10      Q   Prior to that, can you give me the location of
11  where you made a presentation to DRI?
12      A   I know one was in New Orleans.  I don't recall
13  where the other two were.
14      Q   When you make presentations, how many lawyers
15  are usually present?
16          MS. REISMAN:  Objection.  Form.  Foundation.
17          THE WITNESS:  I don't know.  It was just a few
18  occasions.  I think it was like a hotel ballroom type
19  of set-up.  And there were, I think some attorneys
20  there.  I am not sure.  It wasn't a sold-out crowd.  I
21  can tell you that.
22      Q   (By Mr. Kennedy)  And did they pay your
23  expenses, your hotel, your meals, your travel when you
24  travelled to DRI conventions or meetings to make
25  presentations?

Page 77

1       A   I know that the last one they did not.  That
2  is the one most fresh in my head.  The prior ones,
3  perhaps air fare or hotel.
4       Q   If you can believe it, I am getting a phone
5  call from a politician.  What does he want?
6          Would I be correct, you have done paid
7  research for Nestlé, the company called Nestlé, Nestlé?
8       A   I have been retained on behalf of Nestlé as a
9  research consultant.
10      Q   What topic or topics?
11      A   A variety of topics.  Most of which have been
12  related to infant health.
13      Q   Have you published any of that research where
14  you were retained by Nestlé?
15      A   I have.
16      Q   What about Dairy Research Institute?  Have you
17  been retained by them to do research?
18      A   Let me just clarify one thing.  You said
19  retained by.  Again, my Nestlé engagement, as well as
20  dairy would have been some type of research grant to
21  perform independent research.  So that is a different
22  enterprise than if I was being retained to do other
23  analyses or research for them.
24          So the -- any Nestlé publications or the Dairy
25  publication or two would have been from research

20  (Pages 74 to 77)

Dominik Alexander, PhD
March 8, 2023

Page 78

1  grants.
2      Q   Research grants.  That is money being paid to
3  you to do research?
4      A   Not to me, no.  I believe those engagements
5  were when I was employed by perhaps Exponent or
6  Epistat.  So, no, not money to me.
7      Q   Money to the company you are working for to
8  have you do the research?
9      A   I guess a similar response to what I provided
10  before.  Meaning, there were research grants.  They
11  would have likely been the arrangement set-up between
12  whatever, either Exponent or Epistat.  And as an
13  employee, I would have performed those -- work on those
14  manuscripts.
15      Q   And National Cattleman's Beef Association,
16  have they ever funded research for -- that you have
17  done either directly or indirectly through your
18  employer?
19      A   Yes.  Under research grants, I have worked
20  with National Cattleman's Beef Association.
21      Q   American Meat Institute, either directly or
22  indirect through your employer, have they funded
23  research you have done?
24      A   I have received some research by that
25  organization in the past.

Page 79

1      Q   What about pharmaceutical companies?  What
2  pharmaceutical companies have directly or indirectly
3  paid you to do research?
4      MS. REISMAN:  Objection to form.
5      THE WITNESS:  I have had no, I don't believe
6  any direct interactions with pharmaceutical companies
7  to work on manuscripts or perform research.  I have
8  worked on such manuscripts for which I think a
9  principal investigator on those projects would have
10  interacted with pharmaceutical company.  And I would
11  have been asked to work on a manuscript, but --
12      Q   (By Mr. Kennedy)  And paid to do it?
13      A   I would have been involved as a salaried
14  employee for a company.
15      Q   My question was directly or indirectly paid to
16  do research.
17      A   I understand what you are saying.  I wouldn't
18  necessarily characterize it that way.  There would have
19  been a research grant.  I would have been a salaried
20  employee.  Meaning that my salary would not have been
21  dependent on that particular research grant or the time
22  spent.  So I would have had a set salary and that would
23  have been one activity under a research grant, though.
24  However, I would have performed some work.
25      Q   Either way we want to look at it, money is

Page 80

1  being paid directly or indirectly to you to do
2  research, either part of a salary or a specific
3  project.  Directly or indirectly, you are being paid by
4  a corporation to do research?
5      MS. REISMAN:  Objection.  Form.  Asked and
6  answered.
7      THE WITNESS:  No.  I am a salaried employee
8  and if I am writing a manuscript or if I am doing
9  statistical analyses or if I am doing administrative
10  responsibility, my salary would remain the same.
11      Now, being a salaried employee, I would have
12  performed various activities.  One of which would have
13  been working on manuscripts.
14      Q   (By Mr. Kennedy)  PCBs, have you worked on
15  litigation involving PCBs?
16      A   I have.  I believe that is -- there is an
17  entry in my list of testimony.
18      Q   And what are PCBs?
19      A   Polychlorinated biphenyl.
20      Q   And what is it alleged -- what harm is it they
21  are alleged to cause?
22      A   I can't speak on various allegations and
23  allegations made by whom.  But I believe that I
24  addressed male and female infertility and Type 2
25  diabetes.

Page 81

1      Q   Dioxin, what is Dioxin?
2      A   Dioxin, I view it as a -- and again, I don't
3  want to misrepresent what it is.  But I correlate that
4  with tactical herbicide.
5      Q   What is the injury that it is alleged to
6  cause?
7      A   I have not provided testimony on Dioxin.  I
8  don't think I performed any expert litigation work to
9  that particular compound, but --
10      Q   Before you answer, you have had -- you have
11  done no work relating to the Dioxin any time in your
12  career?
13      A   That is not what I said.  I haven't provided
14  testimony or been a retained testifying expert on that
15  topic.  I have done research, I believe several years
16  ago on Dioxin.  If I recall correctly, I think I looked
17  at a variety of different malignancies.
18      Q   Benzine, have you worked in any capacity on
19  benzene litigation research or otherwise?
20      A   I have.  I have published on benzene.
21      Q   Benzine is alleged to have caused what injury?
22      A   Benzene can cause acute myeloid leukemia at 40
23  parts her million years within 15 years of diagnosis of
24  AML or MDS.
25      Q   Have you worked in litigation for Dow,

21  (Pages 78 to 81)

Dominik Alexander, PhD
March 8, 2023

Page 82

1    Monsanto, DuPont, Rio Tinto, American Chemistry Council
2    and Chevron?
3        A   In terms of litigation, you went through six
4    or seven there.  I think two jumped out that I have not
5    performed litigation work or been retained by for that
6    matter.
7        MS. REISMAN:  He wants to know by worked on --
8        Q   (By Mr. Kennedy)  Have you worked in
9    litigation for Dow?
10       A   I have.
11       Q   Have you worked in litigation for Monsanto?
12       A   I have.
13       Q   Have you worked in litigation for DUPONT?
14       A   I have.
15       Q   Have you worked in litigation for Rio Tinto?
16       A   I don't believe so.
17       Q   What did you do for Rio Tinto?
18       A   What did I do for them?
19       Q   Yes.  What involvement have you had with the
20   company Rio Tinto?
21       A   I have had no direct involvement with that
22   company.  There was a principal investigator who I
23   believe had a research grant from that group.  I am not
24   even sure what that group is.
25       And at any rate, I was asked to address the

Page 83

1    epidemiology of low-level arsenic in drinking water and
2    bladder cancer.  I think I addressed heart disease as
3    well.  That is my only recollection or understanding of
4    where Rio Tinto has come up in any work I have done.
5        Q   American Chemistry Council, what work did you
6    do for them?  Litigation work?
7        A   No.  I don't believe so.
8        Q   What work did you do?
9        A   I don't believe specific work.
10       Q   Anything?
11       A   I simply don't recall.  No.  Particularly in
12   litigation-related activities.
13       Q   What -- Monsanto would have been Roundup; is
14   that right?
15       A   No.
16       Q   What product for Monsanto?
17       A   That would have been the PCB area you brought
18   up.
19       Q   What other products or substances other than
20   PCBs, Dioxin, benzene, asbestos, what other substances
21   or products, toxins, have you been engaged to work on?
22       A   When you say "have been engaged"?
23       Q   To do research or be involved in some form of
24   litigation.
25       A   There may be a distinction too of being

Page 84

1    engaged versus in retained versus doing research.
2    Meaning that --
3        Q   I am talking paid directly or indirectly as an
4    employee of a company or directly.
5        A   My distinction --
6        MS. REISMAN:  Objection to form.
7        Go ahead and answer.
8        THE WITNESS:  My distinction would have been I
9    may have undertaken some activities on my own.  Meaning
10   there was no engagement.  But I understand what you are
11   asking.
12       We would have to, one, start would be to take
13   a look at my presentation and publication list to look
14   at various topics that I have evaluated and/or my list
15   of testimony regarding those various topic areas.
16       Q   (By Mr. Kennedy)  Have you been engaged and
17   worked in occupational trichloroethylene exposure?
18       A   I have published some manuscripts on that
19   topic.
20       Q   And paid to do it, correct?
21       MS. REISMAN:  Objection.  Form.
22       THE WITNESS:  I wouldn't characterize it that
23   way.  I would characterize the way I did to my prior
24   responses.
25       Q   (By Mr. Kennedy)  trichloroethylene, what is

Page 85

1    that?
2        A   It is a chlorinated hydrocarbon solvent.
3        Q   How are human beings exposed to that?
4        MS. REISMAN:  Objection to form.
5        THE WITNESS:  There may be a variety of
6    sources of exposure.  But one relatively common one
7    would be in metal parts degreasing.
8        Q   (By Mr. Kennedy)  What about hair die?  Have
9    you been retained to do research and retained, paid
10   directly or indirectly to do research as it relates to
11   hair dies?
12       A   Not retained as you say.  I believe there was
13   a research grant, not to me, but to a principal
14   investigator some years ago where that principal
15   investigator asked me to work on that topic pertaining
16   to bladder cancer.
17       Q   You were paid to do it, correct?
18       A   I was not paid specifically to do that.  I was
19   a salaried employee at the time and that my
20   compensation had nothing to do with a specific project
21   or that specific manuscript.
22       Q   My point is, you didn't do it for free, true?
23   You were being a paid salary and that was part of
24   your work for which you were paid the salary, true?
25       MS. REISMAN:  Objection to form.  Asked and

22  (Pages 82 to 85)

Dominik Alexander, PhD
March 8, 2023

---

Page 86

1    answered.
2         THE WITNESS:  I don't think I would answer it
3    any differently.  I was working for a company.  I
4    received a salary.  I was compensated via an
5    established salary.  I had a variety of work
6    engagements.  That was one topic area that I was
7    working on while a salaried employee.
8         Q   (By Mr. Kennedy)  Have you been paid directly
9    or indirectly to do research on whey protein infant
10   formula?
11        MS. REISMAN:  On what kind of infant formula?
12        MR. KENNEDY:  Whey, W-H-E-Y, protein infant
13   formula.
14        Q   (By Mr. Kennedy)  Have you been paid directly
15   or indirectly to do research in that area?
16        **A   I have been retained as a consulting -- a**
17   **research consultant to perform work on that topic.  I**
18   **have also published on that topic via research grants**
19   **under the same circumstances that I provided to you**
20   **earlier.**
21        Q   Have you been retained and paid directly or
22   indirectly via salary to do research on processed meat
23   and colorectal cancer?
24        **A   I have been retained as a consulting**
25   **researcher to look at the epidemiology of that topic.**

---

Page 87

1    **There also have been research grants for which I worked**
2    **on manuscripts under the same circumstances that I**
3    **expressed earlier.**
4         Q   Have you been retained and paid directly or
5    indirectly via salary to research multivitamin,
6    multimineral use?
7         **A   Again, I believe there was a research grant**
8    **for which I worked on a manuscript under the same**
9    **circumstances that I expressed.**
10        Q   On any of these research topics where you have
11   done research and published, have you ever concluded
12   that one of the products' substances toxins that we
13   talked about caused the alleged injury?  Have you
14   published that?
15        **A   I would have to take a look at each and every**
16   **manuscript.  I believe that you brought up, I think Rio**
17   **Tinto and I mentioned bladder cancer.  I think the**
18   **first line in that paper says high-level arsenic can**
19   **cause bladder cancer.**
20        Q   What about at the exposure you were asked to
21   study?  A high level of anything can cause injury,
22   right?
23        MS. REISMAN:  Objection to form.
24        Q   (By Mr. Kennedy)  Even water at high levels
25   can cause injury.  With respect to your study in that

---

Page 88

1    case, did you conclude that at levels of exposure, it
2    could cause bladder cancer?  Did you conclude and
3    publish that?
4         **A   I have looked at bladder cancer from low-level**
5    **arsenic drinking water exposures and thankfully there**
6    **is no support for a causal relationship.**
7         Q   I will ask for any of these research projects
8    that we have just talked about, where you have
9    published, have you found and concluded that there was
10   cause and effect between any of these products or
11   exposures or substances and the alleged injury or harm?
12        MS. REISMAN:  Other than the one he just said?
13        MR. KENNEDY:  Correct.
14        THE WITNESS:  There likely would be in some of
15   the manuscripts, but I would have to take a look at
16   each and every paper to look at causation.  Now, just
17   for clarification, you said cause and effect.  Cause
18   and effect typically means a randomized control
19   clinical trial where you are looking at cause and
20   effect.
21        There is other nuances pertaining to that in
22   terms of the epidemiology vernacular for general
23   causation.
24        Q   (By Mr. Kennedy)  I am not talking about --
25   have you concluded general causation, the existence of

---

Page 89

1    general causation with respect to any of these
2    substances, exposures, or products that we went through
3    where you published a study?
4         **A   Again, I may have.  I would have to take a**
5    **look at word for word every single paper.**
6         Q   Do you remember offhand as you sit here today?
7         MS. REISMAN:  Other than the one he mentioned?
8         MR. KENNEDY:  Correct.
9         THE WITNESS:  I just gave you one example.
10   There may have been something in terms of treatment
11   modality comparisons and in certain studies I
12   published.  But again, I don't want to say anything off
13   the top of my head.  I would rather go through each
14   article word for word.
15        Q   (By Mr. Kennedy)  Look to Exhibit 113, if you
16   would, please.  Can you tell us what Exhibit 113 is,
17   please.
18        **A   Exhibit 113 appears to be my data input or**
19   **entry for which I would have typed in on a keyboard.**
20        Q   And do these relate to meta-analysis you did?
21        **A   Well, there is a couple things.  One is this**
22   **is a repository for me.  This is a database like**
23   **someone using Excel to put data in.  This would be my**
24   **database repository.  So I would say first and foremost**
25   **it is that.**

---

23  (Pages 86 to 89)

Dominik Alexander, PhD
March 8, 2023

Page 90

1    Q   My question is:  Can we look at this and
2  determine what meta-analyses you did in this case?
3    A   This in combination with my report and the
4  figures expressed in the report, yes.
5    Q   The answer to my question again, please?
6  Please answer my question.
7    A   Same response.  This in combination with the
8  figures in the report, yes.
9    Q   I asked you whether or not you could look at
10  this and enumerate for me every meta-analysis you did
11  in the case based upon this.  I didn't ask about the
12  rest of your report.  Looking at this, can you tell me
13  every meta-analysis that you ran in this case?  Yes or
14  no?
15    A   That is not the purpose of this document.
16    Q   I didn't ask you the purpose.  I just asked
17  you a yes or no, can you look at this Exhibit 113 and
18  tell me every meta-analysis you ran in this case.  Yes
19  or no?
20    A   It is not something that I would address
21  because that is not how this would be used.  So I can't
22  tell you every specific analysis that was run without
23  looking at the figures in the report.  The figures that
24  for which this document give rise to.
25        MR. KENNEDY:  Sharyl, we just got three more

Page 91

1  hours in a deposition that was taken because the
2  witness would not answer yes-or-no questions in that
3  fashion.  That was so simple, I don't have time to do
4  this.
5    Q   (By Mr. Kennedy)  If I have a clear yes-or-no
6  question, Doctor, please answer my question yes or no.
7  That was very simple.
8        MS. REISMAN:  Eric, he has been doing a darn
9  good job answering the very questions.  I think he
10  explained to you --
11        MR. KENNEDY:  I have done a good job being
12  tolerant.
13        MS. REISMAN:  Let's not waste time.
14        MR. KENNEDY:  I know.  I will ask for more
15  time if it keeps up.
16        MS. REISMAN:  I understand you have an opinion
17  on that.  Let's let the witness answer the questions.
18    Q   (By Mr. Kennedy)  Look to van der Mark on
19  Exhibit 113 if you would.  The odds ratio you offer for
20  van der Mark is 1.210.  Is it not?
21    A   It is not necessarily that I offer.  It is
22  something that is in that particular entry.
23    Q   Okay.  My question is:  How did you calculate
24  an odds ratio of 1.210 for van der Mark?
25    A   I didn't calculate that.

Page 92

1    Q   Where did that odds ration come from, 1.210
2  for van der Mark in this table?
3    A   That would have come from the actual study.
4    Q   Look on page 46 of your report, if you would.
5    A   I am sorry.  You are saying it came from my
6  response was it came from the data in the study.  Is
7  that what you are saying?
8    Q   I am asking you where it came from.
9    A   It came from the data provided within a study
10  for -- I believe occupational or by exposure level, the
11  0 to 3.8 and the 3.8 plus.  So I may have been
12  misreading what you were asking there.  But the data
13  came from the exposure level data in the study.
14    Q   Look to page 46 of your report, if you would,
15  please.  Are you looking at that?
16    A   Yes.
17    Q   With respect to van der Mark, where does 1.210
18  odds ratio appear for your table of van der Mark.  What
19  does that appear?  Anywhere?
20    A   That number, no.  Like I said, it comes from
21  the data reported in the study.  So that would be the
22  exposure level, the 1.42 and the 1.01.  So that is the
23  underlying data.
24    Q   Correct.
25    A   So what I am doing epidemiologically is

Page 93

1  looking at --os van der Mark has two categories.
2  Right?  They have the different exposure categories.
3    Q   High and a low, correct?
4    A   Yes.  So this is the ever exposure.  So it is
5  taking the data points and the data sources which is
6  what I was referring to before.  And I am sorry if I
7  misheard that.
8    Q   So where does the 1.210 come from if you look
9  at 46?  Is 1.210 reported anywhere in van der Mark?
10    A   No.  That is the weighted combination of those
11  two entries that I just mentioned.
12    Q   So it is the weighted combination of 1.42,
13  right?
14    A   1.42, correct.
15    Q   And 1.01?
16    A   And 1.01.  Not just that.  But it is with the
17  measures of variants as well.
18    Q   Look to page 95.  95, page 95, do you outline
19  your rules you utilized for extraction of data from the
20  studies that you evaluated?
21    A   I have outlined some of the methodology.
22    Q   That you utilized to extract data from the
23  study, true?
24    A   I utilized this methodology.
25    Q   Look to number two.  What does number two

24  (Pages 90 to 93)

Dominik Alexander, PhD
March 8, 2023

---

Page 94

1    state? Does number two the most adjusted ORRR HR for
2    the highest level of exposure to Paraquat as an
3    independent variable? Is that what you state?
4         **A   Yes.**
5         Q   As one of your rules?
6         **A   Yes.**
7         Q   In van der Mark, the most adjusted for the
8    highest level exposure would be 1.01, would it not?
9         **A   Yes. Which is extracted.**
10        Q   Correct.
11        **A   And utilized.**
12        Q   1.210 is the odds ratio you utilize in your
13   analysis throughout van der Mark, is it not?
14        **A   That is not completely accurate.**
15        Q   Look at your meta-analysis and the numbers you
16   used for van der Mark. 1.210 is being utilized, is it
17   not?
18        **A   In some models of ever exposure as it should.**
19   **When a particular analytical model is created for ever**
20   **exposure, that van der Mark statistic comes into play.**
21        **For example, however, if you look on pages 102**
22   **and 103 of my report, you will see the 1.01 for van der**
23   **Mark.**
24        Q   Where in your rules on page 95 do you say you
25   are going to extract the ever number as opposed to the

---

Page 95

1    highest adjusted number for the highest level of
2    exposure? Where is that stated in your rules on page
3    95?
4         **A   In number one and number two. These aren't**
5    **necessarily mutually exclusive because there is**
6    **different analytical models that are generated. So on**
7    **page 95, in number one, it indicates that I extracted**
8    **ever or any exposure.**
9         **In number two, I also extracted the highest**
10   **level of exposure. In any particular paper, that**
11   **reports some type of exposure metric.**
12        Q   Go to page 36 of your report. Excuse me, look
13   at Footnote 36. I am sorry. Footnote 36 is going to
14   be page 104.
15        Do you see Footnote 36 on page 104?
16        **A   I do.**
17        Q   You state "I note the three most recent
18   published meta-analysis that Dr. Wells references in
19   his report and which I review above were all conducted
20   prior to Shrestha 2020 and included Tanner 2011."
21        Did I read that right?
22        **A   I think you did.**
23        Q   You next write "The summary associations
24   reported in those meta-analysis were all below 2.0. If
25   one were to limit those pre-Shrestha 2020 meta-analysis

---

Page 96

1    to studies reporting associations between occupational
2    exposure to Paraquat and Parkinson's disease, the
3    summary remains -- association remains below 2.0."
4         Where are those calculations that you
5    reference in Footnote 104 indicating they would remain
6    below 2.0 if you were to limit these to occupational
7    exposure? Where do I find those odds ratios for those
8    calculations in your report?
9         **A   I understand. They are not there because you**
10   **don't need to do calculations. When the data for**
11   **Shrestha, the odds ratio is 1.09. That is lower than**
12   **the 2.0. So it is mathematically impossible for you to**
13   **conduct a meta-analysis with a lower number like 1.09**
14   **to make that number rise above 2.0.**
15        Q   I think you need to read your quote again.
16   You are not understanding. I will read your quote, the
17   last sentence. You are not putting Shrestha in. You
18   are not removing Shrestha. You are just limiting the
19   analysis done of these three reviews to occupational
20   exposure only. And you indicate that if we do that
21   with the studies used in those three reviews, the odds
22   ratio will remain under 2.0.
23        Number one, where are your calculations of the
24   occupational studies contained in those three articles
25   that indicate an odds ratio under two as you state?

---

Page 97

1    Where do those appear in your report?
2         MS. REISMAN: Objection to form.
3         THE WITNESS: I am sorry. I think we are on a
4    different pages there.
5         Q   (By Mr. Kennedy) I am on page 104. Footnote
6    36. Where are your calculations to support the
7    statement in Footnote 36?
8         **A   Well, again, those are looking at the studies**
9    **in the published meta-analyses. So you don't need to**
10   **generate different odds ratio. That was my point for**
11   **Shrestha.**
12        **So if, for example, we were to add Shrestha or**
13   **do something before Shrestha, if you limit something to**
14   **just strictly occupational exposure, some studies would**
15   **drop out. So again, it would be mathematically**
16   **impossible to generate something above the 2.0 number.**
17   **For example, like if Liou came out.**
18        Q   Let's go back. In the Vaccari, when you make
19   this statement, what occupational exposures were you
20   including in your meta-analysis to include that it
21   would nonetheless, if we look at occupational, be under
22   2.0? What occupational studies in Vaccari were you
23   including in that determination?
24        MS. REISMAN: Objection to form.
25        THE WITNESS: Well, one way to look at it

---

25  (Pages 94 to 97)

Dominik Alexander, PhD
March 8, 2023

Page 98

1    would be the one study removed analysis.
2        Q   (By Mr. Kennedy)  I am not asking is where --
3    I want to know where in your report do you tell me,
4    number one, the occupational studies in Vaccari that
5    you used to make the calculation that the odds ratio
6    would be under 2.0?  Where in your report does it tell
7    me those studies?
8        A   Well, again, it is based on mathematical
9    logic.  Meaning that if you remove a study that has an
10   association higher than the 2. -- meaning that you
11   don't need a calculation to make that particular
12   assessment.
13       Q   Where do you tell me the study you are
14   removing from the Vaccari in your report?
15       A   Well, you keep bringing up Vaccari
16   specifically --
17       Q   We are going to go through one at a time.  And
18   I want to know where in your report you tell us the
19   occupational studies that you used in Vaccari to
20   conclude that the odds ratio is under 2?  Where in your
21   report do you list the studies?
22       A   Sure.  We can correlate what I have here on
23   page 98 with Vaccari if you would be happy to show it
24   to me.
25       Q   No.  I want to know where in the text you list

Page 99

1    the studies.  Does it appear?  This is Vaccari.  These
2    are the occupational studies that I am going to run an
3    OR with where the result is under 2.
4            Where is that stated in your report?
5        A   Again, you don't need to run a particular
6    calculation to make that conclusion because of the
7    mathematical nature of those odds ratios in that
8    particular assessment.
9        Q   Is the answer to my question, there is no
10   listing of the occupational studies in the Vaccari that
11   you utilize to draw the conclusion that the OR is under
12   2?  Is that the answer to my question?  They are not
13   listed anywhere in your report?
14           MS. REISMAN:  Objection to form.
15       Q   (By Mr. Kennedy)  And if they are, show me
16   please.
17       A   Well, I can comment on the data, for example.
18   The Liou study, but again, I haven't put in a specific
19   language pertaining to Vaccari.  But like I said, you
20   don't need to run separate analyses to make that
21   conclusion because mathematically one can simply look
22   at the odds ratios reported and one can simply say,
23   given the nature of these odds ratios, it would not be
24   above 2.0.
25           MR. KENNEDY:  We need to take a break.

Page 100

1            MS. REISMAN:  I will --
2            MR. KENNEDY:  I asked him a very simple
3    question:  Where is the listing in the studies.  He can
4    gave me explanations all he wants.  But the fact of the
5    matter is they are nowhere in his report.
6            MS. REISMAN:  He is misunderstanding.
7            MR. KENNEDY:  No, it's not.  He needs to say
8    they are not in my report.
9            MS. REISMAN:  He has referred you to the
10   listing of studies that he used in his report twice.
11   He has pointed you to the pre-Tanner studies that he
12   uses, the occupational studies.  He pointed you to page
13   98.  He pointed you to those studies.
14           MR. KENNEDY:  Let's take a look then.  Maybe I
15   am wrong.  I will take a look.
16           MS. REISMAN:  You asked him what occupational
17   studies, and he pointed you to page 98.
18           MR. KENNEDY:  This has nothing to do with the
19   Vaccari article.
20           MS. REISMAN:  He references the Vaccari
21   article in the first sentence.  Then he says if you
22   limit.
23           MR. KENNEDY:  This has nothing to do with
24   Vaccari.  This is the meta-analysis that he wrote on
25   page 98, which has nothing to do with Vaccari.

Page 101

1            MS. REISMAN:  His footnote?
2            THE WITNESS:  My footnote is not Vaccari.
3    That is why I think there is a disconnect.  That's why
4    I was --
5        Q   (By Mr. Kennedy)  The footnote references the
6    three review articles.
7        A   It does, but that statement -- I am saying if
8    you were to limit those to the pre-Shrestha studies --
9        Q   Right.
10       A   -- the summary associations remain below 2.
11   And that is looking at -- on page 98 where I look at
12   all the studies with Shrestha removed as well.  And
13   that is -- so you kept saying Vaccari and that is where
14   I was confused, because it wasn't pertaining to that.
15   That is not specifically for that.
16       Q   Page 98 has Shrestha in it.
17       A   It is a one-study removed analysis.  And I
18   would be more than happy to walk you through what that
19   means.
20           MR. KENNEDY:  Well, take a break.
21           MS. REISMAN:  I understand your confusion.
22           MR. KENNEDY:  It is a very simple question.
23           MS. REISMAN:  Do you want to take a break?
24           MR. KENNEDY:  Yes.
25           VIDEOGRAPHER:  We are off the record.  The

26 (Pages 98 to 101)

Dominik Alexander, PhD
March 8, 2023

Page 102

1  time is 11:44 a.m.
2       (Off the record.)
3       VIDEOGRAPHER:  We are back on the record.  The
4  time is 11:57 a.m.
5       Q   (By Mr. Kennedy) Doctor, we are still talking
6  about Footnote 36.  But with respect to the Vaccari
7  review article, I assume that is one of the three
8  published meta-analysis that Dr. Wells referenced, ne
9  of them would be Vaccari, true?
10      **A   In the first sentence that I have there, yes.**
11  **That would be one of them.**
12      Q   One would be Breckenridge?
13      **A   I believe so.**
14      Q   And one would be Tangamornsuksan?
15      MS. REISMAN:  Can we just say Tang?
16      MR. KENNEDY:  I've been going with Tang.  That
17  is the first time I have ever said that correctly.  So
18  we are saying the whole thing now.  The Tangamornsuksan
19  review article.
20      THE WITNESS:  Tangamornsuksan, yes.
21      Q   (By Mr. Kennedy) Those are the three articles
22  we are talking about, the three meta-analysis we are
23  talking about in Footnote 36, correct?
24      **A   I believe those are the three.**
25      Q   So my question is:  Can you show me where in

Page 103

1  your report you list the occupational studies in
2  Vaccari that you used to calculate the odds ratio that
3  you indicate is under 2?  Where is the list of the
4  studies in Vaccari in your report?
5       **A   I don't have a list pertaining to Vaccari**
6  **specifically.  The last sentence that I have in that**
7  **footnote pertains to reviewing the studies of**
8  **occupational exposure that existed prior to the**
9  **Shrestha 2020 article.  And that is an analysis that I**
10  **performed, and the summary association remained below**
11  **2.0.**
12      Q   With respect to Breckenridge, can you tell me
13  with respect to Breckenridge, what are the specific
14  epidemiology studies, occupational, that you utilized
15  to calculate an odds ratio that you maintain is under
16  2?
17      **A   Well, again, this entry, that sentence in the**
18  **footnote is not necessarily specific to each of those**
19  **meta-analyses.  However, that entry reflects the**
20  **occupational studies for illustrative purposes as**
21  **expressed by Dr. Wells in this particular section.**
22      **And so the occupational exposure to Paraquat**
23  **summary relative risk, for the studies, again for**
24  **illustrative purposes prior to the Shrestha 2020 paper,**
25  **remains below 2.**

Page 104

1       Q   So we are going to go back.  Does your report
2  contain a list of occupational studies in the
3  Breckenridge meta-analysis that you utilized and did a
4  calculation that resulted in an odds ratio of under 2?
5  Show me the list for Breckenridge.
6       **A   I don't have a list for Breckenridge because**
7  **that is not specifically what that entry in the**
8  **footnote refers to.  I understand that I mention**
9  **meta-analyses in the first sentence and I think the**
10  **second sentence.**
11      **However, the third sentence means that I**
12  **looked at the associations from occupational studies to**
13  **Paraquat prior to Shrestha 2020.  And again, this**
14  **effort was for illustrative purposes in looking at the**
15  **studies or evaluating those studies pre-Shrestha**
16  **results in a summary association below 2.**
17      Q   We are going to call Randy at lunch.
18      For Tangamornsuksan, same question.  Show me
19  where there is a list anywhere?  We'll interpret this
20  sentence later.  We'll let a jury do it.
21      Is there anywhere in your report, a list of
22  the occupational studies that you utilized to calculate
23  an odds ratio that you say is under 2?  Is there such a
24  list for Tangamornsuksan in your report?
25      **A   Again, it is not broken down by those authors.**

Page 105

1  **However, we can go to, like I said earlier, page 98**
2  **would be one.  We can go to page 96.  And those are the**
3  **studies -- again for illustrative purposes in this**
4  **section -- those are studies that would have been**
5  **occupational exposures to Paraquat.  And they would**
6  **have been the ones that I analyzed and I did perform an**
7  **analysis of the studies pre-Shrestha.**
8       Q   All right.  Did you perform a specific
9  analysis for the occupational studies in Vaccari?  Did
10  you perform a specific analysis for the occupational
11  studies in Vaccari?  Yes or no?
12      **A   I didn't utilize Vaccari as a source of**
13  **studies.  My section here on meta-analysis was for**
14  **illustrative purposes responding to Dr. Wells.**
15      Q   Did you calculate a specific odds ration for
16  occupational studies in Breckenridge?
17      **A   Not for -- I don't believe so.  For the same**
18  **reasons that I provided.**
19      Q   Did you calculate a specific odds ratio for
20  the occupational studies in Tanga?
21      **A   Not the way that you are asking the question**
22  **for this purpose, no.  Again --**
23      Q   I want you to answer the questions as I am
24  asking them.
25      MS. REISMAN:  He just answered.

27  (Pages 102 to 105)

Dominik Alexander, PhD
March 8, 2023

---

Page 106

1    Q   (By Mr. Kennedy)  That's the premises.
2        MS. REISMAN:  He just answered, Eric.  Move
3    on.
4    Q   (By Mr. Kennedy)  What is publication bias?
5    A   Publication bias is a potential bias that can
6    happen if there is an over or underreporting of certain
7    risk estimates.  Typically where you see publication
8    bias would be if you have a small sample size with
9    large odds ratios or relative risks reported.
10       There may be an over publishing process,
11   whether it is by the researchers reporting it or the
12   journal editors.
13       Q   Are there tests done to assess the extent of
14   publication bias?
15   A   It is not necessarily the extent of, but there
16   are certainly -- I provided some, for example, in
17   meta-regression, looking at some of these figures.  I
18   can point those to you in the report.  But that is a
19   methodology to look at outliers.
20       Q   Can you tell me the -- list for me what
21   analyses or tests can be done to determine the extent
22   or existence of publication bias?
23   A   What analyses or test?  You could take a look,
24   for example, on page --
25       Q   I am not asking what you did or didn't do.

---

Page 107

1    Tell me the tests that exist to determine the extent or
2    existence of publication bias.
3    A   One methodology that can be used is
4    meta-regression.
5        Q   Can you cite me a source that says
6    meta-regression is an analysis that can be done to test
7    or assess publication bias?
8    A   I would have to take a look at the literature,
9    but it is a methodology that we use as epidemiologists.
10       Q   What others are there?
11   A   Well, there is initial -- one method at least
12   visually is what's called a funnel plot.  And in a
13   funnel plot, it just generally graphically illustrates
14   studies around a level of variance.
15       Q   Did you do a funnel plot in this case?
16   A   I did a meta-regression, which is more
17   informative than a funnel plot.  It is kind of like
18   taking a P value versus a conference interval.  A
19   funnel plot versus meta-regression, where conference
20   interval is preferred and meta-regression is preferred.
21       Q   Did you do a BEG test?
22   A   There may have been some output with the BEG
23   test.
24       Q   Where is that in your report where you say I
25   performed a BEG test to determine and assess

---

Page 108

1    publication bias?  Where is that in your report?
2    A   Well, there is -- it wouldn't be because there
3    is different methodologies.  I used a meta-regression.
4        Q   So it is not in your report; is that true?
5    That is all I am asking.  Is there anywhere in your
6    report where you say I did the BEG test and looked for
7    publication bias?
8    A   It shouldn't be.
9        Q   Is it or isn't it?  I didn't ask you whether
10   it should.  Is it in your report?
11   A   I don't recall it being in the report.
12       Q   What about Egger's test?  Is that in your
13   report where you used the Egger's test to look for
14   publication bias?
15   A   Egger's regression may have been in part of
16   some of the analyses for meta-regression, but I don't
17   recall specifically reporting the Egger's regression
18   test.
19       Q   Can you show me in your report where you used
20   meta-regression to specifically address publication
21   bias?  Where is that in your report?
22   A   Well, I performed a meta-regression on page
23   97.  And again, the purpose wasn't necessarily for
24   publication bias.  Again, this was for -- this section
25   was for illustrative purposes only in response to

---

Page 109

1    Dr. Wells.
2        Now, as part of that process, I performed a
3    variety of analyses including meta-regression.  You can
4    see that on page 97 --
5        Q   Listen to my question again.  I hate to stop
6    you.  I want to know where in your report do you state
7    I am using meta-aggression to assess publication bias?
8    Is that in your report?
9        MS. REISMAN:  You meta -- you said
10   meta-aggression.
11       Q   (By Mr. Kennedy)  Where in your report do you
12   state I am using meta-aggression?
13       MS. REISMAN:  Regression.
14       Q   (By Mr. Kennedy)  Regression --
15   A   Millions of meta-aggression.
16       Q   Meta-regression to assess publication bias,
17   where is that stated in your report?
18   A   I don't believe that would be stated.  Again,
19   because this is for illustrative purposes only in
20   response to Dr. Wells.
21       Q   Thank you.
22       You used the term risk ratios in your report,
23   I think at page 15.  And odds ratio, hazard ratios,
24   both come under the umbrella risk ratios?
25   A   No.  They come under relative risk.

28  (Pages 106 to 109)

Dominik Alexander, PhD
March 8, 2023

Page 110

1    Q   Under relative risk, I am sorry.
2        So risk ratios, odds ratio, and hazard ratios
3    come under relevant risk ratios?
4    **A   No.  No.  Relative risk, not relevant risk.**
5    **So a relative risk is an umbrella term for -- in**
6    **association or looking at association between two**
7    **variables.  There is different specific metrics like**
8    **nods ratio or rate ratio and so on.**
9    Q   Odds ratios and hazard ratios measure
10   different things?
11       MS. REISMAN:  Objection.  Form.
12       THE WITNESS:  I don't know.  You would have to
13   be more specific when you say "different things."  They
14   are both providing a ratio analysis.  Meaning they are
15   both performed using certain study designs to generate
16   an estimate of risk.
17   Q   (By Mr. Kennedy)  Do you use the terms "odds
18   ratio" and "hazards ratio" interchangeably?
19   **A   I don't use those terms interchangeably.**
20   **However, both are statistics estimating the ratio**
21   **measure, the probability of disease occurrence or the**
22   **probability of exposure.  I specifically refer to odds**
23   **ratios and case-control studies that report odds**
24   **ratios.  I refer to hazard ratios if they are**
25   **specifically reported in a prospective cohort study.**

Page 111

1    Q   So is the answer to my question, you don't use
2    them interchangeably, very simply?
3    **A   It is not as simple for the first part.  So I**
4    **use measures of association which subsumes those**
5    **estimates when I am referring to estimating the**
6    **probability of the occurrence of disease or exposure.**
7    **Now, when the studies use them separately, I will use**
8    **them separately.**
9    Q   Anywhere in here -- so you don't care whether
10   you say odds ratio or hazard ratios when you are
11   drafting a report such as this?  You can use them
12   interchangeably in certain circumstances?
13   **A   I think that is the opposite of what I was**
14   **trying to say.**
15   Q   Thank you.
16       When you subgroup -- when you subgroup in an
17   analysis, either for review purposes or meta-analyses
18   purposes, is it necessary to provide an explanation for
19   your subgrouping or a rationale for your subgrouping?
20   Is that part of a systematic review to provide an
21   explanation for a rationale for the subgrouping of
22   epidemiology studies?
23       MS. REISMAN:  Objection to form.
24       THE WITNESS:  Well, typically if I do a
25   peer-reviewed publication, a manuscript for a

Page 112

1    peer-reviewed publication for that process, I would
2    typically express the subgroup, or while I am looking
3    at a subgroup, a part of the subgroup analyses as to
4    explore statistical heterogeneity and design
5    heterogeneity by different characteristics.
6        So it may not be something that is explicitly
7    stated, but it is an exploration for sources of
8    heterogeneity by different studies or characteristics.
9    Q   (By Mr. Kennedy)  So the answer is no?
10   **A   Like I said, I typically in a -- my published**
11   **meta-analysis, my peer-reviewed published**
12   **meta-analyses, I typically provide the reason for a**
13   **subgroup based on my recollection.  And again, that**
14   **reason may be to explore sources of heterogeneity by**
15   **different study characteristics.**
16   Q   So when you publish, you do state a rationale
17   or reasoning for subgrouping, is that your statement?
18       MS. REISMAN:  Objection.  Form.
19       THE WITNESS:  If I -- in my published
20   meta-analyses, what I am responding to is I know that
21   in some of my meta-analyses there may be a reason for
22   doing that.  But other times there may be situations
23   where you don't need to express that if it is -- if
24   there is a well-known -- if you are doing a subgroup
25   analysis by gender, it is implied that the researcher

Page 113

1    is looking at different patterns of risks between men
2    and women in a study.
3    Q   (By Mr. Kennedy)  Sometimes you don't need to
4    state it, that is your testimony?  There are
5    circumstances where you do not need to outline your
6    rationale for subgrouping?
7    **A   No.  That is not necessarily what I am saying.**
8    **I am just saying in my experience in terms of my**
9    **publications, which I would have to go back and look at**
10   **all of them, I think there is many meta-analyses I**
11   **performed for which there may be reasons.  It could be**
12   **looking at exposure levels or looking at a variety of**
13   **things for which I discussed.**
14       **There may be other situations where I may have**
15   **a model by study country or by gender where I don't**
16   **really talk about it much more than that.  But I would**
17   **say for the most part, there is some kind of reason for**
18   **a subgroup or talked about or interpreted in my**
19   **publications.**
20   Q   Should be?  Not whether there is or isn't.
21   You should state rationale reasoning for subgrouping in
22   an analysis, true?
23       MS. REISMAN:  Objection.  Form.
24   Q   (By Mr. Kennedy)  Would you agree with that
25   statement?  It should be done?

29  (Pages 110 to 113)

Dominik Alexander, PhD
March 8, 2023

Page 114

1    A   I believe I expressed that in the methods
2  section of each and every report.  Meaning that I
3  perform subgroup or sensitivity analyses, and that is
4  likely something that is in the methods section of
5  every report, which is then illustrated in graphical
6  form.  But it is something in my practice that I
7  typically do.
8    Q   (By Mr. Kennedy) State rationale reasoning,
9  correct?
10    MS. REISMAN:  Objection to form.
11    Q   (By Mr. Kennedy) I will ask you one more
12  time.  Then we will save this one for the special
13  master.
14    Is it -- if you're approaching this in what
15  you believe to be an acceptable fashion, is it
16  required -- listen to my question.  I said required.
17  How would you do --
18    Is it required to state rationale or reasoning
19  for a subgroup of analysis?
20    A   Required by whom?
21    Q   You.  In your opinion.  We're here to ask
22  about your opinions and thoughts and beliefs.  So I am
23  asking you your opinions.
24    A   It may depend on the types of studies.  It may
25  depend on the nature of exposure.  It may depend on a

Page 115

1  variety of factors.  So it is not just as simply
2  saying, expressing it like you are doing.
3    Q   All right.  Look to 118, if we could.  Let's
4  look at Vaccari.
5    MS. REISMAN:  Are you marking a new exhibit?
6    Q   (By Mr. Kennedy) Exhibit 118.  I am sorry.
7  You have reviewed Vaccari, correct?
8    MS. REISMAN:  Give me a second.
9    MR. KENNEDY:  These are the basic ones.  You
10  don't have to get the exhibit.  I will wait for you
11  when we get to the hard ones.
12    Q   (By Mr. Kennedy) 118, this is the Vaccari
13  review article, true?
14    A   It is paper by Vaccari.  It is a
15  meta-analysis.
16    Q   So the answer to my really simple question
17  would be yes?
18    A   Well --
19    Q   If you can do so.  I asked you:  Is this the
20  review article by Vaccari, yes or no?
21    A   Well, you said is this the review article.  It
22  is a meta-analysis and review by Vaccari.  I don't know
23  if there is other Vaccari reviews out there.  But this
24  is a review and meta-analysis Paraquat and Parkinson's
25  where the lead author is Vaccari.

Page 116

1    Q   You reviewed this?
2    A   I read it.
3    Q   Provided a critique of it?
4    A   I have a summary in my report.
5    Q   Had some criticisms of it?
6    A   I discuss methodological aspects, and I
7  believe I also paraphrase or summarize some of
8  Vaccari's own limitations of their analysis.
9    Q   Not what I asked.  Did you have criticisms of
10  Vaccari in your report, Exhibit 118?
11    A   I believe there are some.
12    Q   Are there any others other than those that are
13  articulated in your report?
14    A   I would have to take a look at my summary.
15    Q   Go to page 190.
16    A   Of Vaccari --
17    Q   There's one on page 190 in Exhibit 18, which
18  is Vaccari 2019.  I am going to focus on Vaccari's
19  treatment of Liou 1997 study.  All right?
20    I think you wrote about Vaccari's treatment of
21  Liou.  You are familiar with the Liou 1997 study, are
22  you not?
23    A   I am.  Just bear with me one second.
24    Q   190.  They are numbered every other.  I think
25  you have to find page 189 and go to the next page.  You

Page 117

1  set?
2    A   I see it.  But I think you said I discuss
3  their treatment of Liou in Vaccari, and I don't think I
4  do that.  I am not sure where you are referring to.
5    Q   You do, but we can go there later.  You talk
6  about Liou and Vaccari.  When you deal with Vaccari in
7  your meta-analysis -- excuse me.
8    When you deal with Liou in your meta-analysis,
9  which you do with Liou kind of taking that mixed group
10  and pushing it over, you reference what Liou did, which
11  you basically did the same thing.
12    MS. REISMAN:  If you have questions.
13    Q   (By Mr. Kennedy) Go to page 189.  190.  You
14  have to find 190 via 189.  Go to 190.  I want to look
15  at Vaccari and what was done with Liou.
16    A   I think I am tracking you.
17    Q   You all set?
18    A   I see 189.  I see 190.
19    Q   Look at the bottom.  When she does her
20  calculations, she arrives at an odds ratio of 1.43, do
21  you see that, on the bottom of 189?  Her odds ratio?
22    A   I see that statistic on the bottom of the
23  page.
24    Q   Go to the next page.  Up at the top on the
25  left, 190.  She starts by talking about the estimate.

30  (Pages 114 to 117)

Dominik Alexander, PhD
March 8, 2023

Page 118

1  Do you see that?
2  A  I see the words, yes.
3  Q  The estimate by Liou was considered an outlier
4  because it was far different from the other estimates.
5  OR 3.45.  95 percent, gives a confidence interval.
6  Then the article states, "In the Liou, et al., '97
7  investigation, the participants were categorized as
8  residentially or occupationally exposed to Paraquat.
9  But such information was obtained only through
10  questionnaires, which might have been a source of
11  recall bias.
12      "In addition, there were two categories of
13  exposure duration.  From 1 to 19 years and over 20
14  years, but detailed information regarding the frequency
15  or amount of exposure was not available.  Therefore,
16  exposure may have been overestimated especially in the
17  case of the residential exposures scenarios."
18      Do you see that?
19  A  I do.
20  Q  She seems to be trying to explain why Liou had
21  such a high odds ratio in relation to the other
22  studies, correct?
23      MS. REISMAN: Objection.  Form.  Foundation.
24      THE WITNESS: I don't know if she is trying to
25  explain that.  But she is making a comment and perhaps

Page 119

1  if there was some type of overreporting of exposure,
2  that may inflate the odds ratio.
3  Q  (By Mr. Kennedy)  She goes on to say "The
4  sensitivity analysis excluding Liou, et al., 1997,
5  indicated that the meta-analysis might result in lower
6  significant OR with reduced heterogeneity."
7      So she then indicates the odds ratio with Liou
8  out is down to 1.25.  Do you see that?
9  A  I do.
10  Q  If you look down then at her meta-analysis in
11  the table below, Figure 4, do you see that?
12  A  Yes.
13  Q  She gives zero weight to Liou, did she not?
14  A  Well, she is not giving weight.  She, meaning
15  Dr. Vaccari, is not giving weight.
16  Q  That is who I am talking about.  Is Dr.
17  Vaccari a woman?  Maybe I'm mistaken.
18  A  No, no.  You're right.
19      MS. REISMAN: He was in the middle of the
20  response.
21      THE WITNESS: Yeah.  So what I am saying is,
22  she meaning Dr. Vaccari did not give weight.  It would
23  have been the analytical program that did not give
24  weight.  And so weight means relative weight.  It is
25  the inverse of the variants on the overall model.

Page 120

1  Q  (By Mr. Kennedy)  Is Liou being considered in
2  the meta-analysis if it is being weighted at zero?
3      MS. REISMAN: Objection.  Form.  Foundation.
4  Q  (By Mr. Kennedy) Does it factor into the
5  meta-analysis?
6  A  It is being considered as she reported in text
7  above.  However, that particular model looks like it
8  would be consistent with her text of the 1.25, where
9  Liou was removed from that particular analysis.
10  Q  Thank you.
11      So with Liou in the analysis, the
12  meta-analysis, the odds ratio is 1.43, correct?  And
13  with Liou out, the meta-analysis was 1.25 odds ratio,
14  correct?
15  A  That is what it appears to be.
16  Q  Go to page 192 now.  192, if you look at
17  Figure 7, they do a sensitivity analysis.  Again, Liou
18  is given zero weight, correct?
19      MS. REISMAN: Objection.  Form.
20      THE WITNESS: Are you saying in Figure 7?
21  Q  (By Mr. Kennedy)  Yes, sir.
22  A  In 1.2.2, yes.
23  Q  Now, go down to the bottom of 192.  This is
24  the beginning of the section where Vaccari now is doing a
25  Bradford Hill analysis, correct?  She is looking at the

Page 121

1  magnitude of the effect in a causation Bradford Hill
2  analysis, true?
3  A  She has some language pertaining to Bradford
4  Hill in that area.  However, there is an improper
5  application of what Bradford Hill was referring to
6  pertaining to strength of association.
7  Q  Last sentence in this -- Bradford Hill is used
8  for causation, correct?
9  A  Bradford Hill is a set of considerations for
10  general causation.  With that being said, there is
11  specific applications.  And this language in this
12  section, with all due respect, I believe that Dr.
13  Vaccari is maybe misinterpreting what that application
14  is or performing an improper application for the
15  consideration of strength.
16  Q  And I didn't ask you anything about her.  I
17  just asked you whether the Bradford Hill criteria was a
18  methodology used in general causation.
19      Is that true?  In a general sense, is that
20  true?
21  A  As I indicated, Bradford Hill is used in
22  general causation.
23  Q  Thank you.
24      Next sentence down, she states, "The estimated
25  OR for the case control studies was positive and

31  (Pages 118 to 121)

Dominik Alexander, PhD
March 8, 2023

Page 122

1    significant, all be it close to a non-association
2    value."
3              And she refers us to Figure 4, correct?
4    A   I see Figure 4 listed.
5    Q   Figure 4 is the odds ratio of 1.25 that
6    excluded the Liou study, is it not?
7    A   Figure 4 represents the 1.25.
8    Q   Where the Liou study was removed, correct?
9    A   The Liou study is there, but it appears it was
10   removed from a particular model based on the text
11   above.
12   Q   Correct.  So Vaccari, in doing her analysis,
13   excluded the Liou study.  It looks like based upon its
14   effect on heterogeneity and her commentary about
15   quality of the Liou study from what we've earlier read?
16   A   Well, again, there is an analysis for which it
17   was removed.  She did include the Liou study.  She
18   reported data, I think it was 1.43 before the Liou
19   study.  But then there is an additional model for which
20   she removed that particular study that we discussed.
21   Q   She is talking about causation.  Does she
22   reference anything other than Figure 4, which is the
23   1.25 odds ratio with Liou removed?  Does she reference
24   anything else in this causation Bradford Hill section
25   other than the 1.25 with Liou removed?

Page 123

1    A   Yes.  She discusses a 1.08 for the cohort.
2    Q   Does she discuss the meta-analysis that had
3    been done with Liou included 1.43 in her Bradford Hill
4    analysis, or does she only reference the 1.25 odds
5    ratio with respect to Liou being removed?
6    A   She references to a Figure 4, which we
7    discussed what the summary estimate in that model was.
8    She also references to cohort analysis of 1.08 in that
9    particular --
10   Q   I am not talking about -- I want to focus on
11   the meta-analysis done with the case controlled study.
12            Does she reference any other meta-analysis
13   with the case controls other than the case control
14   study that removed Liou?  If she did, show me where she
15   did.
16   A   I keep going back to what she references in
17   Figure 4.
18   Q   Thank you.
19            Figure 4 is the meta-analysis with Liou
20   removed, correct?
21   A   As I have been saying in that figure, yes.  It
22   is the 1.25.
23   Q   With Liou removed, yes or no?
24   A   That particular model, again, looking -- I
25   can't speak for everything that Dr. Vaccari did.  But

Page 124

1    looking at this model with the relative rate of zero,
2    and her text above that says 1.25, I would believe that
3    that particular model was run without Liou.
4    Q   My question is:  Do you find this to be
5    acceptable on her part to only reference the odds ratio
6    with Liou removed when looking at Bradford Hill and
7    causation?  Is that acceptable to reference in the odds
8    ratio with Liou removed?
9    A   Well, first of all, this is a small paragraph
10   when we are talking about Bradford Hill.  And I don't
11   believe Dr. Vaccari has done -- I know that she invoked
12   Bradford Hill and looked at some of these.  It is a
13   publication with word space and word count.  So she
14   talks about one model.  I think 1.25, she talks about a
15   cohort study.
16            Clearly she reported the data for 1.43.  So
17   she generated those data and would have considered
18   those data.
19            But again, this is a small paragraph for
20   certain Bradford Hill considerations pertaining to
21   strength.
22   Q   You will have to listen to my questions.  We
23   will get answers to this one, and we will get it with
24   the special master on the call.
25            Number one, in this Bradford Hill section,

Page 125

1    does she mention anything other than the 1.25 with
2    respect to the odds ratio for the case control study,
3    yes or no?  Does she mention anything other than the
4    1.25 in this Bradford Hill section?  Yes or no?
5            MS. REISMAN:  You are talking about the bottom
6    paragraph here and the top paragraph on 193?  192 to
7    193?  Just that paragraph?
8            MR. KENNEDY:  Correct.
9    Q   (By Mr. Kennedy) Does she mention anything
10   other than Figure 4, which is the 1.25 with Liou
11   removed, yes or no?
12   A   Well, she mentions it.  But if you are asking
13   just about case control studies, like I have said
14   before, she just references Figure 4.  And I told you
15   what I thought Figure 4 represented.
16   Q   Thank you.  That is all I want to know.
17   That's all she mentioned.
18            And my question, if that is all she actually
19   considered, would it be appropriate for her to remove
20   from a meta-analysis a study on the basis of its effect
21   on heterogeneity and on the basis of its quality?  Is
22   that appropriate to remove from a meta-analysis based
23   upon heterogeneity and quality of the study when
24   considering causation?  Is that an appropriate
25   methodology?

32  (Pages 122 to 125)

Dominik Alexander, PhD
March 8, 2023

Page 126

1          A   Well --
2          Q   If you believe it adversely affects
3   heterogeneity and you believe it is a study of poor
4   quality, is it appropriate to remove from her
5   meta-analysis when considering causation?
6          A   Well, first of all, I would caution not to
7   conflate a meta-analysis with causation.  A
8   meta-analysis may be used to help inform an opinion of
9   causation.  They are not the same thing.
10         So is it proper to perform different analyses
11   by removing studies because they are a known
12   statistical outlier or there may be methodological
13   concerns?  100 percent.
14         Q   And a methodological concerns would relate to
15   quality and might relate to heterogeneity.  Is that
16   what you are saying, because that was my question?
17         A   I am not necessarily differentiating those
18   two.  There are statistical heterogeneity.  There is
19   design heterogeneity.  That particular study was
20   identified as a statistical outlier.  Therefore, it is
21   common practice to run analyses with and without that
22   particular study, which I did for each and every study
23   in my meta-analysis for illustrative purposes only.
24   Yes, that is very common practice.
25         It is also very common practice to include or

Page 127

1   exclude certain studies based on methodological
2   characteristics.  So that is something that is commonly
3   done.
4          Q   Okay.  So you don't have a problem with her
5   removal of Liou and utilizing the odds ratio without
6   Liou in this consideration?
7          A   Again, this -- I am seeing a snippet of what
8   she reported for something called magnitude.
9          Q   Correct.
10         A   From a meta-analysis standpoint --
11         Q   I am just talking about magnitude and where
12   she uses it.  We will talk about the rest.  I am
13   talking about magnitude, the Bradford Hill criteria,
14   and the fact she used or certainly cited to only the
15   meta-analysis with Liou removed.
16         MS. REISMAN:  For magnitude?
17         MR. KENNEDY:  Correct.
18         Q   (By Mr. Kennedy)  And my question is that
19   appropriate or not for her to have done that?
20         A   Well, one is she makes reference to Figure 4.
21   That is totally fine.  Liou was removed, she reports
22   the 1.43.  She reports the 1.25.  She made a reference
23   to Figure 4.  But that is only half of that paragraph.
24   And we are missing another very important factor under
25   Bradford Hill.

Page 128

1          Q   The other part of the paragraph has to do with
2   cohorts.  I am not talking about the cohorts.  I'm just
3   talking about what she did with the case control
4   meta-analysis and how she utilized it without Liou to
5   address this single factor of Bradford Hill.
6          Simple question.  Do you find that an
7   acceptable approach?
8          A   Well, based on her reasons -- and again we are
9   just taking a small paragraph here, and I am not sure
10   if there is other factors that go into it -- but this
11   paragraph isn't just about a 1.43 or 1.25.
12         Q   This paragraph is just about a 1.25.  There is
13   nothing in this paragraph about a 1.43.  Correct?
14         A   No.
15         Q   It is not stated anywhere?
16         A   Meaning 1.08.  That is important as well.
17   That is the totality of the evidence.  That is right
18   here in that paragraph.  That is what I keep going back
19   to.
20         Q   We will deal with the cohort next.
21         With respect to the case control
22   meta-analysis, very simply, do you think it is
23   appropriate for her consideration of this single factor
24   that she use the case control meta-analysis without
25   Liou?  Do you think that is appropriate or acceptable?

Page 129

1          A   I have told you that from a meta-analytic
2   standpoint, yes, for the reasons that she gave that is
3   acceptable.  And I have been consistent with that
4   response.
5          Q   Thank you.  Lunch?
6          VIDEOGRAPHER:  We are off the record.  The
7   time is 12:37 p.m.
8          (Off the record.)
9          VIDEOGRAPHER:  We are back on the record.  The
10   time is 1:22 p.m.
11         Q   (By Mr. Kennedy)  Eric Kennedy, still doctor.
12   Look to 177 in Vaccari, if you could.
13         MS. REISMAN:  Page 177?
14         MR. KENNEDY:  Yes.
15         THE WITNESS:  177?
16         Q   (By Mr. Kennedy)  Yes.  The bottom box.  Lists
17   exclusion criteria for Paraquat epidemiology and
18   Parkinson disease studies.  Do you see that?
19         A   I do.
20         Q   The right-hand, the bottom box, three-quarters
21   of the way down, it looks likes Vaccari excluded PD
22   mortality records.  Do you agree excluding Parkinson's
23   disease mortality record epi studies from this
24   analysis?
25         MS. REISMAN:  Objection.  Form.

33  (Pages 126 to 129)

Dominik Alexander, PhD
March 8, 2023

Page 130

1    THE WITNESS:  You are asking if I agree?
2    Q   (By Mr. Kennedy)  Do you agree with that
3  exclusion in this analysis by Vaccari of Paraquat and
4  Parkinson's disease?
5    MS. REISMAN:  Objection.  Form.
6    THE WITNESS:  Given their expression of the
7  methodology that they used, I guess I wouldn't neither
8  agree or disagree.  It looks like it is a two-study
9  selected PD cases from PD mortality records.  I am not
10  exactly sure what they mean by that, but it is a method
11  by which they followed.
12    Q   (By Mr. Kennedy)  If you have an epidemiology
13  study where PD cases are being selected from
14  Parkinson's disease mortality records, would you agree
15  with excluding those type epidemiology studies from
16  your review?
17    MS. REISMAN:  Objection.  Form.
18    THE WITNESS:  Well, one is I am not sure if
19  they are referring to epidemiology studies.  That is
20  what I am saying, I just don't know.  It may be a case
21  series of mortality records.  I am not sure.
22    Q   (By Mr. Kennedy)  You are not sure these are
23  the exclusion criteria for epidemiology studies?
24    A   No.  That is not what I am saying.  I am
25  saying that I don't know -- you said epidemiology

Page 131

1  studies.  They may have been a case series or subtype
2  of cross-sectional survey evaluation for which they
3  reported on PD mortality.  I am just simply not sure.
4    Q   They don't state they are excluding these
5  because they are a case series.  They say they are
6  excluding these as a result of them being PD cases from
7  PD mortality records.  Do you think epidemiology
8  studies where the PD cases are selected from PD
9  mortality records should be excluded from the analysis
10  that Vaccari is doing?
11    A   Again, I have no basis to agree or disagree
12  given this limited information here.  One methodology
13  is to evaluate PD decedents.  One methodology is to
14  evaluate incidence of prevalent cases.
15    What I am simply saying is, I am not sure
16  where those mortality records come from.  Whether or
17  not they come from some kind of case series.  Whether
18  it is a case control or a cross-sectional survey or
19  ecological design.  I am just not sure.
20    Q   What score would you give -- how many crosses
21  would you give for the category of case ascertainment
22  in a PD study if the PD cases were identified via
23  mortality records?  How many crosses would you give
24  that, one?
25    MS. REISMAN:  Objection to form.

Page 132

1    THE WITNESS:  I would have to look at more
2  information than that, if there is any validation,
3  if -- what type of mortality records are we referring
4  to, so on.
5    Q   (By Mr. Kennedy)  Colinearity, are you
6  familiar with the concept?
7    A   That is a concept I am familiar with.
8    Q   Colinearity is a statistical phenomena that
9  occurs when two or more factors in a regression model
10  are correlated with each other.  True?
11    A   It can be.  Or multi-colinearity, yes.
12    Q   Possible for several variables in a study to
13  be colinear?
14    A   Are you saying is it in the realm of
15  possibility?
16    Q   Yes.
17    A   That there could be multiple variables that
18  could be colinear?  It is possible.  I know that from
19  genetic epidemiology, that can happen if there is
20  different snips or different things evaluated.
21    Q   What is multiple then?  Multiple colinearity?
22    A   Those terms are commonly used interchangeably.
23  Colinearity or multi-colinearity.  Just means when more
24  than one variable is colinear in a regression model.
25    Q   How is colinearity or multi-colinearity

Page 133

1  measured?
2    A   Well, if a researcher is doing, for example, a
3  logistic regression analysis, they can look at the
4  standard errors.  And there are some other -- I have
5  done it before for different areas of research and
6  academically.  But there is different methods they can
7  look at.  One is, I believe reviewing the standard
8  errors of the variants between the studies -- or, I
9  mean, the covariables.
10    Q   Anything else?  Any other ways to measure?
11    A   You are saying measure or evaluate?
12    Q   Assess.  Measure, evaluate, either one.
13    A   That is one.  I think there are some
14  statistics where you can look at the colinear
15  relationship and some statistics may be produced from
16  that.
17    Then you can review the standard errors in
18  certain types of logistic regression models.  There may
19  be other ways as well.  It's certainly something I have
20  done, but not for a while.
21    Q   How might colinearity impact a statistical
22  regression?
23    A   Well, if there is confirmed or established
24  multi-colinearity, you may have statistical models for
25  which the standard errors become quite variable.  It

34  (Pages 130 to 133)

Dominik Alexander, PhD
March 8, 2023

Page 134

1  **may result in some variability in the reported**
2  **estimates.  That is why it is important to perform**
3  **models that adjust for factors that may be correlated.**
4  **Like other pesticide exposures.  For example what**
5  **Shrestha did.**
6      Q   Do you agree it is important to consider the
7  colinearity of variables when performing regression of
8  meta-analysis?
9          MS. REISMAN:  Objection.  Form.
10         THE WITNESS:  Well, that aspect wouldn't go
11 into a meta-analysis in terms of the statistics.  That
12 would be at the individual study level.  So, for
13 example, again, let me use Shrestha, where there were
14 perhaps multiple pesticides and Shrestha created models
15 that statistically adjusted or accounted for high
16 colinearity variables, which was a very important
17 strength of their study.  So at the individual study
18 level, that is something that Shrestha did.
19         Now, other studies may not do that, even when
20 there may be exposures that are related to each other.
21 But in terms of actually conducting a meta-analysis,
22 that colinearity statistic wouldn't be at play in the
23 meta-analysis, but you would have to consider if it is
24 addressed or assessed, as you put it, from the
25 individual studies.

Page 135

1      Q   (By Mr. Kennedy)  You agree that regression
2  estimates of colinear variables are unstable and have
3  high standard errors?
4      A   **Well, I refer to the standard errors.  I**
5  **talked about the stability or variability in estimates.**
6  **Yes, there are certain analyses where there is**
7  **established high colinearity, you can have unstable**
8  **risk estimates.  That is why you should adjust for some**
9  **factors like Shrestha did with correlated exposures.**
10         MR. KENNEDY:  I am going to move to strike.
11     Q   (By Mr. Kennedy)  I didn't ask you anything
12 about Shrestha.  Listen to my question if you would,
13 please.
14         Do you agree that regression estimates of
15 colinearity variables are unstable and have high
16 standard errors?  Do you agree with that statement, yes
17 or no?
18         MS. REISMAN:  Objection to form.
19         THE WITNESS:  I will stand behind the first
20 part of my prior response such that as I stated, if
21 there is true multi-colinearity, you can have variable
22 risk estimates or what you refer to as unstable and the
23 standard errors may be out of line or inconsistent or
24 high. But that is a feature that can be addressed.
25     Q   (By Mr. Kennedy)  Do you agree statistical

Page 136

1  regression of colinear variables can cause a true
2  association to disappear, true?
3          MS. REISMAN:  Say it again.
4      Q   (By Mr. Kennedy)  statistical regression of
5  colinear variables can cause a true association to
6  disappear.  Do you agree with that statement?
7      A   **Well, if there is true multi-colinearity, it**
8  **may generate variability in risk estimates that could**
9  **go up or down.**
10     Q   Are there appropriate -- so the answer would
11 be yes, it can cause it to go down.  So the answer is
12 yes, correct?
13         MS. REISMAN:  Objection to form.
14     Q   (By Mr. Kennedy)  You said cause it to go up
15 or down.  So I asked you about going down.  So the
16 answer is yes, true?
17     A   **Can go up or down.**
18     Q   Are there ways specifically -- not to
19 repeat -- other ways to appropriately control for the
20 effects of colinearity in a regression analysis?  Are
21 there ways to control for it?
22     A   **Well, researchers, that is what I was**
23 **referring to earlier, such that researchers can look at**
24 **variables that may be correlated with each other.  And**
25 **then create logistic regression models or some type of**

Page 137

1  **commercial hazards or coccyx regression models.**
2  **Whether creating separate variables for those factors**
3  **or creating -- accounting for that correlation, in a**
4  **model.**
5          **You can do subgroup analyses in a specific**
6  **study.  Or other types of analyses.  You can look at**
7  **different exposure response metrics and really evaluate**
8  **the patterns of relative risk and consistency within**
9  **and across the various analyses.  So there are ways**
10 **that can be delved into it to address it.**
11     Q   Speaking with respect to statistical
12 approaches, can you give me a list of the statistical
13 approaches for controlling for the effects of
14 colinearity, statistical approaches?
15     A   **Well, you are saying controlling for the**
16 **effects.  I am not -- you cannot control for the effects**
17 **of confounding.  Statistical colinearity may be**
18 **something that is considered after, but it is after you**
19 **run the regression analysis.**
20         **So you may not know the presence of that**
21 **particular issue until after you run an analysis.  But**
22 **there may be, let's say in certain genotype studies,**
23 **there may be analysis that restrict participants to**
24 **certain genotypes or certain classifications of**
25 **genotypes.  And I believe there are statistical**

35  (Pages 134 to 137)

Dominik Alexander, PhD
March 8, 2023

Page 138

1  analyses that do that.
2  Q   What are they?  I am asking you to identify
3  the statistical analyses that can be utilized to
4  control for the effects of colinearity, the statistical
5  analyses.
6  A   Well, after the presence of statistical
7  colinearity, and again that would be at the individual
8  study level.  For example, if you are doing a study of
9  certain genotypes that may be highly correlated.  You
10  could restrict participants in a stratified analysis to
11  a certain genotype, for example.
12  Q   You consider that to be a statistical
13  analysis?  That is my question.
14  A   A subgroup or stratified analysis is a
15  statistical analysis.  You can use the approach of
16  restriction if you have enough information to be able
17  to stratify people on a more harmonious group or
18  isolated group of particular exposures.
19  Q   Are there ways to adjust for independent
20  colinear variables without performing statistical
21  regression?
22  A   I am sorry.  Are there?
23  Q   Are there ways to adjust for independent
24  colinear variables without performing statistical
25  regression?

Page 139

1  A   Well, the example I gave was restriction.
2  Q   I am talking about is there ways to adjust for
3  the independent colinear variables without performing
4  statistical regression?
5  A   The response I gave was restriction where you
6  are removing those particular colinear factors from the
7  analysis.  So you are not -- you are performing a
8  different analysis, but you are not doing an analysis
9  for those factors.  So that example I think would
10  account for that.
11  Q   Do you know anything about the colinearity of
12  the variables in Shrestha?
13  A   Meaning, do I know their standard errors?  I
14  don't believe so.  But Shrestha, I know did account for
15  a correlation between different pesticide uses.
16  Q   How many different variables were colinear in
17  Shrestha?  How many different colinear variables were
18  there in Shrestha?
19  A   I am not sure.  I don't know if any were.
20  Q   Did Shrestha control for the effects of
21  colinearity in her regression analysis?
22  A   Well, no disrespect, it is a different concept
23  than what is actually at play here in Shrestha.  You
24  wouldn't know if there is colinearity until after you
25  run regression models.  She used what is called a

Page 140

1  proportional hazards regression model.  And she is
2  reporting statistics looking at various pesticides.
3  She made the extra effort to look at those that are
4  correlated.  It's not colinearity.
5  You can have correlation that is not
6  colinearity, and that happens all the time in
7  epidemiology.  You are asking about a very nuanced
8  concept, which I see no evidence that that existed.
9  Dr. Shrestha, I don't believe reported statistical
10  evidence of colinearity other than evaluating
11  correlation and building models for that.
12  Q   So you believe she didn't do it because there
13  were no colinear variables?
14  A   You are saying didn't do it.  Didn't do what?
15  Q   Didn't adjust for it.
16  A   You don't really adjust for it.
17  Q   Control for it.  She controlled for it.  Or
18  are you saying colinearity didn't exist so she didn't
19  need to control for it in her regression analysis?
20  A   That is not the proper characterization of how
21  to address the phenomena of colinearity or
22  multi-colinearity.
23  Q   Did Pouchieu, the Pouchieu study, did they do
24  anything to control for the effects of colinearity in
25  their regression analysis?

Page 141

1  A   One, it is not really the proper way to
2  articulate that statistical aspect.  But I would have
3  to take a look at the Pouchieu article to see if it was
4  discussed in any capacity in that paper.  I don't
5  recall it off the top of my head.
6  Q   Is it your opinion that Dr. Wells gave no
7  consideration to Pouchieu in his review?
8  A   I am sorry.  Is it my opinion?
9  Q   Dr. Wells gave no consideration to Pouchieu,
10  the Pouchieu study in his review?
11  A   I know that Dr. Wells acknowledged its
12  presence.  I believe there was an analysis performed or
13  sensitivity analysis using a fixed model for the
14  Pouchieu article.
15  Q   So the answer would be no?
16  A   Well --
17  Q   He did consider it?
18  MS. REISMAN:  Objection.  Form.
19  THE WITNESS:  You said "considered it."  I am
20  not -- in his language, I am not sure what considered
21  it means.  I can tell you that it was in his -- I
22  believe the report in some kinds of sensitivity
23  analysis for which he used, for some reason, a
24  fixed-effects model in that particular analysis.
25  Q   (By Mr. Kennedy)  So in your opinion he did

36  (Pages 138 to 141)

Dominik Alexander, PhD
March 8, 2023

Page 142

1  consider Pouchieu in his review?
2      MS. REISMAN:  Objection to form.  Asked and
3  answered.
4      THE WITNESS:  All I can say, I don't know if
5  it was considered an interpretation.  But he did report
6  a sensitivity analysis with Pouchieu.
7      Q   (By Mr. Kennedy)  I am asking you your
8  opinion.  In your opinion, your view, did he consider
9  Pouchieu in his review, yes or no?
10      MS. REISMAN:  Objection.  Form.  Asked and
11  answer.
12      THE WITNESS:  Again, it shows up in his report
13  in a sensitivity analysis and he used the fixed-effects
14  model.
15      Q   (By Mr. Kennedy)  In your opinion, does that
16  mean he considered it?  I am asking.  I have to use
17  words of the English language.  Did he consider it, in
18  your opinion, given what you told us he did with it,
19  did he consider it?
20      MS. REISMAN:  He told you exactly what he
21  thinks three times.  He has a lack of foundation for
22  what wells may have done with it.  He's told you that.
23      Q   (By Mr. Kennedy)  In your opinion, did Wells
24  consider it?
25      A   Well, again, I can tell you exactly what I

Page 143

1  said before.  But when you say "consider it," I am not
2  sure if that means did he consider it in his
3  interpretation of the evidence?  Did he consider it in
4  any opinions on causation?  Or did he consider it just
5  because or acknowledge its presence just because it is
6  a study that is out there?
7      Q   Any one.  Okay.  We'll go one at a time.
8      In your opinion, did he consider it -- let's
9  start with the big one.  In your opinion, did he
10  consider Pouchieu in his review of this case?  His
11  analysis, did he consider it?  Starting with the
12  global.
13      A   Well, as I've said four times, it shows up in
14  his article or his report.
15      Q   Does that mean to you that he considered it?
16      MS. REISMAN:  Objection.  Form.  Asked and
17  answered.
18      THE WITNESS:  It means he at least
19  acknowledged its presence.  Put it into some kind of
20  sensitivity analysis using a fixed-effects model.  Now
21  if that means considered it to you, then as such, I
22  don't -- I am saying from there, though, I don't know
23  if any finding was then considered for interpretation
24  or causation analysis.  That is what I am saying.  I
25  don't recall that.

Page 144

1      Q   (By Mr. Kennedy)  So you don't know whether he
2  considered it to that extent, but you acknowledge that
3  he at least considered it in his review but you don't
4  know the extent.  Is that your testimony?
5      MS. REISMAN:  Object to form.  Asked and
6  answered.
7      Q   (By Mr. Kennedy)  And we are not here about
8  whether Eric Kennedy thinks he considered it.  We are
9  here about whether you think he considered it.  And
10  with respect to his review, starting at the top, we
11  know we have subquestions below that.
12      With respect to his overall review, in your
13  opinion, did he consider the Pouchieu study?
14      A   Again, it is in his report.  So if that means
15  considered it, meaning acknowledge, considered putting
16  it in his report, then it is there, which I've stated.
17  Now, I can't go beyond that to say if that was
18  considered in his final interpretation of the evidence
19  or his causation interpretation.
20      But acknowledge its presence.  If considering
21  means putting in a report, he put it in a report like I
22  keep saying.
23      Q   So you don't have an opinion whether that
24  constitutes consideration or not.  You are just stating
25  what he did or didn't do.  You didn't have an opinion

Page 145

1  whether that constitutes consideration.  Is that what
2  you are telling me?  I asked you a very specific
3  question.
4      A   I don't know if I can express it any
5  differently.  He put it in his report.  I am not trying
6  to be stubborn.  I am just saying I am not sure if he
7  considered it in a causation assessment.  If we say
8  considered it in terms of the data, it at least showed
9  up in one sensitivity analysis.  So if that means
10  considered it from data in one sensitivity analysis,
11  then it is there for that.
12      I can't extend beyond whether or not he
13  considered that in overall interpretation or overall
14  causation.  That is all I am saying.
15      Q   Look to page 101 of your report, if you would.
16  101, you do a high-low exposure comparison or ever
17  exposure to a high exposure, do you not?
18      A   I have a subgroup of ever exposure from the
19  occupational studies or from the agricultural worker
20  cohorts.  And a high-exposure analysis for the ag
21  worker cohorts.
22      Q   This shows a difference between ever exposure
23  and high exposure to Paraquat, does it not?
24      A   Not a statistical comparison between the two.
25  Those are two separate subanalyses within the same

Dominik Alexander, PhD
March 8, 2023

---

Page 146

1   plot. Meaning they are not relative to each other if
2   that is what you are referring to.
3       Q   So you are not saying there is a difference
4   between ever exposure and high exposure? Is that what
5   you are telling me?
6       A   I don't know what you mean by "different."
7   What I am saying is there is not a relative rate
8   statistical comparison between the two because that is
9   not something you would do because some of the same
10  data are in the high as with ever.
11          This is a subgroup analysis looking at
12  individuals ever exposed to Paraquat. And that pool,
13  there summary odds ratio is 1.09. In those same
14  studies, they also report the highest exposure metric
15  for exposure to Paraquat and that summary association
16  becomes 0.88 in that particular analysis.
17      Q   Is the difference between the ever exposure
18  pool result of 1.09 and the high-exposure pool result
19  of .88, is that a statistical significant difference,
20  do you know?
21      A   Well, first of all, you wouldn't do that,
22  because like I said, it is the same -- the people in
23  high are also in ever. So you wouldn't compare a
24  statistic like that to the same people. That wouldn't
25  make sense.

---

Page 147

1       Q   Go to the page before. Do you see how you
2   describe this table on the page before?
3       A   You are saying -- which one?
4       Q   Page 100. You state "The following
5   meta-analysis," which is the one we just looked at,
6   "evaluates the highest level of exposure reported in
7   the study of agricultural workers. The subgroup
8   analysis shows there is an inverse association,
9   reversal of direction analyzing those with the highest
10  level of Paraquat exposure. This finding clearly
11  indicates there is no positive dose-response trend with
12  Paraquat exposure and Parkinson's disease and provides
13  compelling evidence there is no causal relationship
14  between exposure to Paraquat and Parkinson's disease."
15          Do you stand by that statement on page 100?
16      A   Yes. Absolutely.
17      Q   You do. Thank you.
18          Look to page 102. These are duration
19  comparisons, correct? These aren't dose comparisons?
20  These are duration comparisons?
21          MS. REISMAN: Objection. Form.
22          Go ahead.
23          THE WITNESS: In the figure?
24      Q   (By Mr. Kennedy) Yes. You are not talking
25  about dose. You are just talking about exposure

---

Page 148

1   duration, true?
2       A   No.
3       Q   You are talking about dose?
4       A   Well, it is cumulative exposure metric where
5   they incorporate the intensity and frequency of
6   exposure. So that is a cumulative exposure metric.
7       Q   You are telling me every one of the studies in
8   Figure 7 did duration and intensity, is that what you
9   are telling me?
10      A   No. For the high category, that is what this
11  is looking at. This is a comparison there. So Elbaz
12  has a high category. Shrestha does as well,
13  intensity-weighted lifetime days of exposure. And Van
14  der Mark.
15      Q   Have you -- this compares the high group is
16  one set of epidemiology studies and the ever is a
17  different group, correct? Some overlap but ever is a
18  different group, correct?
19      A   Not really. I mean, there is some important
20  overlap.
21      Q   Kuopio is not not high, is it?
22      A   44 percent overlap or so. Something along
23  those lines.
24      Q   There is 60 percent that does not overlap,
25  true?

---

Page 149

1       A   In terms of a -- it is a different model. So
2   that is my point. It is an entirely different
3   analytical model. So these are two different models
4   just graphically illustrated in the same plot.
5       Q   What does it mean when the confidence
6   intervals overlap?
7       A   Overlap of 1.0?
8       Q   Two different studies. No. When the
9   confidence intervals of two different sets of data
10  overlap, does that mean there is no statistically
11  significant difference?
12      A   I think I know where you are going. If you
13  can give me an example just to make sure we're on the
14  same page.
15      Q   Look at Figure 7. Do you see the confidence
16  intervals of pooled result from ever and the confidence
17  intervals from the pooled result of high? Do you see
18  those?
19      A   I do.
20      Q   Do they overlap?
21      A   Same response as the prior. Those individuals
22  from those three studies are also in the top model. So
23  you wouldn't compare the confidence intervals
24  necessarily between those two.
25          Let's take, for example, Elbaz and Firestone

---

38  (Pages 146 to 149)

Dominik Alexander, PhD
March 8, 2023

Page 150

1    at the very top.  .6 to 2.01.  0.14 to 5.61.  Those
2    largely overlap.
3        Q    Very simple question.  In Figure 7 are you
4    doing any comparison between the pooled result of the
5    high, 1.11 and the pooled result -- excuse me.
6        Are you doing any comparison in Figure 7 of
7    the pooled result from the ever of 1.11 and the pooled
8    result from the high of .92?  Are you doing any
9    comparison between those two numbers in Figure 7?
10       A    Well, when you say "comparison," there is not
11   a statistical rate ratio comparing the two.  Because
12   that would be inappropriate because there is overlap in
13   population.
14       When you say "comparison," I am looking at and
15   reviewing the 1.11.  I am reviewing the 0.92.  And I am
16   comparing not the way perhaps that you are referring --
17       Q    Not the way the scientists would do it.
18       MS. REISMAN:  You say we are not doing it?
19       Q    (By Mr. Kennedy)  You are not doing any
20   statistical comparison between these two numbers.  Is
21   that true?
22       A    You said not the way a scientists -- I would
23   vehemently disagree with your characterization of
24   what --
25       Q    How are you comparing those two numbers if you

Page 151

1    are not doing it statistically?
2        A    So with that comparison -- when I am saying
3    comparing, I am looking at that magnitude, the 1.11.
4    And then I am looking at the magnitude for people with
5    higher exposure at 0.92.  So the summary odds ratio
6    drops from 1.11 when we look at everybody down to 0.92
7    when we look at people with higher exposures.
8        Now you would not do -- even a scientist would
9    not do a statistical comparison because the people in
10   the high group are also in the ever group.  So that
11   would be improper.  But in epidemiology this is very
12   common in and established practice if we want to look
13   at a subgroup of people with higher exposure.  And that
14   is what is done here.
15       And we look -- when we look at that subgroup,
16   the summary association is lower than the summary
17   association for everybody with ever or any exposure.
18       Q    So this comparison that you are making is
19   simply an eyeball comparison.  It doesn't involve any
20   math other than the math Eric Kennedy can do saying one
21   number is higher than the number?
22       A    I can't speak for your mathematical abilities,
23   but no.  I think you are simplifying it.  It is a
24   complex analysis that generates a summary statistic of
25   1.1.  It is a complex analysis that generates a summary

Page 152

1    statistic of 0.92.
2        Now, we can look at the patterns of relative
3    risk between those two analyses and you can see or
4    determine that there is an inverse association of lower
5    magnitude for those in the high category.
6        MR. KENNEDY:  Move to strike as nonresponsive.
7        Q    (By Mr. Kennedy)  Look at Tanner 2011.
8    Exhibit 124, if you would.  Go to page 868, if you
9    would.  The left-hand side, 868.  The left-hand column
10   up at the top.  It starts with "We also examined."
11       Do you see that?
12       A    I do.
13       Q    And Tanner states, "We also examined whether
14   adjusting for overall pesticide use or education level
15   changed point estimates plus minus 15 percent for
16   individual pesticides.  To adjust for overall pesticide
17   use, we categorized individuals who used pesticides on
18   less than 25 days as unexposed and others as exposed."
19       Do you see that?
20       A    I do.
21       Q    You don't mention that adjustment in your
22   outline in your narrative of Tanner.  Would that be
23   correct?
24       A    I am sorry?
25       Q    Page 118 I think of your report.  I am sorry.

Page 153

1    Page 57 of your report.  You talk about Tanner and
2    adjustments.  Adjusted for age, sex, cigarette smoking.
3    You don't mention the adjustment for overall pesticide
4    use and education, correct?
5        A    Their data that they report, I believe the two
6    point --
7        Q    Five.
8        A    Five.  That was not adjusted for that factor.
9    They are talking about a different subgroup analysis.
10       Q    Does it state "We also examined whether
11   adjusting for overall pesticide use or education level
12   changed point estimates for individual pesticides"?
13       Isn't that a clear statement of what she
14   adjusted for?
15       A    A clear statement of what she adjusted for
16   isn't listed for the actual data reported.  That is
17   under Table 3 where it indicates the information in the
18   logistic regression model.  That is exactly what she
19   adjusted for.
20       What she is referring to there appears to be
21   a -- perhaps some kind of supplemental file.
22       Q    Look on page 869.  So you don't believe in her
23   Paraquat analysis, Tanner adjusted for overall
24   pesticide use in education level.  You don't believe
25   she did that?

39  (Pages 150 to 153)

Dominik Alexander, PhD
March 8, 2023

Page 154

```
 1        MS. REISMAN:  Objection.  Form.
 2        THE WITNESS:  Well, that is not what I am
 3  saying.  I am saying look at the actual data.  She may
 4  have for other things.  But I am saying for Paraquat
 5  specifically, if you look at Table 3, it indicates what
 6  was adjusted for under that table.
 7        Q   (By Mr. Kennedy)  Table 3?
 8        A   I am sorry.  You are asking me?  Yes.  Table 3
 9  she has her logistic regression analysis for which
10  reports data on Paraquat.
11        Q   Table 3 titled Association of PD with ever use
12  of pesticides before diagnosis?  Is that the title of
13  the table?
14        A   Yes.
15        Q   Just left of the table where she says
16  "Adjustment for education or overall pesticide use did
17  not appreciably alter the effects," you don't think she
18  made those adjustments because of your comparison to
19  Table 3?
20        MS. REISMAN:  Objection.  Form.
21        Q   (By Mr. Kennedy)  Is that where we have the
22  disconnect here?
23        A   I don't have a disconnect with the data in the
24  paper.  I can explain to you what the different
25  analyses are and what she is referring to specifically.
```

Page 155

```
 1        Q   Let me ask.  You don't think Tanner ran a
 2  check for her odds ratio for Paraquat by doing a check
 3  to see if it went up or down 15 percent by adjusting
 4  for overall pesticide use or education level?
 5        You don't believe she did that with respect to
 6  Paraquat, that is my question?
 7        A   She may have, which is different than which is
 8  different than what is reported in Table 3.  I can also
 9  tell you based on what is reported here, it says
10  overall pesticide use.
11        Now importantly when you are looking at a
12  specific pesticide, you should adjust for those that
13  are more correlated with the pesticide of interest just
14  like Shrestha did.
15        Q   Okay.  My question is very simple.  We read --
16  page 868 says "We also examined whether adjusting for
17  overall pesticide use or education changed levels of
18  point estimates 15 percent up or down for individual
19  pesticides."
20        Do you believe that she did that adjustment
21  for Paraquat?  Very simple.
22        MS. REISMAN:  Objection.  Form.
23        THE WITNESS:  All I can say is the data
24  reported in Table 3 did not adjust for those factors.
25  She did not report any risk estimate for Paraquat where
```

Page 156

```
 1  she showed any adjustment for other pesticides.
 2        Q   (By Mr. Kennedy)  That is not my question.  I
 3  am fully aware what Table 3 states.  We all agree what
 4  she stated on the page before.
 5        My question is:  Do you believe the adjustment
 6  as stated on page 868 was not done by Tanner with
 7  respect to Paraquat?
 8        A   I can say I am not sure if it was.
 9        Q   All right.
10        A   Because Tanner does not report it.  She may
11  have for certain pesticides.  I am not sure.  But none
12  of the pesticides in Table 3 were adjusted for those
13  factors.  I don't see other analyses that she has
14  reported for which that adjustment took place.
15        Q   And Table 3 has every one of the pesticides
16  listed, correct?
17        A   Well, it has pesticides listed at least that
18  she reported data on.
19        Q   Okay.  When she states right next to the
20  table, "Adjustment for educational -- for education or
21  overall pesticide use did not appreciably affect or
22  alter effect estimates."
23        You don't believe that that estimate applies
24  to Paraquat, or you just don't know?
25        A   I am saying she doesn't provide data for that
```

Page 157

```
 1  particular adjustment.  That is all I am saying.
 2  Perhaps she did for Paraquat.  I am just not sure
 3  because it is not reported here.  The optimum method to
 4  do it would be to adjust for other pesticides that
 5  would have been correlated with Paraquat which she did
 6  not do.
 7        MR. KENNEDY:  I will move to strike.
 8        Q   (By Mr. Kennedy)  I didn't ask you your
 9  opinion of what you thought should or should not have
10  been done.  I simply asked you one question.
11        Look to Liou 1997.  That's Exhibit 106.  If I
12  end up going back, it is easier if they are in order.
13        Liou, do you have Liou 106?
14        A   I do.
15        Q   If you look to page 1585 in Liou.
16        MS. REISMAN:  1585, did you say?
17        Q   (By Mr. Kennedy)  1585 in Liou, which is
18  Exhibit 106.  Second paragraph down on the left.
19  Second sentence down starts with "In univariant
20  analyses."  It states "In univariant analyses, there
21  were significant associations between PD risk and the
22  duration of a cumulative lifetime exposure to rural
23  residents farming herbicides, pesticides, and Paraquat
24  use.  To estimate multi-varied adjusted ORs for
25  environmental factors, two conditional logistic
```

40  (Pages 154 to 157)

Dominik Alexander, PhD
March 8, 2023

Page 158

1  regression models were used to assess associations with
2  PD risk for use of herbicides, pesticides, model one
3  and use of Paraquat model two separately.
4      "As shown in Table 2, the associations with PD
5  risk for previous use of herbicides, pesticides, model
6  one and Paraquat model two remained statistically
7  significant after adjusting for other environmental
8  factors."
9      If you go up above, do you see the list of
10  environmental factors?
11      MS. REISMAN:  Object to form.
12      THE WITNESS:  In text form or --
13      Q   (By Mr. Kennedy)  Up in Table 1, do you see
14  the list of environmental factors?
15      A   I see a list of exposure variables.
16      Q   To environmental factors.  Table 1, do you see
17  that?
18      A   I do see Table 1, yes.  But I mean it says
19  environmental factors are things like alcohol and
20  smoking, which aren't necessarily environmental
21  factors.  I see where you are reading from.
22      Q   This adjustment was not listed anywhere in
23  your report on page 40 or 66 when you talk about the
24  adjustments in Liou, would that be true?
25      MS. REISMAN:  Objection.  Form?

Page 159

1      THE WITNESS:  If it didn't -- if it wasn't
2  summarized in my report, it is, again, because they did
3  not report those data for Paraquat for those other
4  factors.  I did report what was adjusted for for
5  Paraquat.
6      Q   (By Mr. Kennedy)  My question, just like in
7  the Tanner study, is it your position that in the Liou
8  study, they did not adjust for these factors listed on
9  page 1585?
10      MS. REISMAN:  Objection.  Form.
11      Q   (By Mr. Kennedy)  Is that your position, or is
12  your position you don't know.
13      MS. REISMAN:  Objection.  Form.
14      THE WITNESS:  Well, again, it is not a matter
15  of -- I mean, I can read the article.  But the point is
16  that they have a multi-variant adjusted odds ratio
17  with certain factors that they adjusted for in that
18  analysis, and that is summarized in the report
19  accurately.
20      They may have done some other modeling, but
21  they didn't report data specific for Paraquat in their
22  paper pertaining to anything that would be correlated
23  with use of other pesticides.  Even Tanner herself
24  commented on that from the Liou paper.
25      Q   (By Mr. Kennedy)  After the adjustment

Page 160

1  described in page 1585, do they state that the odds
2  ratio for Paraquat remained statistically significant
3  after adjustment for other environmental factors?  Is
4  that what it states?
5      A   For the factors in this particular model.  I
6  would direct you to Model 2 just like I indicated in my
7  report.  However, just for clarification, that analysis
8  there for Model 2 is duration of 20 or more years.  But
9  it is summarized in my report and I included the
10  co-variants in that particular model.
11      Q   Is it your position there was no adjustment
12  for Paraquat for the environmental factors listed in
13  Table 1?
14      A   You said no adjustment for Paraquat?
15      Q   Excuse me.  Is it your opinion there was no
16  adjustment with respect to Paraquat for the
17  environmental factors listed in Table 1?
18      MS. REISMAN:  Objection to form.  Asked and
19  answered.
20      THE WITNESS:  Well, no.  And that is what I
21  said.  If you look at the multi-varied adjusted odds
22  ratio in Table 2, as well as in my report, you will see
23  there are some of these factors.  Duration of living in
24  a rural residence, that also on Table 1.  Duration
25  of farming.  Well water.  Smoking cigarettes.

Page 161

1      So those were included in this model like just
2  I've stated in my report.
3      Q   (By Mr. Kennedy)  In your meta-analysis you
4  used Shrestha instead of Tanner 2011 study; is that
5  true?
6      A   Well, it is a meta-analysis in response to
7  Dr. Wells for illustrative purposes.  I created models
8  using the data from Shrestha 2020.
9      Q   So you used Shrestha instead of Tanner in your
10  meta-analysis; is that true?  Yes or no?
11      A   I used Shrestha over Tanner for the reasons
12  that I provided in my report.
13      Q   And that would be -- those reasons would be
14  based upon your opinion with respect to quality?
15      A   Well, there is quality -- quality certainly is
16  a prominent issue, but it depends how you define
17  quality as well.  There are some well-known factors
18  such as being a prospective study design evaluating
19  60,000 people using proportional hazards models,
20  adjusting for highly correlated factors.  So those
21  would be some reasons.
22      Q   Those are factors of quality as listed in your
23  fault table, correct?
24      A   Those should be included, yes.
25      Q   The answer to my question is a simple yes.

41  (Pages 158 to 161)

Dominik Alexander, PhD
March 8, 2023

Page 162

1    You substituted Shrestha for Tanner because of your
2    quality analysis and determination that Shrestha was of
3    higher quality than Tanner, correct?
4         MS. REISMAN:  Objection.  To form.
5    Q    (By Mr. Kennedy)  Yes or no?
6    A    Those are some factors.  What I am saying,
7    too, the term "quality" may mean some different things.
8    But yes, those are some factors, but there is also
9    established factors that someone may not refer to as
10   something of quality.  But an established fact in
11   epidemiology, looking at a large sample size with
12   prospective cohort studies.  But I would say overall
13   yes.  They are based on the quality of Shrestha, yes.
14   Q    Well, you are the one that created a quality
15   table and called it all the factors you just talked
16   about as part of your quality table.  I am just trying
17   to communicate with you.
18        Very simple.  It was your quality analysis as
19   outlined in your table on page 117 and 118 of your
20   report that caused you to use Shrestha over Tanner,
21   correct?
22        MS. REISMAN:  Objection to form.
23   Q    (By Mr. Kennedy)  This is not a trick.  This
24   is a simple foundational question.  Did you have
25   discussion?

Page 163

1         MS. REISMAN:  You are limiting his response.
2    So objection to form.
3    Q    (By Mr. Kennedy) If there is something other
4    than your quality analysis on 117 and 118, then please
5    tell me.
6    A    Well, the fact Shrestha has been published, it
7    is the most newly published analysis on this topic that
8    replaces a previous analysis.  Now again, what I was
9    trying to say is you are talking about quality and you
10   mentioned simply a quality.  Quality is not simple.  It
11   is a very comprehensive evaluation.  But there is AHS
12   studies, right?  And over time additional studies are
13   published.
14        So commonly in a meta-analysis we include the
15   most recently published updated data.  That may not be
16   a quality parameter.  It is just an updated analysis
17   and Shrestha was.
18   Q    Okay.
19   A    So in addition to all the quality parameters,
20   that is another aspect of it.
21   Q    Okay.  So you used a quality determination,
22   and the very fact it was a later published study in
23   your decision to use Shrestha over Tanner.  Is that
24   correct?
25   A    Primarily because of the quality.  And the

Page 164

1    most recent publication.
2    Q    So the answer is yes, correct, to my question?
3    A    Shrestha was included because of quality
4    factors over Tanner and the relevancy of the recent
5    publication.
6    Q    Thank you.
7    A    Again, I am using quality as a broad term.
8    There are numerous things under quality.  But anyway.
9    Q    Did you do any meta-analysis that you -- that
10   are outlined in your report where you used Tanner
11   instead of Shrestha in any meta-analysis that you did?
12   A    I looked at Tanner in my illustrative
13   meta-analyses in the occupational analysis that we
14   referred to before.  I think it was Footnote 36 that we
15   kept going back and forth on.  Page 104.  Footnote
16   Number 36, the last sentence.  That would have included
17   Tanner instead of Shrestha, and that summary relative
18   risk was below 2.0.
19   Q    Show me, if you will for me, please, show me
20   the studies that were included in your meta-analysis
21   that involved and included Tanner.  Show me the list of
22   those studies where Tanner was included and tell me the
23   odds ratio.
24   A    If you go to -- I think -- where is it?  1
25   would be page 96.  I believe that would have the value

Page 165

1    there.
2    Q    Page 96.  Show me where Tanner, the odds ratio
3    from Tanner is utilized in a meta-analysis on page 96,
4    if you would.
5    A    I conducted an analysis where Tanner 2011
6    replaced Shrestha 2020.
7    Q    Is that in Figure 1?
8    A    No.  This was an illustrative meta-analysis
9    for the purpose of responding to Dr. Wells.  So in a
10   proper meta-analysis I would not rely upon a model that
11   Tanner would be used over Shrestha.
12        But in response to Dr. Wells, and I took a
13   look at those data, and like I said the summary
14   relative risk did not go above 2.0.  My best
15   recollection is I think it was around 1.64 when that
16   happened.
17   Q    Page 96, does the word Tanner even appear on
18   page 96?  You and I aren't communicating.  Where is the
19   meta-analysis you did where the Tanner study odds
20   ration was included on page 96?
21        MS. REISMAN:  Objection to form.
22   Q    (By Mr. Kennedy)  On page 96, where is the
23   listing of studies in a meta-analysis that included
24   Tanner?
25   A    The listing of studies would be here.

42  (Pages 162 to 165)

Dominik Alexander, PhD
March 8, 2023

Page 166

1    Q   Is Tanner in that list?
2        MS. REISMAN:  Objection to form.  He is in the
3    middle of a response.
4        MR. KENNEDY:  I'm sorry, but this is getting
5    silly.
6        MS. REISMAN:  It is not getting silly.  He has
7    referred you to what he did.
8    Q   (By Mr. Kennedy) Go ahead, please.
9    A   Like I said, it would be the studies in Figure
10   1, but I replaced Shrestha with Tanner.  I did not
11   report that visually or graphically because of the
12   reasons that I said.
13   Q   Okay.  And you didn't report it visually,
14   graphically or numerically on page 96; is that true?
15   A   For the reasons that I said, I believe that is
16   correct.  Again, to my best recollection, I think the
17   summary association is around 1.64 with that included.
18   Q   Where is that stated anywhere in your report?
19   Anywhere in your report that you did a meta-analysis
20   that included Tanner with an odds ratio of 1.46?  Where
21   is that stated in your report?
22   A   Well, again, this was an illustrative
23   analysis.
24   Q   That is not my question.  Where is the 1.46
25   odds ratio stated in your report as the result of a

Page 167

1    meta-analysis including Tanner?  Where is it?
2    A   For the reasons that I have expressed to you a
3    few times, it is not reported.
4    Q   Thank you.
5    A   For those various reasons.
6    Q   I don't care about the reasons.  It is nowhere
7    in your report, correct?
8        MS. REISMAN:  I will object.  You both talked
9    about Footnote 36.
10   Q   (By Mr. Kennedy) In your report anywhere?
11   A   In terms of that data, no.  Other than, like I
12   have said, in 36 we have talked about that footnote.
13   The last sentence in 36 would indicate that I looked at
14   Tanner.  I looked at the pre-Shrestha studies, which
15   would include Tanner.  And I apologize if I didn't
16   articulate that earlier, but pre-Shrestha would include
17   Tanner.
18       And so I performed that analysis and that
19   summary odds ratio remained below 2.0.
20   Q   You are sitting here today and from your
21   memory, you think it is 1.46, is that your testimony?
22   A   No.
23   Q   Okay.  As you sit here today, can you tell me
24   what studies were included in this meta-analysis that
25   involved Tanner that resulted in your memory of 1.46?

Page 168

1    Or is it in your report anywhere?  That is all I am
2    asking.
3        MS. REISMAN:  Objection.  Form.
4        THE WITNESS:  It is not 1.46.  It is 1.64.
5    Q   (By Mr. Kennedy)  Is that stated anywhere in
6    your report?
7        MS. REISMAN:  Objection.  Asked and answer.
8        THE WITNESS:  The 1.64?
9    Q   (By Mr. Kennedy)  Yes.
10   A   No.  For the reasons that I provided.
11   Q   What was the confidence interval with respect
12   to the 1.64 finding?
13   A   I don't recall specifically.
14   Q   Is it anywhere in your report, the confidence
15   interval?
16   A   No.  For the reasons I gave.
17   Q   Will you agree the exposure assessment in
18   Tanner 2011 was of higher quality than the exposure
19   assessment in Shrestha?
20   A   Are you referring to the appendix or just in
21   general?
22   Q   Just in general.  You are welcome to look at
23   your report to answer any question.
24   A   Did you say the --
25   Q   The exposure assessment was of higher quality

Page 169

1    in Tanner than Shrestha?
2    A   I wouldn't necessarily say it was of higher
3    quality.  They are both among agricultural workers.
4    From the agricultural health study in terms of the
5    exposure.
6        Shrestha went to pretty significant detail
7    talking about exposure assessment, and I would say what
8    they did with the exposure is far superior at least for
9    Paraquat in Shrestha compared to Tanner.  Even though
10   they may have a similar three pluses for exposure, but
11   Shrestha did much more computationally with the
12   exposure information.
13   Q   Look to page 55, if you would, of your report.
14   A   Okay.
15   Q   This is referencing Shrestha?
16   A   It is.
17   Q   You indicate that the HR in Shrestha is 1.09?
18   A   In one model.
19       MS. REISMAN:  Where are you?  Sorry.  Thank
20   you.
21   Q   (By Mr. Kennedy)  And look to page 5 of
22   Shrestha, if you would.  108.
23       So there is -- the hazard ratio is 1.09,
24   correct?
25   A   For Paraquat, it is.

43  (Pages 166 to 169)

Dominik Alexander, PhD
March 8, 2023

Page 170

1    Q   And the odds ratio 1.13, and that is I think
2  on page 8 of the supplement.
3         MS. REISMAN: I am sorry. You are hoping
4  from a study to a supplement?
5         MR. KENNEDY: The supplement in Shrestha.
6  Page 8 of the supplement.
7         THE WITNESS: You are asking me if it's 1.13
8  on page 8?
9    Q   (By Mr. Kennedy) Correct.
10   **A   It is in the analysis that includes prevalent**
11 **cases.**
12   Q   1.13.
13   **A   That is the odds ratio.**
14   Q   Look at 96 of your report.
15   **A   Okay.**
16   Q   For Shrestha, you are using an odds ratio of
17 1.09. That is the hazards ratio, correct?
18   **A   That is the hazard. The program lists a**
19 **subcategory of odds ratio in the column. So that is**
20 **generated by the column. It is the hazard ratio, which**
21 **is clearly shown there.  1.09 and 0.84 to 1.41.**
22   Q   Right. It says odds ratio. It is not the
23 odds ratio. That is actually the hazard ratio,
24 correct?
25   **A   It is the -- like I said, the comp meta**

Page 171

1  **program generates this particular plot. But clearly**
2  **you can see the metric is 1.09.**
3    Q   That is a mistake?
4    **A   No. It is what the program puts together. It**
5  **is not a mistake.**
6    Q   So you're combining -- you use odds ratios for
7  other studies, but then use the hazard ratio for
8  Shrestha. Why are you combining odds ratios and hazard
9  ratios and mixing those two?
10   **A   Because that is appropriate to do. It is well**
11 **accepted and well utilized.**
12   Q   So you decided to use the hazards ratio for
13 Shrestha instead of the odds ratio in Shrestha to
14 compare to the odds ratio of the other studies? You
15 consider that acceptable?
16        MS. REISMAN: Objection. Form.
17        THE WITNESS: Well, there is a couple things
18 there. I didn't just do that. If you look further on
19 the page, I used the odds ratio from that supplemental
20 table as well. And the overall result remained
21 unchanged, but --
22   Q   (By Mr. Kennedy) I am just talking about the
23 ones you are pulling. You are pulling an odds ratio
24 from Elbaz to the hazard ratio of Shrestha. And my
25 question is: Do you consider that acceptable?

Page 172

1    **A   In that model, absolutely. Using hazards**
2  **ratio, because they are both estimate, they are both**
3  **ratio measures of a potential risk of disease. That is**
4  **widely accepted.**
5    Q   Do you agree that the more cases you
6  misclassify as having no exposure, the lower the odds
7  ratio is going to be? Do you agree with that?
8    **A   Say that again.**
9    Q   The more cases you misclassify as having no
10 exposure, the lower the odds ratio?
11   **A   The more cases you classify as --**
12   Q   Misclassify.
13   **A   Misclassify as no exposure, not necessarily.**
14 **Because that sounds like nondifferential. I am sorry.**
15 **That sounds like differential bias because you are**
16 **saying classified cases only as -- so you are just**
17 **doing one thing.**
18   Q   Correct. That was my question.
19   **A   So if you are just doing one thing, and just**
20 **to be clear, that sounds like you are saying**
21 **differential. Exposure misclassification. That can**
22 **bias things either up or down.**
23   Q   So you don't agree with the statement: The
24 more cases you misclassify as having no exposure, the
25 lower the odds ratio is going to be? You do not agree

Page 173

1  with that statement?
2    **A   The way that you are articulating that, you**
3  **are referring to, I believe, differential**
4  **misclassification.**
5    Q   That is what we established.
6    **A   If it is differential misclassification, that**
7  **can go up or down.**
8    Q   What if it's nondifferential?
9    **A   Nondifferential, if you are using --**
10        MS. REISMAN: Nondifferential what?
11   Q   (By Mr. Kennedy) Go ahead. Nondifferential
12 what?
13   **A   Are you asking if it is nondifferential**
14 **misclassification?**
15   Q   Correct.
16   **A   If there is nondifferential classification**
17 **and it is a dictyomas exposure variable, it may result,**
18 **not always, but it may result in attenuation towards**
19 **the no value. Not always, though.**
20   Q   Do you know how many -- do you know the number
21 of cases Tanner misclassified as having no exposure
22 compares to the number of cases that Shrestha
23 misclassified as having no exposure?
24        MS. REISMAN: Objection to form.
25        THE WITNESS: When you say misclassified, what

44  (Pages 170 to 173)

Dominik Alexander, PhD
March 8, 2023

Page 174

1  data piece are you referring to?
2      Q   (By Mr. Kennedy)  Cases.  PD cases.
3      A   I know.  But you are saying a case that is
4  misclassified.
5      Q   I am talking misclassified as having no
6  exposure.
7      A   You are asking about -- that is what my point
8  is.  You are asking misclassification on the exposure
9  side.
10     Q   Listen very carefully.
11     A   I did.
12     Q   Do you know the number of cases Tanner
13 misclassified as having no exposure compared to the
14 number of cases that Shrestha misclassified as having
15 no exposure?
16     A   If you are referring to Supplemental Table 8,
17 that is not what that is saying specifically.  No.  You
18 have to put that in some kind of relative comparison.
19 You would have to -- they are just comparing it with
20 each other in terms of classification.
21         That is not saying that one is classified
22 correctly versus another one.  Supplemental 8 in
23 Shrestha is saying that they are the same
24 classifications and there are the AHS classifications
25 at baseline.  And it is looking at the percentage of

Page 175

1  differences there.
2          Your question specific, which I was listening
3  very carefully, would be if there is some kind of other
4  parameter for each of those studies on what was truly
5  misclassified or not.  That is not what is represented
6  in Shrestha Table 8.
7      Q   Did I ask you was Table 8 -- you said you were
8  listening carefully.  Did I mention Table 8 in my
9  question?
10     MS. REISMAN:  Eric, he is trying to make sense
11 of your question.
12     MR. KENNEDY:  I didn't ask about Table 8.  We
13 will get there.  Relax.
14     MS. REISMAN:  He is obviously trying to answer
15 your question with the data he has.
16     Q   (By Mr. Kennedy)  So the answer would be you
17 don't know.
18     A   Well --
19     MS. REISMAN:  Objection.  Form.  I don't know
20 what the question is.
21     Q   (By Mr. Kennedy)  I am not talking about Table
22 8.  I'm asking you a general question.  Do you know the
23 number of cases Tanner misclassified as having no
24 exposure compared to the number of cases that Shrestha
25 misclassified as having no exposure?  Maybe you don't

Page 176

1  know.  That is all I want to know.
2          Do you know?
3      MS. REISMAN:  Object to form.
4      THE WITNESS:  The answer would be, that is not
5  a representative comparison based on any of the data
6  reported, because that information is -- you need other
7  pieces.  So you are missing part of the equation on
8  that question.  That is why I can't answer that the way
9  it is.  That's why I am directing you to data that
10 would help make sense of that to try and fill in the
11 gap.
12     Q   (By Mr. Kennedy)  So you don't know.  You
13 don't have the data to know, is that your answer?
14     A   Well, those data have not been shown to exist
15 because of the way you are asking the question.
16     Q   Thank you.
17     MS. REISMAN:  Can we take a break?
18     MR. KENNEDY:  Sure.
19     VIDEOGRAPHER:  We are off the record.  The
20 time is 2:37 p.m.
21     (Off the record.)
22     VIDEOGRAPHER:  We are back on the record.  The
23 time is 2:51 p.m.
24     Q   (By Mr. Kennedy)  From my reading, could we
25 agree one of the goals in choosing studies for

Page 177

1  meta-analysis is to choose a group of studies with the
2  least amount of heterogeneity?
3      A   Well, that is not necessarily how it works
4  because you don't know if there is heterogeneity until
5  you run some of the initial models.  Then you can
6  determine whether or not there is statistically
7  significant heterogeneity.  I am referring to
8  statistical heterogeneity.  Not design heterogeneity
9  right now.
10         And then if you determine that, then you can
11 create different models or analyses to explore sources
12 of that heterogeneity.
13     Q   That is not a goal to try to limit
14 heterogeneity, very simple.  Is that one of the goals
15 or no?
16     A   Well, it is not --
17     MS. REISMAN:  Objection.
18     THE WITNESS:  Well, it is not very simple.
19 You said when you choose studies.  That is different.
20     Q   (By Mr. Kennedy)  When you ultimately put your
21 collection together, one of the goals is going to be to
22 have as little heterogeneity as possible.
23     MS. REISMAN:  Objection.  Form.
24     THE WITNESS:  That is where I keep coming back
25 to.  With all due respect, the way that you are asking

45  (Pages 174 to 177)

Dominik Alexander, PhD
March 8, 2023

Page 178

1  the question now.  When you identify studies for your
2  inclusion criteria into a review that would go into a
3  meta-analysis, you identify studies if they address the
4  topic, the exposure, and the outcome of interest.  From
5  that point, then you can synthesize the studies and
6  generate meta-analysis.
7          You don't know if there is statistical
8  heterogeneity or not until you run your initial
9  analyses.
10  Q   Correct.
11  A   Then you run your analyses and determine
12  whether or not there are statistical heterogeneity from
13  that point.  Then you can explore sources of that
14  heterogeneity by performing different analyses.
15  Q   One of the goals in choosing studies for
16  meta-analysis is to choose and select studies of the
17  highest quality.  Is that a goal of meta-analysis?
18  A   Well, when you say "choose," that sounds like
19  when you are beginning a meta-analysis.  When you begin
20  a meta-analysis or any kind of systematic review, at
21  that time you don't know the study quality.  You have
22  to identify the studies based on your research question
23  and your inclusion and exclusion criteria.  Then you
24  review the strengths and limitations and the data and
25  all the other aspects.

Page 179

1          But yes, you can review that -- those quality
2  parameters after you identified the studies.
3  Q   Good honest epidemiologists have different
4  opinions with respect to how they grade the quality of
5  epi studies; is that true?
6  A   Well, you said good honest epidemiologists.  I
7  just say I would bring it to epidemiologists and
8  scientists.  You said when they grade the study
9  quality?
10  Q   I will ask you again.  Can you agree that
11  epidemiologists can have different opinions with
12  respect to how they grade the quality of an
13  epidemiology study?  Is that true?
14  A   Well, it depends what metric and what rules or
15  protocol they may be following.  There is typically
16  some type of scientific justification or protocol that
17  researchers may adopt or utilize in their assessments.
18  So there may be some differences between researchers.
19          However, that application is going to be based
20  on the underlying methodology that is reported or
21  described by the researchers.
22  Q   Can you answer my question?  Can different
23  epidemiologists arrive at different conclusions about
24  the quality of the same epidemiology study?
25  A   Well, again, my response was accurate in terms

Page 180

1  of there may be some variability based on the
2  scientific justification or rationale or protocol being
3  followed.  So again, there may be some variability.
4          But importantly in the peer-reviewed published
5  literature, there is going to be some type of protocol
6  or scientific rationale for the adaptation for a
7  certain type of structure or protocol to evaluate the
8  quality.
9  Q   Is my answer then yes?  No matter how they get
10  there, good, experienced epidemiologists can come to
11  different conclusions about the quality of an
12  epidemiology study; is that true?
13  A   Again, under the conditions that I said, there
14  may be some variability in how different studies are
15  graded.  But there is an established protocol.  So
16  under the conditions that I said, there may be some
17  variability.
18  Q   You graded Pouchieu high.  The EPA said it is
19  low.  There is an example, correct?
20  A   Did I say high?
21  Q   You gave it a whole lot of crosses.  Pouchieu.
22  The second -- you gave it a lot of crosses and they
23  said low quality.  Is that an example where two
24  different epidemiologists grade the quality of an
25  epidemiology study differently?

Page 181

1  A   This isn't in terms of a whole lot of crosses
2  or pluses that you said.  This isn't a ranking system.
3  This is not a ranking system at all.  This is not a
4  weighted assessment of each of these factors.
5          Pouchieu was not in the overall models for my
6  illustrative purposes.  So probably would be on the
7  same page as another source in terms of their
8  interpretation of Pouchieu.
9  Q   From your ranking of Pouchieu's quality, would
10  you consider it low quality from what the EPA found?
11          MS. REISMAN:  Objection.  Form.
12          THE WITNESS:  Like I said and I was very clear
13  about it, it is not a ranking.  I did not do a ranking.
14  These are characteristics that I reviewed.  This is not
15  a ranking system.
16  Q   (By Mr. Kennedy)  At the top of your page 116,
17  you say quality.  Did you use the word "quality"?
18  A   Yes.  These are methodological and analytical
19  internal validity parameters.
20  Q   Did you give a score to every single study
21  under your quality table?
22  A   Each one has a series of pluses.  Yes.  So the
23  combined or the individual or sections score is only a
24  matter of those pluses.  They are not weighted and they
25  are not ranked.

46 (Pages 178 to 181)

Dominik Alexander, PhD
March 8, 2023

Page 182

1    Q   I asked you a simple yes-or-no question.  Did
2   you give a score or a grade to each study, yes or no?
3        MS. REISMAN:  Objection to form.  Asked and
4   answer.
5        THE WITNESS:  Each of these --
6    Q   (By Mr. Kennedy)  It is a yes-or-no question.
7   Did you give a grade or score to each study in your
8   quality table on page 117 and 18?  Yes or no?
9    A   They have quality factors with pluses.  Yes.
10  There is pluses for these as illustrated in Appendix
11  Number 1.
12   Q   I will ask you again.  I want a yes-or-no
13  answer.  Did you give a quality score to each of the
14  studies in your quality table on page 117 and 18?  Did
15  you give a final quality score?  Yes or no?
16       MS. REISMAN:  Objection.  Form.
17       THE WITNESS:  The final is not a final quality
18  score, as you would, I don't believe as you are
19  expressing it.  There are quality scores, but again, it
20  is not a ranking of that.  This is a summary of the
21  characteristics based on the quality of certain
22  factors.  They are not weighed within each other.  That
23  is my point.
24   Q   (By Mr. Kennedy)  I didn't ask you about
25  weighting.  I didn't ask you about comparison.  I asked

Page 183

1   you whether you gave a combined quality score just like
2   the column says.  It's a yes-or-no answer.
3        Did you give a combined quality score for
4   every single one of the studies in your table, yes or
5   no?
6    A   As I said, I have provided pluses for
7   characteristics, as I said.  There is a score where I
8   combined those pluses.  I said that.
9    Q   And is the special master on the line?  I want
10  an another hour.  I asked a yes-or-no question.  It
11  took five minutes.  I have so many more questions.
12       SPECIAL MASTER:  Dr. Alexander, is it yes or
13  no?  You don't need to explain anything further to the
14  question.  Do you need to hear the question again?
15       THE WITNESS:  I don't believe so.  I would
16  continue to say as I articulated, I added the scores.
17  There is a column that says combined quality score, and
18  it is visible on page 117 and page 118 of my report.
19   Q   (By Mr. Kennedy)  So that is why it's so
20  simple.  It is in your report.  Did you give a final
21  combined quality score to every single study in your
22  quality table, please?  Yes or no?
23   A   There is a combined quality score.  The point
24  is it is not a final quality score for the reasons I
25  gave.

Page 184

1        SPECIAL MASTER:  Okay.  Dr. Alexander, he is
2   not asking about what type of score.  Is there a score,
3   yes or no?
4        THE WITNESS:  There is a score that I keep
5   going back to.  There is a score listed on page 117 and
6   118.
7    Q   (By Mr. Kennedy)  For every study that was
8   evaluated in your table, yes?  For every study?
9    A   For each of the studies, there is a score.
10   Q   And the score that you gave to Pouchieu of 22,
11  would you consider that to be a low quality score?  Yes
12  or no?
13   A   It is not based on that.  Again, that is what
14  I keep going back to.  It is not a ranking.  It is not
15  a weighted average.  So each of these columns would not
16  necessarily be weighed equally.  So this is just a way
17  to characterize some of the study quality parameters.
18       So I keep saying this is not a ranking system.
19  So I am not classifying Pouchieu as low, medium, or
20  high quality overall.  I am just saying based on these
21  parameters shown on pages 117 and 118, just adding the
22  pluses up, that is the number that you get.
23       But importantly, this isn't -- each of these
24  are not weighted.  Meaning they may not be equal
25  factors in what I would call my overall evidence of

Page 185

1   study quality.
2    Q   So is it your testimony that we cannot use the
3   table on page 117 and 118 to compare the quality of any
4   of the studies that appear in that table?  Is that your
5   testimony?
6    A   No.  This is -- it is for a different purpose.
7   This Appendix Number 1 on 117 and 118 is for a
8   different purpose.  That is looking at some of the
9   methodological and analytical parameters and reporting
10  information within each and every study, and that is
11  what is here.  My only point is each of these is not
12  weighed for an overall study quality assessment.
13       These are important pieces to look at study
14  quality, but they are not weighed equally.  That is
15  what I keep on going back to.
16   Q   So the answer is yes, you cannot use your
17  scoring in your table on page 117 to compare the
18  quality of any of the studies that appear in that
19  table; is that correct?  Yes or no?
20   A   Not necessarily.  You look at each column
21  where you can compare some of those aspects.  So, for
22  example, the evaluation of incident or prevalent cases.
23  Incident cases are a superior type of case to evaluate
24  epidemiologically.
25       So if you look in that column you can see

47  (Pages 182 to 185)

Dominik Alexander, PhD
March 8, 2023

Page 186

1    Shrestha and Firestone evaluated incident cases.  So
2    within that particular parameter, it gives you an
3    indication of a general level of quality.  Where
4    Shrestha and Firestone looked at incident cases, that
5    is a better methodological quality factor compared to
6    the other studies.
7        But again, my point is I am not relying on the
8    overall score at the end because each of these are not
9    weighted the same.
10   Q   The answer to my question would be -- I am
11   going to ask it again.  I am looking for a simple
12   yes-or-no question.
13       Based on what you have told us then, is it
14   correct to say that you cannot use the quality scoring
15   in this table to compare the overall quality of any of
16   the studies within the table?  Is that correct?
17   A   That is not necessarily correct.  I just
18   explained how we look at the individual columns.
19   Q   I didn't ask you about the individual column.
20   I asked you about comparing the overall quality of each
21   of the studies.  Can that be done with the scoring in
22   this table?  The overall quality of each study, can
23   that be done with this table, yes or no?
24   A   In a way, that is why I keep going back to
25   what each column represents.  But in a way, it serves

Page 187

1    as a roadmap for the process for review.  So this
2    involves the study synthesis process.  There are
3    certain parameters within the columns where you can
4    look within those columns.  But it serves as a roadmap.
5        Now, the overall score again is not a
6    reflection of each of these items being weighed or
7    given more weight or credence than other factors.
8        But it serves as a guidance for the review
9    process.  This is the standard methodological practice.
10   Q   Now you are telling us you can use the
11   combined quality score in the review process to compare
12   the studies.  Is that your testimony?
13   A   I stand behind exactly what I said.
14   Q   Let me ask you more specific.  Shrestha gets a
15   29 quality total score, correct?
16   A   Adding up the pluses, yes.
17   Q   And Pouchieu got a 22.  Does your table now
18   allow us to say that Shrestha's overall quality is
19   better than that of Pouchieu because Shrestha got a
20   score of 29 and Pouchieu only got a score of 22?
21   A   Regarding that score, that is not necessarily
22   the purpose.
23   Q   I didn't ask you the purpose.  I asked you,
24   does this scoring allow us to conclude that according
25   to you?

Page 188

1    A   It would not allow you to conclude that.
2    Q   Thank you.
3    A   It would allow me to explain it to you in
4    terms of how to interpret this appendix.
5    Q   You would need to explain it.  I couldn't do
6    that by looking at your report, correct?
7    A   You could use this.  You could review the text
8    where I summarize those papers and discuss the
9    strengths and limitations of those papers.  So this
10   should not be viewed in isolation.  This is part of an
11   overall weight of evidence assessment, where this
12   should be taken in the context of the actual summaries
13   in the text I provided.
14   Q   Also, take another example.  If Tanner gets a
15   score of a 21 and Rugbjerg gets a score of 16.  It is
16   your testimony that we cannot use those quality score
17   numbers to determine and conclude that Tanner is of
18   higher quality than Rugbjerg, is that also your
19   testimony?
20   A   I would have the same response.  I would say
21   take a look at the individual study parameters.  And
22   take a look at the text I have written in terms of the
23   strength and limitations.
24   Q   If we want to understand your opinion, then,
25   you are telling us we have to look at these

Page 189

1    quantifiable scores and then go look at your text
2    description.  And then after doing that, we would be
3    able to figure to figure out your true opinion, is that
4    your statement?
5    A   No.  It is a weight of evidence assessment
6    where I am looking at a variety of things.  These are
7    standard methodological and analytical factors to look
8    for following the guidance that I set forth.
9    Standardized scientific methodology, mos tro prisma
10   (sic), that I have cited to in my report.  These are
11   factors that epidemiologists and scientists consider
12   and review.  I have done that as well.
13       If you want to compare something like Tanner
14   or Rugbjerg, Rugbjerg is more limited because they
15   didn't adjust for anything.  So that is, for example, a
16   weighting aspect.
17   Q   Let's go back.  Very simple question.  If I
18   wanted to understand whether you thought the quality of
19   Tanner was higher than the quality of Rugbjerg, I would
20   look at your quality score of the two, and then I would
21   have to go read your text or narrative where you
22   describe the two of them.  Is that correct?
23   A   That is not exactly what I said.
24   Q   Where else would I have to look in your report
25   to determine which of these two studies you thought had

48  (Pages 186 to 189)

Dominik Alexander, PhD
March 8, 2023

Page 190

1    higher quality, other than your narrative description
2    of the two and your actual score?  Where else would I
3    look?
4         MS. REISMAN:  Object to form.
5         THE WITNESS:  Again, I would say each of the
6    columns.  There are parameters within each of these
7    columns that would be considered.  And that is what I
8    keep going back to.  I would say the parameters in
9    these columns for which I discuss those factors in the
10   footnotes.  And those parameters have some rationale
11   for the different levels or the pluses, additional
12   pluses, both for methodology and both for the
13   analytical aspects.
14        So I would say this is a documentation of my
15   synthesis process.  In addition to the written text
16   that I have articulated within the body of the report.
17   And consistent with how I explain my process for review
18   in the beginning of that section.
19   Q   My question was:  Where, other than your text
20   and this quality scoring, do I have to look in your
21   report to understand how you compare Rugbjerg and
22   Tanner?  Is your answer simply the narrative and this
23   table, that is where I would look to understand which
24   of these two you thought was higher quality.  Is there
25   anywhere else I would look?  Yes or no?

Page 191

1         MS. REISMAN:  Object to form.
2    Q   (By Mr. Kennedy) Please, yes or no.
3    A   I am not doing a quality ranking.  So you are
4    asking questions for a quality ranking.  I did not do
5    that.  I would refer you to my process for evaluation
6    where I discuss the study designs.  I discuss the
7    methodological aspects.  The text of the report where I
8    discuss the strengths and limitations of the study.  I
9    would refer you to the footnotes in each of these
10   columns as well.
11   Q   Where on page 118 do you tell us that the
12   relative strength or importance of each of these
13   different factors of quality?  Dose response versus
14   confounding versus ORRR HR?  Where does it tell us the
15   relative weighting of those criteria on this page?
16        MS. REISMAN:  Objection.  Form.
17   Q   (By Mr. Kennedy) Is it anywhere on that page,
18   yes or no?  Is it anywhere on this page?  Yes or no?
19        MS. REISMAN:  Object to form.
20        THE WITNESS:  What do you mean now by
21   "relative weighting"?  I am not sure.
22   Q   (By Mr. Kennedy) You told us the columns have
23   different levels of importance.  Different weights of
24   the different criteria you utilized to evaluate
25   quality.

Page 192

1         Where on page 118 or 117 does it tell us the
2    relative weights of the quality criteria.  Is it stated
3    anywhere?  Yes or no, is it stated?
4    A   One, I didn't say it like you said.  I said
5    that the study quality score does not have any relative
6    weighting to it.  That is what I said regarding this.
7         Now in terms of relative weight or other
8    aspects, I discussed those parameters within my report
9    in the foundation of epidemiology section, within the
10   process for review.  I have tables -- for example,
11   hazard ratio.  I discuss hazard ratios or proportional
12   hazards in my report.
13        And in the tables, I think beginning on around
14   page 39 or so.  In some of the texts summaries within
15   my report, I identify studies that report hazard
16   ratios.  I discuss confounding in my report.  And the
17   importance of confounding.  In the tables and the
18   narrative summary text, I have information on
19   confounding factors.
20        I have a section on statistical significance.
21   In the table and the text, I have statistical
22   significance data.  Those are some examples.
23   Q   Let me ask you this:  You have different
24   criteria you are scoring for quality.  Sample size,
25   exposed cases, ORRR, dose-response matrix.  Are those

Page 193

1    equally weighted in your quality analysis?  Yes or no?
2         MS. REISMAN:  Objection.  Form.
3    Q   (By Mr. Kennedy)  Yes or no, are they equally
4    weighted?
5    A   No, and that's what I've been saying the
6    entire time.
7    Q   Then my next question is:  If they are not
8    equally weighted, where does it tell us on this page
9    the weighting that is to be attributed to each of these
10   different quality criteria?  Where is that objectively
11   stated?
12   A   It wouldn't necessarily have a scale such as
13   that.  That is not the point of this.
14   Q   That is fine.  That is all I need.  Explain
15   this:  At the bottom of this quality table, you write
16   "The following analysis" -- and that is the quality
17   analysis -- "shows that the study quality is increased,
18   the association attenuates."
19        How do you make that statement if these
20   quality scores don't have relative weights?  How can
21   you possibly make that statement if these have no
22   meaning with respect to the relationship of one to the
23   other?
24   A   It is a categorical evaluation of those
25   numbers in the column.  Again, this is for illustrative

49  (Pages 190 to 193)

Dominik Alexander, PhD
March 8, 2023

Page 194

1   purposes, taking a look at those studies in response to
2   Dr. Wells.  That is the purpose of my meta-analysis
3   section.  So these are factors that I looked at
4   according to standardized and well-cited guidelines for
5   the proper application of scientific methods.
6       Q   And --
7       A   And when I categorize these characteristics
8   and generated and added them up, this is what -- this
9   is a meta-regression analysis of those categories.
10      Q   You added them up and you drew conclusions
11  based upon the quality score.  At least that is what
12  you stated in that last sentence of the page, correct?
13      A   The conclusion or interpretation of this
14  model, this meta-regression model is that based on, in
15  general, the higher the score, overall based on that
16  categorization, in an illustrative meta-analysis and
17  response to Dr. Wells where I followed methodology, the
18  overall association attenuates slightly.
19          And in addition, that is reflected, if you
20  look at the individual forest plot, that is reflected
21  in those analyses as well.  So it is not mutually
22  exclusive.
23      Q   And so Shrestha gets a score of 29.  That
24  doesn't necessarily mean it is the best study in your
25  opinion, correct?  Just because you scored it 29, that

Page 195

1   doesn't mean it is the best study, correct?
2       A   It is the best study to address whether or not
3   Paraquat exposure is associated with Parkinson's
4   disease.
5       Q   Based on scores?  I thought we couldn't do
6   that with these scores.
7       A   Based on the scores -- I am not using the
8   score necessarily for that purpose.
9       Q   I have to read the rest of your report
10  combined with the score to conclude that, correct?
11      A   I think I state that in the report pretty
12  explicitly.
13      Q   Okay.  If we can't count on the design scores
14  to rank and a sign of quality -- is your quality
15  scoring system, how would we replicate it?  If you were
16  to say replicate it and I couldn't rely upon your
17  scoring system on 17 or 18, how would I replicate your
18  scoring system without reading your entire report and
19  without being able to rely upon your design or final
20  quality score?  How would I replicate this?
21          MS. REISMAN:  Objection to form.
22          THE WITNESS:  Well, if I am reading your
23  question right, it is quite easy.  Let's take dose
24  response metrics, okay?  That column.
25      Q   (By Mr. Kennedy)  I want to stop.  I am not

Page 196

1   talking about replicating individual scores.  I am
2   talking about the overall quality of a study.  If I
3   can't rely upon combined quality scores as your final
4   assessment of quality and I can't use the combined
5   quality scores to compare individual studies, and I
6   don't know the relative weights to give to each of
7   these criteria, that is not stated here, tell me how I
8   would replicate your analysis of quality determination?
9       A   Well, let's start with dose response metrics.
10  It is a column.  And in that column, that is -- and if
11  you read the body of the report as well, studies that
12  report data by frequency or duration, some kind of
13  cumulative exposure.  That is a factor that is
14  typically included in a causation analysis.
15          So looking at this column of dose response,
16  you can see that there is a couple studies that
17  evaluated cumulative exposure metrics.  So they get a
18  higher quality rating for that particular column.
19          You can look at studies confounding --
20      Q   I can stop you there.  I understand.  I could
21  replicate each of the individual criteria because you
22  gave me a way to do that.
23          I am talking about the final score.  I am
24  talking about the weighting you put on each of these
25  criteria, which I don't know because it is not stated.

Page 197

1   If I don't know the relative weighting between each of
2   your quality criteria and I can't count on the final
3   score, how do I replicate it?
4           MS. REISMAN:  Hold on.  Objection to form.
5           THE WITNESS:  This isn't an overall final
6   quality score.  It isn't a ranking.  That is what I
7   have been saying.  You would review my summaries.  You
8   would review the tables.  You would review the
9   methodology for review.  You would review the
10  epidemiology consideration for causation.  You would
11  take a look at Bradford Hill.
12          So it is not merely just one appendix.  It is
13  an overall weight of evidence evaluation.  That is the
14  composite of the entire report.
15      Q   (By Mr. Kennedy)  Thank you.
16      A   That is one way where I would suggest you
17  start.
18      Q   I read your whole report and looked at all
19  these quality scores, I could try to figure out what
20  you did, correct?  That's what you're telling me?
21          MS. REISMAN:  Objection to form.
22      Q   (By Mr. Kennedy)  That is what I would have to
23  do?
24      A   Well, I have expressed my opinions within this
25  report.  I have provided a background on epidemiology.

50  (Pages 194 to 197)

Dominik Alexander, PhD
March 8, 2023

Page 198

1    I have provided established scientific methods that we
2    as epidemiologists follow. I have provided information
3    on Bradford Hill. I have provided qualitative and
4    quantitative information.
5        Q    Look at Exhibit 122. Does everybody use the
6    same quality criteria as epidemiologists? Are there
7    different quality criteria that can be utilized?
8        A    Depends what you are referring to? Quality
9    for --
10       Q    Relating to evaluate the quality of an
11   epidemiology study.
12       A    That is quite broad. It depends what you
13   mean. There may be differences if you are looking at
14   drug trials, if there is randomized control clinical
15   trials.
16       Q    Talking about epidemiology studies. There is
17   probably 86 different standards and guidances with
18   respect to evaluating quality of an epidemiology study.
19   Haven't you published that yourself and testified to
20   it? 86 different ways you have enumerated?
21       A    There may be. But my point was, I said there
22   is examples or differences by the application or type
23   of study. One is randomized control clinical trials,
24   which is an epidemiology study. There may be
25   differences in the type of framework or guidance used

Page 199

1    for different types of studies.
2        Q    For case controlled study. There is many
3    different ways that scientists, epidemiologists
4    evaluate, correct?
5        A    There are --
6        Q    And I think your 86 is case control studies.
7    Does that surprise you?
8        A    I would need to see what you are referring to.
9        Q    Can we agree there are many different ways
10   that epidemiologists rank and evaluate the quality of
11   epidemiology studies. There are many different ways?
12   That is a yes or no.
13       A    Okay. I was still responding to the first.
14   Meaning that there is different guidance or protocols
15   out there. Now, epidemiologists utilize a certain
16   protocol to evaluate the quality of different studies.
17          Now, that protocol that they are using is
18   typically transparent and they may have some rules.
19   There may be variability between scientists and their
20   application, but they have an established protocol to
21   follow. So different scientists may use different
22   protocols.
23          But those are typically established and relied
24   upon or at least transparently discussed in their
25   review.

Page 200

1        MR. KENNEDY: I will move to strike.
2        Q    (By Mr. Kennedy) I will ask you again. I am
3    going to be asking the special master for more time.
4    You can continue on if you want. We can be here all
5    night. I don't care.
6           Can we agree there are different ways,
7    different methods that epidemiologists use to evaluate
8    the quality of case control studies? Yes or no? There
9    are different methods used, true?
10       A    Well --
11       Q    Yes or no. If you can't answer it, you don't
12   have to answer it. Is that true, yes or no? Case
13   control studies, are there different methods that
14   epidemiologists use to evaluate quality, yes or no? If
15   you can't answer it, let me know.
16       A    I am trying. It is not as simple as just
17   saying yes or no.
18       Q    Then do not answer my question.
19       A    Okay.
20       Q    Have you ever heard -- is there a Nos
21   methodology of evaluating quality of epidemiology
22   studies?
23       A    I am sorry?
24       Q    The Nos method?
25       A    N-O-S?

Page 201

1        Q    Yes.
2        A    I have heard of it, yes. I may have utilized
3    it before.
4        Q    Did you utilize it in this case, yes or no?
5        A    I don't believe so. But many of the
6    parameters that I did utilize, they overlap from, if
7    you are talking strobe, prisma, moose, Cochran, Nos,
8    Grade, Amstar, they come to the top of my head. They
9    are overlapping concepts and overlapping principles.
10   So it is not like -- you keep saying different methods
11   or different scientists. They are typically the same
12   type of method. There may be slight variations and
13   slight variability in how an epidemiologist would apply
14   those. But they are the same overarching principles in
15   different paradigms.
16       Q    Look to Exhibit 112.
17          MS. REISMAN: 112 or 122?
18       Q    (By Mr. Kennedy) 122. I am sorry. This is
19   an expert from EPA analysis 2019. You reviewed this,
20   have you not? It is on your reliance list?
21       A    I have read the full report at some point.
22       Q    Page 102, Table A-13 is titled Epidemiologic
23   Quality Considerations. Do you see that?
24       A    I do.
25       Q    Study evaluation criteria, do you see that?

51 (Pages 198 to 201)

Dominik Alexander, PhD
March 8, 2023

Page 202

1    A   I am sorry.  Say that one more time?
2    Q   The top states epidemiology study evaluation
3  criteria?
4    A   It does.
5    Q   Underneath that it talks to the quality
6  considerations for ranking the Paraquat Parkinson's
7  disease study in the evaluation, correct?
8    A   Well, it doesn't say that.  But it has
9  parameters and different factors with high, moderate,
10  and low.
11    Q   Under Exposure, is this the same methodology
12  that you used in your quality evaluation of the
13  Paraquat Parkinson's disease quality?
14    A   I don't see --
15    MS. REISMAN:  Object to form.
16    THE WITNESS:  I don't see what they are citing
17  to when you say the same methodology.  I relied upon --
18    Q   (By Mr. Kennedy)  We talked about this.  Is
19  this the same method or whatever you want to use,
20  approach, method, analysis that you utilized to
21  evaluate quality?  Is it the same?
22    A   If it is not strobe, prisma, or moose, then it
23  would not be the same.  However --
24    Q   Not however.  That is all I want.  It is not
25  the same as what you did, correct?

Page 203

1    MS. REISMAN:  Object to form.
2    THE WITNESS:  There is overlap here.  I don't
3  see the--
4    Q   (By Mr. Kennedy)  I didn't ask if there was
5  overlap.  I asked if it was the same approach, the
6  analysis, or method you used to evaluate the epi
7  studies in this case?
8    A   It looks like there is considerable overlap.
9  But I don't see if this is described as something that
10  EPA did this or relied on other sources for this, or if
11  they created it.  But there appears to be significant
12  overlap in what I addressed as well.
13    Q   Did they use crosses to assign scores?  Yes or
14  no?
15    MS. REISMAN:  When you say crosses to assign
16  scores, are you talking about the pluses that he is
17  putting in his chart?
18    Q   (By Mr. Kennedy)  Yes.
19    A   Did they, at some point in the report, I am
20  not sure.
21    Q   Okay.  When they say "Exposure assessment.
22  High is defined as exposure assessment includes
23  information on Paraquat or metabolite in the body.
24  Quantitative air sample data or high quality
25  questionnaires or chemical-specific exposure

Page 204

1  assessment."
2    Q   Do you know what they mean by high quality?
3    A   In terms of what you just read?
4    Q   Correct.
5    A   I see what you read.
6    Q   When they say "high quality air sample," how
7  do they define -- excuse me.
8    High quality questionnaire, how do they define
9  a high quality questionnaire?  Do you know from reading
10  this?
11    A   I don't specifically from reading this.  They
12  may say it within the report.
13    Q   When they say under confounder control, under
14  high, it says "Good control for important confounders."
15    Do you know what they mean by "good control"?
16    A   I would -- I don't want to speculate to what
17  they are referring to.  But I would have to see the
18  entire report where I think this is one of over 100
19  pages.
20    Q   This is all they wrote, can we agree you would
21  not be able to replicate that, that confounder control?
22  When they say "good control for important confounders,"
23  can we agree you would not be able to replicate the
24  application of that criteria for high?
25    A   Not necessarily.  I mean, as an

Page 205

1  epidemiologist, I am reviewing this document with a
2  lens of a methodological epidemiologist.  And while
3  they are not saying their specific requirements, I take
4  this to mean that they would have graded high for
5  studies, or at least in this category, that
6  statistically adjust using proper methodology for
7  confounders that may be relevant to -- at least for
8  Parkinson's disease outcome.
9    But in terms of any other demarcation, it is
10  not listed here.  I would have to review the entirety
11  of the report to see if it is discussed.
12    Q   If we base it just on this, that is all there
13  is in the report, you are telling me you would able to
14  replicate the confounder control?  You would be able to
15  replicate that?  Again, yes or no?
16    You believe you could replicate that, that is
17  all I want to know?
18    A   I would stand behind my prior answer.
19    Q   Is your answer yes?
20    A   This is one page.  This would apply to the
21  study where they summarize the study and talk about
22  these elements.  It is my understanding and
23  recollection in that report, they have summaries for
24  those studies and they have some tables of those
25  studies and they put what was adjusted for.  They put

52  (Pages 202 to 205)

Dominik Alexander, PhD
March 8, 2023

Page 206

1  how it was adjusted for.
2        So I would take that summary and I would
3  consider this as well.  I believe that would make sense
4  and that is how things are commonly done.
5    Q   Maybe we can short -- you believe taking a lot
6  at this, this is an acceptable methodology, approach,
7  or analysis of quality for the epidemiology studies
8  involving Paraquat and Parkinson's disease.  You
9  believe this is acceptable?
10   A   I would have to go through each of these and
11  review the documents in the context of how this was
12  expressed or articulated for each of these factors.  I
13  would have to review the individual study summaries.
14       But what I can tell you is some of these
15  aspects are widely accepted.  Control for confounding,
16  there is no dispute that that is important.  The
17  appropriate statistical analysis, there is no dispute.
18   Q   Stop a second, please.  I am asking about --
19  we are talking about replication.  With respect to
20  replication, very simply:  Is it your opinion that what
21  is stated on this page, is acceptable?  Yes or no, is
22  this an acceptable approach methodology analysis from
23  the standpoint of replication of the Paraquat
24  Parkinson's disease epi studies?  What is your opinion?
25       Is it acceptable, yes or no?

Page 207

1    A   What do you mean by "replication"?
2    Q   You use the word help "replication" throughout
3  your report.  You criticized Dr. Wells replication.  So
4  let's use it the way you use it.
5        Do you consider this an appropriate
6  methodology or approach in analyzing quality with
7  respect to the aspect of replication, yes or no?
8    A   Well, first of all, you said something that
9  was out of line with what I did.  I talked about
10  Dr. Wells in terms of replicating his methodology for
11  his meta-analysis where I documented some issues there.
12       In terms of this, I would have to review the
13  overall document to evaluate how each of these are
14  being applied or discussed in addition to this table.
15  What I can tell you that in this table, there are some
16  very important methodological and analytical quality
17  considerations that I would agree with.  And many of
18  these are outlined and well-established documents such
19  as Moose and Prisma and Strobe.
20   Q   Okay.  So we will move on.
21       It is your opinion -- you don't have an
22  opinion as to whether that is acceptable.  You need to
23  look at the entire document; is that true?  Is that
24  your opinion?
25       Is this acceptable methodology, analysis,

Page 208

1  approach to analyzing quality of an epi study?  You
2  don't know without reading the rest of the dock; is
3  that your opinion today?
4    A   It depends on the operational evasion of these
5  considerations.  It is the application.  So these are
6  the -- so many of these are the framework of a proper
7  methodological examination and then it is how these are
8  then applied.  And so that is what I am saying.  This
9  is one page.  I don't know exactly how these were
10  applied without seeing the document, seeing the entire
11  document, which I would be happy to discuss on a
12  study-by-study basis.
13       What I can say is many of these are -- from
14  what I see here, very, very acceptable, well-utilized
15  considerations when you evaluate internal and external
16  validity in a study.
17       MR. KENNEDY:  Special Master Ellis, could you
18  instruct the witness to answer?  And I would really
19  like to ask the -- you and the Court for an extra two
20  hours at this point in time.  I asked him a yes-or-no
21  question.  I got no answer.  I got a speech.  It has
22  been going on six hours.
23       MS. REISMAN:  That is not accurate.  No, we
24  are going to object to two more hours.  And we can go
25  off the record and have this discussion with Ms. Ellis.

Page 209

1        You said this morning there was going -- and
2  there was not any problem with the questioning.  Let's
3  not backtrack on the fact that we didn't have an issue.
4        You are getting hung up on very scientific
5  questions you are asking him.  You handed him one
6  single page.  He said he would like to see the
7  background.  He is doing the best he can.  He said --
8  in his question, he gave you what else he would need
9  and he said this is the framework for a proper
10  methodological evaluation.  That is all we can tell you
11  based on a chart.
12       MR. KENNEDY:  After he said that, I asked him
13  a simple question.  Is it then your position today, you
14  cannot answer my question unless you look at the rest
15  of the dock?  I got a ten-minute answer.  His answer
16  should be yes, I can't give you an opinion unless I
17  look at the rest of the dock.
18       He should have said yes.  It is ten minutes
19  every question, and I am losing hours.  I have a stack
20  of papers here to ask.
21       MS. REISMAN:  I understand.  You are not
22  satisfied with what you are getting, and I do think he
23  is doing better.  If we would like to go off the record
24  and we can try to figure out --
25    Q   (By Mr. Kennedy) Let's try it again.  Am I

53 (Pages 206 to 209)

Dominik Alexander, PhD
March 8, 2023

Page 210

1    correct, sir, you cannot give me an opinion on whether
2    it is an acceptable methodology to evaluate quality of
3    an epidemiologic study unless you see the rest of the
4    document. Is that true?
5        **A   I would need to see the application and the**
6    **rest of the document.**
7        Q   Yes?
8        **A   Indeed, I would need to see the rest of the**
9    **document for the application.**
10       Q   As we sit here, you have no opinion, correct?
11       **A   I am sorry?**
12       Q   As you sit here, you have no opinion unless
13   you see the rest of the document; is that true?
14           MS. REISMAN: Beyond what he said.
15           THE WITNESS: For the proper application of
16   this framework of which there are very strong elements
17   here. Like I keep saying --
18           MS. REISMAN: That is fine.
19           MR. KENNEDY: Here we go again.
20           MS. REISMAN: I stopped.
21       Q   (By Mr. Kennedy) Grab the Vaccari study.
22       **A   The one from before?**
23       Q   Yes. The Vaccari study. It is 118.
24       **A   I have located it.**
25       Q   Go to 175 if you would, please.

Page 211

1        **A   Okay.**
2        Q   The right-hand column titled: Risk of Bias
3    Assessment. Do you see that?
4        **A   I do.**
5        Q   They indicate they are using the New Castle
6    Ottawa scale to assess the methodological qualities of
7    the studies. True?
8        **A   That is what they say, yes.**
9        Q   Some overlap between that system and what you
10   did, but it is a different system, correct?
11       **A   It is a different source. I would say**
12   **overlap. There is overlap.**
13       Q   And that system doesn't use crosses. It uses
14   numbers, does it not? It uses numbers as opposed to
15   crosses?
16       **A   I mean, I would like to say they are plus**
17   **marks than crosses. But that is just a way -- I could**
18   **have used anything. Do they use numbers?**
19       Q   That is my question. Do they use numbers as
20   opposed to crosses?
21       **A   If you could bear with me a second while I**
22   **look at the paper.**
23       Q   Are you familiar with the Nos system?
24       **A   I think I published on it.**
25       Q   Okay. Do they assign numbers in the use of

Page 212

1    the Nos system that you published under, do they use
2    numbers?
3        **A   They may have. I don't recall specifically.**
4        Q   You don't remember. Okay. We will move on.
5            If you want to take a look here and read in
6    that column, it tells us about the quality evaluation
7    done by Vaccari in the right-hand column.
8        **A   I am sorry?**
9        Q   Look at the right-hand column. "To evaluate
10   quality, does it indicate questions regarding the
11   confidence -- the confidence and specificity of the
12   methods that were used to assess exposure to Paraquat,
13   selection of participant, outcome of injuries, and
14   adjustments for confounding factors were asked."
15           Do you see that?
16       **A   I do.**
17       Q   So the authors ask questions about the
18   individual studies with respect to those four different
19   categories, true? Are you on the right page?
20       **A   I am, but they are referencing -- I just want**
21   **to make sure. Did you provide me with the supplemental**
22   **tables? I am not sure I see those here. I may be**
23   **incorrect.**
24       Q   All right. Did I read that right?
25       **A   In terms of you reading that, I believe you**

Page 213

1    read that paragraph correctly.
2        Q   Then the questions are asked, then the
3    answers, probably yes. Definitely yes to each question
4    were assigned to the low risk above category. Answers
5    probably not, definitely not were assigned to the high
6    risk bias category.
7            After assigning each response to one of the
8    categories, the entire study was also classified
9    regarding its overall methodologic quality. Do you see
10   that?
11       **A   I do.**
12       Q   It says, "The two authors classified a study
13   as low risk only if there were at least four responses
14   out of six for case controls and the six responses out
15   of eight for cross-sectional and cohorts as probably
16   definitely yes, considering the two of the responses
17   had to be necessarily -- were necessarily about the
18   confidence and the exposure and the outcome
19   assessments. Otherwise, the study was considered a
20   high risk of bias."
21           Do you see that?
22       **A   I see where you are reading from.**
23       Q   Do you know why they chose four, let's say out
24   of six and not three of six?
25       **A   I am not sure specifically.**

54  (Pages 210 to 213)

Dominik Alexander, PhD
March 8, 2023

Page 214

1    Q   Go to page 189, if you would.
2    A   I see it.
3    Q   You see the questions with respect to the case
4  control studies?
5        MS. REISMAN:  Where are you?
6        MR. KENNEDY:  We're in the diagram now.
7        MS. REISMAN:  Which one?
8        MR. KENNEDY:  189.  The diagram to the case
9  control.
10       MS. REISMAN:  Figure 2?
11       MR. KENNEDY:  Yes.
12   Q   (By Mr. Kennedy)  Do you see that?
13   A   I see Figure 2.
14   Q   And do you see one of the questions the author
15  asked with respect to each of the studies, "Can we be
16  confident in the exposure assessment?"
17       So for each study the author would ask -- was
18  asked to evaluate the study and answer the question,
19  "Can we be confident in the exposure assessment?"  And
20  if they answered probably, definitely yes, then that
21  was a low risk of bias, right?
22   A   I am sorry.  Who are you saying answered that
23  question?
24   Q   The two authors.  We just read --
25   A   The two from this paper?

Page 215

1    Q   Correct.
2    A   Okay.  I want to make sure we are on the same
3  page.
4    Q   We just read that.  Now we are looking at the
5  questions and seeing what the responses should be.
6  Right?  So the authors are asking with respect to each
7  study, "Can we be confident in the exposure
8  assessment?"  And if the author answered, probably
9  definitely yes, that was a low risk of bias, correct?
10   A   I believe based on the footnote below it.
11  Okay.
12   Q   And if they answered with respect to that
13  question probably definitely not, then that was
14  considered a high risk of bias, correct?
15   A   That is how they classified it.
16   Q   Could you replicate the application of that
17  quality criteria with that question and those
18  responses?
19   A   I would have to apply it to the individual
20  studies and determine whether or not the authors of
21  Vaccari had some other pieces of information that they
22  utilized to substantiate their conclusions.  So I am
23  not sure -- I am not saying it is not here.  But I
24  would have to review this paper and maybe any of the
25  supplemental files, which have I don't see here.  If

Page 216

1  you have them, I could take a look at them to see if
2  that's addressed there.  But I would need to see their
3  application to the specific studies before I could
4  address that.
5    Q   Without further information that cannot be
6  replicated, that question, can we agree?
7    A   Well, first of all, I want to make sure there
8  is no further information.  I don't have the
9  supplemental files here.  I am not saying they have
10  that information.  I am just saying for completeness I
11  would need to see those to determine whether or not
12  they have such information there.  And that would
13  reflect, perhaps, the application of what they did.
14       I am just saying, I would like to rule that
15  out by looking at the supplemental tables.
16   Q   Just answer me this.  You would need
17  additional information than what you see here in order
18  to determine whether or not that could be replicated,
19  true?
20   A   I would need to see the application.  How they
21  undertook that assessment in terms of what you are
22  asking me right here.
23   Q   Can we be confident in the PD diagnosis?  The
24  author was to answer, probably definitely yes.
25  Probably definitely not.  You would need additional

Page 217

1  information to determine whether or not that could be
2  replicated also, correct?
3    A   I think for each of these, I would need to see
4  the application.  I don't think that is the author's
5  intent here in a peer-reviewed manuscript to provide
6  that in this particular page.  Again, perhaps in the
7  supplementary files there is some information, I am not
8  sure.  But based on what I am seeing here, I think it
9  would -- I would need to see that application.
10   Q   If you only have the information here, you
11  cannot replicate their quality analysis, true?  If you
12  only have the information based on this table?
13   A   Just based on this diagram Figure 2 or Figure
14  3, I could not because I don't understand their
15  application.
16   Q   And is there anything in the article -- I
17  don't have the supplements with me -- but is there
18  anything in the article that would allow you to
19  replicate it?
20       MS. REISMAN:  The article refers to the
21  supplement.  If by referring to the supplement and the
22  article, you are including that in your question?
23       MR. KENNEDY:  I don't have the supplements.
24   Q   (By Mr. Kennedy)  In looking at the article,
25  are you able to gather enough information to replicate

55  (Pages 214 to 217)

Dominik Alexander, PhD
March 8, 2023

Page 218

1  their quality analysis?
2      **A   The supplements are part of the article.  So I**
3  **am looking at an incomplete document.**
4      Q   I will ask the question again.  Excluding the
5  supplements, is there anything in the article that you
6  can gleam or understand that allows you to replicate
7  their quality analysis?
8      **A   Not a full replication.  There is some**
9  **information in the text of the article and of course**
10  **there is information in the tables of the article.**
11      Q   So your answer is no, you can't do a full
12  replication?
13      **A   Looking at an incomplete document that I have**
14  **in my hands, not a complete replication, no.  Not a**
15  **full replication.**
16      Q   You reviewed the Vaccari article in your
17  analysis, did you not?
18      **A   I reviewed it.**
19      Q   Did you do an assessment of the ability to
20  replicate their quality analysis in your review of the
21  Vaccari?
22      **A   No.  That is not something I would have done**
23  **in terms of replication.**
24      MS. REISMAN:  We have been going an hour or
25  so, unless I am mistaken.  Want to take a few minutes?

Page 219

1      MR. KENNEDY:  Take five or ten.
2      VIDEOGRAPHER:  We are off the record.  The
3  time is 3:52 p.m.
4      (Off the record.)
5      VIDEOGRAPHER:  We are back on the record.  The
6  time is 4:09 p.m.
7      Q   (By Mr. Kennedy) Dr. Alexander, you have
8  indicated in your report that in a systematic review
9  inclusion/exclusion criteria for what you are going to
10  include in your review is required.  Would that be
11  true?
12      **A   Could you point me to where you are reading**
13  **from?**
14      Q   In your opinion, is inclusion/exclusion
15  criteria required in doing a systematic review?
16      **A   It is my practice to do so, yes.  I do believe**
17  **that is a fundamental aspect of a systematic review.  I**
18  **think that is according to guidance as well.**
19      Q   That is a yes-or-no question.  Is it required
20  in doing an appropriate systematic review, yes or no?
21      **A   Based on protocol that I follow, I believe it**
22  **is required.**
23      Q   Required for both a determination of what will
24  be included in your review and also required with
25  respect to what would be included in a meta-analysis.

Page 220

1  Is that your opinion?
2      **A   If you are differentiating a review versus a**
3  **meta-analysis, where a meta-analysis is part of a**
4  **systematic review, I would say that yes.  It is**
5  **required for both.**
6      Q   In your opinion, are narrative reviews an
7  unacceptable way to assess causation?
8      MS. REISMAN:  Objection to form.
9      THE WITNESS:  Narrative reviews are not
10  designed to address causation.  I don't think a
11  narrative review in and of itself would be necessary
12  for causation.
13      Q   (By Mr. Kennedy) My question was in your
14  opinion, is a narrative review an unacceptable
15  methodology to utilize in assessing causation?  Please
16  answer my question.
17      MS. REISMAN:  Objection to form.
18      THE WITNESS:  I have an opinion on narrative
19  review.  I want to make sure we are on the same page.
20  What are you referring to as a narrative review?
21      Q   (By Mr. Kennedy) Define for me "narrative
22  review" as you have used it in the literature?
23      **A   Narrative review typically means a review that**
24  **is not systematically done.  It may be a commentary or**
25  **summary, but it is not a data-driven review process.**

Page 221

1  **Systematic reviews, on the other hand, involve a**
2  **data-driven process and they may be better equipped or**
3  **well equipped or designed to address matters of general**
4  **causation.**
5      Q   Are narrative reviews an unacceptable method
6  to evaluate causation?  Please answer that question.
7      MS. REISMAN:  Objection to form.
8      THE WITNESS:  I do not -- narrative reviews,
9  if they are true narrative reviews and not data-driven
10  reviews for epidemiology general causation, should not
11  be relied upon for that premise.
12      Q   Did you have inclusion/exclusion criteria for
13  selecting the studies that you were going to include in
14  your review?
15      **A   Yes.  If you allow me to refer to my report.**
16  **I believe that is indicated at some point.**
17      Q   Possibly page 24.
18      **A   Exactly.  Page 24.**
19      Q   Is that statement of your inclusion/exclusion
20  criteria on page 24 and I think it goes over to page 25
21  correct?
22      **A   On page 24, it may extend to page 25.  But I**
23  **do provide those parameters.**
24      Q   Then do you reference Appendix 2 to provide us
25  with a flow diagram of your review, your

56  (Pages 218 to 221)

Dominik Alexander, PhD
March 8, 2023

Page 222

1    exclusion/inclusion criteria and how you went about
2    selecting the studies for your review?
3          **A    In Appendix 2, I put a literature search flow**
4    **diagram.  But the specific factors for inclusion**
5    **articulated in the main body of the report on page 24.**
6          Q    Go to, if you would, Appendix 2.
7          **A    Okay.**
8          Q    You started with search terms.  If we look at
9    Appendix 2, on 120, on the top box it looks like you
10   put search terms in and you came up with 373 studies,
11   correct?
12         **A    I didn't come up with that.  But that was**
13   **generated by the National Library of Medicine.**
14         Q    And then it is filtered, human studies,
15   English studies, right?
16         **A    Those two filters were applied in the NLM**
17   **database.**
18         Q    So filtering for human and English, you found
19   373 published articles, correct?
20         **A    Using those terms, yes.**
21         Q    You go down to the next box, 283, correct?
22         **A    Correct.  In the next box.**
23         Q    And it went from 373 down to 283, because you
24   filtered down, right, using exclusion criteria?  Got
25   rid of articles with no Paraquat data, right?  Got rid

Page 223

1    of articles with no mechanistic modeling, correct?
2          **A    No.  With mechanistic modeling.**
3          Q    Case studies and case series, those were
4    excluded, correct?
5          **A    They were.**
6          Q    Policy papers excluded?
7          **A    Yes.**
8          Q    General reviews excluded?
9          **A    Yes.  That would be -- your narrative reviews**
10   **would fall under that.**
11         Q    Editorial commentary, in vitro animal studies.
12   Those were excluded, and you went from 373 down to 283
13   articles, correct?
14         **A    Yes.**
15         Q    We go to the next box down.  You go from 283
16   articles down to 81.  Correct?
17         **A    81, yes.**
18         Q    What exclusion criteria did you use to exclude
19   202 studies, going from 283 down to 81?
20         **A    I am sorry.  I thought you were reading from**
21   **the top down.  So those filters were applied.  Went**
22   **from 373 to 283.  The filters were applied.  They went**
23   **down to 81.  I thought that is what you were referring**
24   **to.**
25         Q    My question is:  What exclusion criteria did

Page 224

1    you apply to go from 283 down to 81?
2          **A    The ones on the right, the full text articles.**
3               MS. REISMAN:  What you're excluding for?
4               THE WITNESS:  I'm sorry?
5               MS. REISMAN:  You said full text article.
6               THE WITNESS:  I'm sorry.  Yeah.  The full text
7    articles excluding for the ones that we just went
8    through.  That is what I thought you were referring to.
9    So 283 after those, then it went down to 81.
10         Q    (By Mr. Kennedy)  My question is:  How did you
11   get from 283 to 81?
12         **A    After excluding full text articles -- full**
13   **text articles after excluding for no Paraquat data and**
14   **so on went from 283 to 81.**
15         Q    Can you tell us what studies make up the 202?
16   Is that listed anywhere?
17         **A    I don't have a separate list of those studies.**
18   **I gave you the parameters that you can search the**
19   **National Library of Medicine database for.  And if**
20   **studies come up, for example, in vitro or animal**
21   **studies or editorials, those would have been those.**
22         Q    What criteria was applied to go from the 81 to
23   the 32?  What exclusion criteria, to go from the 81 to
24   the 32?
25         **A    That would have been the more granular**

Page 225

1    **information provided on page 24.  That would have been**
2    **cohort, case control specifically.  That would have**
3    **been a greater evaluation of relative risk information**
4    **and so on.**
5          Q    Can you show me where on page 24, 25, it
6    indicates that that was utilized to go from 81 to 32?
7    Show me that direct application, if you could, on 24
8    and 25.
9          **A    It doesn't say it on page 24 or 25.  That is**
10   **not the purpose of this.  The purpose in Appendix 2 is**
11   **to show there was an iterative process starting with a**
12   **group of studies in coming down to a group that I have**
13   **cited, and they show up in the bibliography.  And page**
14   **24 clearly shows or indicates the types of studies I am**
15   **evaluating.**
16         Q    Again, is there anywhere where you state
17   specifically how you went from 81 down to 32,
18   exclusion?  Something that says these are the exclusion
19   criteria that allow us to go from 81 to 32 studies?
20   Where are those exclusion criteria stated?
21         **A    I don't believe I reported that on pages 24 or**
22   **25.  Again, that information would be obtained on page**
23   **24.  So we are going through a group of studies.  And I**
24   **am also -- you can see there is an iterative search**
25   **process looking at other published reviews and**

57 (Pages 222 to 225)

Dominik Alexander, PhD
March 8, 2023

Page 226

1    articles.  Meaning I am hand searching those articles
2    for additional studies or to identify any studies that
3    may have been missed in the electronic searches.
4         And after that process, there are 32 studies
5    that were cited and included in my overall original
6    assessment.
7      Q   Question very simple.  Can we agree that no
8    place on 24 or page 25 do you outline specific
9    exclusion criteria that explain to us how you went from
10   81 to 32?  There is no exclusion criteria listed to
11   explain that, true?
12     A   Well, those criteria are listed.  Do I have it
13   broken down going from 81?  Again, I looked at the full
14   text of the articles filtered down.  81 identified for
15   full text review.
16        From that full text review, there were 32
17   relevant epidemiology studies.  Now that is -- but do I
18   have it broken down more than that?  I haven't
19   articulated that in this report.  But this is an
20   iterative process where I am going through and doing
21   National Library Medicine searches and I have
22   identified a comprehensive list of studies, focussing
23   on cohort, case control, adult populations.  I am
24   unaware of any analytical epidemiology studies that
25   were missed.

Page 227

1      Q   Very simply, I am going to ask you again.
2    Very simply.  Can we agree that nowhere on pages 24 and
3    25 do you list exclusion criteria that explain how you
4    got from 81 to 80 -- excuse me, 81 to 32 studies?  Is
5    that true?
6      A   The criteria -- again, you say exclusion, that
7    is the opposite of inclusion.  So if you look on page
8    24, I have cohort case control, cross-sectional, and
9    other factors here that I evaluated.  So to the extent
10   that those studies that I have listed did not evaluate
11   these very granular factors, then they would have been
12   excluded.
13        MS. REISMAN:  He is pointing to page 24.
14        THE WITNESS:  Page 24 where I have listed
15   types of studies, the adult population, analysis
16   evaluating risk of Parkinson's disease among
17   participants reported to be exposed to Paraquat.
18        So from those 81 studies, if they did not have
19   these factors and reporting measures of association and
20   other things, they would have been excluded.
21     Q   (By Mr. Kennedy)  Maybe I can make it simpler.
22   Does the number 81 appear on page 24 and 25?  Yes or
23   no?
24     A   Yes.
25     Q   Where is 81 on page 24?

Page 228

1      A   It is the footnote on page 25.
2      Q   In the footnote, could you explain the
3    exclusion criteria in your footnote, how you got from
4    81 to 32?  Is that explained in your footnote?
5      A   In the footnote, it is not.  It is most
6    definitely implied and shown on page 24.
7      Q   That is all I wanted.  It was implied on page
8    24, correct?
9      A   Well, epidemiologically or any scientist
10   looking at this would see that classification and
11   understand that is what I am doing.
12     Q   The final 32.  Go to page 31 of your report.
13   Continue on with your exclusion/inclusion criteria.
14   The final 32 studies are listed on page 31, correct?
15     A   I believe they are cited there.
16     Q   This is what you ultimately resulted in with
17   respect to your search, correct?  Do you see that?
18     A   I do.
19     Q   You state at the bottom after listing the 32
20   studies, "All of these studies were considered,
21   however, some of them were excluded from my evidentiary
22   analysis because of methodologic and analytical
23   reasons."  Then you give examples, IE, did not report
24   Parkinson's disease as an independent outcome.  Did not
25   report on relative risk data for Paraquat and

Page 229

1    Parkinson's disease or combined Paraquat with other
2    chemicals or pesticides, correct?
3      A   There are some other very specific reasons
4    that -- for exclusion.
5      Q   Did I read that right?  Do you see that?  From
6    this 32, some were excluded from your evidentiary
7    analysis, correct?  And then you give examples.
8      A   I'm sorry.  Where exactly are you reading
9    from?
10     Q   Last sentence in the page 31.
11     A   I see it.
12     Q   You list the 32 studies that your search
13   found.  Then you state, quote, All of these studies
14   were considered, however, some of them were excluded
15   from my evidentiary analysis because of methodological
16   and analytical reasons."  Then IE, does that stand for
17   example?  IE, example?
18     A   Yes.
19     Q   My question is:  What were the exclusion
20   criteria other than the example that you give that you
21   utilize to exclude studies from your evidentiary
22   analysis?
23     A   Well, these are all studies that reported on
24   that topic.  Now, if they did not report on Parkinson's
25   disease as a specific or independent outcome, there

58  (Pages 226 to 229)

Dominik Alexander, PhD
March 8, 2023

Page 230

1  would be no basis because of specificity.
2      Q   Stop for one second.  Where do you state --
3  you state all of these studies were considered.
4  However, some of them were excluded from my evidentiary
5  analysis.
6          Where do you list your criteria for the
7  exclusion of some of the 32 studies other than
8  providing an example?  Where are your criteria stated?
9      A   Page 24 is a start of that.  Again, it is
10  quite clear.  Reported measures of association in
11  varying assessments or sufficient data to provide --
12  date provided to calculate relative risk and confidence
13  intervals.  That is very clear.
14          Another one.  Analysis evaluating risk of
15  Parkinson's disease exposed to Paraquat.  That is very
16  specific.  Cohort case control cross-sectional design,
17  disease incidence, prevalence, mortality, adult
18  population.  So that is the framework that is being
19  followed for that evaluation.
20          Now, once you get -- you identify studies,
21  then once you look at the studies and review those
22  studies, you may identify different aspects of those
23  studies for which they are not fully evaluating; for
24  example, Parkinson's has a specific outcome.  They may
25  be combining it with another outcome.  Or they don't

Page 231

1  actually report data that would allow you to calculate
2  a summary relative risk, for example.
3          So that would be some of the reasons.  And
4  also it just reminded me as well looking at this to
5  hopefully help clarify some of the other aspects of
6  that process.  So those 32 would be epidemiology based.
7  There are other reviews and analyses that I have cited
8  on page 74 that would have likely been embedded in
9  the number 81.
10      Q   I am going to ask you a very simple question.
11  Where do you state in your report specifically:  I
12  reduced the 32 by these exclusion criteria.  Is that
13  specifically stated anywhere in your report?  You make
14  the statement on page 31, without bouncing back to page
15  24 or up to 79, where do you specifically state in your
16  report the exclusion criteria that was applied to these
17  32 studies?
18      A   Well, I highlighted some in the footnote.
19      Q   Those were examples.
20      A   No.  The footnote.
21      Q   I understand.  The footnote is from the
22  examples that you gave above.  IE, examples.  I want a
23  statement of your exclusion criteria somewhere in your
24  report that specifically applies to the 32 studies
25  listed on page 31.  Is there a specific statement like

Page 232

1  that anywhere in your report?
2          MS. REISMAN:  Besides 31 and 32?
3          THE WITNESS:  I think --
4          MR. KENNEDY:  Page 32.  Page 31 is 32 studies
5  listed on page 31.
6          MS. REISMAN:  You both -- both of you are
7  reading a sentence that goes from 31 to 32 that lists
8  various things in the parenthetical.  That is what he
9  keeps referring to.  Those are listing specific
10  characteristics.
11          MR. KENNEDY:  Absolutely.  Those are examples.
12  That is not the totality.  Those are examples of why he
13  excluded.
14          MS. REISMAN:  There is a difference between IG
15  and EG.
16      Q   (By Mr. Kennedy)  How are you using IE?
17      A   Well, perhaps I am mixing up IE versus EEG.
18      Q   Perhaps I am also.
19          MS. REISMAN:  I use -- the specific EG is not
20  the specific.
21          THE WITNESS:  I think maybe just to clarify
22  this.  In the footnote, those are studies that were
23  excluded because of those reasons listed in the
24  footnote.  If you look at the list of all the other
25  studies on page 31, I believe they are at least

Page 233

1  tabulated or referenced in the tables.
2      Q   (By Mr. Kennedy)  My question is:  Are you
3  saying that the only thing that excluded from the 32 studies
4  was Semchuk, Seidler, and Engel in your review?  Is
5  that what you are saying?
6      A   After it was boiled down to those 32 or so
7  studies, I believe those are the three.
8      Q   When you say some of these studies were
9  excluded, you are only excluding the three in Footnote
10  8.  Is that your testimony?
11      A   The three in foot -- well, let me clarify
12  that.  The three in Footnote 8 pertaining to the
13  evidentiary analysis part of it.  Now, if you look at
14  the tables, there may be studies that -- with an
15  update --
16      Q   We will get there.  I just want to know, are
17  those three studies in Footnote 8 the only three
18  studies you excluded from the 32?  Yes or no?
19      A   I would like to respond in terms of the --
20  they were all considered.  In terms of not being
21  tabulated, I think I would have to take a look.  I
22  think those are the three.
23      Q   That were excluded from the evidentiary
24  review, is that correct?  I am just asking.
25      A   Based on -- I would have to take a look at the

59  (Pages 230 to 233)

Dominik Alexander, PhD
March 8, 2023

Page 234

1  tables, but I believe that is the case for those three.
2      Q   Go to 38.  Page 38.  You have recited three
3  from your 32.  Go to page 38, if you would.  On 38, you
4  say, "The descriptive characteristics including the
5  exposure assessments, techniques, and results are
6  summarized in the table below."
7          So now we have a table that summarizes a group
8  of studies, correct?  Is that what follows next?
9      A   The tables are the characteristics,
10  descriptive characteristics of the studies, yes.
11      Q   What studies?  What is the grouping now in
12  this table?  This doesn't tell me.  What is the
13  grouping of the studies in the table?
14      A   These are the studies for consideration and my
15  evidentiary analysis.  These are cited earlier.  I
16  think that was page 31.  So these studies are cited on
17  page 31.
18      Q   Your table only has 16 studies.  Not 32.  Why?
19      A   That is not true.  Cited.  If you look at
20  Hertzman, remember there is two on Hertzman.
21      Q   Count the studies if you would in your table.
22          MS. REISMAN:  You want him to go through and
23  count?
24          MR. KENNEDY:  Count.  Not 32.
25          MS. REISMAN:  Go ahead.

Page 235

1      Q   (By Mr. Kennedy) Go ahead.  16, correct?  Did
2  I count right?
3          MS. REISMAN:  No.
4      Q   (By Mr. Kennedy) How many?
5      A   Interjected, but I think I got to about 29.
6      Q   You are counting the overlapping publications?
7      A   Yes.  Everything cited in these tables, yes.
8      Q   Do you do descriptive characteristics of
9  Kamel, Goldman, Furlong?  Do you?
10      A   Many of which are the same if they are
11  overlapping populations.  I have typically relied on
12  the most updated analysis, as you should.  But I have
13  identified studies for which there were prior
14  publications.  Much of this information would overlap
15  in terms of if there is California studies or studies
16  in certain areas or Tomenson if there is an updated
17  analysis.
18      Q   So next you have narratives on, I think, 22
19  studies.  Why 22?
20      A   Well, these narratives would subsume
21  everything in the tables.  So, for example, if there is
22  an updated analysis, the narrative would focus on
23  the -- that particular update.
24          So, for example, looking at page 53, there is
25  one, two, three, four -- five cited just on that one

Page 236

1  page alone.
2      Q   Did you consider Tanner 2011 in your Bradford
3  Hill review?
4      A   I certainly reviewed Tanner 2011.  That was
5  considered in my overall weight of evidence analysis.
6      Q   I will ask my question again.  This is why I
7  am asking for more time.
8          Did you consider Tanner 2011 in your Bradford
9  Hill analysis?
10          MS. REISMAN:  I will object to form.  He just
11  answered your question.
12          MR. KENNEDY:  He answered the totality of the
13  weight.
14          MS. REISMAN:  That is how he does his
15  analysis, which is clear on --
16          MR. KENNEDY:  I asked him about Bradford Hill.
17          MS. REISMAN:  You can't get sound bites
18  when --
19          MR. KENNEDY:  I asked about Bradford Hill.
20          MS. REISMAN:  That is his analysis.
21          THE WITNESS:  That is my weight of evidence
22  analysis, with all due respect.
23      Q   (By Mr. Kennedy) Did you consider Tanner in
24  your Bradford Hill analysis, yes or no?
25          MS. REISMAN:  Object to form.

Page 237

1      Q   (By Mr. Kennedy) I used the term "Bradford
2  Hill." I didn't use the term "weight of evidence."
3          Did you consider Tanner 2011 in your Bradford
4  Hill analysis?
5          MS. REISMAN:  You can ask the question, but
6  you can't require unscientific answers.
7          MR. KENNEDY:  I can require an answer to my
8  question.
9          MS. REISMAN:  Certainly.
10      Q   (By Mr. Kennedy) That's simple.  Is it
11  impossible for you to answer that question?  You
12  consider Tanner in your Bradford Hill analysis?  You
13  have a whole section on it.  Did you consider Tanner
14  2011 in your Bradford Hill analysis?  Yes or no?
15      A   Let me say, I am doing the best I can as an
16  epidemiologist answering epidemiology questions with an
17  epidemiology response.  I considered Tanner in my
18  overall weight of evidence.  Bradford Hill is part of
19  that weight of evidence.
20          So each of these things are not mutually
21  exclusive.  Tanner would have been considered in my
22  overall analysis which includes all the other summaries
23  and weight of evidence assessments and looking at
24  methodological parameters.
25      Q   I will ask you again.  I want a yes-or-no

Dominik Alexander, PhD
March 8, 2023

Page 238

1    answer. I am going to ask the special master to please
2    give me an answer.
3        Did you consider Tanner 2011 in your Bradford
4    Hill analysis, yes or no?
5        A   As I said, it is considered in my weight of
6    evidence analysis which includes Bradford Hill. So by
7    virtue of my response, then it would be included in
8    Bradford Hill, yes.
9        Q   Thank you very much.
10       Where is it cited in that section of your
11   report? Where is Tanner 2011 cited in your Bradford
12   Hill analysis section?
13       A   I am sorry. Are you referring to page 76 and
14   page 77?
15       Q   Yes. It is titled Bradford Hill Analysis. Do
16   you cite Tanner in the section of your report that says
17   Bradford Hill Analysis?
18       A   I am so sorry. I may be -- you said titled
19   Bradford Hill Analysis. I see general causation.
20       Q   Then you cite Bradford Hill, and then you do
21   an analysis starting with temporality on page 76,
22   correct?
23       A   Yes. That wasn't -- anyway. Individual
24   studies, I put an example there for temporality which
25   is obviously crucial. I cited Shrestha there. But I

Page 239

1    am not citing studies on those two pages. The evidence
2    for these are listed in the tables or shown in the
3    tables and in the summaries of the article.
4        Q   I don't have any time here. My question is
5    very simple. It's a yes-or-no question. Do you cite
6    Tanner 2011 in the specific section titled Bradford
7    Hill Analysis, yes or no?
8        A   I don't for the reasons I gave.
9        Q   Thank you.
10       In the Liou study, did you actually assess the
11   Liou study to determine whether there was, in fact,
12   recall bias calculation in the Liou study? Did you do
13   an assessment to determine whether or not there was, in
14   fact, recall bias in Liou?
15       A   With all due respect, I am not following you.
16   What type of analysis for recall?
17       Q   Was there enough data in that to determine
18   whether or not recall bias actually existed to assess
19   the existence of recall bias in Liou?
20       A   Again, with all due respect, I am not sure if
21   you understand exactly what that means in terms of how
22   you could assess it. Liou reports data. The only way
23   specifically you could is if there was a different
24   piece of information or data as reported within Liou,
25   where somewhere they took some type of sample for that

Page 240

1    part of the application.
2        But in terms of the Liou paper, I summarized
3    what is reported in the actual study.
4        Q   The point would be there is not data. Data
5    does not exist internally or externally for you to do a
6    calculation or an assessment of the existence of recall
7    bias in Liou. Would that be true?
8        MS. REISMAN: Objection to form.
9        THE WITNESS: I did not see data reported
10   pertaining to exposure information if that is what you
11   are referring to.
12       Q   (By Mr. Kennedy) With respect to confounding
13   in the Liou study, I do not see in your report an
14   analysis of the data to determine whether there
15   actually was confounding.
16       Are you able to do that in the Liou study to
17   determine the existence and degree of confounding with
18   the data available? Are you able to do that?
19       A   Again, with all due respect, I am not
20   understanding your theory on that particular concept.
21   I have reported the data in Liou that has looked at the
22   or reported on the multi-variant adjusted information.
23       If we take that particular paper, they have
24   multi-variant information and they have some - they
25   have a wide range and other models here as well. But

Page 241

1    they report some unit data. They report some
2    multi-variant data. So I reported the information as
3    expressed by Liou in that paper.
4        Q   My question is: Where in your report could we
5    find an assessment where you took data and did a
6    calculation and concluded that confounding existed in
7    Liou? Did you do that?
8        MS. REISMAN: I think there is a little bit of
9    misunderstanding to cut through. Are you asking beyond
10   what Liou reports, did he do anything additional?
11       MR. KENNEDY: Correct.
12       Q   (By Mr. Kennedy) Were you able to take some
13   data from Liou, do a calculation to assess the
14   existence of confounding?
15       A   I would have to have the raw data set from
16   Liou to do it in the way that you are asking, the way I
17   think you are asking, I would have to have the raw data
18   set.
19       Q   That is exactly what I am asking. You don't.
20   In Tanner, were you able to independent evaluation
21   using some data to determine whether or not or to
22   evaluate the existence of recall bias in Tanner 2011?
23       MS. REISMAN: Beyond what is reported in the
24   paper?
25       Q   (By Mr. Kennedy) Beyond what is recorded in

61 (Pages 238 to 241)

Dominik Alexander, PhD
March 8, 2023

Page 242

1  the paper?
2  **A  Beyond what is in the paper, no.**
3  Q  You would need raw data to do that, true?
4  **A  Well --**
5  Q  Additional external data.
6  **A  Not necessarily.  The raw data perhaps with**
7  **some additional data pertaining to exposure.**
8  Q  Unable to do that in Tanner, correct?
9  **A  I didn't have the data if that is what you are**
10  **asking.  To the extent that even exists, I am not sure.**
11  Q  In Firestone, Hertzman, Kuopio, same question,
12  did you -- were you able to collect data and assess the
13  impact of the failure to control for confounding?
14      MS. REISMAN:  Beyond whatever is reported --
15  Q  (By Mr. Kennedy)  Beyond what is reported in
16  the paper?
17  **A  I did not obtain the underlying data sets by**
18  **Firestone, Kuopio and did you say --**
19  Q  Hertzman?
20  **A  Hertzman.**
21  Q  Did you collect data and evaluate or assess
22  the impact of the failure to control for confounding in
23  Dhillon?
24  **A  Did I assess the impact of failure to control?**
25  Q  Yes.

Page 243

1  **A  I did not have their underlying data set, but**
2  **they reported a crude odds ratio, unadjusted.**
3  Q  Were you able to calculate -- do a formal
4  assessment and calculate the impact of that failure to
5  control for confounding?  Were you able to do that?
6  **A  I did not have their underlying database.**
7  Q  With respect to any of the studies you
8  evaluated, did you do an analysis to determine whether
9  or not the Parkinson's disease diagnostic criteria or
10  method was reliable?  Or did you just determine the
11  relative reliability of the different approaches?
12  **A  I guess, what do you mean by relative**
13  **reliability?**
14  Q  You have graded and talked throughout
15  self-report is probably less reliable than an
16  examination by a group of subspecialist.  We agree on
17  that?
18  **A  Based on my characteristics or classification**
19  **of characteristics, movement disorder specialists,**
20  **received greater weight or emphasis than self-report.**
21  Q  So you are looking at the relative reliability
22  of those two diagnostic approaches, correct?
23  **A  Within that grouping in a way, yes.**
24  Q  My question is a little different.  With
25  respect to any of the studies, though, did you look at

Page 244

1  data, look at the studies, and make a determination
2  that this method with respect to diagnosing Parkinson's
3  disease is unreliable?  Did do that for any of the
4  studies?
5  **A  Did I say, is there a certain method from**
6  **Pouchieu all the way to Shrestha, was it unreliable?**
7  **No.  I didn't draw that conclusion.**
8  Q  A study can account for confounders with
9  matching and control groups, is that one method for
10  accounting for confounding?
11  **A  I think you said that correctly, but I will**
12  **say matching is one way to control for confounding**
13  **depending on how you do it.**
14  Q  And a study can account for confounding by
15  doing adjustments.  We talked about in great detail,
16  correct?
17  **A  Statistical adjustments is one way, yes.**
18  Q  Is there enough data in any of the epi studies
19  that Dr. Wells looked at or you looked at to calculate
20  or assess whether or not the study at the end of the
21  day provided results that were reliable or unreliable?
22  **A  I don't really follow your question.**
23  Q  Did you look at any of the studies and say
24  this study, the results in this study are unreliable?
25  Or did you simply evaluate qualities and do comparative

Page 245

1  analyses?  Did you look at any of the studies and say,
2  given that design, given what they did, this
3  epidemiologic study reported unreliable results, any of
4  the studies?
5  **A  In any individual study, I am not sure I**
6  **articulated it or expressed it that way.  I certainly**
7  **discussed some of the strengths and limitations.**
8  Q  That is not my question, which I know you did.
9  I am asking you whether or not any of the
10  studies, you looked at them and made a determination
11  that the results were unreliable?
12      MS. REISMAN:  And just for clarification,
13  because we are going back and forth, are you now
14  talking about everything he looked at?
15      MR. KENNEDY:  The epidemiologic studies.
16      MS. REISMAN:  The ones in his chart?
17  Q  (By Mr. Kennedy)  The ones Dr. Wells looked
18  at.  Did you determine any of the epidemiologic studies
19  used in the meta-analysis by Dr. Wells were unreliable?
20  **A  Just to clarify, are you referring to the**
21  **generally seven?**
22  Q  Yes.  Start with that.
23  **A  I don't believe I drew a conclusion of**
24  **unreliability, nor would I necessarily in a weight of**
25  **evidence assessment.  I would look at different**

62  (Pages 242 to 245)

Dominik Alexander, PhD
March 8, 2023

Page 246

1  gradations of weight and quality.  There are certainly
2  studies of lower quality because of important reasons.
3  But I don't think I used those words that way.
4      Q   In any of the epidemiologic studies that you
5  included in your meta-analysis, did you review and
6  evaluate them and determine any of them were unreliable
7  in what they reported?
8      A   In addition to the seven by Dr. Wells, plus
9  the ones that I -- in that section --
10     Q   Correct.
11     A   -- evaluated?  No.  I don't recall providing a
12 conclusion using that language.
13     Q   You were critical of Dr. Wells and his search
14 methodology for the studies he ultimately reviewed.
15 Did you look at his review list?
16     A   To the extent that it was in his whatever
17 report, declaration, or in his testimony, I likely
18 would have, yes.
19         When you say review list, you mean some kind
20 of bibliography or citations?
21     Q   Yes.  The same as you provided.
22     A   I would have when I reviewed it.
23     Q   Your search method as we talked about boiled
24 down to 32 studies, correct?
25         MS. REISMAN:  Objection.  Form.

Page 247

1          THE WITNESS:  Well, I looked at 32
2  epidemiology studies listed on page 31 of the report.
3      Q   (By Mr. Kennedy)  The answer is yes?
4      A   You say boiled down.  Again, we had the three
5  studies and the footnotes.  So if you want to get more
6  specific, maybe 29.
7      Q   Let's use the 32.  Did Dr. Wells miss any of
8  those 32 studies in his search?
9          MS. REISMAN:  Objection.  Form.  Foundation.
10     Q   (By Mr. Kennedy)  Do you know?
11     A   I don't recall.  I would have to take a look
12 at his bibliography.
13     Q   As you sit here today, do you know of any of
14 the 32 studies that he missed?
15         MS. REISMAN:  Objection to form.
16         THE WITNESS:  He certainly did not provide
17 meta-analytic evidence that he evaluated all of them.
18 Like I said, as I sit here today, I would have to take
19 a look at his bibliography.
20     Q   (By Mr. Kennedy)  This is the reason I am
21 going to ask for more time.
22         My question is very simple.  Do you know of
23 any studies of the 32 you identified that Dr. Wells, do
24 you know of any?  Yes or no?
25         MS. REISMAN:  Listed or not listed in his

Page 248

1  reference.  That is where he is having difficulty
2  answering his question.  You're misstating your
3  question.  You know what Dr. Wells' testimony was.  So
4  I think that is what he is having difficulty with.
5      Q   (By Mr. Kennedy)  I'm simply asking:  Of the
6  32 that you identified, do you know of any that Dr.
7  Wells missed in his review?
8          MS. REISMAN:  Objection to form.
9          THE WITNESS:  Like I said, as I sit here
10 today, I would have to review some type of bibliography
11 or whatever he discussed in his deposition for a
12 complete list of whatever he found or whatever he found
13 after his report.  I haven't memorized any kind of list
14 from him.  I don't know.  I can't tell you.  And I did
15 say that.
16     Q   That is why I am asking for more time.  It is
17 so simple.  As you sit here today, given the
18 limitations you have described, do you know of anything
19 he missed in his search of the 32 studies that you
20 evaluated?  Do you know of any?  Yes or no, please.
21     A   As I sit here today, I am not sure of any he
22 missed or he captured.  The only way I could answer
23 that is if you showed me a list of articles.
24     Q   You have been provided with a list of
25 articles.  It was part of his report.

Page 249

1          MS. REISMAN:  He told you he doesn't know.  If
2  you want to badger him, that is not a basis for more
3  time.  He says he doesn't know and he would have to
4  check.
5      Q   (By Mr. Kennedy)  Do you know of any he missed
6  that Breckenridge, Vaccari, Tanga or the EPA evaluated?
7      A   I didn't review it in terms of comparing
8  Dr. Wells' list to other meta-analyses or the EPA.  So
9  I don't know.
10     Q   Can we agree all of the standards you cite in
11 your report and guidelines that you utilized to
12 criticize Dr. Wells all relate to systematic review
13 methodology?
14     A   Would I say all of my criticisms relate to
15 that?
16     Q   All of the criticisms of the methodology of
17 Dr. Wells that you outlined in your report, all of
18 those criticisms come from guidelines or standards
19 relating to systematic reviews?
20         MS. REISMAN:  Objection to form.
21         THE WITNESS:  Not necessarily.  I mean, there
22 are some data extraction issues.  That is not
23 necessarily a systematic review.  That is just a -- as
24 an epidemiologist reviewing a study.  Dr. Wells did not
25 discuss chance, bias, or confounding on a

63  (Pages 246 to 249)

Dominik Alexander, PhD
March 8, 2023

Page 250

1    study-by-study basis. That is not systematic review.
2        That is standard epidemiology practice. That
3    was not performed or conducted by Dr. Wells. So the
4    answer would be no. It is not just systematic review
5    methodology.
6        Q    You believe that systematic review is the
7    preferred method over narrative reviews; is that true?
8        A    It depends on your objective. In terms of
9    addressing matters of general causation, then yes.
10   Systematic review is the preferred method over
11   narrative reviews.
12       Q    Did you determine the statistical
13   heterogeneity in the seven studies Dr. Wells used in
14   his meta-analysis?
15       A    Did I determine it? To the extent that it was
16   reported by him, which I think he did provide some
17   heterogeneity statistics.
18       Q    I said did you calculate it?
19       A    Did I -- I replicated his analysis using the
20   studies and the data that he did. So yes, I would have
21   generated or reviewed it at that time.
22       Q    Tell me what score -- what score did you
23   arrive at in your calculation of the heterogenicity of
24   Dr. Wells seven studies. Tell me your I-2 score.
25       A    I believe it would have been largely the same.

Page 251

1    It's not --
2        Q    Will you show me where in your report you
3    state your calculation of the statistical
4    heterogeneity of the seven studies used by Dr. Wells?
5    Where is your calculation in your report?
6        A    With all due respect, it is not my
7    calculation. Meaning that I will not produce a
8    different I-squared than someone else if you are
9    evaluating the exact same studies. So I made an effort
10   and you can see on page 92, I looked at Dr. Wells'
11   figure and looked at his studies in his summary
12   association. I inputted these same data points that
13   Dr. Wells did and based on the same data, I arrived at
14   the same numerical value with the same I-squared
15   scores.
16       Q    What was your I-square score you arrived at?
17       A    It would have been the same. Whatever is
18   reported here. It looks like zero.
19       Q    So you reported zero also when you did it?
20       A    I didn't report --
21       Q    You didn't report it?
22       A    Okay. What I keep saying is it is the same
23   analysis. Meaning if you use the exact same data in a
24   random or fixed model, you are going to get the exact
25   same I-squared score because the underlying math is the

Page 252

1    same.
2        Now, if you include a different study or a
3    different data point, then I-squared values and
4    P-values for heterogeneity can change.
5        Q    Have you determined the effect on statistical
6    heterogenicity of adding the Van der Mark study to the
7    seven studies Dr. Wells used in his meta-analysis? Yes
8    or no?
9        A    I have certainly included Van der Mark. We
10   can look at the various analyses.
11       MS. REISMAN: He was asking with respect to --
12   sorry, Eric. In case he didn't hear. He is looking at
13   his report. I am trying to straighten it out.
14       MR. KENNEDY: Fine.
15       MS. REISMAN: The question is?
16       Q    (By Mr. Kennedy) Have you determined the
17   effect on statistical heterogenicity of adding the Van
18   der Mark study to the seven studies in Dr. Wells'
19   meta-analysis? Did you do that calculation, yes or no?
20       A    I don't believe I added that without making
21   other corrections to his analysis.
22       Q    Did you determine the effect on statistical
23   heterogenicity of adding the Elbaz study to
24   Dr. Wells seven studies in his meta-analysis? Did you
25   do that calculation?

Page 253

1        A    Not without making other corrections because
2    it wouldn't make sense to do so because he has -- not
3    without other corrections.
4        Q    Can you tell me what is your opinion is an
5    acceptable quantification of statistical
6    heterogenicity?
7        MS. REISMAN: Objection. Form.
8        THE WITNESS: I have no idea what you mean.
9        Q    (By Mr. Kennedy) 10 percent? 20 percent? 30
10   percent? 50 percent? What is the cutoff between
11   acceptable and unacceptable?
12       MS. REISMAN: Objection to form.
13       THE WITNESS: Who is saying acceptable or
14   unacceptable? That's not my language. That's not how
15   I express it.
16       Q    (By Mr. Kennedy) Tell me what is the
17   significance of 30 percent of statistical
18   heterogenicity. How would you characterize that? Low?
19   Moderate? High? How would you characterize 30
20   percent?
21       A    Are you saying 30 percent in a P-value for
22   heterogeneity or an I-squared statistic?
23       Q    I-squared.
24       A    I-squared statistic? 30 percent, it is modest
25   perhaps.

64  (Pages 250 to 253)

Dominik Alexander, PhD
March 8, 2023

Page 254

1    Q   What would you say of 60 percent?
2    A   That is ranging to be higher.  For statistical
3  heterogeneity we are talking about only, yes.  That
4  would be generally on the higher.  Starting to get to
5  the higher range.
6    Q   Can you cite me any guidelines that describe
7  this low, moderate, high degree of I-squared
8  heterogeneity?  What are you referring to or relying
9  upon, if anything?
10    A   In terms of -- well, in I-squared for
11  heterogeneity, is what it is.  It is a statistic that's
12  generated.  Now in numerous textbooks, I may have cited
13  some here pertaining to meta-analysis.  They may
14  characterize it.
15        But typically in epidemiology practice, the
16  higher the I-squared value, that means there is more
17  between study variation.  And that correlates with a
18  lower P-value for heterogeneity, which indicates a
19  higher degree of between study variation.
20    Q   Sir, I asked you about what guidelines.  I am
21  asking about the guidelines or protocols.  Specifically
22  can you identify any?
23    A   Again, it is well-known in epidemiology the
24  statistic is what it is.  Some reports may characterize
25  it.  I have seen some where there may be -- zero to 20

Page 255

1  percent would be lower.  I have seen some 20 to 40
2  would be moderate.
3    Q   I want the names.
4    A   I would have to go back and look at various
5  textbooks.  Perhaps some I cited here.
6    Q   Is it your belief Dr. Wells used Parkinson's
7  disease diagnostic criteria or methods as an
8  exclusion/inclusion criteria in his analysis?
9    A   Is it my belief that he used -- I am sorry?
10  Diagnosis?
11    Q   PD diagnostic criteria or method as an
12  exclusion/inclusion criteria in his analysis?  In his
13  meta-analysis?
14    A   I believe in his declaration he purported to
15  limit his meta-analysis to in-person evaluations.  I
16  believe he said including standardized medical and
17  neurological history and examination by movement
18  disorder specialist.
19    Q   That wasn't my question.  You have reviewed a
20  lot.  You reviewed his testimony.  You reviewed his
21  report.  As you sit here today, from everything you
22  have reviewed, it your belief that Dr. Wells used
23  Parkinson's disease diagnostic criteria or method as an
24  exclusion/inclusion criteria as you sit here today?
25        MS. REISMAN:  Objection to form.

Page 256

1    Q   (By Mr. Kennedy) Yes or no, please.
2    A   Well, I think that was part of what I said
3  pertaining to his meta-analysis studies that he
4  included.  Which I just read to you, which I believe
5  was done inconsistently in his evaluation.  But I
6  believe that was one of the factors that he discussed.
7  I just cited to a quote from him.
8    Q   (By Mr. Kennedy)  I have to have an answer to
9  this question.  I am going to ask the special master to
10  please intervene.  I will ask it again.
11        Is it your belief as you sit here today that
12  Dr. Wells used Parkinson's disease diagnostic criteria
13  or method as an exclusion or inclusion criteria for his
14  meta-analysis?  Please answer my question.
15    A   Well, again, my understanding and my
16  recollection -- and I may be not finding it
17  specifically in my report -- but I read you a quote
18  where my understanding is he purported limit his
19  meta-analysis to that diagnostic classification of
20  evaluations that are articulated.
21        I am not sure if he actually enumerated that
22  particular classification.  But again, I would have to
23  review this.  Review his report.  But my recollection
24  is that was a factor, at least the diagnostic
25  methodology for at least some of his meta-analytic

Page 257

1  models that he created.
2    Q   Is the answer to my question you don't know?
3        MS. REISMAN:  Objection.  Form.
4    Q   (By Mr. Kennedy)  You just said it was one of
5  the criteria.  I asked you a very different question.
6  I asked you -- I will ask you again.  I must have an
7  answer.
8        Is it your belief that Dr. Wells used PD
9  diagnostic criteria or method as an exclusion or
10  inclusion criteria?
11        MS. REISMAN:  Objection to form.
12        THE WITNESS:  Like I said, based on my
13  recollection -- and I may be misrecalling something at
14  the present time -- but my recollection was that he
15  considered, I guess the methodology or modality for
16  diagnosis per his inclusion or exclusion criteria in
17  some of his meta-analysis models or maybe his overall
18  meta-analysis model.
19        There may have been other things as well.
20  Again, my recollection -- and I may be misrecalling
21  that -- is that he included those studies.  I don't
22  remember seeing, however, a clearly laid out inclusion
23  or exclusion method.
24    Q   So the answer to my question is you do not
25  know?

65  (Pages 254 to 257)

Dominik Alexander, PhD
March 8, 2023

Page 258

1    A  I don't recall a clearly laid out inclusion or
2  exclusion method.  I don't know if he had a specific
3  eligibility type of aspect.  But I remember that I
4  believe at least he discussed some type of diagnostic
5  modalities.
6       But again, my recollection is that I don't
7  remember seeing a clearly laid out inclusion or
8  exclusion criteria.
9    Q  So the answer would be you don't know.
10      MS. REISMAN:  Objection.  He just answered
11  you.
12      MR. KENNEDY:  I am going to ask you, Special
13  Master Ellis, these are important questions.
14      MS. REISMAN:  He told you that there is no
15  specific inclusion or exclusion --
16      MR. KENNEDY:  So the answer is he doesn't
17  know?
18      MS. REISMAN:  You are asking an assumption.
19   Q  (By Mr. Kennedy)  Let me ask you this
20  question.  Is it your belief, as you sit here today,
21  that Dr. Wells excluded studies from his meta-analysis
22  based solely on the PD diagnostic criteria used in the
23  study?  Is that your belief, yes or no, or I don't
24  know?
25   A  Well, he included -- I am trying to answer

Page 259

1  that the best I can.  I am thinking through the various
2  analyses that he --
3      SPECIAL MASTER:  Dr. Alexander, this is
4  painful.  And everybody there I am sure is in as much
5  pain as I am, but you are in the most pain.  Can you
6  answer the question and then you can explain if you
7  want to explain.  You don't have to explain.  But yes,
8  no, I don't know.  And you can stop there.  If
9  Mr. Kennedy wants further explanation, he can say why
10  don't you know or further.  Because we got to keep
11  moving.  This is taking way too long.
12      Do you understand what I am asking you to do?
13      THE WITNESS:  Yes, I hear you.  I understand.
14      SPECIAL MASTER:  Thank you.
15      Mr. Kennedy?
16      MR. KENNEDY:  I'm sorry.  Yes.
17   Q  (By Mr. Kennedy)  Let me ask again.  Is it
18  your belief as you sit here today that Dr. Wells
19  excluded studies from his meta-analysis based solely on
20  the Parkinson disease diagnostic criteria used in that
21  study?
22   A  I don't recall if it was solely because of
23  that.  Again, I may indicate that within the report.  I
24  would have to take a look at those sections within my
25  report.  But as I sit here right now, I don't recall if

Page 260

1  he said solely because of that.
2    Q  Is it your belief that Dr. Wells excluded any
3  study that relied upon self-report of Parkinson's
4  disease based solely on the fact that the diagnosis was
5  made because of self-report?
6    A  I don't recall a specific study based solely
7  on self-report as addressed by -- or as, I guess, in
8  that capacity by Dr. Wells.
9    Q  Can we agree that Parkinson's disease
10  diagnostic criteria was one of the factors Dr. Wells
11  utilized to evaluate the quality of the epidemiology
12  studies?  Can we agree to that?
13   A  I cannot agree to that.  Dr. Wells did not
14  evaluate the quality of any of the studies and he
15  admitted to doing that.
16   Q  We will stop there.  It is your belief that
17  Dr. Wells did not evaluate the quality of any of the
18  epidemiology studies, is that your testimony that I
19  just heard?
20   A  My understanding --
21   Q  No.  I just asked you.  Was that the testimony
22  you just gave accurately restated by me?
23      MS. REISMAN:  That is what he is about to tell
24  you.
25      THE WITNESS:  My understanding -- and I think

Page 261

1  I have cited either on footnote forum or in text
2  forum -- is that he indicated he did not assess bias,
3  chance, or confounding.  Those are internal validity
4  quality assessments.  I did not see any summaries of
5  those factors or study quality parameters for internal
6  validity.
7       I believe he testified to that, and I don't
8  recall seeing that in his report.
9    Q  Which wasn't my question.  Let me get back to
10  my question.  Can we agree that Parkinson's disease
11  diagnostic criteria was just one of the factors that
12  Dr. Wells utilized to evaluate the quality of the epi
13  studies?  Can we agree to that, yes or no?
14   A  Again, I am not sure if he used that for the
15  quality of the studies.  That is what I am saying.  I
16  know that he discussed it.  I don't recall him saying
17  for the quality of the study.  But I did not see any
18  other quality parameters that he addressed.  Beyond
19  that, I can't answer that.
20   Q  Look at 105.  105.  Look at page 104 of
21  Dr. Wells deposition.  Question on line 7.
22       "Okay.  If a study had only self-reported
23  Parkinson's disease diagnosis, is that study eligible
24  for inclusion in your meta-analysis?
25       "Answer:  It is not necessarily.  Not

66 (Pages 258 to 261)

Dominik Alexander, PhD
March 8, 2023

Page 262

1   necessarily.  I look at, you know, the other parts of
2   the study.  The other aspects of the study.
3          "What other aspects of the study did you look
4   at:
5          "Answer:  How well -- how well was the disease
6   diagnosed.  I look at the analysis, the design.  You
7   know, all aspects of the study."
8          Do you see that?
9   A   I do.
10  Q   So when I asked you diagnostic criteria was
11  just one of the criteria that he looked at.  Didn't he
12  just testify to that, he looked at other aspects of
13  design.  Was that his testimony?
14  **A   He said -- I really have no idea what that**
15  **means.  He says, you know, all the aspects of the**
16  **study.  That is what he said.  I have seen no evidence**
17  **in his report of that type of summary or that type of**
18  **process.  That is what he said here.**
19  Q   That is what he said.  Let me ask you:  Do you
20  think that is not truthful testimony?  Are you weighing
21  the credibility of that when he says he not only looked
22  at diagnostic criteria, but he looked at other aspects
23  of design?  Are you saying that is not truthful
24  testimony in giving your opinion?
25  **A   No.  I am not questioning the fact that he**

Page 263

1   **said those things.  My issue with this is show me the**
2   **evidence because I don't understand what he means by**
3   **saying "you know, all the aspects of the study."  What**
4   **does that mean?  The design.  Design of what?  The**
5   **study design?  What went into the study?  I am not sure**
6   **what that means.**
7          **I look at the analysis.  Does that mean**
8   **proportional hazards?  Does that mean statistical**
9   **adjustment?  I simply don't know by reading these**
10  **words.**
11  Q   At least from his testimony, he looked at
12  other aspects of design other than diagnostic criteria.
13  You are not saying that is untruthful, are you?  Are
14  you saying that is untruthful?
15  **A   You asked me that and I said I am not**
16  **disputing or talking about the veracity of these words**
17  **on this paper.**
18  Q   Look at page 107 of his testimony, if you
19  would.  You read his deposition, did you not?
20  **A   I would have at some point.**
21  Q   Did you summarize it?
22  **A   I am sorry?**
23  Q   Did you summarize it?
24  **A   There are some summary elements within my**
25  **report.**

Page 264

1   Q   Look at page 107.
2          "Question:  Can you give me a set of rules
3   that a study would have needed to meet in order to be
4   included in your meta-analysis:
5          "Answer:  So you have to look at the -- you
6   know, what the case, the assessment of the disease.
7   You look at the assessment of exposure.  You look at,
8   you know, were the cases actually cases.  Were the
9   controls selected for the same population.  Were they,
10  did they actually have PD.  Was it designed well.  So
11  these -- so there is all these features that go into
12  trying to understand whether it is a good epidemiologic
13  study."
14         Can we agree that Dr. Wells looked at criteria
15  other than diagnostic criteria in assessing the quality
16  of the study including what he listed there?  Can we
17  agree to that?
18  **A   Well, with all due respect, for me to answer**
19  **that, can we just complete this where he was asked**
20  **about those parameters more specifically and he said he**
21  **took a holistic view, which that is not a method I have**
22  **seen in any peer-reviewed publication or standardized**
23  **guideline to evaluate the evidence.**
24         **So he says he did those things.  I am not**
25  **talking about his veracity.  But he is saying those**

Page 265

1   **things.  He was pressed on it.  And he said he**
2   **undertook some type of holistic view, which I am not**
3   **sure what that means.**
4   Q   Did he say he assessed disease?  Diagnostic
5   criteria, did he say he assessed that in this statement
6   on 107 and what we previously read?  Did he state that?
7   **A   I'm sorry, the diagnostic criteria?**
8   Q   Assessment of the disease.  And earlier we
9   talked about diagnostic criteria.  Did he assess those
10  by his testimony?
11  **A   Again, it says the assessment of disease.  I**
12  **am not sure what that means, but he did say that.**
13  Q   Did he say he assessed exposure?
14  **A   Well, he says you have to look at the**
15  **assessment of exposure.  I am not sure if he's**
16  **saying --**
17  Q   Do you think he is talking to the lawyer,
18  telling the lawyer she had to look.  Or you think he
19  was indicating that is something that he would have to
20  look at?  We don't have a lot of time.  Did he say he
21  assessed exposure?
22  **A   He says you have to look at the assessment of**
23  **exposure.**
24  Q   Did he say you have to look at the assessment
25  of disease, and are we talking about Parkinson's

67 (Pages 262 to 265)

Dominik Alexander, PhD
March 8, 2023

Page 266

1  disease, sir?
2      A   I would presume Parkinson's disease.  That is
3  what he said.
4      Q   Did he say you have to look at whether or not
5  the cases are actually cases, and that would be cases
6  of Parkinson's disease.  Does he say that, sir?
7      A   I would presume he is referring to PD cases.
8      Q   Does he say you have to look at the controls?
9  Were the controls selected from the same population,
10  you have to look at that, does he not?
11      A   That is there.  Yes.
12      Q   Does he say you have to look and determine
13  whether the study is well designed, does he state that?
14      A   It says was it designed well, he says that.
15      Q   You don't doubt the truth of any of these
16  statements he gave under oath, do you?
17      A   Well, again, I am not questioning the veracity
18  of that.  That is not something I am doing.
19      Q   That is all I asked.
20          How does he define holistic view?  How do you
21  define holistic view?  You look it up in the
22  dictionary?
23      MS. REISMAN:  That is three questions.
24      Q   (By Mr. Kennedy) Does holistic view means you
25  looked at all aspects as opposed to focussing on a

Page 267

1  single aspect of a human being, a study, an entity, a
2  beautiful picture on the wall?  A landscape.  Holistic
3  means you are looking at all aspects of something you
4  are evaluating by definition.
5      MS. REISMAN:  Objection to form.
6      Go ahead.
7      Q   (By Mr. Kennedy) Isn't that what the term
8  holistic means?
9      A   In terms of holistic for a standardized
10  epidemiology guideline, which is what we are talking
11  about here, I have not seen that term used in
12  standardized epidemiology guidelines or disease
13  causation assessments.
14      Holistic to me, I don't know.  You brought up
15  a painting.  I am looking at this large landscape
16  outside this window.  Giving me a nice view here.  Does
17  that mean holistic?  I am not sure.  In terms of
18  epidemiology in this application, I have no idea what
19  that is.
20      Q   Fine.
21      MS. REISMAN:  Take a break?
22      Q   (By Mr. Kennedy) Can you give me what your
23  understanding is, the common definition of holistic?
24      MS. REISMAN:  Objection to form.
25      THE WITNESS:  Holistic, I would -- one common

Page 268

1  definition would be a large volume or all encompassing.
2  But again, that is not what is in epidemiology
3  standards, I can tell you that.
4      Q   (By Mr. Kennedy)  The word isn't.
5      A   No.
6      MS. REISMAN:  Is this a good time for a break?
7      MR. KENNEDY:  Yes.
8      VIDEOGRAPHER?  We are off the record.  The
9  time is 5:26 p.m.
10      (Off the record.)
11      VIDEOGRAPHER:  We are back on the record.  The
12  time is 5:40 p.m.
13      Q   (By Mr. Kennedy) Dr. Kennedy, can you tell me
14  from your review of the deposition of Dr. Wells, can
15  you tell me why the Elbaz studies was excluded from Dr.
16  Wells meta-analysis?
17      A   I am taking a look at my report.  You said
18  from?
19      Q   From your review of this case, can you tell me
20  why Dr. Wells excluded Elbaz from his meta-analysis?
21      MS. REISMAN:  You gave him testimony.  You
22  want him to go through the transcript?
23      MR. KENNEDY:  I assume he has an opinion as to
24  why Dr. Wells excluded Elbaz.  If he doesn't know or
25  doesn't have an opinion, that is fine.

Page 269

1      THE WITNESS:  I am looking at my report to see
2  if I summarized that.  Is there a page number in this
3  transcript you could refer me to?
4      Q   (By Mr. Kennedy) I do not.  I am wondering
5  whether you have reviewed the deposition and the report
6  and arrived at an opinion as to why Dr. Wells excluded
7  Elbaz from his meta-analysis.
8      MS. REISMAN:  If it is not in his report and
9  if he has to review the testimony, would you like him
10  to review the testimony?  If he thought he knew, that
11  is all I am asking.
12      MR. KENNEDY:  He can't read the entire thing.
13  Did he review the report and the deposition and
14  conclude that he knew why Elbaz was excluded from at
15  meta-analysis?  Maybe he didn't.  I don't know.
16      THE WITNESS:  I don't recall a specific
17  reason.  I did review obviously his report.  I did
18  review the deposition.  I was just looking in my report
19  to see if I had some information, and I don't want to
20  speculate.  That is why I am wondering if you could
21  point me to a specific page, and I could give you --
22      MS. REISMAN:  I haven't done this review.
23  There are multiple citations.  Do you want him to
24  review the transcript?  Just because he said he
25  reviewed --

68  (Pages 266 to 269)

Dominik Alexander, PhD
March 8, 2023

Page 270

1      MR. KENNEDY: There is a lot of testimony
2  about Elbaz. If nothing allowed him to conclude that,
3  that is fine.
4      MS. REISMAN: I don't think he said he
5  couldn't conclude it. Just said he doesn't recall and
6  he would have to review the report.
7    Q   (By Mr. Kennedy) Are there any statements in
8  your report as to why Elbaz was excluded from the Wells
9  meta-analysis?
10     MS. REISMAN: Not whether it is in the
11 testimony. Just whether it is in his report.
12     MR. KENNEDY: Is it in his report.
13     THE WITNESS: I don't recall if it is in the
14 report specifically. I would -- in terms of my report.
15 In terms of my report, based on what Dr. Wells would
16 have said, I don't recall that specifically. In my
17 report, which I am looking at, there are certainly
18 entries in this transcript that I can look at and
19 provide you an overview of why Dr. Wells, perhaps his
20 rationale for excluding it.
21     MS. REISMAN: He wants --
22     MR. KENNEDY: I don't want you to review the
23 report.
24     MS. REISMAN: If it is in the report.
25   Q   (By Mr. Kennedy) Is it in the report?

Page 271

1      MS. REISMAN: There is something in the
2  report.
3    Q   (By Mr. Kennedy) Do you know why he excluded
4  Elbaz? Is that in your report anywhere?
5    A   Again, it may be. I would have to take a
6  break and take a look at the report.
7      MS. REISMAN: Do you want him to do that?
8      THE WITNESS: I would be happy to do it. I
9  don't think it should take --
10   Q   We will come back to it.
11   A   Well, sure enough. Given a little time.
12   Q   Very good.
13   A   Page 91. It says in the report "Relied on
14 ambiguities and exposure and diseases specificity." So
15 that is what it says there. However, Dr. Elbaz
16 confirmed cases with an in-person examination by
17 movement disorder specialist to find PD. Identical to
18 the criteria used in Hertzman, which he did include.
19      In terms of specificity, there is outcome
20 specificity. And they clearly report relative risk
21 data or odds ratio data for Paraquat specifically.
22   Q   In Elbaz, if Dr. Wells believed that it was
23 not a study of Paraquat, assessing the risk and
24 exposure to Paraquat, would that be an appropriate
25 exclusion?

Page 272

1    A   That would be incorrect.
2    Q   I didn't ask you --
3    A   It would not be an appropriate exclusion
4  because it would not be correct.
5    Q   That is going to be more time.
6      If he concluded that Elbaz was not studying
7  Paraquat exposure, can we agree that would be an
8  appropriate exclusion?
9    A   I understand what you are asking now. If that
10 was his thought, meaning that Paraquat specifically was
11 not evaluated as the exposure group -- well, you said
12 appropriate exclusion. He did not provide inclusion
13 and exclusion criteria. And I was unable to -- despite
14 my efforts, unable to follow along. So if he said that
15 was his exclusion criteria based on his feeling or
16 belief that that were to be true, then that would be
17 his rationale. My understanding is that that is not
18 true.
19   Q   I will ask you again. Listen very carefully.
20 If Dr. Wells concluded that Elbaz was not a study of
21 Paraquat, would that be an appropriate exclusion
22 criteria? Yes or no?
23   A   Well, again, I am trying to go back. He
24 doesn't articulate inclusion and exclusion criteria.
25 But if there is a study that does not address Paraquat,

Page 273

1  in my view, in general, and based on my analysis, that
2  would be a reason for exclusion if a study does not in
3  fact evaluate Paraquat.
4    Q   So the answer to my question is a simple yes,
5  true?
6      MS. REISMAN: Objection to form.
7    Q   (By Mr. Kennedy) Simple true, it is yes?
8    A   Based on my qualifications, that would be
9  correct.
10   Q   Look on page 88.
11   A   Of my report or the Wells?
12   Q   Your report. Under PD Diagnostic criteria,
13 second sentence, middle of the third line. Do you see
14 that? You are talking about Dr. Wells.
15   A   Okay. I am following with you on the bottom
16 of page 88.
17   Q   You state, "He," meaning Wells, "also claimed
18 to exclude one study Van der Mark 2014 because it did
19 not require a PD diagnostic exam given by a group of
20 disorder specialists in contrast to the other case
21 control studies in the meta-analysis." You cite report
22 page 15. That would be the Wells report. Page 15,
23 correct?
24   A   That should be, yes.
25   Q   Do you have that Wells report in front of you?

69 (Pages 270 to 273)

Dominik Alexander, PhD
March 8, 2023

Page 274

1  Have you looked at that yet?  That is Exhibit 101.  Do
2  you have Exhibit 101?
3      **A   Did we pull that out yet?**
4      Q   My question is:  Where on page 15 did Dr.
5  Wells state that he excluded Van der Mark based solely
6  on how the PD cases were identified?  Does he state
7  that on page 15 of his report?
8      **A   I note here he excluded Van der Mark.  I note**
9  **where he discussed the PD diagnostic exam.  Was**
10 **there --**
11     Q   Did you answer my question?
12        MS. REISMAN:  He answered it a while ago.
13        THE WITNESS:  Yeah, that's why I was asking
14 you.
15        MS. REISMAN:  Do you want to have the court
16 reporter read it back?
17        (Read back.)
18     Q   (By Mr. Kennedy)  Tell me, where does it state
19 on page 15 that he excluded Van der Mark based upon the
20 fact that there was not a diagnostic exam given by a
21 movement disorder specialist?  Where does he state that
22 was the reason for exclusion?  If you can read me the
23 words on page 15 that you cite of his report.
24     **A   The words may not be directly addressing your**
25 **question.  But he said limiting his meta-analysis to**

Page 275

1  **in-person evaluations, including standardized medical**
2  **and neurological history and examination by movement**
3  **disorder specialist.**
4      Q   Page 15?
5      **A   That is page 17 and 18.**
6      Q   You cited page 15.  I am asking you where on
7  page 15 does Dr. Wells state that he excluded Van der
8  Mark because there was not, as you say, an exam given
9  by a movement disorder specialist?  Where does he state
10 that on page 15 that you cite?
11     **A   That appears to be one of the reasons because**
12 **of what I just read to you.  And because of what he**
13 **said in his report, he said it was excluded on page 15.**
14 **He talked about the diagnostic issue.  That is**
15 **consistent with what he said on page 17 and 18.**
16     Q   Read me the words on page 15 where he says I
17 am excluding Van der Mark because there was not an exam
18 done by a movement disorder specialist?  Read me the
19 words Dr. Wells used where he states that, according to
20 your report?  Where are the words on page 15?
21     **A   Again, it doesn't say it exactly like you are**
22 **asking.  He said he excluded Van der Mark.  He provides**
23 **reasons.  One of which is it does not mention the PD**
24 **diagnostic criteria.**
25        **In addition -- that may not be the sole**

Page 276

1  **reason -- but in addition in the prior page, on page**
2  **87, he also excluded it purportedly because it was a**
3  **hospital-based case control study not restricted to**
4  **agricultural workers.  So I am not saying that's the**
5  **only consideration he had.  I have two pages in a row**
6  **talking about some inconsistencies pertaining to his**
7  **exclusion of Van der Mark.**
8      Q   Read me the words on page 15.  Read me the
9  words in his report, if you would, please, that you are
10 referencing.
11     **A   "This study does not mention the PD diagnostic**
12 **criteria.  Case identification did not require a PD**
13 **diagnostic exam given by a movement disorder specialist**
14 **in contrast to the other case control studies and the**
15 **meta-analysis that required such a PD diagnostic exam**
16 **by a movement disorder specialist."**
17     Q   Why did you not read the sentence above?
18        MS. REISMAN:  He did.
19     Q   (By Mr. Kennedy)  Once a patient had an
20 initial record of PD diagnosis, one neurologist from
21 each hospital reviewed the medical files of the
22 potential participants.  The study does not mention the
23 PD diagnostic criteria, correct?  Was that one of the
24 reasons he excluded?
25     **A   Because it does not mention the PD diagnostic**

Page 277

1  **criteria?**
2      Q   Is that one of the reasons?
3      **A   It appears that collectively that is one of**
4  **the reasons.  And there is some other reasons on the**
5  **page before.**
6      Q   Thank you.
7         Can you tell me the diagnostic criteria used
8  in the Dhillon study?  Dhillon is 107 -- strike that.
9         I am not going to do that.
10        Go to page 94 of your report if you would,
11 please.  Meta-analysis of occupational Paraquat
12 exposure and Parkinson's disease.  Do you see that
13 heading?
14     **A   I do.**
15     Q   Second paragraph, you state "For illustrative
16 purpose only, I have conducted meta-analyses of
17 occupational Paraquat exposure and Parkinson's disease
18 using the appropriate methodology.  As indicated, the
19 current literature is two methodologically and
20 analytically heterogeneity to perform a reliable
21 meta-analysis."
22        Is that your statement?
23     **A   That is what I wrote in the report.**
24     Q   Is that equally applicable to the
25 meta-analysis you performed?

70  (Pages 274 to 277)

Dominik Alexander, PhD
March 8, 2023

Page 278

1    A   That is what I am -- this is a meta-analysis
2 performed for illustrative purposes only. I am
3 referring to that overall, I did an illustrative
4 meta-analysis in response to what Dr. Wells did. And
5 that is the point of what I am saying in terms of at
6 least how he combined studies into an analytical model.
7 It is not reliable. It is not replicable.
8    Q   I need an answer to the question.
9        MR. KENNEDY: Court Reporter, could you read
10 the question back?
11       (Question read back.)
12    Q   (By Mr. Kennedy) I will repeat it. You state,
13 "As indicated, the current literature is too
14 methodologically and analytically heterogeneous to
15 perform a reliable meta-analysis."
16       Is that statement that you wrote equally
17 applicable to every meta-analysis that you performed in
18 this case? Yes or no?
19    A   I would say that this represents the overall
20 state of all the meta-analyses. Meaning the studies
21 are too variable in terms of study design to provide a
22 reliable association for -- based on what Dr. Wells
23 did. So this meta-analysis is on the basis or response
24 to Dr. Wells inclusion those set of studies overall.
25       So based on that type of analysis of

Page 279

1 Dr. Wells, the data overall are unreliable.
2    Q   I need an answer to my question.
3    A   I am sorry, just to clarify that. That is the
4 point of this exercise. Meaning I am discussing the
5 heterogeneity, the variability, design differences. So
6 this meta-analysis, again, is in response to that.
7 That is the point. I am showing you the heterogeneity
8 and unreliability of the findings.
9    Q   I need an answer to this question. Can you
10 read the whole question back, please.
11       I'm going to ask it again. Very clearly.
12       You state, "As indicated the current
13 literature is too methodologically and analytically
14 heterogeneous to perform a reliable meta-analysis."
15       Is that statement equally applicable to the
16 meta-analysis that you performed in this case? Yes or
17 no?
18    A   It is not with all due respect. Meta-analysis
19 can be quite complex. If someone were to rely on -- if
20 someone were to rely on a statistically significant
21 relative risk generated from this analysis, like at
22 1.88 from Dr. Wells, or any summary relative risk, that
23 is not a reliable estimate of relative risk. This
24 meta-analysis that I performed evaluates
25 characteristics that are valid subgroup

Page 280

1 characteristics. But relying upon a summary relative
2 risk to estimate risk in an individual or population,
3 it is not reliable.
4    Q   Is your answer Dr. Wells' meta-analysis are
5 unreliable, but yours are? Is that your answer?
6    A   No. The answer is the summary relative risk
7 produced -- if you are to use those to estimate risk in
8 a person like Dr. Wells did -- that is completely
9 unreliable. Meaning I would not take my summary
10 relative risk estimate I produced and reliably say an
11 individual is at risk or not of a disease at this
12 magnitude. The purpose of my illustrative
13 meta-analysis was to methodologically show the
14 variability and the inconsistency which I did.
15    Q   Let me ask you again. You can answer it yes
16 or no. You state, "As indicated the current literature
17 is too methodologically and analytically heterogeneous
18 to perform a reliable meta-analysis." You are talking
19 about the current literature that you reviewed.
20       You then go on to perform meta-analysis. Is
21 your statement applicable to your meta-analysis for the
22 purposes that you perform them?
23    A   As I said, for the summary relative risk
24 estimates generated, yes. Those summary relative risk
25 estimates would not be reliable.

Page 281

1    Q   Those are the ones done by Dr. Wells?
2        MS. REISMAN: Let him finish his sentence.
3        THE WITNESS: No. The ones I generated -- I
4 said this last time. The ones I generated as well,
5 they would not be used to estimate risk of disease in
6 an individual. So --
7    Q   (By Mr. Kennedy) Can you point out the ones
8 in your report that are equally unreliable if you
9 would?
10       MS. REISMAN: Objection to form.
11 Mischaracterizes the witness' testimony.
12       THE WITNESS: That is apples and oranges
13 compared to what you are saying. Compared to what I
14 did. I explained the reason why I performed these
15 illustrative meta-analysis. What you are asking me
16 apples and oranges to what I actually did.
17    Q   (By Mr. Kennedy) Can we use your
18 meta-analysis you performed, are they reliable to
19 estimate the risk of Paraquat in relation to
20 Parkinson's disease?
21    A   The summary estimates of relative risk
22 generated here, again, are only in response to Dr.
23 Wells. That is the only reason why they were
24 conducted. So I am not saying -- nowhere in here am I
25 drawing a conclusion that the association between

71 (Pages 278 to 281)

Dominik Alexander, PhD
March 8, 2023

Page 282

1  Paraquat exposure and Parkinson Disease is 1.44 with a
2  certain confidence interval. I am not doing that.
3  That wasn't the intent or purpose. I am doing an
4  illustrative meta-analysis in response to what Dr.
5  Wells did. I did not generate the summary statistics
6  for that purpose that you are asking.
7     Q   So my statement is correct? We cannot use
8  your meta-analysis to assess or evaluate the risk of
9  Paraquat exposure and Parkinson disease? Is that
10 correct? That is not the purpose of your studies, and
11 we cannot use them for that purpose; is that true? Yes
12 or no?
13    A   It is based on the question you are asking, it
14 is apples and oranges. Again, I keep coming back to
15 the purpose. There is summary relative risk. Like I
16 said, the summary relative risk should not be implied
17 to an individual, so they are not reliable estimates of
18 risk for an individual. But they do give you various
19 patterns of relative risk based on the set of
20 literature Dr. Wells was looking at.
21    And when you are taking his set of literature
22 and performing -- trying to do proper methodology based
23 on what he provided, you get those summary relative
24 risks. I am comparing the summary relative risk here,
25 using better methodology than Dr. Wells did. That is

Page 283

1  the point.
2     Q   Special Master, I need an answer to this
3  question. It is an important question, and I am simply
4  not getting an answer. It is a yes or no question. It
5  is based upon the testimony he gave. The answer, I
6  believe, is obvious, but I absolutely need an answer.
7  If you can assist us please.
8        MS. REISMAN: The witness is doing the best he
9  can to explain scientific concepts to you.
10       MR. KENNEDY: He is not answering the
11 question. I have asked it five different ways.
12       I think the special master maybe has left us.
13       MS. REISMAN: Want to take a break and clarify
14 what it is there is the difference in?
15       MR. KENNEDY: I don't want to take a break.
16 He said it in the middle of a four-page answer.
17    Q   (By Mr. Kennedy) My question is very simple.
18 I will ask it one more time.
19       Is it accurate that the meta-analysis that you
20 created in this case cannot be used to assess the risk
21 of Paraquat exposure as it relates to Parkinson
22 disease; is that correct?
23    A   Not necessarily. Again, that is for reasons I
24 expressed to you. And I am sorry it is not a simple
25 yes or no answer. You are asking about a very complex

Page 284

1  type of analysis. A very complex interpretation. You
2  are asking about disease risk, whether it is an
3  individual or a population.
4        Again, as an epidemiologist, I am doing my
5  best to express epidemiology concepts to you. But with
6  all due respect, some of the questions you are asking
7  are not consistent with the application of
8  epidemiology.
9        Again, I can say what I did, why I did it for
10 the purpose of the reason. Again, I apologize, but
11 that is -- at least my reading of your question, that
12 is the best I can do. I am trying the best I can.
13    Q   I just don't think he is answering the
14 question. Let me ask it again.
15       Are you telling us that we can use the results
16 from your meta-analysis to assess and evaluate the risk
17 related to exposure to Paraquat and Parkinson's
18 disease? Is that what you are saying? Yes or no?
19    A   Again, that is not necessarily what I am
20 saying because of the reasons I gave. The purpose of
21 what I did is to take Dr. Wells' body of literature for
22 illustrative purposes in response to what he did. And
23 at least make some proper methodological modifications.
24 Doing this at least in a correct way given his body of
25 literature.

Page 285

1        When doing so, I have reported the data. And
2  if you are following Dr. Wells' methodology, or lack
3  thereof, in doing appropriate methodology with that set
4  of studies, I reported summary relative risk estimates.
5  I am not saying that these should be applied to risk
6  estimates for study populations exposed to Paraquat and
7  Parkinson's disease.
8        That is, I think, the first your first
9  question. I went back and I discussed that and the
10 purpose of it. Now, again, I am looking at the
11 methodology. I am looking at sources of heterogeneity,
12 and that is what this is.
13    Q   Did you just tell us that the purpose of your
14 epidemiology studies were not to assess the risk of
15 Paraquat relating to Parkinson disease, and therefore
16 we cannot use your meta-analysis to assess the risk of
17 Parkinson disease in relation to -- the risk of
18 Paraquat in relation to Parkinson, correct?
19       You just told us, correct? That wasn't
20 the intention of your studies, and we can't use them to
21 assess the risk of Paraquat exposure in relation to
22 Parkinson disease. Is that accurate?
23    A   Again, I am sorry. I have to be an honest
24 epidemiologist. The way you are asking the question
25 and the complexity of this type of analysis, it is not

72 (Pages 282 to 285)

Dominik Alexander, PhD
March 8, 2023

Page 286

1  a straightforward answer. But for the purpose of doing
2  this type of assessment, I am generating some summary
3  statistics by virtue of creating models you are
4  creating summary statistics.
5      Now, the point of this was in response to Dr.
6  Wells. My point was not to say here are summary
7  statistics, and these are the overall risk estimates
8  for Paraquat exposure in the epidemiology studies and
9  Parkinson's disease. It is taking Dr. Wells set of
10 literature, making some improvements on his
11 methodological flaws, and creating the data sets that
12 you see here.
13     SPECIAL MASTER: Mr. Kennedy, can we move on?
14     MR. KENNEDY: I think he probably said what I
15 said.
16     MS. REISMAN: I suspect we are at time at
17 seven hours. If you have a quick topic, I am happy to
18 let you finish this topic.
19     Q   (By Mr. Kennedy) Let me finish this page
20 then. You established three different groups for your
21 synthesis for your analysis, did you not? Paraquat --
22 agricultural workers, occupational and mixed. Did you
23 not?
24     A   Yes. On page 94, yes.
25     Q   What is the rationale for this subgrouping?

Page 287

1  Is it stated anywhere in your report? The rationale
2  for these subgroups?
3      A   These are -- these groupings, again, I would
4  have to take a look and see if -- I think I discuss
5  some of those groupings in the report. But these are
6  groupings based on similar types of studies in terms of
7  it is a way to categorize studies. Grouping the
8  occupational workers together, and those that used
9  Paraquat as part of their occupational use. And then
10 some studies that used it occupationally, and there
11 could be some mixed use in terms of residential
12 application.
13     Q   I asked you for your rationale for this
14 grouping into these three different groups, what is
15 your rationale? Where is it stated?
16     A   The rationale would be to group the studies
17 based on similar characteristics. Again, I would have
18 to take a look and see if I have addressed that or
19 indicated that in other parts. I do think if you -- if
20 you bear with me a second.
21     Q   It is occupational, agricultural, and mixed.
22 What is the rationale for these three different groups
23 you have created? Where is your rationale stated?
24     A   Throughout, I think, beginning around 32 and
25 on. I discuss the study population aspects that I

Page 288

1  evaluated pertaining to type of exposure. I discuss
2  the fact throughout the report that agricultural
3  workers may have a greater understanding of use of
4  pesticides. Greater knowledge of their application.
5      Q   Stop right there. Can you tell me what is the
6  basis for that statement that agricultural workers are
7  going to have better recall than -- what did you say,
8  occupational workers? What is the basis for that
9  statement?
10     A   I said a better understanding of their use
11 practices.
12     Q   Okay. What is the basis for that statement,
13 that agricultural workers have a better understanding
14 of their use practice than occupational workers? What
15 is the basis for that?
16     A   Well, in epidemiology, in reviewing and being
17 a trained epidemiologist, individuals train to use
18 certain products, or in an environment that is what
19 they do per their job on a daily basis. Typically have
20 a greater understanding of their nature of exposure.
21     Q   I asked you, cite me the study that says there
22 is better understanding amongst agricultural workers as
23 opposed to occupational workers who use Paraquat. Cite
24 me any study. I didn't see it anywhere in your report.
25     A   I would have to take a look at the individual

Page 289

1  study.
2      Q   Do you cite any in your report?
3      A   I may cite studies that have said that, yes.
4  Regardless of that, on page 94 the three groups, I have
5  looked at each and every individual study. That is
6  just a way to characterize study by similar
7  characteristics.
8      Q   Have you validated the statement that
9  agricultural workers have a better understanding of use
10 than occupational workers? Have you validated that
11 anywhere, or has any study validated that statement?
12     A   Studies may have said that. I don't recall a
13 specific study.
14     Q   Do you cite any studies that have validated
15 that statement?
16     A   I don't recall a specific study. It may be in
17 my report, or I would have to look at the individual
18 studies to see if that particular aspect was mentioned.
19 But again, this is a way to look at or characterize
20 studies by more homogenous groupings.
21     That is something that is typically done by a
22 study population if you look at the guidelines. This
23 is methodology that is very consistent with the
24 recommended guidelines when performing a systematic
25 evaluation.

73 (Pages 286 to 289)

Dominik Alexander, PhD
March 8, 2023

Page 290

1    Q  Has this statement by you been validated, yes
2  or no?
3    A  Which statement?
4    Q  The statement we are talking about.
5  "Occupational -- agricultural workers have a better
6  understanding of use than occupational workers." Has
7  that, to your knowledge, ever been validated?  Yes or
8  no?
9    A  I am not sure.  I am not sure exactly what you
10  mean by validation for that particular statement.
11    Q  Thank you.  Let me ask the next question.
12  Tell me what other occupations than agricultural use
13  Paraquat?  List those for me, please.
14    A  I am sorry?
15    Q  What other occupations, other than
16  agricultural, use Paraquat?
17    A  Meaning apply Paraquat?
18    Q  Correct.
19    A  I would have to take a look at the individual
20  occupational studies, but I believe there are
21  individuals who apply Paraquat for -- as an herbicide
22  or for weed control.
23    Q  I asked what other occupations.  Other than
24  agricultural, what other autopsies utilize paraquat?
25    A  In terms of a list of occupations, I am not

Page 291

1  sure.  It is based on the studies, which I could take a
2  look and go through each of the studies to see if they
3  discuss their occupations.
4        VIDEOGRAPHER:  Off the record at 6:22 p.m.
5        (Off the record.)
6        VIDEOGRAPHER:  We are back on the record.  The
7  time is 6:25 p.m.
8    Q  (By Mr. Kennedy)  You have reviewed
9  Breckenridge, correct, doctor?
10    A  I have.  And I hope everyone doesn't hate me,
11  but I haven't memorized it.
12    Q  That is all right.  If you go to page five.
13  You see that the Breckenridge divided the epi studies
14  for his review into two tiers.  Tier one and tier two.
15  Do you see that?
16    A  I see that in the second full paragraph.
17    Q  And he looked, it looks like, three different
18  criteria based on quality and has tier one and tier
19  two.  Do you see that?
20        MS. REISMAN:  Are you asking whether he sees
21  tier one or tier two?
22    Q  (By Mr. Kennedy)  In the evaluation of
23  heterogenicity in the observed association, we
24  classified all studies for each risk factor to two
25  tiers according to their methodological rigger.  Tier

Page 292

1  one indicating higher study quality.  Would be the
2  incidents studies.  Medical records.  Physician
3  confirmation.  And then exposure based on individual
4  level.  Do you see that?
5        MS. REISMAN:  First full paragraph?
6        THE WITNESS:  I see where you are reading
7  from.
8    Q  (By Mr. Kennedy)  He has tier one and tier two
9  studies according to Breckenridge and his review, true?
10    A  He did two tiers.  Two tiers.  I believe
11  that is correct.
12    Q  And he did a Bradford Hill analysis.  Go to
13  page 22.  You see this?  Page 22, Bradford Hill
14  analysis?
15    A  I am sorry, you said page 22?
16        MS. REISMAN:  You mean the paragraph?  There
17  is a paragraph on 22.
18    Q  (By Mr. Kennedy)  I will ask you assume.
19  There is only one tier one study.  Do you recall that
20  only Firestone 2010 was a tier one study in his
21  analysis?
22    A  I believe that to be the case.
23    Q  If you go to page 22 of Breckenridge where he
24  is talking about his Bradford Hill causation analysis.
25  Do you see that?

Page 293

1    A  I see that paragraph.
2    Q  He states, "An assessment of the weight of the
3  evidence, according to Bradford Hill's viewpoints,
4  indicates there is inadequate basis to draw an
5  inference of causality between PD and Paraquat use
6  based upon one tier one study."  Do you see that?
7    A  I do.
8    Q  Could we agree that if he only used one tier
9  one study for his Bradford Hill analysis, that would be
10  an inappropriate methodology?
11        MS. REISMAN:  Objection.  Form.
12        THE WITNESS:  Not necessarily because he would
13  have reviewed all of the other studies.  In
14  Breckenridge's view that was the one of higher quality.
15  But all of which would have been considered, and the
16  one that had the highest level of quality in
17  Breckenridge's opinion did not support causality.
18    Q  (By Mr. Kennedy)  Does he state there that he
19  is utilizing only the tier one study in his Bradford
20  Hill analysis?
21    A  He said based upon one tier one study.
22  However, he would have considered all of the studies.
23  That is the one that rose to a tier one study.  All
24  would have been considered in his assessment.  That one
25  particular study was the one of better quality and

Paszkiewicz Court Reporting
(618) 307-9320 / Toll-Free (855) 595-3577

Dominik Alexander, PhD
March 8, 2023

Page 294

1  showed no association.  That is the basis of that
2  opinion.
3      Q   If Dr. Breckenridge testified that he only
4  utilized the single tier one study in his Bradford Hill
5  analysis, would that be an inappropriate methodology --
6         If Dr. Breckenridge testified that he only
7  used the single tier one study in his Bradford Hill
8  analysis, can we agree that that would be an
9  inappropriate methodology?
10     A   Not if he considered the other studies that
11 may have risen to a tier one.  So the point is if he
12 was reviewing the study, just like you said, and only
13 one was tier one meaning this is the quality study, the
14 tier one study, and if that study was not supportive of
15 an association
16        -- for the Bradford Hill part of it, if he
17 reviewed the other studies for the quality assessment,
18 that is the only study that rose to the level of
19 evidence for a causal assessment.  So that would be
20 appropriate if he evaluated all of the studies.  That
21 is the only study that rose to that level.  He drew a
22 conclusion.  That would be appropriate because there
23 would have been methodology to evaluate the other
24 studies.
25     Q   Let's be clear.  If Dr. Breckenridge testified

Page 295

1  only one study met his criteria for tier one, and
2  therefore he only used one study in his Bradford Hill
3  analysis, it would be your opinion that would be
4  appropriate?
5         MS. REISMAN:  Objection to form.
6         THE WITNESS:  His conclusion of lack of
7  evidence for causality is appropriate if you are
8  relying on one study.  One single study does not
9  provide evidence of causation.  So consistent with what
10 Dr. Breckenridge said, he had one study and he said
11 there is no evidence for causation or something along
12 those lines.  That would be -- so you can't get to
13 causation with a single observational study.
14     Q   (By Mr. Kennedy)  I am talking about Bradford
15 Hill.  If Dr. Breckenridge determined there was only
16 one tier one study in his quality review, and therefore
17 he only applied that single tier one study in his
18 Bradford Hill analysis, is it your opinion that that is
19 appropriate?
20        MS. REISMAN:  Objection to form.
21        THE WITNESS:  It is appropriate to conclude no
22 causation because you would not base causation on one
23 single study.  Meaning you would not say there is a
24 causal relationship based on one single study.  It is
25 appropriate from that perspective.  The way you are

Page 296

1  looking at me it seems like we are not on the same
2  page.
3      Q   (By Mr. Kennedy)  Are you saying his approach
4  was appropriate?  That is all I am asking.  It is very
5  clear.
6         He testified I only used a tier one study.
7  That was the only one that had tier one quality.
8  Therefore, that is the only one I used in my Bradford
9  Hill analysis.  Is that appropriate to do it that way
10 in your opinion?
11     A   Again, if he is reviewing all studies, like I
12 said --
13     Q   He reviewed all the studies.
14     A   He reviewed all studies.
15     Q   He reviewed all the studies and he said only
16 one is a tier one study.  And therefore he only used
17 the tier one study in his Bradford Hill analysis,
18 single study, is that appropriate?  He reviewed all the
19 studies, yes.
20     A   Appropriate.  It is his methodology that he
21 followed in the paper.  He found one study of higher
22 quality, according to tier one, and he drew a causal
23 conclusion.  That is appropriate methodology.
24     Q   Using only the tier one study?  That is my
25 question.

Page 297

1         MS. REISMAN:  Asked and answered.  You got an
2  answer.  You have asked it.  Can we be done?
3         MR. KENNEDY:  Fine.  Yes.
4         VIDEOGRAPHER:  Before we go off the record,
5  the signature is waive or read or sign?
6         MS. REISMAN:  We will review and sign.
7         VIDEOGRAPHER:  We are off the record.  The
8  time is 6:34 p.m.
9         (Whereupon, the deposition concluded at 6:34
10 p.m.)
11              * * * *
12        By signing hereafter, I declare that the
13 foregoing is true and correct.
14     Executed at _____ on _____.
15              _____
16
17
18
19
20
21
22
23
24
25

75  (Pages 294 to 297)

Dominik Alexander, PhD
March 8, 2023

Page 298

1        DEPOSITION OFFICER'S CERTIFICATE

2

3    STATE OF CALIFORNIA        )

4                              )

5    COUNTY OF ORANGE          )

6        I, Rebecca A. Harp, hereby certify:

7        I am a duly qualified Certified Shorthand

8    Reporter in the State of California, holder of

9    Certificate Number CSR 11895 issued by the Court

10   Reporters Board Of California and which is in full

11   force and effect.  (Bus. & Prof. 8016).

12       I am not financially interested in this action

13   and am not a relative or employee of any attorney of

14   the parties, or of any of the parties.  (Civ. Proc.

15   2025.320.

16       (a) I am authorized to administer oaths or

17   affirmations pursuant to California Code of Civil

18   Procedure, section 2093 (b) and prior to being

19   examined, the witness was first placed under oath or

20   affirmation by me. (Civ. Proc. 2025.320, 2025.540(a))

21       I am the deposition officer that

22   stenographically recorded the testimony in the

23   foregoing deposition and the foregoing transcript is a

24   true record of the testimony given. (Civ. Proc.

25   2025.540(a))

Page 299

1        I have not, and shall not, offer or provide

2    any services or products to any party's attorney or

3    third party who is financing all or part of the action

4    without first offering same to all parties or their

5    attorneys attending the deposition and making same

6    available at the same time to all parties or their

7    attorneys. (Civ. Proc. 2025.320 (b))

8        I shall not provide any service or product

9    consisting of the deposition officer's notations or

10   comments regarding the demeanor of any witness,

11   attorney, or party present at the deposition to any

12   party or any party's attorney or third party who is

13   financing all or part of the action, nor shall I

14   collect any personal identifying information about the

15   witness as a service or product to be provided to any

16   party or third party who is financing all or part of

17   the action. (Civ. Proc. 2025.320(c))

18

19       Dated: _____, 2023.

20

21               _____

22

23

24

25

Paszkiewicz Court Reporting
(618) 307-9320 / Toll-Free (855) 595-3577

Dominik Alexander, PhD
March 8, 2023

Page 300

| A | | | |
|---|---|---|---|
| **A-13** 201:22 | 44:25 71:10,12 | 163:19 190:15 | 152:14 153:11 |
| **a.m** 1:19 6:3,7 | 94:14 179:25 | 194:19 207:14 | 155:3,16 158:7 |
| 62:18,21 102:1 | 208:23 283:19 | 246:8 275:25 | 161:20 |
| 102:4 | 285:22 | 276:1 | **adjustment** |
| **abilities** 151:22 | **accurately** | **additional** 12:24 | 152:21 153:3 |
| **ability** 218:19 | 159:19 260:22 | 29:18 32:13 | 154:16 155:20 |
| **able** 33:3 63:1 | **acknowledge** | 122:19 163:12 | 156:1,5,14,20 |
| 138:16 189:3 | 143:5 144:2,15 | 190:11 216:17 | 157:1 158:22 |
| 195:19 204:21 | 144:20 | 216:25 226:2 | 159:25 160:3 |
| 204:23 205:13 | **acknowledged** | 241:10 242:5,7 | 160:11,14,16 |
| 205:14 217:25 | 56:15 141:11 | **address** 8:4,7,9 | 263:9 |
| 240:16,18 | 143:19 | 8:16,19,20,21 | **adjustments** |
| 241:12,20 | **acknowledge...** | 9:1 21:23 | 153:2 154:18 |
| 242:12 243:3,5 | 72:18 | 82:25 90:20 | 158:24 212:14 |
| **absolutely** | **acquisition** | 108:20 128:5 | 244:15,17 |
| 147:16 172:1 | 32:17 33:1 | 137:10 140:21 | **administer** |
| 232:11 283:6 | **action** 298:12 | 178:3 195:2 | 298:16 |
| **academic** 46:21 | 299:3,13,17 | 216:4 220:10 | **administrative** |
| 50:23 58:11 | **Actions** 1:14 | 221:3 272:25 | 23:21 24:1 |
| **academically** | **activities** 23:10 | **addressed** 80:24 | 80:9 |
| 133:6 | 39:16 40:23 | 83:2 134:24 | **admitted** 260:15 |
| **acceptable** | 41:14 42:4,12 | 135:24 203:12 | **admittedly** 15:7 |
| 114:15 124:5,7 | 42:18,22,25 | 216:2 260:7 | **adopt** 179:17 |
| 128:7,25 129:3 | 55:9,24 60:20 | 261:18 287:18 | **adult** 226:23 |
| 171:15,25 | 64:18 80:12 | **addressing** | 227:15 230:17 |
| 206:6,9,21,22 | 83:12 84:9 | 250:9 274:24 | **adversely** 126:2 |
| 206:25 207:22 | **activity** 39:16 | **adjunct** 47:7,7,8 | **advertising** 27:2 |
| 207:25 208:14 | 79:23 | **adjust** 134:3 | 27:4 |
| 210:2 253:5,11 | **actual** 44:22,25 | 135:8 138:19 | **affect** 156:21 |
| 253:13 | 92:3 153:16 | 138:23 139:2 | **affiliated** 46:21 |
| **accepted** 39:25 | 154:3 188:12 | 140:15,16 | 47:4,5 51:8,22 |
| 171:11 172:4 | 190:2 240:3 | 152:16 155:12 | 52:9 |
| 206:15 | **acute** 81:22 | 155:24 157:4 | **affiliation** 47:14 |
| **account** 139:10 | **adaptation** | 159:8 189:15 | 50:21,23 51:11 |
| 139:14 244:8 | 180:6 | 205:6 | 52:19,24 |
| 244:14 | **add** 26:11 32:14 | **adjusted** 94:1,7 | **affiliations** 51:4 |
| **accounted** | 97:12 | 95:1 134:15 | **affirmation** |
| 134:15 | **added** 183:16 | 153:2,8,14,15 | 298:20 |
| **accounting** | 194:8,10 | 153:19,23 | **affirmations** |
| 137:3 244:10 | 252:20 | 154:6 156:12 | 298:17 |
| **accurate** 10:3 | **adding** 184:21 | 157:24 159:4 | **ag** 3:3 145:20 |
| 12:14,16 13:12 | 187:16 252:6 | 159:16,17 | **age** 153:2 |
| 17:18 20:21 | 252:17,23 | 160:21 205:25 | **ago** 53:12,15 |
| 22:23 29:5 | **addition** 11:7 | 206:1 240:22 | 76:2,4 81:16 |
| | 13:2,25 118:12 | **adjusting** | 85:14 274:12 |
| | | | **adjusting** |

| | | | |
|---|---|---|---|
| | | | 152:14 153:11 |

(continuation of column 4, bottom entries)

**adjustment** 152:21 153:3 154:16 155:20 156:1,5,14,20 157:1 158:22 159:25 160:3 160:11,14,16 263:9

**agree** 113:24
129:22 130:1,2
130:8,14
131:11 134:6
135:1,14,16,25
136:6 156:3
168:17 172:5,7
172:23,25
176:25 179:10
199:9 200:6
204:20,23
207:17 216:6
226:7 227:2
243:16 249:10
260:9,12,13
261:10,13
264:14,17
272:7 293:8
294:8
**Agreeable** 12:7
**agreement**
13:20 61:24
**agricultural**
48:24 49:7
145:19 147:7
169:3,4 276:4
286:22 287:21
288:2,6,13,22
289:9 290:5,12
290:16,24
**agriculture** 49:3
49:5
**ahead** 18:12
84:7 147:22
166:8 173:11
234:25 235:1
267:6
**AHS** 163:11
174:24
**air** 77:3 203:24
204:6
**al** 118:6 119:4
**alcohol** 158:19
**Alexander** 1:16
6:6 7:17 8:3

31:11 70:17,18
71:21 183:12
184:1 219:7
259:3
**Alexander's** 5:8
5:9,14,15
**allegation** 53:22
**allegations**
80:22,23
**alleged** 80:20,21
81:5,21 87:13
88:11
**allow** 42:9
187:18,24
188:1,3 217:18
221:15 225:19
231:1
**allowed** 270:2
**allows** 218:6
**alter** 154:17
156:22
**ambiguities**
271:14
**Amelia** 4:8
**amended** 10:13
12:3
**amendment**
10:7
**amendments**
10:15
**American** 78:21
82:1 83:5
**amiss** 70:14
**AML** 81:24
**amount** 29:11
30:1,11,23,24
31:2,19 32:8
32:10 118:15
177:2
**amounts** 30:3
**amphibole** 54:9
**Amstar** 201:8
**analyses** 23:17
29:2 55:13
77:23 80:9

99:20 106:21
106:23 108:16
109:3 112:3
114:3 126:10
126:21 135:6
137:5,6,9
138:1,3,5
152:3 154:25
156:13 157:20
157:20 177:11
178:9,11,14
194:21 231:7
245:1 252:10
259:2
**analysis** 14:7,19
15:1,7,21 16:2
16:23,23 71:23
90:22 94:13
96:19 98:1
101:17 103:9
105:7,9,10
107:6 110:14
111:17 112:25
113:22 114:19
116:8 119:4
120:9,11,17,25
121:2 122:12
122:16 123:4,8
129:24 130:3
131:9 133:3
136:20 137:19
137:21,23
138:10,13,14
138:15 139:7,8
139:8,21
140:19,25
141:12,13,23
141:24 142:6
142:13 143:11
143:20,24
145:9,10,20
146:11,16
147:8 151:24
151:25 153:9
153:23 154:9

159:18 160:7
162:2,18 163:4
163:7,8,16
164:13 165:5
166:23 167:18
170:10 193:1
193:16,17
194:9 196:8,14
201:19 202:20
203:6 206:7,17
206:22 207:25
217:11 218:1,7
218:17,20
227:15 228:22
229:7,15,22
230:5,14
233:13 234:15
235:12,17,22
236:5,9,15,20
236:22,24
237:4,12,14,22
238:4,6,12,15
238:17,19,21
239:7,16
240:14 243:8
250:19 251:23
252:21 255:8
255:12 262:6
263:7 273:1
278:25 279:21
284:1 285:25
286:21 292:12
292:14,21,24
293:9,20 294:5
294:8 295:3,18
296:9,17
**analytical** 14:24
15:17,22 16:10
18:2 20:6
94:19 95:6
119:23 149:3
181:18 185:9
189:7 190:13
207:16 226:24
228:22 229:16

278:6
**analytically**
277:20 278:14
279:13 280:17
**analyzed** 105:6
**analyzing** 147:9
207:6 208:1
**and/or** 84:14
**animal** 51:2,4
223:11 224:20
**Ann** 9:9 23:1
24:8,23
**annual** 45:25
**answer** 15:19
18:21 55:19
71:5,7 81:10
84:7 86:2 90:5
90:6 91:2,6,17
99:9,12 105:23
111:1 112:9
115:16 136:10
136:11,16
141:15 142:11
161:25 164:2
168:7,23
175:14,16
176:4,8,13
179:22 180:9
182:4,13 183:2
185:16 186:10
190:22 200:11
200:12,15,18
205:18,19
208:18,21
209:14,15,15
214:18 216:16
216:24 218:11
220:16 221:6
237:7,11 238:1
238:2 247:3
248:22 250:4
256:8,14 257:2
257:7,24 258:9
258:16,25
259:6 261:19

261:25 262:5
264:5,18 273:4
274:11 278:8
279:2,9 280:4
280:5,6,15
283:2,4,5,6,16
283:25 286:1
297:2
**answered** 17:10
58:22 80:6
86:1 105:25
106:2 142:3
143:17 144:6
160:19 214:20
214:22 215:8
215:12 236:11
236:12 258:10
274:12 297:1
**answering** 91:9
237:16 248:2
283:10 284:13
**answers** 124:23
213:3,4 237:6
**anybody** 32:13
**anymore** 75:22
**anyway** 49:14
51:12 70:3
164:8 238:23
**apologize** 7:18
167:15 284:10
**appear** 18:17
19:14 21:13,17
21:18 92:18,19
97:1 99:1
165:17 185:4
185:18 227:22
**appearances** 2:1
3:1 4:1 6:23
**appeared** 9:24
21:5 74:10
**Appearing** 2:6
2:13,19 3:13
4:4
**appears** 18:8,17
19:10,18 29:19

Dominik Alexander, PhD
March 8, 2023

73:20 89:18
120:15 122:9
153:20 203:11
275:11 277:3
appendix 18:20
168:20 182:10
185:7 188:4
197:12 221:24
222:3,6,9
225:10
apples 281:12,16
282:14
applicable
277:24 278:17
279:15 280:21
application
121:5,13,14
179:19 194:5
198:22 199:20
204:24 208:5
210:5,9,15
215:16 216:3
216:13,20
217:4,9,15
225:7 240:1
267:18 284:7
287:12 288:4
applications
121:11
applied 207:14
208:8,10
222:16 223:21
223:22 224:22
231:16 285:5
295:17
applies 156:23
231:24
apply 14:16
201:13 205:20
215:19 224:1
290:17,21
appointment
47:7
appreciably
154:17 156:21

approach 128:7
138:15 202:20
203:5 206:6,22
207:6 208:1
296:3
approaches
137:12,13,14
243:11,22
approaching
114:14
appropriate
125:19,22,24
126:4 127:19
128:23,25
136:10 171:10
206:17 207:5
219:20 271:24
272:3,8,12,21
277:18 285:3
294:20,22
295:4,7,19,21
295:25 296:4,9
296:18,20,23
appropriately
17:25 136:19
approximately
62:25
Arbor 9:9 23:1
24:8,24
area 33:7 45:18
45:21 54:19
68:6 83:17
86:6,15 121:4
areas 67:24
84:15 133:5
235:16
arms 49:8,8
Arnie 50:13
arrangement
78:11
arrive 179:23
250:23
arrived 12:15
251:13,16
269:6

arrives 117:20
arsenic 83:1
87:18 88:5
article 5:10,16
25:25 32:17
48:19 49:25
50:2,2 66:5
67:8,9,12 69:4
69:25 71:22
72:1,5,8,10
73:9,13,17,23
73:25 74:19
89:14 100:19
100:21 102:7
102:19 103:9
115:13,20,21
118:6 141:3,14
143:14 159:15
217:16,18,20
217:22,24
218:2,5,9,10
218:16 224:5
239:3
articles 25:15,16
26:6,12 33:1
41:8,16,17
58:17,19 59:19
59:24,25 65:7
65:10,15,23,25
74:1,2 96:24
101:6 102:21
222:19,25
223:1,13,16
224:2,7,12,13
226:1,1,14
248:23,25
articular 45:21
articulate 10:24
42:10 57:12
58:23 141:2
167:16 272:24
articulated 12:7
12:10,17 28:19
35:9 38:9
54:17 116:13

183:16 190:16
206:12 222:5
226:19 245:6
256:20
articulating
173:2
articulation
22:5
asbestos 45:14
45:18,23 53:22
53:24 54:5,6,9
63:2,8,13,18
63:24 64:2
83:20
ascertainment
131:21
asked 17:10
21:23 36:14,21
49:21 58:21
59:6,8,19,20
69:10 71:6,9
72:25 75:5
79:11 80:5
82:25 85:15,25
87:20 90:9,16
100:2,16
115:19 116:9
121:17 136:15
142:2,10
143:16 144:5
145:2 157:10
160:18 168:7
182:1,3,25
183:10 186:20
187:23 203:5
208:20 209:12
212:14 213:2
214:15,18
236:16,19
254:20 257:5,6
260:21 262:10
263:15 264:19
266:19 283:11
287:13 288:21
290:23 297:1,2

asking 7:19
18:15 25:18
34:9 84:11
92:8,12 98:2
105:21,24
106:25 108:5
114:23 125:12
130:1 138:2
140:7 142:7,16
154:8 168:2
170:7 173:13
174:7,8 175:22
176:15 177:25
184:2 191:4
200:3 206:18
209:5 215:6
216:22 233:24
236:7 241:9,16
241:17,19
242:10 245:9
248:5,16
252:11 254:21
258:18 259:12
269:11 272:9
274:13 275:6
275:22 281:15
282:6,13
283:25 284:2,6
285:24 291:20
296:4
aspect 63:24
64:14 134:10
141:2 163:20
189:16 207:7
219:17 258:3
267:1 289:18
aspects 18:2
49:6 116:6
178:25 185:21
190:13 191:7
192:8 206:15
230:22 231:5
262:2,3,7,12
262:15,22
263:3,12

Dominik Alexander, PhD
March 8, 2023

266:25 267:3
287:25
**assert** 34:3
**asserting** 53:19
**assess** 54:14
106:13 107:7
107:25 109:7
109:16 133:12
158:1 211:6
212:12 220:7
239:10,18,22
241:13 242:12
242:21,24
244:20 261:2
265:9 282:8
283:20 284:16
285:14,16,21
**assessed** 134:24
265:4,5,13,21
**assessing** 220:15
264:15 271:23
**assessment**
24:13 98:12
99:8 145:7
168:17,19,25
169:7 181:4
185:12 188:11
189:5 196:4
203:21,22
204:1 211:3
214:16,19
215:8 216:21
218:19 226:6
239:13 240:6
241:5 243:4
245:25 264:6,7
265:8,11,15,22
265:24 286:2
293:2,24
294:17,19
**assessments**
179:17 213:19
230:11 234:5
237:23 261:4
267:13

**assign** 203:13,15
211:25
**assigned** 213:4,5
**assigning** 213:7
**assist** 24:13,21
283:7
**assistance** 33:15
**assistant** 24:1
**assisted** 40:12
**assists** 23:19,20
**associate** 31:14
32:7,16 33:8
35:4 36:9 40:4
**associated** 52:9
195:3
**association**
20:19 21:3
38:23 49:19,23
49:24,25 50:1
78:15,20 96:3
98:10 103:10
104:16 110:6,6
111:4 121:6
136:2,5 146:15
147:8 151:16
151:17 152:4
154:11 166:17
193:18 194:18
227:19 230:10
251:12 278:22
281:25 291:23
294:1,15
**associations**
50:4,5 95:23
96:1 101:10
104:12 157:21
158:1,4
**assume** 102:7
268:23 292:18
**assumed** 72:4
**assuming** 60:11
**assumption**
258:18
**Astrup** 50:13
**attending** 299:5

**attention** 16:14
**attenuates**
193:18 194:18
**attenuation**
173:18
**attorney** 75:4
298:13 299:2
299:11,12
**attorneys** 72:24
75:2 76:19
299:5,7
**attributed** 71:23
193:9
**Austin** 76:9
**author** 18:9
33:18 115:25
214:14,17
215:8 216:24
**author's** 217:4
**authorized**
298:16
**authors** 104:25
212:17 213:12
214:24 215:6
215:20
**auto** 64:7
**automobiles**
63:25
**Automotive**
63:22
**autopsies** 290:24
**available** 118:15
240:18 299:6
**Avenue** 2:7 3:17
**average** 46:10
184:15
**aware** 156:3

———————
**B**
**b** 298:18 299:7
**back** 35:8 58:12
62:20 97:18
102:3 104:1
113:9 123:16
128:18 129:9

157:12 164:15
176:22 177:24
184:5,14
185:15 186:24
189:17 190:8
219:5 231:14
245:13 255:4
261:9 268:11
271:10 272:23
274:16,17
278:10,11
279:10 282:14
285:9 291:6
**background**
53:4 197:25
209:7
**backtrack** 209:3
**badger** 249:2
**BAGHDADI**
2:19
**ballpark** 46:4,14
46:19 63:4,9
66:13
**ballroom** 76:18
**bar** 65:3
**BARR** 2:12
**base** 205:12
295:22
**based** 16:9 90:11
98:8 112:13
122:10,13
125:22 127:1
128:8 155:9
161:14 162:13
176:5 178:22
179:19 180:1
182:21 184:13
184:20 186:13
194:11,14,15
195:5,7 209:11
215:10 217:8
217:12,13
219:21 231:6
233:25 243:18
251:13 257:12

258:22 259:19
260:4,6 270:15
272:15 273:1,8
274:5,19
278:22,25
282:13,19,22
283:5 287:6,17
291:1,18 292:3
293:6,21
295:24
**baseline** 174:25
**basic** 115:9
**basically** 117:11
**basis** 16:15 45:8
45:25 125:20
125:21 131:11
208:12 230:1
249:2 250:1
278:23 288:6,8
288:12,15,19
293:4 294:1
**Baylen** 2:13
**bear** 116:23
211:21 287:20
**beautiful** 267:2
**Beef** 78:15,20
**BEG** 107:21,22
107:25 108:6
**beginning** 33:2
33:12,20 34:16
35:4 38:22
51:24 120:24
178:19 190:18
192:13 287:24
**begun** 51:17
**behalf** 1:17 2:4
3:3,10 6:24 7:5
7:7 25:16
53:23 54:3,4
54:23 62:22
63:11 77:8
**beings** 85:3
**belief** 255:6,9,22
256:11 257:8
258:20,23

259:18 260:2
260:16 272:16
**beliefs** 114:22
**believe** 8:21 10:5
10:15 11:11
12:1,23 14:8
16:7 17:1 22:1
33:14 34:15
35:18 44:6,19
47:10 48:6,12
48:21 49:13
50:1,3,13 54:9
59:12,25 68:1
68:23 69:12
71:3,17 74:13
75:1 76:6 77:4
78:4 79:5
80:16,23 81:15
82:16,23 83:7
83:9 85:12
87:7,16 92:10
102:13,24
105:17 109:18
114:1,15 116:7
116:11 121:12
124:2,11 126:2
126:3 133:7
137:25 139:14
140:9,12
141:12,22
153:5,22,24
155:5,20 156:5
156:23 164:25
166:15 173:3
182:18 183:15
201:5 205:16
206:3,5,9
212:25 215:10
219:16,21
221:16 225:21
228:15 232:25
233:7 234:1
245:23 250:6
250:25 252:20
255:14,16

256:4,6 258:4
261:7 283:6
290:20 292:10
292:22
**believed** 271:22
**Belott** 3:17 7:5,5
**benzene** 81:19
81:20,22 83:20
**Benzine** 81:18
81:21
**Bernardo** 8:5,21
**Berris** 2:5
**best** 9:22 32:21
46:5,15,20
47:21 54:14
165:14 166:16
194:24 195:1,2
209:7 237:15
259:1 283:8
284:5,12,12
**better** 186:5
187:19 209:23
221:2 282:25
288:7,10,13,22
289:9 290:5
293:25
**beyond** 144:17
145:12 210:14
241:9,23,25
242:2,14,15
261:18
**bias** 106:4,5,5,8
106:14,22
107:2,7 108:1
108:7,14,21,24
109:7,16
118:11 172:15
172:22 211:2
213:6,20
214:21 215:9
215:14 239:12
239:14,18,19
240:7 241:22
249:25 261:2
**bibliography**

12:23 13:19,25
225:13 246:20
247:12,19
248:10
**big** 143:9
**bill** 32:4,5,5 35:1
39:3,4 40:15
**billed** 30:24 32:8
32:8
**biller** 39:6
**billing** 29:6 32:6
34:23 35:3
40:14 41:2,18
41:19
**bills** 41:22
**biphenyl** 80:19
**bit** 28:21 241:8
**bites** 236:17
**bladder** 83:2
85:16 87:17,19
88:2,4
**board** 23:12
29:2 55:23
298:10
**body** 64:7
190:16 196:11
203:23 222:5
284:21,24
**boiled** 233:6
246:23 247:4
**boilerplate**
17:17,19 18:7
**book** 60:4,6
**bottom** 40:3
117:19,21,22
120:23 125:5
129:16,20
193:15 228:19
273:15
**bouncing** 231:14
**box** 8:9 129:16
129:20 222:9
222:21,22
223:15
**Bradford** 21:22

22:10 120:25
121:1,3,5,7,9
121:17,21
122:24 123:3
124:6,10,12,20
124:25 125:4
127:13,25
128:5 197:11
198:3 236:2,8
236:16,19,24
237:1,3,12,14
237:18 238:3,6
238:8,11,15,17
238:19,20
239:6 292:12
292:13,24
293:3,9,19
294:4,7,16
295:2,14,18
296:8,17
**brake** 64:1,2
**Brakes** 63:22
**braking** 63:24
**break** 49:20
53:4 62:16
99:25 101:20
101:23 176:17
267:21 268:6
271:6 283:13
283:15
**breakdown** 26:3
26:16,17 28:19
44:19 45:12
60:19
**Breckenridge**
5:10 102:12
103:12,13
104:3,5,6
105:16 249:6
291:9,13 292:9
292:23 294:3,6
294:25 295:10
295:15
**Breckenridge's**
293:14,17

**bring** 179:7
**bringing** 98:15
**broad** 164:7
198:12
**broke** 31:7
**broken** 104:25
226:13,18
**brought** 16:14
61:7 83:17
87:16 267:14
**Bruce** 69:4,7
70:16
**BUCHANAN**
2:12
**bucks** 32:4,5
**building** 8:8 9:1
9:4 140:11
**Bus** 298:11
**business** 8:23,24
28:18 49:3,5
59:23

---

**C**

**C** 2:6
**C-8** 67:25 68:9
**CA** 2:20
**calculate** 91:23
91:25 103:2,15
104:22 105:15
105:19 230:12
231:1 243:3,4
244:19 250:18
**calculation** 98:5
98:11 99:6
104:4 239:12
240:6 241:6,13
250:23 251:3,5
251:7 252:19
252:25
**calculations**
96:4,8,10,23
97:6 117:20
**California** 1:1
1:18 2:19 6:1
6:13,21 8:6,22

Dominik Alexander, PhD
March 8, 2023

Page 305

9:7 235:15
298:3,8,10,17
**call** 68:13 77:5
104:17 124:24
184:25
**called** 68:25
72:13 77:7
107:12 127:8
139:25 162:15
**calling** 69:23
**cancer** 49:15,19
54:10 58:2
83:2 85:16
86:23 87:17,19
88:2,4
**capacity** 17:7
52:2,17 60:19
81:18 141:4
260:8
**captured** 248:22
**cardiac** 11:3
**care** 111:9 167:6
200:5
**career** 81:12
**carefully** 174:10
175:3,8 272:19
**Carol** 4:8
**case** 1:5,9 6:8,8
6:9,15 12:15
12:22 30:25
53:24,25 54:5
54:11 61:8
67:14,16,18
88:1 90:2,11
90:13,18
107:15 118:17
121:25 123:11
123:13,13
125:2,13 128:3
128:21,24
130:20 131:1,5
131:17,18,21
143:10 174:3
185:23 199:2,6
200:8,12 201:4

203:7 213:14
214:3,8 223:3
223:3 225:2
226:23 227:8
230:16 234:1
252:12 264:6
268:19 273:20
276:3,12,14
278:18 279:16
283:20 292:22
**case-control**
110:23
**cases** 1:7,11 6:15
27:25 44:17
63:2,2 67:14
130:9,13 131:6
131:8,14,22
170:11 172:5,9
172:11,16,24
173:21,22
174:2,2,12,14
175:23,24
185:22,23
186:1,4 192:25
264:8,8 266:5
266:5,5,7
271:16 274:6
**Castle** 211:5
**categorical**
193:24
**categories** 93:1
93:2 118:12
194:9 212:19
213:8
**categorization**
194:16
**categorize** 194:7
287:7
**categorized**
118:7 152:17
**category** 11:6,6
11:7 28:13
52:8 131:21
148:10,12
152:5 205:5

213:4,6
**Cattleman's**
78:15,20
**causal** 21:3 88:6
147:13 294:19
295:24 296:22
**causality** 293:5
293:17 295:7
**causation** 19:15
20:19 21:19,21
21:23,25 22:10
49:19,23 88:16
88:23,25 89:1
121:1,8,10,18
121:22 122:21
122:24 124:7
125:24 126:5,7
126:9 143:4,24
144:19 145:7
145:14 196:14
197:10 220:7
220:10,12,15
221:4,6,10
238:19 250:9
267:13 292:24
295:9,11,13,22
295:22
**cause** 80:21 81:6
81:22 87:19,21
87:25 88:2,10
88:17,17,19
136:1,5,11,14
**caused** 43:12,16
43:17 81:21
87:13 162:20
**caution** 53:17
54:13 68:13
126:6
**Center** 8:5,22
**certain** 17:15
20:11 89:11
106:6 110:15
111:12 124:20
127:1 133:18
135:6 137:22

137:24,24
138:9,11
156:11 159:17
180:7 182:21
187:3 199:15
235:16 244:5
282:2 288:18
**certainly** 15:6
54:18 69:8,24
106:16 127:14
133:19 161:15
236:4 237:9
245:6 246:1
247:16 252:9
270:17
**certainty** 74:18
**Certificate**
298:1,9
**Certified** 1:21
4:8 298:7
**certify** 298:6
**chair** 50:12,14
50:16
**chance** 249:25
261:3
**change** 11:2,5
11:10,11,18
12:2 17:22
20:2 252:4
**changed** 11:3,6
152:15 153:12
155:17
**changes** 10:12
11:1,24 12:6,9
12:10,12
**characteristics**
112:5,8,15
127:2 181:14
182:21 183:7
194:7 232:10
234:4,9,10
235:8 243:18
243:19 279:25
280:1 287:17
289:7

**characterizati...**
22:24 140:20
150:23
**characterize**
15:5 28:16
49:4 51:16
70:13 79:18
84:22,23
184:17 253:18
253:19 254:14
254:24 289:6
289:19
**chart** 11:18,22
203:17 209:11
245:16
**check** 155:2,2
249:4
**chemical-spec...**
203:25
**chemicals** 229:2
**Chemistry** 82:1
83:5
**Chevron** 3:10
7:4,5 82:2
**Chicago** 9:9
23:2 24:18,24
**chlorinated** 85:2
**choose** 177:1,19
178:16,18
**chooses** 42:6
**choosing** 176:25
178:15
**chose** 213:23
**chronic** 11:3
43:20
**chrysotile** 45:15
63:16,17 64:1
**cigarette** 54:8
153:2
**cigarettes**
160:25
**circumstances**
86:19 87:2,9
111:12 113:5
**citations** 22:5

Dominik Alexander, PhD
March 8, 2023

Page 306

246:20 269:23
**cite** 38:10,14
107:5 238:16
238:20 239:5
249:10 254:6
273:21 274:23
275:10 288:21
288:23 289:2,3
289:14
**cited** 17:2,11
66:25 67:4
127:14 189:10
225:13 226:5
228:15 231:7
234:15,16,19
235:7,25
238:10,11,25
254:12 255:5
256:7 261:1
275:6
**citing** 202:16
239:1
**City** 3:7
**Civ** 298:14,20
298:24 299:7
299:17
**Civil** 298:17
**CIVMS** 1:9
**claimed** 273:17
**clarification**
21:17 26:20
88:17 160:7
245:12
**clarify** 14:15
77:18 231:5
232:21 233:11
245:20 279:3
283:13
**classification**
173:16 174:20
228:10 243:18
256:19,22
**classifications**
137:24 174:24
174:24

**classified** 172:16
174:21 213:8
213:12 215:15
291:24
**classify** 172:11
**classifying**
184:19
**clear** 34:17 73:8
91:5 153:13,15
172:20 181:12
230:10,13
236:15 294:25
296:5
**clearly** 69:17
124:16 147:10
170:21 171:1
225:14 257:22
258:1,7 271:20
279:11
**Cleveland** 2:7
**client** 57:1,6
59:11
**clients** 61:3
66:16,18
**clinical** 88:19
198:14,23
**close** 122:1
**co-author** 61:21
**co-variants**
160:10
**coccyx** 137:1
**Cochran** 201:7
**Code** 298:17
**cohort** 110:25
123:1,8 124:15
128:20 162:12
225:2 226:23
227:8 230:16
**cohorts** 128:2,2
145:20,21
213:15
**colinear** 132:13
132:18,24
133:14 135:2
136:1,5 138:20

138:24 139:3,6
139:16,17
140:13
**colinearity**
132:5,8,21,23
132:25 133:21
134:7,16,22
135:7,15
136:20 137:14
137:17 138:4,7
139:11,21,24
140:4,6,10,18
140:21,24
**collaborated**
58:1
**collaborating**
29:1
**collaboration**
48:23 59:3
**colleague** 66:2
**collect** 242:12,21
299:14
**collected** 22:16
**collection** 33:2
177:21
**collectively**
277:3
**Colorado** 46:23
50:24 51:8,23
51:23 52:1,4,9
52:20,22
**colorectal** 58:2
86:23
**column** 11:10,10
152:9 170:19
170:20 183:2
183:17 185:20
185:25 186:19
186:25 193:25
195:24 196:10
196:10,15,18
211:2 212:6,7
212:9
**columns** 33:18
34:18 184:15

186:18 187:3,4
190:6,7,9
191:10,22
**combination**
51:3 90:3,7
93:10,12
**combine** 26:13
**combined**
181:23 183:1,3
183:8,17,21,23
187:11 195:10
196:3,4 229:1
278:6
**combining**
171:6,8 230:25
**come** 25:11
26:19 28:4
36:1 37:10,17
43:20 44:11
66:6 83:4 92:1
92:3 93:8
109:24,25
110:3 131:16
131:17 180:10
201:8 222:12
224:20 249:18
271:10
**comes** 25:9,14
26:1 49:12
92:20 94:20
**coming** 59:11
177:24 225:12
282:14
**commencing**
1:19
**comment** 14:3
14:20 61:18,20
64:18 99:17
118:25
**commentary**
122:14 220:24
223:11
**commented**
159:24
**comments**

299:10
**commercial**
137:1
**common** 39:16
85:6 126:21,24
126:25 151:12
267:23,25
**commonly** 127:2
132:22 163:14
206:4
**communicate**
162:17
**communicating**
165:18
**communicatio...**
34:3
**comp** 170:25
**companies** 79:1
79:2,6
**company** 8:11
8:13,15 9:6
22:24 23:7,18
25:8 26:8,14
26:23,24 27:11
28:5,7,17 46:9
46:10 64:16
65:16 77:7
78:7 79:10,14
82:20,22 84:4
86:3
**comparative**
244:25
**compare** 146:23
149:23 171:14
185:3,17,21
186:15 187:11
189:13 190:21
196:5
**compared** 169:9
174:13 175:24
186:5 281:13
281:13
**compares**
148:15 173:22
**comparing**

Dominik Alexander, PhD
March 8, 2023

150:11,16,25
151:3 174:19
186:20 249:7
282:24
**comparison**
11:4 145:16,24
146:8 148:11
150:4,6,9,10
150:14,20
151:2,9,18,19
154:18 174:18
176:5 182:25
**comparisons**
89:11 147:19
147:19,20
**compelling**
147:13
**compensated**
86:4
**compensation**
85:20
**complete** 12:14
12:20 29:5
218:14 248:12
264:19
**completely**
94:14 280:8
**completeness**
216:10
**completion** 13:1
**complex** 42:16
151:24,25
279:19 283:25
284:1
**complexity**
285:25
**composite**
197:14
**compound** 81:9
**comprehensive**
163:11 226:22
**computational...**
169:11
**computer** 40:19
42:6

**concept** 17:21
17:22 132:6,7
139:22 140:8
240:20
**concepts** 17:20
20:2 22:5
201:9 283:9
284:5
**concerned** 65:17
**concerns** 49:14
126:13,14
**conclude** 88:1,2
98:20 187:24
188:1,17
195:10 269:14
270:2,5 295:21
**concluded** 87:11
88:9,25 241:6
272:6,20 297:9
**conclusion**
49:16 50:6
99:6,11,21
194:13 244:7
245:23 246:12
281:25 294:22
295:6 296:23
**conclusions**
179:23 180:11
194:10 215:22
**conditional**
157:25
**conditions**
180:13,16
**conduct** 96:13
**conducted** 55:10
95:19 165:5
250:3 277:16
281:24
**conducting**
134:21
**conference**
38:23 73:2
107:18,19
**conferences**
23:15 69:11

**confidence**
17:23 118:5
149:5,9,15,16
149:23 168:11
168:14 212:11
212:11 213:18
230:12 282:2
**confident**
214:16,19
215:7 216:23
**confidentiality**
53:18 54:15
68:11
**confirmation**
292:3
**confirmed**
133:23 271:16
**conflate** 126:7
**confounder**
204:13,21
205:14
**confounders**
204:14,22
205:7 244:8
**confounding**
137:17 191:14
192:16,17,19
196:19 206:15
212:14 240:12
240:15,17
241:6,14
242:13,22
243:5 244:10
244:12,14
249:25 261:3
**confused** 30:15
101:14
**confusion**
101:21
**consider** 134:6
134:23 138:12
141:17 142:1,8
142:17,19,24
143:1,2,3,4,8
143:10,11

144:13 171:15
171:25 181:10
184:11 189:11
206:3 207:5
236:2,8,23
237:3,12,13
238:3
**considerable**
203:8
**consideration**
121:15 127:6
128:23 141:7,9
144:24 145:1
197:10 234:14
276:5
**considerations**
121:9 124:20
201:23 202:6
207:17 208:5
208:15
**considered** 13:1
15:21 16:3
17:3 118:3
120:1,6 124:17
125:19 137:18
141:19,20
142:5,16
143:15,21,23
144:2,3,8,9,15
144:15,18
145:7,8,10,13
190:7 213:19
215:14 228:20
229:14 230:3
233:20 236:5
237:17,21
238:5 257:15
293:15,22,24
294:10
**considering**
125:24 126:5
144:20 213:16
**consistency** 18:1
137:8
**consistent** 24:15

40:24 56:9
65:1 120:8
129:3 190:17
275:15 284:7
289:23 295:9
**consisting** 299:9
**constitutes**
144:24 145:1
**consult** 64:23
**consultant** 25:10
68:8 77:9
86:17
**consulting** 23:10
23:16 24:14
28:12,22,23
55:14 64:12
86:16,24
**cont** 3:1 4:1
**contain** 104:2
**contained** 71:1
72:17 73:4
96:24
**content** 35:6
61:25
**contents** 18:5,7
19:22
**context** 17:13
188:12 206:11
**continue** 34:5
183:16 200:4
228:13
**Contra** 1:3 6:13
**contractors** 9:14
9:15,17 22:23
23:1,2 24:8,17
24:23,24 25:6
**contractual**
61:23 62:9
**contrast** 273:20
276:14
**control** 88:18
121:25 123:13
125:2,13 128:3
128:21,24
131:18 136:19

Dominik Alexander, PhD
March 8, 2023

Page 308

138:4 139:20
140:17,19,24
198:14,23
199:6 200:8,13
204:13,14,15
204:21,22
205:14 206:15
214:4,9 225:2
226:23 227:8
230:16 242:13
242:22,24
243:5 244:9,12
273:21 276:3
276:14 290:22
**controlled**
123:11 140:17
199:2
**controlling**
137:13,15
**controls** 11:3
123:13 213:14
264:9 266:8,9
**conventions**
76:24
**conversations**
27:11
**coordinated**
1:14 6:25
**Coordination**
1:9 6:14
**Copenhagen**
47:1,2,9,15,23
48:20 50:10
**copies** 10:7
29:25
**copy** 10:3,11
11:19 29:5
**corporate** 25:24
**corporation**
25:17 54:24
57:13 58:18
80:4
**corporations**
26:7,13 27:7
28:11 56:9,14

56:20
**correct** 8:12
13:24 15:14
16:19 17:9
18:16,21 24:19
25:24 27:5
30:4 31:12,15
31:16,25 32:14
32:15 35:5
38:8 44:14
45:3 47:23,25
53:1 54:3
55:15 59:17
69:1,19 70:8
70:18 77:6
84:20 85:17
88:13 89:8
92:24 93:3,14
94:10 102:23
114:9 115:7
118:22 120:12
120:14,18,25
121:8 122:3,8
122:12 123:20
125:8 127:9,17
128:13 136:12
147:19 148:17
148:18 152:23
153:4 156:16
161:23 162:3
162:21 163:24
164:2 166:16
167:7 169:24
170:9,17,24
172:18 173:15
178:10 180:19
185:19 186:14
186:16,17
187:15 188:6
189:22 194:12
194:25 195:1
195:10 197:20
199:4 202:7,25
204:4 210:1,10
211:10 215:1,9

215:14 217:2
221:21 222:11
222:19,21,22
223:1,4,13,16
228:8,14,17
229:2,7 233:24
234:8 235:1
238:22 241:11
242:8 243:22
244:16 246:10
246:24 272:4
273:9,23
276:23 282:7
282:10 283:22
284:24 285:18
285:19 290:18
291:9 292:11
297:13
**corrections**
252:21 253:1,3
**correctly** 81:16
102:17 174:22
213:1 244:11
**correlate** 81:3
98:22
**correlated**
132:10 134:3
135:9 136:24
138:9 140:4
155:13 157:5
159:22 161:20
**correlates**
254:17
**correlation**
60:11 137:3
139:15 140:5
140:11
**corresponds**
34:12
**Costa** 1:3 6:13
**Council** 82:1
83:5
**counsel** 73:18
74:13
**Counselors** 6:22

**count** 124:13
195:13 197:2
234:21,23,24
235:2
**counting** 29:7
235:6
**country** 113:15
**County** 1:3 6:13
298:5
**couple** 9:23
10:17 29:8
48:13 89:21
171:17 196:16
**course** 44:15,21
44:24 45:1,2
45:18 51:18
218:9
**court** 1:1,7 6:11
6:12,18,18,19
7:2,9,11 9:24
208:19 274:15
278:9 298:9
**covariables**
133:9
**create** 19:12
33:25 41:18
42:2,9,15,20
45:3 65:6
136:25 177:11
**created** 21:7
34:6 44:14,16
70:15 94:19
134:14 161:7
162:14 203:11
257:1 283:20
287:23
**creates** 41:18
46:10
**creating** 56:24
137:2,3 286:3
286:4,11
**creation** 25:14
25:25 33:21
67:1
**credence** 187:7

**credibility**
262:21
**criteria** 5:18
121:17 127:13
129:17 130:23
178:2,23
191:15,24
192:2,24
193:10 196:7
196:21,25
197:2 198:6,7
201:25 202:3
204:24 215:17
219:9,15
221:12,20
222:1,24
223:18,25
224:22,23
225:19,20
226:9,10,12
227:3,6 228:3
228:13 229:20
230:6,8 231:12
231:16,23
243:9 255:7,8
255:11,12,23
255:24 256:12
256:13 257:5,9
257:10,16
258:8,22
259:20 260:10
261:11 262:10
262:11,22
263:12 264:14
264:15 265:5,7
265:9 271:18
272:13,15,22
272:24 273:12
275:24 276:12
276:23 277:1,7
291:18 295:1
**critical** 246:13
**criticisms** 116:5
116:9 249:14
249:16,18

Dominik Alexander, PhD
March 8, 2023

criticize 249:12
criticized 207:3
critique 116:3
Crop 3:4
cross-check
  36:16,22
cross-sectional
  131:2,18
  213:15 227:8
  230:16
crosses 131:20
  131:23 180:21
  180:22 181:1
  203:13,15
  211:13,15,17
  211:20
crowd 76:20
crucial 238:25
crude 243:2
CSR 298:9
cumulative
  148:4,6 157:22
  196:13,17
current 29:6
  277:19 278:13
  279:12 280:16
  280:19
curriculum
  51:18
cut 241:9
cutoff 253:10
CV 18:18 19:7

_____ D _____

D.C 3:18
daily 24:5
  288:19
dairy 77:16,20
  77:24
dandy 65:20
Danish 48:25
darn 91:8
data 5:15 14:4,7
  14:7,8,19 15:7
  16:24 36:23,25

37:19 38:11,15
40:13,25 89:18
89:23 92:6,9
92:12,13,21,23
93:5,5,19,22
96:10 99:17
122:18 124:16
124:17,18
145:8,10
146:10 149:9
153:5,16 154:3
154:10,23
155:23 156:18
156:25 159:3
159:21 161:8
163:15 165:13
167:11 174:1
175:15 176:5,9
176:13,14
178:24 192:22
196:12 203:24
222:25 224:13
228:25 230:11
231:1 239:17
239:22,24
240:4,4,9,14
240:18,21
241:1,2,5,13
241:15,17,21
242:3,5,6,7,9
242:12,17,21
243:1 244:1,18
249:22 250:20
251:12,13,23
252:3 271:21
271:21 279:1
285:1 286:11
data-driven
  220:25 221:2,9
database 89:22
  89:24 222:17
  224:19 243:6
date 6:6 29:7
  35:7 36:5
  39:11 40:14

230:12
dated 10:2,4
  299:19
dates 53:11
DAVID 2:6
Davis 9:13 23:5
  23:24
day 3:12,16 24:3
  24:6,7 35:1,2
  38:3 39:2,5
  40:16 244:21
days 29:7 148:13
  152:18
deal 117:6,8
  128:20
Dean 8:3
Debra 3:17 7:5
decedents
  131:13
decent 63:3
decided 171:12
decision 163:23
declaration 16:8
  17:3 246:17
  255:14
declare 297:12
defendant 3:10
  63:11
defendants 3:3
  60:13 64:13,22
  64:22
defense 27:8
  63:14 64:25
  65:3 68:25
  69:18,22 70:6
  70:11,22 72:6
  72:6,13,17
  73:10,12,18
  74:3,20 75:2,7
define 25:1
  161:16 204:7,8
  220:21 266:20
  266:21
defined 203:22
definitely 213:3

213:5,16
214:20 215:9
215:13 216:24
216:25 228:6
definition 267:4
  267:23 268:1
degreasing 85:7
degree 23:20
  24:10 240:17
  254:7,19
DEJULIUS 3:13
delved 137:10
demarcation
  205:9
demeanor
  299:10
department
  50:9,11,12
  51:1,6
depend 114:24
  114:25,25
dependent 79:21
depending 19:13
  38:3 51:3
  244:13
depends 161:16
  179:14 198:8
  198:12 208:4
  250:8
deposed 45:24
deposition 1:16
  5:11 6:6,20
  7:20 9:20
  14:13,14,17
  16:8,17,21
  17:3 34:4
  44:18 45:22
  46:16 91:1
  248:11 261:21
  263:19 268:14
  269:5,13,18
  297:9 298:1,21
  298:23 299:5,9
  299:11
depositions

45:21
der 91:18,20,24
  92:2,17,18
  93:1,9 94:7,13
  94:16,20,22
  148:14 252:6,9
  252:18 273:18
  274:5,8,19
  275:7,17,22
  276:7
describe 147:2
  189:22 254:6
described 160:1
  179:21 203:9
  248:18
description
  40:24 41:6,15
  189:2 190:1
descriptive 20:6
  40:8 234:4,10
  235:8
design 33:19
  112:4 126:19
  131:19 161:18
  177:8 195:13
  195:19 230:16
  245:2 262:6,13
  262:23 263:4,4
  263:5,12
  278:21 279:5
designed 220:10
  221:3 264:10
  266:13,14
designs 110:15
  191:6
despite 272:13
destroyed 75:21
detail 169:6
  244:15
detailed 118:14
determination
  97:23 162:2
  163:21 196:8
  219:23 244:1
  245:10

Dominik Alexander, PhD
March 8, 2023

Page 310

determine 90:2
106:21 107:1
107:25 152:4
177:6,10
178:11 188:17
189:25 215:20
216:11,18
217:1 239:11
239:13,17
240:14,17
241:21 243:8
243:10 245:18
246:6 250:12
250:15 252:22
266:12
determined
252:5,16
295:15
Detroit 2:7
device 73:2
Dhillon 242:23
277:8,8
diabetes 80:25
diagnosed 262:6
diagnosing
244:2
diagnosis 81:23
154:12 216:23
255:10 257:16
260:4 261:23
276:20
diagnostic 243:9
243:22 255:7
255:11,23
256:12,19,24
257:9 258:4,22
259:20 260:10
261:11 262:10
262:22 263:12
264:15 265:4,7
265:9 273:12
273:19 274:9
274:20 275:14
275:24 276:11
276:13,15,23

276:25 277:7
diagram 214:6,8
217:13 221:25
222:4
dialogue 20:10
20:13 21:9
74:7
dictionary
266:22
dictyomas
173:17
die 85:8
Diego 1:18 6:1
6:21 8:5,22
dies 85:11
dietary 48:6,9
difference 49:22
145:22 146:3
146:17,19
149:11 232:14
283:14
differences
175:1 179:18
198:13,22,25
279:5
different 32:2,3
33:18 43:23
49:21 62:5
77:21 81:17
93:2 95:6 97:4
97:10 108:3
110:7,10,13
112:5,8,15
113:1 118:4
126:10 132:20
132:20 133:5,6
137:7 139:8,15
139:16,17,22
146:6 148:17
148:18 149:1,2
149:3,8,9
153:9 154:24
155:7,8 162:7
177:11,19
178:14 179:3

179:11,22,23
180:11,14,24
185:6,8 190:11
191:13,23,23
191:24 192:23
193:10 198:7
198:17,20
199:1,3,9,11
199:14,16,21
199:21 200:6,7
200:9,13
201:10,11,15
202:9 211:10
211:11 212:18
230:22 239:23
243:11,24
245:25 251:8
252:2,3 257:5
283:11 286:20
287:14,22
291:17
differential
172:15,21
173:3,6
differentiating
126:17 220:2
differently
42:10 86:3
145:5 180:25
difficult 73:19
difficulty 248:1
248:4
Dioxin 81:1,1,2
81:7,11,16
83:20
direct 26:5
60:11 61:8
79:6 82:21
160:6 225:7
directing 176:9
direction 34:18
37:3,8 40:22
147:9
directly 25:9
66:23 78:17,21

79:2,15 80:1,3
84:3,4 85:10
86:8,14,21
87:4 274:24
disagree 130:8
131:11 150:23
disappear 136:2
136:6
discarded 75:21
discipline 18:3
disclose 53:17
disclosed 56:23
57:20 66:5
disconnect
101:3 154:22
154:23
discuss 73:3,15
116:6 117:2
123:2 188:8
190:9 191:6,6
191:8 192:11
192:16 208:11
249:25 287:4
287:25 288:1
291:3
discussed 69:11
73:2 113:13
122:20 123:7
141:4 192:8
199:24 205:11
207:14 245:7
248:11 256:6
258:4 261:16
274:9 285:9
discusses 123:1
discussing 279:4
discussion
162:25 208:25
disease 11:3
40:9,13 41:1
43:6,9,13,20
44:5 83:2 96:2
110:21 111:6
129:18,23
130:4,14

147:12,14
172:3 195:4
202:7,13 205:8
206:8,24
227:16 228:24
229:1,25
230:15,17
243:9 244:3
255:7,23
256:12 259:20
260:4,9 261:10
261:23 262:5
264:6 265:4,8
265:11,25
266:1,2,6
267:12 277:12
277:17 280:11
281:5,20 282:1
282:9 283:22
284:2,18 285:7
285:15,17,22
286:9
diseases 271:14
disorder 243:19
255:18 271:17
273:20 274:21
275:3,9,18
276:13,16
dispute 206:16
206:17
disputing
263:16
disrespect
139:22
disseminate
69:18
disseminated
70:11
distinction 27:3
83:25 84:5,8
District 1:7,7
6:10,11
divide 71:22
divided 291:13
dock 208:2

Dominik Alexander, PhD
March 8, 2023

209:15,17
**doctor** 27:18
54:13 91:6
102:5 129:11
291:9
**doctoral** 51:13
**document** 1:7,13
5:18 18:19
71:17,18 72:19
73:7 74:14
90:15,24 205:1
207:13,23
208:10,11
210:4,6,9,13
218:3,13
**documentation**
190:14
**documented**
207:11
**documents** 13:3
206:11 207:18
**doing** 14:21 29:2
29:2 33:24
35:24 36:10
37:6,21 40:20
43:14 51:20
58:14 64:8
65:19,21 69:11
80:8,9 84:1
91:8 92:25
112:22,24
115:2 120:24
122:12 131:10
133:2 138:8
139:8 150:4,6
150:8,18,19
151:1 155:2
172:17,19
189:2 191:3
209:7,23
219:15,20
226:20 228:11
237:15 244:15
260:15 266:18
282:2,3 283:8

284:4,24 285:1
285:3 286:1
**DOLES** 2:13
**dollar** 30:3
**Dominic** 8:3
**Dominik** 1:16
6:6 70:17,18
71:21
**dose** 147:19,25
148:3 191:13
195:23 196:9
196:15
**dose-response**
147:11 192:25
**double** 30:9,10
46:3,19
**doubled** 30:4,8
**doubt** 59:17,21
60:7 266:15
**Douglas** 66:15
**Dow** 81:25 82:9
**Dr** 5:7,8,9,11,14
5:15 7:17 13:4
13:5,6,6,14,14
13:15,16 14:16
14:17 16:7,15
17:13 27:16,22
28:2,15,17
50:13 61:9,11
61:21,25 62:7
62:22 66:8,10
66:12 67:2,14
95:18 102:8
103:21 105:14
109:1,20
119:15,16,22
121:12 123:25
124:11 140:9
141:6,9,11
161:7 165:9,12
183:12 184:1
194:2,17 207:3
207:10 219:7
244:19 245:17
245:19 246:8

246:13 247:7
247:23 248:3,6
249:8,12,17,24
250:3,13,24
251:4,10,13
252:7,18,24
255:6,22
256:12 257:8
258:21 259:3
259:18 260:2,8
260:10,13,17
261:12,21
264:14 268:13
268:14,15,20
268:24 269:6
270:15,19
271:15,22
272:20 273:14
274:4 275:7,19
278:4,22,24
279:1,22 280:4
280:8 281:1,22
282:4,20,25
284:21 285:2
286:5,9 294:3
294:6,25
295:10,15
**drafting** 111:11
**drafts** 34:3
**draw** 99:11
244:7 293:4
**drawing** 281:25
**drew** 194:10
245:23 294:21
296:22
**DRI** 27:4 69:10
74:23 75:12
76:1,8,11,24
**drinking** 83:1
88:5
**Drive** 1:18 6:21
8:5
**drop** 97:15
**drops** 151:6
**drug** 198:14

**due** 30:10,16,21
31:2 121:12
177:25 236:22
239:15,20
240:19 251:6
264:18 279:18
284:6
**duly** 298:7
**DuPont** 82:1,13
**duration** 118:13
147:18,20
148:1,8 157:22
160:8,23,24
196:12
**duties** 23:21

──────────
**E**

**E** 2:6
**earlier** 7:18
26:18 28:20
52:13 70:24
86:20 87:3
105:1 122:15
136:23 167:16
234:15 265:8
**early** 31:10
**easier** 157:12
**East** 3:6
**easy** 195:23
**ecological**
131:19
**edited** 11:23
**edition** 70:22
73:9
**editorial** 23:12
23:21 29:2
36:15 55:23
223:11
**editorials**
224:21
**editors** 106:12
**education**
152:14 153:4
153:11,24
154:16 155:4

155:17 156:20
**educational**
156:20
**EEG** 232:17
**effect** 88:10,17
88:18,20 121:1
122:14 125:20
156:22 252:5
252:17,22
298:11
**effects** 44:8
136:20 137:13
137:16,16
138:4 139:20
140:24 154:17
**effort** 38:19 39:9
104:14 140:3
251:9
**efforts** 272:14
**Egger's** 108:12
108:13,15,17
**eight** 213:15
**either** 16:7 17:6
40:6,6 62:6
66:2 78:12,17
78:21 79:25
80:2 111:17
133:12 172:22
261:1
**Elbaz** 148:11
149:25 171:24
252:23 268:15
268:20,24
269:7,14 270:2
270:8 271:4,15
271:22 272:6
272:20
**electronic** 226:3
**elements** 205:22
210:16 263:24
**eleven** 30:21
**eligibility** 258:3
**eligible** 261:23
**Elijah** 4:12 6:17
**Ellis** 3:5 4:6

Dominik Alexander, PhD
March 8, 2023

208:17,25
258:13
**embedded** 71:3
231:8
**emphasis** 243:20
**employed** 8:11
58:1,3 78:5
**employee** 22:22
56:2,4 57:18
57:22 59:7
65:16,22 66:6
78:13 79:14,20
80:7,11 84:4
85:19 86:7
298:13
**employees** 9:6,8
9:12,18,19
22:25 23:3,4
24:23,25
**employer** 78:18
78:22
**employment**
56:2
**encompassing**
268:1
**engaged** 36:24
83:21,22 84:1
84:16
**engagement**
46:25 77:19
84:10
**engagements**
51:17 78:4
86:6
**Engel** 233:4
**engineers** 60:18
**English** 142:17
222:15,18
**entail** 28:24
**entails** 75:10
**enterprise** 77:22
**entire** 67:22
72:21 193:6
195:18 197:14
204:18 207:23

208:10 213:8
269:12
**entirely** 149:2
**entirety** 205:10
**entities** 56:22
**entity** 59:2,5,13
267:1
**entries** 40:17
41:5 42:13
93:11 270:18
**entry** 33:14
36:18 38:25
40:11,24 41:2
80:17 89:19
91:22 103:17
103:19 104:7
**enumerate**
90:10
**enumerated**
198:20 256:21
**environment**
288:18
**environmental**
24:11,12
157:25 158:7
158:10,14,16
158:19,20
160:3,12,17
**EPA** 5:18
180:18 181:10
201:19 203:10
249:6,8
**epi** 36:11 129:23
179:5 203:6
206:24 208:1
244:18 261:12
291:13
**epidemiologic**
19:21 20:5
33:3 36:8,25
37:1 39:13
43:5 49:18
201:22 210:3
245:3,15,18
246:4 264:12

**epidemiologic...**
92:25 185:24
228:9
**epidemiologist**
23:8,9 28:8,10
42:17 43:9,14
43:21 56:1
57:21 65:9
66:1 74:22
201:13 205:1,2
237:16 249:24
284:4 285:24
288:17
**epidemiologists**
107:9 179:3,6
179:7,11,23
180:10,24
189:11 198:2,6
199:3,10,15
200:7,14
**epidemiology**
12:17 14:24
15:17,18,22
16:10,16 18:2
19:9,12,23
20:2,25 23:9
23:14 33:6,6
35:19 40:8
41:6,15 44:11
46:18 48:6,9
51:5 54:19
55:9 63:16
64:11 69:25
74:2 83:1
86:25 88:22
103:14 111:22
129:17 130:12
130:15,19,23
130:25 131:7
132:19 140:7
148:16 151:11
162:11 179:13
179:24 180:12
180:25 192:9
197:10,25

198:11,16,18
198:24 199:11
200:21 202:2
206:7 221:10
226:17,24
231:6 237:16
237:17 247:2
250:2 254:15
254:23 260:11
260:18 267:10
267:12,18
268:2 284:5,8
285:14 286:8
288:16
**Epistat** 64:10,10
64:11 65:2,4
65:11,14,22
66:6 75:24
78:6,12
**equal** 184:24
**equally** 184:16
185:14 193:1,3
193:8 277:24
278:16 279:15
281:8
**equation** 176:7
**equipped** 221:2
221:3
**Eric** 2:6 6:24
7:17 62:22
91:8 106:2
129:11 144:8
151:20 175:10
252:12
**errors** 133:4,8
133:17,25
135:3,4,16,23
139:13
**escaping** 51:7
**especially**
118:16
**ESQ** 2:6,13,18
2:19 3:6,12,13
3:17
**essentially** 12:6

19:24 20:16
21:5,8,13,24
22:9
**establish** 49:18
**established** 86:5
133:23 135:7
151:12 162:9
162:10 173:5
180:15 198:1
199:20,23
286:20
**estimate** 9:22
46:5,15 63:4,9
66:13 110:16
117:25 118:3
123:7 155:25
156:23 157:24
172:2 279:23
280:2,7,10
281:5,19
**estimated**
121:24
**estimates** 106:7
111:5 118:4
134:2 135:2,5
135:8,14,22
136:8 152:15
153:12 155:18
156:22 280:24
280:25 281:21
282:17 285:4,6
286:7
**estimating**
110:20 111:5
**et** 118:6 119:4
**Europe** 48:24
**evaluate** 131:13
131:14 133:11
133:12 137:7
180:7 185:23
191:24 198:10
199:4,10,16
200:7,14
202:21 203:6
207:13 208:15

Dominik Alexander, PhD
March 8, 2023

Page 313

210:2 212:9
214:18 221:6
227:10 241:22
242:21 244:25
246:6 260:11
260:14,17
261:12 264:23
273:3 282:8
284:16 294:23
**evaluated** 84:14
93:20 132:20
184:8 186:1
196:17 227:9
243:8 246:11
247:17 248:20
249:6 272:11
288:1 294:20
**evaluates** 147:6
279:24
**evaluating** 70:21
72:12 104:15
140:10 161:18
198:18 200:21
225:15 227:16
230:14,23
251:9 267:4
**evaluation** 14:23
131:2 163:11
185:22 191:5
193:24 197:13
201:25 202:2,7
202:12 208:7
209:10 212:6
225:3 230:19
241:20 256:5
289:25 291:22
**evaluations**
255:15 256:20
275:1
**evasion** 208:4
**everybody** 151:6
151:17 198:5
259:4
**evidence** 49:18
72:12 128:17

140:8,10 143:3
144:18 147:13
184:25 188:11
189:5 197:13
236:5,21 237:2
237:18,19,23
238:6 239:1
245:25 247:17
262:16 263:2
264:23 293:3
294:19 295:7,9
295:11
**evidence'** 70:21
**evidentiary**
228:21 229:6
229:15,21
230:4 233:13
233:23 234:15
**exact** 26:3,17
53:11 67:16
251:9,23,24
**exactly** 9:22
29:24 46:24
50:8 62:11
130:10 142:20
142:25 153:18
187:13 189:23
208:9 221:18
229:8 239:21
241:19 275:21
290:9
**exam** 273:19
274:9,20 275:8
275:17 276:13
276:15
**examination**
7:15 243:16
255:17 271:16
275:2
**examined**
152:10,13
153:10 155:16
298:19
**example** 13:4
14:1 29:21

41:5 57:25
58:24 59:1
75:23 89:9
94:21 97:12,17
99:17 106:16
106:24 133:2
134:4,13 138:8
138:11 139:1,9
149:13,25
180:19,23
185:22 188:14
189:15 192:10
224:20 229:17
229:17,20
230:8,24 231:2
235:21,24
238:24
**examples** 22:2
192:22 198:22
228:23 229:7
231:19,22,22
232:11,12
**Excel** 89:23
**exclude** 127:1
223:18 229:21
273:18
**excluded** 122:6
122:13 129:21
131:9 223:4,6
223:8,12
227:12,20
228:21 229:6
229:14 230:4
232:13,23
233:3,9,18,23
234:2 258:21
259:19 260:2
268:15,20,24
269:6,14 270:8
271:3 274:5,8
274:19 275:7
275:13,22
276:2,24
**excluding** 119:4
129:22 130:15

131:4,6 218:4
224:3,7,12,13
233:9 270:20
275:17
**exclusion** 129:17
130:3,23
178:23 222:24
223:18,25
224:23 225:18
225:18,20
226:9,10 227:3
227:6 228:3
229:4,19 230:7
231:12,16,23
256:13 257:9
257:16,23
258:2,8,15
271:25 272:3,8
272:12,13,15
272:21,24
273:2 274:22
276:7
**exclusion/incl...**
222:1 228:13
255:8,12,24
**exclusive** 41:14
95:5 194:22
237:21
**excuse** 16:23
42:7 95:12
117:7 150:5
160:15 204:7
227:4
**Executed** 297:14
**Executive** 1:18
6:21
**exercise** 279:4
**exhibit** 4:13 10:1
10:2,7,12,13
11:1,25 12:11
12:13 13:9
18:4 29:4,5,21
30:2 31:11
68:19,20 70:15
89:15,16,18

90:17 91:19
115:5,6,10
116:10,17
152:8 157:11
157:18 198:5
201:16 274:1,2
**EXHIBITS** 5:5
**exist** 107:1
140:18 176:14
240:5
**existed** 103:8
140:8 239:18
241:6
**existence** 88:25
106:22 107:2
239:19 240:6
240:17 241:14
241:22
**exists** 64:17
242:10
**expenses** 76:23
**experience**
113:8
**experienced**
180:10
**expert** 19:11
20:11 56:5,6
67:13,15 81:8
81:14 201:19
**explain** 29:10
39:22 118:20
118:25 154:24
183:13 188:3,5
190:17 193:14
226:9,11 227:3
228:2 259:6,7
259:7 283:9
**explained** 91:10
186:18 228:4
281:14
**explanation**
111:18,21
259:9
**explanations**
100:4

Dominik Alexander, PhD
March 8, 2023

Page 314

explicitly 112:6
195:12
exploration
112:7
explore 112:4,14
177:11 178:13
Exponent 14:1,4
14:6,18 15:2,5
15:12,21 16:1
16:12,23 55:1
55:4,8,15,22
56:3,5,7,11,20
56:25 57:1,4,5
57:6,9,11,13
57:18,22,23,24
58:1,3,4,9,10
58:14,17,18,20
58:24 59:1,5,7
59:11,13,15,16
59:18,23 60:6
60:10,13,16,17
60:21 61:2,10
61:12,19,24
62:7,10 78:5
78:12
expose 73:19
exposed 85:3
118:8 146:12
152:18 192:25
227:17 230:15
285:6
exposure 13:21
84:17 85:6
87:20 88:1
92:10,13,22
93:2,4 94:2,8
94:18,20 95:2
95:8,10,11
96:2,7,20
97:14 103:8,22
110:22 111:6
113:12 114:25
118:13,15,16
119:1 137:7
145:16,17,17

145:18,22,23
146:4,4,14,15
146:17 147:6
147:10,12,14
147:25 148:4,6
148:6,13 151:5
151:13,17
157:22 158:15
168:17,18,25
169:5,7,8,10
169:12 172:6
172:10,13,21
172:24 173:17
173:21,23
174:6,8,13,15
175:24,25
178:4 195:3
196:13,17
202:11 203:21
203:22,25
212:12 213:18
214:16,19
215:7 234:5
240:10 242:7
264:7 265:13
265:15,21,23
271:14,24
272:7,11
277:12,17
282:1,9 283:21
284:17 285:21
286:8 288:1,20
292:3
exposures 63:16
88:5,11 89:2
97:19 105:5
118:17 134:4
134:20 135:9
138:18 151:7
express 17:2
112:2,23 145:4
253:15 284:5
expressed 87:3,9
90:4 103:21
114:1 167:2

197:24 206:12
241:3 245:6
283:24
expressing
115:2 182:19
expression
130:6
extend 145:12
221:22
extent 16:3 17:5
35:16 36:20
74:5 106:13,15
106:21 107:1
144:2,4 227:9
242:10 246:16
250:15
external 208:15
242:5
externally 240:5
extra 11:19
140:3 208:19
extract 93:22
94:25
extracted 37:20
38:20 94:9
95:7,9
extracting 36:25
37:8
extraction 34:22
36:16,22,23
37:4 38:11,15
93:19 249:22
eyeball 151:19

F

F 3:13
fact 12:5 100:4
127:14 162:10
163:6,22 209:3
239:11,14
260:4 262:25
273:3 274:20
288:2
factor 43:17
120:4 127:24

128:5,23 153:8
186:5 196:13
256:24 291:24
factors 115:1
128:10 132:9
134:3 135:9
137:2 139:6,9
155:24 156:13
157:25 158:8
158:10,14,16
158:19,21
159:4,8,17
160:3,5,12,17
160:23 161:17
161:20,22
162:6,8,9,15
164:4 181:4
182:9,22
184:25 187:7
189:7,11 190:9
191:13 192:19
194:3 202:9
206:12 212:14
222:4 227:9,11
227:19 256:6
260:10 261:5
261:11
failure 242:13
242:22,24
243:4
fairly 60:17
fall 39:16 223:10
falls 28:12
familiar 60:10
62:9 116:21
132:6,7 211:23
far 21:12 22:16
118:4 169:8
fare 77:3
farming 157:23
160:25
fashion 71:22
91:3 114:15
fault 161:23
faulty 73:19

feature 135:24
features 264:11
feeling 272:15
feet 9:3
female 80:24
few-minute 53:4
fiber 63:19
fifth 11:7
figure 119:11
120:17,20
122:3,4,5,7,22
123:6,17,19,21
125:10,14,15
127:20,23
147:23 148:8
149:15 150:3,6
150:9 165:7
166:9 189:3,3
197:19 209:24
214:10,13
217:13,13
251:11
figures 35:17
90:4,8,23,23
106:17
file 153:21
files 215:25
216:9 217:7
276:21
fill 29:25 176:10
filtered 222:14
222:24 226:14
filtering 222:18
filters 222:16
223:21,22
final 11:6 144:18
182:15,17,17
183:20,24
195:19 196:3
196:23 197:2,5
228:12,14
finally 11:9
financially
298:12
financing 299:3

Dominik Alexander, PhD
March 8, 2023

Page 315

299:13,16
**find** 96:7 116:25
117:14 124:4
128:6 241:5
271:17
**finding** 143:23
147:10 168:12
256:16
**findings** 279:8
**fine** 10:10
127:21 193:14
210:18 252:14
267:20 268:25
270:3 297:3
**finish** 281:2
286:18,19
**finished** 46:24
**finishing** 55:19
**Firestone**
149:25 186:1,4
242:11,18
292:20
**firm** 31:25 32:2
64:12 68:22
70:16
**firms** 32:4
**first** 18:18,22
31:12 55:21
59:24 66:14
71:11 87:18
89:24 100:21
102:10,17
104:9 111:3
124:9 126:6
135:19 146:21
199:13 207:8
216:7 285:8,8
292:5 298:19
299:4
**five** 44:15 46:11
53:11 153:7,8
183:11 219:1
235:25 283:11
291:12
**fixed** 141:13

251:24
**fixed-effects**
141:24 142:13
143:20
**FL** 2:14
**flaws** 286:11
**Floor** 2:7
**flow** 221:25
222:3
**focus** 24:12 51:5
57:3 116:18
123:10 235:22
**focused** 14:23
39:7,8
**focussing** 226:22
266:25
**folks** 9:10 22:22
24:2,20 48:19
**follow** 198:2
199:21 219:21
244:22 272:14
**followed** 130:11
180:3 194:17
230:19 296:21
**following** 147:4
179:15 189:8
193:16 239:15
273:15 285:2
**follows** 234:8
**foot** 31:8 233:11
**footnote** 11:9,13
11:14,19,20,22
11:23 95:13,13
95:15 96:5
97:5,7 101:1,2
101:5 102:6,23
103:7,18 104:8
164:14,15
167:9,12
215:10 228:1,2
228:3,4,5
231:18,20,21
232:22,24
233:9,12,17
261:1

**footnotes** 190:10
191:9 247:5
**force** 298:11
**foregoing**
297:13 298:23
298:23
**foremost** 89:24
**forest** 35:25
194:20
**form** 15:3,15
16:5,25 18:11
26:15 34:2,14
35:13 36:2,12
37:12 38:18
43:7 56:12
58:21 60:4,15
60:24 61:4
63:18 64:15
68:4 69:20
70:9 71:6,24
76:16 79:4
80:5 83:23
84:6,21 85:4
85:25 87:23
97:2,24 99:14
110:11 111:23
112:18 113:23
114:6,10
118:23 120:3
120:19 129:25
130:5,17
131:25 134:9
135:18 136:13
141:18 142:2
142:10 143:16
144:5 147:21
154:1,20
155:22 158:11
158:12,25
159:10,13
160:18 162:4
162:22 163:2
165:21 166:2
168:3 171:16
173:24 175:19

176:3 177:23
181:11 182:3
182:16 190:4
191:1,16,19
193:2 195:21
197:4,21
202:15 203:1
220:8,17 221:7
236:10,25
240:8 246:25
247:9,15 248:8
249:20 253:7
253:12 255:25
257:3,11 267:5
267:24 273:6
281:10 293:11
295:5,20
**formal** 243:3
**formatting**
23:21 33:15
35:17
**former** 28:5,7
**formula** 86:10
86:11,13
**formulate** 16:15
**forth** 164:15
189:8 245:13
**forum** 261:1,2
**found** 88:9
181:10 222:18
229:13 248:12
248:12 296:21
**foundation**
15:18,23 60:15
60:24 61:4
67:20 68:4
69:20 70:9
76:16 118:23
120:3 142:21
192:9 247:9
**foundational**
162:24
**four** 47:3,22
52:11 62:24
63:7 75:13

143:13 212:18
213:13,23
235:25
**four-page**
283:16
**four-year** 46:25
**fourth** 11:6
**framework**
198:25 208:6
209:9 210:16
230:18
**Francisco** 2:20
**free** 85:22
**frequency**
118:14 148:5
196:12
**fresh** 77:2
**friction** 63:22
**front** 11:18 12:3
40:18 42:5
273:25
**full** 8:2 30:1
52:25 72:23
201:21 218:8
218:11,15
224:2,5,6,12
224:12 226:13
226:15,16
291:16 292:5
298:10
**full-time** 24:23
24:25 25:1
**fully** 156:3
230:23
**fundamental**
219:17
**funded** 48:22
56:19 78:16,22
**funding** 48:23
56:22 57:19
66:4
**funnel** 107:12,13
107:15,17,19
**funny** 27:3
**Furlong** 235:9

Dominik Alexander, PhD
March 8, 2023

Page 316

**further** 171:18
183:13 216:5,8
259:9,10

——— **G** ———
**gap** 176:11
**Garabrant**
27:16,19,20,22
28:2,15,17
66:8
**garage** 64:8
**garbage** 70:20
72:11
**gather** 217:25
**gathering** 75:12
**gender** 112:25
113:15
**general** 19:9,12
19:14 21:18,21
21:23,24 22:10
33:11 88:22,25
89:1 121:10,18
121:19,22
168:21,22
175:22 186:3
194:15 221:3
221:10 223:8
238:19 250:9
273:1
**generally** 18:20
43:21 65:24
107:13 245:21
254:4
**generate** 97:10
97:16 110:15
136:8 178:6
282:5
**generated** 95:6
124:17 170:20
194:8 222:13
250:21 254:12
279:21 280:24
281:3,4,22
**generates**
151:24,25

171:1
**generating**
286:2
**genetic** 132:19
**genotype** 137:22
138:11
**genotypes**
137:24,25
138:9
**getting** 53:3,6
77:4 166:4,6
209:4,22 283:4
**give** 7:12 10:11
23:11 46:8,14
47:14 57:25
63:5 68:10
72:25 75:5
76:10 90:24
115:8 119:22
119:23 131:20
131:21,23
137:12 149:13
181:20 182:2,7
182:13,15
183:3,20 196:6
209:16 210:1
228:23 229:7
229:20 238:2
264:2 267:22
269:21 282:18
**given** 18:11
62:24 72:6
99:23 120:18
130:6 131:12
142:18 187:7
245:2,2 248:17
271:11 273:19
274:20 275:8
276:13 284:24
298:24
**gives** 118:5
119:13 186:2
**giving** 119:14,15
262:24 267:16
**glad** 30:19

**gleam** 218:6
**global** 143:12
**go** 8:17 18:12
19:6 24:5,6
27:4 40:17
41:24 42:22
58:12 62:25
84:7 89:13
95:12 97:18
98:17 104:1
105:1,2 113:9
116:15,25
117:5,13,14,24
120:16,23
128:10 134:10
136:9,11,14,17
143:7 144:17
147:1,22 152:8
158:9 164:24
165:14 166:8
173:7,11 178:2
189:1,17,21
206:10 208:24
209:23 210:19
210:25 214:1
222:6,21
223:15,15
224:1,22,23
225:6,19
228:12 234:2,3
234:22,25
235:1 255:4
264:11 267:6
268:22 272:23
277:10 280:20
291:2,12
292:12,23
297:4
**goal** 177:13
178:17
**goals** 176:25
177:14,21
178:15
**goes** 17:17 24:2
38:3 70:6

119:3 221:20
232:7
**going** 10:23,25
11:21 12:4
18:10 31:24
32:1,9,13
58:12 62:15
63:5 67:6
70:14 94:25
95:13 98:17
99:2 102:16
104:1,17
116:18 123:16
128:18 135:10
136:15 149:12
157:12 164:15
172:7,25
177:21 179:19
180:5 184:5,14
185:15 186:11
186:24 190:8
200:3 208:22
208:24 209:1
218:24 219:9
221:13 223:19
225:23 226:13
226:20 227:1
231:10 238:1
245:13 247:21
251:24 256:9
258:12 272:5
277:9 279:11
288:7
**Goldman** 235:9
**good** 65:20 91:9
91:11 179:3,6
180:10 204:14
204:15,22
264:12 268:6
271:12
**Grab** 210:21
**gradations**
246:1
**grade** 179:4,8,12
180:24 182:2,7

201:8
**graded** 180:15
180:18 205:4
243:14
**graduate** 51:14
**grant** 56:15 59:2
59:3,12 61:22
66:4,5 77:20
79:19,21,23
82:23 85:13
87:7
**grants** 58:7,8,8,9
78:1,2,10,19
86:18 87:1
**granular** 224:25
227:11
**graphical** 114:5
**graphically**
107:13 149:4
166:11,14
**graphs** 35:23
**great** 244:15
**greater** 225:3
243:20 288:3,4
288:20
**group** 11:4
48:25,25 49:1
75:1 82:23,24
117:9 138:17
138:18 148:15
148:17,18
151:10,10
177:1 225:12
225:12,23
234:7 243:16
272:11 273:19
287:16
**grouping** 234:11
234:13 243:23
287:7,14
**groupings** 287:3
287:5,6 289:20
**groups** 48:24
244:9 286:20
287:14,22

Dominik Alexander, PhD
March 8, 2023

Page 317

289:4
**guess** 35:17 78:9
130:7 243:12
257:15 260:7
**guidance** 187:8
189:8 198:25
199:14 219:18
**guidances**
198:17
**guideline** 264:23
267:10
**guidelines** 194:4
249:11,18
254:6,20,21
267:12 289:22
289:24

**H**

**hair** 85:8,11
**half** 29:11,12,19
29:25 30:25
127:23
**hand** 221:1
226:1
**handed** 209:5
**hands** 218:14
**Hannah** 9:13
23:5,24
**happen** 106:6
132:19
**happened** 75:20
165:16
**happens** 140:6
**happy** 73:3,15
98:23 101:18
208:11 271:8
286:17
**hard** 115:11
**harm** 80:20
88:11
**harmonious**
138:17
**Harp** 1:20 6:19
298:6
**hate** 109:5

291:10
**hazard** 109:23
110:2,9,24
111:10 169:23
170:18,20,23
171:7,8,24
192:11,11,15
**hazards** 110:18
137:1 140:1
161:19 170:17
171:12 172:1
192:12 263:8
**head** 51:6 77:2
89:13 141:5
201:8
**heading** 37:17
277:13
**health** 24:11,12
24:12 49:14
77:12 169:4
**hear** 7:24 59:20
183:14 252:12
259:13
**heard** 59:17,22
65:3 200:20
201:2 260:19
**heart** 83:2
**help** 30:15 126:8
176:10 207:2
231:5
**helped** 55:20
**helpful** 30:17
31:6,7,8
**herbicide** 81:4
290:21
**herbicides**
157:23 158:2,5
**Hertzman** 11:4
234:20,20
242:11,19,20
271:18
**heterogeneity**
112:4,5,8,14
119:6 122:14
125:21,23

126:3,15,18,19
177:2,4,7,8,8
177:12,14,22
178:8,12,14
250:13,17
253:22 254:3,8
254:11,18
277:20 279:5,7
285:11
**heterogeneous**
279:14
**heterogenicity**
250:23 251:4
252:4,6,17,23
253:6,18
291:23
**heterogenous**
278:14 280:17
**high** 87:21,24
93:3 118:21
135:3,7,15,24
145:17,23
146:4,10,23
148:10,12,15
148:21 149:17
150:5,8 151:10
152:5 180:18
180:20 184:20
202:9 203:22
203:24 204:2,6
204:8,9,14,24
205:4 213:5,20
215:14 253:19
254:7
**high-exposure**
145:20 146:18
**high-level** 87:18
**high-low** 145:16
**higher** 98:10
151:5,7,13,21
162:3 168:18
168:25 169:2
188:18 189:19
190:1,24
194:15 196:18

254:2,4,5,16
254:19 292:1
293:14 296:21
**highest** 94:2,8
95:1,1,9
146:14 147:6,9
178:17 293:16
**highlighted**
231:18
**highly** 134:15
138:9 161:20
**Hill** 21:22 22:10
120:25 121:1,4
121:5,7,9,17
121:21 122:24
123:3 124:6,10
124:12,20,25
125:4 127:13
127:25 128:5
197:11 198:3
236:3,9,16,19
236:24 237:2,4
237:12,14,18
238:4,6,8,12
238:15,17,19
238:20 239:7
292:12,13,24
293:9,20 294:4
294:7,16 295:2
295:15,18
296:9,17
**Hill's** 293:3
**hire** 27:8
**hired** 19:11 44:2
55:17 67:14
**history** 46:16
67:22 255:17
275:2
**hold** 27:10 197:4
**holder** 298:8
**holistic** 264:21
265:2 266:20
266:21,24
267:2,8,9,14
267:17,23,25

**home** 43:24 64:9
**Homer** 69:6
**homes** 9:10
**homogenous**
289:20
**honest** 179:3,6
285:23
**hope** 291:10
**hopefully** 7:22
7:25 231:5
**hopping** 170:3
**hospital** 276:21
**hospital-based**
276:3
**hotel** 76:18,23
77:3
**hour** 183:10
218:24
**hourly** 25:3,5
**hours** 7:19 25:1
31:17,18 32:7
33:8 34:12
38:6 39:11
40:9 91:1
208:20,22,24
209:19 286:17
**HR** 94:1 169:17
191:14
**human** 85:3
222:14,18
267:1
**humans** 60:22
**hung** 209:4
**hydrocarbon**
85:2

**I**

**I-2** 250:24
**I-square** 251:16
**I-squared** 251:8
251:14,25
252:3 253:22
253:23,24
254:7,10,16
**idea** 62:13 67:11

Dominik Alexander, PhD
March 8, 2023

Page 318

68:7,11 69:23
253:8 262:14
267:18
**Identical** 271:17
**identification**
39:12,13
276:12
**identified** 39:19
126:20 131:22
179:2 226:14
226:22 235:13
247:23 248:6
274:6
**identify** 40:2
138:2 178:1,8
178:22 192:15
226:2 230:20
230:22 254:22
**identifying**
39:18,20,23
40:25 299:14
**ideologic** 43:17
**IG** 232:14
**Illinois** 1:8 6:11
**illustrated** 114:5
149:4 182:10
**illustrates**
107:13
**illustrations**
35:19
**illustrative**
103:20,24
104:14 105:3
105:14 108:25
109:19 126:23
161:7 164:12
165:8 166:22
181:6 193:25
194:16 277:15
278:2,3 280:12
281:15 282:4
284:22
**impact** 133:21
242:13,22,24
243:4

**implied** 112:25
228:6,7 282:16
**importance**
191:12,23
192:17
**important** 70:20
72:12 127:24
128:16 134:2,6
134:16 148:19
185:13 204:14
204:22 206:16
207:16 246:2
258:13 283:3
**importantly**
155:11 180:4
184:23
**impossible**
96:12 97:16
237:11
**improper** 121:4
121:14 151:11
**improvements**
286:10
**in-person**
255:15 271:16
275:1
**inadequate**
293:4
**inappropriate**
150:12 293:10
294:5,9
**incidence** 40:12
40:25 131:14
230:17
**incident** 185:22
185:23 186:1,4
**incidents** 292:2
**include** 12:25
13:13 29:8,14
36:19 38:22
97:20 122:17
126:25 163:14
167:15,16
219:10 221:13
252:2 271:18

**included** 12:19
14:25 15:20
35:24 36:9
71:16 95:20
123:3 160:9
161:1,24 164:3
164:16,20,21
164:22 165:20
165:23 166:17
166:20 167:24
196:14 219:24
219:25 226:5
238:7 246:5
252:9 256:4
257:21 258:25
264:4
**includes** 11:7
170:10 203:22
237:22 238:6
**including** 42:24
43:1 97:20,23
109:3 167:1
217:22 234:4
255:16 264:16
275:1
**inclusion** 178:2
178:23 222:4
227:7 256:13
257:10,16,22
258:1,7,15
261:24 272:12
272:24 278:24
**inclusion/excl...**
219:9,14
221:12,19
**income** 26:1,7
**incomplete** 14:8
15:7 218:3,13
**inconsistencies**
276:6
**inconsistency**
280:14
**inconsistent**
135:23
**inconsistently**

256:5
**incorporate**
148:5
**incorrect** 39:21
39:22 212:23
272:1
**increased**
193:17
**independent**
22:23 55:17
57:15 58:15
65:12,19 77:21
94:3 138:19,23
139:3 228:24
229:25 241:20
**independently**
28:17 36:3
57:14
**INDEX** 5:1
**indicate** 96:20
96:25 103:3
167:13 169:17
211:5 212:10
259:23
**indicated** 12:24
22:21 29:10
70:24 119:5
121:21 160:6
219:8 221:16
261:2 277:18
278:13 279:12
280:16 287:19
**indicates** 19:4
30:10 95:7
119:7 147:11
153:17 154:5
225:6,14
254:18 293:4
**indicating** 96:5
265:19 292:1
**indication** 186:3
**indirect** 78:22
**indirectly** 25:10
78:17 79:2,15
80:1,3 84:3

85:10 86:9,15
86:22 87:5
**individual** 36:11
40:1 54:24
60:22 64:3
134:12,17,25
138:7 152:16
153:12 155:18
181:23 186:18
186:19 188:21
194:20 196:1,5
196:21 206:13
212:18 215:19
238:23 245:5
280:2,11 281:6
282:17,18
284:3 288:25
289:5,17
290:19 292:3
**individuals**
146:12 149:21
152:17 288:17
290:21
**industries** 26:12
**industry** 25:16
25:19,22,24
26:6 49:2
57:14 61:3
63:20 64:5
**infant** 77:12
86:9,11,12
**inference** 293:5
**infertility** 80:24
**inflate** 119:2
**inform** 126:8
**information**
17:5 19:5,6,16
34:22 36:16,20
37:9 38:20
42:19 71:1
118:9,14
131:12 132:2
138:16 153:17
169:12 176:6
185:10 192:18

Dominik Alexander, PhD
March 8, 2023

Page 319

198:2,4 203:23
215:21 216:5,8
216:10,12,17
217:1,7,10,12
217:25 218:9
218:10 225:1,3
225:22 235:14
239:24 240:10
240:22,24
241:2 269:19
299:14
**informative**
107:17
**infrequently**
28:1
**initial** 107:11
177:5 178:8
276:20
**injuries** 212:13
**injury** 81:5,21
87:13,21,25
88:11
**input** 89:18
**inputted** 251:12
**Institute** 74:21
77:16 78:21
**institution** 50:23
**institutions**
46:22
**instruct** 208:18
**instructions**
42:8,14
**intake** 49:13
**intensity** 148:5,8
**intensity-weig...**
148:13
**intent** 217:5
282:3
**intention** 285:20
**interact** 23:12
23:14
**interacted** 47:11
48:13 52:10
55:12 79:10
**interactions**

79:6
**interchangeably**
110:18,19
111:2,12
132:22
**interest** 155:13
178:4
**interested**
298:12
**Interjected**
235:5
**internal** 181:19
208:15 261:3,5
**internally** 240:5
**interpret** 104:19
188:4
**interpretation**
21:1 142:5
143:3,23
144:18,19
145:13 181:8
194:13 284:1
**interpreted**
113:18
**interval** 107:18
107:20 118:5
168:11,15
282:2
**intervals** 17:23
38:23 149:6,9
149:16,17,23
230:13
**intervene**
256:10
**introducing**
7:18
**inverse** 119:25
147:8 152:4
**investigation**
118:7
**investigator**
59:1,4,8,14
66:3 79:9
82:22 85:14,15
**Investigator/A...**

4:8
**invoice** 30:12,24
31:22,24 32:1
32:10,13 34:25
39:7
**invoiced** 31:19
31:20 32:10
**invoices** 5:14
29:6,9,11,13
29:18 30:6,11
31:1,2
**invoked** 124:11
**involve** 37:19
40:10 41:16
53:15 63:8
151:19 221:1
**involved** 44:4
47:9 49:3 62:1
64:21 67:25
68:3,9 79:13
83:23 164:21
167:25
**involvement**
25:9 48:8
63:24 66:21
67:1 68:12
82:19,21
**involves** 187:2
**involving** 43:5
48:5 63:2,12
80:15 206:8
**isolated** 138:18
**isolation** 188:10
**issue** 53:19
68:14 137:21
161:16 209:3
263:1 275:14
**issued** 298:9
**issues** 26:11
207:11 249:22
**items** 49:21
187:6
**iterative** 225:11
225:24 226:20

**J**

**Jamie** 70:16
**JCCP** 1:9 7:4
**JCCP-5031-C...**
6:16
**job** 55:17 58:13
91:9,11 288:19
**Jones** 3:12,16
9:13 23:5,23
23:24
**journal** 43:25
48:17 74:10
106:12
**journals** 23:12
56:18
**JR** 3:13
**judgment** 68:13
**jumped** 82:4
**junk** 73:19
**jury** 104:20
**justification**
179:16 180:2

**K**

**Kamel** 235:9
**keep** 60:16
71:25 72:25
73:25 98:15
123:16 128:18
144:22 177:24
184:4,14,18
185:15 186:24
190:8 201:10
210:17 251:22
282:14
**keeps** 91:15
232:9
**Kelly** 2:18,18
7:1,1 75:6
**Kennedy** 2:5,6
5:3 6:24,24
7:16,17 10:11
10:18,21,24
11:15,20,24
12:4 14:18

15:12,19 16:17
17:8,14 18:16
26:22 29:14,22
30:2,7,13,17
30:20 31:3,4,7
31:10,11 34:6
34:11,20 35:14
36:4,18 37:15
38:14,25 43:12
45:2 53:6,7,23
54:20 56:4,19
59:10,21 60:21
61:2,9 62:22
62:22 64:20
66:15 67:25
68:5,19 69:21
70:10 71:8,19
72:3 76:22
79:12 80:14
82:8 84:16,25
85:8 86:8,12
86:14 87:24
88:13,24 89:8
89:15 90:25
91:5,11,14,18
97:5 98:2
99:15,25 100:2
100:7,14,18,23
101:5,20,22,24
102:5,16,21
106:1,4 109:11
109:14 110:17
112:9 113:3,24
114:8,11 115:6
115:9,12
117:13 119:3
120:1,4,21
125:8,9 127:17
127:18 129:11
129:11,14,16
130:2,12,22
132:5 135:1,10
135:11,25
136:4,14
141:25 142:7

Dominik Alexander, PhD
March 8, 2023

Page 320

| | | | | |
|---|---|---|---|---|
| 142:15,23 | 256:8 257:4 | 48:25 49:6 | 261:16 262:1,7 | **leave** 68:12 |
| 144:1,7,8 | 258:12,16,19 | 50:14 53:16,18 | 262:15 263:3,9 | **lectures** 48:1,7 |
| 147:24 150:19 | 259:9,15,16,17 | 54:13 58:13,16 | 264:6,8 267:14 | 51:14,20 52:3 |
| 151:20 152:6,7 | 266:24 267:7 | 60:5,7,21 61:6 | 268:24 269:15 | 52:6,15 |
| 154:7,21 156:2 | 267:22 268:4,7 | 61:9,13,14,15 | 271:3 | **lecturing** 52:16 |
| 157:7,8,17 | 268:13,13,23 | 61:23 65:20 | **knowledge** 67:6 | **left** 117:25 |
| 158:13 159:6 | 269:4,12 270:1 | 66:24 67:21 | 288:4 290:7 | 154:15 157:18 |
| 159:11,25 | 270:7,12,22,25 | 68:5,6 70:14 | **known** 28:2 | 283:12 |
| 161:3 162:5,23 | 271:3 273:7 | 72:16,17,22 | 66:12 126:11 | **left-hand** 152:9 |
| 163:3 165:22 | 274:18 276:19 | 73:12,23,24 | **knows** 29:17 | 152:9 |
| 166:4,8 167:10 | 278:9,12 281:7 | 74:20 75:9,9 | 30:5 34:9 | **legal** 4:8 24:15 |
| 168:5,9 169:21 | 281:17 283:10 | 76:12,17 77:1 | **Kuopio** 148:21 | 25:9 26:11,11 |
| 170:5,9 171:22 | 283:15,17 | 82:7 91:14 | 242:11,18 | 27:17 28:11 |
| 173:11 174:2 | 286:13,14,19 | 98:3,18,25 | | 44:17 45:4,18 |
| 175:12,16,21 | 291:8,22 292:8 | 109:6 110:12 | **L** | 53:8 64:21 |
| 176:12,18,24 | 292:18 293:18 | 112:20 115:22 | **lack** 142:21 | **legitimate** 73:21 |
| 177:20 181:16 | 295:14 296:3 | 118:24 124:11 | 285:2 295:6 | **lens** 205:2 |
| 182:6,24 | 297:3 | 125:16 130:20 | **laid** 257:22 | **LEON** 3:13 |
| 183:19 184:7 | **kept** 101:13 | 130:25 132:18 | 258:1,7 | **let's** 31:4 44:15 |
| 191:2,17,22 | 164:15 | 137:20 139:11 | **Lake** 3:7 | 45:9 47:2 |
| 193:3 195:25 | **keyboard** 42:14 | 139:13,14,19 | **LANDEVER** | 49:24 91:13,17 |
| 197:15,22 | 43:3 89:19 | 139:24 141:11 | 2:6 | 97:18 100:14 |
| 200:1,2 201:18 | **KHALDOUN** | 142:4 143:22 | **landscape** 267:2 | 115:3 137:22 |
| 202:18 203:4 | 2:19 | 144:1,4,11 | 267:15 | 143:8 149:25 |
| 203:18 208:17 | **kind** 42:22 44:8 | 145:4 146:6,20 | **language** 74:16 | 189:17 195:23 |
| 209:12,25 | 56:1,15 62:14 | 149:12 156:24 | 99:19 121:3,11 | 196:9 207:4 |
| 210:19,21 | 74:19 86:11 | 159:12 173:20 | 141:20 142:17 | 209:2,25 |
| 214:6,8,11,12 | 107:17 113:17 | 173:20 174:3 | 246:12 253:14 | 213:23 247:7 |
| 217:23,24 | 117:9 131:17 | 174:12 175:17 | **laptop** 75:23 | 294:25 |
| 219:1,7 220:13 | 143:19 153:21 | 175:19,22 | **large** 46:17 | **leukemia** 81:22 |
| 220:21 224:10 | 174:18 175:3 | 176:1,1,2,12 | 60:17 106:9 | **level** 87:21 92:10 |
| 227:21 232:4 | 178:20 196:12 | 176:13 177:4 | 162:11 267:15 | 92:13,22 94:2 |
| 232:11,16 | 246:19 248:13 | 178:7,21 196:6 | 268:1 | 94:8 95:1,10 |
| 233:2 234:24 | **kinds** 141:22 | 196:25 197:1 | **largely** 63:14 | 107:14 134:12 |
| 235:1,4 236:12 | **KIRKLAND** | 200:15 204:2,9 | 150:2 250:25 | 134:18 138:8 |
| 236:16,19,23 | 3:5 | 204:15 205:17 | **law** 31:25 32:4 | 147:6,10 |
| 237:1,7,10 | **knew** 269:10,14 | 208:2,9 213:23 | 68:22 70:16 | 152:14 153:11 |
| 240:12 241:11 | **know** 7:21,24 | 233:16 245:8 | **lawyer** 265:17 | 153:24 155:4 |
| 241:12,25 | 16:18,22 22:17 | 247:10,13,22 | 265:18 | 186:3 292:4 |
| 242:15 245:15 | 26:3 27:11 | 247:24 248:3,6 | **lawyers** 27:8 | 293:16 294:18 |
| 245:17 247:3 | 28:4 29:12,16 | 248:14,18,20 | 69:18 70:7,12 | 294:21 |
| 247:10,20 | 29:24 32:18 | 249:1,3,5,9 | 72:6 75:7 | **levels** 87:24 88:1 |
| 248:5 249:5 | 34:6 37:25 | 257:2,25 258:2 | 76:14 | 113:12 155:17 |
| 252:14,16 | 43:16 44:19 | 258:9,17,24 | **lead** 115:25 | 190:11 191:23 |
| 253:9,16 256:1 | 45:19 46:2 | 259:8,10 | **lease** 8:18,20 9:3 | **LEVIN** 2:12 4:9 |

Dominik Alexander, PhD
March 8, 2023

Page 321

**Liability** 1:5 6:9
**Library** 48:18
  222:13 224:19
  226:21
**lifetime** 148:13
  157:22
**light** 15:10
**likes** 129:21
**limit** 95:25 96:6
  97:13 100:22
  101:8 177:13
  255:15 256:18
**limitations**
  116:8 178:24
  188:9,23 191:8
  245:7 248:18
**limited** 131:12
  189:14
**limiting** 96:18
  163:1 274:25
**line** 87:18
  135:23 183:9
  207:9 261:21
  273:13
**lines** 148:23
  295:12
**linings** 64:1,2
**Liou** 5:12 11:21
  97:17 99:18
  116:19,21,21
  117:3,6,8,9,10
  117:15 118:3,6
  118:20 119:4,7
  119:13 120:1,9
  120:11,13,17
  122:6,8,9,13
  122:15,17,18
  122:23,25
  123:3,5,14,19
  123:23 124:3,6
  124:8 125:10
  127:5,6,15,21
  128:4,25
  157:11,13,13
  157:15,17

158:24 159:7
159:24 239:10
239:11,12,14
239:19,22,24
240:2,7,13,16
240:21 241:3,7
241:10,13,16
**list** 12:19 13:10
  13:17 36:8
  45:20 62:23
  65:1 68:16
  80:17 84:13,14
  98:21,25 103:1
  103:3,5 104:2
  104:5,6,19,21
  104:24 106:20
  137:12 158:9
  158:14,15
  164:21 166:1
  201:20 224:17
  226:22 227:3
  229:12 230:6
  232:24 246:15
  246:19 248:12
  248:13,23,24
  249:8 290:13
  290:25
**listed** 13:7,8
  51:4 99:13
  122:4 153:16
  156:16,17
  158:22 159:8
  160:12,17
  161:22 184:5
  205:10 224:16
  226:10,12
  227:10,14
  228:14 231:25
  232:5,23 239:2
  247:2,25,25
  264:16
**listen** 71:8 109:5
  114:16 124:22
  135:12 174:10
  272:19

**listening** 175:2,8
**listing** 12:20
  99:10 100:3,10
  165:23,25
  228:19 232:9
**lists** 129:16
  170:18 232:7
**literature** 16:11
  32:17,25 33:13
  39:18 40:18,19
  40:20 41:3,4,7
  43:8,13,21,22
  57:16 69:25
  70:3,5 107:8
  180:5 220:22
  222:3 277:19
  278:13 279:13
  280:16,19
  282:20,21
  284:21,25
  286:10
**litigation** 1:5 6:9
  23:16 28:12
  29:6 43:4 44:9
  45:14,25 60:14
  60:14,20,22
  64:14,23 66:21
  66:22 67:17
  68:9 80:15
  81:8,19,25
  82:3,5,9,11,13
  82:15 83:6,24
**litigation-relat...**
  24:22 83:12
**little** 28:21
  177:22 241:8
  243:24 271:11
**living** 43:24
  160:23
**LLC** 3:4
**LLP** 3:5
**located** 9:8
  210:24
**location** 8:18
  24:6 76:10

**logic** 98:9
**logistic** 133:3,18
  136:25 153:18
  154:9 157:25
**long** 10:25 28:2
  36:8 51:22
  66:12 259:11
**longer** 64:17
**look** 13:9,10
  16:13 18:4,5
  19:8 29:4,20
  29:20 30:2,3,9
  30:22 31:4,11
  33:11 39:10
  43:15,18 44:10
  45:20 46:16,18
  50:7 51:3
  58:25 63:7
  68:19 72:21
  79:25 84:13,13
  86:25 87:15
  88:15,16 89:5
  89:15 90:1,9
  90:17 91:18
  92:4,14 93:8
  93:18,25 94:15
  94:21 95:12
  97:21,25 99:21
  100:14,15
  101:11 106:19
  106:23 107:8
  108:13 113:9
  115:3,4 116:14
  117:14,19
  119:10 120:16
  129:12 132:1
  133:3,7,14
  136:23 137:6
  140:3 141:3
  145:15 147:18
  149:15 151:6,7
  151:12,15,15
  152:2,7 153:22
  154:3,5 157:11
  157:15 160:21

165:13 168:22
169:13,21
170:14 171:18
185:13,20,25
186:18 187:4
188:21,22,25
189:1,7,20,24
190:3,20,23,25
194:1,20
196:19 197:11
198:5 201:16
207:23 209:14
209:17 211:22
212:5,9 216:1
222:8 227:7
230:21 232:24
233:13,21,25
234:19 243:25
244:1,23 245:1
245:25 246:15
247:11,19
252:10 255:4
259:24 261:20
261:20 262:1,3
262:6 263:7,18
264:1,5,7,7
265:14,18,20
265:22,24
266:4,8,10,12
266:21 268:17
270:18 271:6
273:10 287:4
287:18 288:25
289:17,19,22
290:19 291:2
**looked** 16:6
  17:14 20:15
  75:10 81:16
  88:4 104:12
  108:6 124:12
  147:5 164:12
  167:13,14
  186:4 194:3
  197:18 226:13
  240:21 244:19

Dominik Alexander, PhD
March 8, 2023

Page 322

244:19 245:10
245:14,17
247:1 251:10
251:11 262:11
262:12,21,22
263:11 264:14
266:25 274:1
289:5 291:17
**looking** 13:20
18:6 19:3,8
29:17 33:6
35:3 37:16
39:23 40:12
43:25 49:13
54:8 70:2
74:15 88:19
90:12,23 92:15
93:1 97:8
101:11 104:14
106:17 110:6
112:2 113:1,12
113:12 120:25
123:24 124:1,6
140:2 146:11
148:11 150:14
151:3,4 155:11
162:11 174:25
185:8 186:11
188:6 189:6
196:15 198:13
215:4 216:15
217:24 218:3
218:13 225:25
228:10 231:4
235:24 237:23
243:21 252:12
267:3,15 269:1
269:18 270:17
282:20 285:10
285:11 296:1
**looks** 40:15
120:7 122:13
129:21 130:8
203:8 222:9
251:18 291:17

**losing** 209:19
**lot** 10:23 17:14
180:21,22
181:1 206:5
255:20 265:20
270:1
**Louisiana** 3:17
**low** 93:3 180:19
180:23 181:10
184:11,19
202:10 213:4
213:13 214:21
215:9 253:18
254:7
**low-level** 45:15
63:16 83:1
88:4
**lower** 96:11,13
119:5 151:16
152:4 172:6,10
172:25 246:2
254:18 255:1
**LPA** 2:5
**lunch** 104:17
129:5
**lung** 54:9
**Lynn** 9:14 32:19
32:21 33:9,10
33:24 34:12
40:6

—————

**M**

**Maggie** 9:14
37:23 38:1,3
40:6
**magnitude**
121:1 127:8,11
127:13,16
151:3,4 152:5
280:12
**mailing** 8:9,19
**main** 222:5
**maintain** 103:15
**majority** 18:8
19:11 25:13

26:7,14,18,20
28:14 45:20
46:17 63:15
**making** 118:25
151:18 252:20
253:1 286:10
299:5
**male** 80:24
**malignancies**
81:17
**manager** 28:9
41:24
**Mandel** 61:9,11
61:21,25 62:7
**manufactured**
63:12
**manufacturing**
11:8 64:4,5
**manuscript**
56:23 57:20
59:6,9 61:25
62:2,6,8,12,13
66:7 79:11
80:8 85:21
87:8,16 111:25
217:5
**manuscripts**
23:11 55:10
56:8,13,14,16
57:5,8,14,17
57:18 58:4,5
61:20 62:5
78:14 79:7,8
80:13 84:18
87:2 88:15
**March** 1:20 6:2
6:6 12:3
**Margaret** 37:23
38:1,4
**mark** 10:8 91:18
91:20,24 92:2
92:17,18 93:1
93:9 94:7,13
94:16,20,23
148:14 252:6,9

252:18 273:18
274:5,8,19
275:8,17,22
276:7
**market** 26:23,23
**marketing** 27:1
27:4,5
**marking** 115:5
**marks** 211:17
**master** 4:6 23:19
32:23 114:13
124:24 183:9
183:12 184:1
200:3 208:17
238:1 256:9
258:13 259:3
259:14 283:2
283:12 286:13
**master's** 24:10
24:11
**matching** 244:9
244:12
**materials** 12:24
17:13 63:22
75:17
**math** 151:20,20
251:25
**mathematical**
98:8 99:7
151:22
**mathematically**
96:12 97:15
99:21
**matrix** 192:25
**matter** 12:18
17:24 35:2
53:12,18 54:10
54:15,18 68:12
82:6 100:5
159:14 180:9
181:24
**matters** 23:15
24:14,15,22
25:9 26:19
39:9 43:19

53:14,15 61:7
64:21,25 68:18
72:24 221:3
250:9
**MDL** 1:8 2:4
6:11 7:4
**MDS** 81:24
**meals** 76:23
**mean** 8:25 9:16
18:8 27:2 45:6
47:6 72:7
130:10 133:9
142:16 143:15
146:6 148:19
149:5,10
158:18 159:15
162:7 191:20
194:24 195:1
198:13 204:2
204:15,25
205:4 207:1
211:16 243:12
246:19 249:21
253:8 263:4,7
263:8 267:17
290:10 292:16
**meaning** 17:21
20:2 25:22
42:13 55:10,23
63:21 65:25
67:16 78:10
79:20 84:2,9
98:9,10 110:14
114:2 119:14
119:22 128:16
139:13 144:15
146:1 184:24
193:22 199:14
226:1 251:7,23
272:10 273:17
278:20 279:4
280:9 290:17
294:13 295:23
**means** 41:11
60:5 88:18

Dominik Alexander, PhD
March 8, 2023

101:19 104:11
119:24 132:23
141:21 143:2
143:18,21
144:14,21
145:9 220:23
239:21 254:16
262:15 263:2,6
265:3,12
266:24 267:3,8
**measure** 110:9
110:21 133:10
133:11,12
**measured** 133:1
**measures** 19:21
19:23 38:23,23
93:17 111:4
172:3 227:19
230:10
**meat** 49:13
78:21 86:22
**mechanic** 46:17
63:16 64:8
**mechanics** 45:16
64:7
**mechanistic**
223:1,2
**mediator** 32:3
**medical** 25:15
26:5 33:2 46:9
65:22 73:2
255:16 275:1
276:21 292:2
**Medicine** 48:18
222:13 224:19
226:21
**medicolegal**
44:16 46:9
**medium** 184:19
**meet** 264:3
**meetings** 76:24
**Melodia** 2:18
**member** 74:23
75:6
**members** 21:15

47:11 48:10
52:11 74:13
**membership**
75:10
**memorized**
248:13 291:11
**memory** 35:7
39:2 167:21,25
**men** 113:1
**mention** 104:8
125:1,3,9
152:21 153:3
175:8 275:23
276:11,22,25
**mentioned** 16:7
17:8 87:17
89:7 93:11
125:17 163:10
289:18
**mentions** 125:12
**mentor** 51:13
**Merced** 4:9
**merely** 29:19
197:12
**met** 295:1
**meta** 8:15 109:9
170:25
**meta-aggressi...**
109:7,10,12,15
**meta-analyses**
35:25 90:2
97:9 103:19
104:9 111:17
112:12,20,21
113:10 164:13
249:8 277:16
278:20
**meta-analysis**
35:23 37:10,14
37:16 42:2,9
42:15,20,23
69:12 70:25
71:2,15 73:1
73:16,20 89:20
90:10,13,18

94:15 95:18,24
95:25 96:13
97:20 100:24
102:8,22 104:3
105:13 112:11
115:15,22,24
117:7,8 119:5
119:10 120:2,5
120:12,13
123:2,11,12,19
125:20,22
126:5,7,8,23
127:10,15
128:4,22,24
134:8,11,21,23
147:5 161:3,6
161:10 163:14
164:9,11,20
165:3,8,10,19
165:23 166:19
167:1,24 177:1
178:3,6,16,17
178:19,20
194:2,16
207:11 219:25
220:3,3 245:19
246:5 250:14
252:7,19,24
254:13 255:13
255:15 256:3
256:14,19
257:17,18
258:21 259:19
261:24 264:4
268:16,20
269:7,15 270:9
273:21 274:25
276:15 277:11
277:21,25
278:1,4,15,17
278:23 279:6
279:14,16,18
279:24 280:4
280:13,18,20
280:21 281:15

281:18 282:4,8
283:19 284:16
285:16
**meta-analytic**
42:12,18,21
129:1 247:17
256:25
**meta-analytical**
42:4
**meta-regression**
106:17 107:4,6
107:16,19,20
108:3,16,20,22
109:3,16 194:9
194:14
**metabolite**
203:23
**metal** 85:7
**MetaMethod**
8:12,15
**method** 107:11
130:10 157:3
200:24 201:12
202:19,20
203:6 221:5
243:10 244:2,5
244:9 246:23
250:7,10
255:11,23
256:13 257:9
257:23 258:2
264:21
**methodologic**
213:9 228:22
**methodological**
18:2 116:6
126:12,14
127:1 181:18
185:9 186:5
187:9 189:7
191:7 205:2
207:16 208:7
209:10 211:6
229:15 237:24
284:23 286:11

291:25
**methodologic...**
277:19 278:14
279:13 280:13
280:17
**methodologies**
108:3
**methodology**
69:11 70:25
71:2,15 73:1,3
73:6,15,21
93:21,24
106:19 107:3,9
121:18 125:25
130:7 131:12
131:13 179:20
189:9 190:12
194:17 197:9
200:21 202:11
202:17 205:6
206:6,22 207:6
207:10,25
210:2 220:15
246:14 249:13
249:16 250:5
256:25 257:15
277:18 282:22
282:25 285:2,3
285:11 289:23
293:10 294:5,9
294:23 296:20
296:23
**methods** 114:1,4
133:6 194:5
198:1 200:7,9
200:13 201:10
212:12 255:7
**metric** 95:11
146:14 148:4,6
171:2 179:14
**metrics** 110:7
137:7 195:24
196:9,17
**MICHAEL** 2:18
**Michigan** 9:9

Dominik Alexander, PhD
March 8, 2023

Page 324

27:21 32:24
**middle** 119:19
166:3 273:13
283:16
**Mike** 7:1
**million** 81:23
**Millions** 109:15
**mind** 49:12
**minor** 21:9
**minus** 152:15
**minutes** 183:11
209:18 218:25
**Mischaracteri...**
281:11
**misclassificati...**
172:21 173:4,6
173:14 174:8
**misclassified**
173:21,23,25
174:4,5,13,14
175:5,23,25
**misclassify**
172:6,9,12,13
172:24
**misheard** 93:7
**misinterpreting**
121:13
**mispronouncing**
27:21
**misreading**
92:12
**misrecalling**
257:13,20
**misrepresent**
81:3
**missed** 226:3,25
247:14 248:7
248:19,22
249:5
**missing** 127:24
176:7
**misstating** 248:2
**mistake** 171:3,5
**mistaken** 119:17
218:25

**misunderstan...**
14:11 100:6
241:9
**mixed** 117:9
286:22 287:11
287:21
**mixing** 171:9
232:17
**modalities** 258:5
**modality** 89:11
257:15
**model** 94:19
113:15 119:25
120:7 122:10
122:19 123:7
123:24 124:1,3
124:14 132:9
132:24 137:4
140:1 141:13
141:24 142:14
143:20 149:1,3
149:22 153:18
158:2,3,5,6
160:5,6,8,10
161:1 165:10
169:18 172:1
194:14,14
251:24 257:18
278:6
**modeling** 159:20
223:1,2
**models** 36:24
37:5,6,11,15
37:17 38:12,16
94:18 95:6
133:18,24
134:3,14
136:25 137:1
139:25 140:11
149:3 158:1
161:7,19 177:5
177:11 181:5
240:25 257:1
257:17 286:3
**moderate** 202:9

253:19 254:7
255:2
**modest** 253:24
**modifications**
35:20 284:23
**money** 78:2,6,7
79:25
**Monsanto** 82:1
82:11 83:13,16
**month** 9:25
**Moore** 4:8
**moose** 201:7
202:22 207:19
**morning** 209:1
**mortality**
129:22,23
130:9,14,21
131:3,7,9,16
131:23 132:3
230:17
**mos** 189:9
**motor** 45:15
46:17 63:15,20
64:7
**MOUGEY** 2:12
**move** 106:2
135:10 152:6
157:7 200:1
207:20 212:4
286:13
**movement**
243:19 255:17
271:17 274:21
275:2,9,18
276:13,16
**moving** 259:11
**MPH** 32:23
**multi-colinear...**
132:11,23,25
133:24 135:21
136:7 140:22
**multi-variant**
159:16 240:22
240:24 241:2
**multi-varied**

157:24 160:21
**multimineral**
87:6
**multiple** 132:17
132:21,21
134:14 269:23
**multivitamin**
87:5
**mutually** 41:14
95:5 194:21
237:20
**myeloid** 81:22

———————
**N**
———————
**N-O-S** 200:25
**N.W** 3:17
**name** 6:17 7:17
8:2 27:24 51:7
66:14 72:10
73:10,17,24
**names** 9:12
255:3
**narrative** 36:7
152:22 189:21
190:1,22
192:18 220:6,9
220:11,14,18
220:20,21,23
221:5,8,9
223:9 235:22
250:7,11
**narratives** 36:10
36:13 235:18
235:20
**National** 48:18
78:15,20
222:13 224:19
226:21
**nature** 13:21
54:6 99:7,23
114:25 288:20
**NCI** 58:7
**ne** 102:8
**nearby** 8:18
**necessarily** 19:4

19:13 22:19
31:20 34:22
41:13 51:15
55:23 79:18
91:21 95:5
103:18 106:15
108:23 113:7
126:17 149:24
158:20 169:2
172:13 177:3
184:16 185:20
186:17 187:21
193:12 194:24
195:8 204:25
213:17,17
242:6 245:24
249:21,23
261:25 262:1
283:23 284:19
293:12
**necessary**
111:18 220:11
**need** 62:15
73:18 96:10,15
97:9 98:11
99:5,20,25
112:23 113:3,5
140:19 176:6
183:13,14
188:5 193:14
199:8 207:22
209:8 210:5,8
216:2,11,16,20
216:25 217:3,9
242:3 278:8
279:2,9 283:2
283:6
**needed** 264:3
**needs** 100:7
**neither** 75:4
130:7
**Nestl** 77:7,7,7,8
77:14,19,24
**neurological**
255:17 275:2

Dominik Alexander, PhD
March 8, 2023

Page 325

neurologist
  276:20
never 54:2 57:8
  57:10,10 69:4
  69:6 73:10
  75:10
new 3:14 76:12
  115:5 211:5
newly 163:7
nice 267:16
night 29:9,13,15
  29:18 200:5
NIH 58:6
NLM 222:16
nods 110:8
non-association
  122:1
non-peer-revi...
  60:3 74:6
non-scientific
  60:3 74:7
nondifferential
  172:14 173:8,9
  173:10,11,13
  173:16
nonlitigation
  28:22,23
nonresponsive
  152:6
nonstatistical
  50:4
nontestifying
  34:4
Norwegian
  48:25
Nos 200:20,24
  201:7 211:23
  212:1
notations 299:9
note 30:22 95:17
  274:8,8
noted 12:3
notoriously 39:6
nuanced 140:7
nuances 20:9

21:9 88:21
number 6:10,12
  6:15 9:2 45:19
  46:7,8,12,19
  92:20 93:25,25
  94:1,25 95:1,4
  95:4,7,9 96:13
  96:14,23 97:16
  98:4 124:25
  151:21,21
  164:16 173:20
  173:22 174:12
  174:14 175:23
  175:24 182:11
  184:22 185:7
  227:22 231:9
  269:2 298:9
numbered
  116:24
numbers 44:13
  94:15 150:9,20
  150:25 188:17
  193:25 211:14
  211:14,18,19
  211:25 212:2
numerical
  251:14
numerically
  166:14
numerous 164:8
  254:12
nutrition 50:11
  51:2
nutritional 49:8
  51:5
NY 3:14

————————
O
————————
O'BRIEN 2:12
O'Conner 69:13
oath 266:16
  298:19
oaths 298:16
object 18:10
  34:2 144:5

158:11 167:8
176:3 190:4
191:1,19
202:15 203:1
208:24 236:10
236:25
objection 15:3
  15:15 16:5,25
  26:15 34:3,14
  35:13 36:2,12
  37:12 38:18
  43:7 56:12
  58:21 60:15,24
  61:4 64:15
  67:20 68:4
  69:20 70:9
  71:6,13,24
  76:16 79:4
  80:5 84:6,21
  85:4,25 87:23
  97:2,24 99:14
  110:11 111:23
  112:18 113:23
  114:10 118:23
  120:3,19
  129:25 130:5
  130:17 131:25
  134:9 135:18
  136:13 141:18
  142:2,10
  143:16 147:21
  154:1,20
  155:22 158:25
  159:10,13
  160:18 162:4
  162:22 163:2
  165:21 166:2
  168:3,7 171:16
  173:24 175:19
  177:17,23
  181:11 182:3
  182:16 191:16
  193:2 195:21
  197:4,21 220:8
  220:17 221:7

240:8 246:25
247:9,15 248:8
249:20 253:7
253:12 255:25
257:3,11
258:10 267:5
267:24 273:6
281:10 293:11
295:5,20
objective 250:8
objectively
  193:10
observational
  295:13
observed 291:23
obtain 242:17
obtained 118:9
  225:22
obvious 283:6
obviously 47:19
  175:14 238:25
  269:17
occasion 47:23
  47:24
occasions 66:2,9
  68:17 75:11
  76:18
occupational
  84:17 92:10
  96:1,6,19,24
  97:14,19,21,22
  98:4,19 99:2
  99:10 100:12
  100:16 103:1,8
  103:14,20,22
  104:2,12,22
  105:5,9,10,16
  105:20 145:19
  164:13 277:11
  277:17 286:22
  287:8,9,21
  288:8,14,23
  289:10 290:5,6
  290:20
occupationally

118:8 287:10
occupations
  290:12,15,23
  290:25 291:3
occur 45:25
  58:20
occurrence
  110:21 111:6
occurs 132:9
Ochoa 4:12 6:17
odds 38:22
  91:19,24 92:1
  92:18 94:12
  96:7,11,21,25
  97:10 98:5,20
  99:7,22,23
  103:2,15 104:4
  104:23 105:15
  105:19 106:9
  109:23 110:2,9
  110:17,22,23
  111:10 117:20
  117:21 118:21
  119:2,7 120:12
  120:13 122:5
  122:23 123:4
  124:5,7 125:2
  127:5 146:13
  151:5 155:2
  159:16 160:1
  160:21 164:23
  165:2,19
  166:20,25
  167:19 170:1
  170:13,16,19
  170:22,23
  171:6,8,13,14
  171:19,23
  172:6,10,25
  243:2 271:21
offer 91:19,21
  299:1
offering 299:4
offhand 89:6
office 8:8,16,18

Dominik Alexander, PhD
March 8, 2023

Page 326

9:5,5 24:3,5,6
28:8 41:24
50:19 52:22
**officer** 298:21
**officer's** 298:1
299:9
**Offices** 8:23,25
**OH** 2:7
**okay** 13:15 23:3
32:12 34:23
52:12 63:17
91:23 127:4
143:7 155:15
156:19 163:18
163:21 166:13
167:23 169:14
170:15 184:1
195:13,24
199:13 200:19
203:21 207:20
211:1,25 212:4
215:2,11 222:7
251:22 261:22
273:15 288:12
**once** 230:20,21
276:19
**one-study**
101:17
**ones** 12:1 22:16
30:7 31:1 77:2
105:6 115:9,11
171:23 224:2,7
245:16,17
246:9 281:1,3
281:4,7
**operational**
208:4
**opinion** 54:11,18
54:21 91:16
114:21 126:8
141:6,8,25
142:8,8,15,18
142:23 143:8,9
144:13,23,25
157:9 160:15

161:14 188:24
189:3 194:25
206:20,24
207:21,22,24
208:3 209:16
210:1,10,12
219:14 220:1,6
220:14,18
253:4 262:24
268:23,25
269:6 293:17
294:2 295:3,18
296:10
**opinions** 12:14
12:17 13:12
15:18,23 16:9
16:16 114:22
114:23 143:4
179:4,11
197:24
**opposed** 54:24
60:14 94:25
211:14,20
266:25 288:23
**opposite** 111:13
227:7
**optimum** 157:3
**ORANGE** 298:5
**oranges** 281:12
281:16 282:14
**order** 13:11
157:12 216:17
264:3
**organization**
49:2,7,9 75:2,4
78:25
**organized** 37:20
**original** 226:5
**Orleans** 76:12
**ORRR** 94:1
191:14 192:25
**ORs** 157:24
**os** 93:1
**Ottawa** 211:6
**outcome** 49:15

178:4 205:8
212:13 213:18
228:24 229:25
230:24,25
271:19
**outcomes** 43:15
43:20
**outings** 63:10
**outlier** 118:3
126:12,20
**outliers** 106:19
**outline** 93:18
113:5 152:22
226:8
**outlined** 93:21
162:19 164:10
207:18 249:17
**output** 107:22
**outputs** 42:2
**outside** 267:16
**overall** 119:25
144:12 145:13
145:13 152:14
152:16 153:3
153:11,23
154:16 155:4
155:10,17
156:21 162:12
171:20 181:5
184:20,25
185:12 186:8
186:15,20,22
187:5,18
188:11 194:15
194:18 196:2
197:5,13
207:13 213:9
226:5 236:5
237:18,22
257:17 278:3
278:19,24
279:1 286:7
**overarching**
201:14
**overestimated**

118:16
**overgeneralizi...**
75:3
**overlap** 17:20
67:23 148:17
148:20,22,24
149:6,7,10,20
150:2,12 201:6
203:2,5,8,12
211:9,12,12
235:14
**overlapping**
201:9,9 235:6
235:11
**overreporting**
119:1
**overview** 270:19
**overwhelming**
63:15

———————
**P**
———————
**P** 107:18
**P-value** 253:21
254:18
**P-values** 252:4
**P.A** 2:12
**p.m** 129:7,10
176:20,23
219:3,6 268:9
268:12 291:4,7
297:8,10
**page** 5:1 11:2,5
11:9,14,15,16
12:3 18:4,7,18
19:10,22 20:4
21:22 29:21,21
30:14,22 31:4
31:12 33:20,22
34:21 35:15
38:22 39:10
62:3 92:4,14
93:18,18 94:24
95:2,7,12,14
95:15 97:5
98:23 100:12

100:17,25
101:11,16
105:1,2 106:24
108:22 109:4
109:23 116:15
116:17,25,25
117:13,23,24
120:16 129:13
145:15 147:1,2
147:4,15,18
149:14 152:8
152:25 153:1
153:22 155:16
156:4,6 157:15
158:23 159:9
160:1 162:19
164:15,25
165:2,3,17,18
165:20,22
166:14 169:13
169:21 170:2,6
170:8 171:19
181:7,16 182:8
182:14 183:18
183:18 184:5
185:3,17
191:11,15,17
191:18 192:1
192:14 193:8
194:12 201:22
205:20 206:21
208:9 209:6
212:19 214:1
215:3 217:6
220:19 221:17
221:18,20,20
221:22,22
222:5 225:1,5
225:9,13,22
226:8 227:7,13
227:14,22,25
228:1,6,7,12
228:14 229:10
230:9 231:8,14
231:14,25

Dominik Alexander, PhD
March 8, 2023

Page 327

232:4,4,5,25
234:2,3,16,17
235:24 236:1
238:13,14,21
247:2 251:10
261:20 263:18
264:1 269:2,21
271:13 273:10
273:16,22,22
274:4,7,19,23
275:4,5,6,7,10
275:13,15,16
275:20 276:1,1
276:8 277:5,10
286:19,24
289:4 291:12
292:13,13,15
292:23 296:2
**pages** 10:17
38:10 94:21
97:4 184:21
204:19 225:21
227:2 239:1
276:5
**paid** 25:3 50:21
52:19 57:6
58:5,6,18
65:14 75:14
77:6 78:2 79:3
79:12,15 80:1
80:3 84:3,20
85:9,17,18,23
85:24 86:8,14
86:21 87:4
**pain** 259:5,5
**painful** 259:4
**painting** 267:15
**PAPANTONIO**
2:12 4:9
**paper** 50:5,7
57:21 87:18
88:16 89:5
95:10 103:24
115:14 141:4
154:24 159:22

159:24 211:22
214:25 215:24
240:2,23 241:3
241:24 242:1,2
242:16 263:17
296:21
**papers** 55:11
56:21 188:8,9
209:20 223:6
**paradigms**
201:15
**paragraph**
124:9,19 125:6
125:6,7 127:23
128:1,9,11,12
128:13,18
157:18 213:1
277:15 291:16
292:5,16,17
293:1
**paragraphs**
18:14 19:6
**Paralegal** 4:8,9
**parameter**
163:16 175:4
186:2
**parameters**
17:23 42:6
163:19 179:2
181:19 184:17
184:21 185:9
187:3 188:21
190:6,8,10
192:8 201:6
202:9 221:23
224:18 237:24
261:5,18
264:20
**paraphrase**
116:7
**paraquat** 1:5,11
6:9,15 44:8,11
66:21 67:10
94:2 96:2
103:22 104:13

105:5 115:24
118:8 129:17
130:3 145:23
146:12,15
147:10,12,14
153:23 154:4
154:10 155:2,6
155:21,25
156:7,24 157:2
157:5,23 158:3
158:6 159:3,5
159:21 160:2
160:12,14,16
169:9,25 195:3
202:6,13
203:23 206:8
206:23 212:12
222:25 224:13
227:17 228:25
229:1 230:15
271:21,23,24
272:7,10,21,25
273:3 277:11
277:17 281:19
282:1,9 283:21
284:17 285:6
285:15,18,21
286:8,21 287:9
288:23 290:13
290:16,17,21
290:24 293:5
**parenthetical**
232:8
**Parker** 69:5,7
69:12 70:16
71:17,20 72:15
73:5,14
**Parker's** 71:4
**Parkinson**
129:18 259:20
282:1,9 283:21
285:15,17,18
285:22
**Parkinson's**
40:9,13 41:1

43:5,9,13 44:5
96:2 115:24
129:22 130:4
130:14 147:12
147:14 195:3
202:6,13 205:8
206:8,24
227:16 228:24
229:1,24
230:15,24
243:9 244:2
255:6,23
256:12 260:3,9
261:10,23
265:25 266:2,6
277:12,17
281:20 284:17
285:7 286:9
**part** 15:13,16
44:7 55:21
64:24 65:6,15
69:6 71:3,3,20
71:21 75:4
80:2 85:23
108:15 109:2
111:3,20 112:3
113:17 124:5
128:1 135:20
162:16 176:7
188:10 218:2
220:3 233:13
237:18 240:1
248:25 256:2
287:9 294:16
299:3,13,16
**partial** 56:22
**participant**
212:13
**participants**
118:7 137:23
138:10 227:17
276:22
**participate**
45:14
**participated**

44:4
**particular** 12:18
32:11,12 49:12
50:5 59:2,6,9
67:3 69:15
72:18 79:21
81:9 91:22
94:19 95:10
98:11 99:5,8
103:21 120:7,9
122:10,20
123:9,24 124:3
126:19,22
137:21 138:18
139:6 141:24
146:16 157:1
160:5,10 171:1
186:2 196:18
217:6 235:23
240:20,23
256:22 289:18
290:10 293:25
**Particularly**
83:11
**parties** 298:14
298:14 299:4,6
**partner** 28:18
**parts** 81:23 85:7
262:1 287:19
**party** 299:3,11
299:12,12,16
299:16
**party's** 299:2,12
**Paszkiewicz**
4:13 6:18,19
**patient** 276:19
**patterns** 113:1
137:8 152:2
282:19
**Paul** 3:6 7:7
**pay** 44:3 76:22
**payment** 59:10
**PCB** 83:17
**PCBs** 80:14,15
80:18 83:20

Dominik Alexander, PhD
March 8, 2023

Page 328

**PD** 129:21 130:9
130:9,13 131:3
131:6,7,8,8,13
131:22,22
154:11 157:21
158:2,4 174:2
216:23 255:11
257:8 258:22
264:10 266:7
271:17 273:12
273:19 274:6,9
275:23 276:11
276:12,15,20
276:23,25
293:5
**peer** 23:11 29:3
55:12
**peer-review**
56:17,18
**peer-reviewed**
14:23 15:8
16:11 57:15
60:1 65:10,13
69:8,25 70:5
74:4 111:25
112:1,11 180:4
217:5 264:22
**peer-reviewer**
55:24
**Pensacola** 2:14
**people** 64:3
138:17 146:22
146:24 151:4,7
151:9,13
161:19
**percent** 28:21
63:9 118:5
126:13 148:22
148:24 152:15
155:3,18 253:9
253:9,10,10,17
253:20,21,24
254:1 255:1
**percentage** 25:8
25:10,14 26:1

63:8 174:25
**perform** 23:9,15
23:16 39:24
40:1 47:11
77:21 79:7
86:17 105:6,8
105:10 114:3
126:10 134:2
277:20 278:15
279:14 280:18
280:20,22
**performed** 15:7
32:15 37:14
40:23 42:3
43:5,10 48:9
55:9,13 78:13
79:24 80:12
81:8 82:5
103:10 107:25
108:22 109:2
110:15 113:11
141:12 167:18
250:3 277:25
278:2,17
279:16,24
281:14,18
**performing**
28:16 29:1
121:14 134:7
138:20,24
139:3,7 178:14
282:22 289:24
**performs** 42:11
42:17,21
**period** 56:3
58:15
**person** 32:11,12
32:18 38:2
42:17 280:8
**personal** 299:14
**perspective**
295:25
**pertaining** 13:20
23:16 53:22
59:25 64:23

73:16 85:15
88:21 99:19
101:14 103:5
121:3,6 124:20
159:22 233:12
240:10 242:7
254:13 256:3
276:6 288:1
**pertains** 103:7
**pesticide** 134:4
139:15 152:14
152:16 153:3
153:11,24
154:16 155:4
155:10,12,13
155:17 156:21
**pesticides**
134:14 140:2
152:16,17
153:12 154:12
155:19 156:1
156:11,12,15
156:17 157:4
157:23 158:2,5
159:23 229:2
288:4
**pharmaceutical**
79:1,2,6,10
**PhD** 1:16 23:9
**phenomena**
132:8 140:21
**phone** 77:4
**phrase** 59:17
65:3
**physical** 8:16
**physically** 24:3
24:5 52:5,7
**Physician** 292:2
**picture** 267:2
**piece** 174:1
239:24
**pieces** 18:25
45:11 176:7
185:13 215:21
**place** 6:20

156:14 226:8
**placed** 298:19
**places** 38:14
41:9
**plaintiff** 53:8,10
53:24 54:3,4
**plaintiffs** 1:17
2:4 6:25 7:1
60:14,23 62:23
64:3
**plant** 51:17
**play** 94:20
134:22 139:23
**please** 6:22 8:2
53:18 70:4
71:8,10 89:16
89:17 90:5,6
91:6 92:15
99:16 135:13
163:4 164:19
166:8 183:22
191:2 206:18
210:25 220:15
221:6 238:1
248:20 256:1
256:10,14
276:9 277:11
279:10 283:7
290:13
**plot** 107:12,13
107:15,17,19
146:1 149:4
171:1 194:20
**plots** 35:25
**plus** 92:11
152:15 211:16
246:8
**pluses** 11:11,12
169:10 181:2
181:22,24
182:9,10 183:6
183:8 184:22
187:16 190:11
190:12 203:16
**point** 33:11

50:17 54:2,21
85:22 97:10
106:18 149:2
152:15 153:6
153:12 155:18
159:15 174:7
178:5,13
182:23 183:23
185:11 186:7
193:13 198:21
201:21 203:19
208:20 219:12
221:16 240:4
252:3 263:20
269:21 278:5
279:4,7 281:7
283:1 286:5,6
294:11
**pointed** 100:11
100:12,13,17
**pointing** 227:13
**points** 93:5
251:12
**Policy** 223:6
**politician** 77:5
**Polychlorinated**
80:19
**pool** 146:12,18
146:18
**pooled** 149:16
149:17 150:4,5
150:7,7
**poor** 126:3
**population**
150:13 227:15
230:18 264:9
266:9 280:2
284:3 287:25
289:22
**populations**
226:23 235:11
285:6
**portion** 20:6
**portions** 17:15
17:16

Dominik Alexander, PhD
March 8, 2023

Page 329

position 54:14
159:7,11,12
160:11 209:13
positive 121:25
147:11
possibility
132:15
possible 132:12
132:18 177:22
possibly 193:21
221:17
post-COVID
51:16
postgrad 48:10
potential 66:16
106:5 172:3
276:22
Pouchieu 140:23
140:23 141:3,7
141:9,10,14
142:1,6,9
143:10 144:13
180:18,21
181:5,8 184:10
184:19 187:17
187:19,20
244:6
Pouchieu's
181:9
PowerPoints
75:17,20
practically
20:20
practice 39:25
40:1 114:6
126:21,24,25
151:12 187:9
219:16 250:2
254:15 288:14
practices 288:11
pre-COVID
51:12 52:14
pre-Shrestha
95:25 101:8
104:15 105:7

167:14,16
pre-Tanner
100:11
preferred
107:20,20
250:7,10
premise 221:11
premised 73:19
premises 106:1
Premium 8:23
8:24
prepare 56:8
presence 137:20
138:6 141:12
143:5,19
144:20
present 4:3
46:22,23 76:15
257:14 299:11
presentation
47:10 69:10
70:25 73:1
75:25 76:7,8
76:11 84:13
presentations
23:11 47:13
52:10 55:11
75:5,12,15,18
76:14,25
presented 71:16
pressed 265:1
presume 266:2,7
pretty 169:6
195:11
prevalence
40:13 41:1
230:17
prevalent
131:14 170:10
185:22
previous 158:5
163:8
previously 265:6
primarily 23:19
23:20 24:21

60:13 63:23
64:13,21
163:25
primary 24:1
principal 15:18
23:8 28:8,10
59:1,4,8,14
66:3 79:9
82:22 85:13,14
principle 42:17
principles 19:9
19:12 20:25
201:9,14
prior 12:21
17:16 20:22
21:10 22:2,4
43:4 44:9,10
61:7 74:19
76:10 77:2
84:23 95:20
103:8,24
104:13 135:20
149:21 205:18
235:13 276:1
298:18
prisma 189:9
201:7 202:22
207:19
probability
110:21,22
111:6
probably 19:2
33:11 181:6
198:17 213:3,5
213:15 214:20
215:8,13
216:24,25
243:15 286:14
problem 10:19
127:4 209:2
Proc 298:14,20
298:24 299:7
299:17
Procedure
298:18

proceeding 1:9
6:14 53:8
proceedings
6:25 7:2,4
26:11 27:17
28:11
process 56:17
65:13 67:8
106:10 109:2
112:1 187:1,2
187:9,11
190:15,17
191:5 192:10
220:25 221:2
225:11,25
226:4,20 231:6
262:18
processed 49:13
86:22
PROCTOR
2:12
produce 19:7
45:3,9 251:7
produced 29:13
29:15,18 30:6
44:12,20 45:7
45:17,24 63:12
73:7 133:15
280:7,10
producing 19:14
product 54:7
59:18,21 60:7
63:12 83:16
299:8,15
products 1:5 6:9
64:6 83:19,21
88:10 89:2
288:18 299:2
products' 87:12
Prof 298:11
professional 8:4
8:7 55:25 66:1
professor 47:7,9
50:15 52:9,25
52:25

program 43:2
44:4 119:23
170:18 171:1,4
project 80:3
85:20
projects 79:9
88:7
prominent
161:16
proper 126:10
140:20 141:1
165:10 194:5
205:6 208:6
209:9 210:15
282:22 284:23
proportion
25:12 26:4
proportional
140:1 161:19
192:11 263:8
prospective
110:25 161:18
162:12
Protection 3:4
protein 86:9,12
protocol 179:15
179:16 180:2,5
180:7,15
199:16,17,20
219:21
protocols 199:14
199:22 254:21
provide 14:7
19:15 27:24
28:11 34:18,25
51:14 69:10
111:18,20
112:12 156:25
212:21 217:5
221:23,24
230:11 247:16
250:16 270:19
272:12 278:21
295:9 299:1,8
provided 10:6

Dominik Alexander, PhD
March 8, 2023

Page 330

15:8 19:5
33:17 36:20
44:18 45:8
52:3 62:23
68:17 70:24
71:15 78:9
81:7,13 86:19
92:9 105:18
106:16 116:3
161:12 168:10
183:6 188:13
197:25 198:1,2
198:3 225:1
230:12 244:21
246:21 248:24
282:23 299:15
**provides** 27:12
147:12 275:22
**providing** 26:24
51:20 110:14
230:8 246:11
**public** 24:12
70:5
**publication** 15:9
25:15 26:1,6
43:10 48:12,15
48:22 49:11
56:9,24 57:12
57:16 60:3
62:8 65:8
68:25 69:7,9
69:21,24 70:6
72:13,16,20,23
72:23 74:7
77:25 84:13
106:4,5,7,14
106:22 107:2,7
108:1,7,14,20
108:24 109:7
109:16 111:25
112:1 124:13
164:1,5 264:22
**publications**
44:11,12 56:8
58:25 60:1

65:12 74:5
77:24 113:9,19
235:6,14
**publish** 56:13
57:14,17,18,21
69:24 70:3
72:10 88:3
112:16
**published** 14:24
15:10,16,22
16:11,13 25:16
43:25 48:11,16
49:17 55:11
56:14,16,17
57:10 65:10,23
66:8,10,24
67:2,7,7,11
70:20 71:20
72:1,1,3,5,7
73:9 77:13
81:20 84:18
86:18 87:11,14
88:9 89:3,12
95:18 97:9
102:8 112:10
112:11,19
163:6,7,13,15
163:22 180:4
198:19 211:24
212:1 222:19
225:25
**publishing**
106:10
**PubMed** 48:17
**pull** 10:1 274:3
**pulling** 171:23
171:23
**purported**
255:14 256:18
**purportedly**
276:2
**purpose** 90:15
90:16 105:22
108:23 165:9
185:6,8 187:22

187:23 194:2
195:8 225:10
225:10 277:16
280:12 282:3,6
282:10,11,15
284:10,20
285:10,13
286:1
**purposes** 36:15
103:20,24
104:14 105:3
105:14 108:25
109:19 111:17
111:18 126:23
161:7 181:6
194:1 278:2
280:22 284:22
**pursuant** 56:25
57:10 58:13,19
65:21 298:17
**pushing** 117:10
**put** 21:14,15
43:23 54:12
73:23 89:23
99:18 134:24
143:19 144:21
145:5 174:18
177:20 196:24
205:25,25
222:3,10
238:24
**puts** 42:8 171:4
**putting** 34:8
96:17 144:15
144:21 203:17

_____
### Q
**qualification**
19:2
**qualifications**
18:6,14,22
32:22 273:8
**qualified** 298:7
**qualitative**
198:3

**qualities** 211:6
244:25
**quality** 5:18
122:15 125:21
125:23 126:4
126:15 161:14
161:15,15,17
161:22 162:2,3
162:7,10,13,14
162:16,18
163:4,9,10,10
163:16,19,21
163:25 164:3,7
164:8 168:18
168:25 169:3
178:17,21
179:1,4,9,12
179:24 180:8
180:11,23,24
181:9,10,17,17
181:21 182:8,9
182:13,14,15
182:17,19,21
183:1,3,17,21
183:22,23,24
184:11,17,20
185:1,3,12,14
185:18 186:3,5
186:14,15,20
186:22 187:11
187:15,18
188:16,18
189:18,19,20
190:1,20,24
191:3,4,13,25
192:2,5,24
193:1,10,15,16
193:17,20
194:11 195:14
195:14,20
196:2,3,4,5,8
196:18 197:2,6
197:19 198:6,7
198:8,10,18
199:10,16

200:8,14,21
201:23 202:5
202:12,13,21
203:24 204:2,6
204:8,9 206:7
207:6,16 208:1
210:2 212:6,10
213:9 215:17
217:11 218:1,7
218:20 246:1,2
260:11,14,17
261:4,5,12,15
261:17,18
264:15 291:18
292:1 293:14
293:16,25
294:13,17
295:16 296:7
296:22
**quantifiable**
189:1
**quantification**
253:5
**quantify** 46:1,2
46:4
**quantitative**
198:4 203:24
**question** 7:21
15:25 18:22
42:19 49:20
55:22 71:5,9
79:15 90:1,5,6
91:6,6,23 99:9
99:12 100:3
101:22 102:25
104:18 105:21
109:5 111:1
114:16 115:16
124:4 125:18
126:16 127:18
128:6 135:12
138:13 145:3
150:3 155:6,15
156:2,5 157:10
159:6 161:25

Dominik Alexander, PhD
March 8, 2023

Page 331

162:24 164:2
166:24 168:23
171:25 172:18
175:2,9,11,15
175:20,22
176:8,15 178:1
178:22 179:22
182:1,6 183:10
183:14,14
186:10,12
189:17 190:19
193:7 195:23
200:18 208:21
209:8,13,14,19
211:19 213:3
214:18,23
215:13,17
216:6 217:22
218:4 219:19
220:13,16
221:6 223:25
224:10 226:7
229:19 231:10
233:2 236:6,11
237:5,8,11
239:4,5 241:4
242:11 243:24
244:22 245:8
247:22 248:2,3
252:15 255:19
256:9,14 257:2
257:5,24
258:20 259:6
261:9,10,21
264:2 273:4
274:4,11,25
278:8,10,11
279:2,9,10
282:13 283:3,3
283:4,11,17
284:11,14
285:9,24
290:11 296:25
**questioning**
16:22 209:2

262:25 266:17
**questionnaire**
204:8,9
**questionnaires**
118:10 203:25
**questions** 7:19
10:23 21:23
30:18 34:5,10
91:2,9,17
105:23 117:12
124:22 183:11
191:4 209:5
212:10,17
213:2 214:3,14
215:5 237:16
258:13 266:23
284:6
**quick** 286:17
**quite** 133:25
195:23 198:12
230:10 279:19
**quote** 69:2,3,5
69:15 70:10
96:15,16
229:13 256:7
256:17
**quotes** 70:2
**quoting** 68:24

_____

**R**

**R** 70:16
**RAFFERTY**
2:12
**ran** 90:13,18
155:1
**Randi** 4:6
**random** 251:24
**randomized**
88:18 198:14
198:23
**Randy** 104:17
**range** 46:6,8
240:25 254:5
**ranging** 254:2
**rank** 195:14

199:10
**ranked** 181:25
**ranking** 181:2,3
181:9,13,13,15
182:20 184:14
184:18 191:3,4
197:6 202:6
**rate** 82:25 110:8
124:1 146:7
150:11
**rates** 25:5 40:12
**rating** 196:18
**ratio** 91:19,24
92:18 94:12
96:11,22,25
97:10 98:5,20
103:2,15 104:4
104:23 105:19
109:23 110:2,8
110:8,14,18,18
110:20 111:10
117:20,21
118:21 119:2,7
120:12,13
122:5,23 123:5
124:5,8 125:2
127:5 146:13
150:11 151:5
155:2 159:16
160:2,22
164:23 165:2
166:20,25
167:19 169:23
170:1,13,16,17
170:19,20,22
170:23,23
171:7,12,13,14
171:19,23,24
172:2,3,7,10
172:25 192:11
243:2 271:21
**ration** 92:1
105:15 165:20
**rationale** 111:19
111:21 112:16

113:6,21 114:8
114:18 180:2,6
190:10 270:20
272:17 286:25
287:1,13,15,16
287:22,23
**ratios** 38:22 96:7
99:7,22,23
106:9 109:22
109:23,24
110:2,2,3,9,9
110:23,24,24
111:10 171:6,8
171:9 192:11
192:16
**raw** 241:15,17
242:3,6
**re-establish**
51:19
**read** 59:18 71:9
71:11 73:10
95:21 96:15,16
116:2 122:15
155:15 159:15
189:21 195:9
196:11 197:18
201:21 204:3,5
212:5,24 213:1
214:24 215:4
229:5 256:4,17
263:19 265:6
269:12 274:16
274:17,22
275:12,16,18
276:8,8,17
278:9,11
279:10 297:5
**reading** 158:21
176:24 195:18
195:22 204:9
204:11 208:2
212:25 213:22
219:12 223:20
229:8 232:7
263:9 284:11

292:6
**realize** 75:6
**really** 35:21 49:5
75:3 113:16
115:16 137:7
140:16 141:1
148:19 208:18
244:22 262:14
**realm** 132:14
**reanalysis** 14:4
**reason** 112:12
112:14,21
113:17 141:23
247:20 269:17
273:2 274:22
276:1 281:14
281:23 284:10
**reasonable** 31:9
**reasoning**
112:17 113:21
114:8,18
**reasons** 20:1,17
21:11 22:20
105:18 113:11
128:8 129:2
161:11,13,21
166:12,15
167:2,5,6
168:10,16
183:24 228:23
229:3,16 231:3
232:23 239:8
246:2 275:11
275:23 276:24
277:2,4,4
283:23 284:20
**Rebecca** 1:20
6:19 298:6
**rebuild** 51:18
**recall** 9:1,22
13:21 14:21
35:21 37:7
39:4,15 40:23
47:18 48:17
50:8,18 53:11

Dominik Alexander, PhD
March 8, 2023

Page 332

53:20 73:13
75:19 76:2,12
81:16 83:11
108:11,17
118:11 141:5
143:25 168:13
212:3 239:12
239:14,16,18
239:19 240:6
241:22 246:11
247:11 258:1
259:22,25
260:6 261:8,16
269:16 270:5
270:13,16
288:7 289:12
289:16 292:19
**receive** 10:17
25:19 27:16
**received** 10:20
10:21 14:8
59:2 66:3
78:24 86:4
243:20
**recognize** 12:5
68:20
**recollection**
32:21 47:21
74:15,18 83:3
112:13 165:15
166:16 205:23
256:16,23
257:13,14,20
258:6
**recommended**
39:25 289:24
**record** 8:2 35:1
62:17,19,20
101:25 102:2,3
129:6,8,9,23
176:19,21,22
208:25 209:23
219:2,4,5
268:8,10,11
276:20 291:4,5

291:6 297:4,7
298:24
**recorded** 241:25
298:22
**records** 129:22
130:9,14,21
131:7,9,16,23
132:3 292:2
**recycling** 70:20
72:11
**redline** 10:16,22
**reduced** 119:6
231:12
**refer** 110:22,24
135:4,22 162:9
191:5,9 221:15
269:3
**reference** 12:4
16:1 60:8,10
96:5 117:10
122:22,23
123:4,12 124:5
124:7 127:20
127:22 221:24
248:1
**referenced**
14:12,12 38:16
102:8 233:1
**references** 14:13
37:1 95:18
100:20 101:5
123:6,8,16
125:14
**referencing**
35:12 72:5
169:15 212:20
276:10
**referrals** 27:16
**referred** 65:2
66:15,18 100:9
164:14 166:7
**referring** 14:5
62:5 93:6
111:5 117:4
121:5 130:19

132:3 136:23
146:2 150:16
153:20 154:25
168:20 173:3
174:1,16 177:7
198:8 199:8
204:17 217:21
220:20 223:23
224:8 232:9
238:13 240:11
245:20 254:8
266:7 278:3
**refers** 104:8
122:3 217:20
**reflect** 216:13
**reflected** 11:23
194:19,20
**reflection** 187:6
**reflects** 103:19
**regarding** 69:14
84:15 118:14
187:21 192:6
212:10 213:9
299:10
**regardless** 62:13
289:4
**regression**
108:15,17
109:13,14
132:9,24 133:3
133:18,22
134:7 135:1,14
136:1,4,20,25
137:1,19
138:21,25
139:4,21,25
140:1,19,25
153:18 154:9
158:1
**Reisman** 3:12
7:3,3 10:10,16
10:19 11:13,17
11:22 12:2
14:10 15:3,15
16:5,25 17:10

18:10 26:15
29:8,16,24
30:5,9,14,19
30:21 31:6,9
34:2,8,14
35:13 36:2,12
37:12 38:13,18
43:7 45:1 53:3
53:16 54:12
55:19 56:12
58:21 59:20
60:15,24 61:4
62:15 64:15
66:14 67:20
68:4,10 69:20
70:9 71:6,13
71:24 76:16
79:4 80:5 82:7
84:6,21 85:4
85:25 86:11
87:23 88:12
89:7 91:8,13
91:16 97:2,24
99:14 100:1,6
100:9,16,20
101:1,21,23
102:15 105:25
106:2 109:9,13
110:11 111:23
112:18 113:23
114:10 115:5,8
117:12 118:23
119:19 120:3
120:19 125:5
127:16 129:13
129:25 130:5
130:17 131:25
134:9 135:18
136:3,13
141:18 142:2
142:10,20
143:16 144:5
147:21 150:18
154:1,20
155:22 157:16

158:11,25
159:10,13
160:18 162:4
162:22 163:1
165:21 166:2,6
167:8 168:3,7
169:19 170:3
171:16 173:10
173:24 175:10
175:14,19
176:3,17
177:17,23
181:11 182:3
182:16 190:4
191:1,16,19
193:2 195:21
197:4,21
201:17 202:15
203:1,15
208:23 209:21
210:14,18,20
214:5,7,10
217:20 218:24
220:8,17 221:7
224:3,5 227:13
232:2,6,14,19
234:22,25
235:3 236:10
236:14,17,20
236:25 237:5,9
240:8 241:8,23
242:14 245:12
245:16 246:25
247:9,15,25
248:8 249:1,20
252:11,15
253:7,12
255:25 257:3
257:11 258:10
258:14,18
260:23 266:23
267:5,21,24
268:6,21 269:8
269:22 270:4
270:10,21,24

Dominik Alexander, PhD
March 8, 2023

Page 333

271:1,7 273:6
274:12,15
276:18 281:2
281:10 283:8
283:13 286:16
291:20 292:5
292:16 293:11
295:5,20 297:1
297:6
**relate** 38:11,15
49:24 89:20
126:14,15
249:12,14
**related** 26:10
27:17 49:14
74:2 75:18
77:12 134:20
284:17
**relates** 1:7,15
45:22 65:22
67:9 85:10
283:21
**relating** 44:8
81:11 198:10
249:19 285:15
**relation** 29:6
118:21 281:19
285:17,18,21
**relationship**
21:4 51:19
62:14 88:6
133:15 147:13
193:22 295:24
**relative** 21:2
103:23 106:9
109:25 110:1,4
110:5 119:24
124:1 137:8
146:1,7 152:2
164:17 165:14
174:18 191:12
191:15,21
192:2,5,7
193:20 196:6
197:1 225:3

228:25 230:12
231:2 243:11
243:12,21
271:20 279:21
279:22,23
280:1,6,10,23
280:24 281:21
282:15,16,19
282:23,24
285:4 298:13
**relatively** 9:5
85:6
**Relax** 175:13
**relevancy** 164:4
**relevant** 110:3,4
205:7 226:17
**reliability**
243:11,13,21
**reliable** 243:10
243:15 244:21
277:20 278:7
278:15,22
279:14,23
280:3,18,25
281:18 282:17
**reliably** 280:10
**reliance** 201:20
**relied** 199:23
202:17 203:10
221:11 235:11
260:3 271:13
**rely** 165:10
195:16,19
196:3 279:19
279:20
**relying** 186:7
254:8 280:1
295:8
**remain** 20:25
22:5 80:10
96:5,22 101:10
**remained**
103:10 158:6
160:2 167:19
171:20

**remains** 96:3,3
103:25
**remember** 46:24
54:17,22 89:6
212:4 234:20
257:22 258:3,7
**reminded** 231:4
**remotely** 2:6,13
2:19 3:13 4:4
**removal** 127:5
**remove** 98:9
125:19,22
126:4
**removed** 98:1
101:12,17
120:9 122:8,10
122:17,20,23
122:25 123:5
123:14,20,23
124:6,8 125:11
127:15,21
**removing** 96:18
98:14 126:11
139:6
**render** 13:11
**rendered** 54:21
**repeat** 7:25 26:9
136:19 278:12
**repetitious**
17:16
**rephrase** 7:22
**replaced** 165:6
166:10
**replaces** 163:8
**replicable** 278:7
**replicate** 195:15
195:16,17,20
196:8,21 197:3
204:21,23
205:14,15,16
215:16 217:11
217:19,25
218:6,20
**replicated** 216:6
216:18 217:2

250:19
**replicating**
196:1 207:10
**replication**
206:19,20,23
207:1,2,3,7
218:8,12,14,15
218:23
**report** 5:7,8,9
10:2,3,13
12:11,13,20,25
13:1,4,5,6,9,14
13:16,17 14:1
14:6,13,14,14
14:20 15:6,24
16:2,8,9,12
17:3,9,12,12
17:17,22 18:1
18:1,4,24 19:1
19:9,14 20:3,3
20:5,20 22:6,6
23:20 29:9
33:17 38:10,15
39:8 40:25
66:25 67:4
71:2,4 72:16
73:4 74:6 90:3
90:4,8,12,23
92:4,14 94:22
95:12,19 96:8
97:1 98:3,6,14
98:18,21 99:4
99:13 100:5,8
100:10 103:1,4
104:1,21,24
106:18 107:24
108:1,4,6,10
108:11,13,19
108:21 109:6,8
109:11,17,22
110:23 111:11
114:2,5 116:4
116:10,13
141:22 142:5
142:12 143:14

144:14,16,21
144:21 145:5
145:15 146:14
152:25 153:1,5
155:25 156:10
158:23 159:2,3
159:4,18,21
160:7,9,22
161:2,12
162:20 164:10
166:11,13,18
166:19,21,25
167:7,10 168:1
168:6,14,23
169:13 170:14
183:18,20
188:6 189:10
189:24 190:16
190:21 191:7
192:8,12,15,15
192:16 195:9
195:11,18
196:11,12
197:14,18,25
201:21 203:19
204:12,18
205:11,13,23
207:3 219:8
221:15 222:5
226:19 228:12
228:23,25
229:24 231:1
231:11,13,16
231:24 232:1
238:11,16
240:13 241:1,1
241:4 246:17
247:2 248:13
248:25 249:11
249:17 251:2,5
251:20,21
252:13 255:21
256:17,23
259:23,25
261:8 262:17

Dominik Alexander, PhD
March 8, 2023

263:25 268:17
269:1,5,8,13
269:17,18
270:6,8,11,12
270:14,14,15
270:17,23,24
270:25 271:2,4
271:6,13,20
273:11,12,21
273:22,25
274:7,23
275:13,20
276:9 277:10
277:23 281:8
287:1,5 288:2
288:24 289:2
289:17
**reported** 71:16
92:21 93:9
95:24 99:22
106:9 110:25
120:6 122:18
124:16 127:8
131:3 134:1
140:9 147:6
153:16 155:8,9
155:24 156:14
156:18 157:3
167:3 176:6
179:20 225:21
227:17 229:23
230:10 239:24
240:3,9,21,22
241:2,23
242:14,15
243:2 245:3
246:7 250:16
251:18,19
285:1,4
**reporter** 1:21
6:18 7:9,11
274:16 278:9
298:8
**Reporters**
298:10

**reporting** 4:13
6:18,20 96:1
106:11 108:17
140:2 185:9
227:19
**reports** 13:3,4
13:22,23 17:15
17:15,16,20
18:9,17 19:3
19:11,15,17,18
19:22,24 20:7
20:11,15,21,22
21:6,8,11,13
21:14,16,18,19
21:25 22:3,4,7
22:8,13,14
44:13,16,17,20
44:22,24 45:4
45:7,10,13,17
45:19,22,24
46:9,9,12,19
95:11 127:21
127:22 154:10
239:22 241:10
254:24
**repository** 89:22
89:24
**represent** 30:1
**representative**
176:5
**represented**
30:11 35:18
125:15 175:5
**representing**
6:17,19 7:1,3
**represents** 30:23
122:7 186:25
278:19
**require** 237:6,7
273:19 276:12
**required** 114:16
114:16,18,20
219:10,15,19
219:22,23,24
220:5 276:15

**requirements**
205:3
**research** 23:10
24:14 28:25
31:14 32:7,16
33:8,24 35:4
36:9 40:3 44:4
47:12 48:9,11
49:16 51:21
55:10,14 56:15
57:19 58:7
59:2,3,12
61:22 64:11
66:4,4 74:20
77:7,9,13,16
77:17,20,21,23
77:25 78:2,3,8
78:10,16,19,23
78:24 79:3,7
79:16,19,21,23
80:2,4 81:15
81:19 82:23
83:23 84:1
85:9,10,13
86:9,15,17,18
86:22 87:1,5,7
87:10,11 88:7
133:5 178:22
**researcher**
39:24 57:15
68:8 86:25
112:25 133:2
**researchers** 14:2
48:14 60:17
106:11 136:22
136:23 179:17
179:18,21
**residence**
160:24
**residential**
118:17 287:11
**residentially**
118:8
**residents** 157:23
**resolved** 54:1

**respect** 10:13
12:22 14:3,18
18:21,24 20:4
27:17 36:10
47:14 51:11
59:18,23 60:6
61:24 65:4
74:15 87:25
89:1 92:17
102:6 103:12
103:13 121:12
123:5 125:2
128:21 137:11
144:10,12
155:5 156:7
160:16 161:14
168:11 177:25
179:4,12
193:22 198:18
206:19 207:7
212:18 214:3
214:15 215:6
215:12 219:25
228:17 236:22
239:15,20
240:12,19
243:7,25 244:2
251:6 252:11
264:18 279:18
284:6
**respond** 233:19
**responding**
105:14 112:20
165:9 199:13
**response** 18:11
65:11,24 78:9
90:7 92:6
108:25 109:20
119:20 129:4
135:20 137:7
139:5 149:21
161:6 163:1
165:12 166:3
179:25 188:20
191:13 194:1

194:17 195:24
196:9,15 213:7
237:17 238:7
278:4,23 279:6
281:22 282:4
284:22 286:5
**responses** 84:24
213:13,14,16
215:5,18
**responsibilities**
12:22 29:2
47:8 51:10,12
55:24 56:10,10
56:25 57:4
65:7,15,21
**responsibility**
23:6 26:2 55:7
57:11 80:10
**rest** 90:12
127:12 195:9
208:2 209:14
209:17 210:3,6
210:8,13
**restated** 260:22
**restrict** 137:23
138:10
**restricted** 276:3
**restriction**
138:16 139:1,5
**result** 99:3 119:5
131:6 134:1
146:18,18
149:16,17
150:4,5,7,8
166:25 171:20
173:17,18
**resulted** 104:4
167:25 228:16
**results** 104:16
234:5 244:21
244:24 245:3
245:11 284:15
**retained** 53:9,10
53:25 54:5
67:22 77:8,14

Dominik Alexander, PhD
March 8, 2023

Page 335

77:17,19,22
81:14 82:5
84:1 85:9,9,12
86:16,21,24
87:4
**retentions** 63:14
64:25
**revenue** 25:8,13
26:19
**revenues** 25:11
26:14
**reversal** 147:9
**review** 12:19
13:10,17,19
14:17,25 15:2
15:6,12,13
16:4,14 33:6
33:12 36:15,21
37:19 39:12
41:6,8,10,11
41:15,16 43:5
43:12,22 50:2
66:25 67:2,12
74:4 95:19
101:6 102:7,19
111:17,20
115:13,20,21
115:22,24
130:16 133:17
141:7,10 142:1
142:9 143:10
144:3,10,12
178:2,20,24
179:1 187:1,8
187:11 188:7
189:12 190:17
192:10 197:7,8
197:8,9,9
199:25 205:10
206:11,13
207:12 215:24
218:20 219:8
219:10,15,17
219:20,24
220:2,4,11,14

220:19,20,22
220:23,23,25
221:14,25
222:2 226:15
226:16 230:21
233:4,24 236:3
246:5,15,19
248:7,10 249:7
249:12,23
250:1,4,6,10
256:23,23
268:14,19
269:9,10,13,17
269:18,22,24
270:6,22
291:14 292:9
295:16 297:6
**reviewed** 10:18
10:22 12:21,25
13:5,7,11,16
14:2 15:9
16:18,22 17:7
43:8,20 54:18
115:7 116:1
181:14 201:19
218:16,18
236:4 246:14
246:22 250:21
255:19,20,20
255:22 269:5
269:25 276:21
280:19 291:8
293:13 294:17
296:13,14,15
296:18
**reviewer** 55:12
**reviewing** 38:20
39:14 103:7
133:7 150:15
150:15 205:1
249:24 288:16
294:12 296:11
**reviews** 13:22
23:11,22 29:3
43:19 96:19,21

115:23 220:6,9
221:1,5,8,9,10
223:8,9 225:25
231:7 249:19
250:7,11
**rid** 222:25,25
**rigger** 291:25
**right** 7:22 8:1
10:9 22:21
26:22 31:3
50:9 51:7,16
57:24 58:8
65:18 72:8
83:14 87:22
93:2,13 95:21
101:9 105:8
115:3 116:19
119:18 128:17
156:9,19
163:12 170:22
177:9 195:23
212:19,24,24
214:21 215:6
216:22 222:15
222:24,25
224:2 229:5
235:2 259:25
288:5 291:12
**right-hand**
129:20 211:2
212:7,9
**Rio** 82:1,15,17
82:20 83:4
87:16
**rise** 90:24 96:14
**risen** 294:11
**risk** 21:2 24:13
103:23 106:7
109:22,24,25
110:1,2,3,4,4,5
110:16 135:8
135:22 136:8
137:8 152:3
155:25 157:21
158:2,5 164:18

165:14 172:3
211:2 213:4,6
213:13,20
214:21 215:9
215:14 225:3
227:16 228:25
230:12,14
231:2 271:20
271:23 279:21
279:22,23
280:2,2,6,7,10
280:11,23,24
281:5,19,21
282:8,15,16,18
282:19,24
283:20 284:2
284:16 285:4,5
285:14,16,17
285:21 286:7
291:24
**risks** 106:9
113:1 282:24
**roadmap** 187:1
187:4
**role** 23:7,18
**room** 43:25
**rose** 293:23
294:18,21
**rough** 46:19
**Roundup** 83:13
**row** 276:5
**rubric** 39:17
**Rugbjerg**
188:15,18
189:14,14,19
190:21
**rule** 1:9 6:14
216:14
**rules** 93:19 94:5
94:24 95:2
179:14 199:18
264:2
**run** 42:1 90:22
99:2,5,20
124:3 126:21

137:19,21
139:25 177:5
178:8,11
**rural** 157:22
160:24

---

**S**

**Sadoff** 9:14
37:24 40:7
**salaried** 9:19
22:25 23:3,4
56:1 59:7
79:13,19 80:7
80:11 85:19
86:7
**salary** 58:19
79:20,22 80:2
80:10 85:23,24
86:4,5,22 87:5
**Salt** 3:7
**sample** 106:8
162:11 192:24
203:24 204:6
239:25
**Sampson** 3:6 7:7
7:7
**San** 1:18 2:20
6:1,21 8:5,22
**Sarah** 2:13 4:9
**satisfied** 209:22
**save** 114:12
**saying** 11:19
15:25 18:13
21:8 22:15,15
30:12 44:14
57:7 60:16
71:25 72:25
73:25 74:11
79:17 92:5,7
101:7,13
102:18 113:7,8
115:2 119:21
120:20 123:21
126:16 130:20
130:24,25

Case 3:21-md-03004-NJR   Document 3957-1   Filed 04/03/23   Page 115 of 128   Page ID
#6076
Dominik Alexander, PhD
March 8, 2023

Page 336

131:15 132:14
133:11 137:15
140:14,18
143:22,24
144:22 145:6
145:14 146:3,7
147:3 151:2,20
154:3,3,4
156:25 157:1
162:6 172:16
172:20 174:3
174:17,21,23
184:18,20
193:5 197:7
200:17 201:10
205:3 208:8
210:17 214:22
215:23 216:9
216:10,14
233:3,5 251:22
253:13,21
261:15,16
262:23 263:3
263:13,14
264:25 265:16
276:4 278:5
281:13,24
284:18,20
285:5 296:3
says 11:7,11
19:21 21:21
31:12 39:20
41:3,4 87:18
100:21 107:5
124:2 154:15
155:9,16
158:18 170:22
183:2,17
204:14 213:12
225:18 238:16
249:3 262:15
262:21 264:24
265:11,14,22
266:14,14
271:13,15

275:16 288:21
scale 193:12
211:6
scenarios 118:17
Schoenberger
2:18
science 23:20
24:10,13 32:23
49:8 73:19
74:1
sciences 24:11
51:2,4
scientific 9:14
9:15 18:3 39:9
44:17 73:21
179:16 180:2,6
189:9 194:5
198:1 209:4
283:9
scientist 37:6,13
37:18,21 38:6
38:17 39:11,20
40:20 59:14
151:8 228:9
scientists 60:18
150:17,22
179:8 189:11
199:3,19,21
201:11
score 131:20
181:20,23
182:2,7,13,15
182:18 183:1,3
183:7,17,21,23
183:24 184:2,2
184:4,5,9,10
184:11 186:8
187:5,11,15,20
187:20,21
188:15,15,16
189:20 190:2
192:5 194:11
194:15,23
195:8,10,20
196:23 197:3,6

250:22,22,24
251:16,25
scored 194:25
scores 182:19
183:16 189:1
193:20 195:5,6
195:7,13 196:1
196:3,5 197:19
203:13,16
251:15
scoring 185:17
186:14,21
187:24 190:20
192:24 195:15
195:17,18
Scott 4:13
search 32:17
33:1 39:18
40:18,20 41:3
41:4,7,9,11,16
222:3,8,10
224:18 225:24
228:17 229:12
246:13,23
247:8 248:19
searches 39:24
40:1 42:6
226:3,21
searching 33:13
40:19 226:1
second 2:7 39:24
58:12 104:10
115:8 116:23
157:18,19
180:22 206:18
211:21 230:2
273:13 277:15
287:20 291:16
section 18:8 19:2
19:4,17,23
20:4,8,19,20
21:2,3,4,21,22
21:24 22:1,4,9
53:5 103:21
105:4,13

108:24 114:2,4
120:24 121:12
122:24 124:25
125:4 190:18
192:9,20 194:3
237:13 238:10
238:12,16
239:6 246:9
298:18
sections 20:8
21:5,12,14,15
21:19 35:19
181:23 259:24
see 18:20 30:15
33:21,25 34:11
35:5 38:25
40:2 94:22
95:15 106:7
109:4 117:2,18
117:18,21,22
118:1,2,18
119:8,11 122:4
129:18 140:8
141:3 147:1
149:15,17
152:3,11,19
155:3 156:13
158:9,13,15,16
158:18,21
160:22 171:2
185:25 196:16
199:8 201:23
201:25 202:14
202:16 203:3,9
204:5,17
205:11 208:14
209:6 210:3,5
210:8,13 211:3
212:15,22
213:9,21,22
214:2,3,12,13
214:14 215:25
216:1,2,11,17
216:20 217:3,9
225:24 228:10

228:17 229:5
229:11 238:19
240:9,13
251:10 261:4
261:17 262:8
269:1,19
273:13 277:12
286:12 287:4
287:18 288:24
289:18 291:2
291:13,15,16
291:19 292:4,6
292:13,25
293:1,6
seeing 34:21
73:13 74:18
127:7 208:10
208:10 215:5
217:8 257:22
258:7 261:8
seen 72:23 74:14
254:25 255:1
262:16 264:22
267:11
sees 291:20
Seidler 233:4
select 21:15
178:16
selected 130:9
130:13 131:8
264:9 266:9
selecting 221:13
222:2
selection 212:13
self-report
243:15,20
260:3,5,7
self-reported
261:22
Semchuk 233:4
send 32:4
senior 31:14
32:6,16 33:8
37:5,13,18,21
38:6,17 39:10

Dominik Alexander, PhD
March 8, 2023

39:20 40:3,19
50:15
**sense** 121:19
146:25 175:10
176:10 206:3
253:2
**sensitivity** 114:3
119:4 120:17
141:13,22
142:6,13
143:20 145:9
145:10
**sent** 10:16 29:9
**sentence** 59:22
71:9,10 96:17
100:21 102:10
103:6,17 104:9
104:10,11,20
121:7,24
157:19 164:16
167:13 194:12
229:10 232:7
273:13 276:17
281:2
**separate** 36:4
99:20 137:2
145:25 224:17
**separately** 111:7
111:8 158:3
**September**
70:21
**series** 130:21
131:1,5,17
181:22 223:3
**serve** 16:15
**served** 15:17
**serves** 15:23
186:25 187:4,8
**service** 299:8,15
**services** 26:24
28:11 299:2
**serving** 66:3
**set** 79:22 117:1
117:17 121:9
148:16 189:8

241:15,18
243:1 264:2
278:24 282:19
282:21 285:3
286:9
**set-up** 76:19
78:11
**sets** 149:9
242:17 286:11
**seven** 28:3 30:21
82:4 245:21
246:8 250:13
250:24 251:4
252:7,18,24
286:17
**severely** 75:3
**sex** 153:2
**shadetree** 64:8
**Sharyl** 3:12 7:3
90:25
**sheet** 5:15
**SHOEMAKE**
2:13
**shop** 64:7
**short** 206:5
**Shorthand** 1:21
298:7
**show** 20:11 22:4
22:8 98:23
99:15 102:25
104:5,18
108:19 123:14
164:19,19,21
165:2 225:5,7
225:11,13
251:2 263:1
280:13
**showed** 19:17,22
145:8 156:1
248:23 294:1
**showing** 279:7
**shown** 22:1 31:2
68:21 72:24
74:12,13 158:4
170:21 176:14

184:21 228:6
239:2
**shows** 142:12
143:13 145:22
147:8 193:17
225:14
**Shrestha** 5:13
95:20 96:11,17
96:18 97:11,12
97:13 101:12
101:16 103:9
103:24 104:13
134:5,13,14,18
135:9,12
139:12,14,17
139:18,20,23
140:9 148:12
155:14 161:4,8
161:9,11 162:1
162:2,13,20
163:6,17,23
164:3,11,17
165:6,11
166:10 168:19
169:1,6,9,11
169:15,17,22
170:5,16 171:8
171:13,13,24
173:22 174:14
174:23 175:6
175:24 186:1,4
187:14,19
194:23 238:25
244:6
**Shrestha's**
187:18
**sic** 189:10
**side** 152:9 174:9
**Siegal's** 13:6
**Siegel's** 13:5,14
13:16,23 14:13
**sign** 195:14
297:5,6
**signature** 297:5
**significance**

17:21 21:2
192:20,22
253:17
**significant** 50:3
50:4 119:6
122:1 146:19
149:11 157:21
158:7 160:2
169:6 177:7
203:11 279:20
**significantly**
44:21,24 45:4
45:6
**signing** 297:12
**Sill** 4:13
**silly** 166:5,6
**similar** 28:19
34:20 72:24
78:9 169:10
287:6,17 289:6
**similar-type**
38:5
**simple** 91:3,7
100:2 101:22
111:3 115:16
128:6 150:3
155:15,21
161:25 162:18
162:24 163:10
177:14,18
182:1 183:20
186:11 189:17
200:16 209:13
226:7 231:10
237:10 239:5
247:22 248:17
273:4,7 283:17
283:24
**simpler** 227:21
**simplifying**
151:23
**simply** 83:11
99:21,22 111:2
115:1 128:22
131:3,15

151:19 157:10
163:10 190:22
206:20 227:1,2
244:25 248:5
263:9 283:3
**single** 9:5 24:7
48:7 89:5
128:5,23
181:20 183:4
183:21 209:6
267:1 294:4,7
295:8,13,17,23
295:24 296:18
**sir** 20:23 25:20
120:21 210:1
254:20 266:1,6
**sit** 46:5 89:6
167:23 210:10
210:12 247:13
247:18 248:9
248:17,21
255:21,24
256:11 258:20
259:18,25
**sits** 42:5
**sitting** 40:18
43:24 167:20
**situations**
112:22 113:14
**six** 9:25 53:11
82:3 208:22
213:14,14,24
213:24
**size** 106:8
162:11 192:24
**slight** 201:12,13
**slightly** 42:10
194:18
**small** 9:5 106:8
124:9,19 128:9
**smaller** 26:4
**smarter** 10:22
**smoking** 54:8
153:2 158:20
160:25

Case 3:21-md-03004-NJR   Document 3957-1   Filed 04/03/23   Page 117 of 128   Page ID
#6078
Dominik Alexander, PhD
March 8, 2023

Page 338

**snippet** 127:7
**snips** 132:20
**societies** 23:14
**software** 42:2,9
  42:14,20
**sold-out** 76:20
**sole** 275:25
**solely** 64:22
  258:22 259:19
  259:22 260:1,4
  260:6 274:5
**solemnly** 7:11
**solvent** 85:2
**somebody** 10:22
  49:2
**sorry** 14:15
  16:20 27:23
  44:23 51:23
  55:4,7 92:5
  93:6 95:13
  97:3 110:1
  115:6 138:22
  141:8 152:24
  152:25 154:8
  166:4 169:19
  170:3 172:14
  200:23 201:18
  202:1 210:11
  212:8 214:22
  223:20 224:4,6
  229:8 238:13
  238:18 252:12
  255:9 259:16
  263:22 265:7
  279:3 283:24
  285:23 290:14
  292:15
**sort** 49:18
**sound** 236:17
**sounds** 172:14
  172:15,20
  178:18
**source** 105:12
  107:5 118:10
  181:7 211:11

**sources** 12:25
  17:6 85:6 93:5
  112:7,14
  177:11 178:13
  203:10 285:11
**South** 2:13 3:6
**Southern** 1:7
  6:11
**space** 8:8,16
  24:3 124:13
**span** 43:22
  65:10
**speak** 27:4 64:16
  64:17 80:22
  123:25 151:22
**Speaking** 137:11
**special** 1:9 4:6
  6:14 114:12
  124:24 183:9
  183:12 184:1
  200:3 208:17
  238:1 256:9
  258:12 259:3
  259:14 283:2
  283:12 286:13
**specialist** 255:18
  271:17 274:21
  275:3,9,18
  276:13,16
**specialists**
  243:19 273:20
**specific** 9:2 20:9
  30:25 32:25
  35:7 39:2,15
  40:23 43:17
  46:7 54:17
  62:12 80:2
  83:9 85:20,21
  90:22 99:18
  103:13,18
  105:8,10,15,19
  110:7,13
  121:11 137:5
  145:2 155:12
  159:21 175:2

  187:14 205:3
  216:3 222:4
  226:8 229:3,25
  230:16,24
  231:25 232:9
  232:19,20
  239:6 247:6
  258:2,15 260:6
  269:16,21
  289:13,16
**specifically**
  13:15 25:18
  35:9 36:14
  37:7 41:5 48:8
  60:9 64:1 67:3
  75:19 76:2
  85:18 98:16
  101:15 103:6
  104:7 108:17
  108:20 110:22
  110:25 136:18
  154:5,25
  168:13 174:17
  204:11 212:3
  213:25 225:2
  225:17 231:11
  231:13,15,24
  239:23 254:21
  256:17 264:20
  270:14,16
  271:21 272:10
**specificity**
  212:11 230:1
  271:14,19,20
**speculate** 204:16
  269:20
**speech** 208:21
**spending** 66:7
**spent** 26:21
  28:20 30:3
  39:11 40:15
  79:22
**square** 9:3
**stability** 135:5
**stack** 209:19

**staff** 21:14 34:4
  47:11 48:10
  52:11
**stand** 46:7
  135:19 147:15
  187:13 205:18
  229:16
**standard** 20:6
  20:20,25 133:4
  133:7,17,25
  135:3,4,16,23
  139:13 187:9
  189:7 250:2
**standardized**
  189:9 194:4
  255:16 264:22
  267:9,12 275:1
**standards**
  198:17 249:10
  249:18 268:3
**standpoint**
  127:10 129:2
  206:23
**start** 33:5 47:2
  49:24 84:12
  143:9 196:9
  197:17 230:9
  245:22
**started** 67:12
  69:5 222:8
**starting** 18:7
  21:22 33:22
  143:11 144:10
  225:11 238:21
  254:4
**starts** 117:25
  152:10 157:19
**state** 1:1 6:12,22
  7:2,11 8:2
  46:23 50:24
  51:8,23 52:1,4
  52:9,20,22
  94:1,3 95:17
  96:25 109:6,12
  112:16 113:4

  113:21 114:8
  114:18 131:4
  147:4 153:10
  160:1 195:11
  225:16 228:19
  229:13 230:2,3
  231:11,15
  251:3 265:6
  266:13 273:17
  274:5,6,18,21
  275:7,9 277:15
  278:12,20
  279:12 280:16
  293:18 298:3,8
**stated** 26:18
  73:18 95:2
  99:4 109:17,18
  112:7 128:15
  135:20 144:16
  156:4,6 161:2
  166:18,21,25
  168:5 192:2,3
  193:11 194:12
  196:7,25
  206:21 225:20
  230:8 231:13
  287:1,15,23
**statement** 12:14
  12:20 17:18
  59:22 60:6
  70:23 97:7,19
  101:7 112:17
  113:25 135:16
  136:6 147:15
  153:13,15
  172:23 173:1
  189:4 193:19
  193:21 221:19
  231:14,23,25
  265:5 277:22
  278:16 279:15
  280:21 282:7
  288:6,9,12
  289:8,11,15
  290:1,3,4,10

Dominik Alexander, PhD
March 8, 2023

**statements**
266:16 270:7
**states** 1:7 6:10
70:16 118:6
121:24 152:13
156:3,19
157:20 160:4
202:2 275:19
293:2
**stating** 144:24
**statistic** 94:20
117:22 134:22
146:24 151:24
152:1 253:22
253:24 254:11
254:24
**statistical** 17:21
21:2,3 23:17
29:1 36:23
37:5,6,11,15
37:17 38:12,16
55:13 80:9
112:4 126:12
126:18,20
132:8 133:21
133:24 135:25
136:4 137:11
137:12,14,17
137:25 138:3,4
138:6,12,15,20
138:24 139:4
140:9 141:2
145:24 146:8
146:19 150:11
150:20 151:9
177:8 178:7,12
192:20,21
206:17 244:17
250:12 251:3
252:5,17,22
253:5,17 254:2
263:8
**statistically** 50:3
134:15 149:10
151:1 158:6

160:2 177:6
205:6 279:20
**statistics** 110:20
133:14,15
134:11 140:2
250:17 282:5
286:3,4,7
**stenographica...**
298:22
**stop** 109:5
195:25 196:20
206:18 230:2
259:8 260:16
288:5
**stopped** 210:20
**straighten**
252:13
**straightforward**
286:1
**stratified** 138:10
138:14
**stratify** 138:17
**Street** 2:13,19
3:13
**strength** 121:6
121:15 124:21
134:17 188:23
191:12
**strengths** 178:24
188:9 191:8
245:7
**strictly** 97:14
**strike** 135:10
152:6 157:7
200:1 277:8
**strobe** 201:7
202:22 207:19
**strong** 210:16
**structure** 35:4
180:7
**stubborn** 145:6
**students** 47:11
48:10 51:13,13
51:14,20 52:15
52:16

**studies** 11:8 13:3
13:13,20,21
14:11,24 15:10
15:17,22 16:10
20:5 25:18,21
33:3,3,6 35:11
36:8,11,25
37:2 39:13,14
39:18,21,23,23
40:2,25 58:2
89:11 93:20
96:1,21,24
97:8,14,22
98:4,7,19,21
99:1,2,10
100:3,10,11,12
100:13,17
101:8,12 103:1
103:4,7,14,20
103:23 104:2
104:12,15,15
104:22 105:3,4
105:7,9,11,13
105:16,20
107:14 110:23
111:7,22 112:8
114:24 118:22
121:25 125:13
126:11 127:1
129:18,23
130:15,19,23
131:1,8 133:8
134:19,25
137:22 145:19
146:14 148:7
148:16 149:8
149:22 162:12
163:12,12
164:20,22
165:23,25
166:9 167:14
167:24 171:7
171:14 175:4
176:25 177:1
177:19 178:1,3

178:5,15,16,22
179:2,5 180:14
182:14 183:4
184:9 185:4,18
186:6,16,21
187:12 189:25
192:15 194:1
196:5,11,16,19
198:16 199:1,6
199:11,16
200:8,13,22
203:7 205:5,24
205:25 206:7
206:24 211:7
212:18 214:4
214:15 215:20
216:3 221:13
222:2,10,14,15
223:3,11,19
224:15,17,20
224:21 225:12
225:14,19,23
226:2,2,4,17
226:22,24
227:4,10,15,18
228:14,20,20
229:12,13,21
229:23 230:3,7
230:20,21,22
230:23 231:17
231:24 232:4
232:22,25
233:3,7,8,14
233:17,18
234:8,10,11,13
234:14,16,18
234:21 235:13
235:15,15,19
238:24 239:1
243:7,25 244:1
244:4,18,23
245:1,4,10,15
245:18 246:2,4
246:14,24
247:2,5,8,14

247:23 248:19
250:13,20,24
251:4,9,11
252:7,18,24
256:3 257:21
258:21 259:19
260:12,14,18
261:13,15
268:15 273:21
276:14 278:6
278:20,24
282:10 285:4
285:14,20
286:8 287:6,7
287:10,16
289:3,12,14,18
289:20 290:20
291:1,2,13,24
292:2,9,10
293:13,22
294:10,17,20
294:24 296:11
296:13,14,15
296:19
**study** 5:12,13,17
5:19 11:4 22:6
33:18,19 36:17
36:22 39:11
41:6 44:8
87:21,25 89:3
92:3,6,9,13,21
93:23 98:1,9
98:13 99:18
110:15,25
112:15 113:2
113:15 116:19
116:21 122:6,8
122:9,13,15,17
122:19,20
123:11,14
124:15 125:2
125:20,23
126:3,19,22,22
130:13 131:22
132:12 134:12

Dominik Alexander, PhD
March 8, 2023

134:17,17
137:6 138:8,8
140:23 141:10
143:6 144:13
147:7 159:7,8
161:4,18
163:22 165:19
169:4 170:4
178:21 179:8
179:13,24
180:12,25
181:20 182:2,7
183:21 184:7,8
184:17 185:1
185:10,12,13
186:22 187:2
188:21 191:6,8
192:5 193:17
194:24 195:1,2
196:2 198:11
198:18,23,24
199:2 201:25
202:2,7 205:21
205:21 206:13
208:1,16 210:3
210:21,23
213:8,12,19
214:17,18
215:7 239:10
239:11,12
240:3,13,16
244:8,14,20,24
244:24 245:3,5
249:24 252:2,6
252:18,23
254:17,19
258:23 259:21
260:3,6 261:5
261:17,22,23
262:2,2,3,7,16
263:3,5,5
264:3,13,16
266:13 267:1
271:23 272:20
272:25 273:2

273:18 276:3
276:11,22
277:8 278:21
285:6 287:25
288:21,24
289:1,5,6,11
289:13,16,22
292:1,19,20
293:6,9,19,21
293:23,25
294:4,7,12,13
294:14,14,18
294:21 295:1,2
295:8,8,10,13
295:16,17,23
295:24 296:6
296:16,17,18
296:21,24
**study-by-study**
208:12 250:1
**studying** 272:6
**stuff** 58:14
**subanalyses**
145:25
**subcategory**
170:19
**subgroup**
111:16,16
112:2,3,3,13
112:24 113:18
114:3,19 137:5
138:14 145:18
146:11 147:7
151:13,15
153:9 279:25
**subgrouping**
111:19,19,21
112:17 113:6
113:21 286:25
**subgroups** 287:2
**subject** 34:4
**submit** 20:12
57:17
**submitted** 14:1
22:13

**subquestions**
144:11
**subspecialist**
243:16
**substances**
83:19,20 87:12
88:11 89:2
**substantiate**
215:22
**substituted**
162:1
**subsume** 41:7
235:20
**subsumes** 111:4
**subtype** 131:1
**sufficient** 49:17
230:11
**suggest** 197:16
Suite 3:6
**summaries** 36:7
188:12 192:14
197:7 205:23
206:13 237:22
239:3 261:4
**summarize**
116:7 188:8
205:21 263:21
263:23
**summarized**
15:24 17:12
38:21 50:2,3
159:2,18 160:9
234:6 240:2
269:2
**summarizes**
234:7
**summary** 12:16
16:9 35:11
70:25 95:23
96:3 101:10
103:10,23
104:16 116:4
116:14 123:7
146:13,15
151:5,16,16,24

151:25 164:17
165:13 166:17
167:19 182:20
192:18 206:2
220:25 231:2
251:11 262:17
263:24 279:22
280:1,6,9,23
280:24 281:21
282:5,15,16,23
282:24 285:4
286:2,4,6
**superior** 1:1
6:12 169:8
185:23
**supplement**
170:2,4,5,6
217:21,21
**supplemental**
5:9 153:21
171:19 174:16
174:22 212:21
215:25 216:9
216:15
**supplementary**
217:7
**supplements**
217:17,23
218:2,5
**support** 25:19
25:22,25 56:16
56:22 57:20
66:4 88:6 97:6
293:17
**supportive**
294:14
**sure** 10:20 15:4
17:1 25:12
26:17 27:25
32:20 35:16
41:4 45:6,12
46:13 47:19
49:4,5 50:14
50:16,17 53:21
54:20 60:9,19

60:25 61:1,6
61:11,12 62:2
62:11 66:19
67:21,23 68:1
68:15 72:1
74:3 75:2
76:20 82:24
98:22 117:4
128:9 130:10
130:18,21,22
131:3,15,19
139:19 141:20
143:2 145:6
149:13 156:8
156:11 157:2
176:18 191:21
203:20 212:21
212:22 213:25
215:2,23 216:7
217:8 220:19
239:20 242:10
245:5 248:21
256:21 259:4
261:14 263:5
265:3,12,15
267:17 271:11
290:9,9 291:1
**surprise** 19:25
20:14,17,24
21:7,10 22:3
22:12,18 199:7
**surprising** 19:19
22:11
**survey** 131:2,18
**suspect** 286:16
**swear** 7:10
**Syngenta** 3:3,3
7:8 61:16,17
61:22,24 62:8
62:10
**synthesis** 187:2
190:15 286:21
**synthesize** 178:5
**system** 181:2,3
181:15 184:18

Dominik Alexander, PhD
March 8, 2023

Page 341

195:15,17,18
211:9,10,13,23
212:1
**systematic** 15:13
33:12 40:21
111:20 178:20
219:8,15,17,20
220:4 221:1
249:12,19,23
250:1,4,6,10
289:24
**systematically**
15:9 220:24

---

**T**

**table** 18:5,6
19:22 33:15,21
34:11,17 92:2
92:18 119:11
147:2 153:17
154:5,6,7,8,11
154:13,15,19
155:8,24 156:3
156:12,15,20
158:4,13,16,18
160:13,17,22
160:24 161:23
162:15,16,19
171:20 174:16
175:6,7,8,12
175:21 181:21
182:8,14 183:4
183:22 184:8
185:3,4,17,19
186:15,16,22
186:23 187:17
190:23 192:21
193:15 201:22
207:14,15
217:12 234:6,7
234:12,13,18
234:21
**tables** 33:17,23
33:25 35:5,11
35:17 36:8,21

192:10,13,17
197:8 205:24
212:22 216:15
218:10 233:1
233:14 234:1,9
235:7,21 239:2
239:3
**tabulated** 233:1
233:21
**tact** 20:25
**tactical** 81:4
**take** 10:25 18:5
29:4 44:10
46:18 50:7
51:13 53:4
84:12 87:15
88:15 89:4
99:25 100:14
100:15 101:20
101:23 106:23
107:8 116:14
141:3 149:25
176:17 188:14
188:21,22
195:23 197:11
205:3 206:2
212:5 216:1
218:25 219:1
233:21,25
240:23 241:12
247:11,18
259:24 267:21
271:5,6,9
280:9 283:13
283:15 284:21
287:4,18
288:25 290:19
291:1
**taken** 1:17 7:20
9:20 91:1
188:12
**talk** 44:13,15
72:7 113:16
117:5 127:12
153:1 158:23

205:21
**talked** 21:12
62:4 87:13
88:8 113:18
135:5 162:15
167:8,12
202:18 207:9
243:14 244:15
246:23 265:9
275:14
**talking** 20:13,14
22:7,17 36:5
43:24 44:2
49:2 52:15
62:12 70:4,5,7
84:3 88:24
102:5,22,23
117:25 119:16
122:21 123:10
124:10 125:5
127:11,13
128:2,3 139:2
147:24,25
148:3 153:9
163:9 169:7
171:22 174:5
175:21 196:1,2
196:23,24
198:16 201:7
203:16 206:19
245:14 254:3
263:16 264:25
265:17,25
267:10 273:14
276:6 280:18
290:4 292:24
295:14
**talks** 124:14,14
202:5
**Tang** 102:15,16
**Tanga** 105:20
249:6
**Tangamornsu...**
102:14,18,20
104:18,24

**tanner** 5:19 14:4
14:9,19 15:1
16:1,23,24
95:20 152:7,13
152:22 153:1
153:23 155:1
156:6,10 159:7
159:23 161:4,9
161:11 162:1,3
162:20 163:23
164:4,10,12,17
164:21,22
165:2,3,5,11
165:17,19,24
166:1,10,20
167:1,14,15,17
167:25 168:18
169:1,9 173:21
174:12 175:23
188:14,17
189:13,19
190:22 236:2,4
236:8,23 237:3
237:12,13,17
237:21 238:3
238:11,16
239:6 241:20
241:22 242:8
**Tech** 4:13
**techniques**
234:5
**tell** 10:12 29:16
33:4,9 42:1
63:1,7 67:7
71:11 76:21
89:16 90:12,18
90:22 98:3,6
98:13,18
103:12 106:20
107:1 141:21
142:25 155:9
163:5 164:22
167:23 191:11
191:14 192:1
193:8 196:7

206:14 207:15
209:10 224:15
234:12 248:14
250:22,24
253:4,16
260:23 268:3
268:13,15,19
274:18 277:7
285:13 288:5
290:12
**telling** 16:2
145:2 146:5
148:7,9 187:10
188:25 197:20
205:13 265:18
284:15
**tells** 212:6
**Template** 35:6
**templates** 33:15
33:21 34:16,17
**Temple** 3:6
**temporality**
238:21,24
**ten** 209:18 219:1
**ten-minute**
209:15
**tenure** 46:25
**tenured** 52:25
**term** 17:19
41:11 109:22
110:5 162:7
164:7 237:1,2
267:7,11
**terms** 15:5 18:1
20:9 26:16
27:2 28:20,22
36:13 37:8
45:19 46:12
50:1 51:19
56:1 60:1 62:9
72:17 74:1
82:3 88:22
89:10 110:17
110:19 113:8
132:22 134:11

Dominik Alexander, PhD
March 8, 2023

Page 342

| | | | | |
|---|---|---|---|---|
| 134:21 145:8 | 81:7,14 84:15 | 197:15 238:9 | 122:18 124:14 | 53:13 75:13 |
| 149:1 167:11 | 113:4 144:4 | 239:9 259:14 | 128:22,25 | 76:5,5 90:25 |
| 169:4 174:20 | 167:21 185:2,5 | 277:6 290:11 | 131:7 133:13 | 95:17 96:19,21 |
| 179:25 181:1,7 | 187:12 188:16 | **thankfully** 88:5 | 139:9 144:9 | 96:24 101:6 |
| 188:4,22 192:7 | 188:19 233:10 | **the--** 203:3 | 149:12 151:23 | 102:7,21,22,24 |
| 204:3 205:9 | 246:17 248:3 | **theory** 240:20 | 152:25 154:17 | 142:21 149:22 |
| 207:10,12 | 255:20 260:18 | **thereof** 285:3 | 155:1 164:14 | 169:10 213:24 |
| 212:25 216:21 | 260:21 262:13 | **thesis** 49:10 | 164:24 165:15 | 233:7,9,11,12 |
| 218:23 222:8 | 262:20,24 | **thing** 77:18 | 166:16 167:21 | 233:17,17,22 |
| 222:10,20 | 263:11,18 | 102:18 117:11 | 170:1 192:13 | 234:1,2 235:25 |
| 233:19,20 | 265:10 268:21 | 126:9 172:17 | 195:11 199:6 | 247:4 266:23 |
| 235:15 239:21 | 269:9,10 270:1 | 172:19 233:3 | 204:18 209:22 | 286:20 287:14 |
| 240:2 249:7 | 270:11 281:11 | 269:12 | 211:24 217:3,4 | 287:22 289:4 |
| 250:8 254:10 | 283:5 298:22 | **things** 89:21 | 217:8 219:18 | 291:17 |
| 267:9,17 | 298:24 | 110:10,13 | 220:10 221:20 | **three-quarters** |
| 270:14,15 | **tests** 106:13,21 | 113:13 132:20 | 232:3,21 | 129:20 |
| 271:19 278:5 | 107:1 | 154:4 158:19 | 233:21,22 | **tier** 291:14,14 |
| 278:21 287:6 | **Texas** 76:9 | 162:7 164:8 | 234:16 235:5 | 291:18,18,21 |
| 287:11 290:25 | **text** 11:11 13:9 | 171:17 172:22 | 235:18 241:8 | 291:21,25 |
| **terrible** 39:6 | 69:13 71:15,23 | 189:6 206:4 | 241:17 244:11 | 292:8,8,10,19 |
| **test** 106:23 | 72:21 73:15 | 227:20 232:8 | 246:3 248:4 | 292:20 293:6,8 |
| 107:6,21,23,25 | 98:25 120:6,8 | 237:20 257:19 | 250:16 256:2 | 293:19,21,23 |
| 108:6,12,13,18 | 122:10 124:2 | 263:1 264:24 | 260:25 262:20 | 294:4,7,11,13 |
| **testified** 18:23 | 158:12 188:7 | 265:1 | 265:17,18 | 294:14 295:1 |
| 19:1 53:7,9,21 | 188:13,22 | **think** 12:12 | 270:4 271:9 | 295:16,17 |
| 53:23 54:2,4 | 189:1,21 | 14:16 16:14 | 283:12 284:13 | 296:6,7,16,17 |
| 54:23 68:2 | 190:15,19 | 18:18,19 22:13 | 285:8 286:14 | 296:22,24 |
| 198:19 261:7 | 191:7 192:18 | 30:19 31:7 | 287:4,19,24 | **tiers** 291:14,25 |
| 294:3,6,25 | 192:21 218:9 | 45:17 47:16,19 | **thinking** 259:1 | 292:10 |
| 296:6 | 224:2,5,6,12 | 47:19 48:10 | **thinks** 142:21 | **time** 6:7 9:20,24 |
| **testify** 45:5,9 | 224:13 226:14 | 49:22 50:11 | 144:8 | 10:25 26:9,21 |
| 53:25 54:16 | 226:15,16 | 51:2 52:10 | **third** 104:11 | 27:24,24 28:20 |
| 262:12 | 261:1 | 62:24 63:6 | 273:13 299:3 | 28:22 30:3 |
| **testifying** 81:14 | **textbooks** | 68:21 72:2,14 | 299:12,16 | 32:8 33:12 |
| **testimony** 7:12 | 254:12 255:5 | 73:1 75:13 | **thought** 30:17 | 34:16,25 35:1 |
| 17:4 18:25 | **texts** 72:15 | 76:5,9,18,19 | 125:15 157:9 | 35:1 39:4 40:5 |
| 34:1 39:1 | 192:14 | 79:8 81:8,16 | 189:18,25 | 40:15 46:22,23 |
| 41:10 42:15 | **Thank** 31:4 | 82:4 83:2 86:2 | 190:24 195:5 | 51:18 52:18 |
| 44:18,20,22,25 | 62:16 109:21 | 87:16,17 91:9 | 223:20,23 | 56:3,6 58:12 |
| 45:8,11,13,20 | 111:15 120:10 | 95:22 96:15 | 224:8 248:12 | 59:24 62:18,21 |
| 46:18 56:6 | 121:23 123:18 | 97:3 101:3 | 269:10 272:10 | 63:1 64:24 |
| 62:24 63:8,10 | 125:16 129:5 | 104:9 109:23 | **thoughts** 114:22 | 65:9 66:7 |
| 65:1 67:22 | 147:17 164:6 | 111:13 113:10 | **three** 11:12,21 | 75:25 79:21 |
| 68:16,17 73:8 | 167:4 169:19 | 116:20,24 | 11:23 22:25 | 81:11 85:19 |
| 73:11,22 80:17 | 176:16 188:2 | 117:2,3,16 | 23:1,3 24:17 | 91:3,13,15 |

Dominik Alexander, PhD
March 8, 2023

Page 343

98:17 102:1,4
102:17 114:12
129:7,10 140:6
143:7 163:12
176:20,23
178:21 193:6
200:3 202:1
208:20 219:3,6
236:7 239:4
247:21 248:16
249:3 250:21
257:14 265:20
268:6,9,12
271:11 272:5
281:4 283:18
286:16 291:7
297:8 299:6
**times** 18:23
45:10 51:25
75:5 112:22
142:21 143:13
167:3
**Tinto** 82:1,15,17
82:20 83:4
87:17
**title** 1:9 6:14
154:12
**titled** 22:9 72:11
154:11 201:22
211:2 238:15
238:18 239:6
**tobacco** 61:3
**today** 7:12,20
12:21 16:2,18
39:1 41:10
51:25 73:9,22
89:6 167:20,23
208:3 209:13
247:13,18
248:10,17,21
255:21,24
256:11 258:20
259:18
**today's** 6:6
16:21

**told** 27:25
125:14 129:1
142:18,20,22
186:13 191:22
249:1 258:14
285:19
**tolerant** 91:12
**Tomenson**
235:16
**tool** 70:21
**top** 89:13 117:24
125:6 141:5
144:10 149:22
150:1 152:10
181:16 201:8
202:2 222:9
223:21
**topic** 33:7 43:11
48:4 49:10
54:19 66:24
67:3,18,19,24
68:6 77:10
81:15 84:15,19
85:15 86:6,17
86:18,25 163:7
178:4 229:24
286:17,18
**topics** 77:10,11
84:14 87:10
**total** 22:25 30:10
30:11,16,21,23
30:24 31:2,2
31:17,19 32:5
60:19 187:15
**totality** 13:11
32:8 128:17
232:12 236:12
**totally** 127:21
**toxins** 83:21
87:12
**tracking** 117:16
**train** 288:17
**trained** 288:17
**transcript**
268:22 269:3

269:24 270:18
298:23
**transparent**
199:18
**transparently**
199:24
**trappings** 73:20
**travel** 76:23
**travelled** 76:24
**treatment** 89:10
116:19,20
117:3
**trend** 147:11
**trial** 44:18 88:19
**trials** 198:14,15
198:23
**trichloroethyl...**
84:17,25
**trick** 162:23
**trip** 47:18,20,25
48:2,8
**tro** 189:9
**true** 10:3 16:24
20:7 21:4 26:8
37:1 55:2
68:22 70:12,23
85:22,24 93:23
102:9 108:4
113:22 115:13
121:2,19,20
132:10 135:21
136:1,2,5,7,16
148:1,25
150:21 158:24
161:5,10
166:14 179:5
179:13 180:12
189:3 200:9,12
207:23 210:4
210:13 211:7
212:19 216:19
217:11 219:11
221:9 226:11
227:5 234:19
240:7 242:3

250:7 272:16
272:18 273:5,7
282:11 292:9
297:13 298:24
**truly** 175:4
**truth** 7:12,13,13
266:15
**truthful** 262:20
262:23
**try** 176:10
177:13 197:19
209:24,25
**trying** 57:3
111:14 118:20
118:24 145:5
162:16 163:9
175:10,14
200:16 252:13
258:25 264:12
272:23 282:22
284:12
**turn** 30:14
**twice** 100:10
**two** 9:12 11:11
11:21 17:6
18:13 19:6
22:22 23:1
24:8 29:11,18
30:6 31:1 32:3
40:6 47:16,17
47:20 48:1,7
49:21 53:13,13
61:20 62:5
76:4,13 77:25
82:4 93:1,11
93:25,25 94:1
95:4,9 96:25
110:6 118:12
126:18 132:9
145:24,25
146:8 149:3,8
149:9,24 150:9
150:11,20,25
152:3 153:5
157:25 158:3,6

171:9 180:23
189:20,22,25
190:2,24
208:19,24
213:12,16
214:24,25
222:16 234:20
235:25 239:1
243:22 276:5
277:19 291:14
291:14,19,21
291:24 292:8
292:10
**two-study** 130:8
**type** 19:5,6,13
19:15 20:10,13
34:11 39:17
41:16,21 43:2
44:3 45:25
54:6 56:2 60:2
63:19 74:6
76:18 77:20
80:24 95:11
119:1 130:15
132:3 136:25
179:16 180:5,7
184:2 185:23
198:22,25
201:12 239:16
239:25 248:10
258:3,4 262:17
262:17 265:2
278:25 284:1
285:25 286:2
288:1
**typed** 89:19
**types** 20:5,11
34:18 42:8,19
60:18 114:24
133:18 137:6
199:1 225:14
227:15 287:6
**typically** 17:19
19:7,15 20:10
39:6 64:6,24

Case 3:21-md-03004-NJR   Document 3957-1   Filed 04/03/23   Page 123 of 128   Page ID #6084
Dominik Alexander, PhD
March 8, 2023

Page 344

88:18 106:7
111:24 112:2
112:10,12
114:7 179:15
196:14 199:18
199:23 201:11
220:23 235:11
254:15 288:19
289:21
**typing** 42:24
43:1

_____

**U**

**UAB** 58:1
**ultimately**
177:20 228:16
246:14
**umbrella** 109:24
110:5
**unable** 33:9
242:8 272:13
272:14
**unacceptable**
220:7,14 221:5
253:11,14
**unadjusted**
243:2
**unaware** 60:12
226:24
**unchanged**
171:21
**underlying**
92:23 179:20
242:17 243:1,6
251:25
**Underneath**
202:5
**underreporting**
106:6
**understand** 7:21
12:8 30:12
34:8 58:14
61:21 69:17,18
70:4 75:8
79:17 84:10

91:16 96:9
101:21 104:8
188:24 189:18
190:21,23
196:20 209:21
217:14 218:6
228:11 231:21
239:21 259:12
259:13 263:2
264:12 272:9
**understanding**
15:1 49:7 60:2
61:8 69:9 73:5
73:14 74:22,23
83:3 96:16
205:22 240:20
256:15,18
260:20,25
267:23 272:17
288:3,10,13,20
288:22 289:9
290:6
**Understood**
7:23
**undertaken** 84:9
**undertook**
216:21 265:2
**unexposed**
152:18
**unfamiliar** 74:8
74:9
**unit** 241:1
**United** 1:7 6:10
**univariant**
157:19,20
**universities**
23:13 29:1
55:13
**university** 25:23
32:24 46:25
47:2,9,15,23
48:20 50:10
51:23
**unreliability**
245:24 279:8

**unreliable** 244:3
244:6,21,24
245:3,11,19
246:6 279:1
280:5,9 281:8
**unscientific**
237:6
**unstable** 135:2,7
135:15,22
**untruthful**
263:13,14
**update** 233:15
235:23
**updated** 163:15
163:16 235:12
235:16,22
**URL** 27:14
**USA** 3:10
**use** 17:19 41:9
41:11 66:14
87:6 107:9
110:17,19
111:1,4,7,7,11
128:24 134:13
138:15 142:16
152:14,17
153:4,11,24
154:11,16
155:4,10,17
156:21 157:24
158:2,3,5
159:23 162:20
163:23 171:6,7
171:12 181:17
185:2,16
186:14 187:10
188:7,16 196:4
198:5 199:21
200:7,14
202:19 203:13
207:2,4,4
211:13,18,19
211:25 212:1
223:18 232:19
237:2 247:7

251:23 280:7
281:17 282:7
282:11 284:15
285:16,20
287:9,11 288:3
288:10,14,17
288:23 289:9
290:6,12,16
293:5
**uses** 100:12
127:12 139:15
211:13,14
**usual** 7:21
**usually** 76:15
**Ut** 3:7 43:19
**utilize** 94:12
99:11 105:12
179:17 199:15
201:4,6 220:15
229:21 290:24
**utilized** 73:6
93:19,22,24
94:11,16
103:14 104:3
104:22 128:4
138:3 165:3
171:11 191:24
198:7 201:2
202:20 215:22
225:6 249:11
260:11 261:12
294:4
**utilizing** 127:5
293:19

_____

**V**

**Vaccari** 5:17
97:18,22 98:4
98:14,15,19,23
99:1,10,19
100:19,20,24
100:25 101:2
101:13 102:6,9
103:2,4,5
105:9,11,12

115:4,7,12,14
115:20,22,23
115:25 116:10
116:16,18
117:3,6,6,15
119:15,17,22
120:24 121:13
122:12 123:25
124:11 129:12
129:21 130:3
131:10 210:21
210:23 212:7
215:21 218:16
218:21 249:6
**Vaccari's** 116:8
116:18,20
**valid** 279:25
**validated** 289:8
289:10,11,14
290:1,7
**validating** 37:3
**validation** 13:20
39:19 132:2
290:10
**validity** 181:19
208:16 261:3,6
**value** 107:18
122:2 164:25
173:19 251:14
254:16
**values** 252:3
**van** 91:18,20,24
92:2,17,18
93:1,9 94:7,13
94:16,20,22
148:13 252:6,9
252:17 273:18
274:5,8,19
275:7,17,22
276:7
**variability** 38:24
134:1 135:5
136:8 180:1,3
180:14,17
199:19 201:13

Dominik Alexander, PhD
March 8, 2023

279:5 280:14
**variable** 94:3
132:24 133:25
135:21 173:17
278:21
**variables** 110:7
132:12,17
134:7,16 135:2
135:15 136:1,5
136:24 137:2
138:20,24
139:3,12,16,17
140:13 158:15
**variance** 107:14
**variants** 93:17
119:25 133:8
**variation** 254:17
254:19
**variations**
201:12
**variety** 35:22,23
43:15 60:17
77:11 81:17
85:5 86:5
109:3 113:12
115:1 189:6
**various** 23:15
56:22 60:18,20
80:12,22 84:14
84:15 137:9
140:2 167:5
232:8 252:10
255:4 259:1
282:18
**varying** 230:11
**vast** 18:8 19:10
**vehemently**
150:23
**vehicle** 45:15
46:17 63:15,20
64:7
**Venable** 5:16
68:22 70:16
**veracity** 263:16
264:25 266:17

**verbiage** 20:10
**verifying** 39:17
**vernacular**
88:22
**versus** 21:3 84:1
84:1 107:18,19
174:22 191:13
191:14 220:2
232:17
**Vesey** 3:13
**vetted** 56:16
65:12
**Video** 1:16
**Videographer**
4:12 6:5 7:9
62:17,20
101:25 102:3
129:6,9 176:19
176:22 219:2,5
268:8,11 291:4
291:6 297:4,7
**videotaped** 6:5
**view** 73:25 74:2
81:2 142:8
264:21 265:2
266:20,21,24
267:16 273:1
293:14
**viewed** 188:10
**viewpoints**
293:3
**virtue** 238:7
286:3
**visible** 183:18
**visually** 107:12
166:11,13
**vitro** 223:11
224:20
**voice** 65:2
**volume** 268:1
**volunteer** 44:3
**voter** 11:3

─────────
**W**
─────────
**W-H-E-Y** 86:12

**wait** 115:10
**waive** 297:5
**walk** 101:18
**Walkup** 2:18
**wall** 267:2
**want** 10:1 12:10
14:10 18:5
30:15 34:6,17
55:16 58:13,15
65:20 77:5
79:25 81:3
89:12 98:3,18
98:25 101:23
105:23 109:6
117:14 123:10
125:16 151:12
176:1 182:12
183:9 188:24
189:13 195:25
200:4 202:19
202:24 204:16
205:17 212:5
212:20 215:2
216:7 218:25
220:19 231:22
233:16 234:22
237:25 247:5
249:2 255:3
259:7 268:22
269:19,23
270:22 271:7
274:15 283:13
283:15
**wanted** 10:19
189:18 228:7
**wants** 82:7
100:4 259:9
270:21
**Washington**
3:18
**wasn't** 31:6
32:13 76:20
101:14 108:23
159:1 238:23
255:19 261:9

282:3 285:19
**waste** 91:13
**water** 83:1 87:24
88:5 160:25
**way** 8:22 15:5
27:7 43:23
44:18 46:20
58:24 62:14
63:11 70:13
79:18,25 84:23
84:23 97:25
105:21 129:21
141:1 150:16
150:17,22
173:2 176:8,15
177:25 184:16
186:24,25
196:22 197:16
207:4 211:17
220:7 239:22
241:16,16
243:23 244:6
244:12,17
245:6 246:3
248:22 259:11
284:24 285:24
287:7 289:6,19
295:25 296:9
**ways** 133:10,19
136:18,19,21
137:9 138:19
138:23 139:2
198:20 199:3,9
199:11 200:6
283:11
**We'll** 104:19,20
143:7
**we're** 114:21
149:13 214:6
**we've** 122:15
**website** 27:10,14
**Wednesday** 1:19
6:2
**weed** 66:10,12
67:2,14 290:22

**week** 25:1
**weeks** 9:23,25
**weighed** 182:22
184:16 185:12
185:14 187:6
**weighing** 262:20
**weight** 119:13
119:14,15,22
119:24,24,24
120:18 187:7
188:11 189:5
192:7 197:13
236:5,13,21
237:2,18,19,23
238:5 243:20
245:24 246:1
293:2
**weighted** 93:10
93:12 120:2
181:4,24
184:15,24
186:9 193:1,4
193:8
**weighting**
182:25 189:16
191:15,21
192:6 193:9
196:24 197:1
**weights** 191:23
192:2 193:20
196:6
**Weisman** 2:5
**welcome** 168:22
**well-cited** 194:4
**well-established**
207:18
**well-known**
112:24 161:17
254:23
**well-utilized**
208:14
**wells** 5:7,11 13:6
13:14,15,23
14:16,17 16:7
16:15 17:3

Dominik Alexander, PhD
March 8, 2023

Page 346

95:18 102:8
103:21 105:14
109:1,20 141:6
141:9,11
142:22,23
161:7 165:9,12
194:2,17 207:3
207:10 244:19
245:17,19
246:8,13 247:7
247:23 248:7
249:12,17,24
250:3,13,24
251:4,13 252:7
252:24 255:6
255:22 256:12
257:8 258:21
259:18 260:2,8
260:10,13,17
261:12,21
264:14 268:14
268:16,20,24
269:6 270:8,15
270:19 271:22
272:20 273:11
273:14,17,22
273:25 274:5
275:7,19 278:4
278:22,24
279:1,22 280:8
281:1,23 282:5
282:20,25
286:6,9
**Wells'** 13:4
17:13 248:3
249:8 251:10
252:18 280:4
284:21 285:2
**went** 47:22,24
82:3 89:2
155:3 169:6
222:1,23
223:12,21,22
224:7,9,14
225:17 226:9

263:5 285:9
**weren't** 55:17
**whatnot** 29:7
68:8
**whey** 86:9,12
**wide** 43:15,22
240:25
**widely** 172:4
206:15
**wife** 23:5,18
**window** 267:16
**witness** 7:10,14
11:14 14:15
15:4,16 16:6
17:1,11 18:13
26:16 29:17
30:18 34:9,15
36:3,13 37:13
38:19 43:8
53:21 54:16
55:21 56:5,13
58:23 60:16,25
61:5 64:16
67:13,15,21
68:15 71:14,25
76:17 79:5
80:7 84:8,22
85:5 86:2
88:14 89:9
91:2,17 97:3
97:25 101:2
102:20 110:12
111:24 112:19
118:24 119:21
120:20 129:15
130:1,6,18
132:1 134:10
135:19 141:19
142:4,12
143:18 147:23
154:2 155:23
158:12 159:1
159:14 160:20
168:4,8 170:7
171:17 173:25

176:4 177:18
177:24 181:12
182:5,17
183:15 184:4
190:5 191:20
195:22 197:5
202:16 203:2
208:18 210:15
220:9,18 221:8
224:4,6 227:14
232:3,21
236:21 240:9
247:1,16 248:9
249:21 253:8
253:13 257:12
259:13 260:25
267:25 269:1
269:16 270:13
271:8 274:13
281:3,12 283:8
292:6 293:12
295:6,21
298:19 299:10
299:15
**witness'** 281:11
**woman** 119:17
**women** 113:2
**wondering**
269:4,20
**Woods** 4:8
**word** 19:18,18
19:24,24 20:14
20:14,16,16,20
21:8,24,24
22:2,2,9,9 41:9
58:24 89:5,5
89:14,14
124:13,13
165:17 181:17
207:2 268:4
**words** 41:21
118:2 142:17
246:3 263:10
263:16 274:23

274:24 275:16
275:19,20
276:8,9
**work** 9:10 22:22
26:5,10,12
27:17 28:6,14
28:16 31:14,17
32:15 37:5
38:5,5 39:7,8
55:4 56:2,5
59:6,8,13
60:13 61:15,17
62:7 64:8,13
64:14,20,24
78:13 79:7,11
79:24 81:8,11
82:5 83:4,5,6,8
83:9,21 85:15
85:24 86:5,17
**worked** 28:5,17
31:20 39:5
44:3,7 55:1,10
59:4 61:6 64:3
64:10 68:6
78:19 79:8
80:14 81:18,25
82:7,8,11,13
82:15 84:17
87:1,8
**worker** 145:19
145:21
**workers** 11:8
147:7 169:3
276:4 286:22
287:8 288:3,6
288:8,13,14,22
288:23 289:9
289:10 290:5,6
**working** 25:22
28:25 39:2
43:2 57:24
64:7 66:7 78:7
80:13 86:3,7
**works** 60:22
177:3

**world** 51:15
55:12
**wouldn't** 20:17
20:24 21:7
22:3 28:16
41:13 51:15
57:12 58:23
70:13 79:17
84:22 108:2
130:7 134:10
134:22 139:24
146:21,23,24
149:23 169:2
193:12 253:2
**write** 23:10 58:5
58:17,19 62:8
65:7,14 95:23
193:15
**writing** 25:25
26:12 36:15
56:24 57:5
65:22 67:8,9
73:6 74:10
80:8
**written** 21:19
36:14 71:17
74:17 188:22
190:15
**wrong** 100:15
**wrote** 57:8 58:4
68:25 69:4,6,7
69:13 70:6,11
100:24 116:20
204:20 277:23
278:16

_____
**X**
_____
**X** 27:12
_____
**Y**
_____
**Yeah** 55:21
61:11 119:21
224:6 274:13
**year** 33:18 44:25
45:1,2,10,18

Dominik Alexander, PhD
March 8, 2023

Page 347

46:10
**yearly** 45:8
**years** 28:3 43:10
43:15 44:16
46:11 47:3,22
48:13 52:11
53:12,13,14,15
61:3 62:25
63:7 66:13,16
66:18 76:2,4
81:15,23,23
85:14 118:13
118:14 160:8
**yes-or-no** 91:2,5
182:1,6,12
183:2,10
186:12 208:20
219:19 237:25
239:5
**yesterday** 10:6
**York** 3:14

**Z**
**zero** 119:13
120:2,18 124:1
251:18,19
254:25
**Zwica** 9:14
32:19,21 33:9
33:10,24 34:13
36:21 40:6

**0**
**0** 92:11
**0'Conner** 70:17
**0.14** 150:1
**0.84** 170:21
**0.88** 146:16
**0.92** 150:15
151:5,6 152:1
**04** 55:1,5,5

**1**
**1** 31:4 118:13
158:13,16,18

160:13,17,24
164:24 165:7
166:10 182:11
185:7
**1.0** 149:7
**1.01** 92:22 93:15
93:16 94:8,22
**1.08** 123:1,8
128:16
**1.09** 96:11,13
146:13,18
169:17,23
170:17,21
171:2
**1.1** 151:25
**1.11** 150:5,7,15
151:3,6
**1.13** 170:1,7,12
**1.2** 120:22
**1.210** 91:20,24
92:1,17 93:8,9
94:12,16
**1.25** 119:8 120:8
120:13 122:5,7
122:23,25
123:4,22 124:2
124:14 125:1,4
125:10 127:22
128:11,12
**1.41** 170:21
**1.42** 92:22 93:12
93:14
**1.43** 117:20
120:12 122:18
123:3 124:16
127:22 128:11
128:13
**1.44** 282:1
**1.46** 166:20,24
167:21,25
168:4
**1.64** 165:15
166:17 168:4,8
168:12
**1.88** 279:22

**1.9** 39:11
**1/19/22** 40:3
**1/20/23** 10:2,4
12:11
**1:22** 129:10
**10** 5:8,9 253:9
**10/25/21** 31:12
32:6,16
**10/27** 33:8 36:18
**10/27/2022**
34:13
**10/27/21** 34:23
35:8,14,24
36:1,10
**10:29** 62:18
**10:46** 62:21
**100** 32:4,5 45:10
63:6 126:13
147:4,15
204:18
**101** 145:15,16
274:1,2
**101-** 5:7
**102** 10:1,2,7
11:1,25 12:5
12:11,13 13:10
18:4 94:21
147:18 201:22
**102-** 5:8
**102-A** 10:8,12
10:14 11:1,25
12:5,13
**10281-1047** 3:14
**102A-** 5:9
**103** 5:10 94:22
**103-** 5:10
**104** 95:14,15
96:5 97:5
164:15 261:20
**105** 261:20,20
**105-** 5:11
**106** 157:11,13
157:18
**106-** 5:12
**107** 263:18

264:1 265:6
277:8
**108** 169:22
**108-** 5:13
**1099** 9:17 23:1,1
**11,7-** 29:23
**11,700** 30:22
**11/15** 37:22
**11/15/21** 36:23
37:6,18
**11/16** 38:5,7
**11/16/2021** 39:1
**11/16/21** 38:17
**11:44** 102:1
**11:57** 102:4
**112** 29:4,5,21
30:2 31:11
201:16,17
**112-** 5:14
**113** 89:15,16,18
90:17 91:19
**113-** 5:15
**114** 68:19,20
70:15
**114-** 5:16
**115** 5:17
**116** 181:16
**117** 11:9,16
162:19 163:4
182:8,14
183:18 184:5
184:21 185:3,7
185:17 192:1
**118** 115:3,6,12
116:10 152:25
162:19 163:4
183:18 184:6
184:21 185:3,7
191:11 192:1
210:23
**118-** 5:17
**11895** 1:21
298:9
**12** 66:13
**12/3/21** 39:10

**12:37** 129:7
**120** 222:9
**122** 198:5
201:17,18
**122-** 5:18
**124** 152:8
**124-** 5:19
**15** 81:23 109:23
152:15 155:3
155:18 273:22
273:22 274:4,7
274:19,23
275:4,6,7,10
275:13,16,20
276:8
**152** 5:19
**157** 5:12
**1585** 157:15,16
157:17 159:9
160:1
**16** 188:15
234:18 235:1
**16769** 8:5
**169** 5:13
**17** 19:17,18,22
19:24 20:15
22:8,12,14,17
195:17 275:5
275:15
**175** 210:25
**177** 129:12,13
129:15
**18** 116:17 182:8
182:14 195:17
275:5,15
**189** 116:25
117:13,14,18
117:21 214:1,8
**19** 118:13
**190** 116:15,17
116:24 117:13
117:14,14,18
117:25
**192** 120:16,16
120:23 125:6

Dominik Alexander, PhD
March 8, 2023

Page 348

**193** 125:6,7
**198** 5:18
**1997** 116:19,21
119:4 157:11

_____
**2**

**2** 80:24 98:10,20
99:3,12 101:10
103:3,16,25
104:4,16,23
158:4 160:6,8
160:22 214:10
214:13 217:13
221:24 222:3,6
222:9 225:10
**2.0** 95:24 96:3,6
96:12,14,22
97:16,22 98:6
99:24 103:11
164:18 165:14
167:19
**2.01** 150:1
**2.3** 40:9
**2/14/22** 40:17
**2/22/22** 40:17
**2:37** 176:20
**2:51** 176:23
**20** 43:15 118:13
160:8 253:9
254:25 255:1
**200** 32:5
**20001** 3:18
**2004** 55:6
**2010** 55:1
292:20
**2011** 14:4,19
15:1 95:20
152:7 161:4
165:5 168:18
236:2,4,8
237:3,14 238:3
238:11 239:6
241:22
**2014** 55:6
273:18

**2017** 70:21
**2019** 51:24,25
52:3,7,16
116:18 201:19
**202** 3:18 223:19
224:15
**2020** 18:23 19:3
19:24 20:15
22:8,13,14
95:20,25 103:9
103:24 104:13
161:8 165:6
**2023** 1:20 6:2,7
12:3 299:19
**2025.320** 298:15
298:20 299:7
**2025.320(c)**
299:17
**2025.540(a))**
298:20,25
**2093** 298:18
**21** 188:15
**212** 3:14
**216** 2:8
**22** 21:22 184:10
187:17,20
235:18,19
292:13,13,15
292:17,23
**23** 52:13
**23,000** 29:22
**23,400** 30:23
**24** 221:17,18,20
221:22 222:5
225:1,5,7,9,14
225:21,23
226:8 227:2,8
227:13,14,22
227:25 228:6,8
230:9 231:15
**25** 152:18
221:20,22
225:5,8,9,22
226:8 227:3,22
228:1

**250** 3:13 25:7
**261** 5:11
**273** 5:7
**283** 222:21,23
223:12,15,19
223:22 224:1,9
224:11,14
**29** 5:14 187:15
187:20 194:23
194:25 235:5
247:6
**2900** 2:7

_____
**3**

**3** 153:17 154:5,7
154:8,11,19
155:8,24 156:3
156:12,15
217:14
**3.2** 31:18 32:7
**3.45** 118:5
**3.550** 1:9 6:15
**3.8** 92:11,11
**3:21-MD-3004...**
6:10
**3:21-md-3004...**
1:5
**3:52** 219:3
**30** 253:9,17,19
253:21,24
**3004** 1:8 6:12
**31** 228:12,14
229:10 231:14
231:25 232:2,4
232:5,7,25
234:16,17
247:2
**316** 2:13
**32** 224:23,24
225:6,17,19
226:4,10,16
227:4 228:4,12
228:14,19
229:6,12 230:7
231:6,12,17,24

**232**:2,4,4,7
233:3,6,18
234:3,18,24
246:24 247:1,7
247:8,14,23
248:6,19
287:24
**32502** 2:14
**326-3939** 3:14
**36** 95:12,13,13
95:15 97:6,7
102:6,23
164:14,16
167:9,12,13
**373** 222:10,19
222:23 223:12
223:22
**38** 234:2,2,3,3
**39** 11:2 33:20,22
33:25 34:12,21
35:5,15 38:22
192:14

_____
**4**

**4** 18:7 119:11
122:3,4,5,7,22
123:6,17,19
125:10,14,15
127:20,23
**4.3** 33:8 34:12
**4.8** 38:6
**4/16/21** 38:11
**4:09** 219:6
**40** 25:1 81:22
158:23 255:1
**415** 2:20
**44** 148:22
**44113** 2:7
**46** 92:4,14 93:9
**4655** 1:17 6:20

_____
**5**

**5** 169:21
**5.61** 150:1
**5:26** 268:9

**5:40** 268:12
**50** 28:21 45:9,10
253:10
**5031** 1:9,9
**51** 3:17
**53** 11:5 235:24
**55** 169:13
**57** 153:1
**58** 18:23 19:3
22:17

_____
**6**

**6** 150:1
**6:22** 291:4
**6:25** 291:7
**6:34** 297:8,9
**60** 3:6 148:24
254:1
**60,000** 161:19
**61K-144** 8:10
**650** 2:19
**66** 158:23
**68** 5:16

_____
**7**

**7** 5:3 120:17,20
148:8 149:15
150:3,6,9
261:21
**700** 3:6
**74** 231:8
**76** 238:13,21
**77** 238:14
**781-1111** 2:8
**79** 231:15
**7th** 12:3

_____
**8**

**8** 1:20 6:2,7
19:10,22 170:2
170:6,8 174:16
174:22 175:6,7
175:8,12,22
233:10,12,17
**80** 227:4

Dominik Alexander, PhD
March 8, 2023

Page 349

| | | | | |
|---|---|---|---|---|
| **801** 3:7<br>**8016** 298:11<br>**81** 223:16,17,19<br>223:23 224:1,9<br>224:11,14,22<br>224:23 225:6<br>225:17,19<br>226:10,13,14<br>227:4,4,18,22<br>227:25 228:4<br>231:9<br>**84111** 3:7<br>**85** 63:9<br>**86** 198:17,20<br>199:6<br>**868** 152:8,9<br>155:16 156:6<br>**869** 153:22<br>**87** 276:2<br>**877-8140** 3:7<br>**879-3689** 3:18<br>**88** 146:19<br>273:10,16<br>**889-2919** 2:20<br>**89** 5:15<br><br>**9**<br>**9** 20:4<br>**9:08** 1:19 6:3,7<br>**90** 63:9<br>**91** 271:13<br>**92** 150:8 251:10<br>**92121** 6:21<br>**92128** 8:6,22<br>**94** 277:10<br>286:24 289:4<br>**94108** 2:20<br>**95** 93:18,18,18<br>94:24 95:3,7<br>118:5<br>**96** 105:2 164:25<br>165:2,3,17,18<br>165:20,22<br>166:14 170:14<br>**97** 108:23 109:4 | 118:6<br>**98** 98:23 100:13<br>100:17,25<br>101:11,16<br>105:1 | | | |