# EXHIBIT B

**In the Matter Of:**

*In Re - Paraquat Products Liability Litigation*

*MARTIN WELLS*

*November 08, 2022*

## Page 1

1    IN THE UNITED STATES DISTRICT COURT
2    FOR THE SOUTHERN DISTRICT OF ILLINOIS
3    CASE NO. 3:21-md-3004-NJR
4    MDL No. 3004
5
6    _____
7
8  In re:  PARAQUAT PRODUCTS LIABILITY LITIGATION
9
10
11   _____
12
13   VIDEOTAPED DEPOSITION OF DR. MARTIN WELLS
14        Tuesday, November 8, 2022
15
16   Videotaped Deposition of MARTIN T. WELLS, Ph.D., a
17  witness herein, called for examination by counsel for
18  Defendant Chevron USA Inc. in the above-entitled
19  matter, pursuant to notice, the witness being duly
20  sworn by MICHELE EDDY, RPR, CRR, and Notary Public,
21  held at the law offices of Weisman, Kennedy & Berri
22  Co,  LPA, 2900 Detroit Avenue, 2nd Floor, Cleveland,
23  Ohio, at 8:30 a.m. (Eastern Standard Time)
24
25

## Page 2

1        A P P E A R A N C E S
2
3  ON BEHALF OF THE MDL PLAINTIFFS:
4      ERIC KENNEDY, ESQUIRE
5      JOSEPH CONNICK, ESQUIRE (remote)
6      Weisman, Kennedy & Berri Co., LPA
7      2900 Detroit Avenue, 2nd Floor
8      Cleveland, Ohio  44113
9      Telephone:  (216) 781-1111
10     - AND -
11     DAVID C. LANDEVER, ESQUIRE
12     Barrasso, Usdin, Kupperman, Freeman &
13     Sarver, LLC
14     20046 Walker Road, Suite 5
15     Cleveland, Ohio  44122
16     Telephone:  (216) 453-8583
17     dlandever@barrassousdin.com
18
19  ON BEHALF OF THE PLAINTIFFS IN JCCP AND MDL:
20     AMY ESKIN, ESQUIRE (remote)
21     Schneider, Wallace, Cottrell, Konecky, LLP
22     2000 Powell Street, Suite 1400
23     Emeryville, California  94608
24     (415) 421-7100
25     aeskin@schneiderwallace.com

## Page 3

1  ATTENDANCE, Continued
2
3  ON BEHALF OF THE MDL PLAINTIFFS:
4      ALYSON M. PETRICK, ESQUIRE (remote)
5      SARAH SHOEMAKE DOLES, ESQUIRE (remote)
6      Levin, Papantonio, Rafferty, Proctor,
7      Buchanan, O'Brien, Barr & Mougey, P.A.
8      316 S. Baylen Street, Suite 600
9      Pensacola, Florida  32502
10     Telephone: (850) 451-5011
11     apetrick@levinlaw.com
12     sdoles@levinlaw.com
13     - AND -
14     FRANK V. CESARONE, ESQUIRE (remote)
15     PETER J. FLOWERS, ESQUIRE (remote)
16     Meyers & Flowers, LLC
17     225 West Wacker Dr., #1515
18     Chicago, Illinois  60606
19     Telephone: (630) 232-6333
20     fvc@meyers-flowers.com
21     pjf@meyers-flowers.com
22
23
24
25

## Page 4

1  ATTENDANCE, Continued
2
3  ON BEHALF OF THE MDL PLAINTIFFS:
4      KHALDOUN A. BAGHDADI, ESQUIRE (remote)
5      Walkup, Melodia, Kelly & Schoenberger
6      650 California Street
7      San Francisco, California  94108
8      Telephone: (415) 889-2919
9      kbaghdadi@walkuplawoffice.com
10     - AND -
11     MARK M. ABRAMOWITZ, ESQUIRE (remote)
12     DiCello Levitt Gutzler, LLC
13     7556 Mentor Avenue
14     Mentor, Ohio  44060
15     Telephone: (440) 953-8889
16     Mabramowitz@dicellolevitt.com
17
18  ON BEHALF OF THE DEFENDANT CHEVRON USA INC.:
19     DEBRA R. BELOTT, ESQUIRE
20     Jones Day
21     51 Louisiana Avenue, Northwest
22     Washington, D.C.  20001
23     Telephone: (202) 626-1700
24     dbelott@jonesday.com
25

## Page 5

1 ATTENDANCE, Continued

2

3 ON BEHALF OF THE DEFENDANT CHEVRON USA INC.:

4     SHARYL A. REISMAN, ESQUIRE

5     ALLISON L. WAKS, ESQUIRE (remote)

6     Jones Day

7     250 Vesey Street

8     New York, New York  10281

9     Telephone:  (212) 326-3939

10    sareisman@jonesday.com

11    awaks@jonesday.com

12

13 ON BEHALF OF THE DEFENDANTS SYNGENTA AG and

14 SYNGENTA CROP PROTECTION LLC:

15    BRITT CRAMER, ESQUIRE

16    Kirkland & Ellis LLP

17    300 North LaSalle

18    Chicago, Illinois  60654

19    Telephone:  (312) 862-3778

20    britt.cramer@kirkland.com

21

22

23

24

25

## Page 6

1 ATTENDANCE, Continued:

2

3 ON BEHALF OF THE DEFENDANTS SYNGENTA AG and

4 SYNGENTA CROP PROTECTION LLC:

5     PAUL SAMPSON, ESQUIRE

6     Kirkland & Ellis, LLP

7     60 East South Temple

8     Salt Lake City, Utah  84111

9     Telephone:  (801) 877-8140

10    paul.sampson@kirkland.com

11

12 ALSO PRESENT:

13    Remington Cooper and Joe Byers,

14       Zoom and Video Technicians, Lexitas

15

16

17

18

19

20

21

22

23

24

25

## Page 7

1          EXAMINATION INDEX

2                              PAGE

3 EXAMINATION BY MS. BELOTT          12

4 EXAMINATION BY MR. KENNEDY          320

5 FURTHER EXAMINATION BY MS. BELOTT   325

6 FURTHER EXAMINATION BY MR. KENNEDY  326

7

8

9          E X H I B I T S

10         (Attached to the Transcript)

11 DEPOSITION EXHIBIT                PAGE

12 Exhibit 1  Declaration of Martin T. Wells, Ph.D.   13

13 Exhibit 2  Chapter 24: Including non-randomized   89

14     studies on intervention effects by

15     Reeves, Deeks, etc.

16 Exhibit 3  Journal Article titled "Paraquat and   94

17     Parkinson's disease: a systematic

18     review and meta-analysis of

19     observational studies

20 Exhibit 4  Neurology - Environmental risk         114

21     factors and Parkinson's disease:

22     A case-control study in Taiwan

23 Exhibit 5  Memorandum dated 6-26-19 from          127

24     Aaron Niman to Wade Britton, etc.

25

## Page 8

1          EXHIBIT INDEX CONTINUED

2

3 DEPOSITION EXHIBIT                     PAGE

4 Exhibit 6  Agricultural Health Study         134

5 Exhibit 7  "Rotenone, Paraquat, and Parkinson's  138

6     Disease," by Tanner, Kamel, etc.

7 Exhibit 8  "Pesticide Exposure and Self-reported  143

8     Parkinson's Disease in the

9     Agricultural Health Study"

10 Exhibit 9  "Supplemental Figure 1: Timeline of   164

11     the Agricultural Health Study"

12 Exhibit 10 "Pesticide use and incident           172

13     Parkinson's disease in a cohort of

14     farmers and their spouses," by

15     Shrestha, Parks, etc.

16 Exhibit 11 "Paraquat exposure and Parkinson's    186

17     disease: A systematic review and

18     meta-analysis"

19 Exhibit 12 EPA: "paraquat Dichloride"            193

20 Exhibit 13 "Does paraquat cause Parkinson's      195

21     disease? A review of reviews" by

22     Weed

23 Exhibit 14 "Occupational Factors and Risk of     197

24     Parkinson's Disease: A

25     Population-Based Case-Control Study

Page 9

EXHIBIT INDEX CONTINUED

DEPOSITION EXHIBIT                          PAGE

Exhibit 15 "Association between Parkinson's        199

    Disease and Cigarette Smoking,

    Rural Living, Well-Water Consumption,

    Farming and Pesticide Use: Systemic

    Review and Meta-Analysis" by

    Breckenridge, etc.

Exhibit 16 "A Case-Control Study of          205

    Parkinson's Disease in a

    Horticultural Region of British

    Columbia" by Hertzman, etc.

Exhibit 17 "Environmental Risk Factors in       217

    Parkinson's Disease" by

    Anne-Maria Kuopio, M.D., etc.

Exhibit 18 "Pesticide/Environmental           220

    Exposures and Parkinson's

    Disease in East Texas" by

    Dhillon, etc.

Exhibit 19 "Pesticide exposure and risk of      223

    Parkinson's disease - a

    population-based case-control study

    evaluating the potential for recall

    bias" by Rugbjerg, etc.

Page 10

EXHIBIT INDEX CONTINUED

DEPOSITION EXHIBIT                          PAGE

Exhibit 20 Exponent: "Sensitivity Analysis of   231

    the Tanner et al. Case-Control Study

    of Parkinson's Disease in the

    Agricultural Health Study" by Edmund

    Lau, etc.

Exhibit 21 "Occupational exposure to pesticides  235

    and endotoxin and Parkinson disease

    in the Netherlands" by van der Mark

Exhibit 22 "Professional Exposure to Pesticides  258

    and Parkinson Disease" by Elbaz, etc.

Exhibit 23 "Pesticide use in agriculture and     267

    Parkinson's disease in the AGRICAN

    cohort study" by Pouchieu, etc.

Exhibit 24 Declaration of Martin T. Wells, Ph.D. 292

Exhibit 25 Contents of Witness' file folder      331

Page 11

1                P R O C E E D I N G S
2            November 8, 2022
3                - - -
4        VIDEO TECHNICIAN:  We are now on the
5    record.  My name is Joe Byers.  I'm the
6    videographer retained by Lexitas.  This is a video
7    deposition for the court, United States District
8    Court for the Southern District of Illinois,
9    Case No. 3:21-md-3004-NJR, MDL No. 3004.
10       Today's date is 11-08-22.  The video
11   time is 8:36 a.m., 2900 Detroit Avenue, Cleveland,
12   Ohio, 44113 in the matter of Paraquat Products
13   Liability Litigation.  The deponent is
14   Paul Nichols.
15       MR. KENNEDY:  No, no.
16       THE WITNESS:  Martins Wells.
17       VIDEO TECHNICIAN:  The deponent is
18   Martin Wells.  Thank you, sir.
19       All counsel will be noted on the
20   stenographic record.  The court reporter is
21   Michele Eddy and will now swear in the witness.
22            MARTIN T. WELLS, Ph.D.,
23   having been duly sworn, testified as follows:
24       THE REPORTER:  Can we go off the record
25   for one moment.

Page 12

1        VIDEO TECHNICIAN:  Going off the record.
2    The time is 8:37.
3            (A brief recess was taken.)
4        VIDEO TECHNICIAN:  We are back on the
5    record.  The time is 8:38.
6            EXAMINATION
7    BY MS. BELOTT:
8    Q    Good morning, sir.  Could you please
9    state your name for the record.
10   A    Martin T. Wells.
11   Q    Okay.  And what did you do to prepare
12   for your deposition today, sir?
13   A    I reviewed materials before I arrived,
14   and then yesterday we had a meeting with
15   Mr. Landever and Mr. Kennedy.
16   Q    Okay.  Was anyone else at that meeting?
17   A    It was -- people cycled in and out, but
18   it was mostly just those two.
19   Q    When were you first retained as an
20   expert in any case relating to paraquat?
21   A    It was late last spring; I would say
22   June.
23   Q    And who were you retained by?
24   A    Mr. Landever.
25   Q    Have you ever worked with Mr. Landever

Page 13

1 before?
2     A    Not with him, no.
3     Q    Have you ever worked with Mr. Kennedy
4 before?
5     A    No.
6     Q    Okay.  I'm going to -- did you bring a
7 copy of your report with you today?
8     A    Yes, I did.
9     Q    All right.  I'm going to hand you a
10 copy, but feel free to use the copy that you have.
11 Are there any notes or highlighting on the copy
12 that you have?
13     A    Yes, there are.
14     Q    I'm handing to the court reporter what
15 will be marked as Exhibit 1, a copy of Dr. Wells'
16 expert report in this case.
17         (Exhibit 1 was marked for identification
18 and attached to the deposition transcript.)
19 BY MS. BELOTT:
20     Q    And is this a copy of your report, sir?
21     A    Yes.
22     Q    You're being paid $650 an hour for your
23 work on this case; is that right?
24     A    Yes.
25     Q    And how many hours did you spend

Page 14

1 researching and writing your report so far?
2     A    I think roughly around 70 at this point.
3 That's rough.  That's before traveling and
4 yesterday.
5     Q    So 70 hours not including travel?
6     A    Correct.
7     Q    Okay.  And how much has plaintiffs'
8 counsel paid you to date?
9     A    Zero.
10     Q    But you plan on submitting your bills to
11 counsel?
12     A    Certainly.
13     Q    Yes.  What is the split of pay between
14 counsel for the MDL and for the JCCP?
15     A    I don't know if there's a split.
16     Q    Okay.  Counsel for plaintiffs hired you
17 to analyze the epidemiological evidence relating
18 to the association and causation of the
19 occupational exposure of paraquat to the onset of
20 Parkinson's disease; is that right?
21     A    Correct.
22     Q    So counsel for plaintiffs instructed you
23 to review only studies relating to occupational
24 exposure; is that correct?
25     A    It was just occupations.

Page 15

1     Q    Okay.  And what did you understand
2 occupational exposure to mean?
3     A    I looked at the studies that are out
4 there.  And the studies are split into -- they
5 have residential studies, occupational studies.
6 And so using the classifications of the studies
7 that have been done, I looked at -- looked at
8 the -- looked at those that are primarily focused
9 on, you know, people's work and, you know,
10 exposure because of their workplace.
11     Q    Are there any limitations on the type of
12 work that you would include in occupational
13 exposure?
14     A    I don't know what you mean.
15     Q    So does occupational exposure include
16 farmers?
17     A    Yes.
18     Q    Would occupational exposure include a
19 maintenance worker spraying paraquat around the
20 building?
21     A    It's workers that are, you know,
22 applying -- applying paraquat.
23     Q    So occupational exposure means spraying
24 paraquat as part of your job?
25     A    Well, they may -- they may be -- the

Page 16

1 studies are focused on occupations; but I don't
2 know what people are doing outside their jobs, if
3 they're farmers or what other experiences they
4 have with paraquat.
5     Q    But you're relying on the definitions
6 within the studies to determine whether it's
7 occupational or not?
8     A    Correct, I'm using the studies.
9     Q    So do participants in these studies have
10 to use paraquat as part of their job in order to
11 be classified as occupational exposure?
12     A    They -- there's different ways they
13 classify what, you know, what their exposure was.
14 And so they have criteria that are within --
15 they're defined within the studies.  I'm using the
16 criteria that are given in those studies.
17     Q    Okay.  So does exposure -- in order to
18 be classified as occupational exposure, do the
19 participants have to spray paraquat as part of
20 their job?
21     A    It -- I'm just using what the studies
22 are defining.  So the studies have a definition of
23 what exposure is; I'm using the study's
24 definition.
25     Q    And if the study does not require the

Page 17

1 participants to be exposed to paraquat as part of
2 their job, would you have included this study in
3 your meta-analysis?
4    A   I included the -- I looked at the
5 studies that say they're occupational studies, and
6 I included those studies.
7    Q   So are you relying on the title of the
8 study?
9    A   No.  They have included criteria within
10 the study.
11    Q   So just use of the word "occupational"
12 within the study means that it could be included
13 in your meta-analysis?
14    A   They're classified as occupational --
15 many are residential.  Some are occupational
16 studies.  And if they talk about workers and their
17 exposure because of the work, those are the
18 occupational studies.
19    Q   What if a study includes both
20 occupational and residential exposure; would you
21 include it in your meta-analysis?
22    A   I don't think I did.  I think I looked
23 at purely occupational studies.
24    Q   So is your criteria within the studies
25 that it be only occupational and not also include

Page 18

1 residential exposure?
2    A   So I -- again, I look at the studies.  I
3 look at how they're classified, whether they're
4 occupational.  Some are very broad.  These --
5 these are -- the ones that I included are
6 occupational studies, and those are the ones I
7 include.  Those are the ones that have been
8 included in other -- other studies by other
9 researchers.  So I'm looking at what's consistent
10 with the literature and applying those standards
11 to my analysis.
12    Q   So I'm going to ask it again.  If the
13 study includes both occupational and residential
14 exposure, would you have excluded it in your
15 meta-analysis or would you include it?
16    A   I think it's mostly the occupational
17 studies and the -- if there's a residential
18 aspect, I'm not -- I don't remember the details.
19 I could look -- look at all the inclusion
20 criteria --
21    Q   Well, no, I'm not --
22    A   -- that the -- but they're the
23 occupational studies that have been defined by
24 the -- by other researchers, and those are the
25 ones that I'm including.

Page 19

1    Q   So if other researchers had classified a
2 study as including both residential and
3 occupational exposure, you would have excluded it
4 from your meta-analysis, correct?
5    A   Not necessarily.  I would look at -- I
6 would have to look at what the -- what the studies
7 are.
8    Q   Okay.  So are you -- are you defining
9 "occupational" yourself, or are you relying on
10 prior meta-analyses and prior classifications to
11 determine what's residential versus exposure?
12    A   I'm being consistent with the
13 literature.
14    Q   Consistent with the literature.
15        So instructing you to review only
16 studies relating to occupational exposure, that
17 means that you're excluding studies from your
18 review, correct?
19    A   Yeah.  There's --
20        MR. KENNEDY:  I think he -- with respect
21 to the meta-analysis, that's what he did, I think
22 he said.
23        MS. BELOTT:  He can answer that.
24        MR. KENNEDY:  But not with -- if you
25 look at his report --

Page 20

1        MS. BELOTT:  Okay.  He can answer.
2        MR. KENNEDY:  -- he looked at a lot more
3 than just occupational studies.  His report has --
4        MS. BELOTT:  And he's welcome to testify
5 to that.
6    A   So I --
7        MR. KENNEDY:  Go ahead.  Excuse me.
8    A   So I started out with a big set of
9 studies.  And then from that big set of studies, I
10 whittled it down to occupational studies, and
11 those are the ones that I analyzed in my
12 meta-analysis.
13    Q   And you were instructed by counsel to
14 not include studies that did not relate to
15 occupational exposure in your meta-analysis; is
16 that correct?
17    A   What do you mean?  Say that one more
18 time, please.
19    Q   Your instruction from counsel was to
20 exclude studies that do not include occupational
21 exposure, correct?
22    A   They didn't give me that instruction.
23 They said to study the occupational -- they didn't
24 tell me what to exclude.  They were told -- they
25 told me to look at the occupational studies.

Page 21

1    Q   So we just covered that your assignment
2  in this case was to assess causation and
3  association related to occupational exposure.
4  That was your instruction from counsel, correct?
5    A   Correct.  But they did not tell me to
6  eliminate studies.  I looked at the big set of
7  studies and made the decision, given what's in the
8  literature, to what I would include in the
9  studies.  I wasn't told to -- they didn't tell me
10 what to exclude.  I did my own analysis.
11    Q   But they instructed you that your
12 meta-analysis should be focused on occupational
13 exposures, correct?
14    A   Correct.
15    Q   So you offer no opinions related to
16 exposure to paraquat outside of occupational
17 exposure?
18    A   That was what I studied, yes.  Those are
19 the -- those are the -- those are the studies that
20 I -- that I focused on my meta-analysis.
21    Q   So you offer no opinions about exposure
22 to paraquat by spouses of plaintiffs that were
23 exposed occupationally, correct?
24    A   Well, in the -- in the -- AHS, they had,
25 you know, they had annual arm with applicators.

Page 22

1  Then they had -- they also looked at that and
2  talked to their wives.  So that was a big study,
3  you know, and FAME was part of a subset of that
4  group that they talked to wives also.  So it's
5  occupational, but then within that occupational
6  study, they also interviewed wives or spouses.
7    Q   Does your elevated odds ratio that you
8  report in your study in your meta-analysis apply
9  to people who were not occupationally exposed to
10 paraquat?
11    A   It applies to the studies that were
12 these occupational studies and the subjects within
13 those studies.
14    Q   How many of your seven studies includes
15 spouses to participants that were exposed
16 occupationally?
17    A   I think in the AHS, so FAME is the
18 primary one that has spouses.
19    Q   So one out of the seven, correct?
20    A   I would have to look if there's a spouse
21 in there, but I know that -- the FAME was part of
22 the AHS, which had spouses.
23    Q   And does your elevated odds ratio apply
24 in the same way to spouses as it does to farmers
25 who were occupationally exposed?

Page 23

1    A   It's people that were -- could be
2  participants in the studies.
3    Q   But does your elevated odds ratio apply
4  equally to any participant in any of the studies
5  in your seven meta-analyses?
6    A   It's the participants in the studies.
7  It applies to the participants in the study.
8    Q   And it applies to them in the same way.
9    A   They're participants in the study.
10    Q   Okay.  You haven't calculated any
11 elevated odds -- any odds ratio for any subgroup
12 of individuals?
13    A   No.
14    Q   You haven't calculated any odds ratio on
15 an individualized basis for any of the plaintiffs
16 in this case?
17    A   I don't know what that means.
18    Q   Have you calculated an odds ratio that
19 applies to Ms. Tenbrink specifically?
20    A   So they're -- they would qualify as --
21 if they could have been in the studies and so
22 they're individuals that could have been in the
23 studies, and so the odds ratio would apply to
24 them.
25    Q   And your 2.88 odds ratio applies to all

Page 24

1  of the plaintiffs in this case in the same manner,
2  the same 2.8 for any plaintiff?
3    A   They're -- they are possible
4  participants in the studies so, yes.
5    Q   Is that a yes?
6    A   Yes.
7        MR. KENNEDY:  Just when you say all
8  plaintiffs, you mean the ones that he opined on,
9  not --
10        MS. BELOTT:  The plaintiffs identified
11 in your report.
12        MR. KENNEDY:  Correct.
13        THE WITNESS:  Correct.
14 BY MS. BELOTT:
15    Q   Does this report contain all of the
16 opinions you intend to offer in that MDL and JCCP
17 cases?
18    A   No, if I get additional data, I'll, you
19 know -- and if there's appropriate analysis to do,
20 I may be asked to do other things.
21    Q   As of today, this represents the
22 entirety of your opinions that you plan to offer
23 in the cases, the MDL and the JCCP?
24    A   I say if there's other information that
25 comes in, I reserve the right to analyze that

Page 25

1 also.
2    Q    I understand that you reserve your
3 right.  But as of today, this contains the
4 entirety of your opinions.
5    A    This -- this is -- of the work that I
6 have done as of today, these are my opinions.
7    Q    Have you made any changes to your report
8 since you signed it on October 13th?
9    A    No, I found some typos but I didn't -- I
10 didn't make any changes.
11    Q    Other than the typos is there anything
12 you wish to correct or amend?
13    A    Substantively, no, but it's the typos
14 and section numbers and things like that.
15    Q    What are the nature of the typos?
16    A    I think there are two Section IIIs in
17 the report.  And one of my footnotes should have a
18 minus sign.  There's some grammar, spacing.
19         MR. KENNEDY:  I'm going to object
20 because if we're going to ask about typos, then
21 we're going to go through page by page because
22 there are a variety of typos and so if we're going
23 to do that, then we're going to go page by page.
24 But in addition to that, subsequent to his report,
25 you were given the exposure data on Coward, if you

Page 26

1 recall.  That's not as part of his report.  That
2 is another plaintiff that we got later.
3         Just so that you know, that's subsequent
4 to his report.  It's not included in his report
5 and there's the intention that he will be opining
6 that Coward like the other plaintiffs whose
7 exposure information he was given also has an odds
8 ratio of 2.88.
9         MS. RESIMAN:  Okay.  I'm going to stop
10 this right here and interpose an objection.  We're
11 not going to depose Dr. Wells on anything with
12 respect to Coward.  In fact, Eric, Pete told us
13 that Coward was going to have a separate
14 neurologist so whatever opinions --
15         MR. LANDEVER:  Neurologist?
16         MS. RESIMAN:  Sorry.  A separate
17 neurologist but he also said there would be no
18 specific opinions were coming from Petty and
19 another neurologist.  We were not informed that
20 Dr. Wells would have any opinions with respect to
21 Coward.  So to the extent there are any opinions
22 he's given with respect to Coward whether he's
23 included or not, that's subject for another
24 deposition.
25         MR. KENNEDY:  All right.

Page 27

1 BY MS. BELOTT:
2    Q    Back to the typos we were just
3 discussing.  Are any of the -- do any of the typos
4 change your opinions in the report substantively?
5    A    No.
6    Q    You've been working as a litigation
7 expert since at least 2004.  Is that correct?
8    A    Yes.
9    Q    And how many cases in total have you
10 been retained in?
11    A    Ten, 15.
12    Q    10, 15 cases total?
13    A    In total, yes.
14    Q    You testified in 2012 that you had been
15 retained in 193 cases in the past ten years.
16    A    That's not true.
17    Q    How many of the cases that you've been
18 retained in have involved a pesticide?
19    A    None.
20    Q    Or any type of agricultural chemical?
21    A    None.
22    Q    How many of the cases you've been
23 retained in have involved environmental exposures?
24    A    I can't think of any.
25    Q    And other than welding, have any of the

Page 28

1 cases you've been involved in involved Parkinson's
2 disease?
3    A    No.
4    Q    Or any other type of neurological
5 condition?
6    A    Not that I can think of.
7    Q    Have you ever been retained on behalf of
8 a defendant?
9    A    I did a report last year for a defense,
10 for a defense company.
11    Q    And the remainder --
12    A    It wasn't a report.  It was a -- gave
13 them advice.
14    Q    And the remainder of your work has been
15 on behalf of plaintiffs, correct?
16    A    Correct.
17    Q    And how much money in total have you
18 made in your life as a professional expert?
19    A    I have no idea.
20    Q    Can you estimate?
21    A    No, I can't.
22    Q    Are there any opinions that you formed
23 in connection with these cases that you did not
24 disclose in your expert report?
25    A    I don't know -- I don't know what you

Page 29

1 mean exactly.
2    Q   Are there any additional iterations of
3 your meta-analysis that are not included -- that
4 you ran that are not included in your report?
5    A   No, it's in my report.
6    Q   Have you run any additional iterations
7 of your meta-analysis since you signed your report
8 on October 13th?
9    A   No.
10    Q   In your report, Appendix A includes all
11 of the materials that you considered in preparing
12 your opinions in this case. Is that a complete
13 list of everything that you looked at, setting
14 aside materials that you received relating to
15 Coward?
16    A   I -- this was a list that I had and I --
17 there may be other papers but I didn't mean to
18 exclude them, but reading the literature, I mean
19 -- I may not have cited them, but, you know, this
20 -- this is a list of most of them, but there could
21 be other papers.
22    Q   So this is intended to reflect the
23 materials that you considered relevant in
24 preparing your report?
25    A   Correct.

Page 30

1    Q   And were all of these materials provided
2 to you by counsel?
3    A   No, not at all.
4    Q   Are there any materials that you asked
5 for from counsel but did not receive?
6    A   I don't think so.
7    Q   You say in your report that you reviewed
8 data produced as part of the discovery process.
9 What did you review that was produced as part of
10 the discovery process in this case?
11    A   There was a report by Exponent, that was
12 what I reviewed.
13    Q   Anything else?
14    A   I just looked at the -- just looked at
15 the studies.
16    Q   Did you review any deposition testimony
17 from any of the plaintiffs?
18    A   I don't think I saw any depositions, no.
19    Q   Did you review any of the sworn
20 statements from any of the plaintiffs?
21    A   Their reports?
22    Q   There are plaintiff fact sheets. Did
23 you review any plaintiff fact sheets?
24    A   I don't believe I did, no.
25    Q   Did you review any plaintiff

Page 31

1 questionnaires?
2    A   No.
3    Q   Have you spoken to any of the other
4 experts in this case?
5    A   I don't think I have.
6    Q   Do you know who the other experts are
7 that have been retained in these cases?
8    A   I know the -- Petty. And I forgot his
9 name. A movement disorder specialist. I'm
10 blanking on his name.
11    Q   Anyone else that you can recall?
12    A   No.
13    Q   Did you speak to Mr. Petty?
14    A   No, I didn't.
15    Q   Did you speak to the movement disorder
16 specialist?
17    A   No, I didn't.
18    Q   Have you spoken to anyone other than the
19 lawyers representing the plaintiffs in this case
20 about your work in this case?
21    A   No, I haven't.
22    Q   Sir, you have never gone to medical
23 school, correct?
24    A   No, I never attended medical school.
25    Q   You're not a medical doctor?

Page 32

1    A   No, I'm not.
2    Q   You don't hold any advanced degrees in
3 biology?
4    A   No, no advanced degree in biology.
5    Q   You don't hold any advanced degrees in
6 chemistry?
7    A   No.
8    Q   You don't hold any advanced degrees in
9 neurology?
10    A   I don't know that there's a degree in
11 neurology, but no.
12    Q   You're not an expert in Parkinson's
13 disease?
14    A   I'm a biostatistician/epidemiologist.
15 I'm not a Parkinson's expert.
16    Q   Okay. You're not qualified to diagnose
17 someone with Parkinson's disease.
18    A   No, I'm not.
19    Q   And you've never diagnosed anyone with
20 Parkinson's disease.
21    A   No.
22    Q   You're not claiming to have discovered a
23 cause of Parkinson's disease that's not accepted
24 by the broader medical and scientific community,
25 are you?

Page 33

1    A   I'm analyzing the data and reporting on
2 my results.
3    Q   So no.
4    A   No.
5    Q   You would defer to a medical doctor on
6 the question of whether an individual has been
7 properly diagnosed with Parkinson's disease,
8 correct?
9    A   Correct.
10    Q   And you were asked by counsel to assume
11 that certain plaintiffs in this case were examined
12 by a neurologist with movement disorder
13 specialties and meet the diagnostic criteria for
14 Parkinson's that was employed in the studies you
15 relied on, correct?
16    A   Correct.
17    Q   You didn't actually speak to an expert
18 neurologist or movement disorder specialist to
19 confirm that, correct?
20    A   No, I did not.
21    Q   And you didn't review any medical
22 records from any neurologist or movement disorder
23 specialist to reach that conclusion?
24    A   I did get -- I did get some records to
25 look at.

Page 34

1    Q   Medical records?
2    A   Sort of summary -- summary -- summary
3 records.
4    Q   And these are from Mr. Petty.
5    A   Yes.
6    Q   And so you reviewed those but nothing
7 else.
8    A   Correct.
9    Q   Have you ever had training in exposure
10 assessments, how to perform exposure assessments?
11    A   With regard to?
12    Q   Occupational exposures.
13    A   No, I haven't.
14    Q   You're not an expert in how to take
15 occupational exposure assessments.
16    A   No, I'm not.
17    Q   Have you ever conducted an occupational
18 exposure assessment before?
19    A   No, I haven't.
20    Q   Have you ever been involved in an
21 epidemiology study that required occupational
22 exposure assessments before?
23    A   In the welding litigation, they did some
24 exposure -- exposure work.
25    Q   And in that case, was there an expert in

Page 35

1 exposure assessments that handled that?
2    A   Yes.
3    Q   Was there also an epidemiologist
4 retained in that case?
5    A   I served as an epidemiologist in that
6 case.  There may have been others, but I can't --
7 I can't recall.  There were other -- other --
8 there were other experts who did research in
9 epidemiology.
10    Q   Are you aware that the only known cause
11 of Parkinson's disease is genetic mutation?
12    A   It seems that there is other literature
13 that says there are other causes.  There's a book
14 by Dorsey that talks all about that.
15    Q   And is Dorsey peer-reviewed?
16    A   It lists a number of papers, but it's a
17 text -- it's a monograph.
18    Q   But the Dorsey book itself is not
19 peer-reviewed.
20    A   I don't know what the review process
21 was.
22    Q   Are you aware of any scientifically --
23 of any peer-reviewed literature that establishes
24 another cause of Parkinson's disease other than a
25 genetic mutation?

Page 36

1    A   I'm not familiar with one.
2    Q   Are you aware that most cases of
3 diagnosed Parkinson's disease are labeled as
4 idiopathic?
5    A   I don't know that.
6    Q   You know what "idiopathic" means?
7    A   Yes.
8    Q   Cause unknown, correct?
9    A   Correct.
10    Q   You're not offering the opinion that
11 Burgener, Plaintiff Burgener developed Parkinson's
12 disease because he was exposed to paraquat, are
13 you?
14    A   I don't know that --
15       MR. KENNEDY:  Look at your report.
16    A   Burgener was one of the -- one of the
17 plaintiffs, I looked at his medical records.  And
18 I assumed that he met the diagnostic criteria and
19 his examination criteria.  So he fits into the --
20 the qualification of participants in the studies.
21 So he falls under the -- under the causal -- the
22 causal argument that I give.
23    Q   So you're offering an opinion that
24 exposure to paraquat was the specific cause of
25 Mr. Burgener's Parkinson's disease?

Page 37

1    A    I am saying he fits into the -- he fits
2  into the diagnostic criterion and exposure
3  criterion that fits in the studies, so he would
4  be -- had the elevated odds ratio.
5    Q    I understand that you say the elevated
6  odds ratio applies to him.  But my question to you
7  is, are you offering an opinion on specific
8  causation that exposure to paraquat caused
9  Mr. Burgenson's -- Mr. Burgener's Parkinson's
10  disease?
11    A    He satisfies all the criterion for the
12  specific causation.
13    Q    So is that a yes?
14    A    Yes.
15    Q    Okay.  You are offering -- are you
16  offering an opinion that exposure to paraquat is
17  the specific cause of Mr. Fuller's Parkinson's
18  disease?
19    A    It's the same -- it's the same argument.
20    Q    So yes.
21    A    Correct.
22    Q    Are you offering an opinion that
23  exposure to paraquat was the specific cause of
24  Mr. Richter's Parkinson's disease?
25    A    Same -- same argument.

Page 38

1    Q    Yes, sir?
2    A    Yes.
3    Q    Are you offering the opinion that
4  exposure to paraquat was the specific cause of
5  Mr. Krause's Parkinson's disease?
6    A    Mr.?
7    Q    Krause.
8    A    It's the same.  He's on the same list
9  also.
10    Q    So the answer is yes.
11       And are you offering the opinion that
12  exposure to paraquat was the specific cause of
13  Ms. Tenbrink's Parkinson's disease?
14    A    She's on the same -- same -- same
15  argument -- same argument.
16    Q    So the answer is yes.
17    A    Yes.
18    Q    Your specific causation conclusions are
19  based on your meta-analysis and the 2.88 elevated
20  odds ratio, correct?
21    A    And the -- and the assumption that they
22  had the diagnostic criterion were met and they had
23  exposure.
24    Q    Okay.  You're not an expert on the risk
25  factors for Parkinson's disease, are you?

Page 39

1    A    I mean, you can -- there's literature on
2  them.  No, I'm not -- I'm not an expert on them,
3  but I can read what they are.
4    Q    Okay.  Did you conduct an independent
5  literature search to identify all of the risk
6  factors for Parkinson's disease?
7    A    In the papers they discuss the various
8  risk factors, and they try to control for them.
9    Q    Okay.  Did you conduct a comprehensive
10  search of the literature to identify all of the
11  risk factors for Parkinson's disease?
12    A    I mean, they're discussed in the papers.
13  So I didn't look at those -- I didn't do an
14  independent study.  But in the articles, they talk
15  about the various risk factors and what risk
16  factors were controlled for in their studies.  So
17  that's not an independent search, but they discuss
18  those in the papers.
19    Q    Can you list for me Ms. --
20  Mr. Burgener -- Burgener's other risk factors for
21  Parkinson's disease?
22    A    No, I can't.
23    Q    Can you list for me Mr. Fuller's other
24  risk factors for Parkinson's disease?
25    A    No, I can't.

Page 40

1    Q    Can you list for me Mr. Richter's other
2  risk factors for Parkinson's disease?
3    A    No, I can't.
4    Q    Can you list for me Mr. Krause's other
5  risk factors for Parkinson's disease?
6    A    No, I can't.  I can -- I can look at
7  their diagnostic chart and see what they -- if
8  they have a listing of those.  Can I do that?
9    Q    No.  I don't need you to do that.  Can
10  you list --
11    A    That would be helpful -- it would be
12  helpful to answer your questions.
13    Q    Did you assess --
14       MR. KENNEDY:  You are --
15    Q    -- the risk factors?
16       MR. KENNEDY:  You are free to look at
17  anything you want to answer the questions.
18    A    So let me just look at the --
19       (Pause in proceedings.)
20    Q    Dr. Wells, have you found anything yet?
21    A    No, there's not -- not on the ones I've
22  looked through.  There's no -- they're just
23  describing the exposure criterion and the risk
24  factors at this point.
25    Q    So you're not aware of any of the risk

Page 41

1 factors for Parkinson's disease for the plaintiffs
2 that you are opining on?
3    A   I have one more -- there is one more in
4 case there is something more.
5        There's no more.
6    Q   So you don't know whether any of the
7 plaintiffs on which you offer specific causation
8 opinions in this case have risk factors for
9 Parkinson's disease.
10    A   They have exposure, and -- that was risk
11 factors, all the risk factors, but are there other
12 risk factors?  There's no genetic analysis here.
13    Q   Can you identify the documents that you
14 were just reviewing in order to answer that
15 question.  I just mean identify the title of the
16 document, sir.
17    A   A name and paraquat exposure
18 calculations results.
19    Q   Okay.  So you don't have any information
20 about whether the plaintiffs on which you offer
21 specific causation opinions have family history of
22 Parkinson's disease?
23    A   No.  The neurologists that evaluated
24 them would probably have that information.
25    Q   Okay.  But you do not have information

Page 42

1 on that.
2    A   I do not.
3    Q   And that -- whether they have a family
4 history of Parkinson's disease did not play any
5 part in the conclusions that you made in your
6 report.
7    A   No.  I'm making the assumptions from the
8 work of the neurologists.
9    Q   Are you making assumptions with respect
10 to whether they have family history of Parkinson's
11 disease?
12    A   I'm not using that information.
13    Q   Okay.
14    A   Personally.  I'm using the diagnostic,
15 the diagnosing physician.
16    Q   Okay.  So whether or not any of the
17 plaintiffs identified in your report have family
18 history of Parkinson's disease did not impact your
19 opinions in this case.
20    A   Correct.
21    Q   So your opinion for a specific causation
22 is based only on the 2.88 from your meta-analysis?
23    A   And the -- and that they have been
24 examined, and we know that -- we know the duration
25 of their exposure.  So I'm basing it on that, that

Page 43

1 they're participants in the -- could be
2 participants in the -- in the studies, and we have
3 these assumptions about their exposure and their
4 diagnoses.
5    Q   And your conclusions are not dependent
6 on any of the risk factors that any of the
7 specific plaintiffs may have other than exposure
8 to paraquat?
9    A   I'm not using that information.  The
10 odds ratios in the studies were adjusted for many
11 of those risk -- risk factors.
12    Q   Can you identify for me a list of the
13 risk factors for Parkinson's disease?
14    A   So the ones that they use, they talk
15 about, you know, exposure.  They talk about the --
16 they look at age.  They look at smoking.  They
17 look at drinking.  They look at coffee.  They look
18 at other types of injuries.
19    Q   Anything else?
20    MR. KENNEDY:  Look at the studies if
21 you're asking for an exhaustive list.
22    A   Yeah, let me -- (Document review).
23        So the duration of their -- of their
24 work, duration of the time they used paraquat,
25 duration of the water source, smoking, as I

Page 44

1 mentioned.  (Document review)
2        So exposure to other -- other chemicals,
3 whether they have had injuries.  Those are the
4 ones -- those are mostly what are adjusted for in
5 the studies.
6    Q   Okay.  So you would agree that any study
7 of exposure to paraquat and Parkinson's disease
8 should control for these risk factors that you've
9 just identified.
10    A   If it's possible and not all the studies
11 did.  Some of the studies -- some did; some
12 didn't.
13    Q   And if a study didn't control for one of
14 these risk factors, you don't know what the odds
15 ratio would be if they had controlled for that
16 risk factor?
17    A   You would have to -- it would have to be
18 estimated.  You would have to have the data.  And
19 you would have to assess the odds ratio estimate
20 with respect to the variability.  So the studies
21 didn't have that information, but you can still
22 calculate an odds ratio for that study.  Even
23 though it's not adjusted, you can still calculate
24 an odds ratio.
25    Q   And if you don't adjust for these

Page 45

1 factors, you don't know how that adjustment would
2 change the odds ratio that you get.
3     A    Some of the studies are matched, and
4 that sort of balances out some of these other
5 factors.  And so you don't really need to do the
6 adjustment when there's matching because the
7 matching sort of accounts for that.  But, again,
8 it is better to adjust if that data is collected
9 in the studies.
10    Q    Some of the studies matched for age, and
11 so that would account for confounding due to age,
12 correct?
13    A    Correct.
14    Q    But if they don't match based on other
15 risk factors, that wouldn't account for
16 confounding based on those other risk factors,
17 correct?
18    A    If they don't have that -- if -- they
19 don't do adjustment on those.  They just
20 calculated a crude odds ratio, and then that's
21 your measure of -- measure of effect.
22    Q    So matching just on age is not going to
23 account for confounding based on family history of
24 Parkinson's disease, correct?
25    A    But if you adjust for it in the logistic

Page 46

1 regression, then it would.
2    Q    All right.  I'm thinking of cases where
3 they don't adjust for the confounding variable;
4 they don't match on that variable --
5    A    Such as what study?
6    Q    If you're matching for age and you're
7 not making any further adjustments --
8    A    Do you have a particular study?
9    Q    No.  I'm just asking you a hypothetical.
10    A    Yeah, if -- if there is no adjustment
11 and they only match for age, the crude odds ratio
12 still indicates the level of effect.  That could
13 be made less -- a less variable estimate by
14 adjusting for those factors.  But if it's not in
15 the study and the design didn't allow for matching
16 on other criteria, you're left with the odds
17 ratio, and that's all you can use.
18    Q    And you don't know what making that
19 adjustment, how that would impact the odds ratio,
20 correct?
21    A    You don't have the data.
22    Q    You're not an expert in agronomy or
23 farming practices, correct?
24    A    No, I'm not.
25    Q    You're not offering an opinion on

Page 47

1 agronomy or farming practices?
2    A    No, I'm not.
3    Q    You're not an expert on weeds?
4    A    No, I'm not.
5    Q    You're not an expert on pesticides or
6 herbicides?
7    A    No, I'm not.
8    Q    You've never offered a paper on
9 pesticides or herbicides?
10    A    I don't believe I have.
11    Q    You're not offering any opinions on
12 pesticide labeling?
13    A    No, I'm not.
14    Q    You're not an expert on paraquat's
15 physical or chemical properties, correct?
16    A    No, I'm not.
17    Q    Prior to your retention in this case,
18 did you know what paraquat was?
19    A    Yes.
20    Q    How?
21    A    I grew up on a cow ranch.
22    Q    Did you ever spray paraquat?
23    A    We had paraquat, but I don't know if I
24 sprayed it.  My stepfather may have.
25    Q    You don't know how paraquat's physical

Page 48

1 or chemical properties may impact whether users
2 are actually exposed to paraquat?
3    A    No, I don't.
4    Q    And you're not an expert on paraquat's
5 propensity to drift?
6    A    I know when you spray it, it drifts.
7    Q    Are you an expert on --
8    A    No, I'm not an expert on it.  I know
9 that happens.
10    Q    You're not an expert in how paraquat is
11 used in the field.
12    A    I'm not an expert on it, but I know
13 there are protocols for following -- or how to --
14 how to broadcast the -- the herbicide and the --
15 and the people applying them follows the
16 protocols.
17    Q    Are your opinions in this case dependent
18 on what application method is used by the
19 plaintiffs to spray paraquat?
20    A    No.  I haven't -- that's not part of the
21 group of controls.
22    Q    In developing your opinions in this
23 case, did you consider how paraquat usage in the
24 United States has changed over time?
25    A    I mean, it may be implicit in some of

Page 49

1 the data.  If they have data that's over a longer
2 period of time, there may be more or less exposure
3 in certain time periods, given -- given if there
4 were changes.  So I'm not modeling explicitly, but
5 it may be implicit in some of the data.
6    Q    Do you know how usage of paraquat has
7 changed in the United States over time?
8    A    No, I don't.
9    Q    You're not a toxicologist, correct?
10    A    No, ma'am.
11    Q    And you're not offering any opinions on
12 toxicology?
13    A    No.
14    Q    You have no opinions on whether it's
15 biologically plausible for paraquat to cause
16 Parkinson's disease?
17    A    I'm relying on the expertise of somebody
18 else to make that argument.
19    Q    You're not an expert on the possible
20 mechanisms of action related to paraquat and
21 Parkinson's disease?
22    A    No, I'm not.
23    Q    You're not an expert on extrapolating
24 data from animal studies to human studies.
25    A    That's not part of my analysis, no.

Page 50

1    Q    Are you an expert in it?
2    A    I've looked at animal studies.  I'm not
3 an expert.  But I have experience making that
4 transition.
5    Q    You offer no opinions in your report
6 that would allow the jury to extrapolate from
7 animal studies to human studies in this case,
8 correct?
9    A    Correct.
10    Q    You rely exclusively on Dr. Fitsanakis
11 for your assumption that it's biologically
12 plausible for paraquat to cause Parkinson's
13 disease, correct?
14    A    Correct.
15    Q    Have you ever worked with her before?
16    A    No.
17    Q    Did you speak with her?
18    A    No.
19    Q    Do you know what type of work she does?
20    A    She's a -- she's a doctor.  She works at
21 a company.  I don't -- I don't know what she does.
22    Q    Do you know what kind of doctor she is?
23    A    No, I don't.
24    Q    If Dr. Fitsanakis is wrong about
25 biological plausibility, you would need to

Page 51

1 reconsider your Bradford Hill analysis, correct?
2    A    I would -- I would try to understand
3 why -- why she is wrong, and then I would make a
4 decision from there.
5    Q    You have no other basis to support your
6 opinions on biological plausibility other than
7 Dr. Fitsanakis?
8    A    That's what I quote.
9    Q    So yes?
10    A    That's what I quote, yeah.  And if that
11 was found wrong, we would try to understand why it
12 was wrong and then I would amend my report if
13 needed.
14    Q    You're not offering any opinions on
15 dose, correct?
16    A    There is a dose response in some of the
17 studies, but my 2.88 isn't about those dose
18 response studies so I'm not at that point -- I
19 know there's -- you know, there are studies that
20 discuss the increase.  That's not part of my
21 analysis, but that comes up in those studies.
22    Q    You understand that in order for
23 paraquat to cause any sort of response, it has to
24 actually enter the body of a person, correct?
25    A    Correct.

Page 52

1    Q    You've never determined the dose of
2 paraquat exposure for Mr. Burgener, correct?
3    A    Let me look.
4    Q    So I understand you're flipping through
5 the exposure assessments again.  And I'm not
6 asking about exposure.  I'm asking about dose and
7 whether you yourself have calculated the dose that
8 Mr. Burgener was -- the dose of paraquat that
9 Mr. Burgener was exposed to?
10         MR. KENNEDY:  And the dose meaning what?
11 He's looking for exposure information.  Are you
12 distinguishing between exposure and dose?
13 BY MS. BELOTT:
14    Q    Okay.  Do you agree, Dr. Wells, that for
15 paraquat to cause a toxic effect, a sufficient
16 amount or dose has to actually enter that person's
17 body?
18    A    Some has to enter his body, yes, or her.
19    Q    Just because a person uses paraquat
20 doesn't mean that paraquat actually enters their
21 body, correct?
22    A    Just because they use it, they have to
23 be exposed to it.
24    Q    It has to actually enter their body.
25    A    It has to, yes.

Page 53

1    Q   Okay.  You understand that how much
2 paraquat actually enters a person's body depends
3 on a lot of factors.
4    A   Yes.
5    Q   It would depend on how they applied the
6 paraquat, correct?
7    A   The exposure, yes.
8    Q   It would depend on what they were
9 wearing when they applied the paraquat?
10    A   Correct.
11    Q   You did not individually --
12 independently evaluate how much paraquat actually
13 entered Mr. Burgener's body?
14    A   No, I didn't.  But what I do know is
15 that sort of the dose or the length of -- the
16 length of time that -- that he -- that he was --
17 that he was exposed to it, so I don't know the
18 exact -- I don't know the amount but I know that
19 it was for a certain amount of time.
20    Q   Just to be clear, you do not know how
21 much paraquat actually entered Mr. Burgener's
22 body?
23    A   I know that he was exposed to it for a
24 certain amount of time.  I don't know the precise
25 number of -- the precise amount but I do know

Page 54

1 there was a time, an exposure time period.  But I
2 don't know the amount.
3    Q   You do not know the amount of paraquat
4 that actually entered Mr. Burgener's body.
5    A   Correct.
6    Q   You do not know the amount of paraquat
7 that actually entered Mr. Fuller's body.
8    A   The same, similar, I know the exposure
9 time.
10    Q   So that's a yes?  I mean, that's a no,
11 you do not know.
12    A   I don't know the exact amount.
13    Q   Okay.  You do not know the amount of
14 paraquat that actually entered Mr. Richter's body.
15    A   Again, I know the exposure time but I
16 don't know the exact amount.
17    Q   You do not know the amount of paraquat
18 that actually entered Mr. Krause's body.
19    A   Same, same issue.  I know the duration
20 of exposure but not the exact amount.
21    Q   Okay.  And you do not know the amount of
22 paraquat that actually entered Ms. Tenbrink's
23 body.
24    A   Same, same answer.
25    Q   You're not offering an opinion about the

Page 55

1 threshold dose that's required of paraquat to
2 cause a toxic effect, are you?
3    A   No, I'm not.
4    Q   And you're not offering an opinion on
5 the threshold dose of paraquat that is required to
6 cause Parkinson's disease.
7    A   No, I'm not.
8    Q   The studies that you include in your
9 meta-analysis do not report on dose, correct?
10    A   There are -- Tanner talks about, you
11 know, the exposure, so how long they're exposed
12 and that's connected to the dose because they're
13 at longer exposure, they will have a higher level
14 of paraquat.
15    Q   So Tanner -- Tanner does not collect
16 information on the amount of paraquat that
17 actually entered any of the participant's body,
18 correct?
19    A   As in Liou, they talk about the
20 duration.  They talk about duration, not the
21 amount exactly.
22    Q   Okay.  So Tanner reports on duration of
23 use, correct?
24    A   Correct.
25    Q   Tanner does not report on dose.

Page 56

1    A   Not on the dose.
2    Q   Do any of the other studies in your
3 meta-analysis report on dose?
4    A   I don't believe that's quantified.
5    Q   Okay.  So if any participant -- if any
6 person has exposure below the threshold dose
7 required to cause Parkinson's disease, your 2.88
8 would not apply to them, correct?
9    A   I don't know what that dose is.
10    Q   But if a person was below that dose, you
11 would agree that your 2.88 would be irrelevant?
12    A   But they would be -- if they were part
13 of the study and they had the criteria to be
14 evaluated -- included in the study, then I would
15 include them.
16    Q   Okay.  So even if a person is exposed to
17 paraquat below the threshold dose needed to cause
18 Parkinson's disease, your elevated 2.88 odds ratio
19 still applies to them.
20    A   I'm applying it to people that were
21 eligible for the studies.
22    Q   So your 2.88 elevated odds ratio is not
23 dependent on the dose of paraquat that a person
24 actually is exposed to.
25    A   It is -- they're part of an

Page 57

1 epidemiological study and they evaluate people
2 that were applying paraquat and it's not clear
3 that they had such a specific dose level as you're
4 suggesting, but they were in the study.  If these
5 people could be participants in the study, they
6 fall under the 2.88.
7     Q    So the answer is no, your elevated odds
8 ratio is not dependent on the actual dose of
9 paraquat that a person is exposed to.
10     A    It depends on if they were in the study.
11 And so there's a range of exposures in the study
12 and if they're qualified to be in the study,
13 that's my -- my calculations apply to those
14 people.
15     Q    Again, so the answer is no, your
16 calculations are not dependent on the actual dose
17 that a person is exposed to.
18     A    It's within the study.  I mean, so some
19 of the people had higher doses.  Some had lower
20 doses.  It's just part of the epidemiological
21 studies.
22     Q    Okay.
23     A    There's a whole range of doses.
24     Q    Okay.  So we just covered that the
25 studies in your meta-analysis don't actually

Page 58

1 report on dose, correct?
2     A    So we don't know that.  They don't
3 report on it but we don't know the dosage that the
4 participants were exposed to and so I'm saying we
5 don't know that and so, you know, I'm looking at
6 people that could be possibly in the study.
7 They're the ones that fall under the 2.88.
8     Q    So you would agree if we don't know what
9 the dose is, then your calculations can't depend
10 on what the dose is.
11     A    No, that's not what -- I'm not saying
12 that.  I'm saying that if they could fall into the
13 study, if they would be participants in the study
14 so they qualified in the study, then my
15 calculations apply to them.
16     Q    If they're eligible for inconclusion in
17 the seven studies in your meta-analysis,
18 regardless of their actual dose, the 2.88 applies
19 to them.
20     A    It applies to them.
21     Q    Does your 2.88 elevated odds ratio apply
22 equally to a person in the study who used paraquat
23 for one day as it does to a person who used
24 paraquat for 20 years?
25     A    I don't have that quantification.

Page 59

1 They're participants in the studies.
2     Q    So it applies equally regardless of
3 duration of paraquat use.
4     A    So the -- some of the studies stratified
5 by duration.  They had a lower odds ratio and
6 longer had a higher odds ratio.  Not all the
7 studies had that -- that breakup, so I'm just
8 going with it.  They're in the ever-never category
9 and so that applies to them.
10     Q    So you haven't conducted a separate
11 meta-analysis based on exposure duration?
12     A    I had the meta-analyses that are in the
13 published literature -- or the studies are in the
14 published literature.
15     Q    Okay.  So does your 2.88 elevated odds
16 ratio apply equally to a person who used paraquat
17 for one day as it does to a person who used
18 paraquat for 20 years?
19     A    Again, if they were participants in the
20 studies, then the 2.88 applies to them.
21     Q    So you're not drawing --
22     A    If they -- if they satisfy the inclusion
23 criteria for the study, then they -- the 2.88
24 applies to them.
25     Q    Regardless of the duration of their

Page 60

1 paraquat use.
2     A    That's what the -- that's what the
3 studies say.  The studies say, if you're included,
4 you have a certain -- you have a certain, you
5 know, odds ratio or a certain odds of contracting
6 or being diagnosed for Parkinson's disease, so the
7 consequence of being in the study, the 2.88
8 applies to them.
9     Q    Okay.  So I'm not asking what the
10 studies say; I'm asking what you say.  You've
11 provided a 2.88 elevated odds ratio.  Does that
12 elevated odds ratio apply equally to a person
13 regardless of the duration of their paraquat use?
14     A    If they would be -- if they would be
15 possible participants in the study, then it
16 applies to them.
17     Q    So the answer is yes, duration of
18 paraquat use does not change your elevated odds
19 ratio of 2.88?
20     A    So in the studies, again, the studies,
21 some break it down into higher and lower duration
22 exposure, but the analysis that I had, that I did,
23 is the 2.88, there's a certain criteria to be
24 included in the studies.  And if those individuals
25 satisfy that criteria, that exposure criterion,

Page 61

1 then -- then it applies.
2     Q    Okay.  Are you offering an opinion --
3 are you offering different odds ratios for someone
4 who has high exposure versus low exposure?
5     A    Those are in the -- those are in some of
6 the studies.
7     Q    So your 2.88 applies to someone who has
8 high exposure in the same way that it applies to
9 someone that has low exposure?
10    A    Yes, they're participants -- they're
11 participants in the study.
12    Q    So the answer is yes.
13    A    Yes.
14    Q    So if your an eligible participant in
15 any of your seven studies and you used paraquat
16 for one day, the 2.8 applies to you in the same
17 way that it would apply to someone who used
18 paraquat for 20 years?
19    A    They're -- that's the -- that's the rule
20 that's included in the study.
21    Q    So yes.
22    A    Yes.
23        MR. KENNEDY:  Just let me clarify.  It's
24 not a one day.  It's 25 days --
25    A    It's 25 days from Tanner.

Page 62

1        MR. KENNEDY:  -- just to clarify.
2     Q    Is Tanner the only study in your
3 meta-analysis?
4     A    No, but Tanner is included in the 25
5 days, and the plaintiffs are much longer than
6 25 days.
7     Q    Do all the seven studies in your
8 meta-analysis have a 25-day minimum?
9     A    No.
10    Q    So -- so what you said before is
11 correct, that even if you are exposed for one day,
12 if you use paraquat for one day and you're an
13 eligible participant in the study, the 2.88
14 elevated odds ratio would apply to that person.
15    A    They're -- they're the participants in
16 the study, that's all I can say.
17    Q    So, yes, it does apply.
18    A    But -- but the reality is that the
19 plaintiffs are much longer -- have much longer
20 exposure.
21    Q    Let's look at the end of your report.
22 On page 25, you list two assumptions that you rely
23 on to reach your specific causation opinions.  Are
24 there any other assumptions that you were asked to
25 make in order to reach your conclusions in this

Page 63

1 case?
2     A    No, those are the two.
3     Q    You state, "I have assumed that the
4 following individuals have been exposed to
5 paraquat, consistent with the exposure criteria of
6 the above-referenced seven studies in my
7 meta-analysis."
8        And you list several plaintiffs.
9 Plaintiffs' counsel instructed you to make that
10 assumption, correct?
11    A    Yes.
12    Q    You followed plaintiffs' instructions in
13 making that assumption?
14    A    That was the -- that was the -- I can't
15 make that -- I can't do those diagnoses.  I can't
16 make the -- I can't do those exams.
17    Q    You did not independently confirm that
18 any plaintiff actually meets the exposure criteria
19 in your meta-analysis, did you?
20    A    I have their exposure information.
21    Q    So are you making an assumption, or are
22 you offering an independent conclusion that they
23 meet your exposure criteria?
24    A    I'm making the assumption, but I can
25 look -- look to see if that assumption is correct

Page 64

1 by looking at their data.
2     Q    Did you confirm that any of the exposure
3 assessments you were provided are consistent with
4 plaintiffs' sworn deposition testimony?
5     A    Yeah, I don't know.  I don't know that.
6     Q    So you --
7     A    I don't know what you mean.  I don't
8 know what you really mean.
9     Q    Did you -- do you know if there are
10 statements in the exposure assessments that are
11 conflicting from plaintiffs' sworn testimony with
12 respect to their paraquat exposure?
13    A    No, I don't know that.
14    Q    Okay.  And if there were, would that --
15 you would need to revisit your opinions.
16    A    I would have to -- I would have to
17 understand what that meant.
18    Q    And reconsider your conclusions.
19    A    I would -- I would like to understand
20 what it meant.
21    Q    Okay.  What are the exposure criteria of
22 your studies?
23    A    So what you have to do when you look at
24 a study, you look at whether, you know, what
25 happens to the cases, you know, were the cases

Page 65

1 exposed in certain ways, how long they were
2 exposed, you know -- excuse me.
3          You look at the exposure criterion in
4 the study. You look at what -- the exposure
5 criterion for the cases. And you have to sort of
6 make -- you look at all the studies and decide
7 whether they satisfy certain criteria, and that's
8 what I did.
9          I sort of treated these uniformly across
10 all the studies and made the decision what the
11 inclusions are. And these are the -- these are
12 the studies that have -- you know, have been used
13 by other scholars and other researchers over time.
14     Q   So my question was, what are the
15 exposure criteria in your studies?
16          MR. KENNEDY: Look at the studies and
17 go --
18          THE WITNESS: Yeah.
19          MR. KENNEDY: -- and through the
20 exposure criteria. Don't guess.
21     A   So each of the studies have an
22 instrument that they use to define what the
23 exposure is, and they list that in the paper. And
24 they vary slightly between all of them. They --
25 they -- many of them do surveys. Many of them do

Page 66

1 face-to-face surveys. And they make decisions
2 based on what the responses to the -- those
3 instruments were. That's the -- the criteria. I
4 could look at each study. It would be easier.
5     Q   I'm not interested in each study. I'm
6 interested in what the criteria are with respect
7 to exposure for inclusion in your meta-analysis.
8     A   So these are the studies that were --
9 that people have analyzed over time. And they
10 have -- each one has a slightly different exposure
11 criteria. And so that's what -- I'm using the
12 exposure criteria within those studies.
13     Q   Did you --
14     A   I'm looking at those as a whole and
15 deciding, you know, is that sufficient to -- you
16 know, is it specific to paraquat or is it
17 specific, you know, in general but mostly specific
18 to paraquat since that's the issue here? Were
19 they exposed to paraquat?
20          And then each study has a way of
21 measuring that -- that exposure, whether it be by
22 interview, a survey. You know, each one is a
23 little bit different.
24     Q   Okay. Did you have requirements with
25 respect to exposure assessments for inclusion in

Page 67

1 your meta-analysis?
2     A   I had the ones that were given in the
3 study. Again, I looked at all the studies and
4 made the decision whether they would be in the --
5 in the analysis or not based on the study's
6 individual exposure criterion and was that
7 satisfactory. That was a decision whether they
8 would be in or not.
9     Q   Okay. So what factors did you consider
10 in determining whether the exposure assessment was
11 reliable enough to include in your meta-analysis?
12     A   So you have to look at every -- each
13 study. They have -- each one has an exposure
14 assessment, how they did it and whether they were
15 exposed to paraquat. Like, for instance, Tanner
16 exposure was over a certain period of time, and
17 other studies had different ones. And so each
18 study had a different criteria that are listed in
19 the -- in each of the studies.
20     Q   Did you identify criteria for inclusion
21 in your meta-analysis before you looked at the
22 studies?
23     A   Yes, yes.
24     Q   Okay. What were the criteria with
25 respect to exposure assessment?

Page 68

1     A   The criteria -- the -- the exposure
2 assessment was done well and that they're
3 reliable -- reliable exposure criteria. Every
4 study was a little different, so you had to read
5 each study and see what -- what they actually can
6 measure. But you had to look at sort of reliable
7 measurements, that they were actually measuring
8 paraquat as opposed to -- you know, some weren't
9 measuring paraquat.
10          And so you had to look at how specific
11 the measurements were, the exposure was, and each
12 one was a little bit different. So you had to see
13 within that -- that fit within the framework of
14 having reliable exposure.
15     Q   So your criteria was that the exposure
16 assessment be done well, be reliable, and be
17 specific to paraquat.
18     A   Yes.
19     Q   Any other requirements with respect to
20 exposure assessments?
21     A   Yeah, every study was a little bit
22 different, so you had to see --
23     Q   How do you -- what factors did you
24 consider in determining whether an exposure
25 assessment was reliable?

Page 69

1    A    So -- so, for instance, in Elbaz, they
2  looked at an entire class of herbicides or
3  pesticides.  So that was not -- herbicides, that
4  wasn't reliable, because that wasn't specific
5  enough to include the specific chemical paraquat,
6  so that was not allowed.  That wasn't in.
7        The other ones were -- seemed reliable
8  and well measured and, you know, the studies
9  followed a protocol.  The one study, van der Mark,
10  they had a -- an exposure algorithm that wasn't
11  assessed.  They never did an assessment of it.  So
12  that was a bit problematic.  So you want to have a
13  reliable assessment protocol, and those were the
14  ones we included.
15    Q    So in order for an assessment to be
16  reliable, does it require validation?
17    A    It would -- it would be helpful if they
18  have -- if it's validated.
19    Q    Is it a requirement?
20    A    I think from a -- from a study design
21  point of view, you would like to have a
22  methodology that is reliable, that you're not --
23  you're not going to get false positives.  That's
24  just design, you know, study design protocol.
25    Q    Is this your first time assessing

Page 70

1  environmental exposure assessments?
2    A    Yeah.  I haven't done -- I haven't done
3  this type of an assessment, but I have done a lot
4  of studies where you have to do assessments of
5  some sort or another and do -- and understand the
6  data and what the exposures are.  This is -- for a
7  chemical, this is the first time I've done this.
8    Q    And you told me before that you're not
9  an expert in exposure assessments, correct?
10    A    Correct.
11    Q    Did anyone else assist you in
12  determining whether exposure assessments were
13  reliable or not?
14    A    These are -- papers are published in
15  journals, but then I can use my -- use common
16  sense and sort of research skills to -- to make
17  some judgments.
18    Q    Did you conduct any comprehensive
19  literature searches to identify scholarship with
20  respect to exposure assessments of pesticides?
21    A    I can't -- I did look at some
22  literature, but I can't recall what it was.
23    Q    And did you conduct a separate search to
24  identify literature that is relevant to whether an
25  exposure assessment is reliable or not?

Page 71

1    A    I looked for papers, how do people do
2  this, but I -- I can't remember what the articles
3  were.
4        MR. KENNEDY:  Can we -- whenever is a
5  good time to take a break, let me know.
6        MS. BELOTT:  Just -- yeah, just a few
7  minutes.
8  BY MS. BELOTT:
9    Q    Your decisions about whether to include
10  a study in your meta-analysis or not were
11  inconsistent with some of the prior meta-analyses
12  and what they included, correct?
13    A    I made a decision to eliminate some that
14  were in other -- that were in others and then I
15  didn't include those, correct.
16        THE REPORTER:  Didn't?
17        THE WITNESS:  I did not, yes.
18    Q    Do you know whether any of the studies
19  that you excluded had experts on exposure
20  assessment involved in their papers?
21    A    Yeah, I would have to look at the --
22    Q    Excuse me, you can object on the record
23  if you would like but --
24    A    I can look at the authors.  That's what
25  I was going to -- I can look at the authors and

Page 72

1  see who the authors were on the studies.  I don't
2  know the people individually --
3    Q    And whether or not there was an exposure
4  assessment --
5    A    Exactly.
6    Q    -- expert in the paper did not influence
7  your conclusions to include or exclude the paper?
8    A    No, it didn't.
9    Q    You also assume that the individuals
10  have been examined and assessed by a movement
11  disorder neurologist and meet the diagnostic
12  criteria employed in the above referenced studies
13  in your meta-analysis, correct?
14    A    That there was some expertise -- I
15  wanted -- there was some expertise in the
16  diagnosis and they -- they used reliable --
17  reliable criterion.
18    Q    My question is, you were asked to assume
19  that the individuals, the plaintiffs, have been
20  examined and assessed by a movement disorder
21  neurologist and meet the diagnostic criteria
22  employed in your studies, correct?
23    A    This is for the -- for the plaintiffs?
24    Q    For the plaintiffs.
25    A    Correct.

Page 73

1   Q   And you were given that instruction by
2   counsel, correct?
3       A   Yes.
4       Q   And you did not independently confirm
5   that any plaintiff in fact was examined and
6   assessed by a movement disorder specialist?
7       A   No, I didn't.
8       Q   Other than those two assumptions, are
9   you relying on any other assumptions to reach your
10  opinions in this case?
11      A   That's a broad question.  I mean,
12  what -- what -- can you be more specific?
13      Q   Were you given instructions by counsel
14  to make any other assumptions in order to reach
15  your conclusions in this case?
16      A   I -- I made the assumptions -- using the
17  expert test -- or the -- the results about
18  biological -- the biology of the other expert, and
19  then for the -- the information about the
20  plaintiffs, I'm using that -- I'm using those
21  assumptions.  Other than that, you know, I'm doing
22  analysis.
23          MR. KENNEDY:  Let's take a break.
24          MS. RESIMAN:  Hold on one second.  Let
25  her just finish up this line of questioning, and

Page 74

1   then we can take a break.
2           MS. BELOTT:  Yeah.  Now is a good time
3   for a break.
4           MR. KENNEDY:  Five or ten?
5           VIDEO TECHNICIAN:  Stand by.  We're
6   going off the --
7           MS. BELOTT:  Five is good.
8           VIDEO TECHNICIAN:  -- record at 9:48.
9           (A brief recess was taken.)
10          VIDEO TECHNICIAN:  Stand by, please.  We
11  are on the record.  The time is 10:07.
12  BY MS. BELOTT:
13      Q   Dr. Wells, let's just talk about some
14  basic epidemiology principles.  You agree that
15  epidemiology is the study of patterns of diseases
16  in communities or general populations by examining
17  what risk factors may be responsible for certain
18  ailments?
19      A   That's a very broad definition, yes.
20      Q   Well, that was your -- your language.
21      A   Yeah.
22      Q   Do you agree with that statement?
23      A   Yes.
24      Q   It's possible to have a correlation or
25  an association without causation, correct?

Page 75

1       A   Correct.
2       Q   And causation requires proof beyond just
3   correlation?
4       A   Or association.
5       Q   Or association, correct?
6       A   Yes.
7       Q   To properly assess whether exposure to
8   paraquat causes Parkinson's disease, you must
9   consider the totality of the epidemiological
10  evidence available, correct?
11      A   Correct.
12      Q   And it goes without saying that to
13  establish a causal association, you have to know
14  that the exposure to paraquat preceded the onset
15  of Parkinson's disease, correct?
16      A   It's a temporality, yes.
17      Q   Parkinson's disease experts have found
18  that the onset of Parkinson's disease can
19  sometimes begin up to 15 years prior to diagnosis.
20  Did you know that?
21      A   I know there's a long lead time.  I
22  don't know the exact numbers.
23      Q   But you have no basis to disagree with
24  it being up to 15 years, correct?
25      A   Correct.

Page 76

1       Q   Because Parkinson's disease may be
2   present in an individual for some unknown period
3   before symptoms are evident, it is difficult to
4   assess whether paraquat exposure preceded the
5   onset of Parkinson's disease, correct?
6       A   There -- there's a long lead time so
7   it's -- I mean, that's why you try to design the
8   studies appropriately, to get the temporality
9   right, but the -- the latency period until the
10  Parkinson's appears is not a -- you know, is not
11  a -- not a formula, and so you like to design the
12  study so you can -- you have the exposure and then
13  the Parkinson's after that.
14      Q   And to be --
15      A   That's part of the design issues of the
16  study.
17      Q   And to be clear, you want the exposure
18  to precede the symptoms of Parkinson's disease,
19  not just the diagnosis, correct?
20      A   You want -- yeah, you want it to precede
21  the -- the cascade of events that leads to
22  Parkinson's.
23      Q   You did nothing to independently assess
24  whether any plaintiff in this case began
25  developing Parkinson's disease before they were

Page 77

1 exposed to paraquat, correct?
2    A   I didn't do any analysis.
3    Q   And you did nothing to evaluate whether
4 the seven studies you relied on in your
5 meta-analysis properly determined that individuals
6 who were diagnosed with Parkinson's disease were
7 exposed to paraquat before they developed the
8 symptoms, correct?
9    A   Well, the -- in, you know -- in some of
10 the studies they try to talk -- they talk about,
11 you know, the amount of time until Parkinson's
12 developed, so they don't know if they don't have
13 the symptoms whether it's -- you're on the way to
14 the cascade toward Parkinson's when they do the
15 study.
16       There were -- some of the studies are
17 incident studies, and so the incidence studies
18 hopefully have those -- that temporality right.
19 And, you know, there is a -- there is an -- an
20 assessment of -- of the mixture of incident
21 studies and -- and other studies in -- in Tanner
22 that came up with the conclusion that, you know,
23 that -- that Tanner's results are consistent with
24 all the incidence results.
25       So some of the studies tried their best.

Page 78

1 They tried.  And there were some incident studies,
2 and so those -- those were considered.  But other
3 ones they didn't have -- they didn't -- really
4 didn't know.  But always the design -- the design
5 issue is to get the exposure before the -- before
6 the route -- the road into the disease.
7    Q   Did you independently assess whether the
8 seven studies reliably assessed only exposures
9 prior to the onset of Parkinson's disease
10 symptoms?
11    A   I mean, I looked -- I looked at the
12 studies and I looked at, you know, how they were
13 designed, but some of those are -- it's just
14 unknowable whether -- in some of the prevalent
15 studies it is unknowable whether it happened
16 before.  And so, you know, they do their best in
17 the design of the -- of analysis, they, you know,
18 design it appropriately, they hopefully are going
19 to capture the temporality correctly, but, you
20 know, that's what happens in epidemiological
21 studies.
22    Q   So there are at least some participants
23 within the seven studies where temporality was not
24 established, correct?
25    A   I didn't -- I don't know if it was or

Page 79

1 wasn't, but they did an epidemiological study and
2 they did their best in the design to capture the
3 temporality.
4    Q   Did you have criteria for inclusion in
5 your meta-analysis with respect to whether
6 temporality was reliably accounted for within the
7 studies?
8    A   I read through the studies and went
9 through all the studies and see, you know -- you
10 know, if that was -- if that happened, but that's
11 why they design the studies.  They're not going to
12 design the studies to get it backwards.  You know,
13 some are, you know, case-control studies and they
14 look back in time, but, you know, they're
15 designing those studies to catch -- capture the
16 temporality.
17    Q   So my question is, did you have criteria
18 with respect to whether temporality was assessed
19 in the underlying studies in your meta-analysis?
20    A   So the -- the criteria were, they --
21 that's how they designed the studies, and, you
22 know, they -- they -- I think the -- the
23 researchers did their best.  They described that
24 they -- their population.  They described, you
25 know, when the exposure was.  They described

Page 80

1 the -- you know, when the -- you know, how they
2 diagnose the disease, and so hopefully they're
3 getting it right and that's what happens in
4 epidemiological studies.  And you -- the criteria
5 is, are they -- are they being clear enough about
6 their diagnosis, their exposure in order to
7 capture the effect.
8       MR. AVILA:  Pardon me.  I just got a
9 report that the audio is still kind of fading in
10 and out on both counsel and Dr. Wells.
11       MS. BELOTT:  Is this better?
12       MR. KENNEDY:  Does that mean these?
13       MR. COOPER:  No, it doesn't.  Can we go
14 off the record.
15       VIDEO TECHNICIAN:  Going off the record.
16 The time is 10:13.
17       (A brief recess was taken.)
18       VIDEO TECHNICIAN:  Stand by.  We are on
19 the record.  The time is 10:15.
20 BY MS. BELOTT:
21    Q   Dr. Wells, you said that your criteria
22 with respect to temporality is, are they being
23 clear enough about their diagnosis, their exposure
24 in order to capture the effect.  Is that correct?
25    A   Correct.

Page 81

1  Q   So you looked at all of the studies to
2  determine whether the language in the study was
3  clear enough to indicate that they were only
4  capturing exposures prior to diagnosis?
5     A   They -- they wouldn't say "only."
6  That -- that's just the design of the study.  They
7  had, you know -- they looked at exposures.  They
8  looked at subsequent PD.  If it's an incident
9  study, then that's -- that's within the design.
10  But if it's a prevalent study, you're not sure
11  that -- that -- whether it happens or not.  You
12  know, when you do retrospective analysis, you're
13  not exactly sure whether that happens in the right
14  order, but I think the researchers try their best
15  to try to understand in order to capture the
16  temporality.
17     Q   And when you're collecting exposure
18  information retrospectively, you're less -- the
19  assessment of temporality is less reliable,
20  correct?
21     A   When you have case-control studies as
22  opposed to a cohort study, it may not be the case;
23  but, you know, again, the researchers design the
24  studies in order to, hopefully, capture that
25  temporality.

Page 82

1     Q   So a cohort study is an improvement over
2  a case-control study, at least with respect to
3  collecting exposure information prospectively,
4  correct?
5     A   It gets -- that's improved, but it has
6  other problems.
7     Q   Okay.  But with respect to collecting
8  exposure information, a prospective cohort would
9  be better than a case-control study.
10     A   Because you're guaranteed to get the
11  temporality correctly -- or correct.
12     Q   You would agree that meta-analysis does
13  not compensate for the fundamental limitations of
14  the underlying studies, and those limitations are
15  carried through to the ultimate results, correct?
16     A   I mean, it leverages information, but
17  every individual study has its issues.  And when
18  you combine them, the combination may leverage
19  some of the weaknesses of one study, may leverage
20  that with the other studies.  And that's why you
21  look at the -- how homogeneous the studies are,
22  how -- how they -- how they complement each other.
23     So, you know, if you had all terrible
24  studies, then the meta-analysis wouldn't be good.
25  But these are, you know, good epidemiological

Page 83

1  studies.  So it seems reasonable to meta-analyze
2  them.
3     Q   My question was, meta-analysis does not
4  compensate for the fundamental limitations of the
5  underlying studies, correct?
6     A   It's hard -- there could be some
7  improvements; but if it's fundamentally flawed,
8  it's fundamentally flawed.
9     Q   And the meta-analysis isn't going to
10  cure that fundamental flaw?
11     A   If it's a fundamental flaw, it's not
12  going to cure it.
13     Q   So if the underlying studies don't
14  control for certain risk factors, combining those
15  studies in a meta-analysis isn't going to cure
16  that problem, correct?
17     A   Well, it used the information from the
18  crude odds ratio and looks at how -- how that
19  could be leveraged with the -- with the
20  controlled, adjusted odds ratio.  So that's -- I
21  don't think that's as big of a limitation as other
22  design flaws.  But if that's the information you
23  have, you only have crude odds ratios, you can
24  combine them with the adjusted odds ratios.
25     Q   That wasn't my question.  My question

Page 84

1  was, if the underlying studies don't control for
2  certain risk factors, combining those studies in a
3  meta-analysis isn't going to cure for that
4  deficiency, correct?
5     A   No, I -- no, I said -- so if it's not
6  adjusted, then that's when you get a crude odds
7  ratio.  And if you have a crude odds ratio, you
8  combine that with an adjusted odds ratio.  The
9  crude odds ratio isn't adjusted, but it has
10  information about the phenomenon that you're --
11  you're studying, the exposure-disease
12  relationship.  The crude odds ratio doesn't give
13  information about, you know, when it's combined
14  with the -- with the, you know, adjusted odds
15  ratio.
16     Q   Okay.  And if the crude odds ratio is
17  confounded because it's not adjusted for certain
18  risk factors, pooling that odds ratio into a
19  larger meta-analysis is not going to cure the fact
20  that it was -- that it was a confounded variable
21  to begin with, correct?
22     A   But we don't know that.
23     Q   Correct.  And you don't know how the
24  odds ratio would change if it was adjusted for
25  risk factors, correct?

Page 85

1    A   But the studies don't have that
2 information.
3    Q   So you don't have --
4    A   And so when you do an epidemiological
5 study, every study has its strengths and its
6 weaknesses.  And so you try to leverage the --
7 leverage the strengths from that study.  And when
8 you combine a crude odds ratio with an adjusted
9 odds ratio, that's going to give information about
10 the phenomenon that when you do -- when you are
11 getting some information about the control, the
12 confounding, because you're leveraging the two,
13 the crude and the adjusted, together, so it's
14 reasonable to combine that.
15       It's better to have an adjusted odds
16 ratio.  I agree with that.  But if you don't have
17 it, you don't have it.
18   Q   And if you don't have it, you don't know
19 how the odds ratio would be impacted if you had
20 controlled for those risk factors, correct?
21   A   You don't have that information.
22   Q   So you don't know.
23   A   You just don't have the information.
24   Q   There are several different published
25 guidelines for doing a systematic review or a

Page 86

1 meta-analysis.  You cite to Cochrane in your
2 report.  Do you consider them to be an
3 authoritative source on how to conduct a sound and
4 credible meta-analysis?
5    A   Yes.
6    Q   Did you follow Cochrane's guides in your
7 meta-analysis here?
8    A   Yeah, I -- I follow their process.  I
9 taught for Cochrane.  And I follow the process
10 for, you know, how we teach them to do
11 meta-analysis.
12   Q   Cochrane also refers to PRISMA
13 guidelines.  Do you consider PRISMA to be an
14 authoritative source on how to conduct a sound and
15 credible meta-analysis?
16   A   Yeah.  It's sort of an evaluation of
17 exposures and the disease.
18   Q   And did you follow PRISMA in preparing
19 your report?
20   A   I didn't do the checks that the other
21 studies did, sort of different type of quality
22 assessments in the -- in the -- in their analysis.
23   Q   And why --
24   A   So I didn't redo those because they were
25 already done.

Page 87

1    Q   Okay.  You limit your meta-analysis to
2 case-control studies, correct?
3       MR. BAGHDADI:  Hello.  I'm sorry to
4 interrupt.  We cannot hear the witness at all.
5 It's muffled and it's like in an echo chamber.
6       MS. BELOTT:  Let's go off the record.
7       VIDEO TECHNICIAN:  Stand by.  Going off
8 the record at 10:22.
9       (A brief recess was taken.)
10      VIDEO TECHNICIAN:  We are on the record.
11 The time is 10:28.
12      MR. COOPER:  He's not here.
13      VIDEO TECHNICIAN:  We're going off the
14 record.  The time is 10:28.
15       (A brief recess was taken.)
16      VIDEO TECHNICIAN:  We are on the record.
17 The time is 10:29.
18 BY MS. BELOTT:
19   Q   Dr. Wells, you limit your meta-analysis
20 to case-control studies, correct?
21   A   Correct.
22   Q   And is that a decision that you made or
23 an instruction from counsel?
24   A   I -- I made that decision.
25   Q   You don't include any prospective cohort

Page 88

1 studies in your meta-analysis?
2    A   No.
3    Q   And you did not conduct a separate
4 meta-analysis on prospective cohort studies?
5    A   No, I don't.
6    Q   You do not provide any reason in your
7 report for not combining cohort and case-control
8 studies, correct?
9    A   I think I say it's bad statistical
10 practice.
11   Q   Okay.  Where in your report do you say
12 that?
13   A   I don't see it right at the moment, but
14 that's the standard.
15   Q   Okay.  Regardless of whether it's in
16 your report, can you explain to me why it's bad
17 statistical practice to combine case controls and
18 cohorts in a meta-analysis?
19   A   The timescales are different.  You're
20 comparing different types of effect estimates.
21 And in cohort studies, you compute -- compute risk
22 ratios.  In case-control studies, you compute odds
23 ratios.  Those are different measures.  They're
24 just different designs, and usually one doesn't
25 like to mix different designs in meta-analysis.

Page 89

1    Q    Okay.  You reviewed some of the
2 peer-reviewed meta-analyses that have been
3 conducted on paraquat and Parkinson's disease,
4 correct?
5    A    Yes.
6    Q    And some of those do pool out ratios --
7 or pool risk assessments from cohorts and case
8 controls, correct?
9    A    I think some do; some don't.
10    Q    Okay.  But you chose not to?
11    A    Correct.
12    Q    You said that Cochrane -- you consider
13 Cochrane to be an authoritative source on
14 conducting a meta-analysis, correct?
15    A    Correct.
16    Q    I'm going to hand you what's been marked
17 Exhibit 2.  This is a printout from the Cochrane
18 training website, "Chapter 24:  Including
19 non-randomized studies on intervention effects."
20         (Exhibit 2 was marked for identification
21 and attached to the deposition transcript.)
22 BY MS. BELOTT:
23    Q    Have you seen this chapter before,
24 Dr. Wells?
25    A    Yes.  I've looked at this book.  I

Page 90

1 can't -- I'm probably thinking of the citation
2 that I was thinking of is probably in this
3 chapter.  But let's go through it and point out
4 where -- what you would like us to look at.  Or I
5 can read the whole thing first.
6    Q    No.  That's okay.
7         Let's turn to page 20.
8    MR. KENNEDY:  I'll let you get away with
9 that one, but we'll proceed.
10    Q    The page numbers are on the bottom
11 right.
12    A    Yes.  Thank you.  I see it.
13    Q    And it says, "We recommend that NRSI" --
14 and NRSI is non-randomized studies on
15 intervention, correct?
16    A    Where are you reading?
17    Q    So this -- you see the bold language in
18 the second paragraph?
19    A    Okay.
20    Q    Right before the bold language.
21 "Therefore, we recommend that NRSI,"
22 non-randomized studies on intervention, "that have
23 very different design features should be analyzed
24 separately."
25         Is that the provision you were looking

Page 91

1 for?
2    A    Correct.
3    Q    Okay.  This recommendation implies that,
4 for example, randomized trials and NRSI should not
5 be combined in a meta-analysis and that cohort
6 studies and case-control studies should not be
7 combined in a meta-analysis if they address
8 different research questions."
9         Do you see that?
10    A    Yes.
11    Q    Okay.  The prospective cohort studies on
12 paraquat and exposure to paraquat and Parkinson's
13 disease are addressing the same research question
14 as the case-control studies on paraquat and
15 Parkinson's disease, correct?
16    A    Yes, but they're different -- different
17 measures they're using to calculate.  I mean, one
18 is an odds ratio, and one is a risk ratio.
19    Q    Okay.
20    THE REPORTER:  One is a?
21    THE WITNESS:  Risk ratio and one is an
22 odds ratio.
23    Q    Okay.  So is the difference in
24 association measures the primary reason that you
25 did not combine the prospective cohorts and the

Page 92

1 case-control studies?
2    A    And they have different designs.  I
3 mean, it's a -- different design features.
4    Q    Okay.  But is the difference in
5 association measures the primary reason?
6    A    That's a measured design -- design --
7 design measures.  I mean, one is an incident
8 study.  One is a -- possibly a prospective study,
9 or a -- or -- oftentimes they're retrospective so
10 they just have different design features.
11    Q    Okay.  If you look to the next
12 paragraph, it gives an example of when an author
13 combined cohort and case-control studies, correct?
14 So it -- it's done regularly in practice, correct?
15    A    It's done and also these are --
16 they're -- they're talking about intervention
17 studies here.  That's different than the type of
18 studies we're looking at.  We're not really
19 looking at interventions.
20    MR. KENNEDY:  Feel free to look at the
21 entire thing if you need to to answer the
22 questions.
23    A    I mean, they're making statements about
24 a fairly particular type of intervention study,
25 and I don't know what their -- what -- you know,

Page 93

1  if they're making statements only about that or
2  they're saying in more general -- in more
3  generality.
4      Q   Have you ever conducted a meta-analysis
5  that combined case-control and cohort studies?
6      A   I may have.  In -- in the Wray -- in --
7  in my analysis, the Wray, I -- I did include
8  Engel.  That a -- that's a cohort study, and so
9  that's in the low -- lower quality studies.  And
10  so, you know, I -- I thought it was the
11  case-control study when I included it, but it's a
12  cohort study.  But it doesn't affect things at
13  all.  That's a case -- there's a mix of the two
14  but I -- I shouldn't have mixed those two
15  together.  But in general you try to separate it
16  out as much as possible.
17      Q   You could have included the cohort
18  studies in your meta-analysis and presented them
19  separately as a subgroup analysis, correct?
20      A   So you have a -- meta-analyze them
21  separately, just as the cohort studies only.  But
22  how would you do that in this case?  Because the
23  main cohort studies are Kamel and Shrestha.  Kamel
24  is sort of a precursor to Shrestha, so there's a
25  dependence between those two.  So if you look at

Page 94

1  Shrestha and Kamel, Kamel is within Shrestha, and
2  so you wouldn't combine those.
3          (Exhibit 3 was marked for identification
4  and attached to the deposition transcript.)
5  BY MS. BELOTT:
6      Q   So let's look at what Vaccari did.
7          So this is Exhibit 3, the Vaccari study,
8  V-A-C-C-A-R-I.  And this is published in
9  peer-reviewed meta-analysis, correct, Dr. Wells?
10      A   Yes.
11      Q   And you reviewed this in developing your
12  opinions in this case?
13      A   Yes.
14      Q   And so if you look at page 190.
15      A   Okay.
16      Q   Vaccari presents one pooled ratio for
17  the case-control studies and then the odds ratio
18  for the cohort study and then combines them
19  together, correct?
20      A   Yes.
21      Q   So you could have done that here.
22      A   I don't think that's a proper thing to
23  do.
24      Q   Why is that improper?
25      A   Because she's mixing the case-control

Page 95

1  studies and the cohort studies.
2      Q   Have you submitted your report here for
3  a peer review?
4      A   No.
5      Q   Do you intend to?
6      A   You know, I thought about it, but I --
7  I'm not -- I'm not sure whether I will, if I have
8  the energy and effort to get through the
9  publication process, but it seems like a
10  reasonable -- a reasonable study that people would
11  be interested in.
12      Q   And would you need to make any changes
13  to it before you think it would pass the
14  peer-review process?
15      A   I -- I would rewrite it, I would rewrite
16  it as an academic paper.  It is not written as an
17  academic paper, but I -- you could certainly
18  reformat it and put the -- certain discussions in
19  and make it as if -- as if -- for this type of
20  publication.  It could be a really good -- good
21  project.
22      Q   Would you make any changes to your
23  substantive analysis before you submitted it?
24      A   I might do more of a literature review
25  because the literature review in this case is sort

Page 96

1  of set.  But when you write a paper, you have to
2  give literature review, see how -- you know, how
3  this is related to other studies.  I would -- I
4  would add something like that.
5      Q   So you didn't conduct your own
6  independent literature search for this report?
7      A   I did, and -- but I would -- but you're
8  saying would I submit the results of my study to a
9  journal, then I would have to rewrite it to
10  package it as a journal article.  It's not written
11  as a journal article right now.
12      Q   Would you make any changes to the seven
13  studies that you included in your meta-analysis?
14      A   No, I think those are the seven studies.
15      Q   Would you run any additional sensitivity
16  analyses?
17      A   I don't know.  I don't know.  I think --
18  I think as it is now is fine, but, you know, I
19  would probably work on it with an expert in the
20  field, and so I would try to use their -- their
21  input to rewrite the paper.  I wouldn't write it
22  as a solo author.  I would do it in combination
23  with an ex -- with a movement disorder or other --
24  other type of epidemiologist, but I wouldn't do it
25  myself.  It would be a collaborative effort with

Page 97

1 someone else.
2     Q    You also limit your meta-analysis to
3 occupational exposure, correct?
4     A    Correct.
5     Q    And you exclude the community exposure
6 assessment studies?
7     A    Yes.
8     Q    You agree that community exposure
9 assessments are less accurate and less reliable
10 than occupational exposure assessments?
11     A    That is not specific.
12     Q    And are they less reliable?
13     A    Depends on how well it is done, but, you
14 know, it's a specificity of the exposure and the
15 disease, and so, you know, I would have to look
16 through all the -- all those studies, but I
17 would -- if -- if I was going to write an article,
18 I would write it on occupational studies.
19     Q    Okay.  They weren't reliable enough to
20 include in your meta-analysis, correct?
21     A    But they weren't occupational.  They
22 weren't occupational studies so I didn't include
23 those in my analysis.
24     Q    They're not specific enough for you to
25 include in your meta-analysis on occupational

Page 98

1 exposure?
2     A    But the -- these residential studies are
3 talking -- or community studies, those aren't
4 occupational studies.  I -- maybe we're not
5 understanding your question.  They're different
6 types of studies.
7     Q    You also limit your meta-analysis to
8 in-person evaluations, including a standardized
9 medical and neurological history and examination
10 by a movement disorder specialist, correct?
11     A    Or having the anal -- the evaluation
12 done by a movement disorder specialist.
13     Q    Having what evaluation done by --
14     A    Having the PD diagnosis.  So, for
15 instance, in -- in Firestone, that's a -- based on
16 hospital records, but it was a detailed evaluation
17 of those records by movement disorder specialists.
18     Q    Okay.  Let's look at page 17 of your
19 report, the paragraph that starts with, "In
20 Figure 4".  And you say, "The results from the
21 occupational case-control studies for studies
22 where participants had in-person evaluations,
23 including a standardized medical and neurological
24 history and examination by movement disorder
25 specialists."

Page 99

1     Q    Where in that sentence does it refer to
2 "medical review"?
3     A    So I -- I should have added the -- you
4 know, including medical review done by -- you
5 know, done by expert -- experts in movement.
6     Q    So this sentence in your report is not
7 accurate.
8     A    It could be supplemented by the -- by
9 Firestone, you know, the -- the setting of
10 Firestone.
11     Q    So your eligibility criteria for the
12 meta-analysis is either an in-person evaluation by
13 a movement disorder specialist or review of
14 medical records by a movement disorder specialist.
15 Is that right?
16     A    By, you know, the movement disorder
17 specialist in -- in Firestone, they had a panel
18 with a protocol and they -- they evaluated the
19 records.
20     Q    Okay.  I'm not asking you about a
21 specific study.  I'm asking you what your
22 eligibility criteria are with respect to PD
23 diagnosis for inclusion in your meta-analysis.
24     A    So there would have been what I said, in
25 addition to the medical records carried out by --

Page 100

1 by experts -- an expert -- an expert -- movement
2 disorder experts that are following a protocol.
3     Q    Okay.  So your criteria is either an
4 in-person evaluation by a movement disorder
5 specialist or review of medical records by a
6 movement disorder specialist with a protocol?
7     A    Yes, and that -- and that would include
8 the Firestone paper.
9     Q    Okay.  Did you identify that criteria
10 before or after you reviewed the studies?
11     A    I mean, the -- I -- before the studies
12 because then you want to include the ones that
13 are -- that are -- you want to include the ones
14 that satisfy a valid criterion.  You want to look
15 over all the studies and treat them all fairly in
16 a symmetric way, and then make a decision
17 what's -- what to include and what to not include.
18     Q    Okay.  Have you ever opined on the
19 reliability of diagnostic criteria before?
20     A    I'm not sure.
21     Q    Okay.  Have you ever opined on the
22 reliability of diagnostic criteria for Parkinson's
23 disease before?
24     A    I'm not sure.
25     Q    What qualifications as a biostatistician

Page 101

1 are you relying on to opine on the reliability of
2 a diagnostic assessment?
3      A   I -- I've worked on designing studies
4 and the -- the authors of the study set out
5 criteria to, you know -- how they do their
6 diagnoses.  And I worked on design, and so you
7 want to have the best possible assessment of the
8 harm.  And if you have experts that are doing
9 those, that follow protocol, then that's -- that's
10 sort of a better assessment.
11      Q   When you're working on the design of
12 these studies, you rely on an expert to evaluate
13 the diagnostic criteria, correct?
14      A   They would be the ones doing the
15 diagnosis.
16      Q   Okay.  Did any of the prior
17 peer-reviewed meta-analyses that you reviewed on
18 paraquat and Parkinson's disease exclude studies
19 because their PD diagnosis was self-reported?
20      A   I don't believe it -- I don't believe
21 so, but they gave it a lower -- a lower weight in
22 their diagnosis of PD and they didn't --
23      Q   But they didn't exclude them?
24      A   Didn't exclude them.
25      Q   Okay.  What is your basis for excluding

Page 102

1 cases that are self-reported Parkinson's disease
2 diagnoses?
3      A   There's a literature and -- the
4 literature about what -- how inaccurate
5 self-reporters are.  If you look at the Tanner
6 paper, as they're setting up their, you know, why
7 they do what they do, they talk about why the
8 self-report isn't as reliable.  They reference
9 some -- they give some Toposa citation about the
10 problems with self -- self-reported data.
11      Q   Is that the only basis?
12      A   I mean, if -- if it's not reliable, not
13 a reliable assessment, it doesn't seem like it's a
14 use -- it won't -- it won't be as useful and not
15 as -- in -- as informative to include in the
16 study.
17      Q   Let me reframe my question.
18          Is Tanner your only basis for opining
19 that self-reports of Parkinson's are unreliable?
20      A   So the -- she cites a paper.  There's
21 another paper by Shrestha, I believe, in '21, that
22 discusses the problems of self-report.  And they
23 do an analysis and -- pardon me.
24          I don't know if you want to put a
25 sticker on here and give it to her.

Page 103

1      Q   No.  You can just review it.
2      A   There's a paper by Shrestha '21 that
3 talks about what happens when you use self-report.
4 And the conclusion is, is that they should combine
5 self-report with other -- other types of
6 information to be more reliable.  So there's
7 literature on self-reporting.
8      Q   Okay.  Other than Shrestha 2021, and
9 Tanner and the paper cited in Tanner, are there
10 any other bases that you are relying on for
11 excluding cases with self-reported Parkinson's
12 disease diagnoses?
13      A   I mean, there are -- you know, those
14 papers cite other papers.  And I looked at some,
15 and these are the ones that I -- come to mind.
16      Q   You cite to --
17          MR. KENNEDY:  I mean, I don't think he
18 has ever testified that he excluded based upon
19 only self-report only, and you keep framing the
20 question in those terms.  That's not been his
21 testimony.
22          He said it's less reliable, but he never
23 said that that is excluding studies based on that
24 alone, just so we're clear.  That keeps getting
25 incorporated into the question, and it's just not

Page 104

1 been his testimony.
2      Q   Dr. Wells, was self-reported Parkinson's
3 diagnosis a part of your eligibility criteria for
4 inclusion in your meta-analysis?
5      A   That was -- the way I looked over all
6 the -- all the factors, that was a factor.
7      Q   Okay.  So if a study had only
8 self-reported Parkinson's disease diagnosis, is
9 that study eligible for inclusion in your
10 meta-analysis?
11      A   It's not necessarily -- not necessarily.
12 I look at, you know, the other parts of the study,
13 the other aspects of the study.
14      Q   What other aspects of the study did you
15 look at?
16      A   How well -- how well was the disease
17 diagnosed.  I look at the analysis, the design,
18 you know, all the aspects of the study.
19      Q   So your eligibility criteria with
20 respect to Parkinson's disease diagnosis is
21 dependent on other factors unrelated to the
22 Parkinson's disease diagnosis?
23      A   No.  The decision what to include and
24 not include depend on many factors, not just the
25 one factor.

Page 105

1    Q    Correct.  I'm asking you what -- is --
2  your eligibility criteria with respect to
3  Parkinson's disease diagnosis, would you have
4  excluded studies that only provided self-reported
5  diagnosis?
6    A    It depends -- it depends on the study.
7    Q    Were you making the decision as to
8  whether or not to include or exclude the studies
9  based on Parkinson's disease diagnosis?
10    A    That was part of my decision process of
11  how -- how the disease was -- how the -- how the
12  diagnosis was given.
13    Q    Okay.  So if a study included a
14  self-reported Parkinson's disease diagnosis but
15  did not include in-person evaluation by a movement
16  disorder specialist and did not include review of
17  medical records by a movement disorder specialist,
18  that study would have been excluded from your
19  protocol -- from your meta-analysis, correct?
20    A    Again, I look at lots of different
21  factors.  I'm not looking at one particular
22  factor.
23    Q    Okay.  So is -- so a study could meet
24  one criteria and not meet another criteria and it
25  would be included in your meta-analysis?

Page 106

1    A    You can look at -- look at the totality
2  of the -- you know, what the study brings and, you
3  know, how well it's done in order to make a
4  decision whether it's in or not.  In the case of
5  Pouchieu, that was the one that was a self-report
6  That had problems.  We could go -- go into that if
7  you want.
8        Other studies that people -- you were
9  bringing up, the cohort study, Shrestha, is also
10  just:  Were you diagnosed with PD?  So that's a
11  study that's a cohort study that you're claiming
12  is a good study, but that's their diagnosis or
13  that's how they do the diagnosis.
14        So you have to be careful about, you
15  know, looking at what -- what -- you know, how the
16  study is done rather than just making -- picking
17  at one little issue.
18    Q    So in order to determine what studies
19  merited inclusion in your meta-analysis, you
20  undertook a holistic assessment of whether or not
21  that study was reliable enough for inclusion.
22    A    Correct.
23    Q    You did not have specific eligibility
24  criteria that a study would have to meet in order
25  to be included in your meta-analysis?

Page 107

1    A    That's part of a -- if the study is
2  doing poorly on one aspect.  So on the medical
3  records, in van der Mark, that wasn't done well.
4  That assessment of the disease wasn't done well.
5  Whereas, in Firestone, it was done well because
6  they had better assessment after that.
7        They're both medical records, but how
8  the -- how the diagnosis was done was vastly
9  different.
10    Q    So you didn't have specific eligibility
11  criteria, a set of rules that a study had to meet
12  in order to be included in your meta-analysis?
13    A    I, as I said, there's -- I looked at all
14  the features of the study.
15    Q    Okay.  Can you give me a set of rules
16  that a study would have needed to meet in order to
17  be included in your meta-analysis?
18    A    So you have to look at the, you know,
19  what the case -- the assessment of the disease.
20  You have to look at the assessment of exposure.
21  You have to look at, you know, were the cases
22  actually cases?  Were the controls selected from
23  the same population?  Were they -- did they
24  actually have PD?  Was it designed well?
25        So there's all these features that go

Page 108

1  into trying to understand whether it's a good
2  epidemiological study.
3    Q    So I understand those are the factors
4  that you looked at, but you cannot give me a list
5  of criteria that each study would have had to meet
6  in order to be included in your meta-analysis.
7  Instead, you took a holistic view.
8    A    I took a holistic view.  And then you
9  look at each of those factors and decide whether
10  it's a good -- you know, that satisfies good
11  epidemiological practice or not.
12    Q    And you reviewed the entirety of the
13  literature on paraquat and Parkinson's disease and
14  undertook this holistic view to determine which
15  studies would be included in your meta-analysis?
16    A    As I said earlier, I started with a
17  bigger set of the general epidemiological studies
18  that were -- have sort of been -- that had been
19  looked at and used in the literature.  And then my
20  task was to look at the occupational studies.  So
21  I limited to the occupational studies.
22        Then I looked at all the articles in the
23  occupational studies that were in the literature
24  in play in the other review articles, and I used
25  that as my set that I made decisions about which

Page 109

1  is included and which is not.
2      Q    Did you consult with a professional
3  epidemiologist with respect to this holistic
4  approach to assessing epidemiology studies?
5      A    I don't know -- I -- I have the
6  credentials to do this.  I had a process that I --
7  that I followed.  And I -- I know how to look at
8  studies.  I'm an expert in this area,
9  understanding what good design is.  So I made the
10  decision.
11      Q    Okay.  If I wanted to follow your
12  process, do you have a set of rules that I can
13  follow to get to that, the same seven studies in
14  your meta-analysis?
15      A    I don't have it written down, but I had
16  a process that I went through.  And I looked at
17  all the studies, and I made my decisions based on
18  that.
19      Q    But no one else could follow your same
20  process independently?
21      A    I think they would come to the same
22  place.  If we -- if we talked about what are
23  good-quality studies and what are the issues
24  that -- where -- what studies don't give as
25  reliable evidence, they would probably come to the

Page 110

1  same place.
2      Q    Okay.  That's not my question.
3          Could I follow your process
4  independently based on a set of rules, a set of
5  criteria, and get to the same results as you?
6      A    I could probably write that down, and
7  you could follow that.  But I didn't write it
8  down.  But I could probably write it down, and you
9  would get to the same place.
10      Q    Okay.  What would you write down?  What
11  are the criteria for inclusion in your
12  meta-analysis?
13      A    Just as I said:  How good is the
14  diagnosis?  What's the disease diagnosis?  What's
15  the --
16      Q    I'm sorry.  Can I just stop you right
17  there.
18          How would I identify whether it's a good
19  diagnosis?
20      A    So was it -- was it done by an expert in
21  movement disorders?
22      Q    So is that your criteria for inclusion?
23      A    That was part of the criteria.
24      Q    So in order to meet -- in order to be
25  included in the seven, it has to have diagnosis

Page 111

1  confirmed by a specialist?
2      A    You have to have a PD diagnosis.
3      Q    By a specialist.
4      A    By a doctor that can diagnose PD.
5      Q    So all seven studies in your
6  meta-analysis meet that criteria.
7      A    The Firestone, it's a medical record
8  study, but those medical records were looked at by
9  experts, and they can make some diagnoses.
10      Q    Okay.  So if a study did not meet that
11  criteria, you would have excluded it.
12      A    I believe they all had -- I believe they
13  all had firm diagnoses of PD.
14      Q    My question is, if a study did not meet
15  your criteria, would you have excluded it on that
16  basis?
17      A    Then I would look at the other aspects
18  of the studies, see how good -- how good are the
19  other studies --
20      Q    So a study --
21      A    -- excuse me, the other criteria.  How
22  good was the diagnosis of the exposure?  You know,
23  was it a well-carried-out study?  You know, the
24  various things that I have mentioned already.
25  That's all part of the -- you take a holistic

Page 112

1  view.  You make an assessment whether the study is
2  going to be in or out, and then that's what I
3  used.
4      Q    Okay.  So what would another person use
5  to replicate your holistic assessment?
6      A    They would look at how good the
7  diagnosis is.  They would look at how good the
8  exposure assessment was.  They would look at
9  the -- if the cases were -- if the cases were
10  really cases.  Were the controls really controls?
11  Was the -- was it, you know -- were there other
12  design issues that were accounted for?  So all --
13  all the issues, he would look at everything
14  simultaneously or holistically and you make a
15  decision what's in or out -- or out.
16      Q    And is that the proper approach under
17  Cochrane?
18      A    I think I'm following -- I'm following
19  what -- you know, making decisions about each of
20  the criteria that are important in a study, and
21  I'm making that decision.  And those are the ones
22  that are included in the study.
23      Q    And you -- you are not relying on any
24  other experts in identifying this eligibility
25  criteria.

Page 113

1    A   I didn't -- I didn't work with anybody
2  on this.  That was my approach, the approach that
3  I used to select the studies.
4    Q   And did you identify the criteria before
5  you began reviewing the studies?
6    A   Yes.
7    Q   And did you write it down?
8    A   No.
9    Q   And have you given us an exhaustive list
10 just now of all the criteria that were relevant to
11 your assessment of the studies?
12   A   I've said this over and again.  I've
13 looked at all these different aspects of the
14 study -- the studies, and that's what was used to
15 make a decision whether they're in or out.
16   Q   And my question was, did you give an
17 exhaustive list of the different aspects of the
18 studies that you used to decide whether they were
19 in or out?
20     MR. KENNEDY:  I'm asking you to look at
21 your report.  If she's asking an exhaustive
22 report, please refer to your report.
23   Q   If you can point me in your report to a
24 list of criteria for inclusion in your
25 meta-analysis, I would love that.

Page 114

1    A   No.  It's not in there.
2    Q   Okay.
3    A   It's not in there.
4    Q   Thank you.
5      MR. KENNEDY:  He can point to what he
6  did.
7    A   What I did in each of those ones -- in
8  each study.  We can look at each study.  We can
9  look at study by study why it's in, why it's out.
10   Q   That is a great idea.
11     All right.  Let's take a look at Liou
12 1997.  It's L-I-O-U.
13   (Discussion off the stenographic record.)
14     (Exhibit 4 was marked for identification
15 and attached to the deposition transcript.)
16 BY MS. BELOTT:
17   Q   Okay.  You said earlier that you limited
18 your meta-analysis to occupational exposures,
19 correct?
20   A   Yes.
21   Q   And in your report, you note that
22 "Occupational exposure, as compared to community
23 exposure, can be more accurately documented given
24 the direct contact with pesticides and exposure
25 frequency."

Page 115

1    Correct?
2    A   Yes.
3    Q   Again, you're not an expert in
4  occupational exposures, correct?
5    A   Correct.
6    Q   You've never conducted a study assessing
7  occupational exposures before?
8    A   Correct.
9    Q   So Liou 1997 recruits patients from the
10 Movement Disorder Clinic of the National Taiwan
11 University Hospital in Taipei, correct?
12   A   Yes.
13   Q   And controls were similarly recruited
14 from the neurologic or medical outpatient clinic
15 at the same hospital, correct?
16   A   Yes.
17   Q   So Liou 1997 didn't recruit farmers as
18 subjects, correct?
19   A   They're recruited from the hospital.
20   Q   Occupation had nothing to do with the
21 recruitment of cases and controls, correct?
22   A   But it was part of the analysis.
23   Q   Was it part of the recruitment?
24   A   So they got information about they
25 recruited this number of people, and then they got

Page 116

1  information about their farming and various other
2  issues.
3    Q   Okay.  That wasn't my question.
4      Occupation had nothing to do with the
5  recruitment of cases and controls, correct?
6    A   I don't see that.  I don't see it.
7    Q   All right.  Liou gathered exposure
8  information retrospectively through
9  questionnaires, correct?
10   A   Correct.
11   Q   And Liou defined a positive exposure as
12 an occupational or residential contact with a
13 given factor for at least one year before the
14 onset of Parkinson's disease, correct?
15   A   Correct.
16   Q   So the study found that there were
17 significant associations between risk of PD and
18 occupational or residential exposure to herbicides
19 and pesticides, correct?
20   A   Yes, it had elevated odds ratio.
21   Q   Including a strong association between
22 paraquat exposure and PD risk, correct?
23   A   Yes.
24   Q   So even though Liou did not meet your
25 own stated criteria for occupational exposure and

Page 117

1 included residential exposure as well, you
2 included it in the results anyway.
3    A   Yes.
4    Q   You bent the rules for Liou.
5    A   I -- it had -- it had good information
6 about occupational exposure.
7    Q   But also had information about
8 residential as well.
9    A   Correct.
10    Q   And you couldn't separate the two.
11    A   I -- I looked at the -- I decided this
12 is a good study.  It had good recruitment, good
13 diagnoses, and a -- seemed to follow the patients
14 well, so it seemed like an excellent study to
15 include.
16    Q   Okay.  Liou is one of the only two
17 studies that you cite in your meta-analysis that
18 found a statistically significant association
19 between paraquat exposure and Parkinson's disease,
20 correct?
21       MR. KENNEDY:  What's your question?  I'm
22 sorry.
23    Q   Liou is -- actually, let me just
24 withdraw the question.
25       The exposure metrics in Liou combined

Page 118

1 occupational and residential exposure, correct?
2 They don't report separately for occupational
3 versus residential, correct?
4    A   They don't report separately, no.
5    Q   Okay.  Liou is one of the only two
6 studies that you cite in your meta-analysis that
7 found a statistically significant association
8 between paraquat exposure and Parkinson's disease,
9 correct?
10    A   Yes.
11    Q   And including Liou in your meta-analysis
12 increased the pooled odds ratio that you
13 calculated, correct?
14    A   Correct.  It was -- it was part of the
15 study.
16    Q   Okay.  So it was higher than it
17 otherwise would have been if you did not include
18 Liou.
19    A   Correct.
20    Q   And you chose to include Liou in your
21 meta-analysis despite the fact that it included
22 residential exposures based on this unwritten,
23 holistic assessment that you applied, correct?
24       MS. BELOTT:  Excuse me, sir.
25       MR. KENNEDY:  Yes.

Page 119

1       MS. BELOTT:  There's no need to point
2 out language in the document to the witness.  He
3 can find it himself.
4       MR. KENNEDY:  I'm not pointing it out to
5 the witness.  I'm sitting here reading my --
6       MS. BELOTT:  Okay.
7       MR. KENNEDY:  -- paper.
8 BY MS. BELOTT:
9    Q   I'll repeat the question.
10    A   Okay.
11    Q   You chose to include Liou in your
12 meta-analysis despite the fact that it included
13 residential exposures based on this unwritten,
14 holistic assessment that you applied, correct?
15    A   Let me just look at the paper.
16       (Document review.)
17       Yes, I included it.
18    Q   Based on your holistic, unwritten
19 process that you followed.
20    A   Yes.  It's a good study.  And it was,
21 you know, included in the -- by the EPA.  It was
22 included in other studies, too.
23    Q   Liou 1997 represents almost 74 percent
24 of the weight of your meta-analysis, correct?
25    A   Correct.

Page 120

1    Q   It's weighted more than four times as
2 much as the next most-weighted study in your
3 meta-analysis, correct?
4    A   Yes.
5    Q   And 27 times as much as the remaining
6 five studies, correct?
7    A   I didn't do that calculation.
8    Q   So you would agree that Liou is the
9 single-most important study driving your
10 meta-analysis results?
11    A   Correct, it's important.
12    Q   Do you know what your meta-analysis
13 would look like if Liou was removed?
14    A   I didn't do that.
15    Q   Have you ever conducted a
16 one-study-removed sensitivity analysis before?
17    A   I have, but not on this.
18    Q   Not here.  Why not?
19    A   Because I made a decision what's --
20 what's going to be in the studies.
21    Q   You don't know what the results would be
22 if you removed Liou from your meta-analysis.
23    A   No, I don't.
24    Q   In your meta-analysis at Figure 4, the
25 odds ratio you used for Liou is 3.22 with a

Page 121

1 confidence interval of 2.41 to 4.31, correct?
2     A    Yes.
3     Q    And Liou used an ever-never exposure
4 classification to reach that odds ratio, correct?
5     A    Correct.
6     Q    So Table 1 where you obtained that odds
7 ratio represents participants that had been
8 exposed to paraquat for as little as one year to
9 as many as 20 years, correct?
10     A    What Table 1 are you talking about?
11 From my table?
12     Q    No.  Table 1 in Liou.
13         In other words, because this table is
14 using ever-never classification, it includes wide
15 variability of exposure durations, correct?
16     A    Correct.
17     Q    Liou also reported on paraquat broken
18 down by years of use, correct?
19     A    Yes.
20     Q    And you, in fact, cite to that odds
21 ratio -- or the data from that table in your
22 Bradford Hill analysis, correct?
23     A    Correct.
24     Q    In your dose-response section, you
25 wrote, "In Liou, et al. (1997), the comparison of

Page 122

1 no exposure to over 20 years of exposure had an
2 adjusted (for the duration of living in rural
3 residence, duration of farming, duration of
4 consuming well water, and duration of smoking
5 cigarettes) odds ratio of 6.44 (95% Confidence
6 Interval: 2.41 to 17.2)."
7         Correct?
8     A    Correct.
9     Q    And this is in comparison to those with
10 exposure of fewer than 20 years who have an
11 adjusted odds ratio of 0.96, correct?
12     A    Correct.
13     Q    And that --
14     A    No.  The comparison was to the no
15 exposure.  It wasn't a comparison to the less than
16 20 years.
17     Q    Correct.  A comparison of no exposure to
18 participants with less than 20 years resulted in
19 an odds ratio of 0.96, correct?
20     A    Correct.
21     Q    And the confidence interval for that is
22 .24 to 3.83.
23     A    Yes.
24     Q    And so that's an inverse association
25 that is not statistically significant, correct?

Page 123

1     A    It is not statistically significant.
2     Q    So based on Liou, if you had exposure to
3 paraquat for less than 20 years, there's no
4 increased risk of Parkinson's disease, correct?
5     A    That's the -- that's if the -- you look
6 at the -- if you break it down into tertiles,
7 overall, if you look at the overall result, which
8 I am including in my meta-analysis, I would be
9 using the one from -- the numbers from Table 1.
10     Q    Okay.  My question to you is, based on
11 Liou and the figures in Table 2, if you were
12 exposed to paraquat for fewer than 20 years, you
13 would have no increased risk of getting
14 Parkinson's disease, correct?
15     A    Yeah, between that compared to zero
16 is -- is not significant.
17     Q    And is less than one.
18     A    It's -- I would say -- I would rather
19 say not significant.  It's .96.
20     Q    Which is less than one, correct?
21     A    Yeah, that's -- you don't understand
22 confidence intervals, I guess.  But it's also --
23     Q    I'm just talking about numbers.
24     A    But the upper confidence interval is
25 3.83, so that's a reason -- that's also a value.

Page 124

1     Q    Okay.
2     A    It's not significant if you use the --
3 if you're doing a hypothesis-testing approach, it
4 is not significant.
5     Q    You have no basis to challenge Liou's
6 findings that there's no positive association
7 between ever use -- I'm sorry, with exposure to
8 paraquat for fewer than 20 years and Parkinson's
9 disease?
10     A    No, I don't.
11     Q    You don't know if Burgener used paraquat
12 for fewer than 20 years, do you?
13         Let's just assume for purposes of my
14 question that Burgener was exposed to para- --
15 that he used paraquat for fewer than 20 years.
16 Can you make that assumption with me?
17     A    Okay, I make that assumption.
18     Q    All right.  Would you -- so for
19 Burgener, assuming that he used paraquat for fewer
20 than 20 years, wouldn't the data in Table 2 be
21 more relevant?
22     A    No, but that's for one study.  It's not
23 for the combined study.  And my analysis was for
24 the meta- -- based on the meta-analysis, not the
25 one study.

Page 125

1    Q    And your meta-analysis doesn't
2 distinguish based on duration of use of paraquat.
3    A    Correct.
4    Q    Liou does not report on the use of any
5 personal protective equipment, correct?
6    A    Let me check.
7         No, I don't see any cite to that.
8    Q    So you don't know if the participants in
9 Liou had similar PPE practices to the plaintiffs
10 that you provide specific causation opinions on,
11 correct?
12    A    No, I don't know that.
13    Q    Liou doesn't report on application
14 methods, correct?
15    A    No, they don't.
16    Q    You don't know if the application
17 methods of the participants in Liou are similar to
18 any of the plaintiffs for which you provide
19 specific causation opinions?
20    A    No, I don't know that.
21    Q    You are aware that Vaccari ran a
22 sensitivity analysis excluding Liou because that
23 author concluded Liou was an outlier, correct?
24    A    That's what she claims, yes.
25    Q    And you did not do that here.

Page 126

1    A    Correct.
2    Q    You offer no analysis in your report of
3 potential biases in the Liou paper.
4    A    I say it's homogeneous with the other
5 studies.  I do a homogeneity analysis and say that
6 it passes the homogeneity analysis.
7    Q    Okay.  Did you provide an assessment of
8 biases within the Liou study?
9    A    No, I didn't.
10    Q    You didn't evaluate whether Liou was
11 susceptible to recall bias, correct?
12    A    No, I didn't.
13    Q    You have no basis to -- strike that
14 question.
15         You have no basis to dispute that
16 Liou 1997 might have been susceptible to recall
17 bias.
18    A    I don't know if it was or wasn't.
19 That's speculation.
20    Q    You read the EPA report, correct?
21    A    Yes.
22    Q    The EPA also expressed doubt about
23 Liou's odds ratio calculations for individuals
24 exposed to paraquat, correct?
25    A    Do you -- do you have a copy of that?  I

Page 127

1 don't have a copy.
2         MS. BELOTT:  This is Exhibit 5.
3         (Exhibit 5 was marked for identification
4 and attached to the deposition transcript.)
5 BY MR. KENNEDY:
6    Q    This is a memorandum dated June 26th,
7 2019; Subject:  Paraquat dichloride, Tier II,
8 Epidemiology Report.
9         If you turn to page 34 ... sorry.  I
10 found it.
11         So it's page 35, the paragraph starting
12 with "Eight hospital-based studies."
13         Do you see that paragraph?
14    A    Yes, I do.
15    Q    So about halfway down, it says, "Liou,
16 et al., 1997, reported the strongest positive
17 association based on studies reporting greater
18 than 20 years of paraquat use in Taiwan.  A
19 similar association was observed for use of
20 herbicides and pesticides more generally in the
21 Liou, et al., 1997 study, however, so it is
22 unclear if the association is directly
23 attributable to paraquat use, overall pesticide
24 use considered more broadly, or another
25 confounding factor correlated with reporting

Page 128

1 pesticide use."
2         Do you see that?
3    A    Yes.
4    Q    And did I read that correctly?
5    A    Yes.
6    Q    You haven't done any analysis to
7 determine whether Liou 1997's findings relating to
8 paraquat may be the result of confounding or
9 collinearity like the EPA suggests, correct?
10    A    No, but they also call it a moderately
11 quality study, so they didn't back away from it at
12 all.  They thought it was a -- it was among their
13 moderate studies, moderate quality studies.  So
14 they're certainly not backing away from it.
15 They're putting it with other studies.
16    Q    Just to be clear, you haven't done any
17 analysis to determine whether the result is the
18 result of confounding, correct?
19    A    I don't have the data.
20    Q    And you have no basis to dispute it,
21 correct?
22    A    I have no basis to think either way
23 because I don't have the data.  It's speculation.
24    Q    Liou also didn't adjust for head trauma
25 or family history of Parkinson's disease, correct?

Page 129

1    MR. KENNEDY:  Take a look.
2    A    The design was a matching design, and so
3 they didn't control for that explicitly.  But
4 within the matching, one hopes that that's sort of
5 accounted for in the randomization.
6        In the second analysis where they
7 actually do logistic regression with controls,
8 then they don't control for it.
9    Q    With the matching, they match based on
10 age, correct?
11   A    Correct.
12   Q    They don't match based on family
13 history?
14   A    If you look at the -- what they say --
15   Q    Let me help you out on the bottom of
16 page 1586.
17       "They also found that a family history
18 of PD and a history of head trauma exceed
19 herbicide exposure and importance as independent
20 risks.  We did not assess the family PD history
21 and head trauma in this study."
22       Do you see that?
23   A    Yes.
24   Q    So Liou does not control or adjust at
25 all for head trauma or family history of PD.

Page 130

1    A    It's not among its controls, no.
2    Q    And you don't know what the odds ratios
3 in Liou would be if they had adjusted for family
4 history or head trauma, correct?
5    A    They could be higher.  They could be
6 lower.  I don't know.
7    Q    You don't know.
8    A    It's speculative either way.
9    Q    Let's look back at the EPA report on
10 page 40.  And note that the EPA decided to present
11 Liou's findings separately for above 20 years and
12 below 20 years, correct?
13   A    Yes.
14   Q    You didn't do that in your study.
15   A    Well, the other studies didn't have the
16 tertiles, so I couldn't combine across the other
17 studies because they only had -- you know, some --
18 some had those and others didn't.  So to combine
19 across the seven studies, we had to do it to the
20 ever-never.
21   Q    So there was heterogeneity among your
22 seven studies with respect to exposure
23 classification metrics.
24   A    They -- some had -- or they -- most of
25 them had the ever-never; and a couple had the

Page 131

1 tertiles, the results on the tertiles.
2    Q    So I would be correct that there was
3 heterogeneity across your seven studies with
4 respect to exposure classification metrics?
5    A    No.  They had -- they're -- they -- they
6 did a classification of ever-never, and they also
7 did tertiles.  That's not heterogeneity.  That's
8 just different reporting.
9    Q    So there's different study design
10 features with respect to exposure classification
11 metrics within your seven studies?
12   A    No.  It's just different reporting.
13 It's not -- it's different reporting.
14   Q    How you classify exposure is not a study
15 design feature?
16   A    They're -- when they give it -- give it
17 in terms of tertiles, they give the three groups.
18 When it's an ever-never and it's just -- they give
19 the one -- the one estimate.
20   Q    Are you saying that's not a study design
21 feature, how you classify exposure?
22   A    It's a reporting issue.
23   Q    Let's look at Fire -- let's look at
24 Firestone.
25       MS. BELOTT:  Actually we've been going

Page 132

1 about an hour.  Let's take a break.
2        MR. KENNEDY:  One second before we do,
3 25 minutes to lunch, do you want to break now and
4 then again or break later for lunch?  Or what's
5 your pleasure?
6        MS. BELOTT:  I would rather go for
7 another hour and then do lunch later.
8        MR. KENNEDY:  Yes, and I don't think any
9 of it needs to be particularly warm so we can --
10       MS. BELOTT:  Let's take five minutes --
11       MR. KENNEDY:  Let's take five.
12       VIDEO TECHNICIAN:  Stand by.  The time
13 is 11:35.  We're off the record.
14       (A brief recess was taken.)
15       VIDEO TECHNICIAN:  We're on the record.
16 The time is 11:49.
17 BY MS. BELOTT:
18   Q    Dr. Wells, you're aware that the
19 Agricultural Health Study is a prospective cohort
20 study of licensed pesticide applicators, mostly
21 farmers and their spouses, recruited between 1993
22 and 1997, correct?
23   A    Correct.
24   Q    And the participants are from the states
25 of North Carolina and Iowa, correct?

Page 133

1    A   Yes.
2    Q   The Agricultural Health Study is
3 independently funded by the National Institute of
4 Health, correct?
5    A   I don't know all the funding but I know
6 NIH funds some of it.
7    Q   Okay.  It's been a -- the Agricultural
8 Health Study has been a collaborative effort among
9 several independent public health agencies
10 including NIH, correct?
11   A   NIH is -- is funding much -- much of it.
12   Q   And the Agricultural Health Study was
13 approved by the institutional review boards of the
14 National Institute of Environmental Health
15 Sciences and the National Cancer Institute,
16 correct?
17   A   I don't know that.
18   Q   You have no basis to dispute that?
19   A   Correct.
20   Q   The Agricultural Health Study enrolled
21 more than 89,000 agricultural workers and spouses,
22 correct?
23   A   I don't know the details.
24   Q   Do you have any basis to dispute that
25 it's more than 89,000 farmers and spouses?

Page 134

1    A   I could look.  I mean, I could look
2 at --
3    Q   Let me hand you what I'm going to mark
4 as Exhibit 6.  This is a printout of the
5 Agricultural Health Study website, the section
6 titled "About The Study."
7        (Exhibit 6 was marked for identification
8 and attached to the deposition transcript.)
9 BY MS. BELOTT:
10   Q   If you look at the second paragraph
11 there, "More than 89,000 farmers and their spouses
12 in Iowa and North Carolina have participated in
13 this study."
14       Do you see that?
15   A   Yes.
16   Q   So this would make it one of the largest
17 studies of American farmers to date, correct?
18   A   I don't know that, but it seems it's a
19 very large study.
20   Q   Have you seen any studies that are
21 larger than the --
22   A   No --
23   Q   -- Agricultural Health Study?
24   A   -- I -- I just don't know if -- if one
25 exists.

Page 135

1    Q   The study follows some participants for
2 up to 22 years through Phase 4, correct?
3        And if you want to look at page 2,
4 there's an overview that shows you the years of
5 the phases.
6    A   Okay.
7    Q   So I'll just repeat my question.  The
8 study follows some participants for up to 22 years
9 through Phase 4, correct?
10   A   Yes, yes.
11   Q   And it would make it one of the longest
12 cohort studies of American farmers to date,
13 correct?
14   A   I assume that's true but I don't have a
15 basis --
16   Q   Have --
17   A   -- I don't have a basis of comparison.
18   Q   And have you seen any that involve a
19 longer follow-up time period?
20   A   No, I just don't know.
21   Q   AHS -- and I'll use "AHS" to describe
22 the Agricultural Health Study, is that okay with
23 you?
24   A   Yes.
25   Q   AHS enrollment and follow-up

Page 136

1 questionnaires asked specifically about use of
2 paraquat, correct?
3    A   Yes.
4    Q   And AHS created a detailed and validated
5 exposure algorithm to estimate exposure intensity,
6 correct?
7    A   Yes.
8    Q   You offer no opinions in your report
9 that data from the AHS is unreliable, correct?
10   A   No, I -- I don't discuss it.  I don't
11 discuss any aspect of it except for reporting
12 results from Shrestha and Kamel.
13       THE REPORTER:  From who?
14       THE WITNESS:  Kamel, K-A-M-L-E [sic].
15   Q   Do you have any basis to believe that
16 data from the Agricultural Health Study is
17 unreliable?
18   A   I would have to look at how it's -- how
19 they use it, and there's a lot of -- I mean,
20 that's a very general statement, and so I would
21 have to look at how they use it and, you know, the
22 context in which it's using -- it's being used.
23 It is just hard to agree or disagree with that.
24   Q   So you're not offering any opinion that
25 data from the Agricultural Health Study is

Page 137

1 unreliable?
2    A   No, I'm not. I don't -- I don't have an
3 opinion on that.
4    Q   In assessing the association between
5 exposure to paraquat and Parkinson's disease,
6 wouldn't it be pertinent to assess the reliability
7 of data from the largest and longest prospective
8 cohort study of American farmers?
9    A   Yes, it would be -- you would need to
10 have the data in order to do that assessment, and
11 I don't have the data.
12    Q   You have studies that come from the
13 Agricultural Health Study, correct?
14    A   And I don't have that data too, also,
15 but I can read their papers and see how they
16 describe the -- how they use the data.
17    Q   Did you request the data?
18    A   Maybe I should have, but I didn't.
19    Q   You include Tanner 2011 in your
20 meta-analysis, correct?
21    A   Yes.
22    Q   Excuse me.
23        Tanner is a nested case-control study
24 within the Agricultural Health cohort, correct?
25    A   Correct.

Page 138

1    Q   I'm sorry, I'm going to have -- and
2 Tanner includes data from the first two phases of
3 the Agricultural Health Study through 2003,
4 correct?
5    A   Yes.
6    Q   Tanner had 110 cases and 358 controls,
7 correct? And I'm happy to --
8    A   Yes, that --
9    Q   -- hand you a copy.
10    A   Yes, that would be good. I have a copy.
11        MR. KENNEDY: You can use yours --
12        THE WITNESS: You want to -- I can use
13 mine? You don't need to --
14        MS. BELOTT: That is fine. I'm still
15 going to mark it.
16        MR. KENNEDY: Are you going to mark that
17 for the record or --
18        MS. BELOTT: I'm going to mark it, yes.
19        (Discussion off the record.)
20        (Exhibit 7 was marked for identification
21 and attached to the deposition transcript.)
22 BY MS. BELOTT:
23    Q   All right. We've marked as Exhibit 7
24 Tanner 2011. And if you take a look at the
25 abstract in the Results section, Tanner had 110

Page 139

1 cases and 358 controls, correct?
2    A   Correct.
3    Q   And Tanner uses the Farming and Movement
4 Evaluation or FAME study, correct?
5    A   Correct.
6    Q   And that means that Tanner -- Tanner did
7 not use exposure data that was collected at
8 enrollment but used the FAME interviews instead,
9 correct?
10    A   Yes.
11    Q   And subjects who were unable used proxy
12 informants, correct?
13    A   Can you show me where that is -- tell me
14 where it is? It's a prep note, I want to look.
15    Q   On page -- the second page, middle
16 column.
17        MR. KENNEDY: 67?
18        MS. BELOTT: 67.
19    Q   Under Exposure Assessment, "For subjects
20 who were unable to complete interviews, we used
21 proxy informants."
22    A   Okay.
23    Q   So Tanner's exposure assessment is
24 retrospective, correct?
25    A   Yes.

Page 140

1    Q   So potentially susceptible to recall
2 bias?
3    A   Subject to -- to his test.
4    Q   But you did not independently evaluate
5 whether Tanner was subject to recall bias,
6 correct?
7    A   I don't have the data.
8    Q   Tanner did not adjust for head trauma,
9 correct?
10    A   No.
11    Q   And you don't know what the odds ratio
12 would be if they had adjusted for head trauma,
13 correct?
14    A   No, I don't.
15    Q   You don't know if it would be lower or
16 not statistically significant, correct?
17    A   Just don't know.
18    Q   Tanner does not control for exposure to
19 other pesticides, only for overall pesticide use
20 and rotenone, correct?
21    A   Yes.
22    Q   And so because most participants were
23 exposed to many pesticides, Tanner cannot
24 confidently exclude effect of agents other than
25 those studied or rule out the possibility that

Page 141

1 their results were attributable to combined
2 exposures, correct?  And that's on page 871.
3      A    I know they discuss that, that's fine.
4 Yes.
5      Q    So you don't know what the odds ratio
6 for paraquat would have been if they had
7 controlled for other exposures, correct?
8      A    It's not known.  Don't know.
9      Q    Tanner reported a positive and
10 statistically significant odds ratio for paraquat,
11 correct?
12      A    Correct.
13      Q    It's -- Tanner and Liou are the only two
14 that report a positive and statistically
15 significant odds ratio in your meta-analysis,
16 correct?
17      A    Correct.
18      Q    So including Tanner in your
19 meta-analysis increased the overall pooled odds
20 ratio, correct?
21      A    It contributed to the odds ratio.
22      Q    And increased it, correct?
23      A    I assume it did, but I didn't do the
24 calculation.
25      Q    You excluded from your meta-analysis the

Page 142

1 prospective cohorts from the Agricultural Health
2 Study, correct?
3      A    Yes, they were cohort designed.
4      Q    You did not include Kamel 2007 in your
5 meta-analysis?
6      A    No.
7      Q    Kamel 2007 is an occupational study,
8 correct?
9      A    Yes.
10      Q    Has the same population as Tanner 2011,
11 correct?
12      A    They -- Tanner did other things.  They
13 got more information than what Kamel had.
14      Q    But the same participants, correct?
15      A    But they got more information.  So same
16 participants, but less-granular information.  And
17 it was a cohort study, not -- not an incident
18 case-control study.
19      Q    Kamel, 2007, reports odds ratios,
20 correct?
21      A    They should report hazard -- or, excuse
22 me, risk ratios.  It's a cohort study.
23      Q    Let's actually just look at your report.
24 If you look at the bottom of page 19, you say, "A
25 meta-analysis for the cohort studies cannot be

Page 143

1 carried out since Kamel and Shrestha report
2 different effect measures on odds ratio and hazard
3 risk -- ratio respectively."
4      Do you see that?
5      A    Okay.  Yeah.
6      Q    So Kamel reports an odds ratio?
7      A    Yeah.  I should check because it's a
8 cohort study.  So --
9      MR. KENNEDY:  Please check.
10      THE WITNESS:  Yeah.  Yeah.  Do you have
11 them --
12      MR. KENNEDY:  I don't know the answer.
13      THE WITNESS:  -- Kamel?
14      MS. BELOTT:  It's in his report.
15      THE WITNESS:  But do you have Kamel?
16      MR. KENNEDY:  We've already pointed out
17 several typos, and he said he is not going to
18 correct the typos.  You may be right, but I think
19 he should be allowed to check.
20      MS. BELOTT:  I'm marking as Exhibit 8
21 Kamel, 2007.
22      (Exhibit 8 was marked for identification
23 and attached to the deposition transcript.)
24      MR. KENNEDY:  Do you have 8 now?
25      THE WITNESS:  Yes.

Page 144

1 BY MS. BELOTT:
2      Q    Kamel reports odds ratios, correct?
3      A    That's what it says, yes, surprising.
4      The reason you do a cohort study is to
5 get risk ratios, not odds ratios.
6      Q    A risk ratio is a more informative
7 measure than an odds ratio?
8      A    Yes, which you can't -- go ahead.
9      Q    So because Kamel reported an odds ratio,
10 you could have combined it with your case-control
11 studies and pulled the results, correct?
12      A    But it's a cohort study.  It's a
13 different design.
14      Q    You could have done it as a sensitivity
15 analysis?
16      A    It's a cohort study.  You wouldn't
17 combine case controls in cohort studies.
18      Q    You could have reported it separately on
19 your forest plot like Vaccari did?
20      A    I could have reported that, yeah.
21      Q    But you didn't?
22      A    But it would be better to report
23 Shrestha because Shrestha --
24      MR. KENNEDY:  Excuse me.  You are
25 covering your mic.

Page 145

1    A   Oh.  Shrestha is an updated version of
2 Kamel, so that -- that paper is available, so that
3 would have been a better study to report than
4 Kamel.
5    Q   Okay.  So you could have presented
6 Shrestha as a subgroup analysis on your forest
7 plot?
8    A   But it's one study, and I discussed it
9 in the -- discussed it in my report.
10    Q   Correct.  But you could have presented
11 it on your forest plot.
12    A   Why?  I gave the result in the document.
13 What's the difference?
14    Q   Okay.
15    A   It's not combining anything.  It's just
16 one -- one study.
17    Q   What are the reasons that you did not
18 present it on the forest plot and combine it with
19 your other meta-analysis?
20    A   Because it's a cohort study.
21    Q   That's the only reason?
22    A   Yes.  You don't combine the two.
23    Q   Two of the published and peer-reviewed
24 meta-analyses that you review do combine
25 case-control and cohort studies, correct?

Page 146

1    A   Vaccari does.
2       MR. KENNEDY:  Don't guess.
3    A   Yeah.  I'm trying to think of the --
4       MR. KENNEDY:  Do you have all the review
5 articles?
6       THE WITNESS:  I'm sorry?
7       MR. KENNEDY:  Do you have all the review
8 articles?
9       THE WITNESS:  I have them, yeah.
10       MR. KENNEDY:  Do you know which one it
11 is?  Maybe he can --
12 BY MS. BELOTT:
13    Q   Do you not remember?
14    A   It's -- I'll look.
15    Q   If you want to take a look at
16 Breckenridge, Figure 9.
17    A   Okay.
18    Q   So two of the published and
19 peer-reviewed meta-analyses that you reviewed did
20 combine cohort and case-control studies, correct?
21    A   They do in different ways.  The --
22 Breckenridge combines everything together;
23 whereas, Vaccari looks at the case-control
24 studies, gets an odds ratio for that, and then
25 combines that to Kamel.  There's a separate study.

Page 147

1       So they're -- the way they do it is
2 different.  But they -- in both cases they -- they
3 are including -- mixing case-control and cohort
4 study, which doesn't seem to be a good idea.
5    Q   But you chose not to do it the way that
6 Vaccari did it or the way that Breckenridge did
7 it, correct?
8    A   It's good practice.  I mean, that's --
9 that's -- that's what is suggested they want you
10 to do.
11    Q   I already gave you Cochrane, Chapter 24,
12 right?
13       MR. KENNEDY:  Check through there.
14    A   Yes.  It's No. 2.
15       MR. KENNEDY:  Cochrane?
16    Q   Let's see what Cochrane recommends to
17 do.  If you turn to page 21, Section 6.2.3.
18       "If the features of studies are not
19 sufficiently similar to combine in a
20 meta-analysis, we recommend displaying the results
21 of included studies in a forest plot but
22 suppressing the summary estimate."
23       Do you see that?
24    A   No.
25       MR. KENNEDY:  No.  Where are you?

Page 148

1       MS. BELOTT:  24.6.2.3., the second
2 paragraph.
3    A   Okay.
4    Q   So Cochrane recommends displaying the
5 results of included studies in a forest plot but
6 suppressing the summary estimate, correct?
7    A   That's what they say, but that's -- it
8 seems -- if you only have one study, why would you
9 put that one study on the forest plot.  And you
10 can list it in your discussion, so you're not
11 combining it.  So it doesn't really make -- it
12 gives no information.
13    Q   Cochrane also says, "Studies may be
14 sorted in the forest plot (or shown in separate
15 forest plots) by study design feature or their
16 risk of bias."
17       Correct?
18    A   Yes.
19    Q   And you chose not to do that?
20    A   There's one study, so I don't -- I don't
21 understand why you would put one study in a forest
22 plot.
23    Q   Your two -- your odds ratio for paraquat
24 of 2.88 reflects only the case-control studies in
25 your meta-analysis, correct?

Page 149

1    A   Correct.
2    Q   So your 2.88 elevated odds ratio gave no
3 weight to Shrestha, correct?
4    A   They're different.  They're different
5 studies.  One's a cohort study, and one's a
6 case-control study.
7    Q   Okay.  But your opinions in this case
8 are that there's an elevated odds ratio of 2.88
9 for paraquat exposure, and that number does not
10 include any data from the prospective cohorts on
11 paraquat exposure in Parkinson's disease, correct?
12   A   It contains information from Tanner,
13 which contains information from AHS that those are
14 different -- different designs, different studies,
15 but they do have overlap between the two.  So
16 there is -- there is information from AHS in
17 Tanner, in FAME.
18   Q   That wasn't my question.
19       My question was, your 2.88 elevated odds
20 ratio does not incorporate data from Shrestha
21 2020.
22   A   It does, because it has data from FAME,
23 and FAME is in the AHS.
24   Q   It does not -- your elevated odds ratio
25 of 2.88 does not incorporate the updated

Page 150

1 conclusions on paraquat and Parkinson's disease
2 from the Shrestha 2020 study?
3    A   Correct, but there is data that overlaps
4 between the two.
5    Q   All the participants in Tanner are also
6 participants in Shrestha, correct?
7    A   Yes, I believe so.
8    Q   All the cases from Tanner 2011 that are
9 in Shrestha 2020 meet your diagnostic criteria,
10 correct?
11   A   Yes.
12   Q   But Shrestha includes ten additional
13 years of follow-up time, correct?
14   A   Yes.
15   Q   And Shrestha is several times larger
16 than Tanner with 491 cases, correct?
17   A   Yes.
18   Q   Unlike Tanner, Shrestha's exposure
19 assessment is prospective, correct?
20   A   Tanner has a mix of prospective and --
21 and -- I'm blanking out a word.  It must be
22 lunchtime.  It has a mix of the two types of
23 studies.  Let me look.
24   Q   And Tanner used FAME, so all exposure
25 was collected retrospectively.

Page 151

1    A   But a lot of the data wasn't just --
2 wasn't just -- hold on a second.
3        Many of the Tanner -- the Tanner
4 participants were also -- were in an incident
5 group, and there were some that were retrospective
6 and in a prospective group that is also a lot were
7 in the incident study.
8    Q   Correct.  But Tanner recollected
9 exposure information at FAME and used the --
10 that -- the retrospective data and did not use
11 data that was collected at enrollment, correct?
12   A   But those people were diagnosed before
13 so they are -- they had the exposure before or the
14 treatment so they -- they would be -- they
15 wouldn't be prevalent.  They -- they wouldn't be
16 prevalent.  They would -- they would be in the
17 incident --
18   Q   I'm not talking about whether they're
19 prevalent or incident cases but whether the
20 exposure data that was used in Tanner was
21 prospective or retrospective?
22   A   It was retrospective, but the cases
23 themselves were incident -- many of the cases were
24 incident cases.
25   Q   I understand that.

Page 152

1    A   And so --
2    Q   That's --
3    A   -- so you look at the -- the design or
4 what they were, not how the data was collected
5 because if they're incident cases, then I treat it
6 as incident cases.
7    Q   My question for you is, was the exposure
8 data that was used in Tanner collected
9 retrospectively?
10   A   They went back and did more detailed
11 interviews, but the -- but the exposure was after,
12 so they were incident cases.
13   Q   Do you know --
14   A   So they collected it retrospective, but
15 they were incident cases.
16   Q   Do you know how Tanner treated
17 participants who gave conflicting information on
18 their enrollment data and their FAME interview
19 with respect to paraquat exposure?
20   A   I don't re- -- I know there was an issue
21 but I don't remember what it was.
22   Q   You cite to Shrestha 2020 in your
23 report, correct?
24   A   Yes.
25   Q   And Shrestha is the most recent study

Page 153

1 from the Agricultural Health Study that examines
2 exposure to paraquat and Parkinson's disease?
3     A   With Parkinson's disease, yes.
4     Q   You note that, "In Shrestha the hazard
5 ratio for ever-use of paraquat was 1.09 with a
6 confidence interval of 0.84 to 1.41," correct?
7     A   Yes.
8     Q   You don't cite to Shrestha at all in
9 your Bradford Hill analysis, correct?
10    A   No, I don't.
11    Q   And you don't include Shrestha in any
12 meta-analysis?
13    A   It's a cohort study.  I don't include
14 any meta-analysis.
15    Q   You don't provide a separate
16 meta-analysis for the cohort studies?
17    A   So you wouldn't combine Kamel and
18 Shrestha because Kamel is nested within Shrestha,
19 so you have one study.
20    Q   Agree -- do you agree that if you had
21 included Shrestha 2020 in your meta-analysis of
22 case controls, it likely would have changed your
23 findings?
24    A   I don't know what it -- I don't know how
25 it would change.  It would --

Page 154

1     Q   But it would change?
2     A   -- it would likely lower it, but I don't
3 know the implication or the magnitude.
4     Q   So the only reasons you provide in your
5 report for excluding Shrestha 2020 from your
6 meta-analysis are that they provide different
7 effect measures and that it's a case-control
8 study, correct --
9     A   It's a cohort --
10    Q   -- I mean, that it's a cohort study?
11    A   -- cohort study, yes.
12    Q   Are there any other reasons that you did
13 not include Shrestha 2020 in your meta-analysis?
14    A   They have a different way of assessing
15 the Parkinson's.  They -- they use the hazard
16 doctor -- they would have got a diagnosis of
17 Parkinson's.  So they have different -- a
18 different disease -- or, you know, disease
19 measure.
20    Q   Did you reach the conclusion that the
21 diagnostic assessment for Parkinson's disease in
22 Shrestha was unreliable?
23    A   That's what they had.  I didn't do an
24 analysis of that.
25    Q   You didn't assess whether the diagnostic

Page 155

1 assessment in Shrestha was reliable or not?
2     A   No, I -- I didn't do that but there's a
3 subsequent paper that is Shrestha '21 that talks
4 about, you know, what happens when you have this
5 self-report data and what's needed to improve the
6 self-report data.  But they have a discussion that
7 the self-report data is lacking.  Tanner also
8 talks about the self-report data is lacking, and
9 so that's why Tanner did their study and that's
10 why Shrestha out of this additional group wrote --
11 wrote this newer paper.
12    Q   Any other reasons?
13    A   No, it's just self-reporting.
14    Q   I'm sorry, any other reasons that you do
15 not include Shrestha 2020 in your meta-analysis?
16    A   No, no.
17    Q   So we looked at Cochrane, and Cochrane
18 says that, "It can be appropriate to combine
19 cohort and case-control studies where they
20 investigate the same research question," correct?
21    A   But they also say it's -- they warn
22 against it.  I mean, they -- you know, they give
23 multiple advice.
24    Q   But part of that advice is that you can
25 combine them if they investigate the same research

Page 156

1 question, correct?
2     A   But it's different designs so I don't --
3 I don't think it's a good idea.
4     Q   Do you agree that Shrestha 2020 and the
5 cases in your meta-analysis investigate the same
6 research question?
7     A   They have different diagnoses for
8 Parkinson's disease so it's different.  They have
9 a different -- different.  And that's -- some --
10 there's a discussion in Shrestha that talks about
11 why they are different.  They have a discussion
12 about why -- why they're -- why one gets one
13 answer, one gets another answer.  And they say
14 that the results from Tanner complement Shrestha
15 but they say they're different.
16    Q   I understand that it's your position
17 that the study designs are different, but is it
18 also your opinion -- your -- are you opining that
19 the research question that Shrestha is
20 investigating is different than the case-control
21 studies in your meta-analysis?
22    A   The big overall question is similar but
23 the studies themselves are different.  And, you
24 know, read Shrestha, they talk about, you know,
25 why -- why the two are -- why Shrestha is also

Page 157

1 complementary to Tanner. So they -- they are the
2 ones who have a discussion.
3    Q    So the research question is the same.
4    A    In a meta level, but then the -- you
5 know, the diagnoses are different, the design is
6 different, the -- the measures are different, so
7 it's all very different.
8    Q    Except for the research question.
9    A    It's a general research question about,
10 you know, relationship between PD and Parkinson's
11 and -- and -- PD and paraquat. It's a general
12 question.
13    Q    Can you point me to any authoritative
14 source on meta-analysis that tells you you cannot
15 combine cohort and case-control studies?
16    A    I can't -- I don't have a reference
17 right now, but it seemed that Cochrane talked
18 about --
19    Q    So this was just part of your unwritten,
20 holistic approach to assessing these studies,
21 correct?
22    A    No, it's just -- it's a practice -- how
23 you practice statistics. There's plenty of books
24 on meta-analysis -- I can't think of a citation to
25 one right now, but there are plenty of books on

Page 158

1 meta-analysis that say you don't compare those
2 two.
3    Q    You could have included that citation in
4 your report, correct?
5    A    It's sort of best practice. I mean, I
6 have some expertise in meta-analysis, and I
7 applied it. Maybe it would have helped to do it,
8 but, you know, Cochrane talks about it. There's
9 lots of books that talk about it. You don't
10 mix -- you know, one of the goals of meta-analysis
11 is you want to combine like things, and these are
12 not like things, and so, you know, it's not
13 appropriate to combine them.
14    Q    And we covered already that
15 Breckenridge, which was peer-reviewed and
16 published, and Vaccari, which was peer-reviewed
17 and published, both combine case-control and
18 cohort studies, correct?
19    A    And they combine them in different ways,
20 yes.
21    Q    Neither of which -- neither of which you
22 used in your report?
23    A    Correct.
24         Frankly, I think I'm a better
25 statistician than them, so I think what I did was

Page 159

1 right and --
2    Q    But are you a better epidemiologist than
3 them?
4    A    Yes.
5    Q    You agree that the results of Shrestha
6 are inconsistent with your conclusions in this
7 case?
8    A    They -- they find no effect, but, again,
9 if you read Shrestha, they discuss why their
10 results are in the right direction of Tanner, and
11 then they also talk about what happens with head
12 injury. And they find a significant relationship
13 if there's -- with head injury, so they -- they
14 try to qualify their nonsignificance and say how
15 it's related to the Tanner results.
16    Q    Are you aware of how many of the
17 plaintiffs for which you provide specific
18 causation opinions have had a history of head
19 injury?
20    A    I -- I don't know that.
21    Q    At the very least you could have
22 included Shrestha as a sensitivity analysis,
23 correct?
24    A    I put it -- I discuss the results.
25    Q    You could have combined Shrestha's

Page 160

1 hazard ratio with your meta-analysis as a
2 sensitivity analysis, correct?
3    A    They're different measures. I mean,
4 there's different -- you don't -- it's not
5 appropriate to combine them.
6    Q    To combine a hazard --
7    A    Hazard ratio and odds ratio, they're
8 just different, different objects.
9    Q    Okay. You -- you ran a sensitivity
10 analysis with Pouchieu, correct?
11    A    Yes, I included it in this.
12    Q    And Pouchieu is not a case-control study
13 but a cross-sectional study, correct?
14    A    Cross-sectional.
15    Q    So it is possible to pool results from
16 different -- from studies with different design
17 features, correct?
18    A    Yes, but those are more similar in how
19 they -- you know, how they calculated things, and
20 it -- it looks -- their cross-sectional looks a
21 lot like a case-control study because they
22 identified the individuals with PD and they, you
23 know, looked at the calculation for the
24 individuals, you know, what they had they defined,
25 you know, the self-report. They defined who has

Page 161

1 PD, and they looked at the exposure. So that
2 looks a lot like a case-control study, which is
3 very different than a retro -- than a cohort
4 study, and they report odds ratios.
5     THE REPORTER: They report what?
6     THE WITNESS: Odds ratios.
7    Q  So can you identify the study design
8 features that are different between Pouchieu and
9 Shrestha that would allow you to pull Pouchieu and
10 not Shrestha?
11    A  I just said that. I mean, in -- in
12 Pouchieu, they -- they found the -- the exposed.
13 They calculate odds ratios for the individuals
14 that had PD or Parkin- -- or exposed to
15 Parkinson's. So they did the same type of
16 calculation you do in an odds -- in a case-control
17 study. They also calculate an odds ratio.
18    Hazard ratios are -- are different.
19 They depend on time. The data for a hazard ratio
20 is you see whether somebody had an event or not,
21 and you follow them the amount of time until they
22 have the event. Odds ratios only -- only examine
23 whether you had the event or not. Hazard ratios
24 have a time aspect which is very different than an
25 odds ratio.

Page 162

1    Q  More -- more informative metric, a
2 hazard ratio is a more informative metric if you
3 have it?
4    A  If -- if you have it, yes.
5    Q  Have you ever combined hazard ratios and
6 odds ratio in a meta-analysis before?
7    A  I don't know. I can't remember if I --
8 if I have or not.
9    Q  So your elevated odds ratio of 2.88 does
10 not change whether or not Shrestha existed or not?
11    A  It's -- my analysis of the case-control
12 studies and the Shrestha is what it is. It had
13 certain results. They have a discussion why
14 it's -- you know, they can't rule out a
15 relationship, so that's part of their discussion.
16 And so -- but my data analysis is part of using --
17 is just using case-control studies.
18    Q  You cite Shrestha 2020 in your reliance
19 of materials. Did you read it?
20    A  The big -- the Shrestha, the cohort?
21    Q  The 2020 case study or the cohort, yes.
22    A  Yes, yes, I cite it in my -- I cite it
23 in the body of the paper, too, or the report.
24    Q  You don't cite or refer to any of
25 Shrestha's supplemental data tables in your report

Page 163

1 or in your materials considered?
2    A  Oh, I have them right here. I --
3    Q  The supplemental tables?
4    A  Yes, I have them.
5    Q  You reviewed them?
6    A  Yes.
7    Q  Did they inform your opinions at all?
8    A  They're at Table 8. They have an
9 analysis about -- even further analysis why the
10 Shrestha results are, you know, supportive of what
11 Tanner did, so I printed it out. I looked at
12 those.
13    Q  Did you look at them before you wrote
14 your report?
15    A  When I -- whenever I get a paper and I
16 read it, I always print out the supplemental
17 tables because a lot of the information is in the
18 supplemental tables. Because journals only
19 publish, you know, certain things in -- in the
20 body of the text. The supplemental tables have a
21 lot of -- a lot more information.
22    Q  So if you read Shrestha's supplemental
23 tables, you know that Shrestha reported odds
24 ratios for all of the people in the study,
25 correct?

Page 164

1    A  I would have to look.
2    MS. BELOTT: And I'll mark this as
3 Exhibit 9.
4    (Exhibit 9 was marked for identification
5 and attached to the deposition transcript.)
6 BY MS. BELOTT:
7    Q  So let's take a look at supplemental --
8 and this is the supplemental tables from Shrestha
9 2020. Let's take a look at Shrestha Supplemental
10 Figure 4. And this table is titled "Ever-use of
11 Pesticides Reported at Enrollment and PD in all
12 participants including prevalent cases." And if
13 you look down second from the bottom, it reports
14 on paraquat, correct?
15    A  This is on page 8?
16    Q  Page 8, yes.
17    A  Yes.
18    Q  And Figure 4 reports an odds ratio, not
19 a hazard ratio, correct?
20    A  Table 4, yes.
21    Q  The same type of odds ratio that you
22 included for the seven studies in your
23 meta-analysis, correct?
24    A  Yes.
25    Q  And it reports an association of 1.13

Page 165

1  with a confidence interval of 0.89 to 1.44,
2  correct?
3      A   Correct.
4      Q   So that's not statistically significant,
5  correct?
6      A   It's elevated, yes.
7      Q   It's barely over 1, correct?
8      A   Well, you like .96 as being far below 1.
9  This seems to be --
10     Q   I think I just said --
11     A   -- well above 1.
12     Q   -- below 1, but okay.  It's not
13  statistically significant, correct?
14     A   Using -- using the zero -- or 1 in the
15  confidence band, yes.
16     Q   It includes all of the cases that Tanner
17  confirmed as PD cases, correct?
18     A   I don't know.  I don't know -- yeah, I
19  don't know what -- which are in here.  I would
20  have to study a bit more to know exactly which
21  cases are in here.  I mean, Tanner went through
22  certain phases.  This is -- of -- of AHS.  This
23  had more phases, but I don't know exactly what's
24  in here.
25     Q   You're not aware that Shrestha 2020

Page 166

1  included all of the confirmed Parkinson's disease
2  cases from Tanner?
3      A   I don't know that.  I mean, I'm assuming
4  that would happen, but I don't -- I don't know
5  that.
6      Q   You didn't do anything to analyze it?
7      A   No, I didn't.
8      Q   Tanner had only 23 PD cases that were
9  exposed to paraquat, correct?
10     A   Yes.
11     Q   And Shrestha reporting in Table 4 has
12  103, correct?
13     A   Yes.
14     Q   Over four times as many?
15     A   Are they the same ones?
16     Q   I'm asking you if 100 is over four times
17  higher than 23.
18     A   The numbers are larger, but are they the
19  same people?  That's my question.
20     Q   Okay.  My question is, is 103 over four
21  times greater than 23?
22     A   Yes.
23     Q   Let's look at Shrestha Supplemental
24  Table 5.  "Intensity Weighted Lifetime Days of
25  Pesticide Used Recorded at Enrollment and PD in

Page 167

1  Male Applicators."  Do you see that?
2      A   Yes.
3      Q   And we talked earlier about the
4  Agricultural Health Study's intensity weighted
5  lifetime days algorithm that has been validated,
6  correct?
7      A   Yes.
8      Q   And if we look at page 12 at the bottom
9  for paraquat, this table reports odds ratios, not
10  hazard ratios, correct?
11     A   Yes.
12     Q   Same type of odds ratios that you
13  include for the seven studies in your
14  meta-analysis, correct?
15     A   The odds ratios, yes.
16     Q   We have got three tertiles of exposure
17  classifications, one, two, and three, correct?
18     A   Yes.
19     Q   And for each of the tertiles, the
20  results are not statistically significant,
21  correct?
22     A   Correct.
23     Q   And --
24     A   In comparison to the ever-never, the
25  first tertiles are never, in comparison to the --

Page 168

1  to the never-used category.
2      Q   And tertile 3 represents participants
3  with the highest level of exposure, correct?
4      A   Yes.
5      Q   And for tertile 3, there is an inverse
6  association of 0.74, correct?
7      A   Yes, there's not many subjects there,
8  so ...
9      Q   And the results are not statistically
10  significant, correct?
11     A   Correct.
12     Q   Did you look at this table before you
13  wrote your report?
14     A   I probably did, but I didn't -- I didn't
15  realize that these results were there.  And I
16  would have to really get in -- get into what
17  they're calculating before I would include it.
18     Q   The data in Figure 5 is inconsistent
19  with a dose-response relationship, correct?
20     A   But it's just -- they're variable.  I
21  mean, they have a lot of variants, and so you --
22  there's -- there's nothing significant, so it's
23  not saying there's no dose-response.  It just says
24  we can't find a dose-response.
25     Q   The data in Table 5 does not reflect a

Page 169

1 dose-response relationship for paraquat and
2 Parkinson's disease, correct?
3     A   It says there's -- it says that
4 they're -- it's just sort of a -- nonsignificant
5 across the -- the time periods.  So it's not
6 saying there's no dose-response.  It just says you
7 can't find one.
8     Q   So let me ask it another way.
9         The data in Table 5 does not support
10 your conclusion that there was a dose-response
11 relationship between paraquat exposure and
12 Parkinson's disease, correct?
13    A   Yes, this is one study that -- using --
14 the results from this one study, it -- it doesn't
15 match the studies that I used to find the
16 dose-response.
17    Q   So you didn't factor in the results of
18 Figure 4 or Figure 5 into your analysis, correct?
19    A   No, I didn't.
20    Q   And it didn't factor in in any way to
21 your conclusion that there's an elevated odds
22 ratio of 2.88, correct?
23    A   No.
24    Q   Correct, yes?
25    A   Correct, it didn't enter in.

Page 170

1     Q   It did not.
2         So in your report, when you say that,
3 "Shrestha reported only a hazard ratio," that is
4 an error, correct?
5     A   For -- that's their main analysis.  It's
6 still a cohort study.
7     Q   That wasn't my question.
8         And when you say in your report that
9 Shrestha only reports hazard ratios, that is an
10 error, correct?
11    A   They -- they do report odds ratios, yes.
12    Q   So what is in your report is an error?
13    A   I could have clarified it.  I should
14 have clarified it.
15    Q   But you just discovered these tables
16 today?
17    A   No, no, I have them in my hands right
18 here.  So I didn't -- I didn't include them in my
19 report, but I didn't -- I -- I focused on the
20 hazard ratios from Shrestha.
21    Q   And you didn't consider them in coming
22 to the conclusions in your report?
23    A   It's a --
24        MR. KENNEDY:  With respect to his
25 meta-analysis.

Page 171

1     A   With respect to my meta-analysis.  And,
2 you know, again, these are -- these are numbers
3 from a cohort study so it's a bit different.  They
4 have a different diagnostic criteria, but I did
5 not include these odds ratios in my analysis.
6         MR. KENNEDY:  Is it a good time?
7         MS. BELOTT:  No, I've got a little bit
8 more.
9         MR. KENNEDY:  How much more?  It may be
10 time because we're going to break for lunch if
11 it's more than five minutes.
12        MS. RESIMAN:  We've been going less than
13 an hour, we'll go another ten minutes or so.
14    Q   I'll make it quick.
15        So you said you also excluded Shrestha
16 from your meta-analysis because it did not
17 require -- or because of their PD diagnostic
18 criteria, correct?
19    A   Yes.
20    Q   And you said that they relied on
21 self-report of PD diagnosis, correct?
22    A   It's just a different study.  It's a --
23 it's a cohort study with a different diagnostic
24 criterion.  And it's a cohort and you don't
25 combine cohort and case control.  So that

Page 172

1 wasn't -- the reason for -- the reason for
2 excluding it, there were multiple reasons, as we
3 have talked about, there's multiple reasons, and
4 the cohort issue is one.  The diagnostic criterion
5 relative to what was in Tanner was another reason.
6     Q   Okay.  I understand --
7     A   So it's just a multitude of reasons.
8     Q   -- I understand you have multiple
9 reasons.  I want to focus on the diagnostic
10 criteria reason for excluding for Shrestha, okay?
11 Did you evaluate the criteria that were included
12 in Shrestha?
13    A   You mean the -- I told you about this
14 paper that they wrote about the diagnostic, about
15 the, you know, the self-report data.
16    Q   Okay.  Let's mark Shrestha 2020 as
17 Exhibit 10.
18        (Exhibit 10 was marked for
19 identification and attached to the deposition
20 transcript.)
21 BY MS. BELOTT:
22    Q   Are you aware that Shrestha 2020 has
23 four of the same authors that wrote the Tanner
24 2011 study?
25    A   Yes.

Page 173

1    Q   Let's look at page 3.  It says,
2  "Potential PD cases were identified by self-report
3  in all AHS surveys."
4        Correct?
5    A   Where are you looking at?
6    Q   That first sentence on the -- on page 3.
7    A   Yes.
8    Q   "i.e., a positive response to, has a
9  doctor ever told you that you had been diagnosed
10  with Parkinson's disease."
11       Correct?
12   A   Correct.
13   Q   "Shrestha also linked the national death
14  index and state death registries with PD reported
15  as an underlying or contributing cause of death."
16       Correct?
17   A   Yes.
18   Q   "Self-reported PD cases identified
19  through Phase 2 were previously confirmed by
20  movement disorder specialists as part of the FAME
21  study via structured clinical examinations and
22  medical records."
23       Do you see that?
24   A   Yes.
25   Q   So all of the cases that were confirmed

Page 174

1  in Tanner were considered in Shrestha, correct?
2    A   I don't know if it's all, but -- it
3  doesn't say "all," but --
4    Q   It doesn't say "less than all."
5    A   Exactly.
6    Q   It also notes there that "Tanner
7  confirmed 84 percent of the self-reports from
8  enrollment."
9        Correct?
10   A   Yes.
11   Q   Pretty reliable metric.
12   A   Yes.  That's 84, but it depends which
13  84, but 84 is good.
14   Q   "Between 2012 and 2017, we attempted to
15  validate all potential PD cases."
16       Do you see that?
17   A   Yes.
18   Q   "Each participant with potential
19  Parkinson's disease or their proxy was asked to
20  complete a detailed screening questionnaire on PD
21  diagnosis, symptoms, characteristics, and
22  treatment."
23       Do you see that?
24   A   Yes.
25   Q   So Shrestha attempted to confirm that

Page 175

1  all self-reports of Parkinson's disease were
2  reliable, correct?
3    A   They tried to do something, yes, they
4  should -- which they should.
5    Q   "They also requested consent to obtain
6  medical records from their treating or diagnosing
7  physician."
8        Do you see that?
9    A   Yes.
10   Q   "Screeners were obtained for 510
11  prevalent and incident cases."
12       Correct?
13   A   Yes.
14   Q   "The PD screeners were evaluated by a
15  movement disorder specialist to adjudicate PD
16  status using criteria analogous to clinical
17  diagnostic criteria."
18       Do you see that?
19   A   Yes.
20   Q   So we have movement disorder specialists
21  reviewing medical records and other information
22  from participants to confirm that they have
23  Parkinson's disease, correct?
24   A   Yes.
25   Q   Is that any different from the studies

Page 176

1  that are included in your meta-analysis?
2    A   This is a cohort study.
3    Q   That's not what I'm asking you, sir.
4    I'm asking you if the diagnostic
5  criteria and assessment that is used in Shrestha
6  2020 is any different than the diagnostic criteria
7  and assessment in the -- in the seven studies in
8  your meta-analysis.
9    A   I don't think they got everybody here.
10  They did their best to try to assess, and I think
11  that's great.  But it's a different design.  They
12  couldn't have captured everybody.  And that's what
13  the other paper, the Shrestha paper, is -- that I
14  mentioned is all about.  They -- it's a paper
15  about this section of this article.
16   Q   If you look down to the next paragraph:
17  "We excluded cases without supporting PD symptoms
18  or medications and those who did not provide
19  consistent responses across surveys."
20       Do you see that?
21   A   Yes.
22   Q   So you're not offering the opinion that
23  the diagnostic assessment in Shrestha is less
24  reliable than the diagnostic assessments in the
25  cases included in your meta-analysis, correct?

Page 177

1    A   It's different.  It's just different.
2    Q   Are you offering the opinion that it is
3 less reliable?
4    A   It is just hard -- it's hard to say.
5 It's a different -- different assessment
6 mechanism.  They worked hard to try to, you know,
7 make up for the fact that it's a self-report using
8 these other methods, but it's just a different --
9 different approach.
10    Q   Okay.  Can you explain to me the
11 difference between Firestone where movement
12 disorder specialists reviewed medical records and
13 Shrestha 2020 where movement disorder specialists
14 reviewed medical records and all of these other
15 confirmatory processes that they put into place?
16    A   I think in Firestone, they looked at all
17 of them and it's hard to imagine they looked at
18 all of them in Shrestha.
19    Q   Well, they give you the number.  They
20 looked at 491.
21    A   But that's not all of them.  That's not
22 all of them.
23    Q   If you look at the bottom, "80.6 percent
24 of the 491 cases had some confirmatory information
25 from a validation screener, medical record, FAME

Page 178

1 evaluation, or death certificate."
2       Do you see that?
3    A   Yes.
4    Q   So they were able to confirm for
5 80 percent of the participants.
6    A   Right.
7    Q   Okay.  So can you explain to me the
8 difference between the Firestone diagnostic
9 assessments and the Shrestha 2020 assessments?
10       MR. LANDEVER:  Objection, asked and
11 answered.
12    Q   You can go ahead.
13    A   Well, Firestone did them all, and they
14 only did a subset.
15    Q   And are you opining that the diagnostic
16 assessment that they did do for the 80 percent in
17 Shrestha is less reliable than the diagnostic
18 assessment that they used in Firestone?
19       MR. LANDEVER:  Just because you continue
20 to ask the same question, he does not need to
21 change his answer.
22       MS. BELOTT:  This is a different
23 question.
24       MR. LANDEVER:  It's not a different
25 question.

Page 179

1       MS. BELOTT:  It is a different question.
2       MR. LANDEVER:  It is not a different
3 question.
4 BY MS. BELOTT:
5    Q   Would you like me to repeat it?
6    A   Sure.
7    Q   Are you offering the opinion that the
8 diagnostic assessment that they did for the
9 80 percent of participants in Shrestha is less
10 reliable than the diagnostic assessment that they
11 used in Firestone?
12    A   They're just different procedures.
13    Q   Right.  The one in Shrestha is more
14 comprehensive, correct?
15       MR. LANDEVER:  Objection.
16    A   They don't get everybody.
17    Q   I'm not talking about the people that
18 they didn't confirm.  I'm talking about the
19 80 percent of participants where they did confirm.
20    A   It's just a different protocol.  And in
21 Firestone, they evaluated all the records; and
22 here they had various mechanisms to do -- to
23 evaluate, which is good.  But they're different --
24 different protocols.
25    Q   So you're not saying that one is more

Page 180

1 reliable than the other.
2    A   I think the Firestone looks at
3 everybody.  Here -- I think the mass of all the
4 number of cases, they're so -- it's so large in
5 these studies, they do their best to try to -- to
6 try to, you know, carry out a reputable, good
7 study, but it's just complicated in these large
8 studies.  Firestone was sort of a more limited
9 scope, smaller study, and they could actually do a
10 more comprehensive review.
11    Q   So I understand that Shrestha was only
12 able to confirm a subset of the population, the
13 80 percent, correct?
14    A   That's what it says, yes.
15    Q   And do you think that the process they
16 followed for that 80 percent is reliable?
17    A   I think, you know, they did their best
18 to try to get a diagnosis.
19    Q   Is that, yes, it is reliable; or, no, it
20 is not reliable?
21    A   I would -- I would have to -- I would
22 have to understand it a bit more.
23    Q   You cited it in your report.  You
24 discuss it.  You said you reviewed it.
25    A   But I didn't -- but I didn't go into the

Page 181

1  detail about -- about this section.
2      Q    So it's not a basis that you excluded
3  it, then.
4      A    I haven't excluded it.  I haven't
5  embraced it.  I mean, I just haven't -- I don't
6  have an opinion on it right now.
7      Q    So you're not prepared to give an
8  opinion on whether the diagnostic criteria in
9  Shrestha is reliable or not?
10     A    It's -- I have to think about it a bit
11  more.  I just don't -- I haven't thought through
12  it all the way, what the implications are.
13         MR. KENNEDY:  We're going to break for
14  lunch.
15         MS. BELOTT:  We're in the middle of a
16  line of questioning, so let me just check to see
17  if I have one more question.
18         MR. KENNEDY:  I'll give you one more
19  because this has been going on for an hour with us
20  trying to break for lunch.  It's gotten to the
21  point where I've had to leave during the course of
22  the deposition and come back, which is pushing at
23  the boundaries of being reasonable here.
24         MS. BELOTT:  Yes, we're good.
25         VIDEO TECHNICIAN:  Stand by.

Page 182

1          MR. KENNEDY:  30 minutes?
2          VIDEO TECHNICIAN:  We're going off the
3  record.
4          MS. BELOTT:  That's good.
5          VIDEO TECHNICIAN:  The time is 12:46.
6          (A lunch recess was taken.)
7          VIDEO TECHNICIAN:  We're on the record.
8  The time is 1:21.
9  BY MS. BELOTT:
10     Q    Dr. Wells, you start Section III of your
11  report by reviewing the major systematic reviews
12  of the epidemiological studies on paraquat
13  exposure and PD, correct?
14     A    Yes.
15     Q    And you rely on three prior
16  meta-analyses for your literature search, correct?
17     A    So two -- four, but two are quite the
18  same.  The two Vaccaris are similar.
19     Q    Okay.  You didn't conduct an independent
20  search for studies beyond the studies that were
21  identified in those meta-analyses, correct?
22     A    Correct.
23     Q    Did you review all of the studies cited
24  in those meta-analyses that were excluded?
25     A    I -- I looked through them.  I -- I

Page 183

1  can't say I looked at every one of them, but there
2  are many, many that were excluded.  So in that
3  initial cut, it was very large.  And then there
4  was another cut.  And I looked at some of those,
5  but I didn't go through all of them.
6      Q    You summarize Breckenridge 2016 on
7  page 7 of your report, correct?
8      A    Yes.
9      Q    And you do not include in your report
10  any criticism of Breckenridge's methodology,
11  correct?
12     A    I just reported what they did.  The
13  issue about combining case-control and cohort
14  studies, there's issues with that, but I didn't --
15  I didn't go -- I was just reporting.
16     Q    You didn't --
17     A    I wasn't criticizing.  I was just
18  reporting what they did.
19     Q    Breckenridge concluded that "Overall the
20  epidemiological data are inconsistent across
21  studies, and collectively they do not support a
22  conclusion that a causal relationship exists
23  between exposure to paraquat and Parkinson's
24  disease."
25         Correct?

Page 184

1      A    That's his conclusion.
2      Q    You summarize Tangamornsuksan.
3      A    Can I back up on that?
4          It -- he is making that -- basing that
5  conclusion on a single study.  He's basing that on
6  Firestone.  That's his Tier I studies.  So his
7  conclusion isn't looking at all the studies.  He's
8  just looking at the Firestone study.
9      Q    He reviews all of the studies, correct?
10     A    Yes.
11     Q    And he assesses the risks of bias of all
12  the studies, correct?
13     A    He has a Tier I, Tier II classification.
14     Q    And he pulls an odds ratio for all of
15  the studies, correct?
16     A    Yes.
17     Q    Sorry.  He says -- he assesses the risks
18  of bias of all of those, right.
19     A    Yes.  He discusses all of those, right.
20  And he has a classification scheme of, you know,
21  is it a Tier I or a Tier II study.
22     Q    And his -- his paper was peer-reviewed,
23  correct?
24     A    Yes.
25     Q    And published.

Page 185

1    A    Yes.
2    Q    You summarize Tangamornsuksan 2019 on
3  page 7 of your report, correct?
4    A    Yes.
5    Q    You do not include in your report any
6  criticism of the methodology of that paper?
7    A    No.
8    Q    And the authors conclude that "Objective
9  measurement of paraquat exposure was inadequate,
10  and future studies are needed to focus on exposure
11  assessment, disease progression, and clinical
12  manifestations, thereby providing clues about the
13  mechanism for this insidious disease.
14  Accordingly, further studies to elucidate the
15  effect of paraquat on PD are still warranted,
16  especially studies conducted with high quality of
17  exposure assessments in more refined case
18  studies."
19         Correct?
20    A    Yes.
21    Q    Tang also reports a subgroup analysis
22  for only occupational exposure, correct?
23    A    Let me look here.
24         MR. KENNEDY:  You can look at that
25  paper.

Page 186

1         MS. BELOTT:  I'm marking Exhibit 11.
2  This is titled "Paraquat exposure and Parkinson's
3  disease:  A systematic review and meta-analysis."
4         (Exhibit 11 was marked for identification
5  and attached to the deposition transcript.)
6  BY MS. BELOTT:
7    Q    This is the Tangamornsuksan
8  meta-analysis that you reviewed in your paper,
9  correct?
10    A    Yes.
11    Q    And I would like you to try to pronounce
12  it at least once so I'm not the only one.
13    A    I was going to call it Mr. T.
14         (Laughter and cross talking.)
15         MR. KENNEDY:  We don't do it here.
16    A    That seemed easier.
17         MR. LANDEVER:  I was impressed with your
18  Shrestha pronunciation.
19         MR. KENNEDY:  That's another one.  The R
20  is in the wrong place.
21  BY MS. BELOTT:
22    Q    If you look at Table 6 on page 11?
23    A    Okay.
24    Q    Tang reports a subgroup analysis for
25  only occupational exposure, correct?

Page 187

1    A    Yes.
2    Q    And that odds ratio is 1.22 and not
3  statistically significant, correct?
4    A    It's -- yes, 1.22 with a confidence
5  interval that covers zero -- covers one.
6    Q    So you would agree that's the more
7  relevant data point from -- from this paper, given
8  your focus on occupational exposures in your
9  report, correct?
10    A    Yes.  I -- it would be good to see what
11  studies he looks at, but that's relevant to what
12  I'm doing, yes.
13    Q    You didn't look at those citations when
14  you first reviewed this paper?
15    A    I did, but I can't remember what they
16  are.
17    Q    You don't mention this odds ratio in
18  your paper, correct?
19    A    No, I don't.
20    Q    "The authors also note that they cannot
21  rule out that paraquat is nontoxic but
22  co-associates with other toxic chemicals used in
23  agricultural."
24         Correct?
25    A    Can you see -- show where you are.

Page 188

1    Q    That's on page 12.
2    A    Page 12, what does that translate into,
3  230 what?
4    Q    Mine doesn't have those page numbers.
5  It is the page with the conclusions on it.
6    A    Okay.  Okay.
7    Q    And it's the paragraph that starts with
8  "There seems to be" and the number 1.
9         "Paraquat is nontoxic but co-associates
10  with other toxic chemicals used in agriculture."
11    A    Yes, it says that.
12    Q    You have no basis to dispute that
13  conclusion by Tang.
14    A    It's his observation, yes.
15    Q    They also say that "Animal studies don't
16  support biological plausibility.  Animal
17  experiments have not emulated the long-term,
18  low-level exposures which farmworkers experience."
19         Do you see that?  It's No. 2.
20    A    Yes.
21    Q    And you have no basis to dispute that.
22    A    I haven't investigated animal studies at
23  all.
24    Q    Okay.  You summarize Vaccari on page 8
25  of your report.

Page 189

1    A   Yes.
2    Q   You provide no methodological critiques
3 of Vaccari in your report?
4    A   No.  I'm just reporting -- giving a
5 report of what they did.
6    Q   And Vaccari concludes that "Positive
7 odds ratio estimates indicate a weak association
8 between exposure to paraquat and the occurrence of
9 Parkinson's disease.  The relatively low estimates
10 of risk and low quantity of evidence gathered by
11 this systemic review -- systematic review and
12 meta-analysis do not enable one to propose a
13 definitive conclusion regarding a causal
14 relationship between paraquat and Parkinson's
15 disease."
16        Correct?
17    A   That's what she says.
18    Q   And that's not consistent with your
19 conclusions in this case, correct?
20    A   Correct.
21    Q   Vaccari acknowledged several limitations
22 within and across the epidemiology studies of
23 paraquat exposure and Parkinson's disease.
24        Do you recall those?
25    A   I know he did.  I don't know what they

Page 190

1 are.
2    Q   You don't provide any disagreement in
3 your report with her -- the limitations that she's
4 identified.
5    A   I was just reporting her results.
6    Q   So Breckenridge, Tang, and Vaccari are
7 all published and peer-reviewed, correct?
8    A   Yes.
9    Q   Breckenridge and Vaccari pool odds
10 ratios of case-control and cohort studies
11 together, correct?
12    A   In different ways, but they pool them.
13    Q   Yes?
14    A   Yeah, so they pool -- Vaccari pools
15 the -- pools the case control and then pools with
16 cohort; whereas, Breckenridge pools in all,
17 simultaneously.
18    Q   And all three of the published and
19 peer-reviewed meta-analyses conclude that there is
20 insufficient evidence to support a causal
21 association, correct?
22    A   So Vaccari's is relative to a bigger --
23 a bigger class of studies.  And Mr. T's has the
24 one piece with occupational; but in any of the
25 other parts, he has a elevated odds ratio.

Page 191

1    Q   That wasn't my question.  All three of
2 the published and peer-reviewed meta-analyses
3 conclude that there is insufficient evidence to
4 support a causal association.
5    A   That's what they say.  That's their --
6    Q   So that's inconsistent with your
7 opinions in this case.
8    A   Yes.
9    Q   You also discuss the EPA 2019 review in
10 your report starting on page 10.
11        The EPA concludes that, overall, there
12 is limited but insufficient epidemiological
13 evidence at this time to conclude that there is a
14 clear associative or causal relationship between
15 occupational paraquat exposure and Parkinson's
16 disease; is that right?
17    A   Let me --
18    Q   This is on page 34.
19        MR. KENNEDY:  What's the exhibit number?
20        MS. BELOTT:  I don't remember.
21        THE WITNESS:  It's number 5.
22        MR. KENNEDY:  We got it.  He's got it.
23 It's 5.
24 BY MS. BELOTT:
25    Q   Except it's going to be on page 35.

Page 192

1    A   Okay.  That's what it says.
2    Q   So the EPA also reaches a conclusion
3 that is inconsistent with the conclusion you've
4 reached in this case, correct?
5    A   They say there's -- overall evidence is
6 limited but insufficient, so they say there's
7 evidence.  They don't call it -- they don't call
8 it sufficient at this time.
9    Q   And that is inconsistent with your
10 opinion in this case that there is a causal
11 association, correct?
12    A   One of their -- one of the issues they
13 bring up is this -- this issue about mixing the
14 incidence and prevalence cases.  I think there
15 is -- I shed some light on that issue using the
16 Exponent report.  So, you know, I have some --
17 some issue about -- I address one of their main
18 issues, but this is their conclusion at the time
19 they wrote it.
20    Q   The EPA also revisited their decision
21 after Shrestha 2020.  Are you aware of that?
22    A   No, I don't know that.
23        MS. BELOTT:  It's literally in my lap.
24 So I'll mark this as Exhibit 12.  This is a
25 printout of the EPA website.  The title of the

Page 193

1 page is "Paraquat Dichloride."
2      (Exhibit 12 was marked for
3 identification and attached to the deposition
4 transcript.)
5      (Discussion off the stenographic record.)
6 BY MS. BELOTT:
7      Q   If you turn to page 3, the sentence
8 right before -- or the paragraph right before
9 "Ecological Health."
10     A   Okay.
11     Q   "EPA evaluated hundreds of studies,
12 including published toxicity and epidemiology
13 literature on paraquat exposure and adverse health
14 outcomes, including Parkinson's disease. There
15 are many studies on paraquat and Parkinson's
16 disease that range in quality and provide
17 conflicting results. Following EPA's 2019
18 literature review, an updated study of the
19 Agricultural Health Study cohort was published in
20 2020 that reported no association between paraquat
21 exposure and Parkinson's disease. Notably, this
22 updated study did not replicate earlier 2011
23 findings from AHS. After a thorough review of the
24 best available science as required under FIFRA,
25 EPA has not found a clear link between paraquat

Page 194

1 exposure from labeled uses and adverse health
2 outcomes, such as Parkinson's disease and cancer."
3      Did I read that correctly?
4      A   Yes.
5      Q   So EPA updated their analysis after
6 Shrestha 2020 to conclude that there's no
7 association between paraquat exposure and
8 Parkinson's disease, correct?
9      A   And cancer, right. And -- yeah, if I
10 would -- I would like to read the -- was there
11 extra information? This was just a -- this is the
12 only information that they have, or do they have a
13 report that goes with this?
14     Q   Did you review anything?
15     A   No. I didn't see it. I didn't see it.
16 That's my question.
17     MR. KENNEDY:   Just to be clear, you --
18 when you read that, you said they reaffirmed the
19 finding of no association; and this says "no clear
20 link," just to be clear as to what the document
21 says.
22     MS. RESIMAN:   She got it right in the
23 record.
24     Q   Also cite to Weed 2021 on page 6 of your
25 report. Did you read that paper?

Page 195

1      A   Yes.
2      Q   Weed 2021 is a peer-reviewed review of
3 reviews, correct?
4      A   Correct.
5      Q   So Weed reviewed other publications that
6 have conducted meta-analyses regarding paraquat
7 and Parkinson's disease, correct?
8      A   Correct.
9      Q   And Weed concludes that "No author of
10 any published review stated that it has been
11 established that exposure to paraquat causes
12 Parkinson's disease, regardless of methods used
13 and independent of funding sources. A consensus
14 exists in the scientific community that the
15 available evidence does not warrant a claim that
16 paraquat causes Parkinson's disease."
17     Did I read that correctly?
18     A   I don't have it.
19     Q   Exhibit 13, "Does paraquat cause
20 Parkinson's disease? A review of reviews," by
21 Douglas Weed, dated 2021.
22     (Exhibit 13 was marked for
23 identification and attached to the deposition
24 transcript.)
25

Page 196

1 BY MS. BELOTT:
2      Q   And if you look at the abstract, a
3 little more than halfway down, "No author of any
4 published review stated that it has been
5 established that exposure to paraquat causes
6 Parkinson's disease, regardless of methods used
7 and independent of funding source. A consensus
8 exists in the scientific community that the
9 available evidence does not warrant a claim that
10 paraquat causes Parkinson's disease."
11     Did I read that correctly?
12     A   Yes.
13     Q   So in addition to the three
14 peer-reviewed and published meta-analysis --
15 meta-analyses, the EPA review, and the Weed 2021
16 review all reach a conclusion that is inconsistent
17 with the conclusion you've reached in this case,
18 correct?
19     A   Yeah, they're inconsistent, but he's
20 looking at different studies. He's looking at
21 all -- all types of studies.
22     Q   More studies than you looked at,
23 correct?
24     A   But not as focused as -- no.
25     Q   All right. Let's switch gears and look

Page 197

1 at some more studies that you included.
2        You include Firestone 2010 in your
3 meta-analysis, correct?
4    A   Yes.
5        MS. BELOTT:  Mark this as Exhibit 14.
6        (Exhibit 14 was marked for
7 identification and attached to the deposition
8 transcript.)
9 BY MS. BELOTT:
10    Q   Firestone is a population-based,
11 case-controlled study out of Washington state,
12 correct?
13    A   I believe that's -- let me get it --
14 yes.
15    Q   And Firestone did not find any potential
16 PD risk from exposure to paraquat, correct?
17    A   Let me look at -- no.
18    Q   Firestone reported an odds ratio of 0.9
19 with a confidence interval of .1 to 5.43, correct?
20    A   Yes.
21    Q   So that's not statistically significant?
22    A   It's just a very wide confidence
23 interval.
24    Q   So Firestone 2010 alone would be an
25 absence of evidence that exposure to paraquat is

Page 198

1 associated with Parkinson's disease, correct?
2    A   Yes.  There's no evidence.  They have a
3 very wide confidence interval.  Their results are
4 far below one and high above one, so it's a small
5 study.
6    Q   In your meta-analysis, you use the odds
7 ratio of 1.67 with a confidence interval of .22 to
8 12.76.
9    A   Yes.  I use a Fisher exact test
10 procedure.  Like, I think that's what Vaccari did,
11 and Mr. T also used that procedure.
12    Q   Where in your report do you describe the
13 process that you undertook to calculate the odds
14 ratio for Firestone?
15    A   I think that's what the other ones did.
16 They used that.
17    Q   My question was, where in your report do
18 you describe the process that you undertook to
19 calculate the odds ratio for Firestone?
20    A   I think in the -- yeah, I -- I don't
21 mention it.
22        THE REPORTER:  I'm sorry?
23        THE WITNESS:  I don't mention it.
24    Q   All right.  Are you -- so let's look at
25 Tang.  Do you have Tang in front of you still?

Page 199

1        The odds ratio that Tang reports for
2 Firestone is 0.87 with a confidence interval of
3 0.14 to 5.22.
4        If you're on Tang, I'm looking at
5 page 9.
6    A   Okay.  I see it.
7    Q   So that's a different odds ratio than
8 the one you used in your meta-analysis, correct?
9    A   Yes.
10    Q   Let's look at Vaccari.
11        Vaccari reports an odds ratio for
12 Firestone that is 0.87 with a confidence interval
13 of 0.14 to 5.22.  This is on page 190.
14    A   Okay.
15    Q   That's not -- that's different from the
16 odds ratio that you report in your meta-analysis,
17 correct?
18    A   Yes.
19    Q   Let's look at Breckenridge.
20        Breckenridge uses an odds ratio of .9 --
21        MS. BELOTT:  Oh, marking Breckenridge as
22 Exhibit 15.
23        (Exhibit 15 was marked for
24 identification and attached to the deposition
25 transcript.)

Page 200

1 BY MS. BELOTT:
2    Q   And if you take a look at page 23.
3    A   Okay.
4    Q   And that's different from the odds ratio
5 that you use in your meta-analysis, correct?
6    A   Yes.  Let me look at -- okay.
7    Q   So is that an error?
8    A   Yeah, I must have used the Firestone
9 above, the 2005 Firestone.
10    Q   Okay.  So your --
11    A   That was the number -- that was the --
12 yeah, that matches my number.
13    Q   So there's an error in Figure 4 with the
14 Firestone --
15    A   Yeah, I would have to look at what I --
16 what I did.  So I looked -- I took the Firestone
17 off the 2005 cite.
18    Q   And the odds ratio that you used is
19 higher than the odds ratio for Firestone in 2010,
20 correct?
21    A   Yes.
22    Q   And the confidence interval that you
23 used is much wider than the confidence interval
24 for Firestone 2010, correct?
25    A   Yes.

Page 201

1    Q    So if you had applied the correct odds
2   ratio with the correct confidence interval, that
3   would have lowered your meta-analysis, correct?
4    A    Slightly.
5    Q    Including the erroneous confidence
6   interval means that Firestone was given less
7   weight than it otherwise would have received,
8   correct?
9    A    That's not clear.  I don't know that.  I
10  can recalculate it.
11   Q    Your meta-analysis in Figure 4 is a
12  fixed-effect meta-analysis, correct?
13   A    Yes.
14   Q    So the weighting of the studies depends
15  only on the confidence interval, correct?
16   A    Yes.
17   Q    So if the confidence interval that you
18  use is wider, then the weighting would be higher
19  than otherwise, correct?
20   A    But then you have to look at what the
21  new estimate is.  There are other things you have
22  to look at.  So it's something to calculate.
23   Q    Firestone did not adjust for family
24  history or exposure to other pesticides, correct?
25   A    Correct.

Page 202

1    Q    You don't know --
2    A    In the -- in the Firestone 2010; but in
3   the previous one, he did.  He tested for it, yes.
4   Okay, yeah.
5    Q    I'm sorry.  Firestone did not --
6   Firestone 2010, the study that you include in your
7   meta-analysis, did not adjust for family history
8   or exposure to other pesticides, correct?
9        MR. KENNEDY:  One second.  I think we
10  just established he used '05.
11   A    I used '05, right.
12       MR. KENNEDY:  He used '05.
13   Q    Intention- -- did you intentionally
14  include Firestone 2005 in your meta-analysis?
15   A    No.  It was --
16   Q    It was an error.
17   A    I transcribed it wrong.
18       MR. KENNEDY:  You used the numbers
19  from '05.
20       THE WITNESS:  Yes.
21       MR. KENNEDY:  So you used '05.
22       THE WITNESS:  I used '05, not '10.
23  BY MS. BELOTT:
24   Q    My question is, does Firestone 2010
25  control for family history or co -- exposure to

Page 203

1   other pesticides?
2    A    Let me look.
3        Age, ethnicity, and smoking.
4    Q    So no?
5    A    That's what it controls for.  That's
6   what it says.
7    Q    You did not discuss in your report the
8   impact of controlling for these factors or failing
9   to control for these factors in the Firestone
10  study, correct?
11   A    No, no.
12   Q    Firestone also looked at dose-response.
13       MR. KENNEDY:  Are we talking about '10
14  or '05?
15   Q    Firestone 2010, the study you intended
16  to include in your meta-analysis, did not --
17  looked at dose-response, correct?
18       If you want to look at page 218.
19   A    Okay.
20   Q    On the right-hand column, first full
21  paragraph, the second sentence, "We also
22  considered cumulative job durations as ordinal
23  variables choosing the ten-year mark as a
24  convenient and somewhat intuitive boundary for
25  short- versus long-term employment.  These

Page 204

1   analyses did not reveal meaningful trends."
2        Did I read that correctly?
3    A    That's overall exposure, not -- not
4   broken down by anything.  It says "overall."  It's
5   not specific to paraquat.  That's the overall
6   question.
7    Q    Do you know whether Firestone reports on
8   dose-response for paraquat?
9    A    I don't think they have enough -- enough
10  cases and controls to be able to do that.
11   Q    Firestone was a retrospective study,
12  correct?
13   A    Yes, it was.
14   Q    So that means its exposure assessments
15  may be subject to recall bias, correct?
16   A    We don't know that.  It's a -- it's
17  something that they would have to investigate.
18   Q    And you didn't independently investigate
19  whether Firestone is subject to recall bias,
20  correct?
21   A    No, I didn't.
22   Q    Let's look at Hertzman 1994.
23       So Firestone, we talked about the
24  diagnostic criteria.  You confirmed that Firestone
25  met your -- you included Firestone even though

Page 205

1 they didn't have in-person evaluations by movement
2 disorder specialists, correct?
3      A    Correct.  They had another protocol for
4 examining the records.
5      Q    And so your decision to include
6 Firestone in your meta-analysis was based on your
7 holistic, unwritten protocol, correct?
8      A    The way I'm looking at all the studies,
9 yes.
10         MS. BELOTT:  Exhibit 16, Hertzman 1994.
11         (Exhibit 16 was marked for
12 identification and attached to the deposition
13 transcript.)
14 BY MS. BELOTT:
15      Q    You included Hertzman in your
16 meta-analysis, correct?
17      A    Yes.
18      Q    Hertzman is a populated-based
19 case-control study out of British Columbia?
20      A    Yes.
21      Q    And Hertzman reported two odds ratios
22 for paraquat exposure based on the two different
23 control groups that it utilized, correct?
24      A    Yes.
25      Q    You would agree that the controls pooled

Page 206

1 from chronic disease patients are a more reliable
2 comparator group than the voters, correct?
3      A    No.
4      Q    Well, the purpose of including those
5 chronic disease patients was to avoid recall bias,
6 correct?
7      A    That's a bad control group because they
8 have common -- common diseases, so I think that's
9 a -- you don't want to have the control group and
10 the -- and the treatment group overlap too much,
11 so I don't think that's a good -- good control
12 group.
13      Q    How did the treatment groups overlap?
14      A    They're sick people.  They have coronary
15 heart disease versus -- and the other group has
16 PD, so they're sick people.  The other voter group
17 is a group of healthy people, and the healthy
18 people are a better control group than the chronic
19 -- the heart people -- the heart disease people.
20      Q    If you look on page 70, "Patients with
21 chronic disease, such as idiopathic Parkinson's
22 disease, may be more introspective and, therefore,
23 more likely to identify past events and exposures
24 to possible etiologic agents.  We, therefore,
25 chose a second control group of patients with

Page 207

1 chronic CD.  These patients were recruited from
2 physicians in the same way IP patients were
3 recruited."
4         Do you have any basis to dispute that?
5      A    That's what they did.
6      Q    So you think that recruiting other sick
7 patients makes this study -- makes that comparator
8 group unreliable?
9      A    It was just a -- they both have health
10 issues, and it's not a good treatment group.
11      Q    Not a good -- not a good control group.
12      A    Not a good control group, right.
13      Q    Do you recall what the control group was
14 in Liou?
15      A    There are also people from the -- from
16 the hospital.  Let me look at their --
17      Q    Also sick patients, correct?
18      A    Let me look at their -- they're
19 recruited from the neurological or medical
20 outpatient clinics at St. Luke's Hospital.
21      Q    So the controls in Liou also suffer from
22 the same issue that you just flagged for Hertzman,
23 correct?
24      A    Yes, they're -- they -- I was talking
25 between the choice of the voter control group in

Page 208

1 Hertzman and the sick group, I think the voter
2 group is better.
3      Q    So it was a negative for Hertzman, but
4 you didn't flag it as a negative for Liou,
5 correct?
6      A    He -- there's a choice in Hertzman,
7 which one to use.  In Liou, that's the control --
8 the control group they chose.
9      Q    But in your words, it's still a bad
10 control group, correct?
11      A    And they -- you want to get control --
12 or the subjects are quite different.  They don't
13 have the health challenges.
14      Q    And was examination of where you pooled
15 the control group from part of your holistic,
16 unwritten protocol?
17      A    Yeah.  I looked -- looked at the control
18 group, certainly looked at the control group.
19      Q    Because we have Liou out, let's just
20 take a look at page 1584, the bottom.
21         "Patients with atypical features
22 suggesting a multiple-system atrophy or secondary
23 causes of Parkinsonism, including drug, infection,
24 tumor, previous cerebrovascular accident, or known
25 toxins were excluded."

Page 209

1        Did you see that?
2    A    Yes.
3    Q    Do you know what cerebrovascular
4 accident means?
5    A    Probably a stroke.
6    Q    So Liou excluded from its PD cases
7 anyone that had a stroke?
8    A    Yes.
9    Q    So does -- that would mean that any
10 plaintiff that had a stroke would have been
11 excluded from the Liou study population, correct?
12    A    It would be good to know the specifics
13 of the stroke, what type of cerebrovascular event
14 it was, but they were excluded from this -- from
15 this group.
16    Q    So that would mean they would be
17 excluded from Liou as well, correct?
18    A    It's very general here, so it would be
19 good to know what kind of cerebrovascular event it
20 was, but we don't know what it is here.
21    Q    So if they were excluded from Liou, does
22 that mean that your 2.88 elevated odds ratio
23 wouldn't apply to them?
24    A    I don't know.  I -- I would think it
25 still would be because they're -- they could

Page 210

1 possibly be in the other -- in the other groups.
2 I don't -- I would still say they would -- it
3 still accounts -- it still would account for that
4 group because they could have been in all the
5 other studies too.  They were not looking at one
6 study at a time.  They were looking at a set of
7 studies.  But I just don't know what type of
8 cerebrovascular -- what type of stroke it was.
9    Q    All the other studies that you included
10 in your meta-analysis were only weighted
11 25 percent, correct -- less than 25 percent?
12    A    That was the -- that was the weight,
13 yes.  The control patients in Liou, it says that
14 they recruited from outpatient clinics, with
15 headaches, back pain, spondylitis.  So they're --
16 they're very different than cardiac patients.
17    Q    So if a plaintiff doesn't meet the
18 diagnostic criteria in Liou but meets the
19 diagnostic criteria in one of the other six
20 studies in your meta-analysis, the 2.88 elevated
21 odds ratio would apply to them.
22    A    It had -- would be good to know what
23 kind of -- what kind of -- what the exclusion
24 criteria was, how it fits for that particular
25 plaintiff.  I don't know that.

Page 211

1    Q    So we would need your expertise to
2 figure that out.
3    A    Or -- or some expertise of a doctor that
4 would actually be able to quantify what kind of
5 cerebrovascular event it was.
6    Q    All right.  Let's go back to Hertzman.
7 Both of the odds ratios that Hertzman reports are
8 not statistically significant, correct?
9    A    Yes.
10    Q    So the Hertzman study alone would be an
11 absence of evidence that exposure to paraquat is
12 associated with Parkinson's disease, correct?
13    A    Both small, small -- small studies.
14    Q    In your meta-analysis, you include an
15 odds ratio of 1.43 and a much wider confidence
16 interval of .33 to 7.04.  Is that correct?
17    A    Yes.
18    Q    Is that an error as well?
19    A    No.  I used the voter group as a -- as
20 the -- as a control group, not the CD group.  But
21 I also added the women in this study because they
22 had women in this study.  These are for the men
23 only.  I used the denominator that actually used
24 the women as well as the men.
25    Q    So you calculated your own odds ratio?

Page 212

1    A    Yes.
2    Q    So that would be a crude odds ratio that
3 you included in your meta-analysis that is not
4 adjusted for any covariants?
5    A    They didn't need to do that either.
6    Q    Okay.  And where in your report would I
7 find a description of how you calculated this odds
8 ratio?
9    A    Probably not written yet.
10    Q    And where in your report would I find a
11 rationale for including the women in your odds
12 ratio?
13    A    I didn't write it down.
14    Q    So walk me through how you came to that
15 calculation.
16    A    So you know the number of events for the
17 voters.  You know the number of IP events.  You
18 know the number of women and the number of men, so
19 you can set up the -- the cross-classification
20 here, the number of men, the number of women.  You
21 know the -- the total for each of the groups and
22 you know the number of events, so you can
23 calculate a Fisher's exact test.
24    Q    Does anywhere in this study -- withdraw
25 that.

Page 213

1       Were the women in this study exposed to
2  paraquat in an occupational setting?
3     A    It gives them -- they're part of the --
4  they're part of the group that they're listing.
5  They're looking at --
6     Q    My question --
7     A    -- men and women.
8     Q    My question is, were the women in the
9  group exposed to paraquat in an occupational
10 setting?
11    A    I don't see where it says they're --
12 they're not.
13    Q    Can you identify for me in the paper
14 where it gives you the number of women that were
15 exposed to paraquat?
16    A    It just says the numbers are small so I
17 said zero.
18    Q    So you just made that assumption?
19    A    Made it zero, yeah, this --
20    Q    And making that assumption made the
21 confidence interval much larger than the one
22 reported in the paper, correct?
23    A    Yes, it's much more noisy, right.
24    Q    If you look at Table 4, it says that,
25 "30 women were exposed to insecticides, 12 women

Page 214

1  were exposed to herbicides, and 5 women were
2  exposed to fungicides."
3       You assumed that no one out of that
4  almost 50 women were exposed to paraquat, correct?
5     A    Yes.
6     Q    And that decision drove the odds ratio
7  up in Hertzman, correct?
8     A    I think it -- in Tangamornsuksan it is
9  larger and in Vaccari it was smaller.
10    Q    My question is, that decision drove the
11 odds ratio that was reported in Hertzman up, made
12 it higher, correct?
13    A    He was just looking at -- it was
14 slightly up.  Just slightly up.
15    Q    And what was your basis for making that
16 decision?
17    A    Because they had men and women in the
18 study, and this is just for men.
19    Q    But they didn't report the numbers for
20 the women.
21    A    And they said that for women there are
22 too few reports to merit the analysis and that
23 variable, so that -- so they're very small, so
24 zero --
25    Q    So you just figured you'd make it zero.

Page 215

1     A    -- zero is conservative.
2     Q    But you have no idea how many women were
3  exposed to paraquat and had Parkinson's disease,
4  correct?
5     A    No.  That's why I did a conservative
6  analysis.
7     Q    Hertzman also investigated
8  dose-response?
9       I'm on page 71.  They note, "We
10 investigated the duration of exposure, the number
11 of days the pesticide was contacted per year
12 multiplied by the number of years the pesticide
13 was used.  For chemicals that more than ten
14 individuals reported using, there was no
15 duration-response relationship."
16      Do you see that?
17    A    Yes.
18    Q    You didn't consider that fact in
19 assessing where there -- whether there was a
20 dose-response relationship for paraquat, correct?
21    A    You don't have the numbers so I didn't
22 do any calculation -- didn't enter any
23 calculations.
24    Q    So you didn't consider it in your
25 analysis?

Page 216

1     A    I didn't have the numbers to do any
2  calculation.
3     Q    You didn't reference that data point in
4  your report, correct?
5     A    No, I didn't.
6       MS. BELOTT:  Somebody on Zoom has their
7  sound on.  Thank you.
8     Q    Hertzman did not adjust for smoking,
9  head trauma, family history, socioeconomic status,
10 or exposure to other chemicals, correct?
11    A    Correct.
12    Q    You do not discuss that limitation in
13 your report, correct?
14    A    It's in the paper.  I mean, I -- there's
15 so few cases it would be hard to control for -- it
16 would be hard to control for these possible
17 confounders when you have so few observations.  It
18 wouldn't be a stable estimation.
19    Q    My question was, you don't discuss that
20 limitation in your report, correct?
21    A    No, I don't.
22    Q    You don't discuss any of the limitations
23 for Hertzman in your report, correct?
24    A    Correct.
25    Q    Hertzman collects exposure data

Page 217

1 retrospectively, correct?
2    A    Yes.
3    Q    And so that means it's subject to recall
4 bias?
5    A    You -- you don't know that.  We don't
6 know -- it's -- it's a retrospective study.
7    Q    You did nothing to independently
8 evaluate whether Hertzman suffers from recall
9 bias, correct?
10   A    Yeah, I don't have the data.
11       (Exhibit 17 was marked for identification
12 and attached to the deposition transcript.)
13 BY MS. BELOTT:
14   Q    Kuopio 1999, marking as Exhibit 17.  You
15 include Kuopio 1999 in your meta-analysis,
16 correct?
17   A    Yes.
18   Q    And Kuopio is a population-based
19 case-control study out of Finland, correct?
20   A    Yes.
21   Q    And Kuopio did not report an odds ratio
22 for exposure to paraquat and Parkinson's disease,
23 correct?
24   A    He didn't report one but he gave the
25 numbers to do the calculation.

Page 218

1    Q    And he noted that only three cases and
2 five controls recalled the use of
3 paraquat-containing agents, correct?
4    A    Yes.
5    Q    So very small numbers, correct?
6    A    Like Hertzman.
7    Q    So you calculated this odds ratio
8 yourself, correct?
9    A    Yes, as did other people that included
10 the study.
11   Q    And the odds ratio is 1.21 with a
12 confidence interval of 0.18 to 6.31, correct?
13   A    Yes.
14   Q    So not statistically significant?
15   A    It's a wide confidence interval.
16   Q    So this study alone would be in absence
17 of evidence that exposure to paraquat is
18 associated with Parkinson's disease, correct?
19   A    That there's no evidence to show.
20 There's no -- it -- it's a null -- null result --
21   Q    So you did nothing --
22   A    -- with a very wide confidence interval.
23   Q    You did nothing to evaluate the
24 covariates that were controlled for in Kuopio
25 1999, correct?

Page 219

1    A    There's not enough -- not enough data to
2 do anything.
3    Q    Kuopio collects exposure data
4 retrospectively, correct?
5    A    Yes.
6    Q    And that means it's potentially
7 susceptible to recall bias?
8    A    The same issue as before.
9    Q    So that answer is yes?
10   A    We don't -- we don't know.
11   Q    And you did nothing to independently
12 assess whether Kuopio suffers from recall bias,
13 correct?
14   A    No, I don't have the data.
15   Q    So you didn't do anything with it?
16   A    I didn't do anything -- there's no way
17 to check.
18   Q    Did you consider -- did you evaluate
19 whether Kuopio provided sufficient detail to
20 determine that exposure to paraquat preceded the
21 onset of Parkinson's disease in the cases?
22   A    Let me look.
23       Can you ask your question again, please?
24   Q    You did nothing to evaluate whether
25 Kuopio provided sufficient detail to determine

Page 220

1 that exposure to paraquat preceded the onset of
2 Parkinson's disease in cases?
3    A    I mean, it's -- they designed a study so
4 I'm sure they -- they did their best to try to get
5 the temporality right, but it is a retrospective
6 study, and that happens with -- you know, things
7 happen with the design, but I'm sure they -- they
8 made a great effort to be sure that they're --
9 they got the -- the temporality right.
10   Q    So you're giving the authors the benefit
11 of the doubt?
12   A    Yes.
13   Q    Dhillon 2008, Exhibit 18.  You include
14 Dhillon 2008 in your meta-analysis, correct?
15   A    Correct.
16       (Exhibit 18 was marked for
17 identification and attached to the deposition
18 transcript.)
19 BY MS. BELOTT:
20   Q    Dhillon is a hospital-based case-control
21 study out of East Texas, correct?
22   A    Yes.
23   Q    And Dhillon does not find a
24 statistically significant association for ever-use
25 of paraquat and Parkinson's disease, correct?

Page 221

1    A    Correct.
2    Q    It's a very large confidence interval,
3 correct?
4    A    Correct.
5    Q    The Dhillon study alone would be an
6 absence of evidence that exposure to paraquat is
7 associated with Parkinson's disease, correct?
8    A    It's a very wide confidence interval.
9 It's -- it's you know, a high chance or a low
10 chance.  It's a large confidence interval.
11    Q    So it's an absence of evidence?
12    A    There's no -- we do not have any
13 evidence because it's a wide confidence interval.
14    Q    You did nothing to evaluate the
15 covariates that were controlled for in Dhillon
16 when you included it in your meta-analysis,
17 correct?
18    A    Let me look at what they controlled for.
19       I don't see where they controlled for
20 it.
21    Q    If you look on page 46, the last
22 sentence on the left-hand column before the "In
23 conclusion" paragraph, "In addition, statistical
24 analysis did not control for potential
25 confounding."

Page 222

1       Do you see that?
2    A    They did not control.
3    Q    So they didn't even control for age,
4 correct?
5    A    Correct.
6    Q    Or sex, correct?
7    A    Yeah.  They don't have enough data to do
8 that.
9    Q    So you didn't evaluate that when you
10 included it in your meta-analysis, correct?
11    A    No, I didn't.
12    Q    Dhillon is a retrospective study,
13 correct?
14    A    Yes.
15    Q    Meaning that it is potentially
16 susceptible to recall bias?
17    A    Yes, it is a retrospective study.
18    Q    And you did nothing to evaluate
19 independently whether Dhillon suffered from recall
20 bias, correct?
21    A    Correct.  We can't do that, not without
22 data.
23    Q    And did you evaluate whether Dhillon
24 provides sufficient information to determine that
25 the exposure to paraquat preceded the onset of

Page 223

1 Parkinson's disease?
2    A    Again, they designed the study, and so
3 I'm sure they -- they were -- they had an intent
4 to make sure the temporality is correct.
5    Q    So giving them that benefit of the
6 doubt?
7    A    Yes.
8       MS. BELOTT:  Let's look at Rugbjerg 2011
9 R-U-G-B-G-E-R -- R-U-G-B-J-E-R-G.  This is
10 Exhibit 19.
11       (Exhibit 19 was marked for
12 identification and attached to the deposition
13 transcript.)
14 BY MS. BELOTT:
15    Q    You include Rugbjerg in your 2011 --
16 Rugbjerg 2011 in your meta-analysis, correct?
17    A    Yes.
18    Q    Rugbjerg is a population-based
19 case-control study out of British Columbia,
20 correct?
21    A    Yes.
22    Q    Rugbjerg did not report an odds ratio
23 for paraquat, correct?
24    A    Correct.  Yeah, I did.
25    Q    You calculated one yourself.

Page 224

1    A    Yes.
2    Q    And the result was not statistically
3 significant, correct?
4    A    Correct.
5    Q    So this study alone would be an absence
6 of evidence that exposure to paraquat is
7 associated with Parkinson's disease, correct?
8    A    It's just one study, yes.
9    Q    Did you confirm that Rugbjerg met your
10 criteria with respect to PD diagnosis?
11    A    Let me look back here.
12       Right.  They had a detailed list of
13 inclusion criteria.
14    Q    There was no in-person exam by a
15 movement disorder specialist in Rugbjerg, correct?
16    A    They have exam, in-person physical
17 exams.
18    Q    But not by a movement disorder
19 specialist, correct?
20    A    By a neurologist with specialty in
21 movement disorders.
22    Q    So the neurologist reviewed the --
23 reviewed the paper but didn't conduct the
24 in-person exam, correct?
25    A    It says the -- had in-person physical

Page 225

1 exam, employing a checklist and record of symptoms
2 reviewed by a neurologist with a specialty in
3 movement disorders.
4    Q    Correct.  So did the movement -- the
5 specialty movement disorder neurologist reviewed
6 the checklist but didn't actually attend the
7 in-person exam?
8    A    "He was taking a drug known for
9 specified Parkinson's disease, had an in-person
10 exam, physical assessment employing a checklist
11 and record of symptoms reviewed by a neurologist
12 in specialty in movement disorder."  It's not
13 clear whether they were there or not or they just
14 looked at a list.
15    Q    But it meets your criteria.
16    A    Yes.
17    Q    So you don't know one way or the other
18 whether the movement disorder specialist attended
19 the exam.
20    A    They were -- they were involved with
21 the -- in the diagnostic process.
22    Q    You did nothing to evaluate the
23 covariates that were controlled for in Rugbjerg
24 when you included this study in your
25 meta-analysis, correct?

Page 226

1    A    Yeah, the -- there's not enough data to
2 use the controls.
3    Q    And Rugbjerg collects exposure
4 information retrospectively, correct?
5    A    Yes.
6    Q    So it's susceptible or potentially
7 susceptible to recall bias, correct?
8    A    Same.  That's retroactive --
9 retrospective studies.
10    Q    So yes?
11    A    Yes.
12    Q    And you did nothing to independently
13 evaluate whether Rugbjerg is susceptible to recall
14 bias, correct?
15    A    There's no way to -- I don't have the
16 data to do that.
17    Q    Rugbjerg provides data on recall bias,
18 correct?  Did you review that?
19    A    I looked at it.  I would have to refresh
20 my --
21    Q    If you look on page 433, the first
22 column, first full paragraph, "Our results raise
23 the question of whether the prior studies may have
24 been subject to recall bias."
25        Do you see that?

Page 227

1    A    Yes.
2    Q    "Previous studies that, like ours,
3 obtained information on exposure to pesticides
4 from interviews have this potential."
5        Did I read that correctly?
6    A    Yes.
7    Q    You have no basis to challenge these
8 conclusions from Rugbjerg, correct?
9    A    No.  That's what they say.
10    Q    And if you look at page 432, bottom of
11 the first column:  "Two patterns suggested the
12 potential for recall bias to explain at least a
13 portion of the observed associations between
14 pesticide exposure and Parkinson's disease.
15 Decreases in risk between self-reported and
16 hygiene-reviewed exposures and decreases in risk
17 after judgment for participants' belief that
18 chemicals were a cause."
19        Do you see that?
20    A    Yes.
21    Q    "And 27.5 percent of Parkinson's disease
22 cases believed that chemicals, including
23 pesticides, caused their Parkinson's disease."
24        Correct?
25    A    Yes.  That's what it says.

Page 228

1    Q    That's compared to just 10 percent of
2 controls, correct?
3    A    10.6, yes.
4    Q    So the fact that more cases than
5 controls believed that chemicals, including
6 pesticides, are a cause of Parkinson's disease is
7 evidence of potential recall bias, correct?
8    A    It suggests it, but it's not evidence.
9    Q    And when they control for a person's
10 belief regarding chemical causation, the risk
11 estimates for pesticide exposure is decreased,
12 correct?
13    A    Slightly.
14    Q    But they decreased, correct?
15    A    They decrease but not significantly, but
16 they decrease.
17    Q    You have no basis to dispute these
18 findings in Rugbjerg, correct?
19    A    No.  That's what they say.
20    Q    Let's look at Shrestha supplemental
21 Table 8.  Do you have that?
22        MR. KENNEDY:  We've been going over an
23 hour.  Time for a break?
24        MS. BELOTT:  This one will be fairly
25 quick.  I can get it done in --

Page 229

1      MR. KENNEDY:  Go for it.
2      MS. BELOTT:  -- six minutes if I can
3 find it.
4 BY MS. BELOTT:
5   Q    Okay.  Have you reviewed Shrestha
6 Supplemental Table 8 before?
7   A   Yes, I have.
8   Q    Table 8 examines whether the FAME
9 questionnaire could have been susceptible to
10 recall bias, correct?
11   A   Yes.
12   Q    So if we look at the numbers for
13 paraquat in the bottom two columns -- two rows, it
14 shows that 11 participants, or 15.5 percent of
15 cases, reported that they were "unexposed at
16 enrollment and changed their answers to exposed to
17 paraquat at FAME."
18      Do you see that?
19   A   Yes.
20   Q    And for controls, 5.3 percent reported
21 that they were unexposed at enrollment and exposed
22 at FAME.
23      Do you see that?
24   A   Yes.
25   Q    So cases were three times as likely to

Page 230

1 change their exposure status after being
2 diagnosed, correct?
3   A   That's what it says, yes.
4   Q    Okay.  This is one potential -- one
5 potential explanation for that is recall bias,
6 correct?
7   A   One could be, but it could probably be
8 other ones, but ...
9   Q    Can you think of any other explanation?
10   A   No.  There's sort of different
11 classifications.  I mean, that's -- that's one of
12 the -- the simulations that they did in the
13 Exponent study, try to see which -- if they did
14 some kind of reclassifications, what happened.
15      They didn't find any difference, so
16 here -- I don't know if there are any significant
17 differences, but they look different.
18   Q    The Exponent paper did find when you
19 used the historical exposure classifications, none
20 of the results were statistically significant.
21      Do you recall that?
22   A   So they didn't match what the FAME --
23 what the FAME did.  They -- they didn't match what
24 they found in FAME.  Isn't that what the Exponent
25 found or not?

Page 231

1   Q    One of the analyses that they do in the
2 Exponent paper is using a classification exposure
3 that was measured at -- or assessed at enrollment
4 instead of exposure that was assessed at FAME?
5      MR. KENNEDY:  Look at the FAME paper
6 before you answer, please.
7      THE WITNESS:  Yeah.  It's actually the
8 Exponent.
9      MR. KENNEDY:  Do we have that as an
10 exhibit?  It's the Exponent.
11      THE WITNESS:  It's the Exponent.
12      MR. KENNEDY:  It's the Exponent.  I'm
13 sorry.  Exponent.  Do you have that?
14      THE WITNESS:  Yes.
15      MS. BELOTT:  Exhibit 20, the 2013 Lau
16 paper.
17      (Exhibit 20 was marked for
18 identification and attached to the deposition
19 transcript.)
20 BY MS. BELOTT:
21   Q    So if you look at Table 5, the table is
22 titled "Sensitivity testing of ever-never paraquat
23 exposure in association with PD in the FAME
24 study."
25      Do you see that?

Page 232

1   A   Okay.
2   Q    And if you turn to the next page, the
3 first four rows, exposure classification is
4 historical.  Do you see that?
5   A   Yes.
6   Q    And the "historical" means that they
7 used the exposure classification from enrollment
8 instead of their exposure classification from
9 FAME, right?
10   A   Correct.
11   Q    And so when you change exposure
12 classification to the classifications that were
13 provided prior to diagnosis, none of the results
14 are statistically significant, correct?
15   A   They're marginally significant.
16   Q    All of the confidence intervals cross
17 one, correct?
18   A   Yes, but the p-values are .08 and .07,
19 so it's not a big difference.  And the -- the
20 upper confidence intervals are -- you know, the
21 odds ratio is 3, 3.7, 4.1.  And the bottom is .9,
22 so that's leaning strongly to significant.
23   Q    But the confidence interval does
24 cross 1, correct?
25   A   Yeah, but that's -- that's -- that's

Page 233

1 what I've been saying all along. That's not a
2 reliable way of assessing the inference. It's
3 more reliable to look at a confidence interval.
4        So if -- so you would say that the
5 confidence interval is .9999, then the ones inside
6 of there, so it's not significant even though the
7 upper -- the upper -- the upper confidence
8 interval is 3 or 4, it doesn't make sense. That's
9 a naive way looking at statistics.
10    Q   So the evidence that we looked at in
11 Shrestha Supplemental Table 8 that showed that
12 cases were three times more likely to change their
13 exposure classification after diagnosis is some
14 evidence of recall bias in FAME, correct?
15    A   There's some -- there's something, but I
16 don't know how significant it is.
17    Q   You didn't independently evaluate
18 whether recall bias was at play in FAME, correct?
19    A   No, but one of the main points of the
20 Exponent report is that, you know, under these
21 different specifications, the results really
22 didn't change much.
23    Q   And the Exponent paper only assesses
24 recall -- potential recall bias in FAME, correct?
25    A   Yes, in FAME.

Page 234

1    Q   It does not address potential recall
2 bias in the other six studies that you cite in
3 your meta-analysis, correct?
4    A   Correct. It's relative to FAME.
5    Q   So we've covered Hertzman, Kuopio,
6 Dhillon, Firestone, and Rugbjerg, correct?
7    A   Yes.
8    Q   These five studies included in your
9 meta-analysis do not find statistically
10 significant associations between exposure to
11 paraquat and Parkinson's disease, correct?
12    A   Correct.
13    Q   So five out of the seven are an absence
14 of evidence of an association between paraquat
15 exposure and Parkinson's disease, correct?
16    A   Yeah. That's why we combine them.
17 That's why we combine meta-analysis. And I have
18 some examples in my report of what happens when
19 you combine nonsignificant studies and you pool
20 them. They can become significant.
21    Q   These "not statistically significant"
22 studies account for only 9 percent of the weight
23 in your meta-analysis, correct?
24    A   Roughly, yes.
25    Q   And the inclusion of Hertzman, Kuopio,

Page 235

1 Dhillon, Firestone, and Rugbjerg was based on your
2 holistic, unwritten protocol, correct?
3    A   When I looked at all the criteria for
4 inclusion, they made -- they made the pass.
5        MS. BELOTT: Okay. Happy to take a
6 break.
7        MR. KENNEDY: Great.
8        VIDEO TECHNICIAN: Stand by. The time
9 is 2:31. We're off the record.
10        (A brief recess was taken.)
11        VIDEO TECHNICIAN: We are on the record.
12 The time is 2:51.
13 BY MS. BELOTT:
14    Q   Dr. Wells, van der Mark 2016 is not
15 included in your meta-analysis, correct?
16    A   Correct.
17        (Exhibit 21 was marked for identification
18 and attached to the deposition transcript.)
19        MS. BELOTT: Let's mark this as
20 Exhibit 21.
21 BY MS. BELOTT:
22    Q   Van der Mark is a hospital-based
23 case-control study from the Netherlands, correct?
24    A   Yes.
25    Q   You excluded van der Mark because it was

Page 236

1 not restricted to agricultural workers, correct?
2    A   It was a hospital study. There are a
3 number of -- a number of issues with van der Mark,
4 why it's excluded.
5    Q   Okay. Let's start with the first one.
6 One of reasons that you excluded van der Mark is
7 because it's not restricted to agricultural
8 workers, correct?
9        That's on page 15 of your expert report.
10    A   Yes, it's not restricted to agricultural
11 workers.
12    Q   So is that one of the reasons that you
13 excluded van der Mark?
14    A   It's a minor reason, but I think there
15 are other issues that are more problematic.
16    Q   Okay. So the title of the paper is
17 "Occupational Exposure to Pesticides," correct?
18    A   Yes.
19    Q   If you look at page 758, it says they
20 provided a supplemental -- "Supplemental questions
21 about occupational application of insecticides,
22 herbicides, and fungicides were asked to those who
23 reported to have worked on a farm or as a
24 gardener."
25        Do you see that?

Page 237

1    A    Yes.
2    Q    "Questions asked about application
3  method and use of protective equipment."
4        Do you see that?
5    A    Yes.
6    Q    Occupational exposure to pesticides was
7  estimated using three different methods.
8        Is that correct?
9    A    Yes.
10   Q    There's more detail in van der Mark
11  about the nature of occupational exposure than
12  there is in Liou, correct?
13   A    They -- they explain their -- their
14  mechanism for assessing exposure.
15   Q    So you agree that the fact that it's not
16  restricted to agricultural workers is not a valid
17  basis to exclude van der Mark?
18   A    Yeah, I'm just saying that they did the
19  sample broadly.  It wasn't restricted to -- the
20  original sample wasn't restricted to agricultural
21  workers.
22   Q    Correct.  So that is not a valid basis
23  to exclude it from your meta-analysis, correct?
24   A    I didn't say it was.  I was reporting
25  what -- what the group was, who they sampled.

Page 238

1  They sampled more broadly, a broader cohort, and
2  they looked at agricultural workers.
3    Q    Okay.  So is this a reason that you
4  excluded van der Mark or not?
5    A    No, it's not.
6    Q    Okay.  You also note on page 15 of your
7  report that the study does not mention diagnostic
8  criteria.  "Case identification did not require a
9  PD diagnostic exam given by a movement disorder
10  specialist, in contrast to the other case-control
11  studies in my meta-analysis."
12       Do you see that?
13   A    Yes.
14   Q    But the studies in your meta-analysis
15  did not require a PD diagnostic exam given by a
16  movement disorder specialist, correct?
17   A    Well, Firestone had experts look at the
18  hospital records.
19   Q    Okay.  And van der Mark provides that
20  "One neurologist reviewed the medical files of all
21  potential participants," in van der Mark.
22       Do you see that?
23   A    Yes.
24   Q    So they reviewed the medical files just
25  like a neurologist reviewed the medical files in

Page 239

1  Firestone, correct?
2    A    But was this a physician, or what was
3  it?  What were their qualifications?  What were
4  their protocols?
5    Q    Do you know the qualifications of the
6  doctors in Liou?
7    A    No.
8    Q    Do you know the qualifications of any of
9  the doctors included in your seven studies in your
10  meta-analysis?
11   A    A lot of them, they're movement disorder
12  specialists.
13   Q    Do you know their qualifications?
14   A    No, but they have a certain specialty.
15   Q    So you weren't willing to give
16  van der Mark the benefit of the doubt that the
17  neurologist was a specialist in Parkinson's
18  disease.
19   A    Correct.
20   Q    In the Netherlands, they have a
21  universal healthcare system --
22       MR. KENNEDY:  Pull out van der Mark if
23  you're going to ask questions --
24       THE WITNESS:  I have it right here.
25       MR. KENNEDY:  You have it?

Page 240

1        MS. BELOTT:  I gave it to him.
2  BY MS. BELOTT:
3    Q    In the Netherlands, with a universal
4  healthcare system, all patients with Parkinson's
5  disease are seen in a hospital.
6        Do you see that on page 758?
7    A    Yes.
8    Q    Did you investigate at all the practices
9  regarding Parkinson's disease diagnosis in the
10  Netherlands?
11   A    No, I didn't.  I couldn't find
12  information.
13   Q    Did you look for it?
14   A    Yeah, I did.  I did a search and tried
15  to find -- find what they do and how they treat
16  Parkinson's in the Netherlands.  I didn't find
17  anything.
18   Q    Where did you look?
19   A    On the Internet.
20   Q    You also note on page 16 of your report,
21  "A potential source of exposure
22  misclassification" -- I'm sorry.
23       Back to the -- you say, "The study does
24  not mention diagnostic criteria and require a PD
25  diagnostic exam given by a movement disorder

Page 241

1 specialist."
2       Is that a reason that you excluded
3 van der Mark?
4    A   It's part of it, part of the -- part of
5 the reason.
6    Q   You note on page 16, "A potential source
7 of exposure misclassification in the job exposure
8 matrix analyses is the same exposure could be
9 assigned to all participants with the same job
10 code."
11       Do you see that?
12    A   Yes.
13    Q   But the odds ratios that are reported
14 for paraquat in van der Mark are not based on the
15 job exposure matrix.  Did you know that?
16       If you look at Table 5, Table 5 is
17 based -- the odds ratios for paraquat are based on
18 the crop-exposure matrix.
19       Do you see that?
20    A   Okay, yes.
21    Q   And you provide no critique in your
22 report of van der Mark's crop-exposure matrix,
23 correct?
24    A   I -- no, I didn't mention it.
25    Q   So excluding van der Mark on the basis

Page 242

1 of exposure misclassification in the JEM analysis
2 would not be a valid basis to exclude it from your
3 meta-analysis, correct?
4    A   But they -- they used the job-exposure
5 matrix to do sort of matching, so it's part of --
6 it's part of their procedure.
7    Q   But it's not part of the odds ratio
8 calculations that are identified in Table 5?
9    A   But they have to do the -- they have to
10 use the JEM in order to get the exposures to those
11 jobs.
12    Q   Okay.  You understand that van der Mark
13 classified exposure based on three different
14 exposure methods?
15    A   Yes.
16    Q   And those methods are independent of
17 each other?
18       Let's put it this way.  Can you point to
19 something in the paper that shows that the
20 crop-exposure matrix is dependent on the
21 job-exposure matrix?
22    A   No, I don't see anything, but I would
23 have -- I would have to look longer.
24    Q   If you look on page 759, the first
25 column, the paragraph that starts with "The

Page 243

1 third."  It says, "The third method assigned
2 exposure to specific active ingredients by linking
3 reported crops cultivated at the participant's
4 farm to a crop-exposure matrix."
5       Do you see that?
6    A   Yes.
7    Q   And that doesn't indicate that it's
8 dependent on the job-exposure matrix, correct?
9    A   I see the job -- exposure interacts.
10       Okay, I see it.
11    Q   So you identify potential exposure
12 misclassification as a reason to exclude
13 van der Mark in your report, correct?
14    A   It's one of -- the one of the weaknesses
15 they -- they list.
16    Q   Did you assess potential for exposure
17 misclassification in any of the studies that are
18 included in your meta-analysis?
19    A   The -- the ones that are included had --
20 they had good exposure classification, so that
21 wasn't -- I didn't exclude them.
22    Q   What is your basis for saying that they
23 had good exposure mis- -- classification?
24    A   Because that's how they -- they went and
25 they -- they knew -- you know, they -- they

Page 244

1 assessed, they talked to the -- the participants.
2 They did surveys.  They interviewed them.
3    Q   And how is that less reliable than what
4 they did here?
5    A   It's -- it's reliable because they're
6 talking to the -- they're talking to the
7 participants.  Here they're imputing what the --
8 what their exposure was.
9    Q   And do you have any basis to say that
10 the crop-exposure matrix imputation method was
11 unreliable?
12    A   They have a -- they have it on 736, they
13 said, "The crop-exposure matrix analysis were
14 limited to exposures to the active ingredients
15 assigned on the basis of estimated probabilities
16 and frequency of use."
17       So they have to do some extra
18 calculations that if they're not -- those
19 calculations aren't correct, that could be
20 problematic.
21    Q   Okay.  And what's your basis for -- for
22 saying that those calculations would be
23 unreliable?
24    A   They don't talk about their assessment
25 of that -- of that procedure.  They didn't

Page 245

1  validate their GM analysis.  They don't talk about
2  their evaluation of the crop-exposure analysis
3  either.
4      Q    The -- the portion that you were just
5  reading was about the job-exposure matrix,
6  correct, not the crop-exposure matrix?
7      A    No, it was the crop-exposure matrix
8  analysis.  It's in the paragraph under that.
9      Q    Most of the studies in your
10  meta-analysis employ ever-never classifications,
11  correct?
12     A    Correct.
13     Q    And you're aware that ever-never
14  classifications can lead to exposure
15  misclassification as well, correct?
16     A    Yes, it's -- yes.
17     Q    Did you assess that in deciding to
18  include those studies in your meta-analysis?
19     A    I mean, I looked at all the -- all the
20  issues and I looked at the studies and said --
21  looked at how they assessed the exposure, and this
22  one -- this -- this had more complicated analysis
23  and there's no details of the validation of their
24  procedure, so that's a bit problematic.  That's --
25  that's how I see it.

Page 246

1      Q    Did you identify any sources indicating
2  that self-report of exposure was reliable or had
3  been validated?
4      A    I don't know -- I can't think of any
5  papers, but I know they -- they discussed that in
6  the context of FAME and of the -- the HS.
7      Q    So your decision to exclude van der Mark
8  based on its potential exposure misclassification
9  was based on your holistic, unwritten protocol
10  that you employed here, correct?
11     A    And also they -- it was quite different
12  than the -- in terms of the heterogeneity.  That
13  was an issue -- when you sort of did an analysis
14  of heterogeneity, it is quite different than the
15  other studies.  Also there was an issue about --
16  they had a lot of missing data, the participation
17  was very low, and that was problematic too.
18     Q    Okay.  So was study participation -- the
19  fact that study participation was low, was that a
20  reason that you excluded van der Mark?
21     A    Yes.
22     Q    You didn't mention participation rates
23  as criteria when I spoke to you earlier today.  So
24  is that a piece of eligibility criteria for
25  inclusion in your meta-analysis?

Page 247

1      A    Yes, that they -- this is very low, and
2  they pointed out that it's sort of a problem,
3  particularly that they have more young -- or more
4  old people that were excluded or didn't
5  participate, so there's a differential between
6  young and old, and they -- they noted it as an
7  issue.
8      Q    Did you identify all of the limitations
9  that were noted in the studies that you included
10  in your meta-analysis in your report?
11     A    I looked at a lot of the participation
12  rates but I did not -- every single one of them, I
13  didn't make a table of them.
14     Q    Did you include any criticism of any of
15  the seven studies in your meta-analysis in your
16  report?
17     A    No.
18     Q    So is there a minimum participation rate
19  that a study would need to meet in order to be
20  included in your meta-analysis?
21     A    This, again, if you look at all the --
22  all the possible issues in the study and this is
23  just one of them.
24     Q    So the participation rates in
25  van der Mark were 45 percent for cases and

Page 248

1  35 percent for controls, correct?
2      A    Correct.
3      Q    The participation rate for Dhillon was
4  12 percent?
5      A    It's low, right.
6      Q    And that -- but you -- you bent the
7  rules and included Dhillon but weren't willing to
8  bend the rules for van der Mark?
9      A    It was a small study, and this is a
10  large study, so that means there's a lot of people
11  missing.
12     Q    Participation rates in Rugbjerg were
13  51 percent for cases and 32 percent for controls?
14     A    Again, a very small study.  This is a
15  large study, so this -- this percentage of
16  nonparticipation is a lot of people.
17     Q    So participation rates are only criteria
18  for large studies?
19     A    For large studies because that's a lot
20  of people.  Whereas the small studies there's not
21  as many.
22     Q    So your decision to employ this criteria
23  for small studies versus large studies was part of
24  your holistic review and decision to include these
25  seven studies in your meta-analysis?

Page 249

1   A    Just looking at overall the issues
2 that -- again, had to look at overall -- all the
3 issues about exposure, disease, classification,
4 all these things as part of the -- my decision.
5   Q    So there's no clear requirement
6 regarding participation rates for inclusion in
7 your analysis?
8   A    No, I don't have a number, no.
9   Q    It goes back to your unwritten, holistic
10 approach?
11   A    It's -- I look at -- I look at all the
12 -- all the characteristics that matter in the
13 study as part of my decision.
14   Q    Do you have any authoritative source
15 that you can point me to to say that participation
16 rates in large studies are more -- are more
17 important to look at than in small studies?
18   A    They're more influential. You're
19 missing many more people.
20   Q    So I'm asking you to point me to a
21 source that would confirm that for me.
22   A    It's just a matter of design. You're
23 going to lose a lot more people.
24   Q    So you can't point to any source that --
25   A    It's a design -- sort of a design issue.

Page 250

1 Missing data in bigger studies is more problematic
2 than smaller studies.
3   Q    You also point out on page 16 in your
4 report that, "Only 94 cases, 21 percent, and 183
5 controls, 21 percent, stated to have ever worked
6 on a farm or as a gardener were asked supplemental
7 questions on pesticide applications. Only
8 19 percent of the study participants had pesticide
9 exposure, which is quite low for assessing the
10 exposure to specific pesticides."
11       Did I read that correctly?
12   A    Yes.
13   Q    Is that part of your criteria?
14   A    That's one of their -- that's from
15 their -- from their -- from their study. Again --
16   Q    I'm asking --
17   A    -- and, again, it's an issue about
18 they're missing -- missing the data.
19   Q    I'm asking you if this is part of your
20 eligibility criteria for inclusion in your
21 meta-analysis?
22   A    It plays a role but it's not -- I think
23 the -- the diagnosis and the -- the participation
24 and the heterogeneity are the key -- the key
25 facts. These are things that they -- they

Page 251

1 acknowledged in their analysis -- or in their
2 paper.
3   Q    If you look on Table 5 of van der Mark,
4 33 cases had applied paraquat. Do you see that?
5   A    Where are you seeing that? Is it 33?
6   Q    Didn't I say 33?
7   A    I said 35.
8   Q    33 cases had applied paraquat. That's
9 more than any of the seven studies in your
10 meta-analysis, correct?
11   A    Yes.
12   Q    58 controls had applied paraquat. Do
13 you see that?
14   A    Yes.
15   Q    And that's actually more than all of the
16 exposed controls in all seven of your
17 meta-analysis studies combined?
18   A    I would have to check.
19   Q    Okay. Well, I counted up the numbers
20 for you. You can assume that I'm right, but 58 is
21 more than all seven combined, which was 50. Does
22 that seem right to you?
23   A    It -- it is in the ballpark.
24   Q    Okay. Van der Mark did not find a
25 statistically significant association between

Page 252

1 paraquat and Parkinson's disease, correct?
2   A    He did -- she, her group, did the -- did
3 the -- three different levels, and the -- the
4 never and then the zero to 3.8 and above 3.8, and
5 in the middle group they found it elevated --
6 elevated at -- for one control -- one model of
7 33 percent increase and a upper confidence limit
8 of 2.6, and the other one at 42 percent increase
9 and an upper confidence limit of 2.8.
10   Q    Those results are not statistically
11 significant, correct?
12   A    Yes, but it's a -- it says that the
13 upper confidence bend is high and it's over a
14 doubling of risk.
15   Q    In Model 2 for the highest exposure
16 level, van der Mark reports an odds ratio of 1.01
17 and a confidence interval of 0.48 to 2.12,
18 correct?
19   A    It's consistent with the doubling of
20 risk, right.
21   Q    It's also consistent with no increased
22 risk and a protective effect, correct?
23   A    Yeah. It's a wide confidence interval.
24   Q    So it's consistent with both.
25   A    That's what a confidence interval says.

Page 253

1 It says what are the values that are contained
2 in it.
3     Q    And this is also a dose-response
4 calculation, correct?  And it shows no
5 dose-response between paraquat and Parkinson's
6 disease, correct?
7     A    Right.
8     Q    Did you consider that fact in developing
9 your opinions on dose-response?
10    A    No, because I eliminated it.
11    Q    Okay.  So it wasn't -- didn't satisfy
12 your criteria -- criteria for inclusion in your
13 meta-analysis, but it also didn't merit discussion
14 in your Bradford Hill analysis.
15    A    Correct.
16    Q    Correct.
17         If you included van der Mark in your
18 meta-analysis, the odds ratio would be lower than
19 2.88, correct?
20    A    Likely, yes.
21    Q    Okay.  But you don't know if it would go
22 below 2?
23    A    I believe it's right around 2.
24    Q    Okay.  Do you know if it would be
25 statistically significant?

Page 254

1     A    I'm not sure.
2     Q    Did you run this calculation?
3     A    Yeah.  It's in -- it's my printout.
4 I just didn't look at it.  I didn't -- I looked at
5 the heterogeneity calculation to show that it's
6 heterogeneous, but I didn't look at the confidence
7 interval or anything after that.
8     Q    Okay.  And you didn't report it in your
9 expert report.
10    A    No.
11    Q    But you ran the analysis.
12    A    Yeah.  It's in the printout I gave
13 you -- or the commands that I gave, it's in there.
14    Q    So your exclusion of van der Mark from
15 your meta-analysis, based on participation rate,
16 diagnostic criteria, percentage of occupational
17 workers, and exposure misclassification --
18    A    And heterogeneity.
19    Q    -- and heterogeneity is based on your
20 unwritten, holistic approach to assessing these
21 studies?
22    A    Correct.
23    Q    If I wanted to determine how much weight
24 to place on participation rates, how would I
25 replicate the analysis that you undertook?

Page 255

1     A    It's just part of the -- my assessment.
2 I looked at all these criteria, as I said, and I
3 made a decision whether it should be in -- should
4 be included or not included.
5     Q    So I couldn't replicate it?
6     A    Yeah, there's no algorithm to replicate.
7     Q    You rely on Brouwer 2017 -- I'm sorry.
8         You include Brouwer 2017 in your opinion
9 on dose-response, correct?
10    A    I mention it, yes.
11    Q    But Brouwer did not meet the eligibility
12 criteria to be included in your meta-analysis.
13    A    Yeah, it's another sort of -- that it
14 has residential -- residential exposure also.
15    Q    So even though Brouwer didn't meet the
16 eligibility criteria to be included in your
17 meta-analysis, you still considered it in your
18 Bradford Hill analysis?
19    A    It's sort of saying there's an instance,
20 so there's this dose-response in the study.  But
21 it has residential as well as occupational, so
22 it's a more general phenomenon.  It's not just the
23 occupational studies.
24    Q    So you bent the rules and considered
25 Brouwer in your Bradford Hill analysis, but you

Page 256

1 wouldn't bend the rules and consider the
2 dose-response calculations in van der Mark?
3     A    That's not part of the meta-analysis.
4 It's just looking at general -- what are general
5 results in this area of exposure to paraquat and
6 PD.
7     Q    So aren't the dose-response results from
8 van der Mark general results in the area of
9 exposure to paraquat and Parkinson's disease.
10    A    So they're results but, yeah, they're
11 null results; whereas, Brouwer had positive
12 results.
13    Q    But they weren't relevant to your
14 Bradford Hill analysis.
15    A    It says there's -- there's no evidence
16 of it -- there's no evidence of a dose-response.
17 It doesn't say there's not a dose-response.  It
18 just says there is no evidence of a dose-response.
19    Q    Okay.  Did you consider that in
20 developing your Bradford Hill conclusions?
21    A    Whenever you have a null event, you
22 don't know what -- what it means.  You just know
23 that there's no evidence for the alternative of,
24 say, dose-response.
25    Q    Okay.  If you have a null event in a

|  |  |
|---|---|
| Page 257 | Page 259 |

Page 257

1 very large study, doesn't that provide more
2 reliable evidence that the exonerative conclusion
3 can be made?
4    A   There's no power calculation, there's
5 no --
6    Q   Did you do any power calculations?
7    A   No.  No.
8    Q   You could have, right?
9    A   They did.  I could have -- I possibly
10 could have, but I didn't do any.
11    Q   You didn't think it was relevant.
12    A   They have the data.  And, you know, I
13 don't know what their hypotheses are.  To do a
14 power calculation, you need to know what their
15 hypotheses are.  There's no specified value of the
16 alternative, so I didn't do anything.
17    Q   You cite to one odds ratio from Brouwer
18 in your dose-response calculation.  The Brouwer
19 authors actually note that, "Given the number of
20 analyses performed, we cannot exclude that the
21 described associations are false positives.  As
22 such, the results on these pesticides should be
23 seen as hypothesis generating and will need
24 further mechanistic and/or epidemiological
25 evidence."

Page 258

1       You have no basis to dispute that,
2 correct?
3    A   There's many comparisons that increases
4 the probability of a type one error.  It's a
5 multiplicity problem.
6    Q   Did you evaluate whether that was a
7 problem in the Brouwer study?
8    A   No, I didn't.  And I don't know how you
9 would without the data.
10    Q   Did you ask for the data?
11    A   No, I didn't.  And they -- people don't
12 give those kind of data away.  It's just hopeless
13 to ask for data like this.
14    Q   You do not include Pouchieu or Elbaz in
15 your meta-analysis, correct?
16    A   Correct.
17       MS. BELOTT:  I'm marking Elbaz as
18 Exhibit 22.
19       (Exhibit 22 was marked for identification
20 and attached to the deposition transcript.)
21 BY MS. BELOTT:
22    Q   One of the reasons you exclude Elbaz is
23 because of ambiguities and exposure, correct?
24    A   Yeah, they -- they talk about
25 Parkinsonism as well as Parkinson's disease, but

Page 259

1 the primary isn't that.  One of the primary -- the
2 primary is that, you know, what are they studying?
3 Are they studying this class of chemicals, or are
4 they studying paraquat?
5    Q   So the authors use paraquat and
6 quaternary ammonium together later in the paper on
7 page 501.
8       In the right-hand -- on the right-hand
9 column, first sentence in the bottom paragraph,
10 "We did not find an association between PD and
11 paraquat (quaternary ammonium herbicide)."
12       Do you see that?
13    A   Yes.  Yes.
14    Q   Did you take that sentence into account
15 when you determined that this study was not
16 examining paraquat?
17    A   I don't know what they were -- what they
18 were studying.  They gave a list of quaternary --
19 it's quaternary ammonium that has a lot of
20 different chemicals.  I don't know if they're
21 using paraquat and quaternary ammonium
22 interchangeably.
23    Q   You know they mention paraquat at least
24 seven times in the paper, correct?
25    A   Right.  Or do they mean or do they mean

Page 260

1 quaternary ammonium?  And their -- their analyses
2 are about quaternary ammonium.
3    Q   And you don't take -- you don't think
4 that interpreting this sentence that uses paraquat
5 with quaternary ammonium in the parenthetical is
6 sufficient to determine that they are studying
7 paraquat?
8    A   No.
9    Q   You weren't willing to give the authors
10 the benefit of the doubt?
11    A   They -- they give a list earlier on in
12 the paper and I say, Here's what we're studying,
13 and paraquat is within that subset.
14    Q   Did they identify any other pesticides
15 within the quaternary ammonium category in the
16 paper?
17    A   I think they may have talked about
18 diquat.
19    Q   I did a search for diquat in the paper,
20 and I couldn't find it.
21    A   Okay.  But that was -- that was among
22 the list.
23    Q   Among what list?
24    A   Among the list of the quaternary
25 ammonium.  Diquat is one of those.

Page 261

1    Q   Not in the paper, though.
2    A   Yeah, in the list that they suggest to
3 look at where the quaternary ammoniums are.
4    Q   I'm sorry.  What list are you referring
5 to?
6    A   They -- when they -- in the second
7 paragraph of the coding of pesticides, they have a
8 website, www.annualwebnetpesticides, that lists
9 pesticides.  And under -- on that website, it
10 lists quaternary ammonium, and it shows all the
11 pesticides that fit into that category.
12    Q   Did you pull a version of that website
13 from 2009 when this article was written?
14    A   I just went to that website.
15    Q   So even though the authors on page 501
16 specifically say that they did not find an
17 association between Parkinson's disease and
18 paraquat, you chose to disregard what the authors
19 reported?
20    A   But their analysis is about quaternary
21 ammonium, right?  That's what -- that's what they
22 list in their table.  So I don't know if they're
23 using that interchangeably.  Their analysis is
24 about quaternary ammonium.  That's what's --
25 that's what's in their table.

Page 262

1    Q   But you don't know whether, by
2 "quaternary ammonium," they meant paraquat?
3    A   Yeah, I don't know.
4    Q   You also exclude Elbaz because of
5 ambiguities in diagnosis?
6    A   It's a -- it's an issue because it's not
7 clear.  They talk about Parkinsonism rather than
8 PD explicitly.  But the quaternary ammonium is the
9 main -- main issue.
10    Q   Okay.  So if ambiguities in diagnosis
11 was not an issue, would you -- I'm sorry.
12       If ambiguities in exposure were not an
13 issue, would you have included Elbaz?
14    A   I may -- I may have because -- but this
15 is one of these things I look at all the
16 possibilities.  This is a more technical issue
17 about how they do their diagnoses.  Is it a
18 Parkinsonism study?  Or is it a Parkinson's
19 disease study?  But the main driver is the
20 classification.
21    Q   Okay.  The title of the paper is
22 "Parkinson's Disease," but you didn't take that
23 into account?
24    A   But they talk about Parkinsonism in the
25 article.

Page 263

1    Q   Did you apply that same criteria to the
2 seven studies in your meta-analysis?
3    A   Yeah.  They had Parkinson's disease
4 classifications.
5    Q   Okay, because -- let's look at
6 Hertzman 1994.  Do you still have that one?
7       So the diagnostic criteria for Hertzman
8 is "Diagnosis of idiopathic Parkinsonism,
9 idiopathic Parkinson's disease, if the patient had
10 two or more symptoms of resting tremor, rigidity,
11 bradykinesia, and loss of postural reflexes.
12 Cases of drug-induced Parkinsonism or other
13 neurodegenerative disease associated with
14 Parkinsonism were excluded as far as possible."
15       Did I read that correctly?
16    A   Yes.
17    Q   Okay.  And the diagnosis criteria in
18 Elbaz:  "Parkinsonism was defined as the presence
19 of two or more cardinal signs:  rest tremor,
20 bradykinesia, rigidity, impaired postural
21 reflexes.  And Parkinson's disease was defined by
22 Parkinsonism after exclusion of prominent or early
23 signs of more extensive nervous system involvement
24 and drug-induced Parkinsonism."
25       Are you opining that there is a

Page 264

1 meaningful difference in the diagnostic criteria
2 between Elbaz and Hertzman?
3    A   No, I'm not.  I'm saying that it just
4 wasn't -- it's not clear what the Parkinsonism --
5 what their definition is, but the main issue is
6 their classification of paraquat.
7    Q   So the diagnostic criteria for
8 Parkinson's disease in Elbaz were sufficient for
9 inclusion in your meta-analysis?
10    A   It's -- I would -- it wasn't clear to
11 me.  It wasn't clear.
12    Q   And it was clear in Hertzman?
13    A   It was clear in Hertzman, but here
14 there's a -- there's a fatal problem about the
15 classification, what -- they're not looking --
16 they're not setting paraquat.
17    Q   Okay.  I'm talking about the ambiguities
18 and diagnosis that you flagged in your report.
19 And I'm trying to find out if you think there is a
20 meaningful difference between the diagnosis in
21 Hertzman versus Elbaz.
22    A   It's the way that they -- they discuss
23 Parkinsonism; whereas, in Elbaz -- excuse me, in
24 Hertzman they seem to be doing assessments of PD.
25 That's my -- my impression.

Page 265

1    Q   Okay.  And what are your qualifications
2  to distinguish between these two diagnostic
3  criterias?
4    A   I'm a statistician.  So I'm reading what
5  they wrote here.  I'm reading what they wrote.
6  The big problem is that they misclassified -- they
7  didn't -- they didn't state paraquat.  They stated
8  quaternary ammonium.
9    Q   Okay.  Is the diagnosis criteria in
10  Elbaz sufficient for inclusion in your
11  meta-analysis --
12    A   See, if that was --
13    Q   -- setting aside the exposure issue?
14    A   If that was the only problem, I probably
15  would have included it, but it's not.  That's a
16  minor issue relative to the bigger issue.
17    Q   Okay.  Again, you would make those
18  decisions based on this holistic, unwritten
19  protocol that you are following?
20    A   Well, this one is easy because they
21  don't have the -- they don't study paraquat.  They
22  study another -- a class of something else.
23    Q   I'm talking about the diagnostic
24  criteria.
25    A   Yeah, I would --

Page 266

1    Q   That would be based on your holistic
2  approach.
3    A   But here, this I would have to study a
4  bit more if it's this close of a call, but it's
5  not a close call because the chemicals they're
6  studying are this class of drugs, not -- or class
7  of chemicals, not paraquat.
8    Q   So are you saying you didn't study it
9  clearly before you wrote your report?
10    A   I'm just writing what they -- what they
11  said, and it's a bit confusing how they define
12  things.  They talk about Parkinsonism.  That's
13  just what -- that's what they -- that's what they
14  write.
15    Q   And despite the authors' conclusions
16  regarding paraquat, you chose to exclude it from
17  your meta-analysis?
18    A   I don't know if they're talking about
19  paraquat.  They give a listing of the chemicals
20  they're looking at.  They're looking at this
21  entire class of quaternary ammonium.
22    Q   Okay.  But you're ignoring the statement
23  regarding paraquat and Parkinson's disease?
24    A   But are they equating the two?
25    Q   They put one in a parenthetical.

Page 267

1    A   So are they saying one is the same as
2  the other?
3    Q   You don't know.
4    A   I don't know, but the website they give
5  gives a listing of what quaternary ammonium is,
6  and paraquat is a subset of that.
7      (Exhibit 23 was marked for identification
8  and attached to the deposition transcript.)
9  BY MS. BELOTT:
10    Q   Let's switch to Pouchieu.  This is
11  Exhibit 23.  You excluded Pouchieu from your
12  meta-analysis, correct?
13    A   Yes.
14    Q   One of the reasons you excluded it is
15  because there was no in-person exam, correct?
16    A   There was just a self-administered
17  questionnaire:  Do you have -- do you have PD?
18      And there's no exam, and they -- they
19  did the -- used the diagnosis based on this one
20  question.
21    Q   On page 306 of Pouchieu, the authors
22  note that "A recent validation study reported that
23  self-reporting Parkinson's disease status could
24  identify PD cases with excellent accuracy when
25  compared with clinical diagnostic criteria."

Page 268

1      Did you see that?
2      This was on the right-hand column, the
3  paragraph starting with "One limitation."
4    A   I remember -- I remember reading that.
5    Q   And you didn't consider this relevant in
6  determining your diagnostic criteria for Pouchieu?
7    A   One of the reasons I did Tanner is
8  because of the HS just had a question like this.
9  And they -- the study, the other papers that were
10  referenced in Tanner -- and sort of the reason for
11  doing Tanner was that this type of question was
12  inadequate.
13      So they might give a reference, but
14  there's references on the other side that suggest
15  that this type of question, the self-report
16  question, isn't an effective way of diagnosing PD.
17    Q   And you're not considering any of the
18  studies that say that self-report of Parkinson's
19  disease is valid?
20    A   There's studies on either side, and I'm
21  going with what -- the Tanner study, and they
22  give -- they give references of why self-report PD
23  is inadequate.
24    Q   What degree of reliability is sufficient
25  for self-report in order for you to find it

Page 269

1 reliable?
2     A   It just seems that that's -- that's a --
3 it's problematic, period.  They don't have -- they
4 don't have a diagnosis of PD.  It says it's
5 self-report.
6     Q   Okay.  Did you read the paper that
7 Pouchieu is citing to?
8     A   I did.
9     Q   Okay.  And what degree of reliability
10 did that paper report?
11     A   I can't remember.
12     Q   So, again, what degree of reliability is
13 sufficient for self-report to be reliable enough
14 for you to include it in your meta-analysis?
15     A   It's part of the whole problem with the
16 self-report data.  There's literature, you know,
17 why Tanner did what they did, the references that
18 Tanner gives, that self-report is problematic.
19 And that's the whole reason for doing Tanner.  And
20 so, you know, this is a problem, and so I don't
21 think it is reliable.
22     Q   And did you confer with any neurologist
23 in determining whether self-report of PD diagnosis
24 was reliable?
25     A   No.

Page 270

1     Q   Did you confer with a neurologist or a
2 PD specialist in developing your diagnostic
3 criteria for your meta-analysis?
4     A   No.
5     Q   So you're not willing to give me a
6 degree of reliability for self-reported data that
7 would merit inclusion of self-reports in your
8 meta-analysis?
9     A   I'm just looking at the literature
10 that -- that is cited about self-report is
11 problematic.
12     Q   You cited to Kim in your materials
13 considered.  Do you remember reviewing that paper?
14     A   I did, but I can't remember it right
15 now.
16     Q   Kim reports that there was 93.4 percent
17 agreement between self-report and in-person exams.
18 Would 93 percent be sufficiently reliable for
19 inclusion in your meta-analysis?
20         MR. KENNEDY:  Look at the Kim paper,
21 please, before you answer.
22     A   Yeah, yeah, I would have to look at it.
23     Q   Setting aside Kim, is 93 percent
24 agreement between self-reported diagnosis and
25 in-person exam by a PD specialist sufficiently

Page 271

1 reliable for inclusion in your meta-analysis?
2     A   It's speculation.  I don't know what --
3 I don't know what the misclassification rate here
4 is, that the self -- the self -- or the numbers
5 that were in other literature was, you know,
6 between 15 and 20 percent.  That seemed
7 problematic.
8     Q   15 and 20 percent reliable --
9     A   No.  Misclassification.  That's what it
10 was in the -- in the Tanner paper.  That's the
11 cite -- the cite they had.
12     Q   So 15 -- so is your requirement
13 85 percent?
14     A   No.  They -- they -- they used that as a
15 suggestion that self-report isn't -- isn't
16 reliable, and so that's why they did their --
17 their study.
18     Q   You don't cite to anything in your
19 report that would indicate that misdiagnosis from
20 self-report would be -- would lead to differential
21 bias, correct?
22     A   No, I don't cite it.
23     Q   There's no reason to think that people
24 who were exposed to paraquat would report their
25 diagnosis differently than those that were not

Page 272

1 exposed to paraquat, correct?
2     A   It's a general issue about self --
3 self-administered -- using self-administered
4 questionnaires to diagnose PD.  It's an
5 independent paraquat issue.
6     Q   So are you relying on Tanner for your
7 opinion that self-report is unreliable?
8     A   She cites literature.
9     Q   And you read the literature that Tanner
10 cited?
11     A   And I read that literature she cites.
12     Q   And your conclusion is that 85 percent
13 agreement is not sufficient -- sufficiently
14 reliable?
15         MR. KENNEDY:  He said 20 percent to
16 15 percent.
17     Q   Okay.  Let's look at Tanner.  Do you
18 have it?
19     A   Yes.
20     Q   I would like you to point to me where it
21 says 15 to 20 percent.
22     A   In the second column, it says, "In this
23 study, we assessed lifelong use of pesticides.
24 Self-report of PD diagnosis -- because 15 to 25
25 percent of self-reported PD diagnosis in community

Page 273

1 populations may be incorrect."
2    Q    I'm sorry. Where are you reading from?
3    A    In the -- right here.
4    Q    I have a different version. What's the
5 paragraph start with? Oh, hang on.
6    A    It's the very --
7       MR. KENNEDY: A different version of
8 Tanner.
9    A    The middle -- the middle column.
10    Q    Okay. So that citation is to a 2006
11 paper, Tolosa; is that what you're relying on?
12    A    Yes.
13    Q    But Tanner itself confirmed 85 percent,
14 correct?
15    A    So 85 percent, so that's around the
16 15 percent, the lower side there. That's on the
17 lower side. So, I mean, they're citing -- that's
18 in Tanner, but you don't know about this other
19 study. So the literature says that it's not
20 reliable.
21    Q    Can you point to me -- to some
22 literature that says self-reported PD diagnosis is
23 not reliable?
24    A    This is the -- this Tolosa paper.
25       And then the -- then the recent Shrestha

Page 274

1 paper talks about, you know, when you ask,
2 self-report, you need to have extra information
3 about medical diagnoses, and you need more
4 information, the PLoS ONE paper.
5    Q    So you're relying on what Tanner said in
6 the 2011 paper? You didn't do any independent
7 evaluation to determine whether self-reported PD
8 diagnosis is reliable?
9    A    In looking -- I looked at literature.
10 I'm giving you references here. I looked at the
11 Shrestha paper. They say it's not reliable. You
12 need to supplement it with other -- other data.
13 So there's a literature about this issue.
14    Q    Pouchieu is a cross-sectional study from
15 an agricultural cohort in France, correct?
16    A    Yes.
17    Q    So it would meet your criteria of
18 occupational exposure, correct?
19    A    Yes.
20    Q    Pouchieu includes 1,732 cases, correct?
21    A    I don't remember.
22    Q    It's in the results section on the first
23 page.
24    A    1732, yes.
25    Q    And Pouchieu includes 148,078 controls;

Page 275

1 is that correct?
2       You can find that number on Table 3.
3    A    Okay.
4    Q    So that's correct?
5    A    Yes.
6    Q    Over 25,000 controls were exposed to
7 paraquat and approximately 250 cases; is that
8 correct?
9    A    Yes.
10    Q    This is one of the largest evaluations
11 of farmworker study to date, correct?
12    A    It's large, yes.
13    Q    Strengths of the study include -- I'm
14 sorry.
15       Pouchieu had more cases than all of your
16 seven studies combined, correct?
17    A    Yes.
18    Q    And more exposed cases than all of your
19 seven studies combined, correct?
20    A    Yes.
21    Q    And more controls than all seven of your
22 studies combined?
23    A    Yes.
24    Q    And more exposed controls than all of
25 your seven studies combined.

Page 276

1    A    Yes.
2    Q    Pouchieu also conducted a subgroup
3 analysis based on duration of exposure.
4       Did you review that?
5    A    Is it --
6    Q    It's in Table 3 on page 307 at the
7 bottom.
8    A    Okay.
9    Q    Did you review this before you wrote
10 your report?
11    A    I saw this, yes.
12    Q    There's an inverse association for
13 Parkinson's disease that was observed based on
14 exposure to the highest category of paraquat
15 duration.
16       Do you see that?
17    A    It's -- but within the standard errors.
18 Within the confidence interval, this is really no
19 difference.
20    Q    Okay. In the highest exposure category,
21 there was an inverse association, correct?
22    A    That was -- you're saying there's a
23 difference between 145 and 132? Is that what
24 you're --
25    Q    I'm looking at Model 2 and --

Page 277

1    A    Well, Model 2 has problems.
2    Q    Okay. I'm looking at Model 2, and the
3  odds ratio that is reported is 0.94, correct?
4    A    I think Model 1 is the right one to look
5  at. Model 2 has all kinds of problems. It
6  adds -- adds variables in the induced
7  collinearity. And the standard errors are -- you
8  can see how the standard errors get much larger in
9  Model 2 relative to Model 1. They add a
10  co-exposure -- co-exposure variable that induces a
11  lot of missing data and induces a lot of
12  correlation. And that's why the standard errors
13  are quite a bit larger.
14        So Model -- Model 1 has one less control
15  variable, and the one less control variable isn't
16  problematic. You see the numbers 145, 132; those
17  are roughly the same numbers.
18    Q    So Model 1 still reports odds ratios
19  that are not statistically significant, correct?
20    A    Yeah. They're right at the border of --
21  by 1, they go up to near 2 in the -- the higher
22  category, and they're above 2 in the second
23  category.
24    Q    But the odds ratio is cross 1, correct?
25    A    Yeah, but that means that it's a

Page 278

1  close -- it's close on the low end, but it says
2  that there's a near doubling of risk on the upper
3  end.
4    Q    But it's an absence of evidence?
5    A    No. I would say this is evidence
6  because the confidence interval is so close to 1,
7  and the upper confidence interval is higher. And
8  you can look in Table 2; you actually see that
9  the -- in Model 1, the odds ratio is 1.4, and it's
10  completely above 1. So you see a significant
11  result.
12    Q    How close to 1 does the odds ratio need
13  to get in order for it to not be an absence of
14  evidence?
15    A    So it depends on the false-positive rate
16  you want to look at, but the convention now is to
17  say, don't use the p-value of .05 like you're
18  trying to use. You should look at the confidence
19  intervals because that's the real effect.
20        Saying that, you know, that -- because
21  this is very close to 1, you know, it is very
22  close to 1, there's no effect, that's -- that
23  doesn't make sense statistically. And there's big
24  debates about that in the field right now. If you
25  have a confidence interval that is very close

Page 279

1  to 1, you should look at the confidence interval
2  because that's -- that's what the real effect
3  size is.
4    Q    The confidence interval includes .94 and
5  1.85, and you cannot distinguish between those
6  two. Those are both potential results from the
7  data, correct?
8    A    That's the -- that's the confidence
9  interval. That's the interval that I use that are
10  likely to cover the true value of the parameter
11  with a high degree of confidence. And so the --
12  you know, value at 2 is in the first confidence
13  interval.
14        In table -- in table -- you see in
15  Table 2, that pools those two together. And if
16  you look at the Model 1 in Table 2, you can see
17  it's purely significant.
18    Q    What's your basis for -- for saying that
19  Model 2 is less reliable than Model 1?
20    A    Look at how when you add the one
21  variable, the co-exposure, look how wide the
22  confidence intervals become. Go from Model 1 to
23  Model 2. So --
24    Q    Can you rule out controlling for
25  co-exposures, which brings the confidence level

Page 280

1  down in Table 2, brings it down to 1.01 with a
2  confidence interval of 0.41 and 2.49, that that's
3  happening because paraquat and exposure to other
4  pesticides are collinear?
5    A    Yes, they say that.
6    Q    Okay. Did you do anything -- so isn't
7  the more appropriate model one that accounts for
8  both?
9    A    No. If you have -- if you increase the
10  standard errors -- furthermore, they talk about if
11  you have missing data. So they say in the last
12  paragraph on 308, it says, "However, we did not
13  observe a stronger association when combined
14  exposure, probably due to the high correlation
15  between the active ingredients. In addition,
16  pooling the data for active ingredients across all
17  the crops led to missing data. Subjects may have
18  been -- answered to all the agricultural exposures
19  and lack of statistical power."
20        So they say it's a problem.
21    Q    In Model 1, because you don't control
22  for co-exposures, you can't be sure that the
23  results are being driven by paraquat or another
24  pesticide, correct?
25    A    There's many other analysts do this type

Page 281

1 of analysis.
2    Q    That's not my question.
3    A    You don't know.  You don't know.
4    Q    You don't know.
5    A    But when you look at Model 2, you see --
6 as they -- as they -- as they point out, it causes
7 problems in the analysis.
8    Q    But the bottom line is that you don't
9 know in Model 1 whether the results are being
10 driven by other pesticides because you're not
11 controlling for that factor, correct?
12    A    You can always ask that.  You can always
13 ask if something didn't -- you weren't controlling
14 for something, maybe it was driven by that -- that
15 other variable.  That's just a general question of
16 regression.
17    Q    But you don't know because you didn't
18 control for it.
19    A    Yeah, but here you see the -- you see
20 the effect of controlling for it.  It sort of
21 blows up the standard errors as they -- as they
22 suggest, and it also caused the missing data.  And
23 you see this confidence band is very wide by
24 adding the one variable.
25    Q    And it also drives --

Page 282

1    A    Adding variables are supposed to
2 decrease variability.  When you add a variable and
3 it increases variability, that's a problem.
4    Q    It also decreases the odds ratio,
5 correct?
6    A    Yes, there's a really wide confidence
7 interval, so that's what happens when you have
8 wide confidence intervals.
9    Q    You conducted a sensitivity analysis by
10 including Pouchieu with your seven studies,
11 correct?
12    A    Yes.
13    Q    And it reduced your odds ratio by about
14 30 percent, correct?
15    A    Yes, it -- it dropped lower.
16    Q    It went from 2.88 to 2.005, correct?
17    A    Yes, it -- it lowered it, right.
18    Q    You only report a random effects number
19 in your report.  Did you also run the sensitivity
20 analysis as a fixed effects model?
21    A    Yeah, the fixed effects model would have
22 a narrower confidence interval.  The random
23 effects always has a wider confidence interval.
24    Q    And the fixed effects model in this
25 instance was lower as well, correct?

Page 283

1    A    I don't remember.
2    Q    Did you run it?
3    A    I think it's in my printout -- or in
4 my -- in my commands.
5    Q    But you didn't include it in your
6 report?
7    A    Yes, random effects, I think there's
8 heterogeneity -- there's heterogeneity so it's
9 appropriate -- there's heterogeneity -- I believe
10 there's heterogeneity so it was more appropriate
11 to do a random effects than a fixed effects.
12    Q    The seven studies that you included in
13 your meta-analysis based on your unwritten, ad hoc
14 approach include --
15       MR. KENNEDY:  How are you defining --
16    Q    -- 69 exposed cases, correct?
17       MR. KENNEDY:  One second.  Don't answer
18 the question.  You've been going with "holistic"
19 and now "ad hoc."  How -- I don't -- that's a new
20 word for us other than --
21       MS. BELOTT:  That's fine, I'll take it
22 back to holistic and unwritten.
23       MR. KENNEDY:  Very good.  The unwritten
24 in the sense of -- you keep saying "unwritten."
25 I'm not sure where that comes from either.

Page 284

1 BY MS. BELOTT:
2    Q    The seven studies that you included in
3 your meta-analysis based on your unwritten,
4 holistic approach includes 69 exposed cases,
5 correct?
6    A    I -- I don't remember the -- the count
7 but --
8    Q    Does that sound about right to you?
9    A    Sounds about right.
10    Q    You don't include Shrestha 2020, which
11 includes 87 cases exposed to paraquat; is that
12 correct?
13       MR. KENNEDY:  Objection.  Asked and
14 answered.  We've been through that, but go ahead.
15    A    Okay.  Yes.
16    Q    You don't include Pouchieu 2018, which
17 included 244 exposed cases, correct?
18       MR. KENNEDY:  Objection.  Asked and
19 answered.
20    A    Correct, I don't add it.
21    Q    So even just considering those studies,
22 your analysis only accounts for 17 percent of the
23 total paraquat-exposed Parkinson's disease cases
24 that we have data on.  Is that correct?
25    A    I don't know the percentages, but it --

Page 285

1 it's around that area.
2    Q    It's a small percentage, correct?
3    A    17 percent, 17 percent.
4    Q    Okay.  For the exposed controls, would
5 it surprise you to know that .2 percent of all the
6 data that we have on controls exposed to paraquat
7 are included in your report?
8    A    Yes, because it -- the Pouchieu had a
9 huge control group.
10    Q    So you're excluding 83 percent of the
11 data that we have on exposed cases and over
12 99 percent of the data that we have on exposed
13 controls, correct?
14        MR. KENNEDY:  Now, if -- if you had the
15 numbers and you've done the calculation, please
16 agree or disagree.  But if you don't, then you
17 don't need to agree or disagree.
18        MS. BELOTT:  He just agreed with the
19 numbers.
20    A    I mean --
21        MR. KENNEDY:  We've gone to
22 cross-examination and not a discovery deposition.
23 These have all been asked and answered.
24    Q    You can answer.
25    A    There's a -- the -- the control group is

Page 286

1 huge.  Pouchieu has a huge control group.  It's
2 not clear why you need such a big control group
3 for that, but that's just -- but they do.  But
4 those are the numbers.
5    Q    Have you ever conducted a meta-analysis
6 before that excluded such a high percentage of
7 available data?
8    A    The -- the ones that were excluded is
9 large studies.
10    Q    My question is, have you ever conducted
11 a meta-analysis before that excluded such a high
12 percentage of available data?
13    A    I haven't done meta-analysis with these
14 big -- these big national cohorts.  Sorry, I
15 haven't done that.
16    Q    Have you ever conducted a meta-analysis
17 before where you excluded a percent -- a
18 percentage of the data that's more than
19 50 percent?
20    A    I can't remember.
21    Q    Sensitivity analysis essentially asks
22 questions of what would happen if the data
23 configuration was different.  Is that correct?
24    A    Correct.
25    Q    Sensitivity analysis allows you to

Page 287

1 assess the robustness of a single study, correct?
2    A    When you have a meta-analysis, you just
3 have -- you don't have -- you don't have the data
4 so you just have one number or one estimate, so
5 you can't really do a sensitivity analysis on that
6 one number.
7    Q    Right.  I'm not asking about any
8 particular study.  I'm just saying --
9    A    In general.
10    Q    -- in general, sensitivity analysis
11 allows you to assess the robustness of a single
12 study?
13    A    Yes.
14    Q    And you can also run a sensitivity
15 analysis to assess the robustness of a
16 meta-analysis?
17    A    Yes.
18    Q    It's highly desirable to prove that the
19 findings from a systematic review are not
20 dependent on arbitrary or unclear decisions by
21 using sensitivity analysis.  Do you agree with
22 that?
23    A    I think that sensitivity analysis is
24 good but I don't think there are arbitrary
25 decisions made.

Page 288

1    Q    I'm not saying that your decisions are
2 arbitrary.  I'm just saying in a general sense,
3 it's desirable to prove that the findings from a
4 systematic review are not dependent on arbitrary
5 or unclear decisions by using sensitivity
6 analysis?
7    A    That's why you check your model, you
8 check for homogeneity, you do a lot of work in
9 order to assess your model.  And if you want to do
10 a sensitivity analysis, that's -- that's good,
11 but, you know, there are other ways of assessing
12 the model, particularly in respect to homogeneity.
13    Q    "When sensitivity analyses show that the
14 overall results and conclusions are not affected
15 by the different decisions that could be made
16 during the review process, the results of the
17 review can be regarded with a higher degree of
18 certainty."
19        Do you agree with that?
20    A    If -- if you're able to do such an
21 analysis.
22    Q    Yes.
23    A    And sometimes you can.  And so sometimes
24 you can't.  Sometimes you can.
25    Q    "When sensitivity analyses identify

Page 289

1 particular decisions or missing information that
2 greatly influence the findings of the review, the
3 results must be interpreted with an appropriate
4 degree of caution."
5      Do you agree with that?
6      A   Again, sensitivity analysis is useful.
7 And it can be done -- sometimes it can be done.
8 Sometimes it can't be done.
9      Q   Okay.  Assuming sensitivity analysis can
10 be done and it shows the particular decisions or
11 missing information greatly influence the
12 findings, the results must be interpreted with an
13 appropriate degree of caution.  Do you agree?
14      A   It depends on the sensitivity analysis
15 and what -- what you're -- what you're doing
16 and -- it is kind of an abstract question.
17 Sensitivity analysis is good, that's a -- that's
18 true.  And that's -- that's -- but -- but you
19 should assess -- you should assess your analyses
20 by looking at various aspects of the -- various
21 aspects, you know, of the -- of the approach.
22      Q   If you run a sensitivity analysis and
23 your conclusions change, it could indicate that
24 there was some bias or some other effect on the
25 data, correct?

Page 290

1      A   Again, it's a good thing to do but it
2 doesn't -- if you run a sensitivity analysis,
3 you -- you eliminate some data, then all your
4 inference is wrong because you already sort of
5 looked at the data and you're inflating -- you're
6 probably a type one error and your inference, your
7 confidence levels are wider so it causes --
8 there's a downside of doing sensitivity analysis
9 with regard to your inference.
10      Q   You agree that sensitivity analysis
11 examines what happens if the data deviated a
12 little bit from the data that you actually have?
13      A   That would be more of a robustness
14 analysis, yes.
15      Q   Okay.  And if you run a robustness
16 analysis and the conclusions change, that could
17 indicate that there was some bias or some other
18 effect on the data?
19      A   We don't know.  I mean, it's just
20 another assessment.
21      Q   But it could.  It could tell you that
22 there was some bias --
23      A   It could.  It could not.  And it
24 doesn't -- you don't know -- yeah, this is the
25 problem, there's no inferential basis for doing

Page 291

1 these analyses.  But it's good to check the
2 analysis -- check the models.  You always check
3 the models.
4      MS. BELOTT:  Yeah, let's take a break.
5      VIDEO TECHNICIAN:  Stand by.  We're
6 going off the record.  The time is 3:57.
7      (A brief recess was taken.)
8      VIDEO TECHNICIAN:  Stand by.  The time
9 is 4:18.  We are on the record.
10 BY MS. BELOTT:
11      Q   Dr. Wells, you offer a Bradford Hill
12 opinion in your report, correct?
13      A   Yes.
14      Q   As of 2010, you testified that as a
15 biostatistician you only had the background,
16 training, and experience to comment on
17 temporality, strength, consistency, and
18 alternatives, and not on specificity,
19 dose-response, plausibility, coherence, and
20 experiments.
21      Do you recall testifying to that in
22 2010?
23      A   I don't remember the case.
24      MS. BELOTT:  Mark as Exhibit 24 your
25 declaration relating to intraarticular pain pumps.

Page 292

1      (Exhibit 24 was marked for
2 identification and attached to the deposition
3 transcript.)
4 BY MS. BELOTT:
5      Q   And you can turn to page 6 in
6 paragraph 14.
7      You say, "As a biostatistician, I have
8 the background, training, and experience to
9 comment upon the first four criteria."
10      And those are the criteria that I just
11 listed.
12      A   Okay.
13      Q   What additional training have you
14 received since 2010 that now makes you qualified
15 to opine on specificity, dose-response, and
16 experimental evidence?
17      A   I can cite literature that -- that is
18 out there, and that's what I did.
19      Q   Anything else?
20      A   That's -- that was what I did.  In my
21 analysis, I had cited literature that talks about
22 these other issues.
23      Q   Do you still agree that you don't have
24 the background, training, and experience on
25 dose-response, experimental evidence, and

Page 293

1 specificity?
2    A   No. I can cite the dose-response
3 because there's the literature and what was in
4 my -- the analyses that are in the paper.
5 Specificity, that's -- that's hard in this case.
6 And so I mention what happens in this -- in this
7 setting with specificity.
8        And experiment, it's hard to do an
9 experiment in this case because you can't -- you
10 can't expose people to the chemicals. So, I mean,
11 I can cite the literature and talk about how one
12 evaluates these conditions in this setting.
13    Q   Other than reviewing and citing the
14 literature, you don't have training to opine on
15 these elements of Bradford Hill, correct?
16    A   I can cite the literature. The
17 literature speaks for itself.
18    Q   So other than citing the literature,
19 you've had no training that would qualify you to
20 opine on these?
21    A   I -- I have experience looking at
22 dose-response. That's what we look at. We know
23 about experiment. I know about experiments, so I
24 can cite -- I can cite literature on that.
25    Q   Okay. What training have you had that

Page 294

1 makes you qualified to opine on experiments?
2    A   I designed lots of experimental -- done
3 a lot of experimental design. In this case there
4 is no experiment, and so I talked about what
5 type -- what -- what would be a sort of
6 pseudo-experiment, looking at gloves and no
7 gloves, because you can't do an experiment in
8 this -- in this -- in this case, in this setting.
9    Q   You agree that a proper Bradford Hill
10 analysis should consider the totality of evidence,
11 correct?
12    A   Yes.
13    Q   Do you have eligibility criteria -- I'm
14 sorry. Skip that.
15    A   Get it out of here.
16    Q   So the first element of a Bradford Hill
17 analysis is strength, correct?
18    A   Yes, or is one of them. I mean, it's
19 not clear what first --
20    Q   The first one you discuss in the report
21 is strength, correct?
22    A   Yes.
23    Q   And you rely on the results of your
24 meta-analysis, correct?
25    A   Yes.

Page 295

1    Q   Your opinion on strength does not rely
2 on Shrestha or Pouchieu, correct?
3    A   No.
4    Q   Shrestha and Pouchieu are a part of the
5 relevant collection of studies investigating the
6 association between paraquat and Parkinson's
7 disease, correct?
8    A   They're -- they're studies, yeah, but
9 they had -- they had problems but -- as I pointed
10 out.
11    Q   You discuss them in your report,
12 correct?
13    A   Yes.
14    Q   These studies are much larger than your
15 meta-analysis, correct?
16    A   Yes.
17    Q   And neither of them report an
18 association, correct?
19    A   Oh, Pouchieu does. In their Model 1,
20 they show an association.
21    Q   Shrestha does not report an association,
22 correct?
23    A   That's, yeah, the cohort study, no.
24    Q   So Shrestha is inconsistent with a
25 strong association, correct?

Page 296

1    A   You look at -- if you go to Shrestha and
2 they discuss that there is -- it's in a direction
3 of association, they find relationship -- or
4 results for, you know, cases where there's
5 brain -- or head -- head injuries and things, so
6 they discuss -- in Shrestha, they discuss that
7 they can't rule things out. That's not strength.
8 I agree with that, but it's not no association.
9    Q   My question was, is Shrestha
10 inconsistent with a strong association?
11    A   It doesn't show a strong association.
12 It shows an increased odds, and they argue that
13 it's -- that it's in the direction of what
14 Tanner -- Tanner's results.
15    Q   The second element you discuss is
16 consistency. Again, you only point to the seven
17 studies in your meta-analysis, correct?
18    A   Yes. Well, I look at those, and then
19 there's some other discussion about consistency in
20 addition.
21    Q   You cite to studies about farming and
22 rural living, correct?
23    A   Yes.
24    Q   Wouldn't you agree that a prospective
25 cohort of agricultural workers is more relevant to

Page 297

1 assessing an association between occupational
2 exposure to paraquat and Parkinson's disease than
3 studies that are generally about farming, rural
4 living or wood pulp?
5    A   It's just general -- you know, there's
6 general relationships in these studies, and they
7 show some consistency.
8    Q   You did not consider the results of
9 Shrestha in coming to your consistency opinion,
10 correct?
11    A   No, I did not.
12    Q   The third element that you discuss is
13 temporality.  You agree it's difficult to
14 establish that the exposure precedes the onset of
15 disease in retrospective case-control studies,
16 correct?
17    A   Correct.
18    Q   And all seven of the studies in your
19 meta-analysis are case-control -- retrospective
20 case-control studies, correct?
21    A   Yes.  That's why I sort of lean on the
22 Liou or Liou paper that talks about the analysis
23 of Tanner with respect, you know, to the
24 difference between how it's related to incident
25 studies.

Page 298

1    Q   And what does that have to do with
2 temporality?
3    A   Because if you have an incident study,
4 then you have the temporality.
5    Q   But like we discussed before, Tanner
6 assesses exposure retrospectively, correct?
7    A   Yes, but -- but when -- when Liou does
8 his sensitivity analysis, he finds that most of
9 Tanner's cases were incident cases.  They
10 weren't -- they -- they were -- weren't incident
11 cases -- or they were incident cases.  So her
12 analysis is consistent with the incident analysis.
13 And that's -- that's one study, but that's what
14 his -- what that group's analysis shows.
15    Q   And Shrestha is another study that
16 includes more incident cases than Tanner, correct?
17    A   Correct.
18    Q   And they don't show a statistically
19 significant association, correct?
20    A   Not statistically.  They're significant,
21 but they show -- again, they discuss why the
22 results, although the designs are different -- are
23 not too far off from Tanner.
24    Q   You agree that the diagnosis of
25 Parkinson's disease occurs with the onset of motor

Page 299

1 symptoms.
2    A   So it seems it's a complicated
3 diagnosis.  I mean, that's what -- the more I
4 understand, it's complicated to diagnose
5 Parkinson's disease.
6    Q   Parkinson's disease can be preceded by a
7 premotor or prodromal phase of 20 years or more.
8      Do you agree with that?
9    A   Yes.
10    Q   For exposure to paraquat to be
11 considered a cause of Parkinson's disease, it
12 would need to precede not just the diagnosis but
13 the prodromal phase as well, correct?
14    A   Yes.
15    Q   And none of the seven studies in your
16 meta-analysis take the prodromal phase of
17 Parkinson's disease into account when assessing
18 exposures, correct?
19    A   They're not discussed, but that's a --
20 it depends -- that period isn't just 20 years.
21 It's just -- we don't know what the -- or I don't
22 know what the -- what the period is.
23    Q   But the papers don't assess the
24 prodromal phase.  None of the seven papers that
25 you included in your meta-analysis include --

Page 300

1 assess the prodromal phase in determining
2 exposure, correct?
3    A   No, they don't.
4    Q   The next element is dose-response.  We
5 looked at Shrestha earlier, and the highest
6 exposure category had an association below 1,
7 correct?
8    A   It is within the confidence interval
9 that -- with the straddle point.
10    Q   It was not statistically significant,
11 correct?
12    A   It had -- it was insignificant, but the
13 interval was above or below 1.
14    Q   Hertzman, one of your seven studies,
15 looked for a dose-response relationship and didn't
16 find one, correct?
17    A   Correct.
18    Q   Kuopio, Rugbjerg, and Dhillon didn't
19 look at dose-response, correct?
20    A   Right.
21    Q   Van der Mark conducted a dose-response
22 analysis and didn't find one, correct?
23    A   Correct.
24      MR. KENNEDY:  If you remember.
25      THE WITNESS:  I do.  I remember, yes.

Page 301

1    Q    Pouchieu conducted a dose-response
2 analysis and didn't find one, correct?
3    A    I would have to look at that.
4         That's the case where the -- the odds
5 ratios are both elevated and nearly above 1, but
6 it's sort of a flat between the two groups.  But
7 there was an increase from -- from the zero
8 category.
9    Q    But it's an absence of evidence with
10 respect to dose-response, correct?
11    A    They didn't -- they didn't do the --
12 they didn't do a comparison between the two, but
13 it looks like there's no difference between the
14 second and the third tertile, but there's
15 certainly an increase above the first, so it's not
16 a linear.  It sort of goes up and then flattens
17 out.
18    Q    So the odds ratio for the highest
19 exposure level was lower than the odds ratio for
20 the lower exposure level, correct?
21    A    But it's indistinguishable by looking at
22 the confidence intervals.  The confidence
23 intervals overlap.
24    Q    I'm asking about the odds ratios.  Is
25 the odds ratio for the highest exposure level

Page 302

1 lower than the odds ratio for the lowest exposure
2 level?
3    A    As a number, but inferentially, the two
4 confidence intervals overlap, and so they're
5 roughly the same --
6    Q    But this is not evidence of a
7 dose-response relationship, correct?
8    A    No, when you -- but you go from the
9 first to the second, it can go up and then flatten
10 out.
11    Q    Your confidence interval for the higher
12 exposure level is narrower than the lower,
13 correct?
14    A    Yes.
15    Q    And the high end 1.85 is lower than the
16 high end for the low exposure level, correct?
17    A    But they overlap.  There's a big overlap
18 between them.
19    Q    Could you answer the question.  The --
20 the high end of the confidence interval for the
21 high exposure level is lower than the high end of
22 the lower exposure level, correct?
23    A    Yes, but to interpret what the
24 confidence interval is, the confidence intervals
25 overlap significantly.

Page 303

1    Q    Brouwer conducted a dose-response
2 analysis and did not find one, correct?
3    A    I can't remember the -- the paper.
4    Q    I think you have it.
5    A    Do you have the paper, Brouwer?
6    Q    I think you have it.
7    A    I don't have that.
8    Q    Did I not give that to you?
9    A    No.
10    Q    So you did not consider Shrestha 2020
11 and van der Mark in reaching your conclusions on
12 dose-response, correct?
13    A    No, I didn't.
14    Q    You rely on Goldman 2012, correct?
15    A    Yes.
16    Q    Goldman did not meet the criteria for
17 inclusion in your meta-analysis, correct?
18    A    Yes, it's not a case-control study.
19    Q    But you rely on it for dose-response?
20    A    Yes.
21    Q    You rely on Furlong?  Furlong did not
22 meet your criteria for inclusion in your
23 meta-analysis, correct?
24    A    Correct.
25    Q    But you rely on it for dose-response?

Page 304

1    A    But it's a nice study of gloves and PPE.
2    Q    You know that Shrestha reports on glove
3 use as well, correct?
4    A    Yes.
5    Q    And Shrestha does not find an
6 association with glove use and paraquat exposure?
7    A    Correct.
8    Q    But you did not rely on that in your
9 dose-response conclusion?
10    A    No, I used Furlong.
11    Q    Even though Shrestha provides seven
12 additional years of data?
13    A    It's not clear what the -- what that
14 adds, but, I mean, they're just different studies.
15    Q    Did you consider the difference in
16 reporting on glove use between Shrestha and
17 Furlong?
18    A    The Shrestha it wasn't significant
19 with -- for paraquat.  But -- and for Furlong, it
20 was -- it was a strong result for Furlong.
21    Q    So you chose to report only on the
22 result that supported your conclusions?
23    A    No, it's just that there was -- it's a
24 null finding, so there's no -- there's no result.
25 But Furlong is a positive result.

Page 305

1    Q   So you ignored the -- the non -- the
2  negative evidence and only --
3    A   It's not negative.  It's just null
4  evidence.
5    Q   Experimental evidence is the next
6  element you offer an opinion on.  Have you ever
7  opined on experimental evidence before?
8    A   I don't know, but this is a -- sort of
9  an interesting case in that -- this area because
10  it is really hard to do experiments in this case,
11  and that's why this Furlong is sort of a
12  pseudo-experiment or natural experiment, but you
13  can't randomize people to one group or another in
14  like an experiment.
15    Q   Have you ever authored a paper including
16  an opinion on experimental evidence before?
17    A   Yes, look at clin- -- clinical trials
18  are experiments.  I mean, I've written on --
19  plenty of papers on clinical trials.
20    Q   Have you ever offered an opinion on
21  experimental evidence in the occupational exposure
22  setting?
23    A   No, I haven't.
24    Q   Have you ever opined on specificity
25  before?

Page 306

1    A   We -- we -- I -- we have and we're
2  looking at genetic markers for certain -- for --
3  for TB we found certain metabolites that are very
4  specific for diagnosing TB, so it's a specificity
5  argument.
6    Q   And who is "we," sir?
7    A   I have a paper in eLife with some wild
8  medical school researchers.
9    Q   You don't actually offer an opinion on
10  specificity here, though, correct?
11    A   Yeah, it's hard to -- I'm just saying
12  it's -- here I'm just saying it's difficult to --
13  to show in this setting.
14    Q   So you're not offering an opinion that
15  this element is met?
16    A   No, I don't have it.
17    Q   Okay.
18    A   It's hard to -- it's hard to assess in
19  this case.
20    Q   And why is it hard to assess?
21    A   Because a lot of -- a lot of things
22  interact, you know, it's complicated biology.
23  Just like smoking, the analogy I give is just like
24  smoking, smoking affects a lot of body systems.
25  And so is it specific?  Does -- does smoking only

Page 307

1  cause lung cancer?  No, it does cause a lot of
2  things.  And exposure could cause a lot of -- a
3  lot of things, so it's not specific just to PD.
4    Q   For biological plausibility, coherence,
5  and analogy you are relying on Dr. Fitsanakis,
6  correct?
7    A   Correct.
8    Q   So if she does not establish any of
9  those three elements, your opinions on causation
10  would need to be revisited, correct?
11    A   She has discussions about what the --
12  you know, what the consist -- or what coherence
13  is, what the biological plausibility is, what the
14  analogy is, so she discusses various aspects of
15  it.  She may not use those words but that's part
16  of her -- her discussion.
17    Q   I'm sorry, have you read her report?
18    A   I did.
19    Q   Okay.  And if it turns out that she's
20  wrong about any of these elements, you would want
21  to revisit your conclusions, correct?
22    A   Yeah, I would want to revisit if she
23  showed that.
24    Q   And you have no other basis other than
25  Dr. Fitsanakis to opine on biological

Page 308

1  plausibility, coherence, or analogy, correct?
2    A   That's what I'm referencing.
3    Q   So you have no other basis to offer an
4  opinion on those three elements?
5    A   No, those are biological issues.
6    Q   Did you read her report before you wrote
7  your report?
8    A   I think it's around the same time.  I
9  mean, I -- I think my report was mostly done and I
10  didn't -- or, you know, generally done, but I
11  read -- read her report, yes.  So that was sort of
12  right around the time everything was due.
13    Q   Did you draft these paragraphs after you
14  read her report?
15    A   I think the -- the plan was -- is that
16  she was covering these issues, and so that's what
17  the -- the lawyer said, she's going to cover these
18  issues, so I assumed that she would because
19  they're -- hers is a biological report.
20    Q   So you drafted the paragraph before you
21  actually read her report?
22    MR. KENNEDY:  He was asked to assume by
23  us that she would cover those issues because those
24  were not in his field of expertise.
25    A   Yes, I -- I knew that was coming and so

Page 309

1 I made this assumption that she's going to do
2 that.
3    Q    So you drafted this sentence before you
4 read her report, correct?
5    A    I was told that she was going to cover
6 these, and I may have -- I don't remember the --
7 the timing.  I mean, I could have -- or it was
8 right at the time all the reports were due and
9 they were scrambling to get this done.
10    Q    Did you have any eligibility criteria
11 for your meta-analysis related to whether the
12 studies controlled for confounders?
13    A    It was -- it was a positive thing if
14 they could, but not all the -- not all the
15 studies -- you weren't able to -- weren't able to
16 assess the confounding in some of them.  I mean,
17 it's a -- it's a good -- it's a good -- a
18 positive.  It's positive if they're there.
19    Q    So --
20    A    And if they don't -- if they are not
21 there, you look at other criteria.  It's all part
22 of a set of criteria.
23    Q    So if a study did not control for any
24 confounders, that wouldn't make that study
25 ineligible for inclusion in your report?

Page 310

1    A    Correct.
2    Q    You reviewed Dr. Fitsanakis' report,
3 correct?
4    A    Yes, I looked at it.
5    Q    You did not have an opinion as to
6 whether her report was reliable?
7    A    No, I didn't.
8    Q    You -- the plaintiffs' attorneys
9 instructed you to rely on her report, and so
10 that's what you did?
11    A    Yeah, make the assumption -- I assumed
12 that she would cover these issues.
13    Q    You previously testified that exposure
14 to paraquat was the specific cause of Parkinson's
15 disease for the five plaintiffs identified in your
16 report, correct?
17    MR. KENNEDY:  You testified to that.
18 She's not saying it's in your report.
19    A    I say what's in my report is what I --
20    Q    You're -- you are opining that exposure
21 to paraquat is the specific cause of
22 Mr. Burgener's Parkinson's disease, correct?
23    A    It says -- I am saying that he satisfies
24 the criteria.  He would fit into the studies, and
25 so he's related to the elevated risk that I find

Page 311

1 for my meta-analysis.
2    Q    Have you ruled out other causes of
3 Parkinson's disease for Mr. Burgener?
4    A    No, I haven't.
5    Q    Have you determined that Mr. Burgener's
6 symptoms -- that Mr. Burgener was exposed to
7 paraquat before his symptoms of Parkinson's
8 disease began?
9    A    No, I don't know that.
10    Q    So you're not offering an opinion that
11 exposure to paraquat was the specific cause of
12 Mr. Burgener's Parkinson's disease?
13    A    No.  I'm saying that he satisfies the
14 criteria and he -- he has an elevated risk of
15 Parkinson's by the exposure.
16    MS. BELOTT:  Can we take a quick break?
17    MR. KENNEDY:  Sure.
18    VIDEO TECHNICIAN:  Stand by.  We are
19 going off the record.  The time is 4:43.
20    (A brief recess was taken.)
21    VIDEO TECHNICIAN:  The time is 4:58.  We
22 are on the record.
23 BY MS. BELOTT:
24    Q    Dr. Wells, earlier today I asked you,
25 "Are you offering an opinion that exposure to

Page 312

1 paraquat was the specific cause of Mr. Richter's
2 Parkinson's disease?"
3    And you answered, "Yes."
4    Do you recall that testimony this
5 morning?
6    A    I may have misspoke the technical term,
7 the specific causation.  What I meant is what I
8 wrote in my report, is that he qualifies to be in
9 the studies and the studies --
10    VIDEO TECHNICIAN:  Going off the record.
11 The time is 4:59.
12    (Discussion off the record.)
13    VIDEO TECHNICIAN:  The time is 5:00.  We
14 are on the record.
15 BY MS. BELOTT:
16    Q    Dr. Wells, could you restart your
17 answer, please.
18    A    So what I mean is what's in my report.
19 I said that these people would qualify to be in
20 the pool or the subjects in the meta-analyses.
21 And people in the meta-analysis that have certain
22 diagnoses, which I'm making an assumption that
23 they've had -- been diagnosed and they have had
24 certain exposure, that they would be part of this
25 elevated risk that I found in my meta-analysis,

Page 313

1 the over-doubling of the risk for getting PD.
2     Q    So you're not offering an opinion that
3 exposure to paraquat was the specific cause of any
4 of the plaintiffs' Parkinson's disease?
5     A    They have very highly increased odds.
6     Q    My question is, you're not offering an
7 opinion that exposure to paraquat was the specific
8 cause of any of the plaintiffs' Parkinson's
9 disease?
10     A    I'm saying that they -- they have an
11 increased risk or a doubling of a risk of getting
12 Parkinson's disease, being diagnosed with
13 Parkinson's disease.
14     Q    I'm going to ask it again because we now
15 have conflicting answers from this morning and now
16 this afternoon.  Are you offering an opinion that
17 exposure to paraquat was the specific cause of
18 Mr. Richter's Parkinson's disease?
19     A    I'm offering what's in my report.
20     Q    Okay.  Can you answer the question?  Are
21 you offering a specific causation opinion with
22 respect to Mr. Richter?
23     A    So maybe I don't know what that means
24 exactly.  So what I -- what I mean is that he has
25 -- a doubling of -- over-doubling of risk of

Page 314

1 getting PD.  And if he has a certain exposure
2 profile and a certain diagnosis that fits into the
3 studies, he fits in the study, so he has an
4 increased risk, doubling or increased risk of
5 contracting Parkinson's disease.  That's -- that's
6 what's in my report.
7     Q    You've not ruled out any other causes of
8 Parkinson's disease for Mr. Richter, correct?
9     A    No, I haven't.
10     Q    And you've not reviewed any of
11 Mr. Richter's medical records, correct?
12     A    Just the exposure.
13     Q    You have not reviewed any of his medical
14 records, correct?
15     A    No, I haven't.
16     Q    So you cannot say that exposure to
17 paraquat is what caused Mr. Richter's Parkinson's
18 disease, right?
19     A    It says that he has an increased risk,
20 over-doubling.
21     Q    Can you say that exposure to paraquat
22 was the cause of Mr. Richter's Parkinson's
23 disease?
24     A    He fits within the increased risk.  He
25 fits within the Bradford Hill, and so that's my

Page 315

1 conclusion.  He fits within the Bradford Hill.  He
2 fits within the increased risk, and my conclusion
3 is he is -- has an increased risk of contracting
4 Parkinson's disease, a doubling of a risk.
5     Q    Okay.  I understand that you think that
6 the 2.88 applies to him, but my question is
7 whether you are saying that exposure to paraquat
8 was the specific cause of Mr. Richter's
9 Parkinson's disease.  It's a yes-or-no question.
10     A    So maybe I just don't know what the --
11 the specific cause.  I'm going what -- what --
12 what the conclusions are in my report.  My
13 conclusions are that there's a general causation
14 argument, that Bradford Hill criteria, and he
15 would have been eligible to be in the studies.
16 And individuals in the studies have an
17 over-doubling of risk, so very likely.
18     Q    And that's as far as your opinion goes,
19 correct?
20     A    Yes.
21     Q    When you say he was eligible to be
22 included in the studies, does that mean he was
23 eligible to be included in all seven studies?
24     A    I would have to look at all the details.
25 It seems with his exposure profile and his

Page 316

1 diagnosis, it seems he would in all -- probably
2 all seven.
3     Q    In order for your 2.88 to apply to a
4 person, does that person need to meet the exposure
5 criteria in all seven studies?
6     A    I think he does.
7     Q    That's not my question.
8     A    Okay.
9     Q    My question is, in order for the 2.88 to
10 apply to a person, does that person need to meet
11 the exposure criteria in all seven of the studies
12 included in your meta-analysis?
13     A    He would have been included in the
14 studies.  He has -- he would have been included in
15 the studies that were in the meta-analysis.  It's
16 not all seven because not all seven have different
17 inclusions -- they have the same inclusion
18 criteria.
19     Q    That's what I'm trying to figure out.
20 So is it enough that a person satisfies the
21 exposure criteria in one of the seven studies in
22 order for the 2.88 to apply to a person?
23     A    There would be -- they would have been
24 in the study, yes.
25     Q    So it just has to be one study.

Page 317

1    A    Yes.
2    Q    The same question for the diagnostic
3  criteria.  Is it enough for the person to have
4  satisfied the diagnostic criteria in one of the
5  studies?
6    A    Yes, they would be in the studies.
7    Q    So if they satisfy the criteria in one
8  of the studies but would have been excluded under
9  the terms of another study, does the 2.88 apply to
10  that person?
11    A    They would be -- the criterion is that
12  they had to be in -- in -- be eligible to be in
13  the meta-analysis.  And so it would have -- it
14  would have to have the criteria to be in the
15  studies.
16    Q    Okay.  But if one of the studies would
17  have excluded them, did they still have the --
18  meet the criteria to be included in the
19  meta-analysis?
20    A    Yeah, I don't -- I don't know -- I don't
21  know the specifics, and I would have to look at
22  what the exclusion criteria were.  And, you know,
23  yes, it's hard to say in the -- in the abstract.
24    Q    So you don't have a rule that you would
25  apply as to whether or not a person would be --

Page 318

1  the 2.88 would apply to them if they would be
2  excluded under one study and included in another?
3    A    Yeah, you would have to look at what --
4  what the exclusion criteria were.
5    Q    Okay.  We looked at some of the
6  exclusion criteria in Liou, and they excluded as
7  cases persons who had strokes.  If a person had a
8  stroke and would be excluded from Liou but would
9  be included under Hertzman, would that person --
10  would the 2.88 apply to that person?
11    A    I think -- I think so.
12    Q    So they have to meet the inclusion
13  criteria of one of the seven studies, regardless
14  of whether they would have been excluded under the
15  other seven -- other six studies?
16    A    They would have to make it into the
17  meta-analysis.  If they were -- if they were a
18  possible participant in the studies, would they be
19  recruited into the -- into one of the studies?
20  That puts them in -- that puts them into the --
21  into the -- into the mix.
22    Q    So I'm just going to ask again.  If they
23  meet the inclusion criteria of one of the seven
24  studies, regardless of whether they would have
25  been excluded under the other six studies, the

Page 319

1  2.88 applies to them, in your opinion.
2    A    If they would be -- if they would have
3  been in the meta-analysis -- I don't think there
4  are any exclusions for six of them.  That's --
5  that seems hypothetical.  But if they're eligible
6  to be included in one of the -- one of the studies
7  in the meta-analysis, then -- then they're
8  eligible to, you know, to be accounted -- to be in
9  that meta-analysis, and the elevated risk applies
10  to them.
11    Q    So just to be clear, if a person
12  satisfies the criteria of one of the seven
13  studies, then the 2.88 applies to them?
14    A    If they would be -- if they had a
15  possibility of being in one of the -- one of the
16  cohorts or one of the participants in one of those
17  studies, they would have been in the meta-analysis
18  that applies.
19    MS. BELOTT:  We're just going to take a
20  short break, but I think we're -- we're very close
21  to done, if not done.
22    THE WITNESS:  Thank you.
23    VIDEO TECHNICIAN:  Stand by.  Going off
24  the record.  The time is 5:09.
25    (A brief recess was taken.)

Page 320

1    VIDEO TECHNICIAN:  The time is 5:15.  We
2  are on the record.
3    MS. BELOTT:  Thank you, Dr. Wells.  I
4  have no further questions.
5    THE WITNESS:  Thank you.
6    EXAMINATION
7  BY MR. KENNEDY:
8    Q    Doctor, it's Eric Kennedy on behalf of
9  the MDL and the California consolidated
10  proceedings.  I'm going to ask you five minutes of
11  questions maybe to clear some things up.
12    You were repeatedly asked about an
13  unwritten protocol.  You didn't write down a
14  protocol or a methodology in evaluating these
15  studies prior to evaluating them, did you?
16    A    Correct.
17    Q    Does that mean that you did not
18  formulate in your mind a protocol or a methodology
19  for the review and evaluation of these
20  epidemiology studies to determine what you were
21  going to put in your meta-analysis?
22    MS. BELOTT:  Object to form.
23    A    Before -- before I looked at the
24  studies, I looked at, you know, what the quality
25  criterion are for meta-analysis, looked at cases,

Page 321

1 looked at cases, controls, exposure, you know,
2 whether there were controls, disease
3 classification. All the things we talked about, I
4 had that in mind.
5      Q    All right. So you did arrive at a plan
6 or a protocol prior to the evaluation of these
7 studies?
8      A    Right.
9           MS. BELOTT: Object to form.
10     Q    And before you evaluated these studies,
11 as you have testified to, did you -- did you know
12 that you would look at the definition of a case?
13     A    Yes.
14     Q    Did you know that you would look at how
15 exposure was defined?
16     A    Yes.
17     Q    Did you know that you would look to the
18 methodology utilized in the studies to determine a
19 case?
20     A    Yes.
21     Q    Did you know that you would look at and
22 evaluate control groups?
23     A    Yes.
24     Q    Did you know that you would look at
25 heterogenicity before you did it with respect to

Page 322

1 these studies?
2           MS. BELOTT: Object to form.
3      A    This is what's done in meta-analysis.
4      Q    Did you know that you would look at
5 adjustment?
6           MS. BELOTT: Object to form.
7      A    It's one of the -- one of the criteria.
8      Q    Did you know that you would look at
9 participation rates?
10          MS. BELOTT: Object to form.
11     A    Yes, it's a -- it's a design issue about
12 missing data, you always look at that.
13     Q    Are any of the criteria that you utilize
14 to evaluate the epidemiology studies to determine
15 what you would put into your meta-analysis, are
16 any of those criteria in any way unusual or
17 something other than standard in an approach to
18 evaluate an -- epidemiology studies?
19          MS. BELOTT: Object to form.
20     A    It's a standard approach to -- to do a
21 meta-analysis.
22     Q    And did you apply these criteria to all
23 of the studies in making the determination as to
24 what you would put into your meta-analysis?
25          MS. BELOTT: Object to form.

Page 323

1      A    Yes.
2      Q    Now, with respect to -- there's a
3 variety of questions about specific causation
4 here, and there was questions about whether or not
5 someone fit into one of the seven studies or all
6 of the seven studies. With respect to the -- the
7 five plaintiffs that you have analyzed, were you
8 asked to assume that based upon the examination by
9 a movement disorder specialist they fit into the
10 diagnostic criteria for all seven studies? Were
11 you asked to assume that?
12     A    That's in my report.
13          MS. BELOTT: Object to form.
14     Q    And is that in your report?
15     A    Yeah, it's in my report.
16     Q    Okay. And with respect to each of the
17 plaintiffs that you have evaluated and offered
18 opinions on, were you provided with descriptions
19 of their exposure?
20     A    Yes.
21     Q    And did every one of these folks fit
22 into the exposure criteria in all of the seven
23 studies that make up your meta-analysis?
24     A    Yes.
25          MS. BELOTT: Object to form.

Page 324

1      Q    Did they fit into the six ever-never
2 exposure studies?
3      A    Yes.
4      Q    Did they fit into the 25-day requirement
5 in Tanner 2011?
6           MS. BELOTT: Object to form.
7      A    Yes.
8      Q    And with respect to an odds ratio of
9 2.88, that therefore would be applicable to all
10 the plaintiffs you've evaluated, correct?
11     A    Right.
12     Q    You told us that, yes?
13     A    Right.
14     Q    And can you tell us what does 2.88 mean
15 with respect to the issue of whether or not there
16 was a 51 percent probability that paraquat caused
17 the Parkinson's disease in these plaintiffs?
18     A    A greater --
19          MS. BELOTT: Objection to form.
20     A    Greater than 50 percent.
21     Q    Okay. And then Coward, we're asked to
22 assume that Mr. Coward met the diagnostic criteria
23 used in the seven studies that make up your
24 meta-analysis?
25     A    Yes --

Page 325

1        MS. BELOTT:  Object to form.
2     A   -- it was part of the -- in my report.
3     Q   And --
4        MS. BELOTT:  And outside the scope of
5  the report.
6     Q   Exactly.
7        And in addition to that, were you
8  provided with a description of Mr. Coward's
9  exposure?
10    A   Yes.
11    Q   Did it fit within the ever-never or the
12  25-day exposure described in the seven epi studies
13  that make up your meta-analysis?
14    A   Yes.
15    Q   And based upon the assumption that
16  Mr. Coward fits into the diagnostic criteria for a
17  case in these seven studies and based upon the
18  fact that his exposure equaled the exposure in
19  these seven studies, would a 2.88 odds ratio apply
20  to Mr. Coward?
21    A   Yes.
22        MR. KENNEDY:  No further questions.
23            FURTHER EXAMINATION
24  BY MS. BELOTT:
25    Q   So, Dr. Wells, I just want to make sure

Page 326

1  that I'm clear.  On page 25 of your report, you
2  say, "I have assumed that the following
3  individuals have been exposed to paraquat
4  consistent with the exposure criteria of the above
5  referenced seven studies in my meta-analysis."
6        So are you assuming that, or did you
7  independently confirm that each of those five
8  plaintiffs satisfy the criteria in all seven of
9  your studies?
10    A   I'm assuming that.
11    Q   You're assuming that.  Okay.
12    A   I was told to assume that.
13        MS. BELOTT:  And we just want to put an
14  objection on the record to any questions about
15  Plaintiff Coward.  It wasn't in the report, and we
16  reserve all rights with respect to that.
17            FURTHER EXAMINATION
18  BY MR. KENNEDY:
19    Q   All right.  Let me ask you a few
20  questions.  Would you pull out the first exposure
21  assessment for the first plaintiff that you
22  reviewed for Mr. Petty.
23    A   Okay.  Who was that?
24    Q   Just pick out any one of them, and we're
25  going to go through them one at a time.

Page 327

1     A   Burgener?
2     Q   Just take Burgener.
3     A   Okay.
4     Q   Does that fit into an ever-never
5  exposure described in six out of the seven studies
6  in your opinion?  Not assuming anything --
7        MS. BELOTT:  Objection.
8     Q   -- but looking at that and comparing
9  those numbers to an ever-never or a 25-day
10  requirement in Tanner?
11        MS. BELOTT:  Object to form.
12    A   Yes.
13    Q   Pick up the next one, please.
14    A   The Richter?
15    Q   Yes.  How many day exposure was in that?
16        MS. BELOTT:  Object to form.
17    Q   In the second plaintiff, how many days'
18  exposure?
19    A   The -- the midpoint is 202.
20    Q   202.  Is there any way someone would
21  look at -- at this gentleman with 202 days of
22  exposure and say, You were never exposed?
23        MS. BELOTT:  Object to form.
24    A   No, that's fine to say -- I mean,
25  they -- they fit in the criteria.

Page 328

1     Q   Would they fit within ever-never?
2     A   Yes.
3     Q   Would they fit within 25 days of Tanner?
4        MS. BELOTT:  Object to form.
5     A   Yes.
6     Q   In your opinion.
7     A   Yes, I mean, it's to -- this number.
8     Q   Correct.  Would you pick -- you were
9  asking to assume that that's exposure, but I'm
10  asking you to apply it to the studies and that's
11  your opinion it would fit, correct?
12    A   Right.
13    Q   Would you pick -- what's the next
14  plaintiff?
15    A   Tenbrink.
16    Q   And how many days' exposure?
17    A   The midpoint is 322.
18    Q   Would that fit within an ever-never
19  exposure study?
20        MS. BELOTT:  Object to form.
21    A   Yes.
22    Q   In your opinion it would fit within,
23  correct?
24    A   Yes.
25    Q   Would it fit within your opinion --

Page 329

1  would it fit within a 25-day exposure of the
2  Tanner case?
3     A    Yes.
4     Q    And are these opinions being given
5  within a reasonable degree of scientific
6  certainty?
7     A    Yes, these are the numbers.
8        MS. BELOTT:  Object to form.
9     Q    The next plaintiff, please.
10    A    Coward.
11    Q    And how many days' exposure in that
12  case?
13    A    212 midpoint.
14    Q    Would that fit within an ever-never
15  study?
16       MS. BELOTT:  Object to form.
17    A    Yes.
18    Q    It would fit within the 25-day Tanner
19  study?
20    A    Yes.
21    Q    And can you give me the next study,
22  please, or the next plaintiff, I'm sorry?
23    A    Fuller.
24    Q    And how many days' exposure in --
25    A    It says 494.

Page 330

1     Q    And would that fit within an ever-
2  exposure study?
3     A    Yes.
4     Q    Would it fit within the 25 days of
5  Tanner?
6     A    Yes.
7     Q    Next plaintiff, please.
8     A    Krause.
9     Q    And how many days' exposure?
10    A    160.
11    Q    Would that fit within a never --
12  ever-never exposure study?
13    A    Yes.
14    Q    Would that fit within the 25 days in the
15  Tanner 2011 study?
16    A    Yes.
17    Q    Next plaintiff, please.
18    A    That's all I have.
19       MR. KENNEDY:  Thank you.
20       MS. BELOTT:  Nothing for me.
21       MR. KENNEDY:  Thank you.
22       VIDEO TECHNICIAN:  Stand by.
23       MR. COOPER:  Sir, you have the right to
24  review the video as well as the transcript or you
25  can waive that right at this time.

Page 331

1       THE WITNESS:  I always look at the
2  transcript.  I can't bear to look at the video.
3       MR. COOPER:  Stand by.  We're going off
4  the record.  The time is now 5:24.
5       (Discussion off the video record.)
6       MS. BELOTT:  We're going to mark as
7  Exhibit 25 one composite exhibit of the files that
8  he brought with him.
9       MS. RESIMAN:  We want color copies of
10  his files that he brought with him.
11       (Exhibit 25 was marked for identification
12  and attached to the deposition transcript.)
13
14       (Signature having not been waived, the
15  deposition of MARTIN T. WELLS, Ph.D. was concluded at
16  5:24 p.m.)
17
18
19
20
21
22
23
24
25

Page 332

1          * * *
2       ACKNOWLEDGMENT OF WITNESS
3       I, MARTIN T. WELLS, Ph.D., do hereby
4  acknowledge that I have read and examined the
5  foregoing testimony, and the same is a true,
6  correct and complete transcription of the
7  testimony given by me, and any corrections appear
8  on the attached Errata sheet signed by me.
9
10
11  _____  _____
12  (DATE)          (SIGNATURE)
13
14
15
16
17
18
19
20
21
22
23
24
25

## Page 333

1        CERTIFICATE OF SHORTHAND REPORTER

2

3        I, Michele E. Eddy, Registered Professional

4  Reporter and Certified Realtime Reporter, the court

5  reporter before whom the foregoing deposition was

6  taken, do hereby certify that the foregoing transcript

7  is a true and correct record of the testimony given;

8  that said testimony was taken by me stenographically

9  and thereafter reduced to typewriting under my

10  supervision; and that I am neither counsel for,

11  related to, nor employed by any of the parties to this

12  case and have no interest, financial or otherwise, in

13  its outcome.

14

15        IN WITNESS WHEREOF, I have hereunto set my

16  hand and affixed my notarial seal this 8th day of

17  October, 2022.

18

19  My commission expires January 11, 2024

20

21

22  _____

23  MICHELE E. EDDY

    NOTARY PUBLIC IN AND FOR

24  THE STATE OF OHIO

25

## Page 335

1              E R R A T A  S H E E T

2  IN RE: PARAQUAT PRODUCTIONS LIABILITY LITIGATION

3

4  RETURN BY: _____

5  PAGE   LINE              CORRECTION AND REASON

6  _____  _____  _____

7  _____  _____  _____

8  _____  _____  _____

9  _____  _____  _____

10  _____  _____  _____

11  _____  _____  _____

12  _____  _____  _____

13  _____  _____  _____

14  _____  _____  _____

15  _____  _____  _____

16  _____  _____  _____

17  _____  _____  _____

18  _____  _____  _____

19  _____  _____  _____

20  _____  _____  _____

21  _____  _____  _____

22  _____  _____  _____

23

24  _____  _____

25  (DATE)              (SIGNATURE)

## Page 334

1        E R R A T A  S H E E T

2  IN RE:  PARAQUAT PRODUCTIONS LIABILITY LITIGATION

3

4

5  RETURN BY: _____

6  PAGE    LINE              CORRECTION AND REASON

7  _____  _____  _____

8  _____  _____  _____

9  _____  _____  _____

10  _____  _____  _____

11  _____  _____  _____

12  _____  _____  _____

13  _____  _____  _____

14  _____  _____  _____

15  _____  _____  _____

16  _____  _____  _____

17  _____  _____  _____

18  _____  _____  _____

19  _____  _____  _____

20  _____  _____  _____

21  _____  _____  _____

22  _____  _____  _____

23

24  _____  _____

25  (DATE)      (SIGNATURE)

**$**

**$650** 13:22

**(**

**(1997)** 121:25

**0**

**0.14** 199:3,13
**0.18** 218:12
**0.41** 280:2
**0.48** 252:17
**0.74** 168:6
**0.84** 153:6
**0.87** 199:2,12
**0.89** 165:1
**0.9** 197:18
**0.94** 277:3
**0.96** 122:11,19
**05** 202:10,11,12,19,21,22 203:14 278:17
**07** 232:18
**08** 232:18

**1**

**1** 13:15,17 121:6,10,12 123:9 165:7,8, 11,12,14 188:8 197:19 232:24 277:4, 9,14,18,21,24 278:6,9,10,12,21,22 279:1,16,19,22 280:21 281:9 295:19 300:6,13 301:5
**1,732** 274:20
**1.01** 252:16 280:1
**1.09** 153:5
**1.13** 164:25
**1.21** 218:11
**1.22** 187:2,4
**1.4** 278:9
**1.41** 153:6
**1.43** 211:15
**1.44** 165:1

**1.67** 198:7
**1.85** 279:5 302:15
**10** 27:12 172:17,18 191:10 202:22 203:13 228:1
**10.6** 228:3
**100** 166:16
**103** 166:12,20
**10:07** 74:11
**10:13** 80:16
**10:15** 80:19
**10:22** 87:8
**10:28** 87:11,14
**10:29** 87:17
**11** 186:1,4,22 229:14
**11-08-22** 11:10
**110** 138:6,25
**11:35** 132:13
**11:49** 132:16
**12** 167:8 188:1,2 192:24 193:2 213:25 248:4
**12.76** 198:8
**12:46** 182:5
**13** 195:19,22
**132** 276:23 277:16
**13th** 25:8 29:8
**14** 197:5,6 292:6
**145** 276:23 277:16
**148,078** 274:25
**15** 27:11,12 75:19,24 199:22,23 236:9 238:6 271:6,8,12 272:16,21,24 273:16
**15.5** 229:14
**1584** 208:20
**1586** 129:16
**16** 205:10,11 240:20 241:6 250:3
**160** 330:10
**17** 98:18 217:11,14 284:22 285:3
**17.2** 122:6
**1732** 274:24
**18** 220:13,16

**183** 250:4
**19** 142:24 223:10,11 250:8
**190** 94:14 199:13
**193** 27:15
**1993** 132:21
**1994** 204:22 205:10 263:6
**1997** 114:12 115:9,17 119:23 126:16 127:16,21 132:22
**1997's** 128:7
**1999** 217:14,15 218:25
**1:21** 182:8

**2**

**2** 89:17,20 123:11 124:20 135:3 147:14 173:19 188:19 252:15 253:22, 23 276:25 277:1,2,5,9,21,22 278:8 279:12,15,16,19,23 280:1 281:5 285:5
**2.005** 282:16
**2.12** 252:17
**2.41** 121:1 122:6
**2.49** 280:2
**2.6** 252:8
**2.8** 24:2 61:16 252:9
**2.88** 23:25 26:8 38:19 42:22 51:17 56:7,11,18,22 57:6 58:7,18,21 59:15, 20,23 60:7,11,19,23 61:7 62:13 148:24 149:2,8,19,25 162:9 169:22 209:22 210:20 253:19 282:16 315:6 316:3,9,22 317:9 318:1,10 319:1,13 324:9,14 325:19
**20** 58:24 59:18 61:18 90:7 121:9 122:1,10,16,18 123:3,12 124:8,12,15, 20 127:18 130:11,12 231:15,17 271:6,8 272:15,21 299:7,20
**2003** 138:3
**2004** 27:7
**2005** 200:9,17 202:14
**2006** 273:10
**2007** 142:4,7,19 143:21
**2008** 220:13,14
**2009** 261:13
**2010** 197:2,24 200:19,24 202:2,6,24 203:15 291:14,22 292:14

**2011** 137:19 138:24 142:10 150:8
172:24 193:22 223:8,15,16 274:6
324:5 330:15

**2012** 27:14 174:14 303:14

**2013** 231:15

**2016** 183:6 235:14

**2017** 174:14 255:7,8

**2018** 284:16

**2019** 127:7 185:2 191:9 193:17

**202** 327:19,20,21

**2020** 149:21 150:2,9 152:22 153:21
154:5,13 155:15 156:4 162:18,21
164:9 165:25 172:16,22 176:6 177:13
178:9 192:21 193:20 194:6 284:10
303:10

**2021** 103:8 194:24 195:2,21 196:15

**2022** 11:2

**21** 102:21 103:2 147:17 155:3 235:17,
20 250:4,5

**212** 329:13

**218** 203:18

**22** 135:2,8 198:7 258:18,19

**23** 166:8,17,21 200:2 267:7,11

**230** 188:3

**24** 89:18 122:22 147:11 291:24 292:1

**24.6.2.3** 148:1

**244** 284:17

**25** 61:24,25 62:4,6,22 132:3 210:11
272:24 326:1 328:3 330:4,14

**25,000** 275:6

**25-day** 62:8 324:4 325:12 327:9
329:1,18

**250** 275:7

**26th** 127:6

**27** 120:5

**27.5** 227:21

**2900** 11:11

**2:31** 235:9

**2:51** 235:12

---

**3**

**3** 94:3,7 168:2,5 173:1,6 193:7 232:21

233:8 275:2 276:6

**3.22** 120:25

**3.7** 232:21

**3.8** 252:4

**3.83** 122:22 123:25

**30** 182:1 213:25 282:14

**3004** 11:9

**306** 267:21

**307** 276:6

**308** 280:12

**32** 248:13

**322** 328:17

**33** 211:16 251:4,5,6,8 252:7

**34** 127:9 191:18

**35** 127:11 191:25 248:1 251:7

**358** 138:6 139:1

**3:21-md-3004-njr** 11:9

**3:57** 291:6

---

**4**

**4** 98:20 114:14 120:24 135:2,9
164:10,18,20 166:11 169:18 200:13
201:11 213:24 233:8

**4.1** 232:21

**4.31** 121:1

**40** 130:10

**42** 252:8

**432** 227:10

**433** 226:21

**44113** 11:12

**45** 247:25

**46** 221:21

**491** 150:16 177:20,24

**494** 329:25

**4:18** 291:9

**4:43** 311:19

**4:58** 311:21

**4:59** 312:11

---

**5**

**5** 127:2,3 166:24 168:18,25 169:9,18
191:21,23 214:1 231:21 241:16 242:8
251:3

**5.22** 199:3,13

**5.3** 229:20

**5.43** 197:19

**50** 214:4 251:21 286:19 324:20

**501** 259:7 261:15

**51** 248:13 324:16

**510** 175:10

**58** 251:12,20

**5:00** 312:13

**5:09** 319:24

**5:15** 320:1

---

**6**

**6** 134:4,7 186:22 194:24 292:5

**6.2.3** 147:17

**6.31** 218:12

**6.44** 122:5

**67** 139:17,18

**69** 283:16 284:4

---

**7**

**7** 138:20,23 183:7 185:3

**7.04** 211:16

**70** 14:2,5 206:20

**71** 215:9

**736** 244:12

**74** 119:23

**758** 236:19 240:6

**759** 242:24

---

**8**

**8** 11:2 143:20,22,24 163:8 164:15,16
188:24 228:21 229:6,8 233:11

**80** 178:5,16 179:9,19 180:13,16

In Re: Paraquat Products Liability Litigation 3:21-md-03004-NJR Document 3057-2 Filed 04/03/23 Page 89 of 117 Page ID #6179

Matthew Wells
November 08, 2022

**80.6** 177:23

**83** 285:10

**84** 174:7,12,13

**85** 271:13 272:12 273:13,15

**87** 284:11

**871** 141:2

**89,000** 133:21,25 134:11

**8:36** 11:11

**8:37** 12:2

**8:38** 12:5

**9**

**9** 146:16 164:3,4 199:5,20 232:21 234:22

**93** 270:18,23

**93.4** 270:16

**94** 250:4 279:4

**95%** 122:5

**96** 123:19 165:8

**99** 285:12

**9999** 233:5

**9:48** 74:8

**A**

**a.m.** 11:11

**above-referenced** 63:6

**absence** 197:25 211:11 218:16 221:6,11 224:5 234:13 278:4,13 301:9

**abstract** 138:25 196:2 289:16 317:23

**academic** 95:16,17

**accepted** 32:23

**accident** 208:24 209:4

**account** 45:11,15,23 210:3 234:22 259:14 262:23 299:17

**accounted** 79:6 112:12 129:5 319:8

**accounts** 45:7 210:3 280:7 284:22

**accuracy** 267:24

**accurate** 97:9 99:7

**accurately** 114:23

**acknowledged** 189:21 251:1

**action** 49:20

**active** 243:2 244:14 280:15,16

**actual** 57:8,16 58:18

**ad** 283:13,19

**add** 96:4 277:9 279:20 282:2 284:20

**added** 99:3 211:21

**adding** 281:24 282:1

**addition** 25:24 99:25 196:13 221:23 280:15 296:20 325:7

**additional** 24:18 29:2,6 96:15 150:12 155:10 292:13 304:12

**address** 91:7 192:17 234:1

**addressing** 91:13

**adds** 277:6 304:14

**adjudicate** 175:15

**adjust** 44:25 45:8,25 46:3 128:24 129:24 140:8 201:23 202:7 216:8

**adjusted** 43:10 44:4,23 83:20,24 84:6,8,9,14,17,24 85:8,13,15 122:2, 11 130:3 140:12 212:4

**adjusting** 46:14

**adjustment** 45:1,6,19 46:10,19 322:5

**adjustments** 46:7

**advanced** 32:2,4,5,8

**adverse** 193:13 194:1

**advice** 28:13 155:23,24

**affect** 93:12

**affected** 288:14

**affects** 306:24

**afternoon** 313:16

**age** 43:16 45:10,11,22 46:6,11 129:10 203:3 222:3

**agencies** 133:9

**agents** 140:24 206:24 218:3

**agree** 44:6 52:14 56:11 58:8 74:14, 22 82:12 85:16 97:8 102:8 136:23 153:20 156:4 159:5 187:6 205:25 237:15 285:16,17 287:21 288:19 289:5,13 290:10 292:23 294:9 296:8, 24 297:13 298:24 299:8

**agreed** 285:18

**agreement** 270:17,24 272:13

**agricultural** 27:20 132:19 133:2,7, 12,20,21 134:5,23 135:22 136:16,25 137:13,24 138:3 142:1 153:1 167:4 187:23 193:19 236:1,7,10 237:16,20 238:2 274:15 280:18 296:25

**agriculture** 188:10

**agronomy** 46:22 47:1

**ahead** 20:7 144:8 178:12 284:14

**AHS** 21:24 22:17,22 135:21,25 136:4, 9 149:13,16,23 165:22 173:3 193:23

**ailments** 74:18

**algorithm** 69:10 136:5 167:5 255:6

**allowed** 69:6 143:19

**alternative** 256:23 257:16

**alternatives** 291:18

**ambiguities** 258:23 262:5,10,12 264:17

**amend** 25:12 51:12

**American** 134:17 135:12 137:8

**ammonium** 259:6,11,19,21 260:1,2, 5,15,25 261:10,21,24 262:2,8 265:8 266:21 267:5

**ammoniums** 261:3

**amount** 52:16 53:18,19,24,25 54:2,3, 6,12,13,16,17,20,21 55:16,21 77:11 161:21

**anal** 98:11

**analogous** 175:16

**analogy** 306:23 307:5,14 308:1

**analyses** 96:16 204:1 231:1 241:8 257:20 260:1 288:13,25 289:19 291:1 293:4

**analysis** 18:11 21:10 24:19 41:12 49:25 51:1,21 60:22 67:5 73:22 77:2 78:17 81:12 86:22 93:7,19 95:23 97:23 102:23 104:17 115:22 120:16 121:22 124:23 125:22 126:2,5,6 128:6,17 129:6 144:15 145:6 153:9 154:24 159:22 160:2,10 162:11,16 163:9 169:18 170:5 171:5 185:21 186:24 194:5 214:22 215:6,25 221:24 242:1 244:13 245:1,2,8,22 246:13 249:7 251:1 253:14 254:11,25 255:18,25 256:14 261:20,23 276:3 281:1,7 282:9,20 284:22 286:21,25

287:5,10,15,21,23 288:6,10,21 289:6,
9,14,17,22 290:2,8,10,14,16 291:2
292:21 294:10,17 297:22 298:8,12,14
300:22 301:2 303:2

**analysts** 280:25

**analyze** 14:17 24:25 166:6

**analyzed** 20:11 66:9 90:23 323:7

**analyzing** 33:1

**and/or** 257:24

**animal** 49:24 50:2,7 188:15,16,22

**annual** 21:25

**answers** 229:16 313:15

**appears** 76:10

**Appendix** 29:10

**applicable** 324:9

**application** 48:18 125:13,16 236:21
237:2

**applications** 250:7

**applicators** 21:25 132:20 167:1

**applied** 53:5,9 118:23 119:14 158:7
201:1 251:4,8,12

**applies** 22:11 23:7,8,19,25 37:6
56:19 58:18,20 59:2,9,20,24 60:8,16
61:1,7,8,16 315:6 319:1,9,13,18

**apply** 22:8,23 23:3,23 56:8 57:13
58:15,21 59:16 60:12 61:17 62:14,17
209:23 210:21 263:1 316:3,10,22
317:9,25 318:1,10 322:22 325:19
328:10

**applying** 15:22 18:10 48:15 56:20
57:2

**approach** 109:4 112:16 113:2 124:3
157:20 177:9 249:10 254:20 266:2
283:14 284:4 289:21 322:17,20

**appropriately** 76:8 78:18

**approved** 133:13

**approximately** 275:7

**arbitrary** 287:20,24 288:2,4

**area** 109:8 256:5,8 285:1 305:9

**argue** 296:12

**argument** 36:22 37:19,25 38:15
49:18 306:5 315:14

**arm** 21:25

**arrive** 321:5

**arrived** 12:13

**article** 96:10,11 97:17 176:15 261:13
262:25

**articles** 39:14 71:2 108:22,24 146:5,
8

**asks** 286:21

**aspect** 18:18 107:2 136:11 161:24

**aspects** 104:13,14,18 111:17
113:13,17 289:20,21 307:14

**assess** 21:2 40:13 44:19 75:7 76:4,
23 78:7 129:20 137:6 154:25 176:10
219:12 243:16 245:17 287:1,11,15
288:9 289:19 299:23 300:1 306:18,20
309:16

**assessed** 69:11 72:10,20 73:6 78:8
79:18 231:3,4 244:1 245:21 272:23

**assesses** 184:11,17 233:23 298:6

**assessing** 69:25 109:4 115:6 137:4
154:14 157:20 215:19 233:2 237:14
250:9 254:20 288:11 297:1 299:17

**assessment** 34:18 67:10,14,25
68:2,16,25 69:11,13,15 70:3,25 71:20
72:4 77:20 81:19 97:6 101:2,7,10
102:13 106:20 107:4,6,19,20 112:1,5,
8 113:11 118:23 119:14 126:7 137:10
139:19,23 150:19 154:21 155:1
176:5,7,23 177:5 178:16,18 179:8,10
185:11 225:10 244:24 255:1 290:20
326:21

**assessments** 34:10,15,22 35:1 52:5
64:3,10 66:25 68:20 70:1,4,9,12,20
86:22 89:7 97:9,10 176:24 178:9
185:17 204:14 264:24

**assigned** 241:9 243:1 244:15

**assignment** 21:1

**assist** 70:11

**association** 14:18 21:3 74:25 75:4,
5,13 91:24 92:5 116:21 117:18 118:7
122:24 124:6 127:17,19,22 137:4
164:25 168:6 189:7 190:21 191:4
192:11 193:20 194:7,19 220:24
231:23 234:14 251:25 259:10 261:17
276:12,21 280:13 295:6,18,20,21,25
296:3,8,10,11 297:1 298:19 300:6
304:6

**associations** 116:17 227:13 234:10
257:21

**associative** 191:14

**assume** 33:10 72:9,18 124:13

135:14 141:23 251:20 308:22 323:8,
11 324:22 326:12 328:9

**assumed** 36:18 63:3 214:3 308:18
310:11 326:2

**assuming** 124:19 166:3 289:9
326:6,10,11 327:6

**assumption** 38:21 50:11 63:10,13,
21,24,25 124:16,17 213:18,20 309:1
310:11 312:22 325:15

**assumptions** 42:7,9 43:3 62:22,24
73:8,9,14,16,21

**atrophy** 208:22

**attached** 13:18 89:21 94:4 114:15
127:4 134:8 138:21 143:23 164:5
172:19 186:5 193:3 195:23 197:7
199:24 205:12 217:12 220:17 223:12
231:18 235:18 258:20 267:8 292:2

**attempted** 174:14,25

**attend** 225:6

**attended** 31:24 225:18

**attorneys** 310:8

**attributable** 127:23 141:1

**atypical** 208:21

**audio** 80:9

**author** 92:12 96:22 125:23 195:9
196:3

**authored** 305:15

**authoritative** 86:3,14 89:13 157:13
249:14

**authors** 71:24,25 72:1 101:4 172:23
185:8 187:20 220:10 257:19 259:5
260:9 261:15,18 267:21

**authors'** 266:15

**Avenue** 11:11

**AVILA** 80:8

**avoid** 206:5

**aware** 35:10,22 36:2 40:25 125:21
132:18 159:16 165:25 172:22 192:21
245:13

**B**

**back** 12:4 27:2 79:14 128:11 130:9
152:10 181:22 184:3 210:15 211:6
224:11 240:23 249:9 283:22

**background** 291:15 292:8,24

**backing** 128:14

**backwards** 79:12

**bad** 88:9,16 206:7 208:9

**BAGHDADI** 87:3

**balances** 45:4

**ballpark** 251:23

**band** 165:15 281:23

**barely** 165:7

**based** 38:19 42:22 45:14,16,23
59:11 66:2 67:5 98:15 103:18,23
105:9 109:17 110:4 118:22 119:13,18
123:2,10 124:24 125:2 127:17 129:9,
12 205:6,22 235:1 241:14,17 242:13
246:8,9 254:15,19 265:18 266:1
267:19 276:3,13 283:13 284:3 323:8
325:15,17

**bases** 103:10

**basic** 74:14

**basing** 42:25 184:4,5

**basis** 23:15 51:5 75:23 101:25
102:11,18 111:16 124:5 126:13,15
128:20,22 133:18,24 135:15,17
136:15 181:2 188:12,21 207:4 214:15
227:7 228:17 237:17,22 241:25 242:2
243:22 244:9,15,21 258:1 279:18
290:25 307:24 308:3

**began** 76:24 113:5 311:8

**begin** 75:19 84:21

**behalf** 28:7,15 320:8

**belief** 227:17 228:10

**believed** 227:22 228:5

**BELOTT** 12:7 13:19 19:23 20:1,4
24:10,14 27:1 52:13 71:6,8 74:2,7,12
80:11,20 87:6,18 89:22 94:5 114:16
118:24 119:1,6,8 127:2 131:25 132:6,
10,17 134:9 138:14,18,22 139:18
143:14,20 144:1 146:12 148:1 164:2,
6 171:7 172:21 178:22 179:1,4
181:15,24 182:4,9 186:1,6,21 191:20,
24 192:23 193:6 196:1 197:5,9
199:21 200:1 202:23 205:10,14 216:6
217:13 220:19 223:8,14 228:24
229:2,4 231:15,20 235:5,13,19,21
240:1,2 258:17,21 267:9 283:21
284:1 285:18 291:4,10,24 292:4
311:16,23 312:15 319:19 320:3,22
321:9 322:2,6,10,19,25 323:13,25
324:6,19 325:1,4,24 326:13 327:7,11,
16,23 328:4,20 329:8,16 330:20

**bend** 248:8 252:13 256:1

**benefit** 220:10 223:5 239:16 260:10

**bent** 117:4 248:6 255:24

**bias** 126:11,17 140:2,5 148:16
184:11,18 204:15,19 206:5 217:4,9
219:7,12 222:16,20 226:7,14,17,24
227:12 228:7 229:10 230:5 233:14,
18,24 234:2 271:21 289:24 290:17,22

**biases** 126:3,8

**big** 20:8,9 21:6 22:2 83:21 156:22
162:20 232:19 265:6 278:23 286:2,14
302:17

**bigger** 108:17 190:22,23 250:1
265:16

**bills** 14:10

**biological** 50:25 51:6 73:18 188:16
307:4,13,25 308:5,19

**biologically** 49:15 50:11

**biology** 32:3,4 73:18 306:22

**biostatistician** 100:25 291:15 292:7

**biostatistician/epidemiologist**
32:14

**bit** 66:23 68:12,21 69:12 165:20
171:3,7 180:22 181:10 245:24 266:4,
11 277:13 290:12

**blanking** 31:10 150:21

**blows** 281:21

**boards** 133:13

**body** 51:24 52:17,18,21,24 53:2,13,
22 54:4,7,14,18,23 55:17 162:23
163:20 306:24

**bold** 90:17,20

**book** 35:13,18 89:25

**books** 157:23,25 158:9

**border** 277:20

**bottom** 90:10 129:15 142:24 164:13
167:8 177:23 208:20 227:10 229:13
232:21 259:9 276:7 281:8

**boundaries** 181:23

**boundary** 203:24

**Bradford** 51:1 121:22 153:9 253:14
255:18,25 256:14,20 291:11 293:15
294:9,16 314:25 315:1,14

**bradykinesia** 263:11,20

**brain** 296:5

**break** 60:21 71:5 73:23 74:1,3 123:6
132:1,3,4 171:10 181:13,20 228:23
235:6 291:4 311:16 319:20

**breakup** 59:7

**Breckenridge** 146:16,22 147:6
158:15 183:6,19 190:6,9,16 199:19,
20,21

**Breckenridge's** 183:10

**bring** 13:6 192:13

**bringing** 106:9

**brings** 106:2 279:25 280:1

**British** 205:19 223:19

**broad** 18:4 73:11 74:19

**broadcast** 48:14

**broader** 32:24 238:1

**broadly** 127:24 237:19 238:1

**broken** 121:17 204:4

**Brouwer** 255:7,8,11,15,25 256:11
257:17,18 258:7 303:1,5

**building** 15:20

**Burgener** 36:11,16 39:20 52:2,8,9
124:11,14,19 311:3,6 327:1,2

**Burgener's** 36:25 37:9 39:20 53:13,
21 54:4 310:22 311:5,12

**Burgenson's** 37:9

**Byers** 11:5

---

**C**

---

**calculate** 44:22,23 91:17 161:13,17
198:13,19 201:22 212:23

**calculated** 23:10,14,18 45:20 52:7
118:13 160:19 211:25 212:7 218:7
223:25

**calculating** 168:17

**calculation** 120:7 141:24 160:23
161:16 212:15 215:22 216:2 217:25
253:4 254:2,5 257:4,14,18 285:15

**calculations** 41:18 57:13,16 58:9,15
126:23 215:23 242:8 244:18,19,22
256:2 257:6

**California** 320:9

**call** 128:10 186:13 192:7 266:4,5

**cancer** 133:15 194:2,9 307:1

**capture** 78:19 79:2,15 80:7,24 81:15, 24

**captured** 176:12

**capturing** 81:4

**cardiac** 210:16

**cardinal** 263:19

**careful** 106:14

**Carolina** 132:25 134:12

**carried** 82:15 99:25 143:1

**carry** 180:6

**cascade** 76:21 77:14

**case** 11:9 12:20 13:16,23 21:2 23:16 24:1 29:12 30:10 31:4,19,20 33:11 34:25 35:4,6 41:4,8 42:19 47:17 48:17,23 50:7 63:1 73:10,15 76:24 81:22 88:17 89:7 93:13,22 94:12 95:25 106:4 107:19 144:17 149:7 153:22 159:7 162:21 171:25 185:17 189:19 190:15 191:7 192:4,10 196:17 238:8 291:23 293:5,9 294:3,8 301:4 305:9,10 306:19 321:12,19 325:17 329:2,12

**case-control** 79:13 81:21 82:2,9 87:2,20 88:7,22 91:6,14 92:1,13 93:5, 11 94:17,25 98:21 137:23 142:18 144:10 145:25 146:20,23 147:3 148:24 149:6 154:7 155:19 156:20 157:15 158:17 160:12,21 161:2,16 162:11,17 183:13 190:10 205:19 217:19 220:20 223:19 235:23 238:10 297:15,19,20 303:18

**case-controlled** 197:11

**cases** 24:17,23 27:9,12,15,17,22 28:1,23 31:7 36:2 46:2 64:25 65:5 102:1 103:11 107:21,22 112:9,10 115:21 116:5 138:6 139:1 147:2 150:8,16 151:19,22,23,24 152:5,6,12, 15 156:5 164:12 165:16,17,21 166:2, 8 173:2,18,25 174:15 175:11 176:17, 25 177:24 180:4 192:14 204:10 209:6 216:15 218:1 219:21 220:2 227:22 228:4 229:15,25 233:12 247:25 248:13 250:4 251:4,8 263:12 267:24 274:20 275:7,15,18 283:16 284:4,11, 17,23 285:11 296:4 298:9,11,16 318:7 320:25 321:1

**catch** 79:15

**category** 59:8 168:1 260:15 261:11 276:14,20 277:22,23 300:6 301:8

**causal** 36:21,22 75:13 183:22 189:13 190:20 191:4,14 192:10

**causation** 14:18 21:2 37:8,12 38:18 41:7,21 42:21 62:23 74:25 75:2 125:10,19 159:18 228:10 307:9 312:7 313:21 315:13 323:3

**caused** 37:8 227:23 281:22 314:17 324:16

**caution** 289:4,13

**CD** 207:1 211:20

**cerebrovascular** 208:24 209:3,13, 19 210:8 211:5

**certainty** 288:18 329:6

**certificate** 178:1

**challenge** 124:5 227:7

**challenges** 208:13

**chamber** 87:5

**chance** 221:9,10

**change** 27:4 45:2 60:18 84:24 153:25 154:1 162:10 178:21 230:1 232:11 233:12,22 289:23 290:16

**changed** 48:24 49:7 153:22 229:16

**chapter** 89:18,23 90:3 147:11

**characteristics** 174:21 249:12

**chart** 40:7

**check** 125:6 143:7,9,19 147:13 181:16 219:17 251:18 288:7,8 291:1, 2

**checklist** 225:1,6,10

**checks** 86:20

**chemical** 27:20 47:15 48:1 69:5 70:7 228:10

**chemicals** 44:2 187:22 188:10 215:13 216:10 227:18,22 228:5 259:3,20 266:5,7,19 293:10

**chemistry** 32:6

**choice** 207:25 208:6

**choosing** 203:23

**chose** 89:10 118:20 119:11 147:5 148:19 206:25 208:8 261:18 266:16 304:21

**chronic** 206:1,5,18,21 207:1

**cigarettes** 122:5

**citation** 90:1 102:9 157:24 158:3

273:10

**citations** 187:13

**cite** 86:1 103:14,16 117:17 118:6 121:20 125:7 152:22 153:8 162:18, 22,24 194:24 200:17 234:2 257:17 271:11,18,22 292:17 293:2,11,16,24 296:21

**cited** 29:19 103:9 180:23 182:23 270:10,12 272:10 292:21

**cites** 102:20 272:8,11

**citing** 269:7 273:17 293:13,18

**claim** 195:15 196:9

**claiming** 32:22 106:11

**claims** 125:24

**clarified** 170:13,14

**clarify** 61:23 62:1

**class** 69:2 190:23 259:3 265:22 266:6,21

**classification** 121:4,14 130:23 131:4,6,10 184:13,20 231:2 232:3,7, 8,12 233:13 243:20,23 249:3 262:20 264:6,15 321:3

**classifications** 15:6 19:10 167:17 230:11,19 232:12 245:10,14 263:4

**classified** 16:11,18 17:14 18:3 19:1 242:13

**classify** 16:13 131:14,21

**clear** 53:20 57:2 76:17 80:5,23 81:3 103:24 128:16 191:14 193:25 194:17, 19,20 201:9 225:13 249:5 262:7 264:4,10,11,12,13 286:2 294:19 304:13 319:11 320:11 326:1

**Cleveland** 11:11

**clin-** 305:17

**clinic** 115:10,14

**clinical** 173:21 175:16 185:11 267:25 305:17,19

**clinics** 207:20 210:14

**close** 266:4,5 278:1,6,12,21,22,25 319:20

**clues** 185:12

**co-associates** 187:22 188:9

**co-exposure** 277:10 279:21

**co-exposures** 279:25 280:22

**Cochrane** 86:1,9,12 89:12,13,17 112:17 147:11,15,16 148:4,13 155:17 157:17 158:8

**Cochrane's** 86:6

**code** 241:10

**coding** 261:7

**coffee** 43:17

**coherence** 291:19 307:4,12 308:1

**cohort** 81:22 82:1,8 87:25 88:4,7,21 91:5,11 92:13 93:5,8,12,17,21,23 94:18 95:1 106:9,11 132:19 135:12 137:8,24 142:3,17,22,25 143:8 144:4, 12,16,17 145:20,25 146:20 147:3 149:5 153:13,16 154:9,10,11 155:19 157:15 158:18 161:3 162:20,21 170:6 171:3,23,24,25 172:4 176:2 183:13 190:10,16 193:19 238:1 274:15 295:23 296:25

**cohorts** 88:18 89:7 91:25 142:1 149:10 286:14 319:16

**collaborative** 96:25 133:8

**collect** 55:15

**collected** 45:8 139:7 150:25 151:11 152:4,8,14

**collecting** 81:17 82:3,7

**collection** 295:5

**collectively** 183:21

**collects** 216:25 219:3 226:3

**collinear** 280:4

**collinearity** 128:9 277:7

**Columbia** 205:19 223:19

**column** 139:16 203:20 221:22 226:22 227:11 242:25 259:9 268:2 272:22 273:9

**columns** 229:13

**combination** 82:18 96:22

**combine** 82:18 83:24 84:8 85:8,14 88:17 91:25 94:2 103:4 130:16,18 144:17 145:18,22,24 146:20 147:19 153:17 155:18,25 157:15 158:11,13, 17,19 160:5,6 171:25 234:16,17,19

**combined** 84:13 91:5,7 92:13 93:5 117:25 124:23 141:1 144:10 159:25 162:5 251:17,21 275:16,19,22,25 280:13

**combines** 94:18 146:22,25

**combining** 83:14 84:2 88:7 145:15 148:11 183:13

**commands** 254:13 283:4

**comment** 291:16 292:9

**common** 70:15 206:8

**communities** 74:16

**community** 32:24 97:5,8 98:3 114:22 195:14 196:8 272:25

**company** 28:10 50:21

**comparator** 206:2 207:7

**compare** 158:1

**compared** 114:22 123:15 228:1 267:25

**comparing** 88:20 327:8

**comparison** 121:25 122:9,14,15,17 135:17 167:24,25 301:12

**comparisons** 258:3

**compensate** 82:13 83:4

**complement** 82:22 156:14

**complementary** 157:1

**complete** 29:12 139:20 174:20

**completely** 278:10

**complicated** 180:7 245:22 299:2,4 306:22

**comprehensive** 39:9 70:18 179:14 180:10

**compute** 88:21,22

**conclude** 185:8 190:19 191:3,13 194:6

**concluded** 125:23 183:19

**concludes** 189:6 191:11 195:9

**conclusion** 33:23 63:22 77:22 103:4 154:20 169:10,21 183:22 184:1,5,7 188:13 189:13 192:2,3,18 196:16,17 221:23 257:2 272:12 304:9 315:1,2

**conclusions** 38:18 42:5 43:5 62:25 64:18 72:7 73:15 150:1 159:6 170:22 188:5 189:19 227:8 256:20 266:15 288:14 289:23 290:16 303:11 304:22 307:21 315:12,13

**condition** 28:5

**conditions** 293:12

**conduct** 39:4,9 70:18,23 86:3,14 88:3 96:5 182:19 224:23

**conducted** 34:17 59:10 89:3 93:4 115:6 120:15 185:16 195:6 276:2 282:9 286:5,10,16 300:21 301:1 303:1

**conducting** 89:14

**confer** 269:22 270:1

**confidence** 121:1 122:5,21 123:22, 24 153:6 165:1,15 187:4 197:19,22 198:3,7 199:2,12 200:22,23 201:2,5, 15,17 211:15 213:21 218:12,15,22 221:2,8,10,13 232:16,20,23 233:3,5,7 252:7,9,13,17,23,25 254:6 276:18 278:6,7,18,25 279:1,4,8,11,12,22,25 280:2 281:23 282:6,8,22,23 290:7 300:8 301:22 302:4,11,20,24

**confidently** 140:24

**configuration** 286:23

**confirm** 33:19 63:17 64:2 73:4 174:25 175:22 178:4 179:18,19 180:12 224:9 249:21 326:7

**confirmatory** 177:15,24

**confirmed** 111:1 165:17 166:1 173:19,25 174:7 204:24 273:13

**conflicting** 64:11 152:17 193:17 313:15

**confounded** 84:17,20

**confounders** 216:17 309:12,24

**confounding** 45:11,16,23 46:3 85:12 127:25 128:8,18 221:25 309:16

**confusing** 266:11

**connected** 55:12

**connection** 28:23

**consensus** 195:13 196:7

**consent** 175:5

**consequence** 60:7

**conservative** 215:1,5

**considered** 29:11,23 78:2 127:24 163:1 174:1 203:22 255:17,24 270:13 299:11

**consist** 307:12

**consistency** 291:17 296:16,19 297:7,9

**consistent** 18:9 19:12,14 63:5 64:3 77:23 176:19 189:18 252:19,21,24 298:12 326:4

**consolidated** 320:9

**consult** 109:2

**consuming** 122:4

**contact** 114:24 116:12

**contacted** 215:11

**contained** 253:1

**context** 136:22 246:6

**continue** 178:19

**contracting** 60:5 314:5 315:3

**contrast** 238:10

**contributed** 141:21

**contributing** 173:15

**control** 39:8 44:8,13 83:14 84:1
85:11 129:3,8,24 140:18 171:25
190:15 202:25 203:9 205:23 206:7,9,
11,18,25 207:11,12,13,25 208:7,8,10,
11,15,17,18 210:13 211:20 216:15,16
221:24 222:2,3 228:9 252:6 277:14,
15 280:21 281:18 285:9,25 286:1,2
309:23 321:22

**controlled** 39:16 44:15 83:20 85:20
141:7 218:24 221:15,18,19 225:23
309:12

**controlling** 203:8 279:24 281:11,13,
20

**controls** 48:21 88:17 89:8 107:22
112:10 115:13,21 116:5 129:7 130:1
138:6 139:1 144:17 153:22 203:5
204:10 205:25 207:21 218:2 226:2
228:2,5 229:20 248:1,13 250:5
251:12,16 274:25 275:6,21,24 285:4,
6,13 321:1,2

**convenient** 203:24

**convention** 278:16

**COOPER** 80:13 87:12 330:23

**copy** 13:7,10,11,15,20 126:25 127:1
138:9,10

**coronary** 206:14

**correct** 14:6,21,24 16:8 19:4,18
20:16,21 21:4,5,13,14,23 22:19
24:12,13 25:12 27:7 28:15,16 29:25
31:23 33:8,9,15,16,19 34:8 36:8,9
37:21 38:20 42:20 45:12,13,17,24
46:20,23 47:15 49:9 50:8,9,13,14
51:1,15,24,25 52:2,21 53:6,10 54:5
55:9,18,23,24 56:8 58:1 62:11 63:10,
25 70:9,10 71:12,15 72:13,22,25 73:2
74:25 75:1,5,10,11,15,24,25 76:5,19
77:1,8 78:24 80:24,25 81:20 82:4,11,

15 83:5,16 84:4,21,23,25 85:20 87:2,
20,21 88:8 89:4,8,11,14,15 90:15
91:2,15 92:13,14 93:19 94:9,19 97:3,
4,20 98:10 101:13 105:1,19 106:22
114:19 115:1,4,5,8,11,15,18,21
116:5,9,10,14,15,19,22 117:9,20
118:1,3,9,13,14,19,23 119:14,24,25
120:3,6,11 121:1,4,5,9,15,16,18,22,
23 122:7,8,11,12,17,19,20,25 123:4,
14,20 125:3,5,11,14,23 126:1,11,20,
24 128:9,18,21,25 129:10,11 130:4,
12 131:2 132:22,23,25 133:4,10,16,
19,22 134:17 135:2,9,13 136:2,6,9
137:13,20,24,25 138:4,7 139:1,2,4,5,
9,12,24 140:6,9,13,16,20 141:2,7,11,
12,16,17,20,22 142:2,8,11,14,20
143:18 144:2,11 145:10,25 146:20
147:7 148:6,17,25 149:1,3,11 150:3,
6,10,13,16,19 151:8,11 152:23 153:6,
9 154:8 155:20 156:1 157:21 158:4,
18,23 159:23 160:2,10,13,17 163:25
164:14,19,23 165:2,3,5,7,13,17
166:9,12 167:6,10,14,17,21,22 168:3,
6,10,11,19 169:2,12,18,22,24,25
170:4,10 171:18,21 173:4,11,12,16
174:1,9 175:2,12,23 176:25 179:14
180:13 182:13,16,21,22 183:7,11,25
184:9,12,15,18,23 185:3,19,22 186:9,
25 187:3,9,18,24 189:16,19,20 190:7,
11,21 192:4,11 194:8 195:3,4,7,8
196:18,23 197:3,12,16,19 198:1
199:8,17 200:5,20,24 201:1,2,3,8,12,
15,19,24,25 202:8 203:10,17 204:12,
15,20 205:2,3,7,16,23 206:2,6
207:17,23 208:5,10 209:11,17 210:11
211:8,12,16 213:22 214:4,7,12 215:4,
20 216:4,10,11,13,20,23,24 217:1,9,
16,19,23 218:3,5,8,12,18,25 219:4,13
220:14,15,21,25 221:1,3,4,7,17
222:4,5,6,10,13,20,21 223:4,16,20,
23,24 224:3,4,7,15,19,24 225:4,25
226:4,7,14,18 227:8,24 228:2,7,12,
14,18 229:10 230:2,6 232:10,14,17,
24 233:14,18,24 234:3,4,6,11,12,15,
23 235:2,15,16,23 236:1,4,8,17 237:8,
12,22,23 238:16 239:1,19 241:23
242:3 243:8,13 244:19 245:6,11,12,
15 246:10 248:1,2 251:10 252:1,11,
18,22 253:4,6,15,16,19 254:22 255:9
258:2,15,16,23 259:24 267:12,15
271:21 272:1 273:14 274:15,18,20
275:1,4,8,11,16,19 276:21 277:3,19,
24 279:7 280:24 281:11 282:5,11,14,
16,25 283:16 284:5,12,17,20,24
285:2,13 286:23,24 287:1 289:25
291:12 293:15 294:11,17,21,24
295:2,7,12,15,18,22,25 296:17,22
297:10,16,17,20 298:6,16,17,19
299:13,18 300:2,7,11,16,17,19,22,23

301:2,10,20 302:7,13,16,22 303:2,12,
14,17,23,24 304:3,7 306:10 307:6,7,
10,21 308:1 309:4 310:1,3,16,22
314:8,11,14 315:19 320:16 324:10
328:8,11,23

**correctly** 78:19 82:11 128:4 194:3
195:17 196:11 204:2 227:5 250:11
263:15

**correlated** 127:25

**correlation** 74:24 75:3 277:12
280:14

**counsel** 11:19 14:8,11,14,16,22
20:13,19 21:4 30:2,5 33:10 63:9 73:2,
13 80:10 87:23

**count** 284:6

**counted** 251:19

**couple** 130:25

**court** 11:7,8,20 13:14

**covariants** 212:4

**covariates** 218:24 221:15 225:23

**cover** 279:10 308:17,23 309:5
310:12

**covered** 21:1 57:24 158:14 234:5

**covering** 144:25 308:16

**covers** 187:5

**cow** 47:21

**Coward** 25:25 26:6,12,13,21,22
29:15 324:21,22 325:16,20 326:15
329:10

**Coward's** 325:8

**created** 136:4

**credentials** 109:6

**credible** 86:4,15

**criteria** 16:14,16 17:9,24 18:20 33:13
36:18,19 46:16 56:13 59:23 60:23,25
63:5,18,23 64:21 65:7,15,20 66:3,6,
11,12 67:18,20,24 68:1,3,15 72:12,21
79:4,17,20 80:4,21 99:11,22 100:3,9,
19,22 101:5,13 104:3,19 105:2,24
106:24 107:11 108:5 110:5,11,22,23
111:6,11,15,21 112:20,25 113:4,10,
24 116:25 150:9 171:4,18 172:10,11
175:16,17 176:5,6 181:8 204:24
210:18,19,24 224:10,13 225:15 235:3
238:8 240:24 246:23,24 248:17,22
250:13,20 253:12 254:16 255:2,12,16
263:1,7,17 264:1,7 265:9,24 267:25
268:6 270:3 274:17 292:9,10 294:13

303:16,22 309:10,21,22 310:24
311:14 315:14 316:5,11,18,21 317:3,
4,7,14,18,22 318:4,6,13,23 319:12
322:7,13,16,22 323:10,22 324:22
325:16 326:4,8 327:25

**criterias** 265:3

**criterion** 37:2,3,11 38:22 40:23
60:25 65:3,5 67:6 72:17 100:14
171:24 172:4 317:11 320:25

**criticism** 183:10 185:6 247:14

**criticizing** 183:17

**critique** 241:21

**critiques** 189:2

**crop-exposure** 241:18,22 242:20
243:4 244:10,13 245:2,6,7

**crops** 243:3 280:17

**cross** 186:14 232:16,24 277:24

**cross-classification** 212:19

**cross-examination** 285:22

**cross-sectional** 160:13,14,20
274:14

**crude** 45:20 46:11 83:18,23 84:6,7,9,
12,16 85:8,13 212:2

**cultivated** 243:3

**cumulative** 203:22

**cure** 83:10,12,15 84:3,19

**cut** 183:3,4

**cycled** 12:17

**D**

**data** 24:18 25:25 30:8 33:1 44:18
45:8 46:21 49:1,5,24 64:1 70:6
102:10 121:21 124:20 128:19,23
136:9,16,25 137:7,10,11,14,16,17
138:2 139:7 140:7 149:10,20,22
150:3 151:1,10,11,20 152:4,8,18
155:5,6,7,8 161:19 162:16,25 168:18,
25 169:9 172:15 183:20 187:7 216:3,
25 217:10 219:1,3,14 222:7,22 226:1,
16,17 246:16 250:1,18 257:12 258:9,
10,12,13 269:16 270:6 274:12 277:11
279:7 280:11,16,17 281:22 284:24
285:6,11,12 286:7,12,18,22 287:3
289:25 290:3,5,11,12,18 304:12
322:12

**date** 11:10 14:8 134:17 135:12
275:11

**dated** 127:6 195:21

**day** 58:23 59:17 61:16,24 62:11,12
327:15

**days** 61:24,25 62:5,6 166:24 167:5
215:11 327:21 328:3 330:4,14

**days'** 327:17 328:16 329:11,24 330:9

**death** 173:13,14,15 178:1

**debates** 278:24

**decide** 65:6 108:9 113:18

**decided** 117:11 130:10

**deciding** 66:15 245:17

**decision** 21:7 51:4 65:10 67:4,7
71:13 87:22,24 100:16 104:23 105:7,
10 106:4 109:10 112:15,21 113:15
120:19 192:20 205:5 214:6,10,16
246:7 248:22,24 249:4,13 255:3

**decisions** 66:1 71:9 108:25 109:17
112:19 265:18 287:20,25 288:1,5,15
289:1,10

**declaration** 291:25

**decrease** 228:15,16 282:2

**decreased** 228:11,14

**decreases** 227:15,16 282:4

**defendant** 28:8

**defense** 28:9,10

**defer** 33:5

**deficiency** 84:4

**define** 65:22 266:11

**defined** 16:15 18:23 116:11 160:24,
25 263:18,21 321:15

**defining** 16:22 19:8 283:15

**definition** 16:22,24 74:19 264:5
321:12

**definitions** 16:5

**definitive** 189:13

**degree** 32:4,10 268:24 269:9,12
270:6 279:11 288:17 289:4,13 329:5

**degrees** 32:2,5,8

**denominator** 211:23

**depend** 53:5,8 58:9 104:24 161:19

**dependence** 93:25

**dependent** 43:5 48:17 56:23 57:8,16
104:21 242:20 243:8 287:20 288:4

**depends** 53:2 57:10 97:13 105:6
174:12 201:14 278:15 289:14 299:20

**deponent** 11:13,17

**depose** 26:11

**deposition** 11:7 12:12 13:18 26:24
30:16 64:4 89:21 94:4 114:15 127:4
134:8 138:21 143:23 164:5 172:19
181:22 186:5 193:3 195:23 197:7
199:24 205:12 217:12 220:17 223:12
231:18 235:18 258:20 267:8 285:22
292:2

**depositions** 30:18

**der** 69:9 107:3 235:14,22,25 236:3,6,
13 237:10,17 238:4,19,21 239:16,22
241:3,14,22,25 242:12 243:13 246:7,
20 247:25 248:8 251:3,24 252:16
253:17 254:14 256:2,8 300:21 303:11

**describe** 135:21 137:16 198:12,16

**describing** 40:23

**description** 212:7 325:8

**descriptions** 323:18

**design** 46:15 69:20,24 76:7,11,15
78:4,17,18 79:2,11,12 81:6,9,23
83:22 90:23 92:3,6,7,10 101:6,11
104:17 109:9 112:12 129:2 131:9,15,
20 144:13 148:15 152:3 157:5 160:16
161:7 176:11 220:7 249:22,25 294:3
322:11

**designed** 78:13 79:21 107:24 142:3
220:3 223:2 294:2

**designing** 79:15 101:3

**designs** 88:24,25 92:2 149:14 156:2,
17 298:22

**desirable** 287:18 288:3

**detail** 181:1 219:19,25 237:10

**detailed** 98:16 136:4 152:10 174:20
224:12

**details** 18:18 133:23 245:23 315:24

**determination** 322:23

**determine** 16:6 19:11 81:2 106:18
108:14 128:7,17 219:20,25 222:24
254:23 260:6 274:7 320:20 321:18
322:14

**determined** 52:1 77:5 259:15 311:5

**determining** 67:10 68:24 70:12
268:6 269:23 300:1

**Detroit** 11:11

**developed** 36:11 77:7,12

**developing** 48:22 76:25 94:11 253:8 256:20 270:2

**deviated** 290:11

**Dhillon** 220:13,14,20,23 221:5,15 222:12,19,23 234:6 235:1 248:3,7 300:18

**diagnose** 32:16 80:2 111:4 272:4 299:4

**diagnosed** 32:19 33:7 36:3 60:6 77:6 104:17 106:10 151:12 173:9 230:2 312:23 313:12

**diagnoses** 43:4 63:15 101:6 102:2 103:12 111:9,13 117:13 156:7 157:5 262:17 274:3 312:22

**diagnosing** 42:15 175:6 268:16 306:4

**diagnosis** 72:16 75:19 76:19 80:6, 23 81:4 98:14 99:23 101:15,19,22 104:3,8,20,22 105:3,5,9,12,14 106:12,13 107:8 110:14,19,25 111:2, 22 112:7 154:16 171:21 174:21 180:18 224:10 232:13 233:13 240:9 250:23 262:5,10 263:8,17 264:18,20 265:9 267:19 269:4,23 270:24 271:25 272:24,25 273:22 274:8 298:24 299:3,12 314:2 316:1

**diagnostic** 33:13 36:18 37:2 38:22 40:7 42:14 72:11,21 100:19,22 101:2, 13 150:9 154:21,25 171:4,17,23 172:4,9,14 175:17 176:4,6,23,24 178:8,15,17 179:8,10 181:8 204:24 210:18,19 225:21 238:7,9,15 240:24, 25 254:16 263:7 264:1,7 265:2,23 267:25 268:6 270:2 317:2,4 323:10 324:22 325:16

**dichloride** 127:7 193:1

**difference** 91:23 92:4 145:13 177:11 178:8 230:15 232:19 264:1,20 276:19,23 297:24 301:13 304:15

**differences** 230:17

**differential** 247:5 271:20

**differently** 271:25

**difficult** 76:3 297:13 306:12

**diquat** 260:18,19,25

**direct** 114:24

**direction** 159:10 296:2,13

**directly** 127:22

**disagree** 75:23 136:23 285:16,17

**disagreement** 190:2

**disclose** 28:24

**discovered** 32:22 170:15

**discovery** 30:8,10 285:22

**discuss** 39:7,17 51:20 136:10,11 141:3 159:9,24 180:24 191:9 203:7 216:12,19,22 264:22 294:20 295:11 296:2,6,15 297:12 298:21

**discussed** 39:12 145:8,9 246:5 298:5 299:19

**discusses** 102:22 184:19 307:14

**discussing** 27:3

**discussion** 114:13 138:19 148:10 155:6 156:10,11 157:2 162:13,15 193:5 253:13 296:19 307:16 312:12

**discussions** 95:18 307:11

**disease** 14:20 28:2 32:13,17,20,23 33:7 35:11,24 36:3,12,25 37:10,18,24 38:5,13,25 39:6,11,21,24 40:2,5 41:1, 9,22 42:4,11,18 43:13 44:7 45:24 49:16,21 50:13 55:6 56:7,18 60:6 75:8,15,17,18 76:1,5,18,25 77:6 78:6, 9 80:2 86:17 89:3 91:13,15 97:15 100:23 101:18 102:1 103:12 104:8, 16,20,22 105:3,9,11,14 107:4,19 108:13 110:14 116:14 117:19 118:8 123:4,14 124:9 128:25 137:5 149:11 150:1 153:2,3 154:18,21 156:8 166:1 169:2,12 173:10 174:19 175:1,23 183:24 185:11,13 186:3 189:9,15,23 191:16 193:14,16,21 194:2,8 195:7, 12,16,20 196:6,10 198:1 206:1,5,15, 19,21,22 211:12 215:3 217:22 218:18 219:21 220:2,25 221:7 223:1 224:7 225:9 227:14,21,23 228:6 234:11,15 239:18 240:5,9 249:3 252:1 253:6 256:9 258:25 261:17 262:19,22 263:3,9,13,21 264:8 266:23 267:23 268:19 276:13 284:23 295:7 297:2,15 298:25 299:5,6,11,17 310:15,22 311:3,8,12 312:2 313:4,9,12,13,18 314:5,8,18,23 315:4,9 321:2 324:17

**diseases** 74:15 206:8

**disorder** 31:9,15 33:12,18,22 72:11, 20 73:6 96:23 98:10,12,17,24 99:13, 14,16 100:2,4,6 105:16,17 115:10 173:20 175:15,20 177:12,13 205:2 224:15,18 225:5,12,18 238:9,16 239:11 240:25 323:9

**disorders** 110:21 224:21 225:3

**displaying** 147:20 148:4

**dispute** 126:15 128:20 133:18,24 188:12,21 207:4 228:17 258:1

**disregard** 261:18

**distinguish** 125:2 265:2 279:5

**distinguishing** 52:12

**District** 11:7,8

**doctor** 31:25 33:5 50:20,22 111:4 154:16 173:9 211:3 320:8

**doctors** 239:6,9

**document** 41:16 43:22 44:1 119:2, 16 145:12 194:20

**documented** 114:23

**documents** 41:13

**Dorsey** 35:14,15,18

**dosage** 58:3

**dose** 51:15,16,17 52:1,6,7,8,10,12,16 53:15 55:1,5,9,12,25 56:1,3,6,9,10, 17,23 57:3,8,16 58:1,9,10,18

**dose-response** 121:24 168:19,23, 24 169:1,6,10,16 203:12,17 204:8 215:8,20 253:3,5,9 255:9,20 256:2,7, 16,17,18,24 257:18 291:19 292:15,25 293:2,22 300:4,15,19,21 301:1,10 302:7 303:1,12,19,25 304:9

**doses** 57:19,20,23

**doubling** 252:14,19 278:2 313:11,25 314:4 315:4

**doubt** 126:22 220:11 223:6 239:16 260:10

**Douglas** 195:21

**downside** 290:8

**draft** 308:13

**drafted** 308:20 309:3

**drawing** 59:21

**drift** 48:5

**drifts** 48:6

**drinking** 43:17

**driven** 280:23 281:10,14

**driver** 262:19

**drives** 281:25

**driving** 120:9

**dropped** 282:15

In Re: Paraquat Products Liability Litigation    Case 3:21-md-03004-NJR   Document 3057-2   Filed 04/03/23   Page 97 of 117   Page ID #4886

Matt Wells
November 08, 2022

**drove** 214:6,10

**drug** 208:23 225:8

**drug-induced** 263:12,24

**drugs** 266:6

**due** 45:11 280:14 308:12 309:8

**duly** 11:23

**duration** 42:24 43:23,24,25 54:19 55:20,22 59:3,5,11,25 60:13,17,21 122:2,3,4 125:2 215:10 276:3,15

**duration-response** 215:15

**durations** 121:15 203:22

---

**E**

**earlier** 108:16 114:17 167:3 193:22 246:23 260:11 300:5 311:24

**early** 263:22

**easier** 66:4 186:16

**East** 220:21

**easy** 265:20

**echo** 87:5

**Ecological** 193:9

**Eddy** 11:21

**effect** 45:21 46:12 52:15 55:2 80:7, 24 88:20 140:24 143:2 154:7 159:8 185:15 252:22 278:19,22 279:2 281:20 289:24 290:18

**effective** 268:16

**effects** 89:19 282:18,20,21,23,24 283:7,11

**effort** 95:8 96:25 133:8 220:8

**Elbaz** 69:1 258:14,17,22 262:4,13 263:18 264:2,8,21,23 265:10

**element** 294:16 296:15 297:12 300:4 305:6 306:15

**elements** 293:15 307:9,20 308:4

**elevated** 22:7,23 23:3,11 37:4,5 38:19 56:18,22 57:7 58:21 59:15 60:11,12,18 62:14 116:20 149:2,8,19, 24 162:9 165:6 169:21 190:25 209:22 210:20 252:5,6 301:5 310:25 311:14 312:25 319:9

**elife** 306:7

**eligibility** 99:11,22 104:3,19 105:2 106:23 107:10 112:24 246:24 250:20

**eligible** 56:21 58:16 61:14 62:13 104:9 315:15,21,23 317:12 319:5,8

**eliminate** 21:6 71:13 290:3

**eliminated** 253:10

**elucidate** 185:14

**embraced** 181:5

**employ** 245:10 248:22

**employed** 33:14 72:12,22 246:10

**employing** 225:1,10

**employment** 203:25

**emulated** 188:17

**enable** 189:12

**end** 62:21 278:1,3 302:15,16,20,21

**energy** 95:8

**Engel** 93:8

**enrolled** 133:20

**enrollment** 135:25 139:8 151:11 152:18 164:11 166:25 174:8 229:16, 21 231:3 232:7

**enter** 51:24 52:16,18,24 169:25 215:22

**entered** 53:13,21 54:4,7,14,18,22 55:17

**enters** 52:20 53:2

**entire** 69:2 92:21 266:21

**entirety** 24:22 25:4 108:12

**environmental** 27:23 70:1 133:14

**EPA** 119:21 126:20,22 128:9 130:9, 10 191:9,11 192:2,20,25 193:11,25 194:5 196:15

**EPA's** 193:17

**epi** 325:12

**epidemiological** 14:17 57:1,20 75:9 78:20 79:1 80:4 82:25 85:4 108:2,11, 17 182:12 183:20 191:12 257:24

**epidemiologist** 35:3,5 96:24 109:3 159:2

**epidemiology** 34:21 35:9 74:14,15 109:4 127:8 189:22 193:12 320:20 322:14,18

**equaled** 325:18

**equally** 23:4 58:22 59:2,16 60:12

**equating** 266:24

**equipment** 125:5 237:3

**Eric** 26:12 320:8

**erroneous** 201:5

**error** 170:4,10,12 200:7,13 202:16 211:18 258:4 290:6

**errors** 276:17 277:7,8,12 280:10 281:21

**essentially** 286:21

**establish** 75:13 297:14 307:8

**established** 78:24 195:11 196:5 202:10

**establishes** 35:23

**estimate** 28:20 44:19 46:13 131:19 136:5 147:22 148:6 201:21 287:4

**estimated** 44:18 237:7 244:15

**estimates** 88:20 189:7,9 228:11

**estimation** 216:18

**et al** 121:25 127:16,21

**ethnicity** 203:3

**etiologic** 206:24

**evaluate** 53:12 57:1 77:3 101:12 126:11 140:4 172:11 179:23 217:8 218:23 219:18,24 221:14 222:9,18,23 225:22 226:13 233:17 258:6 321:22 322:14,18

**evaluated** 41:23 56:14 99:18 175:14 179:21 193:11 321:10 323:17 324:10

**evaluates** 293:12

**evaluating** 320:14,15

**evaluation** 86:16 98:11,13,16 99:12 100:4 105:15 139:4 178:1 245:2 274:7 320:19 321:6

**evaluations** 98:8,22 205:1 275:10

**event** 161:20,22,23 209:13,19 211:5 256:21,25

**events** 76:21 206:23 212:16,17,22

**ever-never** 59:8 121:3,14 130:20,25 131:6,18 167:24 231:22 245:10,13 324:1 325:11 327:4,9 328:1,18 329:14 330:1,12

**ever-use** 153:5 164:10 220:24

**evidence** 14:17 75:10 109:25 189:10 190:20 191:3,13 192:5,7 195:15 196:9 197:25 198:2 211:11 218:17,19

221:6,11,13 224:6 228:7,8 233:10,14 234:14 256:15,16,18,23 257:2,25 278:4,5,14 292:16,25 294:10 301:9 302:6 305:2,4,5,7,16,21

**evident** 76:3

**exact** 53:18 54:12,16,20 75:22 198:9 212:23

**exam** 224:14,16,24 225:1,7,10,19 238:9,15 240:25 267:15,18 270:25

**examination** 12:6 36:19 98:9,24 208:14 320:6 323:8 325:23 326:17

**examinations** 173:21

**examine** 161:22

**examined** 33:11 42:24 72:10,20 73:5

**examines** 153:1 229:8 290:11

**examining** 74:16 205:4 259:16

**examples** 234:18

**exams** 63:16 224:17 270:17

**exceed** 129:18

**excellent** 117:14 267:24

**exclude** 20:20,24 21:10 29:18 72:7 97:5 101:18,23,24 105:8 140:24 237:17,23 242:2 243:12,21 246:7 257:20 258:22 262:4 266:16

**excluded** 18:14 19:3 71:19 103:18 105:4,18 111:11,15 141:25 171:15 176:17 181:2,4 182:24 183:2 208:25 209:6,11,14,17,21 235:25 236:4,6,13 238:4 241:2 246:20 247:4 263:14 267:11,14 286:6,8,11,17 317:8,17 318:2,6,8,14,25

**excluding** 19:17 101:25 103:11,23 125:22 154:5 172:2,10 241:25 285:10

**exclusion** 210:23 254:14 263:22 317:22 318:4,6

**exclusions** 319:4

**exclusively** 50:10

**excuse** 20:7 65:2 71:22 111:21 118:24 137:22 142:21 144:24 264:23

**exhaustive** 43:21 113:9,17,21

**exhibit** 13:15,17 89:17,20 94:3,7 114:14 127:2,3 134:4,7 138:20,23 143:20,22 164:3,4 172:17,18 186:1,4 191:19 192:24 193:2 195:19,22 197:5,6 199:22,23 205:10,11 217:11,14 220:13,16 223:10,11 231:10,15,17 235:17,20 258:18,19 267:7,11 291:24

292:1

**existed** 162:10

**exists** 134:25 183:22 195:14 196:8

**exonerative** 257:2

**experience** 50:3 188:18 291:16 292:8,24 293:21

**experiences** 16:3

**experiment** 293:8,9,23 294:4,7 305:12,14

**experimental** 292:16,25 294:2,3 305:5,7,16,21

**experiments** 188:17 291:20 293:23 294:1 305:10,18

**expert** 12:20 13:16 27:7 28:18,24 32:12,15 33:17 34:14,25 38:24 39:2 46:22 47:3,5,14 48:4,7,8,10,12 49:19, 23 50:1,3 70:9 72:6 73:17,18 96:19 99:5 100:1 101:12 109:8 110:20 115:3 236:9 254:9

**expertise** 49:17 72:14,15 158:6 211:1,3 308:24

**experts** 31:4,6 35:8 71:19 75:17 99:5 100:1,2 101:8 111:9 112:24 238:17

**explain** 88:16 177:10 178:7 227:12 237:13

**explanation** 230:5,9

**explicitly** 49:4 129:3 262:8

**Exponent** 30:11 192:16 230:13,18, 24 231:2,8,10,11,12,13 233:20,23

**expose** 293:10

**exposed** 17:1 21:23 22:9,15,25 36:12 48:2 52:9,23 53:17,23 55:11 56:16,24 57:9,17 58:4 62:11 63:4 65:1,2 66:19 67:15 77:1,7 121:8 123:12 124:14 126:24 140:23 161:12, 14 166:9 213:1,9,15,25 214:1,2,4 215:3 229:16,21 251:16 271:24 272:1 275:6,18,24 283:16 284:4,11,17 285:4,6,11,12 311:6 326:3 327:22

**exposure** 14:19,24 15:2,10,13,15, 18,23 16:11,13,17,18,23 17:17,20 18:1,14 19:3,11,16 20:15,21 21:3,16, 17,21 25:25 26:7 34:9,10,15,18,22,24 35:1 36:24 37:2,8,16,23 38:4,12,23 40:23 41:10,17 42:25 43:3,7,15 44:2, 7 49:2 52:2,5,6,11,12 53:7 54:1,8,15, 20 55:11,13 56:6 59:11 60:22,25 61:4,8,9 62:20 63:5,18,20,23 64:2,10, 12,21 65:3,4,15,20,23 66:7,10,12,21,

25 67:6,10,13,16,25 68:1,3,11,14,15, 20,24 69:10 70:1,9,12,20,25 71:19 72:3 75:7,14 76:4,12,17 78:5 79:25 80:6,23 81:17 82:3,8 91:12 97:3,5,8, 10,14 98:1 107:20 111:22 112:8 114:22,23,24 116:7,11,18,22,25 117:1,6,19,25 118:1,8 121:3,15 122:1,10,15,17 123:2 124:7 129:19 130:22 131:4,10,14,21 136:5 137:5 139:7,19,23 140:18 149:9,11 150:18, 24 151:9,13,20 152:7,11,19 153:2 161:1 167:16 168:3 169:11 182:13 183:23 185:9,10,17,22 186:2,25 189:8,23 191:15 193:13,21 194:1,7 195:11 196:5 197:16,25 201:24 202:8,25 204:3,14 205:22 211:11 215:10 216:10,25 217:22 218:17 219:3,20 220:1 221:6 222:25 224:6 226:3 227:3,14 228:11 230:1,19 231:2,4,23 232:3,7,8,11 233:13 234:10,15 236:17 237:6,11,14 240:21 241:7,8,15 242:1,13,14 243:2,9,11, 16,20,23 244:8 245:14,21 246:2,8 249:3 250:9,10 252:15 254:17 255:14 256:5,9 258:23 262:12 265:13 274:18 276:3,14,20 280:3,14 297:2,14 298:6 299:10 300:2,6 301:19,20,25 302:1, 12,16,21,22 304:6 305:21 307:2 310:13,20 311:11,15,25 312:24 313:3,7,17 314:1,12,16,21 315:7,25 316:4,11,21 321:1,15 323:19,22 324:2 325:9,12,18 326:4,20 327:5,15, 18,22 328:9,16,19 329:1,11,24 330:2, 9,12

**exposure-disease** 84:11

**exposures** 21:13 27:23 34:12 57:11 70:6 78:8 81:4,7 86:17 114:18 115:4, 7 118:22 119:13 141:2,7 187:8 188:18 206:23 227:16 242:10 244:14 280:18 299:18

**expressed** 126:22

**extensive** 263:23

**extent** 26:21

**extra** 194:11 244:17 274:2

**extrapolate** 50:6

**extrapolating** 49:23

---

**F**

---

**face-to-face** 66:1

**fact** 26:12 30:22,23 73:5 84:19 118:21 119:12 121:20 177:7 215:18 228:4 237:15 246:19 253:8 325:18

**factor** 44:16 104:6,25 105:22 116:13 127:25 169:17,20 281:11

**factors** 38:25 39:6,8,11,15,16,20,24 40:2,5,15,24 41:1,8,11,12 43:6,11,13 44:8,14 45:1,5,15,16 46:14 53:3 67:9 68:23 74:17 83:14 84:2,18,25 85:20 104:6,21,24 105:21 108:3,9 203:8,9

**facts** 250:25

**fading** 80:9

**failing** 203:8

**fairly** 92:24 100:15 228:24

**fall** 57:6 58:7,12

**falls** 36:21

**false** 69:23 257:21

**false-positive** 278:15

**FAME** 22:3,17,21 139:4,8 149:17,22, 23 150:24 151:9 152:18 173:20 177:25 229:8,17,22 230:22,23,24 231:4,5,23 232:9 233:14,18,24,25 234:4 246:6

**familiar** 36:1

**family** 41:21 42:3,10,17 45:23 128:25 129:12,17,20,25 130:3 201:23 202:7,25 216:9

**farm** 236:23 243:4 250:6

**farmers** 15:16 16:3 22:24 115:17 132:21 133:25 134:11,17 135:12 137:8

**farming** 46:23 47:1 116:1 122:3 139:3 296:21 297:3

**farmworker** 275:11

**farmworkers** 188:18

**fatal** 264:14

**feature** 131:15,21 148:15

**features** 90:23 92:3,10 107:14,25 131:10 147:18 160:17 161:8 208:21

**feel** 13:10 92:20

**fewer** 122:10 123:12 124:8,12,15,19

**field** 48:11 96:20 278:24 308:24

**FIFRA** 193:24

**figure** 98:20 120:24 146:16 164:10, 18 168:18 169:18 200:13 201:11 211:2 316:19

**figured** 214:25

**figures** 123:11

**files** 238:20,24,25

**find** 119:3 159:8,12 168:24 169:7,15 197:15 212:7,10 220:23 229:3 230:15,18 234:9 240:11,15,16 251:24 259:10 260:20 261:16 264:19 268:25 275:2 296:3 300:16,22 301:2 303:2 304:5 310:25

**finding** 194:19 304:24

**findings** 124:6 128:7 130:11 153:23 193:23 228:18 287:19 288:3 289:2,12

**finds** 298:8

**fine** 96:18 138:14 141:3 283:21 327:24

**finish** 73:25

**Finland** 217:19

**Fire** 131:23

**Firestone** 98:15 99:9,10,17 100:8 107:5 111:7 131:24 177:11,16 178:8, 13,18 179:11,21 180:2,8 184:6,8 197:2,10,15,18,24 198:14,19 199:2, 12 200:8,9,14,16,19,24 201:6,23 202:2,5,6,14,24 203:9,12,15 204:7, 11,19,23,24,25 205:6 234:6 235:1 238:17 239:1

**firm** 111:13

**Fisher** 198:9

**Fisher's** 212:23

**fit** 68:13 261:11 310:24 323:5,9,21 324:1,4 325:11 327:4,25 328:1,3,11, 18,22,25 329:1,14,18 330:1,4,11,14

**fits** 36:19 37:1,3 210:24 314:2,3,24, 25 315:1,2 325:16

**Fitsanakis** 50:10,24 51:7 307:5,25

**Fitsanakis'** 310:2

**fixed** 282:20,21,24 283:11

**fixed-effect** 201:12

**flag** 208:4

**flagged** 207:22 264:18

**flat** 301:6

**flatten** 302:9

**flattens** 301:16

**flaw** 83:10,11

**flawed** 83:7,8

**flaws** 83:22

**flipping** 52:4

**focus** 172:9 185:10 187:8

**focused** 15:8 16:1 21:12,20 170:19 196:24

**folks** 323:21

**follow** 86:6,8,9,18 101:9 109:11,13, 19 110:3,7 117:13 161:21

**follow-up** 135:19,25 150:13

**footnotes** 25:17

**forest** 144:19 145:6,11,18 147:21 148:5,9,14,15,21

**forgot** 31:8

**form** 320:22 321:9 322:2,6,10,19,25 323:13,25 324:6,19 325:1 327:11,16, 23 328:4,20 329:8,16

**formed** 28:22

**formula** 76:11

**formulate** 320:18

**found** 25:9 40:20 51:11 75:17 116:16 117:18 118:7 127:10 129:17 161:12 193:25 230:24,25 252:5 306:3 312:25

**framework** 68:13

**framing** 103:19

**France** 274:15

**Frankly** 158:24

**free** 13:10 40:16 92:20

**frequency** 114:25 244:16

**front** 198:25

**full** 203:20 226:22

**Fuller** 329:23

**Fuller's** 37:17 39:23 54:7

**fundamental** 82:13 83:4,10,11

**fundamentally** 83:7,8

**funded** 133:3

**funding** 133:5,11 195:13 196:7

**funds** 133:6

**fungicides** 214:2 236:22

**Furlong** 303:21 304:10,17,19,20,25 305:11

**future** 185:10

## G

**gardener** 236:24 250:6

**gathered** 116:7 189:10

**gave** 28:12 101:21 145:12 147:11 149:2 152:17 217:24 240:1 254:12,13 259:18

**gears** 196:25

**general** 66:17 74:16 93:2,15 108:17 136:20 157:9,11 209:18 255:22 256:4,8 272:2 281:15 287:9,10 288:2 297:5,6 315:13

**generality** 93:3

**generally** 127:20 297:3 308:10

**generating** 257:23

**genetic** 35:11,25 41:12 306:2

**gentleman** 327:21

**give** 20:22 36:22 84:12 85:9 96:2 102:9,25 107:15 108:4 109:24 113:16 131:16,17,18 155:22 177:19 181:7,18 239:15 258:12 260:9,11 266:19 267:4 268:13,22 270:5 303:8 306:23 329:21

**giving** 189:4 220:10 223:5 274:10

**glove** 304:2,6,16

**gloves** 294:6,7 304:1

**GM** 245:1

**goals** 158:10

**Goldman** 303:14,16

**good** 12:8 71:5 74:2,7 82:24,25 95:20 106:12 108:1,10 109:9 110:13, 18 111:18,22 112:6,7 117:5,12 119:20 138:10 147:4,8 156:3 171:6 174:13 179:23 180:6 181:24 182:4 187:10 206:11 207:10,11,12 209:12, 19 210:22 243:20,23 283:23 287:24 288:10 289:17 290:1 291:1 309:17

**good-quality** 109:23

**grammar** 25:18

**great** 114:10 176:11 220:8 235:7

**greater** 127:17 166:21 324:18,20

**greatly** 289:2,11

**grew** 47:21

**group** 22:4 48:21 151:5,6 155:10 206:2,7,9,10,12,15,16,17,18,25 207:8,10,11,12,13,25 208:1,2,8,10,

15,18 209:15 210:4 211:19,20 213:4, 9 237:25 252:2,5 285:9,25 286:1,2 305:13

**group's** 298:14

**groups** 131:17 205:23 206:13 210:1 212:21 301:6 321:22

**guaranteed** 82:10

**guess** 65:20 123:22 146:2

**guidelines** 85:25 86:13

**guides** 86:6

## H

**halfway** 127:15 196:3

**hand** 13:9 89:16 134:3 138:9

**handing** 13:14

**handled** 35:1

**hands** 170:17

**hang** 273:5

**happen** 166:4 220:7 286:22

**happened** 78:15 79:10 230:14

**happening** 280:3

**happy** 138:7 235:5

**hard** 83:6 136:23 177:4,6,17 216:15, 16 293:5,8 305:10 306:11,18,20 317:23

**harm** 101:8

**hazard** 142:21 143:2 153:4 154:15 160:1,6,7 161:18,19,23 162:2,5 164:19 167:10 170:3,9,20

**head** 128:24 129:18,21,25 130:4 140:8,12 159:11,13,18 216:9 296:5

**headaches** 210:15

**health** 132:19 133:2,4,8,9,12,14,20 134:5,23 135:22 136:16,25 137:13,24 138:3 142:1 153:1 167:4 193:9,13,19 194:1 207:9 208:13

**healthcare** 239:21 240:4

**healthy** 206:17

**hear** 87:4

**heart** 206:15,19

**helped** 158:7

**helpful** 40:11,12 69:17

**herbicide** 48:14 129:19 259:11

**herbicides** 47:6,9 69:2,3 116:18 127:20 214:1 236:22

**Hertzman** 204:22 205:10,15,18,21 207:22 208:1,3,6 211:6,7,10 214:7,11 215:7 216:8,23,25 217:8 218:6 234:5, 25 263:6,7 264:2,12,13,21,24 300:14 318:9

**heterogeneity** 130:21 131:3,7 246:12,14 250:24 254:5,18,19 283:8, 9,10

**heterogeneous** 254:6

**heterogenicity** 321:25

**high** 61:4,8 185:16 198:4 221:9 252:13 279:11 280:14 286:6,11 302:15,16,20,21

**higher** 55:13 57:19 59:6 60:21 118:16 130:5 166:17 200:19 201:18 214:12 277:21 278:7 288:17 302:11

**highest** 168:3 252:15 276:14,20 300:5 301:18,25

**highlighting** 13:11

**highly** 287:18 313:5

**Hill** 51:1 121:22 153:9 253:14 255:18, 25 256:14,20 291:11 293:15 294:9,16 314:25 315:1,14

**hired** 14:16

**historical** 230:19 232:4,6

**history** 41:21 42:4,10,18 45:23 98:9, 24 128:25 129:13,17,18,20,25 130:4 159:18 201:24 202:7,25 216:9

**hoc** 283:13,19

**hold** 32:2,5,8 73:24 151:2

**holistic** 106:20 108:7,8,14 109:3 111:25 112:5 118:23 119:14,18 157:20 205:7 208:15 235:2 246:9 248:24 249:9 254:20 265:18 266:1 283:18,22 284:4

**holistically** 112:14

**homogeneity** 126:5,6 288:8,12

**homogeneous** 82:21 126:4

**hopeless** 258:12

**hopes** 129:4

**hospital** 98:16 115:11,15,19 207:16, 20 236:2 238:18 240:5

**hospital-based** 127:12 220:20

In Re: Paraquat Products Liability Litigation

Martin Wells

November 08, 2022

235:22

**hour** 13:22 132:1,7 171:13 181:19 228:23

**hours** 13:25 14:5

**HS** 246:6 268:8

**huge** 285:9 286:1

**human** 49:24 50:7

**hundreds** 193:11

**hygiene-reviewed** 227:16

**hypotheses** 257:13,15

**hypothesis** 257:23

**hypothesis-testing** 124:3

**hypothetical** 46:9 319:5

---

**I**

**i.e.** 173:8

**idea** 28:19 114:10 147:4 156:3 215:2

**identification** 13:17 89:20 94:3 114:14 127:3 134:7 138:20 143:22 164:4 172:19 186:4 193:3 195:23 197:7 199:24 205:12 217:11 220:17 223:12 231:18 235:17 238:8 258:19 267:7 292:2

**identified** 24:10 42:17 44:9 160:22 173:2,18 182:21 190:4 242:8 310:15

**identify** 39:5,10 41:13,15 43:12 67:20 70:19,24 100:9 110:18 113:4 161:7 206:23 213:13 243:11 246:1 247:8 260:14 267:24 288:25

**identifying** 112:24

**idiopathic** 36:4,6 206:21 263:8,9

**ignoring** 266:22

**II** 127:7 184:13,21

**III** 182:10

**IIIS** 25:16

**Illinois** 11:8

**imagine** 177:17

**impact** 42:18 46:19 48:1 203:8

**impacted** 85:19

**impaired** 263:20

**implication** 154:3

**implications** 181:12

**implicit** 48:25 49:5

**implies** 91:3

**importance** 129:19

**important** 112:20 120:9,11 249:17

**impressed** 186:17

**impression** 264:25

**improper** 94:24

**improve** 155:5

**improved** 82:5

**improvement** 82:1

**improvements** 83:7

**imputation** 244:10

**imputing** 244:7

**in-person** 98:8,22 99:12 100:4 105:15 205:1 224:14,16,24,25 225:7, 9 267:15 270:17,25

**inaccurate** 102:4

**inadequate** 185:9 268:12,23

**incidence** 77:17,24 192:14

**incident** 77:17,20 78:1 81:8 92:7 142:17 151:4,7,17,19,23,24 152:5,6, 12,15 175:11 297:24 298:3,9,10,11, 12,16

**include** 15:12,15,18 17:21,25 18:7, 15 20:14,20 21:8 55:8 56:15 67:11 69:5 71:9,15 72:7 87:25 93:7 97:20, 22,25 100:7,12,13,17 102:15 104:23, 24 105:8,15,16 117:15 118:17,20 119:11 137:19 142:4 149:10 153:11, 13 154:13 155:15 167:13 168:17 170:18 171:5 183:9 185:5 197:2 202:6,14 203:16 205:5 211:14 217:15 220:13 223:15 245:18 247:14 248:24 255:8 258:14 269:14 275:13 283:5,14 284:10,16 299:25

**included** 17:2,4,6,9,12 18:5,8 26:4, 23 29:3,4 56:14 60:3,24 61:20 62:4 69:14 71:12 93:11,17 96:13 105:13, 25 106:25 107:12,17 108:6,15 109:1 110:25 112:22 117:1,2 118:21 119:12,17,21,22 147:21 148:5 153:21 158:3 159:22 160:11 164:22 166:1 172:11 176:1,25 197:1 204:25 205:15 210:9 212:3 218:9 221:16 222:10 225:24 234:8 235:15 239:9 243:18,19 247:9,20 248:7 253:17 255:4,12,16 262:13 265:15 283:12 284:2,17 285:7 299:25 315:22,23 316:12,13,14 317:18 318:2,9 319:6

**includes** 17:19 18:13 22:14 29:10 121:14 138:2 150:12 165:16 274:20, 25 279:4 284:4,11 298:16

**including** 14:5 18:25 19:2 89:18 98:8,23 99:4 116:21 118:11 123:8 133:10 141:18 147:3 164:12 193:12, 14 201:5 206:4 208:23 212:11 227:22 228:5 282:10 305:15

**inclusion** 18:19 59:22 66:7,25 67:20 79:4 99:23 104:4,9 106:19,21 110:11, 22 113:24 224:13 234:25 235:4 246:25 249:6 250:20 253:12 264:9 265:10 270:7,19 271:1 303:17,22 309:25 316:17 318:12,23

**inclusions** 65:11 316:17

**inconclusion** 58:16

**inconsistent** 71:11 159:6 168:18 183:20 191:6 192:3,9 196:16,19 295:24 296:10

**incorporate** 149:20,25

**incorporated** 103:25

**incorrect** 273:1

**increase** 51:20 252:7,8 280:9 301:7, 15

**increased** 118:12 123:4,13 141:19, 22 252:21 296:12 313:5,11 314:4,19, 24 315:2,3

**increases** 258:3 282:3

**independent** 39:4,14,17 63:22 96:6 129:19 133:9 182:19 195:13 196:7 242:16 272:5 274:6

**independently** 53:12 63:17 73:4 76:23 78:7 109:20 110:4 133:3 140:4 204:18 217:7 219:11 222:19 226:12 233:17 326:7

**index** 173:14

**indicating** 246:1

**indistinguishable** 301:21

**individual** 33:6 67:6 76:2 82:17

**individualized** 23:15

**individually** 53:11 72:2

**individuals** 23:12,22 60:24 63:4 72:9,19 77:5 126:23 127:17 160:22, 24 161:13 215:14 315:16 326:3

**induced** 277:6

**induces** 277:10,11

**ineligible** 309:25

**infection** 208:23

**inference** 233:2 290:4,6,9

**inferential** 290:25

**inferentially** 302:3

**inflating** 290:5

**influence** 72:6 289:2,11

**influential** 249:18

**inform** 163:7

**informants** 139:12,21

**information** 24:24 26:7 41:19,24,25 42:12 43:9 44:21 52:11 55:16 63:20 73:19 81:18 82:3,8,16 83:17,22 84:10,13 85:2,9,11,21,23 103:6 115:24 116:1,8 117:5,7 142:13,15,16 148:12 149:12,13,16 151:9 152:17 163:17,21 175:21 177:24 194:11,12 222:24 226:4 227:3 240:12 274:2,4 289:1,11

**informative** 102:15 144:6 162:1,2

**informed** 26:19

**ingredients** 243:2 244:14 280:15,16

**initial** 183:3

**injuries** 43:18 44:3 296:5

**injury** 159:12,13,19

**input** 96:21

**insecticides** 213:25 236:21

**inside** 233:5

**insidious** 185:13

**insignificant** 300:12

**instance** 67:15 69:1 98:15 255:19 282:25

**Institute** 133:3,14,15

**institutional** 133:13

**instructed** 14:22 20:13 21:11 63:9 310:9

**instructing** 19:15

**instruction** 20:19,22 21:4 73:1 87:23

**instructions** 63:12 73:13

**instrument** 65:22

**instruments** 66:3

**insufficient** 190:20 191:3,12 192:6

**intend** 24:16 95:5

**intended** 29:22 203:15

**intensity** 136:5 166:24 167:4

**intent** 223:3

**intention** 26:5

**Intention-** 202:13

**intentionally** 202:13

**interact** 306:22

**interacts** 243:9

**interchangeably** 259:22 261:23

**interested** 66:5,6 95:11

**interesting** 305:9

**Internet** 240:19

**interpose** 26:10

**interpret** 302:23

**interpreted** 289:3,12

**interpreting** 260:4

**interrupt** 87:4

**interval** 121:1 122:6,21 123:24 153:6 165:1 187:5 197:19,23 198:3,7 199:2, 12 200:22,23 201:2,6,15,17 211:16 213:21 218:12,15,22 221:2,8,10,13 232:23 233:3,5,8 252:17,23,25 254:7 276:18 278:6,7,25 279:1,4,9,13 280:2 282:7,22,23 300:8,13 302:11,20,24

**intervals** 123:22 232:16,20 278:19 279:22 282:8 301:22,23 302:4,24

**intervention** 89:19 90:15,22 92:16, 24

**interventions** 92:19

**interview** 66:22 152:18

**interviewed** 22:6 244:2

**interviews** 139:8,20 152:11 227:4

**intraarticular** 291:25

**introspective** 206:22

**intuitive** 203:24

**inverse** 122:24 168:5 276:12,21

**investigate** 155:20,25 156:5 204:17, 18 240:8

**investigated** 188:22 215:7,10

**investigating** 156:20 295:5

**involve** 135:18

**involved** 27:18,23 28:1 34:20 71:20 225:20

**involvement** 263:23

**Iowa** 132:25 134:12

**IP** 207:2 212:17

**irrelevant** 56:11

**issue** 54:19 66:18 78:5 106:17 131:22 152:20 172:4 183:13 192:13, 15,17 207:22 219:8 246:13,15 247:7 249:25 250:17 262:6,9,11,13,16 264:5 265:13,16 272:2,5 274:13 322:11 324:15

**issues** 76:15 82:17 109:23 112:12,13 116:2 183:14 192:12,18 207:10 236:3,15 245:20 247:22 249:1,3 292:22 308:5,16,18,23 310:12

**iterations** 29:2,6

---

**J**

**JCCP** 14:14 24:16,23

**JEM** 242:1,10

**job** 15:24 16:10,20 17:2 203:22 241:7,9,15 243:9

**job-exposure** 242:4,21 243:8 245:5

**jobs** 16:2 242:11

**Joe** 11:5

**journal** 96:9,10,11

**journals** 70:15 163:18

**judgment** 227:17

**judgments** 70:17

**June** 12:22 127:6

**jury** 50:6

---

**K**

**K-A-M-L-E** 136:14

**Kamel** 93:23 94:1 136:12,14 142:4,7, 13,19 143:1,6,13,15,21 144:2,9 145:2,4 146:25 153:17,18

**Kennedy** 11:15 12:15 13:3 19:20,24 20:2,7 24:7,12 25:19 26:25 36:15 40:14,16 43:20 52:10 61:23 62:1 65:16,19 71:4 73:23 74:4 80:12 90:8 92:20 103:17 113:20 114:5 117:21

118:25 119:4,7 127:5 129:1 132:2,8,
11 138:11,16 139:17 143:9,12,16,24
144:24 146:2,4,7,10 147:13,15,25
170:24 171:6,9 181:13,18 182:1
185:24 186:15,19 191:19,22 194:17
202:9,12,18,21 203:13 228:22 229:1
231:5,9,12 235:7 239:22,25 270:20
272:15 273:7 283:15,17,23 284:13,18
285:14,21 300:24 308:22 310:17
311:17 320:7,8 325:22 326:18
330:19,21

**key** 250:24

**Kim** 270:12,16,20,23

**kind** 50:22 80:9 209:19 210:23 211:4
230:14 258:12 289:16

**kinds** 277:5

**knew** 243:25 308:25

**Krause** 38:7 330:8

**Krause's** 38:5 40:4 54:18

**Kuopio** 217:14,15,18,21 218:24
219:3,12,19,25 234:5,25 300:18

---

**L**

**L-I-O-U** 114:12

**labeled** 36:3 194:1

**labeling** 47:12

**lack** 280:19

**lacking** 155:7,8

**Landever** 12:15,24,25 26:15 178:10,
19,24 179:2,15 186:17

**language** 74:20 81:2 90:17,20 119:2

**lap** 192:23

**large** 134:19 180:4,7 183:3 221:2,10
248:10,15,18,19,23 249:16 257:1
275:12 286:9

**larger** 84:19 134:21 150:15 166:18
213:21 214:9 277:8,13 295:14

**largest** 134:16 137:7 275:10

**late** 12:21

**latency** 76:9

**Lau** 231:15

**laughter** 186:14

**lawyer** 308:17

**lawyers** 31:19

**lead** 75:21 76:6 245:14 271:20

**leads** 76:21

**lean** 297:21

**leaning** 232:22

**leave** 181:21

**led** 280:17

**left** 46:16

**left-hand** 221:22

**length** 53:15,16

**less-granular** 142:16

**level** 46:12 55:13 57:3 157:4 168:3
252:16 279:25 301:19,20,25 302:2,
12,16,21,22

**levels** 252:3 290:7

**leverage** 82:18,19 85:6,7

**leveraged** 83:19

**leverages** 82:16

**leveraging** 85:12

**Lexitas** 11:6

**Liability** 11:13

**licensed** 132:20

**life** 28:18

**lifelong** 272:23

**lifetime** 166:24 167:5

**light** 192:15

**limit** 87:1,19 97:2 98:7 252:7,9

**limitation** 83:21 216:12,20 268:3

**limitations** 15:11 82:13,14 83:4
189:21 190:3 216:22 247:8

**limited** 108:21 114:17 180:8 191:12
192:6 244:14

**linear** 301:16

**link** 193:25 194:20

**linked** 173:13

**linking** 243:2

**Liou** 55:19 114:11 115:9,17 116:7,11,
24 117:4,16,23,25 118:5,11,18,20
119:11,23 120:8,13,22,25 121:3,12,
17,25 123:2,11 125:4,9,13,17,22,23
126:3,8,10,16 127:15,21 128:7,24
129:24 130:3 141:13 207:14,21
208:4,7,19 209:6,11,17,21 210:13,18
237:12 239:6 297:22 298:7 318:6,8

**Liou's** 124:5 126:23 130:11

**list** 29:13,16,20 38:8 39:19,23 40:1,4,
10 43:12,21 62:22 63:8 65:23 108:4
113:9,17,24 148:10 224:12 225:14
243:15 259:18 260:11,22,23,24
261:2,4,22

**listed** 67:18 292:11

**listing** 40:8 213:4 266:19 267:5

**lists** 35:16 261:8,10

**literally** 192:23

**literature** 18:10 19:13,14 21:8 29:18
35:12,23 39:1,5,10 59:13,14 70:19,
22,24 95:24,25 96:2,6 102:3,4 103:7
108:13,19,23 182:16 193:13,18
269:16 270:9 271:5 272:8,9,11
273:19,22 274:9,13 292:17,21 293:3,
11,14,16,17,18,24

**litigation** 11:13 27:6 34:23

**living** 122:2 296:22 297:4

**logistic** 45:25 129:7

**long** 55:11 65:1 75:21 76:6

**long-term** 188:17 203:25

**longer** 49:1 55:13 59:6 62:5,19
135:19 242:23

**longest** 135:11 137:7

**looked** 15:3,7,8 17:4,22 20:2 21:6
22:1 29:13 30:14 36:17 40:22 50:2
67:3,21 69:2 71:1 78:11,12 81:1,7,8
89:25 103:14 104:5 107:13 108:4,19,
22 109:16 111:8 113:13 117:11
155:17 160:23 161:1 163:11 177:16,
17,20 182:25 183:1,4 196:22 200:16
203:12,17 208:17,18 225:14 226:19
233:10 235:3 238:2 245:19,20,21
247:11 254:4 255:2 274:9,10 290:5
300:5,15 310:4 318:5 320:23,24,25
321:1

**lose** 249:23

**loss** 263:11

**lot** 20:2 53:3 70:3 136:19 151:1,6
160:21 161:2 163:17,21 168:21
239:11 246:16 247:11 248:10,16,19
249:23 259:19 277:11 288:8 294:3
306:21,24 307:1,2,3

**lots** 105:20 158:9 294:2

**love** 113:25

**low** 61:4,9 93:9 189:9,10 221:9
246:17,19 247:1 248:5 250:9 278:1

302:16

**low-level** 188:18

**lower** 57:19 59:5 60:21 93:9 101:21 130:6 140:15 154:2 253:18 273:16,17 282:15,25 301:19,20 302:1,12,15,21, 22

**lowered** 201:3 282:17

**lowest** 302:1

**Luke's** 207:20

**lunch** 132:3,4,7 171:10 181:14,20 182:6

**lunchtime** 150:22

**lung** 307:1

---

**M**

**made** 21:7 25:7 28:18 42:5 46:13 65:10 67:4 71:13 73:16 87:22,24 108:25 109:9,17 120:19 213:18,19,20 214:11 220:8 235:4 255:3 257:3 287:25 288:15 309:1

**magnitude** 154:3

**main** 93:23 170:5 192:17 233:19 262:9,19 264:5

**maintenance** 15:19

**major** 182:11

**make** 25:10 49:18 51:3 62:25 63:9, 15,16 65:6 66:1 70:16 73:14 95:12, 19,22 96:12 100:16 106:3 111:9 112:1,14 113:15 124:16,17 134:16 135:11 148:11 171:14 177:7 214:25 223:4 233:8 247:13 265:17 278:23 309:24 310:11 318:16 323:23 324:23 325:13,25

**makes** 207:7 292:14 294:1

**making** 42:7,9 46:7,18 50:3 63:13, 21,24 92:23 93:1 105:7 106:16 112:19,21 184:4 213:20 214:15 312:22 322:23

**Male** 167:1

**manifestations** 185:12

**manner** 24:1

**marginally** 232:15

**mark** 69:9 107:3 134:3 138:15,16,18 164:2 172:16 192:24 197:5 203:23 235:14,19,22,25 236:3,6,13 237:10, 17 238:4,19,21 239:16,22 241:3,14, 25 242:12 243:13 246:7,20 247:25

248:8 251:3,24 252:16 253:17 254:14 256:2,8 291:24 300:21 303:11

**Mark's** 241:22

**marked** 13:15,17 89:16,20 94:3 114:14 127:3 134:7 138:20,23 143:22 164:4 172:18 186:4 193:2 195:22 197:6 199:23 205:11 217:11 220:16 223:11 231:17 235:17 258:19 267:7 292:1

**markers** 306:2

**marking** 143:20 186:1 199:21 217:14 258:17

**Martin** 11:18,22 12:10

**Martins** 11:16

**mass** 180:3

**match** 45:14 46:4,11 129:9,12 169:15 230:22,23

**matched** 45:3,10

**matches** 200:12

**matching** 45:6,7,22 46:6,15 129:2,4, 9 242:5

**materials** 12:13 29:11,14,23 30:1,4 162:19 163:1 270:12

**matrix** 241:8,15,18,22 242:5,20,21 243:4,8 244:10,13 245:5,6,7

**matter** 11:12 249:12,22

**MDL** 11:9 14:14 24:16,23 320:9

**meaning** 52:10 222:15

**meaningful** 204:1 264:1,20

**means** 15:23 17:12 19:17 23:17 36:6 139:6 201:6 204:14 209:4 217:3 219:6 232:6 248:10 256:22 277:25 313:23

**meant** 64:17,20 262:2 312:7

**measure** 45:21 68:6 144:7 154:19

**measured** 69:8 92:6 231:3

**measurement** 185:9

**measurements** 68:7,11

**measures** 88:23 91:17,24 92:5,7 143:2 154:7 157:6 160:3

**measuring** 66:21 68:7,9

**mechanism** 177:6 185:13 237:14

**mechanisms** 49:20 179:22

**mechanistic** 257:24

**medical** 31:22,24,25 32:24 33:5,21 34:1 36:17 98:9,23 99:2,4,14,25 100:5 105:17 107:2,7 111:7,8 115:14 173:22 175:6,21 177:12,14,25 207:19 238:20,24,25 274:3 306:8 314:11,13

**medications** 176:18

**meet** 33:13 63:23 72:11,21 105:23,24 106:24 107:11,16 108:5 110:24 111:6,10,14 116:24 150:9 210:17 247:19 255:11,15 274:17 303:16,22 316:4,10 317:18 318:12,23

**meeting** 12:14,16

**meets** 63:18 210:18 225:15

**memorandum** 127:6

**men** 211:22,24 212:18,20 213:7 214:17,18

**mention** 187:17 198:21,23 238:7 240:24 241:24 246:22 255:10 259:23 293:6

**mentioned** 44:1 111:24 176:14

**merit** 214:22 253:13 270:7

**merited** 106:19

**met** 36:18 38:22 204:25 224:9 306:15 324:22

**meta** 93:20 157:4

**meta-** 124:24

**meta-analyses** 19:10 23:5 59:12 71:11 89:2 101:17 145:24 146:19 182:16,21,24 190:19 191:2 195:6 196:15 312:20

**meta-analysis** 17:3,13,21 18:15 19:4,21 20:12,15 21:12,20 22:8 29:3, 7 38:19 42:22 55:9 56:3 57:25 58:17 59:11 62:3,8 63:7,19 66:7 67:1,11,21 71:10 72:13 77:5 79:5,19 82:12,24 83:3,9,15 84:3,19 86:1,4,7,11,15 87:1,19 88:1,4,18,25 89:14 91:5,7 93:4,18 94:9 96:13 97:2,20,25 98:7 99:12,23 104:4,10 105:19,25 106:19, 25 107:12,17 108:6,15 109:14 110:12 111:6 113:25 114:18 117:17 118:6, 11,21 119:12,24 120:3,10,12,22,24 123:8 124:24 125:1 137:20 141:15, 19,25 142:5,25 145:19 147:20 148:25 153:12,14,16,21 154:6,13 155:15 156:5,21 157:14,24 158:1,6,10 160:1 162:6 164:23 167:14 170:25 171:1,16 176:1,8,25 186:3,8 189:12 196:14 197:3 198:6 199:8,16 200:5 201:3,11, 12 202:7,14 203:16 205:6,16 210:10, 20 211:14 212:3 217:15 220:14

221:16 222:10 223:16 225:25 234:3, 9,17,23 235:15 237:23 238:11,14 239:10 242:3 243:18 245:10,18 246:25 247:10,15,20 248:25 250:21 251:10,17 253:13,18 254:15 255:12, 17 256:3 258:15 263:2 264:9 265:11 266:17 267:12 269:14 270:3,8,19 271:1 283:13 284:3 286:5,11,13,16 287:2,16 294:24 295:15 296:17 297:19 299:16,25 303:17,23 309:11 311:1 312:21,25 316:12,15 317:13,19 318:17 319:3,7,9,17 320:21,25 322:3, 15,21,24 323:23 324:24 325:13 326:5

**meta-analyze** 83:1 93:20

**metabolites** 306:3

**method** 48:18 237:3 243:1 244:10

**methodological** 189:2

**methodology** 69:22 183:10 185:6 320:14,18 321:18

**methods** 125:14,17 177:8 195:12 196:6 237:7 242:14,16

**metric** 162:1,2 174:11

**metrics** 117:25 130:23 131:4,11

**mic** 144:25

**Michele** 11:21

**middle** 139:15 181:15 252:5 273:9

**midpoint** 327:19 328:17 329:13

**mind** 103:15 320:18 321:4

**mine** 138:13 188:4

**minimum** 62:8 247:18

**minor** 236:14 265:16

**minus** 25:18

**minutes** 71:7 132:3,10 171:11,13 182:1 229:2 320:10

**mis-** 243:23

**misclassification** 240:22 241:7 242:1 243:12,17 245:15 246:8 254:17 271:3,9

**misclassified** 265:6

**misdiagnosis** 271:19

**missing** 246:16 248:11 249:19 250:1,18 277:11 280:11,17 281:22 289:1,11 322:12

**misspoke** 312:6

**mix** 88:25 93:13 150:20,22 158:10 318:21

**mixed** 93:14

**mixing** 94:25 147:3 192:13

**mixture** 77:20

**model** 252:6,15 276:25 277:1,2,4,5, 9,14,18 278:9 279:16,19,22,23 280:7, 21 281:5,9 282:20,21,24 288:7,9,12 295:19

**modeling** 49:4

**models** 291:2,3

**moderate** 128:13

**moderately** 128:10

**moment** 11:25 88:13

**money** 28:17

**monograph** 35:17

**morning** 12:8 312:5 313:15

**most-weighted** 120:2

**motor** 298:25

**movement** 31:9,15 33:12,18,22 72:10,20 73:6 96:23 98:10,12,17,24 99:5,13,14,16 100:1,4,6 105:15,17 110:21 115:10 139:3 173:20 175:15, 20 177:11,13 205:1 224:15,18,21 225:3,4,5,12,18 238:9,16 239:11 240:25 323:9

**muffled** 87:5

**multiple** 155:23 172:2,3,8

**multiple-system** 208:22

**multiplicity** 258:5

**multiplied** 215:12

**multitude** 172:7

**mutation** 35:11,25

**N**

**naive** 233:9

**narrower** 282:22 302:12

**national** 115:10 133:3,14,15 173:13 286:14

**natural** 305:12

**nature** 25:15 237:11

**necessarily** 19:5 104:11

**needed** 51:13 56:17 107:16 155:5 185:10

**negative** 208:3,4 305:2,3

**nervous** 263:23

**nested** 137:23 153:18

**Netherlands** 235:23 239:20 240:3, 10,16

**neurodegenerative** 263:13

**neurologic** 115:14

**neurological** 28:4 98:9,23 207:19

**neurologist** 26:14,15,17,19 33:12, 18,22 72:11,21 224:20,22 225:2,5,11 238:20,25 239:17 269:22 270:1

**neurologists** 41:23 42:8

**neurology** 32:9,11

**never-used** 168:1

**newer** 155:11

**nice** 304:1

**Nichols** 11:14

**NIH** 133:6,10,11

**noisy** 213:23

**non-randomized** 89:19 90:14,22

**nonparticipation** 248:16

**nonsignificance** 159:14

**nonsignificant** 169:4 234:19

**nontoxic** 187:21 188:9

**North** 132:25 134:12

**Notably** 193:21

**note** 114:21 130:10 139:14 153:4 187:20 215:9 238:6 240:20 241:6 257:19 267:22

**noted** 11:19 218:1 247:6,9

**notes** 13:11 174:6

**November** 11:2

**NRSI** 90:13,14,21 91:4

**null** 218:20 256:11,21,25 304:24 305:3

**number** 35:16 53:25 115:25 149:9 177:19 180:4 188:8 191:19,21 200:11,12 212:16,17,18,20,22 213:14 215:10,12 236:3 249:8 257:19 275:2 282:18 287:4,6 302:3 328:7

**numbers** 25:14 75:22 90:10 123:9, 23 166:18 171:2 188:4 202:18 213:16 214:19 215:21 216:1 217:25 218:5

229:12 251:19 271:4 277:16,17
285:15,19 286:4 327:9 329:7

**O**

**object** 25:19 71:22 320:22 321:9
322:2,6,10,19,25 323:13,25 324:6
325:1 327:11,16,23 328:4,20 329:8,
16

**objection** 26:10 178:10 179:15
284:13,18 324:19 326:14 327:7

**Objective** 185:8

**objects** 160:8

**observation** 188:14

**observations** 216:17

**observe** 280:13

**observed** 127:19 227:13 276:13

**obtain** 175:5

**obtained** 121:6 175:10 227:3

**Occupation** 115:20 116:4

**occupational** 14:19,23 15:2,5,12,
15,18,23 16:7,11,18 17:5,11,14,15,
18,20,23,25 18:4,6,13,16,23 19:3,9,
16 20:3,10,15,20,23,25 21:3,12,16
22:5,12 34:12,15,17,21 97:3,10,18,
21,22,25 98:4,21 108:20,21,23
114:18,22 115:4,7 116:12,18,25
117:6 118:1,2 142:7 185:22 186:25
187:8 190:24 191:15 213:2,9 236:17,
21 237:6,11 254:16 255:21,23 274:18
297:1 305:21

**occupationally** 21:23 22:9,16,25

**occupations** 14:25 16:1

**occurrence** 189:8

**occurs** 298:25

**October** 25:8 29:8

**odds** 22:7,23 23:3,11,14,18,23,25
26:7 37:4,6 38:20 43:10 44:14,19,22,
24 45:2,20 46:11,16,19 56:18,22 57:7
58:21 59:5,6,15 60:5,11,12,18 61:3
62:14 83:18,20,23,24 84:6,7,8,9,12,
14,16,18,24 85:8,9,15,19 88:22
91:18,22 94:17 116:20 118:12 120:25
121:4,6,20 122:5,11,19 126:23 130:2
140:11 141:5,10,15,19,21 142:19
143:2,6 144:2,5,7,9 146:24 148:23
149:2,8,19,24 160:7 161:4,6,13,16,
17,22,25 162:6,9 163:23 164:18,21
167:9,12,15 169:21 170:11 171:5

184:14 187:2,17 189:7 190:9,25
197:18 198:6,13,19 199:1,7,11,16,20
200:4,18,19 201:1 205:21 209:22
210:21 211:7,15,25 212:2,7,11 214:6,
11 217:21 218:7,11 223:22 232:21
241:13,17 242:7 252:16 253:18
257:17 277:3,18,24 278:9,12 282:4,
13 296:12 301:4,18,19,24,25 302:1
313:5 324:8 325:19

**offer** 21:15,21 24:16,22 41:7,20 50:5
126:2 136:8 291:11 305:6 306:9
308:3

**offered** 47:8 305:20 323:17

**offering** 36:10,23 37:7,15,16,22
38:3,11 46:25 47:11 49:11 51:14
54:25 55:4 61:2,3 63:22 136:24
176:22 177:2 179:7 306:14 311:10,25
313:2,6,16,19,21

**oftentimes** 92:9

**Ohio** 11:12

**one's** 149:5

**one-study-removed** 120:16

**onset** 14:19 75:14,18 76:5 78:9
116:14 219:21 220:1 222:25 297:14
298:25

**opine** 101:1 292:15 293:14,20 294:1
307:25

**opined** 24:8 100:18,21 305:7,24

**opining** 26:5 41:2 102:18 156:18
178:15 263:25 310:20

**opinion** 36:10,23 37:7,16,22 38:3,11
42:21 46:25 54:25 55:4 61:2 136:24
137:3 156:18 176:22 177:2 179:7
181:6,8 192:10 255:8 272:7 291:12
295:1 297:9 305:6,16,20 306:9,14
308:4 310:5 311:10,25 313:2,7,16,21
315:18 319:1 327:6 328:6,11,22,25

**opinions** 21:15,21 24:16,22 25:4,6
26:14,18,20,21 27:4 28:22 29:12
41:8,21 42:19 47:11 48:17,22 49:11,
14 50:5 51:6,14 62:23 64:15 73:10
94:12 125:10,19 136:8 149:7 159:18
163:7 191:7 253:9 307:9 323:18
329:4

**opposed** 68:8 81:22

**order** 16:10,17 41:14 51:22 62:25
69:15 73:14 80:6,24 81:14,15,24
106:3,18,24 107:12,16 108:6 110:24
137:10 242:10 247:19 268:25 278:13
288:9 316:3,9,22

**ordinal** 203:22

**original** 237:20

**outcomes** 193:14 194:2

**outlier** 125:23

**outpatient** 115:14 207:20 210:14

**over-doubling** 313:1,25 314:20
315:17

**overlap** 149:15 206:10,13 301:23
302:4,17,25

**overlaps** 150:3

**overview** 135:4

**P**

**p-value** 278:17

**p-values** 232:18

**package** 96:10

**paid** 13:22 14:8

**pain** 210:15 291:25

**panel** 99:17

**paper** 47:8 65:23 72:6,7 95:16,17
96:1,21 100:8 102:6,20,21 103:2,9
119:7,15 126:3 145:2 155:3,11
162:23 163:15 172:14 176:13,14
184:22 185:6,25 186:8 187:7,14,18
194:25 213:13,22 216:14 224:23
230:18 231:2,5,16 233:23 236:16
242:19 251:2 259:6,24 260:12,16,19
261:1 262:21 269:6,10 270:13,20
271:10 273:11,24 274:1,4,6,11 293:4
297:22 303:3,5 305:15 306:7

**papers** 29:17,21 35:16 39:7,12,18
70:14 71:1,20 103:14 137:15 246:5
268:9 299:23,24 305:19

**para-** 124:14

**paragraph** 90:18 92:12 98:19
127:11,13 134:10 148:2 176:16 188:7
193:8 203:21 221:23 226:22 242:25
245:8 259:9 261:7 268:3 273:5
280:12 292:6 308:20

**paragraphs** 308:13

**parameter** 279:10

**paraquat** 11:12 12:20 14:19 15:9,
22,24 16:4,10,19 17:1 21:16,22 22:10
36:12,24 37:8,16,23 38:4,12 41:17
43:8,24 44:7 47:18,22,23 48:2,10,19,
23 49:6,15,20 50:12 51:23 52:2,8,15,
19,20 53:2,6,9,12,21 54:3,6,14,17,22

55:1,5,14,16 56:17,23 57:2,9 58:22,
24 59:3,16,18 60:1,13,18 61:15,18
62:12 63:5 64:12 66:16,18,19 67:15
68:8,9,17 69:5 75:8,14 76:4 77:1,7
89:3 91:12,14 101:18 108:13 116:22
117:19 118:8 121:8,17 123:3,12
124:8,11,15,19 125:2 126:24 127:7,
18,23 128:8 136:2 137:5 141:6,10
148:23 149:9,11 150:1 152:19 153:2,
5 157:11 164:14 166:9 167:9 169:1,
11 182:12 183:23 185:9,15 186:2
187:21 188:9 189:8,14,23 191:15
193:1,13,15,20,25 194:7 195:6,11,16,
19 196:5,10 197:16,25 204:5,8
205:22 211:11 213:2,9,15 214:4
215:3,20 217:22 218:17 219:20
220:1,25 221:6 222:25 223:23 224:6
229:13,17 231:22 234:11,14 241:14,
17 251:4,8,12 252:1 253:5 256:5,9
259:4,5,11,16,21,23 260:4,7,13
261:18 262:2 264:6,16 265:7,21
266:7,16,19,23 267:6 271:24 272:1,5
275:7 276:14 280:3,23 284:11 285:6
295:6 297:2 299:10 304:6,19 310:14,
21 311:7,11 312:1 313:3,7,17 314:17,
21 315:7 324:16 326:3

**paraquat's** 47:14,25 48:4

**paraquat-containing** 218:3

**paraquat-exposed** 284:23

**pardon** 80:8 102:23

**parenthetical** 260:5 266:25

**Parkin-** 161:14

**Parkinson's** 14:20 28:1 32:12,15,
17,20,23 33:7,14 35:11,24 36:3,11,25
37:9,17,24 38:5,13,25 39:6,11,21,24
40:2,5 41:1,9,22 42:4,10,18 43:13
44:7 45:24 49:16,21 50:12 55:6 56:7,
18 60:6 75:8,15,17,18 76:1,5,10,13,
18,22,25 77:6,11,14 78:9 89:3 91:12,
15 100:22 101:18 102:1,19 103:11
104:2,8,20,22 105:3,9,14 108:13
116:14 117:19 118:8 123:4,14 124:8
128:25 137:5 149:11 150:1 153:2,3
154:15,17,21 156:8 157:10 161:15
166:1 169:2,12 173:10 174:19 175:1,
23 183:23 186:2 189:9,14,23 191:15
193:14,15,21 194:2,8 195:7,12,16,20
196:6,10 198:1 206:21 211:12 215:3
217:22 218:18 219:21 220:2,25 221:7
223:1 224:7 225:9 227:14,21,23
228:6 234:11,15 239:17 240:4,9,16
252:1 253:5 256:9 258:25 261:17
262:18,22 263:3,9,21 264:8 266:23
267:23 268:18 276:13 284:23 295:6
297:2 298:25 299:5,6,11,17 310:14,

22 311:3,7,12,15 312:2 313:4,8,12,
13,18 314:5,8,17,22 315:4,9 324:17

**Parkinsonism** 208:23 258:25 262:7,
18,24 263:8,12,14,18,22,24 264:4,23
266:12

**part** 15:24 16:10,19 17:1 22:3,21
26:1 30:8,9 42:5 48:20 49:25 51:20
56:12,25 57:20 76:15 104:3 105:10
107:1 110:23 111:25 115:22,23
118:14 155:24 157:19 162:15,16
173:20 208:15 213:3,4 241:4 242:5,6,
7 248:23 249:4,13 250:13,19 255:1
256:3 269:15 295:4 307:15 309:21
312:24 325:2

**participant** 23:4 56:5 61:14 62:13
174:18 318:18

**participant's** 55:17 243:3

**participants** 16:9,19 17:1 22:15
23:2,6,7,9 24:4 36:20 43:1,2 57:5
58:4,13 59:1,19 60:15 61:10,11 62:15
78:22 98:22 121:7 122:18 125:8,17
132:24 135:1,8 140:22 142:14,16
150:5,6 151:4 152:17 164:12 168:2
175:22 178:5 179:9,19 229:14 238:21
241:9 244:1,7 250:8 319:16

**participants'** 227:17

**participate** 247:5

**participated** 134:12

**participation** 246:16,18,19,22
247:11,18,24 248:3,12,17 249:6,15
250:23 254:15,24 322:9

**parts** 104:12 190:25

**pass** 95:13 235:4

**passes** 126:6

**past** 27:15 206:23

**patient** 263:9

**patients** 115:9 117:13 206:1,5,20,25
207:1,2,7,17 208:21 210:13,16 240:4

**patterns** 74:15 227:11

**Paul** 11:14

**pause** 40:19

**pay** 14:13

**PD** 81:8 98:14 99:22 101:19,22
106:10 107:24 111:2,4,13 116:17,22
129:18,20,25 157:10,11 160:22
161:1,14 164:11 165:17 166:8,25
171:17,21 173:2,14,18 174:15,20
175:14,15 176:17 182:13 185:15

197:16 206:16 209:6 224:10 231:23
238:9,15 240:24 256:6 259:10 262:8
264:24 267:17,24 268:16,22 269:4,23
270:2,25 272:4,24,25 273:22 274:7
307:3 313:1 314:1

**peer** 95:3

**peer-review** 95:14

**peer-reviewed** 35:15,19,23 89:2
94:9 101:17 145:23 146:19 158:15,16
184:22 190:7,19 191:2 195:2 196:14

**people** 12:17 16:2 22:9 23:1 48:15
56:20 57:1,5,14,19 58:6 66:9 71:1
72:2 95:10 106:8 115:25 151:12
163:24 166:19 179:17 206:14,16,17,
18,19 207:15 218:9 247:4 248:10,16,
20 249:19,23 258:11 271:23 293:10
305:13 312:19,21

**people's** 15:9

**percent** 119:23 174:7 177:23 178:5,
16 179:9,19 180:13,16 210:11 227:21
228:1 229:14,20 234:22 247:25
248:1,4,13 250:4,5,8 252:7,8 270:16,
18,23 271:6,8,13 272:12,15,16,21,25
273:13,15,16 282:14 284:22 285:3,5,
10,12 286:17,19 324:16,20

**percentage** 248:15 254:16 285:2
286:6,12,18

**percentages** 284:25

**perform** 34:10

**performed** 257:20

**period** 49:2 54:1 67:16 76:2,9 135:19
269:3 299:20,22

**periods** 49:3 169:5

**person** 51:24 52:19 56:6,10,16,23
57:9,17 58:22,23 59:16,17 60:12
62:14 112:4 316:4,10,20,22 317:3,10,
25 318:7,9,10 319:11

**person's** 52:16 53:2 228:9

**personal** 125:5

**Personally** 42:14

**persons** 318:7

**pertinent** 137:6

**pesticide** 27:18 47:12 127:23 128:1
132:20 140:19 166:25 215:11,12
227:14 228:11 250:7,8 280:24

**pesticides** 47:5,9 69:3 70:20 114:24
116:19 127:20 140:19,23 164:11
201:24 202:8 203:1 227:3,23 228:6

236:17 237:6 250:10 257:22 260:14 261:7,9,11 272:23 280:4 281:10

**Pete** 26:12

**Petty** 26:18 31:8,13 34:4 326:22

**Ph.d.** 11:22

**phase** 135:2,9 173:19 299:7,13,16, 24 300:1

**phases** 135:5 138:2 165:22,23

**phenomenon** 84:10 85:10 255:22

**physical** 47:15,25 224:16,25 225:10

**physician** 42:15 175:7 239:2

**physicians** 207:2

**pick** 326:24 327:13 328:8,13

**picking** 106:16

**piece** 190:24 246:24

**place** 109:22 110:1,9 177:15 186:20 254:24

**plaintiff** 24:2 26:2 30:22,23,25 36:11 63:18 73:5 76:24 209:10 210:17,25 326:15,21 327:17 328:14 329:9,22 330:7,17

**plaintiffs** 14:16,22 21:22 23:15 24:1, 8,10 26:6 28:15 30:17,20 31:19 33:11 36:17 41:1,7,20 42:17 43:7 48:19 62:5,19 63:8 72:19,23,24 73:20 125:9,18 159:17 310:15 323:7,17 324:10,17 326:8

**plaintiffs'** 14:7 63:9,12 64:4,11 310:8 313:4,8

**plan** 14:10 24:22 308:15 321:5

**plausibility** 50:25 51:6 188:16 291:19 307:4,13 308:1

**plausible** 49:15 50:12

**play** 42:4 108:24 233:18

**plays** 250:22

**pleasure** 132:5

**plenty** 157:23,25 305:19

**PLOS** 274:4

**plot** 144:19 145:7,11,18 147:21 148:5,9,14,22

**plots** 148:15

**point** 14:2 40:24 51:18 69:21 90:3 113:23 114:5 119:1 157:13 181:21 187:7 216:3 242:18 249:15,20,24 250:3 272:20 273:21 281:6 296:16

300:9

**pointed** 143:16 247:2 295:9

**pointing** 119:4

**points** 233:19

**pool** 89:6,7 160:15 190:9,12,14 234:19 312:20

**pooled** 94:16 118:12 141:19 205:25 208:14

**pooling** 84:18 280:16

**pools** 190:14,15,16 279:15

**poorly** 107:2

**populated-based** 205:18

**population** 79:24 107:23 142:10 180:12 209:11

**population-based** 197:10 217:18 223:18

**populations** 74:16 273:1

**portion** 227:13 245:4

**position** 156:16

**positive** 116:11 124:6 127:16 141:9, 14 173:8 189:6 256:11 304:25 309:13,18

**positives** 69:23 257:21

**possibilities** 262:16

**possibility** 140:25 319:15

**possibly** 58:6 92:8 210:1 257:9

**postural** 263:11,20

**potential** 126:3 173:2 174:15,18 197:15 221:24 227:4,12 228:7 230:4, 5 233:24 234:1 238:21 240:21 241:6 243:11,16 246:8 279:6

**potentially** 140:1 219:6 222:15 226:6

**Pouchieu** 106:5 160:10,12 161:8,9, 12 258:14 267:10,11,21 268:6 269:7 274:14,20,25 275:15 276:2 282:10 284:16 285:8 286:1 295:2,4,19 301:1

**power** 257:4,6,14 280:19

**PPE** 125:9 304:1

**practice** 88:10,17 92:14 108:11 147:8 157:22,23 158:5

**practices** 46:23 47:1 125:9 240:8

**precede** 76:18,20 299:12

**preceded** 75:14 76:4 219:20 220:1 222:25 299:6

**precedes** 297:14

**precise** 53:24,25

**precursor** 93:24

**premotor** 299:7

**prep** 139:14

**prepare** 12:11

**prepared** 181:7

**preparing** 29:11,24 86:18

**presence** 263:18

**present** 76:2 130:10 145:18

**presented** 93:18 145:5,10

**presents** 94:16

**Pretty** 174:11

**prevalence** 192:14

**prevalent** 78:14 81:10 151:15,16,19 164:12 175:11

**previous** 202:3 208:24 227:2

**previously** 173:19 310:13

**primarily** 15:8

**primary** 22:18 91:24 92:5 259:1,2

**principles** 74:14

**print** 163:16

**printed** 163:11

**printout** 89:17 134:4 192:25 254:3, 12 283:3

**prior** 19:10 47:17 71:11 75:19 78:9 81:4 101:16 182:15 226:23 232:13 320:15 321:6

**PRISMA** 86:12,13,18

**probabilities** 244:15

**probability** 258:4 324:16

**problem** 83:16 247:2 258:5,7 264:14 265:6,14 269:15,20 280:20 282:3 290:25

**problematic** 69:12 236:15 244:20 245:24 246:17 250:1 269:3,18 270:11 271:7 277:16

**problems** 82:6 102:10,22 106:6 277:1,5 281:7 295:9

**procedure** 198:10,11 242:6 244:25 245:24

procedures 179:12

proceed 90:9

proceedings 40:19 320:10

process 30:8,10 35:20 86:8,9 95:9, 14 105:10 109:6,12,16,20 110:3 119:19 180:15 198:13,18 225:21 288:16

processes 177:15

prodromal 299:7,13,16,24 300:1

produced 30:8,9

Products 11:12

professional 28:18 109:2

profile 314:2 315:25

progression 185:11

project 95:21

prominent 263:22

pronounce 186:11

pronunciation 186:18

proof 75:2

propensity 48:5

proper 94:22 112:16 294:9

properly 33:7 75:7 77:5

properties 47:15 48:1

propose 189:12

prospective 82:8 87:25 88:4 91:11, 25 92:8 132:19 137:7 142:1 149:10 150:19,20 151:6,21 296:24

prospectively 82:3

protective 125:5 237:3 252:22

protocol 69:9,13,24 99:18 100:2,6 101:9 105:19 179:20 205:3,7 208:16 235:2 246:9 265:19 320:13,14,18 321:6

protocols 48:13,16 179:24 239:4

prove 287:18 288:3

provide 88:6 125:10,18 126:7 153:15 154:4,6 159:17 176:18 189:2 190:2 193:16 241:21 257:1

provided 30:1 60:11 64:3 105:4 219:19,25 232:13 236:20 323:18 325:8

providing 185:12

provision 90:25

proxy 139:11,21 174:19

pseudo-experiment 294:6 305:12

public 133:9

publication 95:9,20

publications 195:5

publish 163:19

published 59:13,14 70:14 85:24 94:8 145:23 146:18 158:16,17 184:25 190:7,18 191:2 193:12,19 195:10 196:4,14

pull 161:9 239:22 261:12 326:20

pulled 144:11

pulls 184:14

pulp 297:4

pumps 291:25

purely 17:23 279:17

purpose 206:4

purposes 124:13

pushing 181:22

put 95:18 102:24 148:9,21 159:24 177:15 242:18 266:25 320:21 322:15, 24 326:13

puts 318:20

putting 128:15

**Q**

qualification 36:20

qualifications 100:25 239:3,5,8,13 265:1

qualified 32:16 57:12 58:14 292:14 294:1

qualifies 312:8

qualify 23:20 159:14 293:19 312:19

quality 86:21 93:9 128:11,13 185:16 193:16 320:24

quantification 58:25

quantified 56:4

quantify 211:4

quantity 189:10

quaternary 259:6,11,18,19,21 260:1,2,5,15,24 261:3,10,20,24 262:2,8 265:8 266:21 267:5

question 33:6 37:6 41:15 65:14 72:18 73:11 79:17 83:3,25 91:13 98:5 102:17 103:20,25 110:2 111:14 113:16 116:3 117:21,24 119:9 123:10 124:14 126:14 135:7 149:18,19 152:7 155:20 156:1,6,19,22 157:3,8,9,12 166:19,20 170:7 178:20,23,25 179:1, 3 181:17 191:1 194:16 198:17 202:24 204:6 213:6,8 214:10 216:19 219:23 226:23 267:20 268:8,11,15,16 281:2, 15 283:18 286:10 289:16 296:9 302:19 313:6,20 315:6,9 316:7,9 317:2

questioning 73:25 181:16

questionnaire 174:20 229:9 267:17

questionnaires 31:1 116:9 136:1 272:4

questions 40:12,17 91:8 92:22 236:20 237:2 239:23 250:7 286:22 320:4,11 323:3,4 325:22 326:14,20

quick 171:14 228:25 311:16

quote 51:8,10

**R**

R-U-G-B-G-E-R 223:9

R-U-G-B-J-E-R-G 223:9

raise 226:22

ran 29:4 125:21 160:9 254:11

ranch 47:21

random 282:18,22 283:7,11

randomization 129:5

randomize 305:13

randomized 91:4

range 57:11,23 193:16

rate 247:18 248:3 254:15 271:3 278:15

rates 246:22 247:12,24 248:12,17 249:6,16 254:24 322:9

ratio 22:7,23 23:3,11,14,18,23,25 26:8 37:4,6 38:20 44:15,19,22,24 45:2,20 46:11,17,19 56:18,22 57:8 58:21 59:5,6,16 60:5,11,12,19 62:14 83:18,20 84:7,8,9,12,15,16,18,24 85:8,9,16,19 91:18,21,22 94:16,17 116:20 118:12 120:25 121:4,7,21 122:5,11,19 126:23 140:11 141:5,10, 15,20,21 143:2,3,6 144:6,7,9 146:24 148:23 149:2,8,20,24 153:5 160:1,7

161:17,19,25 162:2,6,9 164:18,19,21
169:22 170:3 184:14 187:2,17 189:7
190:25 197:18 198:7,14,19 199:1,7,
11,16,20 200:4,18,19 201:2 209:22
210:21 211:15,25 212:2,8,12 214:6,
11 217:21 218:7,11 223:22 232:21
242:7 252:16 253:18 257:17 277:3,24
278:9,12 282:4,13 301:18,19,25
302:1 324:8 325:19

**rationale** 212:11

**ratios** 43:10 61:3 83:23,24 88:22,23
89:6 130:2 142:19,22 144:2,5 161:4,
6,13,18,22,23 162:5 163:24 167:9,10,
12,15 170:9,11,20 171:5 190:10
205:21 211:7 241:13,17 277:18
301:5,24

**re-** 152:20

**reach** 33:23 62:23,25 73:9,14 121:4
154:20 196:16

**reached** 192:4 196:17

**reaches** 192:2

**reaching** 303:11

**read** 39:3 68:4 79:8 90:5 126:20
128:4 137:15 156:24 159:9 162:19
163:16,22 194:3,10,18,25 195:17
196:11 204:2 227:5 250:11 263:15
269:6 272:9,11 307:17 308:6,11,14,
21 309:4

**reading** 29:18 90:16 119:5 245:5
265:4,5 268:4 273:2

**reaffirmed** 194:18

**real** 278:19 279:2

**reality** 62:18

**realize** 168:15

**reason** 88:6 91:24 92:5 123:25 144:4
145:21 172:1,5,10 236:14 238:3
241:2,5 243:12 246:20 268:10 269:19
271:23

**reasonable** 83:1 85:14 95:10 181:23
329:5

**reasons** 145:17 154:4,12 155:12,14
172:2,3,7,9 236:6,12 258:22 267:14
268:7

**recalculate** 201:10

**recall** 26:1 31:11 35:7 70:22 126:11,
16 140:1,5 189:24 204:15,19 206:5
207:13 217:3,8 219:7,12 222:16,19
226:7,13,17,24 227:12 228:7 229:10
230:5,21 233:14,18,24 234:1 291:21

312:4

**recalled** 218:2

**receive** 30:5

**received** 29:14 201:7 292:14

**recent** 152:25 267:22 273:25

**recess** 12:3 74:9 80:17 87:9,15
132:14 182:6 235:10 291:7 311:20
319:25

**reclassifications** 230:14

**recollected** 151:8

**recommend** 90:13,21 147:20

**recommendation** 91:3

**recommends** 147:16 148:4

**reconsider** 51:1 64:18

**record** 11:5,20,24 12:1,5,9 71:22
74:8,11 80:14,15,19 87:6,8,10,14,16
111:7 114:13 132:13,15 138:17,19
177:25 182:3,7 193:5 194:23 225:1,
11 235:9,11 291:6,9 311:19,22
312:10,12,14 319:24 320:2 326:14

**Recorded** 166:25

**records** 33:22,24 34:1,3 36:17
98:16,17 99:14,19,25 100:5 105:17
107:3,7 111:8 173:22 175:6,21
177:12,14 179:21 205:4 238:18
314:11,14

**recruit** 115:17

**recruited** 115:13,19,25 132:21
207:1,3,19 210:14 318:19

**recruiting** 207:6

**recruitment** 115:21,23 116:5 117:12

**recruits** 115:9

**redo** 86:24

**reduced** 282:13

**refer** 99:1 113:22 162:24

**reference** 102:8 157:16 216:3
268:13

**referenced** 72:12 268:10 326:5

**references** 268:14,22 269:17 274:10

**referencing** 308:2

**referring** 261:4

**refers** 86:12

**refined** 185:17

**reflect** 29:22 168:25

**reflects** 148:24

**reflexes** 263:11,21

**reformat** 95:18

**reframe** 102:17

**refresh** 226:19

**regard** 34:11 290:9

**regarded** 288:17

**registries** 173:14

**regression** 46:1 129:7 281:16

**regularly** 92:14

**relate** 20:14

**related** 21:3,15 49:20 96:3 159:15
297:24 309:11 310:25

**relating** 12:20 14:17,23 19:16 29:14
128:7 291:25

**relationship** 84:12 157:10 159:12
162:15 168:19 169:1,11 183:22
189:14 191:14 215:15,20 296:3
300:15 302:7

**relationships** 297:6

**relative** 172:5 190:22 234:4 265:16
277:9

**relevant** 29:23 70:24 113:10 124:21
187:7,11 256:13 257:11 268:5 295:5
296:25

**reliability** 100:19,22 101:1 137:6
268:24 269:9,12 270:6

**reliable** 67:11 68:3,6,14,16,25 69:4,
7,13,16,22 70:13,25 72:16,17 81:19
97:9,12,19 102:8,12,13 103:6,22
106:21 109:25 155:1 174:11 175:2
176:24 177:3 178:17 179:10 180:1,
16,19,20 181:9 206:1 233:2,3 244:3,5
246:2 257:2 269:1,13,21,24 270:18
271:1,8,16 272:14 273:20,23 274:8,
11 279:19 310:6

**reliably** 78:8 79:6

**reliance** 162:18

**relied** 33:15 77:4 171:20

**rely** 50:10 62:22 101:12 182:15 255:7
294:23 295:1 303:14,19,21,25 304:8
310:9

**relying** 16:5 17:7 19:9 49:17 73:9
101:1 103:10 112:23 272:6 273:11
274:5 307:5

remainder 28:11,14

remaining 120:5

remember 18:18 71:2 146:13 152:21
162:7 187:15 191:20 268:4 269:11
270:13,14 274:21 283:1 284:6 286:20
291:23 300:24,25 303:3 309:6

removed 120:13,22

repeat 119:9 135:7 179:5

repeatedly 320:12

replicate 112:5 193:22 254:25 255:5,
6

report 13:7,16,20 14:1 19:25 20:3
22:8 24:11,15 25:7,17,24 26:1,4 27:4
28:9,12,24 29:4,5,7,10,24 30:7,11
36:15 42:6,17 50:5 51:12 55:9,25
56:3 58:1,3 62:21 80:9 86:2,19 88:7,
11,16 95:2 96:6 98:19 99:6 113:21,
22,23 114:21 118:2,4 125:4,13 126:2,
20 127:8 130:9 136:8 141:14 142:21,
23 143:1,14 144:22 145:3,9 152:23
154:5 158:4,22 161:4,5 162:23,25
163:14 168:13 170:2,8,11,12,19,22
180:23 182:11 183:7,9 185:3,5 187:9
188:25 189:3,5 190:3 191:10 192:16
194:13,25 198:12,17 199:16 203:7
212:6,10 214:19 216:4,13,20,23
217:21,24 223:22 233:20 234:18
236:9 238:7 240:20 241:22 243:13
247:10,16 250:4 254:8,9 264:18
266:9 269:10 271:19,24 276:10
282:18,19 283:6 285:7 291:12 294:20
295:11,17,21 304:21 307:17 308:6,7,
9,11,14,19,21 309:4,25 310:2,6,9,16,
18,19 312:8,18 313:19 314:6 315:12
323:12,14,15 325:2,5 326:1,15

reported 121:17 127:16 141:9 144:9,
18,20 163:23 164:11 170:3 173:14
183:12 193:20 197:18 205:21 213:22
214:11 215:14 229:15,20 236:23
241:13 243:3 261:19 267:22 277:3

reporter 11:20,24 13:14 71:16 91:20
136:13 161:5 198:22

reporting 33:1 127:17,25 131:8,12,
13,22 136:11 166:11 183:15,18 189:4
190:5 237:24 304:16

reports 30:21 55:22 142:19 143:6
144:2 164:13,18,25 167:9 170:9
185:21 186:24 199:1,11 204:7 211:7
214:22 252:16 270:16 277:18 304:2
309:8

representing 31:19

represents 24:21 119:23 121:7

168:2

reputable 180:6

request 137:17

requested 175:5

require 16:25 69:16 171:17 238:8,15
240:24

required 34:21 55:1,5 56:7 193:24

requirement 69:19 249:5 271:12
324:4 327:10

requirements 66:24 68:19

requires 75:2

research 35:8 70:16 91:8,13 155:20,
25 156:6,19 157:3,8,9

researchers 18:9,24 19:1 65:13
79:23 81:14,23 306:8

researching 14:1

reserve 24:25 25:2 326:16

residence 122:3

residential 15:5 17:15,20 18:1,13,17
19:2,11 98:2 116:12,18 117:1,8
118:1,3,22 119:13 255:14,21

RESIMAN 26:9,16 73:24 171:12
194:22

respect 19:20 26:12,20,22 42:9
44:20 64:12 66:6,25 67:25 68:19
70:20 79:5,18 80:22 82:2,7 99:22
104:20 105:2 109:3 130:22 131:4,10
152:19 170:24 171:1 224:10 288:12
297:23 301:10 313:22 321:25 323:2,
6,16 324:8,15 326:16

response 51:16,18,23 173:8

responses 66:2 176:19

responsible 74:17

rest 263:19

restart 312:16

resting 263:10

restricted 236:1,7,10 237:16,19,20

result 123:7 128:8,17,18 145:12
218:20 224:2 278:11 304:20,22,24,25

resulted 122:18

results 33:2 41:18 73:17 77:23,24
82:15 96:8 98:20 110:5 117:2 120:10,
21 131:1 136:12 138:25 141:1 144:11
147:20 148:5 156:14 159:5,10,15,24
160:15 162:13 163:10 167:20 168:9,

15 169:14,17 190:5 193:17 198:3
226:22 230:20 232:13 233:21 252:10
256:5,7,8,10,11,12 257:22 274:22
279:6 280:23 281:9 288:14,16 289:3,
12 294:23 296:4,14 297:8 298:22

retained 11:6 12:19,23 27:10,15,18,
23 28:7 31:7 31:9 35:4

retention 47:17

retro 161:3

retroactive 226:8

retrospective 81:12 92:9 139:24
151:5,10,21,22 152:14 204:11 217:6
220:5 222:12,17 226:9 297:15,19

retrospectively 81:18 116:8 150:25
152:9 217:1 219:4 226:4 298:6

reveal 204:1

review 14:23 19:15,18 30:9,16,19,23,
25 33:21 35:20 43:22 44:1 85:25
95:3,24,25 96:2 99:2,4,13 100:5
103:1 105:16 108:24 119:16 133:13
145:24 146:4,7 180:10 182:23 186:3
189:11 191:9 193:18,23 194:14
195:2,10,20 196:4,15,16 226:18
248:24 276:4,9 287:19 288:4,16,17
289:2 320:19 330:24

reviewed 12:13 30:7,12 34:6 89:1
94:11 100:10 101:17 108:12 146:19
163:5 177:12,14 180:24 186:8 187:14
195:5 224:22,23 225:2,5,11 229:5
238:20,24,25 310:2 314:10,13 326:22

reviewing 41:14 113:5 175:21
182:11 270:13 293:13

reviews 182:11 184:9 195:3,20

revisit 64:15 307:21,22

revisited 192:20 307:10

rewrite 95:15 96:9,21

Richter 313:22 314:8 327:14

Richter's 37:24 40:1 54:14 312:1
313:18 314:11,17,22 315:8

right-hand 203:20 259:8 268:2

rights 326:16

rigidity 263:10,20

risk 38:24 39:5,8,11,15,20,24 40:2,5,
15,23,25 41:8,10,11,12 43:6,11,13
44:8,14,16 45:15,16 74:17 83:14
84:2,18,25 85:20 88:21 89:7 91:18,21
116:17,22 123:4,13 142:22 143:3
144:5,6 148:16 189:10 197:16

227:15,16 228:10 252:14,20,22 278:2 310:25 311:14 312:25 313:1,11,25 314:4,19,24 315:2,3,4,17 319:9

**risks** 129:20 184:11,17

**road** 78:6

**robustness** 287:1,11,15 290:13,15

**role** 250:22

**rotenone** 140:20

**rough** 14:3

**roughly** 14:2 234:24 277:17 302:5

**route** 78:6

**rows** 229:13 232:3

**Rugbjerg** 223:8,15,16,18,22 224:9, 15 225:23 226:3,13,17 227:8 228:18 234:6 235:1 248:12 300:18

**rule** 61:19 140:25 162:14 187:21 279:24 296:7 317:24

**ruled** 311:2 314:7

**rules** 107:11,15 109:12 110:4 117:4 248:7,8 255:24 256:1

**run** 29:6 96:15 254:2 282:19 283:2 287:14 289:22 290:2,15

**rural** 122:2 296:22 297:3

---

**S**

**sample** 237:19,20

**sampled** 237:25 238:1

**satisfactory** 67:7

**satisfied** 317:4

**satisfies** 37:11 108:10 310:23 311:13 316:20 319:12

**satisfy** 59:22 60:25 65:7 100:14 253:11 317:7 326:8

**scheme** 184:20

**scholars** 65:13

**scholarship** 70:19

**school** 31:23,24 306:8

**science** 193:24

**Sciences** 133:15

**scientific** 32:24 195:14 196:8 329:5

**scientifically** 35:22

**scope** 180:9 325:4

**scrambling** 309:9

**screener** 177:25

**screeners** 175:10,14

**screening** 174:20

**search** 39:5,10,17 70:23 96:6 182:16,20 240:14 260:19

**searches** 70:19

**secondary** 208:22

**section** 25:14,16 121:24 134:5 138:25 147:17 176:15 181:1 182:10 274:22

**select** 113:3

**selected** 107:22

**self-administered** 267:16 272:3

**self-report** 102:8,22 103:3,5,19 106:5 155:5,6,7,8 160:25 171:21 172:15 173:2 177:7 246:2 268:15,18, 22,25 269:5,13,16,18,23 270:10,17 271:15,20 272:7,24 274:2

**self-reported** 101:19 102:1,10 103:11 104:2,8 105:4,14 173:18 227:15 270:6,24 272:25 273:22 274:7

**self-reporters** 102:5

**self-reporting** 103:7 155:13 267:23

**self-reports** 102:19 174:7 175:1 270:7

**sense** 70:16 233:8 278:23 283:24 288:2

**sensitivity** 96:15 120:16 125:22 144:14 159:22 160:2,9 231:22 282:9, 19 286:21,25 287:5,10,14,21,23 288:5,10,13,25 289:6,9,14,17,22 290:2,8,10 298:8

**sentence** 99:1,6 173:6 193:7 203:21 221:22 259:9,14 260:4 309:3

**separate** 26:13,16 59:10 70:23 88:3 93:15 117:10 146:25 148:14 153:15

**separately** 90:24 93:19,21 118:2,4 130:11 144:18

**served** 35:5

**set** 20:8,9 21:6 96:1 101:4 107:11,15 108:17,25 109:12 110:4 210:6 212:19 309:22

**setting** 29:13 99:9 102:6 213:2,10 264:16 265:13 270:23 293:7,12 294:8

305:22 306:13

**sex** 222:6

**shed** 192:15

**sheets** 30:22,23

**short** 319:20

**short-** 203:25

**show** 139:13 187:25 218:19 254:5 288:13 295:20 296:11 297:7 298:18, 21 306:13

**showed** 233:11 307:23

**shown** 148:14

**shows** 135:4 229:14 242:19 253:4 261:10 289:10 296:12 298:14

**Shrestha** 93:23,24 94:1 102:21 103:2,8 106:9 136:12 143:1 144:23 145:1,6 149:3,20 150:2,6,9,12,15 152:22,25 153:4,8,11,18,21 154:5,13, 22 155:1,3,10,15 156:4,10,14,19,24, 25 159:5,9,22 161:9,10 162:10,12,18, 20 163:10,23 164:8,9 165:25 166:11, 23 170:3,9,20 171:15 172:10,12,16, 22 173:13 174:1,25 176:5,13,23 177:13,18 178:9,17 179:9,13 180:11 181:9 186:18 192:21 194:6 228:20 229:5 233:11 273:25 274:11 284:10 295:2,4,21,24 296:1,6,9 297:9 298:15 300:5 303:10 304:2,5,11,16,18

**Shrestha's** 150:18 159:25 162:25 163:22

**sic** 136:14

**sick** 206:14,16 207:6,17 208:1

**side** 268:14,20 273:16,17

**sign** 25:18

**signed** 25:8 29:7

**significant** 116:17 117:18 118:7 122:25 123:1,16,19 124:2,4 140:16 141:10,15 159:12 165:4,13 167:20 168:10,22 187:3 197:21 211:8 218:14 220:24 224:3 230:16,20 232:14,15,22 233:6,16 234:10,20,21 251:25 252:11 253:25 277:19 278:10 279:17 298:19, 20 300:10 304:18

**significantly** 228:15 302:25

**signs** 263:19,23

**similar** 54:8 125:9,17 127:19 147:19 156:22 160:18 182:18

**similarly** 115:13

**simulations** 230:12

**simultaneously** 112:14 190:17

**single** 184:5 247:12 287:1,11

**single-most** 120:9

**sir** 11:18 12:8,12 13:20 31:22 38:1 41:16 118:24 176:3 306:6 330:23

**sitting** 119:5

**size** 279:3

**skills** 70:16

**Skip** 294:14

**slightly** 65:24 66:10 201:4 214:14 228:13

**small** 198:4 211:13 213:16 214:23 218:5 248:9,14,20,23 249:17 285:2

**smaller** 180:9 214:9 250:2

**smoking** 43:16,25 122:4 203:3 216:8 306:23,24,25

**socioeconomic** 216:9

**solo** 96:22

**sort** 34:2 45:4,7 51:23 53:15 65:5,9 68:6 70:5,16 86:16,21 93:24 95:25 101:10 108:18 129:4 158:5 169:4 180:8 230:10 242:5 246:13 247:2 249:25 255:13,19 268:10 281:20 290:4 294:5 297:21 301:6,16 305:8, 11 308:11

**sorted** 148:14

**sound** 86:3,14 216:7 284:8

**Sounds** 284:9

**source** 43:25 86:3,14 89:13 157:14 196:7 240:21 241:6 249:14,21,24

**sources** 195:13 246:1

**Southern** 11:8

**spacing** 25:18

**speak** 31:13,15 33:17 50:17

**speaks** 293:17

**specialist** 31:9,16 33:18,23 73:6 98:10,12 99:13,14,17 100:5,6 105:16, 17 111:1,3 175:15 224:15,19 225:18 238:10,16 239:17 241:1 270:2,25 323:9

**specialists** 98:17,25 173:20 175:20 177:12,13 205:2 239:12

**specialties** 33:13

**specialty** 224:20 225:2,5,12 239:14

**specific** 26:18 36:24 37:7,12,17,23 38:4,12,18 41:7,21 42:21 43:7 57:3 62:23 66:16,17 68:10,17 69:4,5 73:12 97:11,24 99:21 106:23 107:10 125:10,19 159:17 204:5 243:2 250:10 306:4,25 307:3 310:14,21 311:11 312:1,7 313:3,7,17,21 315:8,11 323:3

**specifically** 23:19 136:1 261:16

**specifications** 233:21

**specificity** 97:14 291:18 292:15 293:1,5,7 305:24 306:4,10

**specifics** 209:12 317:21

**speculation** 126:19 128:23 271:2

**speculative** 130:8

**spend** 13:25

**split** 14:13,15 15:4

**spoke** 246:23

**spoken** 31:3,18

**spondylitis** 210:15

**spouse** 22:20

**spouses** 21:22 22:6,15,18,22,24 132:21 133:21,25 134:11

**spray** 16:19 47:22 48:6,19

**sprayed** 47:24

**spraying** 15:19,23

**spring** 12:21

**St** 207:20

**stable** 216:18

**Stand** 74:5,10 80:18 87:7 132:12 181:25 235:8 291:5,8 311:18 319:23 330:22

**standard** 88:14 276:17 277:7,8,12 280:10 281:21 322:17,20

**standardized** 98:8,23

**standards** 18:10

**start** 182:10 236:5 273:5

**started** 20:8 108:16

**starting** 127:11 191:10 268:3

**starts** 98:19 188:7 242:25

**state** 12:9 63:3 173:14 197:11 265:7

**stated** 116:25 195:10 196:4 250:5 265:7

**statement** 74:22 136:20 266:22

**statements** 30:20 64:10 92:23 93:1

**states** 11:7 48:24 49:7 132:24

**statistical** 88:9,17 221:23 280:19

**statistically** 117:18 118:7 122:25 123:1 140:16 141:10,14 165:4,13 167:20 168:9 187:3 197:21 211:8 218:14 220:24 224:2 230:20 232:14 234:9,21 251:25 252:10 253:25 277:19 278:23 298:18,20 300:10

**statistician** 158:25 265:4

**statistics** 157:23 233:9

**status** 175:16 216:9 230:1 267:23

**stenographic** 11:20 114:13 193:5

**stepfather** 47:24

**sticker** 102:25

**stop** 26:9 110:16

**straddle** 300:9

**stratified** 59:4

**strength** 291:17 294:17,21 295:1 296:7

**strengths** 85:5,7 275:13

**strike** 126:13

**stroke** 209:5,7,10,13 210:8 318:8

**strokes** 318:7

**strong** 116:21 295:25 296:10,11 304:20

**stronger** 280:13

**strongest** 127:16

**strongly** 232:22

**structured** 173:21

**studied** 21:18 140:25

**studies** 14:23 15:3,4,5,6 16:1,6,8,9, 15,16,21,22 17:5,6,16,18,23,24 18:2, 6,8,17,23 19:6,16,17 20:3,9,10,14,20, 25 21:6,7,9,19 22:11,12,13,14 23:2,4, 6,21,23 24:4 30:15 33:14 36:20 37:3 39:16 43:2,10,20 44:5,10,11,20 45:3, 9,10 49:24 50:2,7 51:17,18,19,21 55:8 56:2,21 57:21,25 58:17 59:1,4,7, 13,20 60:3,10,20,24 61:6,15 62:7 63:6 64:22 65:6,10,12,15,16,21 66:8, 12 67:3,17,19,22 69:8 70:4 71:18 72:1,12,22 76:8 77:4,10,16,17,21,25 78:1,8,12,15,21,23 79:7,8,9,11,12,13, 15,19,21 80:4 81:1,21,24 82:14,20,

21,24 83:1,5,13,15 84:1,2 85:1 86:21
87:2,20 88:1,4,8,21,22 89:19 90:14,
22 91:6,11,14 92:1,13,17,18 93:5,9,
18,21,23 94:17 95:1 96:3,13,14 97:6,
16,18,22 98:2,3,4,6,21 100:10,11,15
101:3,12,18 103:23 105:4,8 106:8,18
108:15,17,20,21,23 109:4,8,13,17,23,
24 111:5,18,19 113:3,5,11,14,18
117:17 118:6 119:22 120:6,20 126:5
127:12 128:13,15 130:15,17,19,22
131:3,11 134:17,20 135:12 137:12
142:25 144:11,17 145:25 146:20,24
147:18,21 148:5,13,24 149:5,14
150:23 153:16 155:19 156:21,23
157:15,20 158:18 160:16 162:12,17
164:22 167:13 169:15 175:25 176:7
180:5,8 182:12,20,23 183:14,21
184:6,7,9,12,15,18 185:10,14,16,18
187:11 188:15,22 189:22 190:10,23
193:11,15 196:20,21,22 197:1 201:14
205:8 210:5,7,9,20 211:13 226:9,23
227:2 234:2,8,19,22 238:11,14 239:9
243:17 245:9,18,20 246:15 247:9,15
248:18,19,20,23,25 249:16,17 250:1,
2 251:9,17 254:21 255:23 263:2
268:18,20 275:16,19,22,25 282:10
283:12 284:2,21 286:9 295:5,8,14
296:17,21 297:3,6,15,18,20,25
299:15 300:14 304:14 309:12,15
310:24 312:9 314:3 315:15,16,22,23
316:5,11,14,15,21 317:5,6,8,16
318:13,15,18,19,24,25 319:6,13,17
320:15,20,24 321:7,10,18 322:1,14,
18,23 323:5,6,10,23 324:2,23 325:12,
17,19 326:5,9 327:5 328:10

**study** 16:25 17:2,8,10,12,19 18:13
19:2 20:23 22:2,6,8 23:7,9 34:21
39:14 44:6,13,22 46:5,8,15 56:13,14
57:1,4,5,10,11,12,18 58:6,13,14,22
59:23 60:7,15 61:11,20 62:2,13,16
64:24 65:4 66:4,5,20 67:3,13,18 68:4,
5,21 69:9,20,24 71:10 74:15 76:12,16
77:15 79:1 81:2,6,9,10,22 82:1,2,9,
17,19 85:5,7 92:8,24 93:8,11,12 94:7,
18 95:10 96:8 99:21 101:4 102:16
104:7,9,12,13,14,18 105:6,13,18,23
106:2,9,11,12,16,21,24 107:1,11,14,
16 108:2,5 111:8,10,14,20,23 112:1,
20,22 113:14 114:8,9 115:6 116:16
117:12,14 118:15 119:20 120:2,9
124:22,23,25 126:8 127:21 128:11
129:21 130:14 131:9,14,20 132:19,20
133:2,8,12,20 134:5,6,13,19,23
135:1,8,22 136:16,25 137:8,13,23
138:3 139:4 142:2,7,17,18,22 143:8
144:4,12,16 145:3,8,16,20 146:25
147:4 148:8,9,15,20,21 149:5,6 150:2
151:7 152:25 153:1,13,19 154:8,10,

11 155:9 156:17 160:12,13,21 161:2,
4,7,17 162:21 163:24 165:20 169:13,
14 170:6 171:3,22,23 172:24 173:21
176:2 180:7,9 184:5,8,21 193:18,19,
22 197:11 198:5 202:6 203:10,15
204:11 205:19 207:7 209:11 210:6
211:10,21,22 212:24 213:1 214:18
217:6,19 218:10,16 220:3,6,21 221:5
222:12,17 223:2,19 224:5,8 225:24
230:13 231:24 235:23 236:2 238:7
240:23 246:18,19 247:19,22 248:9,
10,14,15 249:13 250:8,15 255:20
257:1 258:7 259:15 262:18,19
265:21,22 266:3,8 267:22 268:9,21
271:17 272:23 273:19 274:14 275:11,
13 287:1,8,12 295:23 298:3,13,15
303:18 304:1 309:23,24 314:3
316:24,25 317:9 318:2 328:19
329:15,19,21 330:2,12,15

**study's** 16:23 67:5 167:4

**studying** 84:11 259:2,3,4,18 260:6,
12 266:6

**subgroup** 23:11 93:19 145:6 185:21
186:24 276:2

**subject** 26:23 127:7 140:3,5 204:15,
19 217:3 226:24

**subjects** 22:12 115:18 139:11,19
168:7 208:12 280:17 312:20

**submit** 96:8

**submitted** 95:2,23

**submitting** 14:10

**subsequent** 25:24 26:3 81:8 155:3

**subset** 22:3 178:14 180:12 260:13
267:6

**substantive** 95:23

**substantively** 25:13 27:4

**suffer** 207:21

**suffered** 222:19

**suffers** 217:8 219:12

**sufficient** 52:15 66:15 192:8 219:19,
25 222:24 260:6 264:8 265:10 268:24
269:13 272:13

**sufficiently** 147:19 270:18,25
272:13

**suggest** 261:2 268:14 281:22

**suggested** 147:9 227:11

**suggesting** 57:4 208:22

**suggestion** 271:15

**suggests** 128:9 228:8

**summarize** 183:6 184:2 185:2
188:24

**summary** 34:2 147:22 148:6

**supplement** 274:12

**supplemental** 162:25 163:3,16,18,
20,22 164:7,8,9 166:23 228:20 229:6
233:11 236:20 250:6

**supplemented** 99:8

**support** 51:5 169:9 183:21 188:16
190:20 191:4

**supported** 304:22

**supporting** 176:17

**supportive** 163:10

**supposed** 282:1

**suppressing** 147:22 148:6

**surprise** 285:5

**surprising** 144:3

**survey** 66:22

**surveys** 65:25 66:1 173:3 176:19
244:2

**susceptible** 126:11,16 140:1 219:7
222:16 226:6,7,13 229:9

**swear** 11:21

**switch** 196:25 267:10

**sworn** 11:23 30:19 64:4,11

**symmetric** 100:16

**symptoms** 76:3,18 77:8,13 78:10
174:21 176:17 225:1,11 263:10 299:1
311:6,7

**system** 239:21 240:4 263:23

**systematic** 85:25 182:11 186:3
189:11 287:19 288:4

**systemic** 189:11

**systems** 306:24

---

**T**

**table** 121:6,10,11,12,13,21 123:9,11
124:20 163:8 164:10,20 166:11,24
167:9 168:12,25 169:9 186:22 213:24
228:21 229:6,8 231:21 233:11 241:16
242:8 247:13 251:3 261:22,25 275:2

276:6 278:8 279:14,15,16 280:1

**tables** 162:25 163:3,17,18,20,23 164:8 170:15

**Taipei** 115:11

**Taiwan** 115:10 127:18

**taking** 225:8

**talk** 17:16 39:14 43:14,15 55:19,20 74:13 77:10 102:7 156:24 158:9 159:11 244:24 245:1 258:24 262:7,24 266:12 280:10 293:11

**talked** 22:2,4 109:22 157:17 167:3 172:3 204:23 244:1 260:17 294:4 321:3

**talking** 92:16 98:3 121:10 123:23 151:18 179:17,18 186:14 203:13 207:24 244:6 264:17 265:23 266:18

**talks** 35:14 55:10 103:3 155:3,8 156:10 158:8 274:1 292:21 297:22

**Tang** 185:21 186:24 188:13 190:6 198:25 199:1,4

**Tangamornsuksan** 184:2 185:2 186:7 214:8

**Tanner** 55:10,15,22,25 61:25 62:2,4 67:15 77:21 102:5,18 103:9 137:19, 23 138:2,6,24,25 139:3,6 140:5,8,18, 23 141:9,13,18 142:10,12 149:12,17 150:5,8,16,18,20,24 151:3,8,20 152:8,16 155:7,9 156:14 157:1 159:10,15 163:11 165:16,21 166:2,8 172:5,23 174:1,6 268:7,10,11,21 269:17,18,19 271:10 272:6,9,17 273:8,13,18 274:5 296:14 297:23 298:5,16,23 324:5 327:10 328:3 329:2,18 330:5,15

**Tanner's** 77:23 139:23 296:14 298:9

**task** 108:20

**taught** 86:9

**TB** 306:3,4

**teach** 86:10

**technical** 262:16 312:6

**TECHNICIAN** 11:4,17 12:1,4 74:5,8, 10 80:15,18 87:7,10,13,16 132:12,15 181:25 182:2,5,7 235:8,11 291:5,8 311:18,21 312:10,13 319:23 320:1 330:22

**tells** 157:14

**temporality** 75:16 76:8 77:18 78:19, 23 79:3,6,16,18 80:22 81:16,19,25

82:11 220:5,9 223:4 291:17 297:13 298:2,4

**ten** 27:11,15 74:4 150:12 171:13 215:13

**ten-year** 203:23

**Tenbrink** 23:19 328:15

**Tenbrink's** 38:13 54:22

**term** 312:6

**terms** 103:20 131:17 246:12 317:9

**terrible** 82:23

**tertile** 168:2,5 301:14

**tertiles** 123:6 130:16 131:1,7,17 167:16,19,25

**test** 73:17 140:3 198:9 212:23

**tested** 202:3

**testified** 11:23 27:14 103:18 291:14 310:13,17 321:11

**testify** 20:4

**testifying** 291:21

**testimony** 30:16 64:4,11 103:21 104:1 312:4

**testing** 231:22

**Texas** 220:21

**text** 35:17 163:20

**thing** 90:5 92:21 94:22 290:1 309:13

**things** 24:20 25:14 93:12 111:24 142:12 158:11,12 160:19 163:19 201:21 220:6 249:4 250:25 262:15 266:12 296:5,7 306:21 307:2,3 320:11 321:3

**thinking** 46:2 90:1,2

**thought** 93:10 95:6 128:12 181:11

**threshold** 55:1,5 56:6,17

**Tier** 127:7 184:6,13,21

**time** 11:11 12:2,5 20:18 43:24 48:24 49:2,3,7 53:16,19,24 54:1,9,15 65:13 66:9 67:16 69:25 70:7 71:5 74:2,11 75:21 76:6 77:11 79:14 80:16,19 87:11,14,17 132:12,16 135:19 150:13 161:19,21,24 169:5 171:6,10 182:5,8 191:13 192:8,18 210:6 228:23 235:8, 12 291:6,8 308:8,12 309:8 311:19,21 312:11,13 319:24 320:1 326:25 330:25

**times** 120:1,5 150:15 166:14,16,21

229:25 233:12 259:24

**timescales** 88:19

**timing** 309:7

**title** 17:7 41:15 192:25 236:16 262:21

**titled** 134:6 164:10 186:2 231:22

**today** 12:12 13:7 24:21 25:3,6 170:16 246:23 311:24

**Today's** 11:10

**told** 20:24,25 21:9 26:12 70:8 172:13 173:9 309:5 324:12 326:12

**Tolosa** 273:11,24

**Toposa** 102:9

**total** 27:9,12,13 28:17 212:21 284:23

**totality** 75:9 106:1 294:10

**toxic** 52:15 55:2 187:22 188:10

**toxicity** 193:12

**toxicologist** 49:9

**toxicology** 49:12

**toxins** 208:25

**training** 34:9 89:18 291:16 292:8,13, 24 293:14,19,25

**transcribed** 202:17

**transcript** 13:18 89:21 94:4 114:15 127:4 134:8 138:21 143:23 164:5 172:20 186:5 193:4 195:24 197:8 199:25 205:13 217:12 220:18 223:13 231:19 235:18 258:20 267:8 292:3 330:24

**transition** 50:4

**translate** 188:2

**trauma** 128:24 129:18,21,25 130:4 140:8,12 216:9

**travel** 14:5

**traveling** 14:3

**treat** 100:15 152:5 240:15

**treated** 65:9 152:16

**treating** 175:6

**treatment** 151:14 174:22 206:10,13 207:10

**tremor** 263:10,19

**trends** 204:1

**trials** 91:4 305:17,19

**true** 27:16 135:14 279:10 289:18

**tumor** 208:24

**turn** 90:7 127:9 147:17 193:7 232:2 292:5

**turns** 307:19

**type** 15:11 27:20 28:4 50:19 70:3 86:21 92:17,24 95:19 96:24 161:15 164:21 167:12 209:13 210:7,8 258:4 268:11,15 280:25 290:6 294:5

**types** 43:18 88:20 98:6 103:5 150:22 196:21

**typos** 25:9,11,13,15,20,22 27:2,3 143:17,18

---

**U**

**ultimate** 82:15

**unable** 139:11,20

**unclear** 127:22 287:20 288:5

**underlying** 79:19 82:14 83:5,13 84:1 173:15

**understand** 15:1 25:2 37:5 51:2,11, 22 52:4 53:1 64:17,19 70:5 81:15 108:1,3 123:21 148:21 151:25 156:16 172:6,8 180:11,22 242:12 299:4 315:5

**understanding** 98:5 109:9

**undertook** 106:20 108:14 198:13,18 254:25

**unexposed** 229:15,21

**uniformly** 65:9

**United** 11:7 48:24 49:7

**universal** 239:21 240:3

**University** 115:11

**unknowable** 78:14,15

**unknown** 36:8 76:2

**Unlike** 150:18

**unrelated** 104:21

**unreliable** 102:19 136:9,17 137:1 154:22 207:8 244:11,23 272:7

**unusual** 322:16

**unwritten** 118:22 119:13,18 157:19 205:7 208:16 235:2 246:9 249:9 254:20 265:18 283:13,22,23,24 284:3 320:13

**updated** 145:1 149:25 193:18,22 194:5

**upper** 123:24 232:20 233:7 252:7,9, 13 278:2,7

**usage** 48:23 49:6

**users** 48:1

**utilize** 322:13

**utilized** 205:23 321:18

---

**V**

**V-A-C-C-A-R-I** 94:8

**Vaccari** 94:6,7,16 125:21 144:19 146:1,23 147:6 158:16 188:24 189:3, 6,21 190:6,9,14 198:10 199:10,11 214:9

**Vaccari's** 190:22

**Vaccaris** 182:18

**valid** 100:14 237:16,22 242:2 268:19

**validate** 174:15 245:1

**validated** 69:18 136:4 167:5 246:3

**validation** 69:16 177:25 245:23 267:22

**values** 253:1

**van** 69:9 107:3 235:14,22,25 236:3,6, 13 237:10,17 238:4,19,21 239:16,22 241:3,14,22,25 242:12 243:13 246:7, 20 247:25 248:8 251:3,24 252:16 253:17 254:14 256:2,8 300:21 303:11

**variability** 44:20 121:15 282:2,3

**variable** 46:3,4,13 84:20 168:20 214:23 277:10,15 279:21 281:15,24 282:2

**variables** 203:23 277:6 282:1

**variants** 168:21

**variety** 25:22 323:3

**vary** 65:24

**vastly** 107:8

**version** 145:1 261:12 273:4,7

**versus** 19:11 61:4 118:3 203:25 206:15 248:23 264:21

**video** 11:4,6,10,17 12:1,4 74:5,8,10 80:15,18 87:7,10,13,16 132:12,15 181:25 182:2,5,7 235:8,11 291:5,8 311:18,21 312:10,13 319:23 320:1 330:22,24

**view** 69:21 108:7,8,14 112:1

**voter** 206:16 207:25 208:1 211:19

**voters** 206:2 212:17

---

**W**

**waive** 330:25

**walk** 212:14

**wanted** 72:15 109:11 254:23

**warm** 132:9

**warn** 155:21

**warrant** 195:15 196:9

**warranted** 185:15

**Washington** 197:11

**water** 43:25 122:4

**ways** 16:12 65:1 146:21 158:19 190:12 288:11

**weak** 189:7

**weaknesses** 82:19 85:6 243:14

**wearing** 53:9

**website** 89:18 134:5 192:25 261:8,9, 12,14 267:4

**Weed** 194:24 195:2,5,9,21 196:15

**weeds** 47:3

**weight** 101:21 119:24 149:3 201:7 210:12 234:22 254:23

**weighted** 120:1 166:24 167:4 210:10

**weighting** 201:14,18

**welding** 27:25 34:23

**well-carried-out** 111:23

**Wells** 11:16,18,22 12:10 26:11,20 40:20 52:14 74:13 80:10,21 87:19 89:24 94:9 104:2 132:18 182:10 235:14 291:11 311:24 312:16 320:3 325:25

**Wells'** 13:15

**whittled** 20:10

**wide** 121:14 197:22 198:3 218:15,22 221:8,13 252:23 279:21 281:23 282:6,8

**wider** 200:23 201:18 211:15 282:23 290:7

**wild** 306:7

withdraw 117:24 212:24

wives 22:2,4,6

women 211:21,22,24 212:11,18,20 213:1,7,8,14,25 214:1,4,17,20,21 215:2

wood 297:4

word 17:11 150:21 283:20

words 121:13 208:9 307:15

work 13:23 15:9,12 17:17 25:5 28:14 31:20 34:24 42:8 43:24 50:19 96:19 113:1 288:8

worked 12:25 13:3 50:15 101:3,6 177:6 236:23 250:5

worker 15:19

workers 15:21 17:16 133:21 236:1,8, 11 237:16,21 238:2 254:17 296:25

working 27:6 101:11

workplace 15:10

works 50:20

Wray 93:6,7

write 96:1,21 97:17,18 110:6,7,8,10 113:7 212:13 266:14 320:13

writing 14:1 266:10

written 95:16 96:10 109:15 212:9 261:13 305:18

wrong 50:24 51:3,11,12 186:20 202:17 290:4 307:20

wrote 121:25 155:10,11 163:13 168:13 172:14,23 192:19 265:5 266:9 276:9 308:6 312:8

www.annualwebnetpesticides 261:8

---

**Y**

year 28:9 116:13 121:8 215:11

years 27:15 58:24 59:18 61:18 75:19, 24 121:9,18 122:1,10,16,18 123:3,12 124:8,12,15,20 127:18 130:11,12 135:2,4,8 150:13 215:12 299:7,20 304:12

yes-or-no 315:9

yesterday 12:14 14:4

young 247:3,6

---

**Z**

Zoom 216:6