# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| **IN RE: PARAQUAT PRODUCTS LIABILITY LITIGATION** | Case No. 3:21-md-3004-NJR<br><br>MDL No. 3004 |
| This document relates to All Cases | Hon. Judge Nancy J. Rosenstengel |

### SYNGENTA'S MOTION FOR LEAVE TO FILE SUPPLEMENTAL REPLY IN SUPPORT OF DEFENDANTS' PARTIAL MOTION TO STRIKE WELLS REBUTTAL REPORT

Defendants Syngenta Crop Protection, LLC and Syngenta AG (collectively, "Syngenta") respectfully move for leave to file a five-page supplemental reply, Ex. 1, Syngenta's Supplemental Reply in Support of Defendants' Partial Motion to Strike Wells Rebuttal Report, to Plaintiffs' Response, ECF No. 3440. In their Response, Plaintiffs cite new material to make claims that exceed the scope of Defendants' Motion to Strike Dr. Wells' improper rebuttal report. Plaintiffs direct these claims primarily at Syngenta; therefore, Syngenta believes that a supplemental reply separate from Defendants' joint reply is necessary to clarify the record on these points.

Dated: April 11, 2023

Respectfully submitted,

*/s/ Ragan Naresh*

Ragan Naresh, P.C.
KIRKLAND & ELLIS LLP
1301 Pennsylvania Ave., N.W.
Washington, D.C. 20004
Tel.: 202.389.5000
Fax: 202.389.5200
ragan.naresh@kirkland.com

Leslie M. Smith, P.C.
Bradley H. Weidenhammer, P.C.
KIRKLAND & ELLIS LLP
300 North LaSalle Chicago, IL 60654
Tel.: (312) 862-2000

Michael J. Nester, #02037211
DONOVAN ROSE NESTER P.C.
15 North 1st Street, Suite A
Belleville, IL 62220
Tel.: (618) 212-6500
Fax: (618) 212-6501
mnester@drnpc.com

**Counsel for Syngenta Defendants**

## CERTIFICATE OF SERVICE

I certify that on April 11, 2023, I served Syngenta's Motion for Leave to File Supplemental Reply in Support of Defendants' Partial Motion to Strike Wells Rebuttal Report on all parties of record through the CM/ECF system.

/s/ Ragan Naresh
Ragan Naresh