# EXHIBIT 1

## GLOSSARY OF TERMS

**Acceptable Daily Intake (ADI):** amount of a substance in food or drinking water that can be ingested over a lifetime without presenting an appreciable risk to health.

**Alpha-synuclein:** a highly soluble protein primarily found in neural tissue. The aggregation of alpha-synuclein in a small part of the brain called the substantia nigra pars compacta is a hallmark autopsy finding in patients diagnosed with Parkinson's disease.

**Analogy:** under the Bradford Hill criteria, when there is strong evidence of a causal relationship between a particular agent and a specific disease, researchers should be more accepting of weaker evidence that a similar agent may cause a similar disease.

**Animal model:** a non-human species used in biomedical research and investigation of human disease.

**Biological gradient:** the change in the intensity of an exposure that results in a change in the severity or risk of the outcome. Also referred to as "dose-response relationship."

**Biological plausibility:** this factor of Bradford Hill addresses whether an agent plausibly could cause a disease based on existing knowledge about human biology and disease pathology. If the association makes sense in terms of known biological mechanisms, it becomes more plausible as a cause-and-effect relationship.

**Bradford Hill criteria:** the most widely used criteria in epidemiology to assess whether an observed association is likely to be causal. Factors include (1) strength of the association; (2) consistency of findings; (3) specificity of the association; (4) temporality; (5) biological gradient; (6) biological plausibility; (7) coherence; (8) experiment; and (9) analogy.

**Case-control study:** a study that compares two groups of people: those with the disease or condition (cases) and a similar group of people who do not have the disease or condition (controls).

**Coherence:** under the Bradford Hill criteria, the idea that the cause-and-effect relationship should make sense considering the available scientific knowledge.

**Cohort study:** a research study that compares a particular outcome in groups of individuals who are alike in many ways but differ by a certain characteristic.

**Confidence interval:** in statistics, a range of estimates for an unknown parameter which represents the likelihood that the true value falls within the estimated range, typically provided at a 95% level. A 95% confidence interval means that the true value of a predicted estimate is 95% likely to fall within the range.

**Consistency:** under the Bradford Hill criteria, causation is more likely when different persons in different places with different samples observe consistent findings.

**Diatomic oxygen:** molecular oxygen ($O_2$) composed of two oxygen atoms in the form typically found in the earth's atmosphere and used for respiration by humans and many other carbon-based lifeforms.

**Differential diagnosis:** a method often used by clinicians to diagnose a specific disease in an individual by analyzing the individual's history, often in conjunction with a physical exam, to distinguish a particular disease or condition from others with similar clinical features.

**Dopamine:** a chemical released in the brain that helps nerve cells send messages to each other.

**Dopaminergic neuron:** a cell within the substantia nigra pars compacta of the brain that is the main source of dopamine in the mammalian central nervous system, the loss of which is associated with Parkinson's disease.

**Dose-response relationship:** the association that describes the magnitude of response of an organism as a function of exposure to a stressor or stimulus (usually a chemical).

**Effect modification:** a biological phenomenon in which the same exposure has a different impact in different circumstances.

**Electron:** a negatively charged subatomic particle which, when unpaired, causes the atom or molecule to be chemically reactive.

**Epidemiology:** a scientific method used to find the causes of health outcomes and diseases in populations.

**Experimental evidence:** observations generated under controlled conditions rather than through other empirical research methods which allow researchers to draw causal inferences about the factors under study.

**Federal Insecticide, Fungicide, and Rodenticide Act (FIFRA):** Federal statute that governs the registration, distribution, sale, and use of pesticides in the United States.

**Free radical:** a negatively charged molecule which, as a result of an unpaired electron, is typically highly reactive, short-lived, and causes damage to nearby molecules including DNA, proteins, and lipids.

**Hazard quotient (HQ):** the ratio of the potential exposure to a substance and the level at which no adverse effects are expected. A hazard quotient less than one means that no adverse health effects are expected as a result of exposure. A hazard quotient greater than one means that adverse heath effects are possible at that level of exposure.

**Human health risk assessment:** a prospective process used to estimate the nature and probability of adverse human health effects in humans who may be exposed to chemicals in a contaminated environmental media now or in the future.

**In vitro study:** from the Latin term "in glass," the observation of biological properties done in a test tube rather than in a human or animal.

**In vivo study:** from the Lain term "in (something) living," a medical test, experiment, or procedure that is done on or in a living organism, such as a laboratory animal or a human.

**Lewy bodies:** abnormal aggregations of proteins that develop inside nerve cells affected by Parkinson's disease, the primary structural component of which is alpha-synuclein.

**Lowest Observed Adverse Effect Level (LOAEL):** the lowest concentration or amount of a substance found by experiment or observation that causes an adverse outcome.

**Meta-analysis:** a statistical analysis that combines the results of multiple scientific studies.

**Microglia:** the primary immune cells of the central nervous system, including the brain.

**Neuron:** a nerve cell.

**Neurotoxicity:** damage to or alteration of the normal activity the nervous system caused by exposure to a toxic substance.

**No Observed Adverse Effect Level (NOAEL):** the greatest concentration or amount of a substance at which no detectable adverse effects occur in an exposed population.

**No-till farming:** an agricultural technique for growing crops or pastures without disturbing the soil through tillage.

**Odds Ratio (OR):** a measure of association between an exposure and an outcome which represents the likelihood that an outcome will occur given a particular exposure, compared to the likelihood of the outcome occurring in the absence of that exposure.

