IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| In re: PARAQUAT PRODUCTS LIABILITY LITIGATION | Case No. 3:21-md-3004-NJR |
| This Document Relates to: | MDL No. 3004 |

## ORDER STAYING DEADLINE

**ROSENSTENGEL, Chief Judge:**

On May 15, 2023, this Court issued Case Management Order No. 18 ("CMO 18") directing Plaintiffs' counsel to certify certain information as to each Plaintiff by June 15, 2023. (Doc. 4242). The parties were ordered to meet and confer about certain pending cases, and Defendants were ordered, if appropriate, to file a motion identifying any case that does not present a viable cause of action by June 20, 2023. (Doc. 4242).

On June 19, 2023, Plaintiffs filed a Motion to Modify in Part and Stay in Part CMO 18 relating to the June 20 deadline. (Doc. 4433). The Court ordered Defendants to respond to Plaintiffs' motion on or before June 30, 2023. (Doc. 4436).

Meanwhile, pursuant to the deadline imposed by CMO 18, Defendants filed a Motion for Docket Control Order on June 20, 2023. (Docs. 4441 (sealed) and 4455 (redacted)). The Court ordered Plaintiffs to respond on or before July 5, 2023. (Doc. 4460).

On June 30, 2023, Defendants filed their response to Plaintiffs' Motion to Modify in Part and Stay in Part CMO 18. (Doc. 4524).

The Court is advised that the parties met and conferred regarding these

outstanding motions on June 30, with the Special Master present. The Court has consulted with Special Master Ellis on the best way to handle the competing motions relating to CMO 18, the parties' positions as discussed during the meet and confer conference, and specifically, Plaintiffs' request for additional time to review the issues raised in Defendants' Motion for Docket Control Order.

Accordingly, the July 5 deadline for Plaintiffs to respond to Defendants' Motion for Docket Control Order is **STAYED** for **30 days**. On or before **August 4, 2023**, the parties, with the assistance of Special Master Ellis, shall resume discussions regarding "categories" of cases that have no plausible basis on their face for inclusion in this multidistrict litigation. If discussions are not productive, Special Master Ellis shall immediately report the parties' positions and impasse to the Court. In that instance, a short deadline for Plaintiffs to respond will be set, and the Court will resolve the motions.

IT IS SO ORDERED.

DATED:   July 4, 2023

**NANCY J. ROSENSTENGEL**
**Chief U.S. District Judge**