# Exhibit A

| **Plaintiff** | **Case Number** | **Plaintiff's Counsel** | **PAQ Due Date (CMO 10, § III(2))** | **Notice of Overdue PAQ (CMO 10, § VI(1))** | **Second Notice of Overdue PAQ** | **Request for Special Master Review (CMO 10, § VI(2))** |
|---|---|---|---|---|---|---|
| Lewis, Jeffery | 3:22-pq-02724 | Pulaski Kherkher, PLLC | 12/22/2022 | 12/23/2022 | 1/28/2023 | 2/4/2023 |
| Meeks, Jonie | 3:22-pq-02732 | Pulaski Kherkher, PLLC | 12/23/2022 | 12/31/2022 | 2/4/2023 | 2/11/2023 |
| Robinson, James | 3:22-pq-02900 | Pulaski Kherkher, PLLC | 1/11/2023 | 1/14/2023 | 2/18/2023 | 2/24/2023 |
| Coffey, Greg | 3:22-pq-02939 | Pulaski Kherkher PLLC | 1/14/2023 | 1/20/2023 | 2/24/2023 | 3/6/2023 |
| Prudhomme, Anthony | 3:22-pq-03066 | Pulaski Kherkher PLLC | 1/21/2023 | 1/28/2023 | 3/3/2023 | 3/10/2023 |
| Clevenger, Mary Beth, individually and as representative of the estate of Gordon Clevenger | 3:22-pq-03143 | Pulaski Kherkher PLLC | 1/29/2023 | 2/4/2023 | 3/10/2023 | 3/17/2023 |
| Kehrli, Richar | 3:23-pq-00070 | Pulaski Kherkher PLLC | 2/10/2023 | 2/18/2023 | 3/24/2023 | 3/31/2023 |
| Bailey, Dawayne | 3:23-pq-00144 | Pulaski Kherkher PLLC | 2/17/2023 | 2/24/2023 | 3/31/2023 | 4/7/2023 |
| Paige, Don | 3:23-pq-00382 | Pulaski Kherkher PLLC | 3/9/2023 | 3/10/2023 | 4/14/2023 | 4/21/2023 |
| Norton, Annaleigh | 3:23-pq-00443 | Pulaski Kherkher PLLC | 3/15/2023 | 3/17/2023 | 4/21/2023 | 4/28/2023 |

| **Plaintiff** | **Case Number** | **Plaintiff's Counsel** | **PAQ Due Date (CMO 10, § III(2))** | **Notice of Overdue PAQ (CMO 10, § VI(1))** | **Second Notice of Overdue PAQ** | **Request for Special Master Review (CMO 10, § VI(2))** |
|---|---|---|---|---|---|---|
| Cargill, Karen, individually and as representative of the estate of Algie Cargill | 3:23-pq-00474 | Pulaski Kherkher PLLC | 3/16/2023 | 3/17/2023 | 4/21/2023 | 4/28/2023 |
| Roberts, Brandon | 3:23-pq-00508 | Pulaski Kherkher PLLC | 3/17/2023 | 3/24/2023 | 4/28/2023 | 5/5/2023 |
| Knox, Bonnie, individually and as representative of the Estate of Gerald Knox | 3:23-pq-00600 | Pulaski Kherkher PLLC | 3/23/2023 | 3/24/2023 | 4/28/2023 | 5/5/2023 |
| Ramirez, Guadalupe Jr. | 3:23-pq-00661 | Pulaski Kherkher PLLC | 3/25/2023 | 3/31/2023 | 5/5/2023 | 5/12/2023 |
| Morton, Billy | 3:23-pq-00666 | Pulaski Kherkher PLLC | 3/26/2023 | 3/31/2023 | 5/5/2023 | 5/12/2023 |
| Hamlet, Barry | 3:23-pq-00778 | Pulaski Kherkher PLLC | 4/2/2023 | 4/7/2023 | 5/12/2023 | 5/20/2023 |
| Johnson, Travis | 3:23-pq-00799 | Pulaski Kherkher PLLC | 4/6/2023 | 4/7/2023 | 5/12/2023 | 5/20/2023 |
| Skidmore, Crystal | 3:23-pq-00909 | Pulaski Kherkher PLLC | 4/20/2023 | 4/21/2023 | 5/26/2023 | 6/2/2023 |
| Douglas, Willie | 3:23-pq-00911 | Pulaski Kherkher PLLC | 4/20/2023 | 4/21/2023 | 5/26/2023 | 6/2/2023 |
| George, Bobby | 3:23-pq-00927 | Pulaski Kherkher PLLC | 4/21/2023 | 4/28/2023 | 6/2/2023 | 6/9/2023 |
| Jordan, Larry | 3:23-pq-01010 | Pulaski Kherkher PLLC | 4/28/2023 | 5/5/2023 | 6/9/2023 | 6/16/2023 |
| Bray, Scott | 3:23-pq-01037 | Pulaski Kherkher PLLC | 4/28/2023 | 5/5/2023 | 6/9/2023 | 6/16/2023 |

