Tayjes Shah, Esq. (pro hac vice)
**THE MILLER FIRM, LLC**
108 Railroad Avenue
Orange, Virginia 22960
Tel: (540) 672-4224
Fax: (540) 672-3055
Email: tshah@millerfirmllc.com

*Attorneys for Plaintiff*

## UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| Robert Terry,<br><br>　　　　Plaintiff,<br>　v.<br><br>Syngenta AG; Syngenta Crop Protection, LLC; et. al.,<br><br>　　　　Defendants. | Civil Action No.: 3:23-pq-00698-NJR<br><br>**OBJECTION TO REPORT AND RECOMMENDATION** |

　　　　NOTICE IS HEREBY GIVEN that Robert Terry hereby asks the Court for leave not to be dismissed pursuant to the 7/19/23 Report and Recommendation of Special Master Ellis. Mr. Terry completed and submitted a PAQ on 7/27/23. See Exhibit A proof of LMI upload. Mr. Terry would suffer prejudice by having his case dismissed and as he has now completed all outstanding discovery, Mr. Terry respectfully requests that he be allowed to continue in his lawsuit.

Dated:  July 27, 2023　　　　　　　　　　　Respectfully submitted,

　　　　　　　　　　　　　　　　　　　　　**THE MILLER FIRM, LLC**

>/s/ Tayjes Shah
>Tayjes Shah, Esq.
>**THE MILLER FIRM, LLC**
>108 Railroad Avenue
>Orange, Virginia 22960
>Tel: (540) 672-4224
>Fax: (540) 672-3055
>Email: tshah@millerfirmllc.com
>
>*Attorneys for Plaintiff*

## CERTIFICATE OF SEERVICE

      I hereby certify that this document filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing and paper copies will be sent by first class mail, postage prepaid, to those indicated as non-registered participants on this date.

Dated: July 27, 2023            Respectfully submitted,

                              **THE MILLER FIRM, LLC**

>/s/ Tayjes Shah
>Tayjes Shah, Esq.
>**THE MILLER FIRM, LLC**
>108 Railroad Avenue
>Orange, Virginia 22960
>Tel: (540) 672-4224
>Fax: (540) 672-3055
>Email: tshah@millerfirmllc.com
>
>*Attorneys for Plaintiff*