# EXHIBIT A

| PAQ Number | Full Name | PAQ Status |
|---|---|---|
| PRQ4857 | Terry, Robert | Submitted: Pending Review |

| PAQ Date Submitted | Law Firm | Jurisdiction |
|---|---|---|
| 7/27/2023 | The Miller Firm, LLC | MDL |

| Documents |
|---|
|  |