**IN THE UNITED STATES DISTRICT COURT**
**FOR THE SOUTHERN DISTRICT OF ILLINOIS**

| | |
|---|---|
| In re: PARAQUAT PRODUCTS LIABILITY LITIGATION<br><br>This Document Relates to All Cases | Case No. 3:21-md-3004-NJR<br><br>MDL No. 3004 |

# PROTOCOL FOR *DAUBERT* HEARING

**ROSENSTENGEL, Chief Judge:**

On Friday, July 28, 2023, this Court issued Case Management Order No. 19 addressing certain issues related to the *Daubert* hearing scheduled for the week of Monday, August 21, 2023. (Doc. 4651). After consulting with the Special Master, the Court now **ORDERS** the following daily schedule to organize the hearing:

- **Monday, August 21, 2023**

    o  2:00 PM: Roadmap Arguments. Each Party will be given 40 minutes to present their roadmap/summary arguments.

- **Tuesday, August 22, 2023**

    o  9:00 AM: Examination of Dr. Martin Wells.

    ▪ Each Party will be given two hours to take Dr. Wells' testimony. Plaintiffs will proceed with direct examination. Defendants will then have an opportunity for cross-examination. The Court may extend the two-hour time limit per party, in its discretion.

- **Wednesday, August 23, 2023**

    o  9:00 AM: Oral Argument regarding the Admissibility of Proffered Expert Testimony from Dr. Martin Wells.

    ▪ Each Party will be given 90 minutes to present argument.

    o  12:30 PM: Lunch

- o   2:00 PM: Oral Argument regarding the Admissibility of Proffered Expert Testimony from Dr. Dominik Alexander, Dr. Anthony Lang, and Dr. Binit Shah.

    - Each Party will be given 30 minutes to present argument concerning the admissibility of expert testimony from Dr. Dominik Alexander.

    - Each Party will be given 40 minutes total to present argument concerning the admissibility of expert testimony from both Dr. Anthony Lang and Dr. Binit Shah.

- **Thursday, August 24, 2023**

    - o   9:00 AM: Oral Argument regarding the Admissibility of Proffered Expert Testimony from Dr. C. Warren Olanow and Mr. Jack E. Housenger.

        - Each Party will be given 30 minutes to present argument concerning the admissibility of expert testimony from Dr. C. Warren Olanow.

        - Each Party will be given 60 minutes to present argument concerning the admissibility of expert testimony from Mr. Jack E. Housenger.

    - o   12:30 PM: Lunch

    - o   2:00 PM: Oral Argument regarding the Admissibility of Proffered Expert Testimony from Dr. Elizabeth Anderson and Dr. Peter Spencer.

        - Each Party will be given 60 minutes to present argument concerning the admissibility of expert testimony from Dr. Elizabeth Anderson.

        - Each Party will be given 30 minutes to present argument concerning the admissibility of expert testimony from Dr. Peter Spencer.

**IT IS SO ORDERED.**

**DATED:  August 4, 2023**

_____
**NANCY J. ROSENSTENGEL**
**Chief U.S. District Judge**