**IN THE UNITED STATES DISTRICT COURT**
**FOR THE SOUTHERN DISTRICT OF ILLINOIS**
**East St. Louis**

**IN RE: PARAQUAT PRODUCTS LIABILITY LITIGATION**

**Case No. 21-md-3004-NJR**

**DATE: August 24, 2023**

**TIME: 9:08 AM – 4:16 PM**

**RECESS: 9:55 AM – 10:21 AM**
**11:17 AM – 12:49 PM**
**2:35 PM – 2:58 PM**

**COURT REPORTER: Laura Esposito**

**DEPUTY: Deana Brinkley**

---

## MINUTES OF COURT

**PRESIDING:** Honorable Nancy J. Rosenstengel, Chief U.S. District Judge

**COUNSEL FOR PLAINTIFFS:** Khaldoun Baghdadi, Eric Kennedy, David Landever, Sara Peters, Sarah Doles

**COUNSEL FOR DEFENDANT CHEVRON:** Steve Geise, Lee DeJulius, Sharyl Reisman

**COUNSEL FOR DEFENDANT SYNGENTA:** Brad Weidenhammer, Britt Cramer, Ragan Naresh, Leslie Smith,

---

Matter called for Day 4 of hearing on *Daubert* motions. A telephone conference line was established for the press and public.

Argument held regarding experts Warren Olanow, Jack Housenger, Elizabeth Anderson, and Peter Spencer.

The parties shall submit closing briefs on or before **September 8, 2023 (20-page limit)**. The parties may advance any arguments in their closing briefs that they believe are relevant to this Court's assessment of the pending *Daubert* motions. However, the closing briefs shall, at a minimum, address how the case of *Manpower, Inc. v. Insurance Co. of Pa.*,

732 F.3d 796 (7th Cir. 2013) applies to this Court's assessment of the reliability of Dr. Martin Wells' proffered testimony.

As to Case Management Order 18, the parties shall continue working with Special Master Randi Ellis before the Court implements a formal process.

Due to the current briefing schedule, the October 2023 trial date is **CANCELED**.