# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF ILLINOIS

| | | |
|---|---|---|
| IN RE: PARAQUAT PRODUCTS LIABILITY LITIGATION | ) ) | Case No. 3:21-md-3004-NJR<br>MDL No. 3004 |

### MOTION TO WITHDRAW PAUL A. LESKO AS COUNSEL

COMES NOW, Plaintiff's counsel Brandon M. Wise, and respectfully requests that this Court grant this Motion to Withdraw Paul A. Lesko as counsel for Plaintiffs and on behalf of all others similarly situated. In support of this Motion to Withdraw Paul A. Lesko as Counsel, the undersigned state as follows:

1. Attorney Paul A. Lesko has departed Peiffer Wolf Carr Kane Conway and Wise.

2. Attorney Brandon M. Wise will remain as counsel in this matter upon Mr. Lesko's departure.

3. No party will be prejudiced by the withdrawal of Paul A. Lesko.

WHEREFORE, Attorney Brandon M. Wise respectfully requests that this Motion to Withdraw Paul A. Lesko as counsel be granted and Paul A. Lesko be formally withdrawn as counsel for Plaintiff.

Dated: October 9, 2023

Respectfully Submitted:

By: ＿＿/s/ Brandon M. Wise＿＿
Paul A. Lesko
Brandon M. Wise
**PEIFFER WOLF CARR KANE CONWAY & WISE, LLP**
One U.S. Bank Plaza, Suite 1950
St. Louis, Missouri 63101
Ph: 314-833-4825
Email: bwise@peifferwolf.com
Email: plesko@peifferwolf.com
COUNSEL FOR THE PLAINTIFFS AND THE PUTATIVE CLASS

**CERTIFICATE OF SERVICE**

      I hereby certify that on October 9, 2023, I electronically filed a true and accurate copy of the foregoing with the Clerk of the Court using the Court's efiling system which will send notification of this filing to the following:

<u>/s/ Brandon M. Wise</u>