IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| In re: PARAQUAT PRODUCTS LIABILITY LITIGATION | Case No. 3:21-md-3004-NJR |
| | MDL No. 3004 |
| This Document Relates to All Cases | |

### STIPULATION OF WITHDRAWAL OF SUBPOENA TO DOUGLAS L. WEED, M.D. AND MOTION TO QUASH

Plaintiffs and Douglas L. Weed, M.D., by and through their undersigned attorneys, stipulate and agree that:

1. The parties have met and conferred, and resolved this dispute.

2. Plaintiffs hereby withdraw the August 29, 2023 subpoena to produce documents directed to Dr. Douglas L. Weed.

3. Dr. Weed hereby withdraws the motion to quash (Doc. 4943) filed on October 27, 2023 as the motion is moot following Plaintiffs' withdrawal of the subpoena.

Dated: November 3, 2023

Respectfully submitted,

/s/ *Daniel J. Mohan (with consent)*
Daniel J. Mohan
MOHAN GROBLE SCOLARO, PC
55 West Monroe, Suite 1600
Chicago, IL
Telephone: (312) 422-0786
mohan@mohangroble.com

*Counsel for Douglas L. Weed*

/s/ *Sarah Shoemake Doles*
Sarah Shoemake Doles
LEVIN, PAPANTONIO, RAFFERTY, PROCTOR, BUCHANAN, O'BRIEN, BARR & MOUGEY, P.A.
316 South Baylen Street, Suite 600
Pensacola, FL 32502
sdoles@levinlaw.com

/s/ *Khaldoun A. Baghdadi*
Khaldoun A. Baghdadi
WALKUP, MELODIA, KELLY & SCHOENBERGER
650 California Street, 26th Floor
San Francisco, CA 94108
Telephone: (415) 981-7210
kbaghdadi@walkuplawoffice.com

/s/ *Peter J. Flowers*
Peter J. Flowers
MEYERS & FLOWERS, LLC
225 West Wacker Drive, Suite 1515
Chicago, IL 60606
Telephone: (630) 232-6333
pjf@meyers-flowers.com

**PLAINTIFFS' CO-LEAD COUNSEL**

## CERTIFICATE OF SERVICE

I hereby certify that on November 3, 2023, I electronically filed the foregoing with the Clerk of Court using the CM/ECF system, which will send electronic notification of such filing to counsel of record.

/s/ *Sarah Shoemake Doles*
Sarah Shoemake Doles