# Exhibit A

| **Plaintiff** | **Case Number** | **Plaintiff's Counsel** | **PAQ Due Date (CMO 10, § III(2))** | **Notice of Overdue PAQ (CMO 10, § VI(1))** | **Second Notice of Overdue PAQ** | **Request for Special Master Review (CMO 10, § VI(2))** |
|---|---|---|---|---|---|---|
| Busby, James | 3:22-pq-02485 | Pulaski Kherkher PLLC | 11/25/2022 | 12/3/2022 | 1/5/2023 | 1/14/2023 |
| Miller, Rochelle, individually and as special representative of the Estate of Donald B. Miller | 3:22-pq-02818 | Pulaski Kherkher, PLLC | 1/4/2023 | 1/5/2023 | 2/10/2023 | 2/18/2023 |
| Warren, Darryl | 3:22-pq-02831 | Pulaski Kherkher, PLLC | 1/5/2023 | 1/14/2023 | 2/18/2023 | 2/24/2023 |
| Bailey, William | 3:22-pq-02938 | Pulaski Kherkher PLLC | 1/14/2023 | 1/20/2023 | 2/24/2023 | 3/6/2023 |
| Haggenmaker, Cassie Irene, individually and as special representative of the Estate of Wesley Haggenmaker | 3:23-pq-00278 | Pulaski Kherkher PLLC | 3/1/2023 | 3/3/2023 | 4/7/2023 | 4/14/2023 |
| Jones, Donald | 3:23-pq-00381 | Pulaski Kherkher PLLC | 3/9/2023 | 3/10/2023 | 4/14/2023 | 4/21/2023 |
| Brooks, Shirley, individually and as special representative of the Estate of Carl Brooks | 3:23-pq-00421 | Pulaski Kherkher PLLC | 3/12/2023 | 3/17/2023 | 4/21/2023 | 4/28/2023 |

| Plaintiff | Case Number | Plaintiff's Counsel | PAQ Due Date (CMO 10, § III(2)) | Notice of Overdue PAQ (CMO 10, § VI(1)) | Second Notice of Overdue PAQ | Request for Special Master Review (CMO 10, § VI(2)) |
|---|---|---|---|---|---|---|
| Nelson, Willie | 3:23-pq-00477 | Pulaski Kherkher PLLC | 3/16/2023 | 3/17/2023 | 4/21/2023 | 4/28/2023 |
| Turner, JW | 3:23-pq-00658 | Pulaski Kherkher PLLC | 3/25/2023 | 3/31/2023 | 5/5/2023 | 5/12/2023 |
| Sutherland, Mark | 3:23-pq-00736 | Pulaski Kherkher PLLC | 3/30/2023 | 3/31/2023 | 5/5/2023 | 5/12/2023 |
| Sullivan, Everett | 3:23-pq-00777 | Pulaski Kherkher PLLC | 4/2/2023 | 4/7/2023 | 5/12/2023 | 5/20/2023 |
| Randall, Robert | 3:23-pq-00835 | Pulaski Kherkher PLLC | 4/12/2023 | 4/14/2023 | 5/20/2023 | 5/26/2023 |
| Collins, Ronald | 3:23-pq-00917 | Pulaski Kherkher PLLC | 4/21/2023 | 4/28/2023 | 6/2/2023 | 6/9/2023 |
| Everage, Carlos | 3:23-pq-00981 | Pulaski Kherkher PLLC | 4/26/2023 | 4/28/2023 | 6/2/2023 | 6/9/2023 |
| Elsberry, Marie, individually and as representative of the Estate of Duane Elsberry | 3:23-pq-00989 | Pulaski Kherkher PLLC | 4/26/2023 | 4/28/2023 | 6/2/2023 | 6/9/2023 |
| Robison, Shane | 3:23-pq-01151 | Pulaski Kherkher PLLC | 5/5/2023 | 5/12/2023 | 6/16/2023 | 6/24/2023 |
| Hudson, Reginald | 3:23-pq-01143 | Pulaski Kherkher PLLC | 5/5/2023 | 5/12/2023 | 6/16/2023 | 6/24/2023 |
| Williford, Donald | 3:23-pq-01146 | Pulaski Kherkher PLLC | 5/6/2023 | 5/12/2023 | 6/16/2023 | 6/24/2023 |

