IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| **IN RE: PARAQUAT PRODUCTS LIABILITY LITIGATION**<br><br>This document relates to:<br><br>*Richter, et al. v. Syngenta AG, et al.*, No. 3:21-pq-571<br>*Fuller, et al. v. Syngenta AG, et al.*, No. 3:21-pq-836<br>*Burgener v. Syngenta AG, et al.*, No. 3:21-pq-1218<br>*Coward v. Syngenta AG, et al.*, No. 3:21-pq-1560 | Case No. 3:21-md-3004-NJR<br><br>MDL No. 3004<br><br>Hon. Judge Nancy J. Rosenstengel |

## NOTICE OF SUPPLEMENTAL AUTHORITY CONCERNING RULE 702 AND SUMMARY JUDGEMENT MOTIONS

Defendants Syngenta Crop Protection, LLC, Syngenta AG, and Chevron U.S.A. Inc. (collectively, Defendants) hereby submit *In re Acetaminophen - ASD-ADHD Prod. Liab. Litig.*, No. 22MC3043 (DLC), 2023 WL 8711617 (S.D.N.Y. Dec. 18, 2023) as supplemental authority. The recent Southern District of New York decision, authored by Judge Denise Cote and attached as Exhibit A, supplements Defendants' pending motions under Federal Rule of Evidence 702 and for summary judgment.

Dated: December 22, 2023

/s/ *Sharyl A. Reisman*
Leon F. DeJulius, Jr.
Sharyl A. Reisman
Traci L. Lovitt
JONES DAY
250 Vesey Street
New York, NY 10281
Tel: 212.326.3939
Fax: 212.755.7306
lfdejulius@jonesday.com
sareisman@jonesday.com
tlovitt@jonesday.com

**Counsel for Defendant Chevron U.S.A. Inc.**

Respectfully submitted,

/s/ *Ragan Naresh*
Ragan Naresh
KIRKLAND & ELLIS LLP
1301 Pennsylvania Ave., N.W.
Washington, D.C. 20004
Tel: 202.389.5000
Fax: 202.389.5200
ragan.naresh@kirkland.com

Leslie M. Smith, P.C.
Bradley H. Weidenhammer, P.C.
Britt Cramer
Zachary D. Holmstead
KIRKLAND & ELLIS LLP
300 North LaSalle
Chicago, IL 60654
Tel: 312.862.2000
leslie.smith@kirkland.com
bradley.weidenhammer@kirkland.com
britt.cramer@kirkland.com
zachary.holmstead@kirkland.com

**Counsel for Defendants Syngenta AG and Syngenta Crop Protection, LLC**

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that on December 22, 2023, the foregoing was electronically filed using the CM/ECF system, which will send notification of such filing to all counsel of record.

                                           */s/ Ragan Naresh*
                                           Ragan Naresh