# HORTIN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF ILLINOIS

|  |  |
|---|---|
| **IN RE: PARAQUAT PRODUCTS LIABILITY LITIGATION**<br><br>This document relates to:<br><br>*Richter, et al. v. Syngenta AG, et al.*, No. 3:21-pq-571<br>*Fuller, et al. v. Syngenta AG, et al.*, No. 3:21-pq-836<br>*Burgener v. Syngenta AG, et al.*, No. 3:21-pq-1218<br>*Coward v. Syngenta AG, et al.*, No. 3:21-pq-1560 | Case No. 3:21-md-3004-NJR<br><br>MDL No. 3004<br><br>Hon. Judge Nancy J. Rosenstengel |

## NOTICE OF SUPPLEMENTAL AUTHORITY CONCERNING RULE 702 AND SUMMARY JUDGEMENT MOTIONS

Defendants provide this supplemental notice concerning a recent EPA analysis that the Court inquired about at the hearing on the parties' Rule 702 motions. Specifically, on August 24, 2023, the Court expressed interest in when the EPA would publish its decision regarding the Agency's reconsideration of its Interim Registration Review Decision for Paraquat. 8/24/23 Hr'g Tr. 36:22-24 (ECF No. 4795). On January 31, 2024, the EPA published its *Preliminary Supplemental Consideration of Certain Issues in Support of its Interim Registration Review Decision for Paraquat*, dated January 30, 2024 (EPA Docket No. EPA-HQ-OPP-2011-0855). EPA's analysis responds to issues raised by the Petitioners in *California Rural Legal Assistance Found'n, et al. v. USEPA*, Case No. 21-71287 (9th Cir.) regarding the EPA's paraquat re-registration decision (the Paraquat Dichloride Interim Registration Review Decision), including the Agency's assessment of whether paraquat poses a risk of Parkinson's disease. The EPA's January 30 analysis is attached as Exhibit A.

Dated: February 2, 2024

 /s/ Sharyl A. Reisman 
Leon F. DeJulius, Jr.
Sharyl A. Reisman
Traci L. Lovitt
JONES DAY
250 Vesey Street
New York, NY 10281
Tel: 212.326.3939
Fax: 212.755.7306
lfdejulius@jonesday.com
sareisman@jonesday.com
tlovitt@jonesday.com

**Counsel for Defendant Chevron U.S.A. Inc.**

Respectfully submitted,

 /s/ Ragan Naresh 
Ragan Naresh
KIRKLAND & ELLIS LLP
1301 Pennsylvania Ave., N.W.
Washington, D.C. 20004
Tel: 202.389.5000
Fax: 202.389.5200
ragan.naresh@kirkland.com

Leslie M. Smith, P.C.
Bradley H. Weidenhammer, P.C.
Britt Cramer
Zachary D. Holmstead
KIRKLAND & ELLIS LLP
300 North LaSalle
Chicago, IL 60654
Tel: 312.862.2000
leslie.smith@kirkland.com
bradley.weidenhammer@kirkland.com
britt.cramer@kirkland.com
zachary.holmstead@kirkland.com

**Counsel for Defendants Syngenta AG and Syngenta Crop Protection, LLC**

**CERTIFICATE OF SERVICE**

The undersigned hereby certifies that on February 2, 2024, the foregoing was electronically filed using the CM/ECF system, which will send notification of such filing to all counsel of record.

                                          */s/ Ragan Naresh*
                                          Ragan Naresh