# Exhibit A

| **Plaintiff** | **Plaintiff's Counsel** | **Case Number** | **PAQ Due Date (CMO 10, § III(2))** | **Notice of Overdue PAQ (CMO 10, § VI(1))** | **Second Notice of Overdue PAQ** | **Request for Special Master Review (CMO 10, § VI(2))** |
|---|---|---|---|---|---|---|
| Koslan, Ralph | Pulaski Kherkher PLLC | 3:23-pq-01983 | 7/12/2023 | 7/14/2023 | 8/18/2023 | 8/27/2023 |
| Sanchez, Daniel | Pulaski Kherkher PLLC | 3:23-pq-01984 | 7/12/2023 | 7/14/2023 | 8/18/2023 | 8/27/2023 |
| Aleem, Husian | Pulaski Kherkher PLLC | 3:23-pq-02025 | 7/14/2023 | 7/21/2023 | 8/27/2023 | 9/1/2023 |
| Sancic, Guy | Pulaski Kherkher PLLC | 3:23-pq-02229 | 7/28/2023 | 8/4/2023 | 9/8/2023 | 9/17/2023 |
| Trammell, Dennis | Pulaski Kherkher PLLC | 3:23-pq-02305 | 8/4/2023 | 8/11/2023 | 9/17/2023 | 9/22/2023 |
| Shockley, Roy | Pulaski Kherkher PLLC | 3:23-pq-02465 | 8/16/2023 | 8/18/2023 | 9/22/2023 | 9/29/2023 |
| Kaehr, Richard | Pulaski Kherkher PLLC | 3:23-pq-02495 | 8/17/2023 | 8/18/2023 | 9/22/2023 | 9/29/2023 |
| Damian, Ruben | Pulaski Kherkher PLLC | 3:23-pq-02549 | 8/23/2023 | 8/27/2023 | 9/29/2023 | 10/8/2023 |
| Zahaczewsky, Jack | Pulaski Kherkher PLLC | 3:23-pq-02566 | 8/24/2023 | 8/27/2023 | 9/29/2023 | 10/8/2023 |
| Randolph, Mark | Pulaski Kherkher PLLC | 3:23-pq-02568 | 8/24/2023 | 8/27/2023 | 9/29/2023 | 10/8/2023 |
| Ramsey-Gilbert, Lisa | Pulaski Kherkher PLLC | 3:23-pq-02583 | 8/24/2023 | 8/27/2023 | 9/29/2023 | 10/8/2023 |
| Green, James | Pulaski Kherkher PLLC | 3:23-pq-02584 | 8/24/2023 | 8/27/2023 | 9/29/2023 | 10/8/2023 |
| Gill, Terry | Pulaski Kherkher PLLC | 3:23-pq-02588 | 8/24/2023 | 8/27/2023 | 9/29/2023 | 10/8/2023 |
| Colton, James | Pulaski Kherkher PLLC | 3:23-pq-02589 | 8/24/2023 | 8/27/2023 | 9/29/2023 | 10/8/2023 |
| Leach, William | Pulaski Kherkher PLLC | 3:23-pq-02623 | 8/30/2023 | 9/1/2023 | 10/8/2023 | 10/13/2023 |
| Bentley, Kenneth | Pulaski Kherkher PLLC | 3:23-pq-02627 | 8/30/2023 | 9/1/2023 | 10/8/2023 | 10/13/2023 |
| Christensen, Connie | Pulaski Kherkher PLLC | 3:23-pq-02630 | 8/30/2023 | 9/1/2023 | 10/8/2023 | 10/13/2023 |
| Anderson, Jeffery | Pulaski Kherkher PLLC | 3:23-pq-02672 | 9/2/2023 | 9/8/2023 | 10/13/2023 | 10/20/2023 |
| Born, Michael | Pulaski Kherkher PLLC | 3:23-pq-02675 | 9/2/2023 | 9/8/2023 | 10/13/2023 | 10/20/2023 |
