## IN THE UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| **IN RE: SYNGENTA CROP PROTECTION LLC, SYNGENTA AG, and, CHEVRON U.S.A., INC.,** *This document relates to:* The Estate of Walter Parker and Linda Parker, 3:23-pq-4018 . | Cause No. 3:23-pq-4018 |

### OBJECTION TO REPORT AND RECOMMENDATION REGARDING OVERDUE PLAINTIFF ASSESSMENT QUESTIONNAIRES

NOTICE IS HEREBY GIVEN that the Estate of Walter Parker and Linda Parker ("Plaintiffs"), by and through counsel, hereby file this objection to Special Master's Report and Recommendation Regarding Overdue Assessment Questionnaires, which was filed on May 30, 2024 [Doc. 5280] ("May 30th Report"), and asks the Court for leave not to be dismissed pursuant to the May 30th Report.

Specifically, Plaintiffs object on the grounds they were incorrectly identified in Exhibit A to the May 30th Report as a party that "failed to timely serve a PAQ upon Defendants . . . ." May 30th Report [Doc. 5280] at 2. Contrary to that statement, Mrs. Parker completed and submitted a PAQ on March 6, 2024. *See* **Exhibit A,** Proof of MDL Upload. The Special Master was made aware of Plaintiffs' intent to file an objection via email on the morning of May 31, 2024. *See* **Exhibit B**, Email from G. Henderson to R. Ellis, dated May 31, 2024.

Since Plantiffs' inclusion in the list accompanying the May 30th Report was an error, and because the Estate of Walter Parker and Mrs. Parker would suffer prejudice by having this case dismissed, Plaintiffs respectfully requests that they be allowed to continue in his lawsuit.

DATED: May 31, 2024                              Respectfully submitted,


                                              */s/Gibbs C. Henderson*
**Gibbs C. Henderson** IL Bar No.: 6314687 TX Bar No.: 24041084
NACHAWATI LAW GROUP, PLLC
5489 Blair Rd.
Dallas, TX 75231
Telephone: (214) 890-0711
Fax: (214) 890-0712
E-mail: ghenderson@ntial.com
**N. Majed Nachawati**
TX Bar No. 24038319
NACHAWATI LAW GROUP, PLLC
5489 Blair Rd.
Dallas, TX 75231
Telephone: (214) 890-0711
Fax: (214) 890-0712
Email: mnachawati@ntrial.com
**John Raggio**
TX Bar No. 24041739
NACHAWATI LAW GROUP, PLLC
5489 Blair Road
Dallas, TX 75231
Telephone: (214) 890-0711
Fax: (214) 890-0712
E-mail: jraggio@ntrial.com

## CERTIFICATE OF SERVICE

      I, Gibbs C. Henderson, hereby certify that on May 31, 2024, the foregoing Motion for Substitution of Party was served electronically and notice of service of this document will be sent to all parties by the Court's electronic filing system to CM/ECF participants registered to receive service in this matter. Parties may access this filing through the Court's system.

      */s/Gibbs C. Henderson*
      **Gibbs C. Henderson**