| PAQ Number | Full Name | PAQ Status |
|---|---|---|
| PRQ0087 | Parker, Walter | Submitted: Pending Review |
| PRQ5994 | Parker, Walter | In Fact Sheet Review |

| PAQ Date Submitted | Law Firm | Jurisdiction |
|---|---|---|
| 12/13/2021 | Fears Nachawati | MDL |
| 3/6/2024 | Fears Nachawati | MDL |

Case 3:21-md-03004-NJR   Document 5284-1   Filed 05/31/24   Page 2 of 3   Page ID #44272

| Documents |
|---|
|  |
|  |