| | |
|---|---|
| **From:** | Gibbs Henderson |
| **To:** | randi@randiellis.com |
| **Cc:** | Sarah Doles; Alyson Petrick; Madeline Meeker; Amy Shahan |
| **Subject:** | Estate of Walter Parker |
| **Date:** | Friday, May 31, 2024 7:21:02 AM |

SM Ellis:

I write to inform you that we believe the Estate of Walter Parker matter was mistakenly included in the list of cases that have not provided a PAQ in the PQ MDL, which was attached to your Report and Recommendation circulated yesterday, and we plan to file an objection today with the Court. We wanted to bring this matter to your attention as quickly as possible.

Regards,
Gibbs

Get Outlook for iOS