**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF ILLINOIS**

| | | |
|---|---|---|
| In re: PARAQUAT PRODUCTS LIABILITY LITIGATION | * * * | CIVIL ACTION NO. 3:21-md-3004-NJR |
| vs. | * * | MDL No. 3004 |
| *This Document Relates to* *Henry 3:21-pq-01127-NJR* | * | |

## MOTION AND ORDER FOR VOLUNTARY DISMISSAL WITHOUT PREJUDICE

**NOW INTO COURT,** through undersigned counsel, come Plaintiff, **Suzanne Henry, on behalf of Joseph Henry,** who move for a dismissal of their claims against Defendants Syngenta AG, Syngenta Crop Protection LLC, with each party to bear their own costs and with Plaintiffs reserving all rights against all other defendants, parties, persons, and/or entities.

## ORDER

Considering the above and foregoing, it is hereby, **ORDERED, ADJUDGED,** and **DECREED** that Plaintiffs' claims against Defendants Syngenta AG, Syngenta Crop Protection LLC, be dismissed without prejudice, with each party to bear their own costs and with Plaintiffs reserving the rights against all other defendants, parties, persons and/or entities.

Signed this _____ day of June 2024.

_____
**CHIEF JUDGE NANCY J. ROSENENGEL**

MARTZELL, BICKFORD & CENTOLA

*Lawrence J. Centola, III*

**LAWRENCE J. CENTOLA, III (#27402)**
lcentola@mbfirm.com
338 Lafayette Street
New Orleans, Louisiana 70130
(504) 581-9065
(504) 581-7635 - facsimile

**COUNSEL FOR PLAINTIFF**

**CERTIFICATE OF SERVICE**

**I HEREBY CERTIFY** that a copy of the above and foregoing has been sent to all counsel for all parties by delivery of same by Hand Delivery, and/or Facsimile Transmission, and/or electronic mail and/or by placing a copy of same in the United States Mail, postage prepaid and properly addressed this 12th day of June 2024.

*Lawrence J. Centola, III*