# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| In re: PARAQUAT PRODUCTS LIABILITY LITIGATION | ) Civil Case No.: 3004 )  ) ) CHIEF JUDGE NANCY J. ROSENENGEL ) |
| *This Document Relates to Hurtekant* 3:21-pq-03691-NJR | ) ) OBJECTION TO REPORT AND ) RECOMMENDATION ON BEHALF ) PLAINTIFF TOM HURTEKANT ONLY |

    Plaintiff Thomas Hurtekant, by and through undersigned counsel, objects to Special Master Randi Ellis's report and recommendation for dismissal of Plaintiff's case because of their recent notice of appearance in this matter.

    Plaintiff has requested that the undersigned counsel litigate his case rather than the attorneys that initially filed his complaint. As a result, the undersigned counsel has only recently noticed their appearance in this individual case, filing a notice of appearance on June 6, 2024 (attached hereto as Exhibit A), and has not had the opportunity to gather and file a PAQ on Plaintiff's behalf. Undersigned is requesting that due to the recency of their notice of appearance, Plaintiff be provided thirty (30) days from your Order to submit a PAQ.

    WHEREFORE, for good cause shown, to wit, the appearance of new counsel, Plaintiff respectfully requests this Court grant Plaintiffs thirty (30) days from granting this request to submit a PAQ.

Dated: June 12, 2024.

Respectfully submitted,

*/s/ Mark M. Abramowitz*
Mark M. Abramowitz*
**DiCELLO LEVITT LLP**
8160 Norton Parkway, Third Floor
Mentor, Ohio 44060
(440) 953-8888
mabramowitz@dicellolevitt.com

*Counsel for Plaintiff*

\*Admitted *pro hac vice*

# EXHIBIT A

# UNITED STATES DISTRICT COURT
for the
Southern District of Illinois

|  |  |  |
|---|---|---|
| *Plaintiff(s)* | ) ) ) | |
| v. | ) | Case Number: |
| *Defendant(s)* | ) ) | |

# ENTRY OF APPEARANCE

To the Clerk of Court and all parties of record:

I hereby enter my appearance as counsel for

DATED:

_____
Signature

_____
Name

_____
Address

_____
Phone Number

_____
Fax Number

_____
E-Mail Address

Rev. 2/11