# Exhibit A

| Plaintiff | Plaintiff's Counsel | Case Number | PAQ Due Date (CMO 10, § III(2)) | Notice of Overdue PAQ (CMO 10, § VI(1)) | Second Notice of Overdue PAQ | Request for Special Master Review (CMO 10, § VI(2)) |
|---|---|---|---|---|---|---|
| Jones, James | Pulaski Kherkher PLLC | 3:23-pq-00667 | 3/26/2023 | 3/31/2023 | 5/5/2023 | 5/12/2023 |
| Yeadon, Dale | Pulaski Kherkher PLLC | 3:23-pq-02052 | 7/15/2023 | 7/21/2023 | 8/27/2023 | 9/1/2023 |
| Carrillo, Hector | Pulaski Kherkher PLLC | 3:23-pq-02099 | 7/20/2023 | 7/21/2023 | 8/27/2023 | 9/1/2023 |
| Horton, Tim | Pulaski Kherkher PLLC | 3:23-pq-02271 | 7/30/2023 | 8/4/2023 | 9/8/2023 | 9/17/2023 |
| Carlisle, John | Pulaski Kherkher PLLC | 3:23-pq-02387 | 8/11/2023 | 8/18/2023 | 9/22/2023 | 9/29/2023 |
| Livingstone, Jeff | Pulaski Kherkher PLLC | 3:23-pq-02393 | 8/11/2023 | 8/18/2023 | 9/22/2023 | 9/29/2023 |
| Garcia, Eulalio | Pulaski Kherkher PLLC | 3:23-pq-02414 | 8/12/2023 | 8/18/2023 | 9/22/2023 | 9/29/2023 |
| Williams, Carol | Pulaski Kherkher PLLC | 3:23-pq-02468 | 8/16/2023 | 8/18/2023 | 9/22/2023 | 9/29/2023 |
| Justiss, William | Pulaski Kherkher PLLC | 3:23-pq-02463 | 8/16/2023 | 8/18/2023 | 9/22/2023 | 9/29/2023 |
| Sanchez, Victor C. | Pulaski Kherkher PLLC | 3:23-pq-02492 | 8/17/2023 | 8/18/2023 | 9/22/2023 | 9/29/2023 |
| Silva, Justin | Pulaski Kherkher PLLC | 3:23-pq-02537 | 8/20/2023 | 8/27/2023 | 9/29/2023 | 10/8/2023 |
| Hoy, Steven | Pulaski Kherkher PLLC | 3:23-pq-02563 | 8/24/2023 | 8/27/2023 | 9/29/2023 | 10/8/2023 |
| Santos, Cipriano | Pulaski Kherkher PLLC | 3:23-pq-02565 | 8/24/2023 | 8/27/2023 | 9/29/2023 | 10/8/2023 |
| Simpson, Charles | Pulaski Kherkher PLLC | 3:23-pq-02567 | 8/24/2023 | 8/27/2023 | 9/29/2023 | 10/8/2023 |

| **Plaintiff** | **Plaintiff's Counsel** | **Case Number** | **PAQ Due Date (CMO 10, § III(2))** | **Notice of Overdue PAQ (CMO 10, § VI(1))** | **Second Notice of Overdue PAQ** | **Request for Special Master Review (CMO 10, § VI(2))** |
|---|---|---|---|---|---|---|
| McKitrick, Karen | Pulaski Kherkher PLLC | 3:23-pq-02585 | 8/24/2023 | 8/27/2023 | 9/29/2023 | 10/8/2023 |
| Bush, George | Pulaski Kherkher PLLC | 3:23-pq-02601 | 8/25/2023 | 8/27/2023 | 9/29/2023 | 10/8/2023 |
| Ureste, Leeroy | Pulaski Kherkher PLLC | 3:23-pq-02674 | 9/2/2023 | 9/8/2023 | 10/13/2023 | 10/20/2023 |
| Contreras, Felipe | Pulaski Kherkher PLLC | 3:23-pq-02676 | 9/2/2023 | 9/8/2023 | 10/13/2023 | 10/20/2023 |
