IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| In re: PARAQUAT PRODUCTS LIABILITY LITIGATION | Case No. 3:21-md-3004-NJR |
| | MDL No. 3004 |
| This Document Relates to All Cases | |

# CASE MANAGEMENT ORDER NO. 22
# REAPPOINTING PLAINTIFFS' LEADERSHIP

**ROSENSTENGEL, Chief Judge:**

In Case Management Order No. 2 (CMO 2), the Court appointed a small, diverse, inclusive, and experienced leadership group consisting of Co-Lead Counsel, MDL and State Court Liaison Counsel, and a Plaintiffs' Executive Committee (PEC). (Doc. 169). The appointments were personal appointments, such that appointees cannot be substituted by other attorneys without Court approval. (*Id*. at 9-10). The Order further provided that the Court "may add or replace appointees on their request, on request of Plaintiffs' leadership team, or on its own motion, if and as circumstances warrant." (*Id*. at 10).

The appointments in CMO 2 were made for a one-year term. After the conclusion of that term, the Court issued CMO 14, reappointing Plaintiffs' leadership team, with modifications to reflect that one member of the original PEC resigned and three members changed firms. (Doc. 2181).

Over two years have passed since the Court issued CMO 14, and circumstances relating to several PEC members and their firms have changed. In one instance, a PEC member changed firms and requests replacement; for two members, the firm name has

changed; and in three instances, PEC members changed firms and request to continue in leadership. Having considered these requests, the Court hereby replaces Alicia O'Neill with David P. Matthews and appoints/reappoints the following:

I.  **CO-LEAD COUNSEL:**

**Khaldoun A. Baghdadi**
Walkup, Melodia, Kelly & Schoenberger
650 California Street, 26th Floor
San Francisco, CA 94108

**Sarah Shoemake Doles (Co-Lead and MDL Plaintiffs' Liaison)**
Levin, Papantonio, Proctor, Buchanan, O'Brien, Barr & Mougey, P.A.
316 S. Baylen Street, Suite 600
Pensacola, FL 32502

**Peter Flowers**
Meyers & Flowers, LLC
225 West Wacker Drive, Suite 1515
Chicago, IL 60606

II. **PLAINTIFFS' EXECUTIVE COMMITTEE (PEC):**

**David Cates (PEC and State Court Liaison for Illinois)**
The Cates Law Firm
216 W Pointe Dr., Suite A
Swansea, IL 62226

**Amy Eskin (PEC and State Court Liaison for California)**
Schneider Wallace Cottrell Konecky LLP
2000 Powell Street, Suite 1400
Emeryville, CA 94608

**Chad Finley**
TorHoerman Law
210 Main Street
Edwardsville, IL 62025

**Marlene J. Goldenberg**
Nigh Goldenberg Raso & Vaughn
14 Ridge Square NW, Third Floor
Washington, D.C. 20016

**R. Eric Kennedy**
Weisman, Kennedy & Berris Co., L.P.A.
101 W Prospect Avenue
Cleveland, OH 44115

**Leslie LaMacchia**
Bell Legal Group
219 Ridge Street
Georgetown, SC 29440

**Roopal P. Luhana**
Chaffin Luhana LLP
600 Third Avenue, 12 Floor
New York, NY 10016

**David P. Matthews**
Matthews & Associates
2905 Sackett Street
Houston, TX 77098

**LaRuby May**
Levin, Papantonio, Proctor, Buchanan, O'Brien, Barr & Mougey, P.A.
316 Baylen Street, Suite 600
Pensacola, FL 32502

**Julia A. Merritt**
Atlanta Personal Injury Law Group
295 W. Crossville Road, Suite 200
Roswell, GA 30075

**Amanda Williamson**
Heninger Garrison Davis, LLC
2224 1st Avenue North
Birmingham, AL 35203

**Diandra "Fu" Debrosse Zimmermann**
Dicello Levitt Gutzler
420 20th Street North, Suite 2525
Birmingham, AL 35203

The duties and responsibilities of Co-Lead Counsel, MDL and State Court Liaison Counsel, and PEC members are enumerated in CMO 2. These appointments remain personal appointments as described in CMO 2 and shall continue until further order of this Court. An appointee may be removed or replaced, and additional members may be added, if and as circumstances warrant.

**IT IS SO ORDERED.**

DATED:   December 10, 2024

_____
**NANCY J. ROSENSTENGEL**
**Chief U.S. District Judge**