# UNITED STATES JUDICIAL PANEL
## on
## MULTIDISTRICT LITIGATION

**IN RE: PARAQUAT PRODUCTS LIABILITY LITIGATION**

Stevens et al v. Syngenta Crop Protection LLC et al )
M.D. Florida C.A. No. 2:24-cv-01062 )         MDL No. 3004

## ORDER LIFTING STAY OF CONDITIONAL TRANSFER ORDER

A conditional transfer order was filed in this action *(Stevens)* on November 22, 2024. Prior to expiration of that order's 7-day stay of transmittal, plaintiff *Stevens* filed a notice of opposition to the proposed transfer order. Plaintiff has withdrawn their opposition to transfer.

IT IS THEREFORE ORDERED that the stay of the Panel's conditional transfer order designated as "CTO-56" filed on November 22, 2024, is LIFTED. This action is transferred to the District of South Illinois for inclusion in the coordinated or consolidated pretrial proceedings under 28 U.S.C. § 1407 being conducted by the Honorable Nancy J. Rosenstengel.

FOR THE PANEL:

*Marcella R. Lockert*

Marcella R. Lockert
Acting Clerk of the Panel