# Exhibit A

| **Plaintiff** | **Plaintiff's Counsel** | **Case Number** | **PAQ Due Date (CMO 10, § III(2))** | **Notice of Overdue PAQ (CMO 10, § VI(1))** | **Second Notice of Overdue PAQ** | **Request for Special Master Review (CMO 10, § VI(2))** |
|---|---|---|---|---|---|---|
| Kelly, Colin | Pulaski Kherkher PLLC | 3:23-pq-00481 | 3/16/2023 | 3/17/2023 | 4/21/2023 | 4/28/2023 |
| Campbell, Billy Jr. | Pulaski Kherkher PLLC | 3:23-pq-00733 | 3/30/2023 | 3/31/2023 | 5/5/2023 | 5/12/2023 |
| Page, Derek | Pulaski Kherkher PLLC | 3:23-pq-00800 | 4/6/2023 | 4/7/2023 | 5/12/2023 | 5/20/2023 |
| Robinson, Kenneth | Pulaski Kherkher PLLC | 3:23-pq-01657 | 6/16/2023 | 6/24/2023 | 7/28/2023 | 8/4/2023 |
| Welborn, Valras | Pulaski Kherkher PLLC | 3:23-pq-01892 | 7/2/2023 | 7/9/2023 | 8/11/2023 | 8/18/2023 |
| Roland, Richard | Pulaski Kherkher PLLC | 3:23-pq-01982 | 7/12/2023 | 7/14/2023 | 8/18/2023 | 8/27/2023 |
| Cruz, Clara | Pulaski Kherkher PLLC | 3:23-pq-02103 | 7/20/2023 | 7/21/2023 | 8/27/2023 | 9/1/2023 |
| Harris, David L. | Pulaski Kherkher PLLC | 3:23-pq-02183 | 7/26/2023 | 7/28/2023 | 9/1/2023 | 9/8/2023 |
| Berry, Richard | Pulaski Kherkher PLLC | 3:23-pq-02212 | 7/28/2023 | 8/4/2023 | 9/8/2023 | 9/17/2023 |
| Englert, Debra | Pulaski Kherkher PLLC | 3:23-pq-02323 | 8/4/2023 | 8/11/2023 | 9/17/2023 | 9/22/2023 |
| Kneeland, Betty | Pulaski Kherkher PLLC | 3:23-pq-02333 | 8/5/2023 | 8/11/2023 | 9/17/2023 | 9/22/2023 |
| Cliver, Susan | Pulaski Kherkher PLLC | 3:23-pq-02359 | 8/9/2023 | 8/11/2023 | 9/17/2023 | 9/22/2023 |

| **Plaintiff** | **Plaintiff's Counsel** | **Case Number** | **PAQ Due Date (CMO 10, § III(2))** | **Notice of Overdue PAQ (CMO 10, § VI(1))** | **Second Notice of Overdue PAQ** | **Request for Special Master Review (CMO 10, § VI(2))** |
|---|---|---|---|---|---|---|
| Nickel, Wesley | Pulaski Kherkher PLLC | 3:23-pq-02397 | 8/11/2023 | 8/18/2023 | 9/22/2023 | 9/29/2023 |
| Heun, John | Pulaski Kherkher PLLC | 3:23-pq-02467 | 8/16/2023 | 8/18/2023 | 9/22/2023 | 9/29/2023 |
| Duvall, Mark | Pulaski Kherkher PLLC | 3:23-pq-02533 | 8/20/2023 | 8/27/2023 | 9/29/2023 | 10/8/2023 |
| Lamp, Roger | Pulaski Kherkher PLLC | 3:23-pq-02575 | 8/24/2023 | 8/27/2023 | 9/29/2023 | 10/8/2023 |
| Misch, Clarence | Pulaski Kherkher PLLC | 3:23-pq-02671 | 9/2/2023 | 9/8/2023 | 10/13/2023 | 10/20/2023 |
| Trostel, Patrick | Pulaski Kherkher PLLC | 3:23-pq-02699 | 9/3/2023 | 9/8/2023 | 10/13/2023 | 10/20/2023 |
| Wheeler, Steven | Pulaski Kherkher PLLC | 3:23-pq-02705 | 9/3/2023 | 9/8/2023 | 10/13/2023 | 10/20/2023 |
| Marshall, Jerry | Pulaski Kherkher PLLC | 3:23-pq-02733 | 9/7/2023 | 9/8/2023 | 10/13/2023 | 10/20/2023 |
| Lane, Gregory | Pulaski Kherkher PLLC | 3:23-pq-02741 | 9/8/2023 | 9/17/2023 | 10/20/2023 | 10/27/2023 |
| Gradney, Connie | Pulaski Kherkher PLLC | 3:23-pq-02774 | 9/13/2023 | 9/17/2023 | 10/20/2023 | 10/27/2023 |
| Hamilton, Christopher | Pulaski Kherkher PLLC | 3:23-pq-02775 | 9/13/2023 | 9/17/2023 | 10/20/2023 | 10/27/2023 |
| McGesky, Kelvin | Pulaski Kherkher PLLC | 3:23-pq-02785 | 9/13/2023 | 9/17/2023 | 10/20/2023 | 10/27/2023 |
| Garefalos, James | Pulaski Kherkher PLLC | 3:23-pq-02862 | 9/17/2023 | 9/22/2023 | 10/27/2023 | 11/5/2023 |

