# EXHIBIT 1

| Plaintiff | Case No. | Law Firm | Response |
|---|---|---|---|
| Burkett, James | 3:24-pq-01830 | Atlanta Personal Injury Law Group | Plaintiff Burkett issued a subpoena and provided notice to Defendants via email on November 19, 2024 (see Ex. 1-A, Email from J. Merritt to R. Naresh and M. Scheiderer). Counsel uploaded the subpoena to the PAQ Portal on December 10, 2024. Given that Rule 45 notice was given via email on November 19, 2024, this case should not be dismissed for non-compliance. |
| Dillard, David | 3:24-pq-01426 | Nigh Goldenberg Raso & Vaughn, PLLC | Plaintiff Dillard issued a subpoena on November 18, 2024. However, the subpoena was inadvertenly not uploaded to the PAQ Portal when issued. This was corrected on December 6, 2024. The time stamp on Plaintiff Dillard's upload is 7:39 AM; Defendants filed their supplemental motion at 2:53 PM the same day. This case should not be dismissed for non-compliance. |
| Jackson, Marvin | 3:24-pq-01261 | The Smith Law Firm, PLLC | Plaintiff Jackson issued a subpoena on November 18, 2024. However, the subpoena was inadvertenly uploaded to the PAQ Portal for a different Plaintiff Marvin Jackson represented by the same counsel. This was corrected on December 9, 2024. This case should not be dismissed for non-compliance. |
| Meadors, Michael | 3:23-pq-03025 | Keller Postman LLC | Plaintiff Meadors issued a subpoena on March 11, 2024. However, due to a data entry error, a duplicate PAQ had been created for Plaintiff Meadors and the subpoena was inadvertently uploaded to the duplicate PAQ rather than Plaintiff Meadors's operative PAQ. Counsel for Plaintiff Meadors corrected this error and uploaded the subpoena to his operative PAQ on September 23, 2024. The duplicate PAQ was subsequently removed from the Portal in November, prior to the filing of Defendants' supplemental motion. This case should not be dismissed for non-compliance. |
| Wilson, Steven | 3:24-pq-01853 | The Smith Law Firm, PLLC | Plaintiff Wilson issued a subpoena on November 18, 2024. However, the subpoena was inadvertenly not uploaded to the PAQ Portal when issued. This was corrected on December 9, 2024. This case should not be dismissed for non-compliance. |