# IN THE UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| **In re: PARAQUAT PRODUCTS LIABILITY LITIGATION** | Case No. 3:21-md-3004-NJR |
| *This document relates to:* <br> Rush, Brenda, Individually and as Personal Representative of the Estate of Douglas Roark, Deceased <br><br> Cause No. 3:24-pq-02541 | MDL No. 3004 |

## OBJECTION TO REPORT AND RECOMMENDATION REGARDING OVERDUE PLAINTIFF ASSESSMENT QUESTIONNAIRES

**NOTICE IS HEREBY GIVEN** that Brenda Rush, Individually and as Personal Representative of the Estate of Douglas Roark, Deceased ("Plaintiffs"), by and through counsel, hereby file this objection to Special Master's Report and Recommendation Regarding Overdue Assessment Questionnaires, which was filed on March 20, 2025 [Doc. 5571] ("March 20th Report"), and asks the Court for leave not to be dismissed pursuant to the March 20th Report.

Specifically, Plaintiffs object on the grounds that Plaintiff has now filed a Plaintiff Assessment Questionnaire ("PAQ"). *See* **Exhibit A**. The March 20th Report is correct that Plaintiff's case was one included with a total of 117 cases for dismissal for failure to serve a PAQ. While this is correct, Plaintiff's counsel made repeated attempts to reach and communicate with Plaintiff about this issue during the months leading up to the March 20th Report to confirm the information needed to complete and file the PAQ. These efforts included multiple phone calls and emails to Plaintiff that went unreturned. *See* **Exhibit B**. On March 10, 2025, Plaintiff's counsel sent Plaintiff a final letter via USPS informing Plaintiff that her matter would be closed if she did not contact Plaintiff's counsel immediately. *See* **Exhibit C**. On March 24, 2025, Plaintiff's

counsel was contacted by Plaintiff. During this phone call, Plaintiff's counsel was able to confirm the necessary information to complete the PAQ. Plaintiff filed the PAQ on March 25, 2025.

Since Plaintiff's counsel worked diligently to contact Plaintiff to obtain the PAQ-related information and has now been able to file a completed PAQ, Plaintiff requests that her case not be dismissed. Dismissing Plaintiff's case will be a waste of judicial resources in that the dismissal recommended is "without prejudice." Plaintiff will file the case again now that contact has been made and the information needed has been obtained. It would save this Court and the parties effort and resources to remove Plaintiff's case from the list of matters to be dismissed. Plaintiff respectfully requests that Plaintiff be allowed to continue in her lawsuit.

DATED: March 28, 2025                       Respectfully submitted,

                                                   **NACHAWATI LAW GROUP, PLLC**

                            By: */s/Gibbs C. Henderson*
                                  **GIBBS C. HENDERSON**
                                  5489 Blair Road
                                  Dallas, TX 75231
                                  Telephone: (214) 890-0711
                                  Email: ghenderson@ntrtial.com
                                  ***Attorney for Plaintiffs***

## CERTIFICATE OF SERVICE

I, Gibbs C. Henderson, hereby certify that on March 28, 2025, the foregoing document was served electronically and notice of service of this document will be sent to all parties by the Court's electronic filing system to CM/ECF participants registered to receive service in this matter. Parties may access this filing through the Court's system.

                                                   */s/Gibbs C. Henderson*
                                                   **Gibbs C. Henderson**