# EXHIBIT B

| | |
|---|---|
| **From:** | PQ |
| **To:** | strawberry44807@yahoo.com |
| **Subject:** | ROARK, DOUGLAS_ BRENDA SUE RUSH_ 403357_ PARAQUAT // RE: PROBATE PACKETD NEEDED |
| **Date:** | Friday, January 3, 2025 2:35:10 PM |
| **Attachments:** | NLG - Probate Packet (Updated 12-13-23).pdf |

Dear Brenda:

Please accept our deepest condolences for your loss. To continue litigating this case, our firm needs you to complete the attached documents. Some documents also need to be notarized.

Enclosed please find the following:

1. **Contract** – Please sign and return it to our office.
2. **Heirship Agreement** – Please sign and notarize in front of a notary. If you choose option in paragraph #6, then pages 4-10 are not needed.
3. **Next of Kin Affidavit** – Please sign and notarize in front of a notary.
4. **Additional Decedent Medical Records** – Fill out to the best of your knowledge.
5. We need a copy of **Douglas' Death *Certificate*.**
6. We need a copy of **The Last Will and Testament for Douglas Roark.**

Please be advised upon Douglas' death, the Durable Power of Attorney Documents are no longer valid. Please reply to this email with the completed documents or any questions/concerns you may have.


Kindest regards,
Christina Kenebrew
Paralegal

**O:** 214-890-0711 **F:** 214-890-0712

<image001.jpg>   5489 Blair Rd.  /  Dallas, TX 75231
ntrial.com

**LAW IS OUR PASSION. JUSTICE IS OUR BUSINESS.**

**Confidentiality Notice:** The information contained in this email message is intended only for the personal and confidential use of the designated recipients named above. This message may be an attorney-client communication and as such is privileged and confidential. If the reader of this message is not the intended recipient or an agent responsible for

| | |
|---|---|
| From: | PQ |
| To: | strawberry44807@yahoo.com |
| Subject: | ROARK, DOUGLAS_ BRENDA SUE RUSH_ 403357_ PARAQUAT // RE: Please complete probate and return immediately |
| Date: | Friday, January 3, 2025 4:22:34 PM |
| Attachments: | ROARK, DOUGLAS_ BRENDA SUE RUSH_ 403357_ PARAQUAT __ 14 DAY RESPONSE LETTER.pdf <br> NLG - Probate Packet (Updated 12-13-23).pdf |

Dear Brenda,

Our firm has been trying to contact you regarding your potential claim and has been unsuccessful in reaching you and/or we have not received a response from you.

We are currently unable to continue investigating your potential claim and are trying to contact you for additional information, however, we cannot provide adequate representation if we cannot get in contact with you.

In order to keep your case open and prevent closure and/or dismissal, please respond to this letter within fourteen (14) days otherwise we may not have any option but to close your case and withdraw from representation, if appropriate.

Kindest regards,
Christina Kenebrew
Paralegal

**O:** 214-890-0711 **F:** 214-890-0712

<image001.jpg>    5489 Blair Rd. / Dallas, TX 75231
**ntrial.com**

**LAW IS OUR PASSION. JUSTICE IS OUR BUSINESS.**

**Confidentiality Notice:** The information contained in this email message is intended only for the personal and confidential use of the designated recipients named above. This message may be an attorney-client communication and as such is privileged and confidential. If the reader of this message is not the intended recipient or an agent responsible for delivering it to the intended recipient, you are hereby notified that you have received this document in error, and that any review, dissemination, distribution or copying of this message is strictly prohibited. If you have received this communication in error please notify us immediately by telephone and return the original message to us by mail. Thank you.

Case 3:21-md-03004-NJR  Document 5577-2  Filed 03/31/25  Page 5 of 6  Page ID #45002

| | |
|---|---|
| From: | PQ |
| To: | strawberry44807@yahoo.com |
| Subject: | ROARK, DOUGLAS, BRENDA SUE RUSH_ 403357_ PARAQUAT // RE: PLEASE  ALL US REGARD NG YOUR LA  SU T |
| Date: | Tuesday, February 18, 2025 11:0 :58 AM |

Hello Brenda,

Please call us AT 1-888-355-7747 regarding the Douglas Roark Paraquat Lawsuit. The Paraquat Defense Counsel is requesting some information that we need to speak to you about. Please be advised the Judge is prepared to schedule a hearing and trial this year and it is imperative that you contact us as soon as possible to prevent this case from being dismissed.

Kindest regards,
Christina Kenebrew
Paralegal

**O:** 214-890-0711 **F:** 214-890-0712

<image001.jpg>   5489 Blair Rd.  /  Dallas, TX 75231
ntrial.com

**LAW IS OUR PASSION. JUSTICE IS OUR BUSINESS.**

**Confidentiality Notice:** The information contained in this email message is intended only for the personal and confidential use of the designated recipients named above. This message may be an attorney-client communication and as such is privileged and confidential. If the reader of this message is not the intended recipient or an agent responsible for delivering it to the intended recipient, you are hereby notified that you have received this document in error, and that any review, dissemination, distribution or copying of this message is strictly prohibited. If you have received this communication in error please notify us immediately by telephone and return the original message to us by mail. Thank you.