# EXHIBIT C

**NLG NACHAWATI LAW GROUP**

March 10, 2025

<u>Via USPS</u>
**Brenda Sue Rush on behalf of Douglas Roark**
15002 East Township Road #88
Attica,  OH  44807

> *RE:     POTENTIAL PARAQUAT CLAIM*
> *Client: Douglas Roark*
> *Case #: 403357*

Dear Brenda,

Our firm has been trying to contact you regarding your potential claim and has been unsuccessful in reaching you and/or we have not received a response from you.

We are currently unable to continue investigating your potential claim and are trying to contact you for additional information, however, we cannot provide adequate representation if we cannot get in contact with you.

**In order to keep your case open and prevent closure and/or dismissal, please respond to this letter within fourteen (14) days otherwise we may not have any option but to close your case and withdraw from representation, if appropriate.**

Sincerely,

NACHAWATI LAW GROUP

**O:** 214.890.0711
**F:** 214.890.0712

5489 Blair Road, Dallas, TX 75231

ntrial.com