IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| In re: PARAQUAT PRODUCTS LIABILITY LITIGATION<br><br>This Document Relates to All Cases | Case No. 3:21-md-3004-NJR<br><br>MDL No. 3004 |

# ORDER

**ROSENSTENGEL, Chief Judge:**

On April 14, 2025, the Court was informed that lead counsel for Plaintiffs and Defendants had reached a tentative agreement to settle this litigation. In order to allow counsel to focus on finalizing the terms of their agreement, the Court **STAYS** the case-specific discovery deadlines set forth in the January 2025 Order Selecting Plaintiffs for Further Case-Specific Discovery (Doc. 5536) for **30 days**. The parties shall update the Court on the status of a final settlement agreement no later than **June 11, 2025**.

IT IS SO ORDERED.

DATED:   May 9, 2025

_____
**NANCY J. ROSENSTENGEL**
**Chief U.S. District Judge**