**Oxidation:** Second step of the paraquat redox cycle in which the paraquat molecule in its free radical form combines with a nearby molecule (typically oxygen), resulting in a "superoxide."

**Oxidative stress:** a condition which occurs when there are too many unstable molecules (reactive oxygen species or free radicals) in the body and not enough antioxidant defenses to neutralize them, often resulting in damage to tissues and organs.

**Paraquat dichloride (Paraquat):** a toxic chemical that is widely used as a quick-acting, non-selective herbicide (plant killer) for weed and grass control that kills green plant tissue on contact and has been linked to the development of Parkinson's' disease; also known as methyl viologen.

**Parkinsonism:** an umbrella term that refers to brain conditions that cause some combination of the following motor features: tremors, slow movement, rigidity, loss of postural reflexes, flexed posture and freezing (especially of gait). Although Parkinson's disease (PD) is the most common form of parkinsonism, accounting for approximately 80% of cases, there are a variety of other forms of parkinsonism such a Multiple System Atrophy, and Progressive Supranuclear Palsy.

**Parkinson's disease (PD):** a progressive brain disorder that is diagnosed clinically based upon the presence of bradykinesia (slowness or the absence of movement) and at least one additional motor feature (tremor, rigidity, or postural instability), as well as additional supporting and exclusion criteria. PD is confirmed on autopsy based upon a combination of the loss of dopaminergic neurons in the substantia nigra pars compacta (SNc) and the aggregation of a-synuclein.

**Physiologically-based pharmacokinetic (PBPK) modeling:** a mathematical modeling technique for predicting the absorption, distribution, metabolism, and excretion of chemical substances in humans or other animal species.

**Personal Protective Equipment (PPE):** equipment worn to minimize exposure to hazards that cause serious workplace injuries and illnesses that can result from contact with toxic or harmful substances or other workplace hazards.

**Point estimate:** a single value given as an estimate of a parameter of a population to serve as the "best guess" or "best estimate" of the unknown population parameter.

**Point of Departure (POD):** in toxicology, the dose at which a biological response is first observed and is a basis for making extrapolations for the purpose of risk assessment.

**Reactive oxygen species (ROS):** highly reactive chemical formed by removing an electron from diatomic oxygen ($O_2$) that can cause significant, irreversible damage to DNA and other cell structures and prevent them from performing their functions, and ultimately lead to cell death.

**Redox cycling:** a chemical reaction in which one molecule is reduced (gains electrons) and another molecule is oxidized (loses electrons), typically related to cellular damage or death and tissue and organ damage. With reference to paraquat, redox cycling is the process by which the cation paraquat molecule causes damage to substantia nigra dopaminergic neurons by removing an electron from a microglia cell, rapidly donating that electron to a diatomic oxygen molecule, returning to its original cation state, and restating the cycle by removing an electron from another microglia cell.

**Reduction:** First step of the paraquat redox cycle in which a paraquat molecule in its original (cation) state takes an electron from another molecule and becomes a free radical.

**Reference dose (RfD):** the maximum single day exposure to a toxic substance which is anticipated to be without appreciable risk for the general population.

**Regression analysis:** statistical process for estimating the relationship between a dependent variable (or outcome) and an independent variable.

**Relative Risk (RR):** the ratio of the probability of an outcome in an exposed group to the probability of the outcome in an unexposed group; also known as "risk ratio." A relative risk equal to 1 means that the exposure does not affect the outcome, a relative risk below 1 means that the risk of the outcome is decreased by exposure, and a relative risk above 1 means that the risk of the outcome is increased by exposure.

**Specificity:** under the Bradford Hill criteria, a factor is more likely to be causative of disease if the disease occurs within a specific population and/or at a specific anatomical site with no reasonable explanation other than involvement of the factor in question.

**Statistical power:** the likelihood of a hypothesis test detecting a relationship between a cause and effect, if one exists.

**Statistical significance:** a measure of the probability that a relationship between a cause and effect in observed data can be attributed to that cause and not to chance.

**Striatal dopamine:** dopamine released from the substantia nigra pars compacta to the striatum which diminishes in Parkinson's disease.

**Striatum:** a cluster of neurons (nucleus) in the subcortical basal ganglia of the forebrain that plays a significant role in learning and memory; in Parkinson's disease, input to the striatum from the substantia nigra is damaged, resulting in a massive and disabling increase in muscle tone, tremor in the hands, and great difficulty starting movements

**Substantia nigra pars compacta:** an area in the midbrain that contains a cluster of darkly pigmented neurons (the "dark stripe") which produce dopamine.

**Superoxide:** a type of reactive oxygen species formed in the second (oxidation) step of the paraquat redox cycle that is highly damaging to nearby cell structures and can limit lifespan.

**Temporality:** under the Bradford Hill criteria, an exposure that precedes the onset of disease is more likely to be causal of the disease.

**Threshold dose:** the minimum dose of a substance that triggers minimal detectable biological effect in an animal.

**Toxicokinetics:** the study of the absorption, distribution, metabolism, and excretion of toxins in a living organism in relation to time.

**Toxicology:** the study of adverse effects that occur in living organisms due to exposure to chemicals.

**Uncertainty:** in statistics, the amount of potential error between an estimate or point value and the true value.

**Uncertainty factor:** an arbitrary factor used by risk assessors to derive a reference dose that is considered safe or below which an adverse event is unlikely to occur.

**Variability:** in statistics, the amount of spread between data points within a distribution of data points and in comparison with the mean.