| **Plaintiff** | **Case Number** | **Plaintiff's Counsel** | **PAQ Due Date (CMO 10, § III(2))** | **Notice of Overdue PAQ (CMO 10, § VI(1))** | **Second Notice of Overdue PAQ** | **Request for Special Master Review (CMO 10, § VI(2))** |
|---|---|---|---|---|---|---|
| Rachal, Marvin | 3:23-pq-01148 | Pulaski Kherkher PLLC | 5/6/2023 | 5/12/2023 | 6/16/2023 | 6/24/2023 |
| Jacobson, Henry | 3:23-pq-01205 | Pulaski Kherkher PLLC | 5/12/2023 | 5/20/2023 | 6/24/2023 | 6/30/2023 |
| Vidrine, Suzanne | 3:23-pq-01243 | Pulaski Kherkher PLLC | 5/17/2023 | 5/20/2023 | 6/24/2023 | 6/30/2023 |
| Burden, Sandra | 3:23-pq-01244 | Pulaski Kherkher PLLC | 5/17/2023 | 5/20/2023 | 6/24/2023 | 6/30/2023 |
| Abdiu, Susan | 3:23-pq-01245 | Pulaski Kherkher PLLC | 5/17/2023 | 5/20/2023 | 6/24/2023 | 6/30/2023 |
| Lewis, Reda, as personal representative of the Estate of Roger Lewis | 3:22-pq-1687 | Nachawati Law Group, PLLC fka Fears Nachawati, PLLC | 8/26/2022 | 9/2/2022 | 10/8/2022 | 10/14/2022 |
| Hinojosa, Mary | 3:22-pq-01747 | Nachawati Law Group, PLLC fka Fears Nachawati, PLLC | 9/1/2022 | 9/8/2022 | 10/14/2022 | 10/22/2022 |
| Louis, Kontay | 3:22-pq-01770 | Nachawati Law Group, PLLC fka Fears Nachawati, PLLC | 9/2/2022 | 9/8/2022 | 10/14/2022 | 10/22/2022 |
| Parker, Vicki as the personal representative of the Estate of Morris Parker | 3:22-pq-01798 | Nachawati Law Group, PLLC fka Fears Nachawati, PLLC | 9/7/2022 | 9/8/2022 | 10/14/2022 | 10/22/2022 |
| Nohren, Richard | 3:22-pq-02145 | Nachawati Law Group, PLLC fka Fears Nachawati, PLLC | 10/13/2022 | 10/22/2022 | 11/25/2022 | 12/3/2022 |

| **Plaintiff** | **Case Number** | **Plaintiff's Counsel** | **PAQ Due Date (CMO 10, § III(2))** | **Notice of Overdue PAQ (CMO 10, § VI(1))** | **Second Notice of Overdue PAQ** | **Request for Special Master Review (CMO 10, § VI(2))** |
|---|---|---|---|---|---|---|
| Rosenkrans, Larry | 3:22-pq-02917 | Nachawati Law Group, PLLC fka Fears Nachawati, PLLC | 1/12/2023 | 1/14/2023 | 2/18/2023 | 2/24/2023 |
| Fowler, Thomas; Fowler, Linda | 3:23-pq-00051 | Nachawati Law Group, PLLC fka Fears Nachawati, PLLC | 2/9/2023 | 2/10/2023 | 3/17/2023 | 3/24/2023 |
| Crum, Timothy A. | 3:23-pq-00066 | Nachawati Law Group, PLLC fka Fears Nachawati, PLLC | 2/10/2023 | 2/18/2023 | 3/24/2023 | 3/31/2023 |
| Edmunds, Dale | 3:23-pq-00189 | Nachawati Law Group, PLLC fka Fears Nachawati, PLLC | 2/22/2023 | 2/24/2023 | 3/31/2023 | 4/7/2023 |
| Haynes, Charli, individually and as personal representative of the Estate of Myrl Bullen | 3:23-pq-00297 | Nachawati Law Group, PLLC fka Fears Nachawati, PLLC | 3/1/2023 | 3/3/2023 | 4/7/2023 | 4/14/2023 |
| Shaffer, John | 3:22-pq-03084 | TorHoerman Law LLC \ Peiffer Wolf Carr Kane & Conway, LLP | 1/22/2023 | 1/28/2023 | 3/3/2023 | 3/10/2023 |
| Kieffaber, Jacob | 3:22-pq-03121 | TorHoerman Law LLC \ Peiffer Wolf Carr Kane & Conway, LLP | 1/28/2023 | 2/4/2023 | 3/10/2023 | 3/17/2023 |
| Hall, Billy | 3:22-pq-01070 | The Miller Firm, LLC | 6/19/2022 | 6/24/2022 | N/A | 7/29/2022 |
| Hick, Leanne, individually and as Next of Kin for David Lopez | 3:22-pq-01694 | The Miller Firm, LLC | 8/27/2022 | 9/2/2022 | 10/8/2022 | 10/14/2022 |

| **Plaintiff** | **Case Number** | **Plaintiff's Counsel** | **PAQ Due Date (CMO 10, § III(2))** | **Notice of Overdue PAQ (CMO 10, § VI(1))** | **Second Notice of Overdue PAQ** | **Request for Special Master Review (CMO 10, § VI(2))** |
|---|---|---|---|---|---|---|
| James, Wanda | 3:22-pq-02729 | The Miller Firm, LLC | 12/23/2022 | 12/31/2022 | 2/4/2023 | 2/11/2023 |
| Kent, Phillip; Kent, Kathleen | 3:23-pq-00251 | The Miller Firm, LLC | 2/26/2023 | 3/3/2023 | 4/7/2023 | 4/14/2023 |
| Mash, James | 3:23-pq-00256 | The Miller Firm, LLC | 2/26/2023 | 3/3/2023 | 4/7/2023 | 4/14/2023 |
| Taylor, Robert Wayne | 3:23-pq-00694 | The Miller Firm, LLC | 3/26/2023 | 3/31/2023 | 5/5/2023 | 5/12/2023 |
| Terry, Robert | 3:23-pq-00698 | The Miller Firm, LLC | 3/26/2023 | 3/31/2023 | 5/5/2023 | 5/12/2023 |
| Hase, Nova | 3:23-pq-01089 | The Miller Firm, LLC | 4/30/2023 | 5/5/2023 | 6/9/2023 | 6/16/2023 |