| Plaintiff | Case Number | Plaintiff's Counsel | PAQ Due Date (CMO 10, § III(2)) | Notice of Overdue PAQ (CMO 10, § VI(1)) | Second Notice of Overdue PAQ | Request for Special Master Review (CMO 10, § VI(2)) |
|---|---|---|---|---|---|---|
| Morris, Wanda | 3:23-pq-01156 | Pulaski Kherkher PLLC | 5/6/2023 | 5/12/2023 | 6/16/2023 | 6/24/2023 |
| Lambie, Alex | 3:23-pq-01286 | Pulaski Kherkher PLLC | 5/19/2023 | 5/20/2023 | 6/24/2023 | 6/30/2023 |
| Allsup, Chester | 3:23-pq-01288 | Pulaski Kherkher PLLC | 5/20/2023 | 5/26/2023 | 6/30/2023 | 7/9/2023 |
| Jude, Lacy | 3:23-pq-01355 | Pulaski Kherkher PLLC | 5/25/2023 | 5/26/2023 | 6/30/2023 | 7/9/2023 |
| Harris, Roy | 3:23-pq-01365 | Pulaski Kherkher PLLC | 5/26/2023 | 6/2/2023 | 7/9/2023 | 7/14/2023 |
| Wilson, Joe | 3:23-pq-01418 | Pulaski Kherkher PLLC | 5/27/2023 | 6/2/2023 | 7/9/2023 | 7/14/2023 |
| Harrell, Kevin | 3:23-pq-01473 | Pulaski Kherkher PLLC | 6/1/2023 | 6/2/2023 | 7/9/2023 | 7/14/2023 |
| Becnel, Angela | 3:23-pq-01474 | Pulaski Kherkher PLLC | 6/1/2023 | 6/2/2023 | 7/9/2023 | 7/14/2023 |
| Giep, Mark | 3:23-pq-01475 | Pulaski Kherkher PLLC | 6/1/2023 | 6/2/2023 | 7/9/2023 | 7/14/2023 |
| Lacomb, George | 3:23-pq-01480 | Pulaski Kherkher PLLC | 6/1/2023 | 6/2/2023 | 7/9/2023 | 7/14/2023 |
| McClure, Ken | 3:23-pq-01543 | Pulaski Kherkher PLLC | 6/7/2023 | 6/9/2023 | 7/14/2023 | 7/21/2023 |
| Guy, David | 3:23-pq-01546 | Pulaski Kherkher PLLC | 6/7/2023 | 6/9/2023 | 7/14/2023 | 7/21/2023 |