| Peters, James | Pulaski Kherkher PLLC | 3:23-pq-02677 | 9/2/2023 | 9/8/2023 | 10/13/2023 | 10/20/2023 |

| Name | Firm | Case No. | | | | |
|---|---|---|---|---|---|---|
| Rosenberger, Denny | Pulaski Kherkher PLLC | 3:23-pq-02679 | 9/2/2023 | 9/8/2023 | 10/13/2023 | 10/20/2023 |
| Walters, Clifford | Pulaski Kherkher PLLC | 3:23-pq-02681 | 9/2/2023 | 9/8/2023 | 10/13/2023 | 10/20/2023 |
| Bush, Shirley | Pulaski Kherkher PLLC | 3:23-pq-02682 | 9/2/2023 | 9/8/2023 | 10/13/2023 | 10/20/2023 |
| Vance, Errol | Pulaski Kherkher PLLC | 3:23-pq-02694 | 9/3/2023 | 9/8/2023 | 10/13/2023 | 10/20/2023 |
| Arreguin, Gabriel | Pulaski Kherkher PLLC | 3:23-pq-02703 | 9/3/2023 | 9/8/2023 | 10/13/2023 | 10/20/2023 |
| Wiederrick, Jack | Pulaski Kherkher PLLC | 3:23-pq-02753 | 9/9/2023 | 9/17/2023 | 10/20/2023 | 10/27/2023 |
| Hoffmann, Richard | Pulaski Kherkher PLLC | 3:23-pq-02767 | 9/10/2023 | 9/17/2023 | 10/20/2023 | 10/27/2023 |
| Cunningham, Audrey | Pulaski Kherkher PLLC | 3:23-pq-02786 | 9/13/2023 | 9/17/2023 | 10/20/2023 | 10/27/2023 |
| Grimm, Kevin | Pulaski Kherkher PLLC | 3:23-pq-02823 | 9/16/2023 | 9/17/2023 | 10/20/2023 | 10/27/2023 |
| Gormley, James | Pulaski Kherkher PLLC | 3:23-pq-02835 | 9/17/2023 | 9/22/2023 | 10/27/2023 | 11/5/2023 |
| Thomas, Charles | Pulaski Kherkher PLLC | 3:23-pq-02852 | 9/17/2023 | 9/22/2023 | 10/27/2023 | 11/5/2023 |
| Rossi, Kristopher | Pulaski Kherkher PLLC | 3:23-pq-02857 | 9/17/2023 | 9/22/2023 | 10/27/2023 | 11/5/2023 |
| Harrison, Joseph | Pulaski Kherkher PLLC | 3:23-pq-02861 | 9/17/2023 | 9/22/2023 | 10/27/2023 | 11/5/2023 |
| Thompson, Roy James; Thompson, Charlotte Anne | Pulaski Kherkher PLLC | 3:23-pq-02882 | 9/20/2023 | 9/22/2023 | 10/27/2023 | 11/5/2023 |
| Murkerson, William | Pulaski Kherkher PLLC | 3:23-pq-02884 | 9/20/2023 | 9/22/2023 | 10/27/2023 | 11/5/2023 |
| Bowman, David | Pulaski Kherkher PLLC | 3:23-pq-02927 | 9/24/2023 | 9/29/2023 | 11/5/2023 | 11/10/2023 |
| Stuart, John | Pulaski Kherkher PLLC | 3:23-pq-02929 | 9/24/2023 | 9/29/2023 | 11/5/2023 | 11/10/2023 |
| Giddings, Paul | Pulaski Kherkher PLLC | 3:23-pq-02937 | 9/27/2023 | 9/29/2023 | 11/5/2023 | 11/10/2023 |
| Burkhalter, Jody | Pulaski Kherkher PLLC | 3:23-pq-02938 | 9/27/2023 | 9/29/2023 | 11/5/2023 | 11/10/2023 |