| Contreras, Amado | Pulaski Kherkher PLLC | 3:23-pq-02678 | 9/2/2023 | 9/8/2023 | 10/13/2023 | 10/20/2023 |
| Hawks, Gary | Pulaski Kherkher PLLC | 3:23-pq-02695 | 9/3/2023 | 9/8/2023 | 10/13/2023 | 10/20/2023 |
| Wallen, Phil | Pulaski Kherkher PLLC | 3:23-pq-02697 | 9/3/2023 | 9/8/2023 | 10/13/2023 | 10/20/2023 |
| May, Bruce | Pulaski Kherkher PLLC | 3:23-pq-02706 | 9/3/2023 | 9/8/2023 | 10/13/2023 | 10/20/2023 |
| Alliss, Donald | Pulaski Kherkher PLLC | 3:23-pq-02777 | 9/13/2023 | 9/17/2023 | 10/20/2023 | 10/27/2023 |
| Tank, Walter | Pulaski Kherkher PLLC | 3:23-pq-02776 | 9/13/2023 | 9/17/2023 | 10/20/2023 | 10/27/2023 |
| Nelson, Lloyd | Pulaski Kherkher PLLC | 3:23-pq-02934 | 9/27/2023 | 9/29/2023 | 11/5/2023 | 11/10/2023 |
| Moss, James | Pulaski Kherkher PLLC | 3:23-pq-03126 | 10/18/2023 | 10/20/2023 | 11/26/2023 | 12/1/2023 |
| Taylor, David M. | Pulaski Kherkher PLLC | 3:23-pq-03239 | 11/1/2023 | 11/5/2023 | 12/8/2023 | 12/15/2023 |
| Perdue, Wetzel | Pulaski Kherkher PLLC | 3:23-pq-03278 | 11/4/2023 | 11/5/2023 | 12/8/2023 | 12/15/2023 |

| **Plaintiff** | **Plaintiff's Counsel** | **Case Number** | **PAQ Due Date (CMO 10, § III(2))** | **Notice of Overdue PAQ (CMO 10, § VI(1))** | **Second Notice of Overdue PAQ** | **Request for Special Master Review (CMO 10, § VI(2))** |
|---|---|---|---|---|---|---|
| Hophins, Lloyd | Pulaski Kherkher PLLC | 3:23-pq-03343 | 11/9/2023 | 11/10/2023 | 12/15/2023 | 12/22/2023 |
| Colbert, Mary | Pulaski Kherkher PLLC | 3:23-pq-03336 | 11/10/2023 | 11/17/2023 | 12/22/2023 | 12/29/2023 |
| Daniels, Chris | Pulaski Kherkher PLLC | 3:23-pq-03400 | 11/16/2023 | 11/17/2023 | 12/22/2023 | 12/29/2023 |
| Taylor, Demetra | Pulaski Kherkher PLLC | 3:23-pq-03416 | 11/17/2023 | 11/26/2023 | 12/29/2023 | 1/5/2024 |
| Barzegar, Ali | Pulaski Kherkher PLLC | 3:23-pq-03420 | 11/17/2023 | 11/26/2023 | 12/29/2023 | 1/5/2024 |
| Morgan, Wesley | Pulaski Kherkher PLLC | 3:23-pq-03452 | 11/19/2023 | 12/1/2023 | 1/5/2024 | 1/12/2024 |
| Painter, Larry | Pulaski Kherkher PLLC | 3:23-pq-03527 | 11/29/2023 | 12/1/2023 | 1/5/2024 | 1/12/2024 |
| Vanderkam, Robert | Pulaski Kherkher PLLC | 3:23-pq-03521 | 11/29/2023 | 12/1/2023 | 1/5/2024 | 1/12/2024 |
| Joao, Deanna | Pulaski Kherkher PLLC | 3:23-pq-03522 | 11/29/2023 | 12/1/2023 | 1/5/2024 | 1/12/2024 |
| Ahern, Brian | Pulaski Kherkher PLLC | 3:23-pq-03630 | 12/9/2023 | 12/15/2023 | 1/19/2024 | 1/26/2024 |