| **Plaintiff** | **Plaintiff's Counsel** | **Case Number** | **PAQ Due Date (CMO 10, § III(2))** | **Notice of Overdue PAQ (CMO 10, § VI(1))** | **Second Notice of Overdue PAQ** | **Request for Special Master Review (CMO 10, § VI(2))** |
|---|---|---|---|---|---|---|
| Medrano, Javier Fernandez | Pulaski Kherkher PLLC | 3:23-pq-02936 | 9/27/2023 | 9/29/2023 | 11/5/2023 | 11/10/2023 |
| Brock, Vici, individually and as representative of the Estate of Thomas Brock | Pulaski Kherkher PLLC | 3:23-pq-03002 | 10/5/2023 | 10/8/2023 | 11/10/2023 | 11/17/2023 |
| Buemi, Sandra | Pulaski Kherkher PLLC | 3:23-pq-03047 | 10/8/2023 | 10/13/2023 | 11/17/2023 | 11/26/2023 |
| Douglas, Colbert | Pulaski Kherkher PLLC | 3:23-pq-03053 | 10/8/2023 | 10/13/2023 | 11/17/2023 | 11/26/2023 |
| Kelly, Raymond | Pulaski Kherkher PLLC | 3:23-pq-03122 | 10/18/2023 | 10/20/2023 | 11/26/2023 | 12/1/2023 |
| Soto, Juan | Pulaski Kherkher PLLC | 3:23-pq-03177 | 10/25/2023 | 10/27/2023 | 12/1/2023 | 12/8/2023 |
| Holloway, Leon | Pulaski Kherkher PLLC | 3:23-pq-03181 | 10/25/2023 | 10/27/2023 | 12/1/2023 | 12/8/2023 |
| McBride, David | Pulaski Kherkher PLLC | 3:23-pq-03178 | 10/25/2023 | 10/27/2023 | 12/1/2023 | 12/8/2023 |
| Villalobos, Antonio | Pulaski Kherkher PLLC | 3:23-pq-03240 | 11/1/2023 | 11/5/2023 | 12/8/2023 | 12/15/2023 |
| Vaughan, Glenn A. | Pulaski Kherkher PLLC | 3:23-pq-03327 | 11/9/2023 | 11/10/2023 | 12/15/2023 | 12/22/2023 |
| Granahan, Dennis | Pulaski Kherkher PLLC | 3:23-pq-03335 | 11/9/2023 | 11/10/2023 | 12/15/2023 | 12/22/2023 |
| Wells, Frank | Pulaski Kherkher PLLC | 3:23-pq-03337 | 11/9/2023 | 11/10/2023 | 12/15/2023 | 12/22/2023 |

| **Plaintiff** | **Plaintiff's Counsel** | **Case Number** | **PAQ Due Date (CMO 10, § III(2))** | **Notice of Overdue PAQ (CMO 10, § VI(1))** | **Second Notice of Overdue PAQ** | **Request for Special Master Review (CMO 10, § VI(2))** |
|---|---|---|---|---|---|---|
| Kalinich, Mike | Pulaski Kherkher PLLC | 3:23-pq-03338 | 11/10/2023 | 11/17/2023 | 12/22/2023 | 12/29/2023 |
| Beck, Steven | Pulaski Kherkher PLLC | 3:23-pq-03428 | 11/18/2023 | 11/26/2023 | 12/29/2023 | 1/5/2024 |
| Lawson, Harvey | Pulaski Kherkher PLLC | 3:23-pq-03520 | 11/29/2023 | 12/1/2023 | 1/5/2024 | 1/12/2024 |
| Page, John | Pulaski Kherkher PLLC | 3:23-pq-03708 | 12/16/2023 | 12/22/2023 | 1/26/2024 | 2/2/2024 |
| Ronzone, Sally | Pulaski Kherkher PLLC | 3:23-pq-03761 | 12/22/2023 | 12/29/2023 | 2/2/2024 | 2/9/2024 |
| Wells, Donald | Pulaski Kherkher PLLC | 3:23-pq-04048 | 1/27/2024 | 2/2/2024 | 3/8/2024 | 3/15/2024 |
| Haddock, Neil | Pulaski Kherkher PLLC | 3:23-pq-04076 | 1/30/2024 | 2/2/2024 | 3/8/2024 | 3/15/2024 |
| Byrd, James | Pulaski Kherkher PLLC | 3:23-pq-04079 | 1/30/2024 | 2/2/2024 | 3/8/2024 | 3/15/2024 |
| Lapine, Lance | Pulaski Kherkher PLLC | 3:23-pq-04078 | 1/30/2024 | 2/2/2024 | 3/8/2024 | 3/15/2024 |
| Osborn, Hollin | Pulaski Kherkher PLLC | 3:23-pq-04081 | 1/30/2024 | 2/2/2024 | 3/8/2024 | 3/15/2024 |