| **Plaintiff** | **Case Number** | **Plaintiff's Counsel** | **PAQ Due Date (CMO 10, § III(2))** | **Notice of Overdue PAQ (CMO 10, § VI(1))** | **Second Notice of Overdue PAQ** | **Request for Special Master Review (CMO 10, § VI(2))** |
|---|---|---|---|---|---|---|
| Milstead, Trisha | 3:23-pq-01551 | Pulaski Kherkher PLLC | 6/7/2023 | 6/9/2023 | 7/14/2023 | 7/21/2023 |
| Hale, Michael | 3:23-pq-01557 | Pulaski Kherkher PLLC | 6/7/2023 | 6/9/2023 | 7/14/2023 | 7/21/2023 |
| Oubre, Robert Jr. | 3:23-pq-01574 | Pulaski Kherkher PLLC | 6/9/2023 | 6/16/2023 | 7/21/2023 | 7/28/2023 |
| Ramthun, Larry | 3:23-pq-01675 | Pulaski Kherkher PLLC | 6/17/2023 | 6/24/2023 | 7/28/2023 | 8/4/2023 |
| Williams, Trevis Geneva | 3:23-pq-01679 | Pulaski Kherkher PLLC | 6/17/2023 | 6/24/2023 | 7/28/2023 | 8/4/2023 |
| Morton, Michelle | 3:23-pq-01672 | Pulaski Kherkher PLLC | 6/17/2023 | 6/24/2023 | 7/28/2023 | 8/4/2023 |
| Dieckmann, David | 3:23-pq-01789 | Pulaski Kherkher PLLC | 6/29/2023 | 6/30/2023 | 8/4/2023 | 8/11/2023 |
| Lamb, James | 3:23-pq-01885 | Pulaski Kherkher PLLC | 7/1/2023 | 7/9/2023 | 8/11/2023 | 8/18/2023 |
| Hale, Juanita | 3:23-pq-01886 | Pulaski Kherkher PLLC | 7/1/2023 | 7/9/2023 | 8/11/2023 | 8/18/2023 |
| Burton, Walter | 3:23-pq-01897 | Pulaski Kherkher PLLC | 7/2/2023 | 7/9/2023 | 8/11/2023 | 8/18/2023 |
| Briggs, Christopher | 3:23-pq-01891 | Pulaski Kherkher PLLC | 7/2/2023 | 7/9/2023 | 8/11/2023 | 8/18/2023 |
| Daniels, Michael | 3:23-pq-01953 | Pulaski Kherkher PLLC | 7/8/2023 | 7/9/2023 | 8/11/2023 | 8/18/2023 |

| Plaintiff | Case Number | Plaintiff's Counsel | PAQ Due Date (CMO 10, § III(2)) | Notice of Overdue PAQ (CMO 10, § VI(1)) | Second Notice of Overdue PAQ | Request for Special Master Review (CMO 10, § VI(2)) |
|---|---|---|---|---|---|---|
| Oday, John | 3:23-pq-01978 | Pulaski Kherkher PLLC | 7/12/2023 | 7/14/2023 | 8/18/2023 | 8/27/2023 |
| Powell, Howard | 3:23-pq-01980 | Pulaski Kherkher PLLC | 7/12/2023 | 7/14/2023 | 8/18/2023 | 8/27/2023 |
| Ferrer, Jaime | 3:23-pq-01986 | Pulaski Kherkher PLLC | 7/12/2023 | 7/14/2023 | 8/18/2023 | 8/27/2023 |
| Hernandez, Guillermo | 3:23-pq-02027 | Pulaski Kherkher PLLC | 7/14/2023 | 7/21/2023 | 8/27/2023 | 9/1/2023 |
| Herbert, Jamie | 3:23-pq-02031 | Pulaski Kherkher PLLC | 7/14/2023 | 7/21/2023 | 8/27/2023 | 9/1/2023 |
| Estrada, Armando | 3:23-pq-02092 | Pulaski Kherkher PLLC | 7/16/2023 | 7/21/2023 | 8/27/2023 | 9/1/2023 |
| Scott, Margaret | 3:23-pq-02050 | Pulaski Kherkher PLLC | 7/15/2023 | 7/21/2023 | 8/27/2023 | 9/1/2023 |
| Long, Ronald D. | 3:23-pq-02165 | Pulaski Kherkher PLLC | 7/23/2023 | 7/28/2023 | 9/1/2023 | 9/8/2023 |
| Ohare, Ron | 3:23-pq-02189 | Pulaski Kherkher PLLC | 7/26/2023 | 7/28/2023 | 9/1/2023 | 9/8/2023 |
| Roush, sue | 3:23-pq-02218 | Pulaski Kherkher PLLC | 7/28/2023 | 8/4/2023 | 9/8/2023 | 9/17/2023 |
| Denkeler, Dennis | 3:23-pq-02215 | Pulaski Kherkher PLLC | 7/28/2023 | 8/4/2023 | 9/8/2023 | 9/17/2023 |
| Higgins, Grant | 3:23-pq-02222 | Pulaski Kherkher PLLC | 7/28/2023 | 8/4/2023 | 9/8/2023 | 9/17/2023 |