| Rejda, Norman | Pulaski Kherkher PLLC | 3:23-pq-02967 | 9/30/2023 | 10/8/2023 | 11/10/2023 | 11/17/2023 |
| Hodges, Rex | Pulaski Kherkher PLLC | 3:23-pq-02968 | 9/30/2023 | 10/8/2023 | 11/10/2023 | 11/17/2023 |
| Chlouber, Steven | Pulaski Kherkher PLLC | 3:23-pq-02969 | 9/30/2023 | 10/8/2023 | 11/10/2023 | 11/17/2023 |

| | | | | | | |
|---|---|---|---|---|---|---|
| Bullard, Byron | Pulaski Kherkher PLLC | 3:23-pq-02974 | 9/30/2023 | 10/8/2023 | 11/10/2023 | 11/17/2023 |
| De Leon, Jesus | Pulaski Kherkher PLLC | 3:23-pq-03001 | 10/5/2023 | 10/8/2023 | 11/10/2023 | 11/17/2023 |
| Demeulenaere, Ted | Pulaski Kherkher PLLC | 3:23-pq-03054 | 10/8/2023 | 10/13/2023 | 11/17/2023 | 11/26/2023 |
| Kirby, Konnie Klay | Pulaski Kherkher PLLC | 3:23-pq-03055 | 10/8/2023 | 10/13/2023 | 11/17/2023 | 11/26/2023 |
| Ellett, Rickey | Pulaski Kherkher PLLC | 3:23-pq-03057 | 10/8/2023 | 10/13/2023 | 11/17/2023 | 11/26/2023 |
| Floyd, John | Pulaski Kherkher PLLC | 3:23-pq-03059 | 10/8/2023 | 10/13/2023 | 11/17/2023 | 11/26/2023 |
| Doland, Jeffery | Pulaski Kherkher PLLC | 3:23-pq-03079 | 10/13/2023 | 10/20/2023 | 11/26/2023 | 12/1/2023 |
| Hill, Levi | Pulaski Kherkher PLLC | 3:23-pq-03080 | 10/13/2023 | 10/20/2023 | 11/26/2023 | 12/1/2023 |
| Alcorta, Tony | Pulaski Kherkher PLLC | 3:23-pq-03081 | 10/13/2023 | 10/20/2023 | 11/26/2023 | 12/1/2023 |
| Hill, Ramona | Pulaski Kherkher PLLC | 3:23-pq-03118 | 10/18/2023 | 10/20/2023 | 11/26/2023 | 12/1/2023 |
| Tipay, Ralph | Pulaski Kherkher PLLC | 3:23-pq-03123 | 10/18/2023 | 10/20/2023 | 11/26/2023 | 12/1/2023 |
| Chavez, Juan | Pulaski Kherkher PLLC | 3:23-pq-03131 | 10/19/2023 | 10/20/2023 | 11/26/2023 | 12/1/2023 |
| Hite, Betty | Pulaski Kherkher PLLC | 3:23-pq-03132 | 10/19/2023 | 10/20/2023 | 11/26/2023 | 12/1/2023 |
| Gonzalez, Juan Roberto | Pulaski Kherkher PLLC | 3:23-pq-03136 | 10/19/2023 | 10/20/2023 | 11/26/2023 | 12/1/2023 |
| Bell, David J. | Pulaski Kherkher PLLC | 3:23-pq-03182 | 10/25/2023 | 10/27/2023 | 12/1/2023 | 12/8/2023 |
| Gulley, Joseph | Pulaski Kherkher PLLC | 3:23-pq-03185 | 10/25/2023 | 10/27/2023 | 12/1/2023 | 12/8/2023 |
| Arredondo, Francis | Pulaski Kherkher PLLC | 3:23-pq-03221 | 10/29/2023 | 11/10/2023 | 12/15/2023 | 12/22/2023 |
| Denewiler, Richard E. | Pulaski Kherkher PLLC | 3:23-pq-03222 | 10/29/2023 | 11/10/2023 | 12/15/2023 | 12/22/2023 |