| Rossignol, Gregory | Pulaski Kherkher PLLC | 3:23-pq-03642 | 12/9/2023 | 12/15/2023 | 1/19/2024 | 1/26/2024 |
| De La Torre, Gabriel | Pulaski Kherkher PLLC | 3:23-pq-03662 | 12/13/2023 | 12/15/2023 | 1/19/2024 | 1/26/2024 |
| Valdez, Isaac | Pulaski Kherkher PLLC | 3:23-pq-03664 | 12/13/2023 | 12/15/2023 | 1/19/2024 | 1/26/2024 |
| Giles, James | Pulaski Kherkher PLLC | 3:23-pq-03693 | 12/15/2023 | 12/22/2023 | 1/26/2024 | 2/2/2024 |

| Plaintiff | Plaintiff's Counsel | Case Number | PAQ Due Date (CMO 10, § III(2)) | Notice of Overdue PAQ (CMO 10, § VI(1)) | Second Notice of Overdue PAQ | Request for Special Master Review (CMO 10, § VI(2)) |
|---|---|---|---|---|---|---|
| Guarino, Anthony | Pulaski Kherkher PLLC | 3:23-pq-03697 | 12/15/2023 | 12/22/2023 | 1/26/2024 | 2/2/2024 |
| Dexter, Robert | Pulaski Kherkher PLLC | 3:23-pq-03692 | 12/16/2023 | 12/22/2023 | 1/26/2024 | 2/2/2024 |
| Reynolds, Stephen | Pulaski Kherkher PLLC | 3:23-pq-03694 | 12/16/2023 | 12/22/2023 | 1/26/2024 | 2/2/2024 |
| Martinez, Antonio | Pulaski Kherkher PLLC | 3:23-pq-03696 | 12/16/2023 | 12/22/2023 | 1/26/2024 | 2/2/2024 |
| Campbell, Ray | Pulaski Kherkher PLLC | 3:23-pq-03709 | 12/16/2023 | 12/22/2023 | 1/26/2024 | 2/2/2024 |
| Updike, Joyce | Pulaski Kherkher PLLC | 3:23-pq-03771 | 12/22/2023 | 12/29/2023 | 2/2/2024 | 2/9/2024 |
| Knobloch, Craig R. | Pulaski Kherkher PLLC | 3:23-pq-03828 | 1/4/2024 | 1/5/2024 | 2/9/2024 | 2/16/2024 |
| Downen, Bryan | Pulaski Kherkher PLLC | 3:23-pq-03858 | 1/6/2024 | 1/12/2024 | 2/16/2024 | 2/23/2024 |
| Bowen, John | Pulaski Kherkher PLLC | 3:23-pq-03861 | 1/7/2024 | 1/12/2024 | 2/16/2024 | 2/23/2024 |
| Hoffman, Joseph | Pulaski Kherkher PLLC | 3:23-pq-03873 | 1/7/2024 | 1/12/2024 | 2/16/2024 | 2/23/2024 |
| Doane, Joseph Sr. | Pulaski Kherkher PLLC | 3:23-pq-03901 | 1/10/2024 | 1/12/2024 | 2/16/2024 | 2/23/2024 |
| Evanoff, Kenneth | Pulaski Kherkher PLLC | 3:23-pq-03919 | 1/11/2024 | 1/12/2024 | 2/16/2024 | 2/23/2024 |
| Slayman, William | Pulaski Kherkher PLLC | 3:23-pq-03966 | 1/18/2024 | 1/19/2024 | 2/23/2024 | 3/1/2024 |
| Fritz, Mary | Pulaski Kherkher PLLC | 3:23-pq-03969 | 1/18/2024 | 1/19/2024 | 2/23/2024 | 3/1/2024 |

| Plaintiff | Plaintiff's Counsel | Case Number | PAQ Due Date (CMO 10, § III(2)) | Notice of Overdue PAQ (CMO 10, § VI(1)) | Second Notice of Overdue PAQ | Request for Special Master Review (CMO 10, § VI(2)) |
|---|---|---|---|---|---|---|