| **Plaintiff** | **Case Number** | **Plaintiff's Counsel** | **PAQ Due Date (CMO 10, § III(2))** | **Notice of Overdue PAQ (CMO 10, § VI(1))** | **Second Notice of Overdue PAQ** | **Request for Special Master Review (CMO 10, § VI(2))** |
|---|---|---|---|---|---|---|
| Nicholson, Rick | 3:23-pq-02224 | Pulaski Kherkher PLLC | 7/28/2023 | 8/4/2023 | 9/8/2023 | 9/17/2023 |
| Smith, John | 3:23-pq-02311 | Pulaski Kherkher PLLC | 8/4/2023 | 8/11/2023 | 9/17/2023 | 9/22/2023 |
| Covington, Paul | 3:23-pq-02312 | Pulaski Kherkher PLLC | 8/4/2023 | 8/11/2023 | 9/17/2023 | 9/22/2023 |
| Weathers, Dean | 3:23-pq-02385 | Pulaski Kherkher PLLC | 8/11/2023 | 8/18/2023 | 9/22/2023 | 9/29/2023 |
| Trantham, Harold Steven | 3:23-pq-02391 | Pulaski Kherkher PLLC | 8/11/2023 | 8/18/2023 | 9/22/2023 | 9/29/2023 |
| Parker, Don | 3:23-pq-02401 | Pulaski Kherkher PLLC | 8/11/2023 | 8/18/2023 | 9/22/2023 | 9/29/2023 |
| Carpenter, Carl | 3:23-pq-02471 | Pulaski Kherkher PLLC | 8/16/2023 | 8/18/2023 | 9/22/2023 | 9/29/2023 |
| Gonzalez, Augustine | 3:23-pq-02432 | Pulaski Kherkher PLLC | 8/13/2023 | 8/18/2023 | 9/22/2023 | 9/29/2023 |
| Gipson, Jimmy Jr. as personal representative of the Estate of Jimmy Gipson, Sr. | 3:22-pq-01723 | Nachawati Law Group, PLLC fka Fears Nachawati, PLLC | 8/31/2022 | 9/2/2022 | 10/8/2022 | 10/14/2022 |
| Armstrong, William | 3:22-pq-01804 | Nachawati Law Group, PLLC fka Fears Nachawati, PLLC | 9/8/2022 | 9/15/2022 | 10/22/2022 | 10/29/2022 |

| **Plaintiff** | **Case Number** | **Plaintiff's Counsel** | **PAQ Due Date (CMO 10, § III(2))** | **Notice of Overdue PAQ (CMO 10, § VI(1))** | **Second Notice of Overdue PAQ** | **Request for Special Master Review (CMO 10, § VI(2))** |
|---|---|---|---|---|---|---|
| Armstrong, Donald L. | 3:23-pq-00061 | Nachawati Law Group, PLLC fka Fears Nachawati, PLLC | 2/10/2023 | 2/18/2023 | 3/24/2023 | 3/31/2023 |
| Mullins, Michael | 3:23-pq-00161 | Nachawati Law Group, PLLC fka Fears Nachawati, PLLC | 2/18/2023 | 2/24/2023 | 3/31/2023 | 4/7/2023 |
| Rose, Mike | 3:23-pq-00184 | Nachawati Law Group, PLLC fka Fears Nachawati, PLLC | 2/19/2023 | 2/24/2023 | 3/31/2023 | 4/7/2023 |
| Yates, Ronald | 3:23-pq-00294 | Nachawati Law Group, PLLC fka Fears Nachawati, PLLC | 3/1/2023 | 3/3/2023 | 4/7/2023 | 4/14/2023 |
| Pagel, Bradly | 3:23-pq-00312 | Nachawati Law Group, PLLC fka Fears Nachawati, PLLC | 3/2/2023 | 3/3/2023 | 4/7/2023 | 4/14/2023 |
| Patterson, Larry | 3:22-pq-02957 | TorHoerman Law LLC \ Peiffer Wolf Carr Kane & Conway, LLP | 1/18/2023 | 1/20/2023 | 2/24/2023 | 3/6/2023 |