| Hooper, Sherry L. | Pulaski Kherkher PLLC | 3:23-pq-03224 | 10/29/2023 | 11/10/2023 | 12/15/2023 | 12/22/2023 |
| Carner, Michael | Pulaski Kherkher PLLC | 3:23-pq-03236 | 11/1/2023 | 11/5/2023 | 12/8/2023 | 12/15/2023 |
| Cortes, Jose | Pulaski Kherkher PLLC | 3:23-pq-03237 | 11/1/2023 | 11/5/2023 | 12/8/2023 | 12/15/2023 |
| Taylor, John M. | Pulaski Kherkher PLLC | 3:23-pq-03238 | 11/1/2023 | 11/5/2023 | 12/8/2023 | 12/15/2023 |
| Powell, William | Pulaski Kherkher PLLC | 3:23-pq-03241 | 11/1/2023 | 11/5/2023 | 12/8/2023 | 12/15/2023 |

| | | | | | | |
|---|---|---|---|---|---|---|
| Freeman, Robert | Pulaski Kherkher PLLC | 3:23-pq-03242 | 11/1/2023 | 11/5/2023 | 12/8/2023 | 12/15/2023 |
| Heusted, James | Pulaski Kherkher PLLC | 3:23-pq-03272 | 11/4/2023 | 11/5/2023 | 12/8/2023 | 12/15/2023 |
| Calder, Robert | Pulaski Kherkher PLLC | 3:23-pq-03275 | 11/4/2023 | 11/5/2023 | 12/8/2023 | 12/15/2023 |
| Aviles, Armando III | Pulaski Kherkher PLLC | 3:23-pq-03276 | 11/4/2023 | 11/5/2023 | 12/8/2023 | 12/15/2023 |
| Cantu, Felix | Pulaski Kherkher PLLC | 3:23-pq-03279 | 11/4/2023 | 11/5/2023 | 12/8/2023 | 12/15/2023 |
| Mosley, Samuel | Pulaski Kherkher PLLC | 3:23-pq-03293 | 11/5/2023 | 11/10/2023 | 12/15/2023 | 12/22/2023 |
| Embrey, Adrian | Pulaski Kherkher PLLC | 3:23-pq-03297 | 11/5/2023 | 11/10/2023 | 12/15/2023 | 12/22/2023 |
| Lloyd, David | Pulaski Kherkher PLLC | 3:23-pq-03309 | 11/9/2023 | 11/10/2023 | 12/15/2023 | 12/22/2023 |
| Wilson, Gwendolyn | Pulaski Kherkher PLLC | 3:23-pq-03310 | 11/9/2023 | 11/10/2023 | 12/15/2023 | 12/22/2023 |
| Sepeda, Debra | Pulaski Kherkher PLLC | 3:23-pq-03311 | 11/9/2023 | 11/10/2023 | 12/15/2023 | 12/22/2023 |
| Wheelus, Robert | Pulaski Kherkher PLLC | 3:23-pq-03320 | 11/9/2023 | 11/10/2023 | 12/15/2023 | 12/22/2023 |
| Vedan, William | Pulaski Kherkher PLLC | 3:23-pq-03322 | 11/9/2023 | 11/10/2023 | 12/15/2023 | 12/22/2023 |
| Fullop, Robert | Pulaski Kherkher PLLC | 3:23-pq-03324 | 11/9/2023 | 11/10/2023 | 12/15/2023 | 12/22/2023 |
| Newbold, Charles B. | Pulaski Kherkher PLLC | 3:23-pq-03328 | 11/9/2023 | 11/10/2023 | 12/15/2023 | 12/22/2023 |
| Goolsby, Horace | Pulaski Kherkher PLLC | 3:23-pq-03329 | 11/9/2023 | 11/10/2023 | 12/15/2023 | 12/22/2023 |
| Barber, Frederick | Pulaski Kherkher PLLC | 3:23-pq-03339 | 11/9/2023 | 11/10/2023 | 12/15/2023 | 12/22/2023 |