| Hodges, Merrill | Pulaski Kherkher PLLC | 3:23-pq-03974 | 1/18/2024 | 1/19/2024 | 2/23/2024 | 3/1/2024 |
| East, Jeffrey | Pulaski Kherkher PLLC | 3:23-pq-03971 | 1/18/2024 | 1/19/2024 | 2/23/2024 | 3/1/2024 |
| Hush, Ricky | Pulaski Kherkher PLLC | 3:23-pq-03996 | 1/20/2024 | 1/26/2024 | 3/1/2024 | 3/8/2024 |
| Molina, Luis | Pulaski Kherkher PLLC | 3:23-pq-03998 | 1/20/2024 | 1/26/2024 | 3/1/2024 | 3/8/2024 |
| Flores, Humberto | Pulaski Kherkher PLLC | 3:23-pq-03997 | 1/20/2024 | 1/26/2024 | 3/1/2024 | 3/8/2024 |
| Brown, Richard | Pulaski Kherkher PLLC | 3:23-pq-04045 | 1/27/2024 | 2/2/2024 | 3/8/2024 | 3/15/2024 |
| Sutton, Caroline Akins | Pulaski Kherkher PLLC | 3:23-pq-04047 | 1/27/2024 | 2/2/2024 | 3/8/2024 | 3/15/2024 |
| Schmieg, Greg | Pulaski Kherkher PLLC | 3:23-pq-04089 | 1/30/2024 | 2/2/2024 | 3/8/2024 | 3/15/2024 |
| Johnson, Anthony | Pulaski Kherkher PLLC | 3:23-pq-04090 | 1/30/2024 | 2/2/2024 | 3/8/2024 | 3/15/2024 |
| Holt, Mason | Pulaski Kherkher PLLC | 3:23-pq-04093 | 1/30/2024 | 2/2/2024 | 3/8/2024 | 3/15/2024 |
| Yates, Felicia | Pulaski Kherkher PLLC | 3:23-pq-04074 | 1/30/2024 | 2/2/2024 | 3/8/2024 | 3/15/2024 |
| Beus, Jerry | Pulaski Kherkher PLLC | 3:23-pq-04080 | 1/30/2024 | 2/2/2024 | 3/8/2024 | 3/15/2024 |
| Goodfellow, Robert D. Jr. | Pulaski Kherkher PLLC | 3:23-pq-04088 | 1/30/2024 | 2/2/2024 | 3/8/2024 | 3/15/2024 |
| Loveless, Danny | Pulaski Kherkher PLLC | 3:23-pq-04091 | 1/30/2024 | 2/2/2024 | 3/8/2024 | 3/15/2024 |

| **Plaintiff** | **Plaintiff's Counsel** | **Case Number** | **PAQ Due Date (CMO 10, § III(2))** | **Notice of Overdue PAQ (CMO 10, § VI(1))** | **Second Notice of Overdue PAQ** | **Request for Special Master Review (CMO 10, § VI(2))** |
|---|---|---|---|---|---|---|
| Reyna, Randolph | Saltz Mongeluzzi Bendesky P.C. | 3:24-pq-00824 | 4/21/2024 | 4/26/2024 | 6/14/2024 | 6/21/2024 |
| Hepler, Ricky | DiCello Levitt Gutzler LLP | 3:24-pq-00911 | 4/26/2024 | 5/3/2024 | 6/7/2024 | 6/14/2023 |
| Hubbs, Denise | DiCello Levitt Gutzler LLP | 3:24-pq-00912 | 4/26/2024 | 5/3/2024 | 6/7/2024 | 6/14/2023 |
| Schoenewolf, Randy | DiCello Levitt Gutzler LLP | 3:24-pq-00974 | 4/28/2024 | 5/3/2024 | 6/7/2024 | 6/14/2023 |
| Bly, Susan | TorHoerman Law LLC \ Peiffer Wolf Carr Kane & Conway, LLP | 3:24-pq-00138 | 2/18/2024 | 2/23/2024 | 3/29/2024 | 4/5/2024 |
| Fletcher, Robert M. | The Smith Law Firm, PLLC \ Shenaq, PC \ Law Offices of Ezequiel Reyna, Jr., PC | 3:24-pq-01440 | 7/4/2024 | 7/5/2024 | 8/9/2024 | 8/16/2024 |