| **Plaintiff** | **Case Number** | **Plaintiff's Counsel** | **PAQ Due Date (CMO 10, § III(2))** | **Notice of Overdue PAQ (CMO 10, § VI(1))** | **Second Notice of Overdue PAQ** | **Request for Special Master Review (CMO 10, § VI(2))** |
|---|---|---|---|---|---|---|
| Morgan, Linda | 3:23-pq-01045 | TorHoerman Law LLC \ Peiffer Wolf Carr Kane & Conway, LLP | 4/29/2023 | 5/5/2023 | 6/9/2023 | 6/16/2023 |
| Prewit, Benjamin | 3:23-pq-01736 | TorHoerman Law LLC \ Peiffer Wolf Carr Kane & Conway, LLP | 6/23/2023 | 6/24/2023 | 7/28/2023 | 8/4/2023 |
| Newton, Fred | 3:23-pq-02316 | TorHoerman Law, LLC | 8/4/2023 | 8/11/2023 | 9/17/2023 | 9/22/2023 |
| Reynolds, Michael | 3:23-pq-02373 | Torhoerman Law LLC \ Peiffer Wolf Carr Kane Conway & Wise, LLP | 8/10/2023 | 8/11/2023 | 9/17/2023 | 9/22/2023 |
| Arvizu, Maria Concepcion | 3:23-pq-02521 | Ben Martin Law Group | 8/20/2023 | 8/27/2023 | 9/29/2023 | 10/8/2023 |
| Olson, Jean | 3:23-pq-02528 | Ben Martin Law Group | 8/20/2023 | 8/27/2023 | 9/29/2023 | 10/8/2023 |
| Simpson, James | 3:23-pq-02529 | Ben Martin Law Group | 8/20/2023 | 8/27/2023 | 9/29/2023 | 10/8/2023 |
| Spells, Oscar | 3:23-pq-02530 | Ben Martin Law Group | 8/20/2023 | 8/27/2023 | 9/29/2023 | 10/8/2023 |
| Thompson, Clarice | 3:23-pq-02531 | Ben Martin Law Group | 8/20/2023 | 8/27/2023 | 9/29/2023 | 10/8/2023 |
| Hanson, Patty | 3:23-pq-01416 | The Miller Firm, LLC | 5/27/2023 | 6/2/2023 | 7/9/2023 | 7/14/2023 |

| Plaintiff | Case Number | Plaintiff's Counsel | PAQ Due Date (CMO 10, § III(2)) | Notice of Overdue PAQ (CMO 10, § VI(1)) | Second Notice of Overdue PAQ | Request for Special Master Review (CMO 10, § VI(2)) |
|---|---|---|---|---|---|---|
| Bergquist, Kyle | 3:23-pq-01813 | The Miller Firm, LLC | 6/30/2023 | 7/9/2023 | 8/11/2023 | 8/18/2023 |
| Brunelli, Sam | 3:23-pq-01815 | The Miller Firm, LLC | 6/30/2023 | 7/9/2023 | 8/11/2023 | 8/18/2023 |
| Gottschammer, Robert; Gottschammer, Joan | 3:23-pq-01818 | The Miller Firm, LLC | 6/30/2023 | 7/9/2023 | 8/11/2023 | 8/18/2023 |
| Harkey, Douglas | 3:23-pq-01820 | The Miller Firm, LLC | 6/30/2023 | 7/9/2023 | 8/11/2023 | 8/18/2023 |
| Keen, Michael; Keen, Carol | 3:23-pq-01390 | Chaffin Luhana LLP | 5/26/2023 | 6/2/2023 | 7/9/2023 | 7/14/2023 |
| Pullen, Earl; Pullen, Nancy Jean | 3:23-pq-02294 | Heygood, Orr & Pearson | 7/30/2023 | 8/4/2023 | 9/8/2023 | 9/17/2023 |