| Corley, Clifford | Pulaski Kherkher PLLC | 3:23-pq-03340 | 11/9/2023 | 11/10/2023 | 12/15/2023 | 12/22/2023 |
| Corey, Frederick | Pulaski Kherkher PLLC | 3:23-pq-03341 | 11/9/2023 | 11/10/2023 | 12/15/2023 | 12/22/2023 |
| Morgan, Chad | Pulaski Kherkher PLLC | 3:23-pq-03345 | 11/9/2023 | 11/10/2023 | 12/15/2023 | 12/22/2023 |
| Whisner, Travis | Pulaski Kherkher PLLC | 3:23-pq-03344 | 11/10/2023 | 11/17/2023 | 12/22/2023 | 12/29/2023 |
| Nottingham, Dubleighsa | Pulaski Kherkher PLLC | 3:23-pq-03398 | 11/16/2023 | 11/17/2023 | 12/22/2023 | 12/29/2023 |
| Brown, Joseph | Pulaski Kherkher PLLC | 3:23-pq-03399 | 11/16/2023 | 11/17/2023 | 12/22/2023 | 12/29/2023 |
| Roy, Roger | Pulaski Kherkher PLLC | 3:23-pq-03417 | 11/17/2023 | 11/26/2023 | 12/29/2023 | 1/5/2024 |

| | | | | | | |
|---|---|---|---|---|---|---|
| Emerson, Billy | Pulaski Kherkher PLLC | 3:23-pq-03421 | 11/17/2023 | 11/26/2023 | 12/29/2023 | 1/5/2024 |
| Cozart, Aaron | Pulaski Kherkher PLLC | 3:23-pq-03424 | 11/17/2023 | 11/26/2023 | 12/29/2023 | 1/5/2024 |
| Sullivan, David | Pulaski Kherkher PLLC | 3:23-pq-03432 | 11/17/2023 | 11/26/2023 | 12/29/2023 | 1/5/2024 |
| Kunz, Michael | Pulaski Kherkher PLLC | 3:23-pq-03429 | 11/18/2023 | 11/26/2023 | 12/29/2023 | 1/5/2024 |
| McCracken, Garriott | Pulaski Kherkher PLLC | 3:23-pq-03451 | 11/19/2023 | 12/1/2023 | 1/5/2024 | 1/12/2024 |
| Lacer, William W. | Pulaski Kherkher PLLC | 3:23-pq-03464 | 11/23/2023 | 11/26/2023 | 12/29/2023 | 1/5/2024 |
| Minton. Kenneth | Pulaski Kherkher PLLC | 3:23-pq-03496 | 11/25/2023 | 11/26/2023 | 12/29/2023 | 1/5/2024 |
| Sywassink, Doug | Pulaski Kherkher PLLC | 3:23-pq-03506 | 11/26/2023 | 12/1/2023 | 1/5/2024 | 1/12/2024 |
| Means, Jack | Pulaski Kherkher PLLC | 3:23-pq-03525 | 11/29/2023 | 12/1/2023 | 1/5/2024 | 1/12/2024 |
| Jordan, Martin | Pulaski Kherkher PLLC | 3:23-pq-03631 | 12/9/2023 | 12/15/2023 | 1/19/2024 | 1/26/2024 |
| Wilson, James | Pulaski Kherkher PLLC | 3:23-pq-03632 | 12/9/2023 | 12/15/2023 | 1/19/2024 | 1/26/2024 |
| Stanley, Janice | Pulaski Kherkher PLLC | 3:23-pq-03695 | 12/15/2023 | 12/22/2023 | 1/26/2024 | 2/2/2024 |
| Horton, Patrick | Pulaski Kherkher PLLC | 3:23-pq-03690 | 12/15/2023 | 12/22/2023 | 1/26/2024 | 2/2/2024 |
| Hurtekant, Thomas | Pulaski Kherkher PLLC | 3:23-pq-03691 | 12/15/2023 | 12/22/2023 | 1/26/2024 | 2/2/2024 |
| Trickel, Toby | Pulaski Kherkher PLLC | 3:23-pq-03759 | 12/22/2023 | 12/29/2023 | 2/2/2024 | 2/9/2024 |
| Allen, Jerry | Pulaski Kherkher PLLC | 3:23-pq-03772 | 12/22/2023 | 12/29/2023 | 2/2/2024 | 2/9/2024 |
| Palace, Juan | Pulaski Kherkher PLLC | 3:23-pq-03760 | 12/22/2023 | 12/29/2023 | 2/2/2024 | 2/9/2024 |
| Bannister, George | Pulaski Kherkher PLLC | 3:23-pq-03832 | 1/4/2024 | 1/5/2024 | 2/9/2024 | 2/16/2024 |
| Williams, Martin | Pulaski Kherkher PLLC | 3:23-pq-03860 | 1/6/2024 | 1/12/2024 | 2/16/2024 | 2/23/2024 |
| Donoghue, Ronald | Pulaski Kherkher PLLC | 3:23-pq-03905 | 1/10/2024 | 1/12/2024 | 2/16/2024 | 2/23/2024 |
| Fry, George | Pulaski Kherkher PLLC | 3:23-pq-03972 | 1/18/2024 | 1/19/2024 | 2/23/2024 | 3/1/2024 |
| Pember, John | Pulaski Kherkher PLLC | 3:23-pq-04085 | 1/30/2024 | 2/2/2024 | 3/8/2024 | 3/15/2024 |
| Stewart-Valentine, Dana | Pulaski Kherkher PLLC | 3:23-pq-04086 | 1/30/2024 | 2/2/2024 | 3/8/2024 | 3/15/2024 |

| | | | | | | |
|---|---|---|---|---|---|---|
| Schroeder, Danny | Pulaski Kherkher PLLC | 3:23-pq-04087 | 1/30/2024 | 2/2/2024 | 3/8/2024 | 3/15/2024 |
| Myers, Kathy D., individually and on behalf of all wrongful death beneficiaries of Carl F. Webb | The Smith Law Firm, PLLC \ Shenaq, PC \ Law Offices of Ezequiel Reyna, Jr., PC | 3:23-pq-02044 | 7/15/2023 | 7/21/2023 | 8/27/2023 | 9/1/2023 |
| Moses, Gary L. | The Smith Law Firm, PLLC \ Shenaq, PC \ Law Offices of Ezequiel Reyna, Jr., PC | 3:23-pq-03268 | 11/4/2023 | 11/5/2023 | 12/8/2023 | 12/15/2023 |
| Castanon, Heather E., individually and on behalf of all wrongful death beneficiaries of Wilbur J. Elms | The Smith Law Firm, PLLC \ Shenaq, PC \ Law Offices of Ezequiel Reyna, Jr., PC | 3:23-pq-03230 | 10/29/2023 | 11/10/2023 | 12/15/2023 | 12/22/2023 |
| Grable, Joyce G. | The Smith Law Firm, PLLC \ Shenaq, PC \ Law Offices of Ezequiel Reyna, Jr., PC | 3:23-pq-03356 | 11/11/2023 | 11/17/2023 | 12/22/2023 | 12/29/2023 |
| LeBlanc, Wade A. | The Smith Law Firm, PLLC \ Shenaq, PC \ Law Offices of Ezequiel Reyna, Jr., PC | 3:23-pq-03426 | 11/18/2023 | 11/26/2023 | 12/29/2023 | 1/5/2024 |
| Head, Charles | TorHoerman Law LLC \ Peiffer Wolf Carr Kane & Conway, LLP | 3:23-pq-03233 | 10/29/2023 | 11/10/2023 | 12/15/2023 | 12/22/2023 |
| Cleer, Danny | TorHoerman Law LLC | 3:23-pq-04010 | 1/21/2024 | 1/26/2024 | 3/1/2024 | 3/8/2024 |
| Woodard, Ruth | TorHoerman Law LLC | 3:23-pq-04016 | 1/25/2024 | 1/26/2024 | 3/1/2024 | 3/8/2024 |
| Warren, Grant | TorHoerman Law LLC \ Peiffer Wolf Carr Kane | 3:24-pq-00385 | 3/17/2024 | 3/22/2024 | 4/26/2024 | 5/3/2024 |

| | Conway & Wise, LLP | | | | | |
|---|---|---|---|---|---|---|
| Ontek, Robert | Rutherford Law PC | 3:23-pq-03591 | 12/4/2023 | 12/8/2023 | 1/12/2024 | 2/2/2024 |
| Farman, Stephen | Rutherford Law PC | 3:23-pq-03592 | 12/5/2023 | 12/8/2023 | 1/12/2024 | 2/2/2024 |
| Ferguson, Sherry | Rutherford Law PC | 3:23-pq-03599 | 12/7/2023 | 12/8/2023 | 1/12/2024 | 2/2/2024 |
| Johnson, Carol | Rutherford Law PC | 3:23-pq-03615 | 12/8/2023 | 12/15/2023 | 1/19/2024 | 2/2/2024 |
| Fletcher, Charles as personal representative of Donald Fletcher | Rutherford Law PC | 3:23-pq-03616 | 12/8/2023 | 12/15/2023 | 1/19/2024 | 2/2/2024 |
| Astghik Star Ajamian as Personal Representative of George Ohannessia | Rutherford Law PC | 3:23-pq-03661 | 12/13/2023 | 12/15/2023 | 1/19/2024 | 2/2/2024 |
| Miner, Theresa | Rutherford Law PC | 3:23-pq-03652 | 12/13/2023 | 12/15/2023 | 1/19/2024 | 1/26/2024 |
| Brooks, Agenes | Rutherford Law PC | 3:23-pq-03706 | 12/16/2023 | 12/22/2023 | 1/26/2024 | 2/2/2024 |
| Walker, Rionna | The Miller Firm, LLC | 3:23-pq-03808 | 12/30/2023 | 1/5/2024 | 2/9/2024 | 2/16/2024 |
| Parker, Walter (Estate of) | Searcy Denney Scarola Barnhart & Shipley \ Nachawati Law Group | 3:23-pq-04018 | 1/25/2024 | 1/26/2024 | 3/1/2024 | 3/8/2024 |
| Moeller, Kyle, individually and as Executor of the estate of August Moeller | DiCello Levitt Gutzler LLP | 3:24-pq-00326 | 3/9/2024 | 3/15/2024 | 4/19/2024 | 4/26/2024 |
| Cantrell, Herbert | DiCello Levitt Gutzler LLP | 3:24-pq-00363 | 3/14/2024 | 3/15/2024 | 4/19/2024 | 4/26/2024 |
| Bassie, Robert | DiCello Levitt Gutzler LLP | 3:24-pq-00441 | 3/21/2024 | 3/22/2024 | 4/26/2024 | 5/3/2024 |
| Eagle, Rodger | DiCello Levitt Gutzler LLP | 3:24-pq-00438 | 3/21/2024 | 3/22/2024 | 4/26/2024 | 5/3/2024 |
| Hanssen, Walter | DiCello Levitt Gutzler LLP | 3:24-pq-00402 | 3/17/2024 | 3/22/2024 | 4/26/2024 | 5/3/2024 |

| Hathaway, Velma | DiCello Levitt Gutzler LLP | 3:24-pq-00387 | 3/17/2024 | 3/22/2024 | 4/26/2024 | 5/3/2024 |