UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF ILLINOIS

IN RE: PARAQUAT PRODUCTS
LIABILITY LITIGATION

This Document Relates to:

3:21-pq-01057, *Hensgens v. Syngenta AG, et. al.*
3:21-pq-01333, *Normand v. Syngenta AG, et. al.*

Civil No.:  3:21-md-03004-NJR

MDL No.: 3004

HON. NANCY J. ROSENSTENGEL

_____

## MOTION TO WITHDRAW

**NOW COMES** the undersigned counsel, who requests to withdraw as attorney of record in this matter. Undersigned counsel will no longer be an attorney at Herman Katz Gisleson & Cain, LLC. Plaintiffs are currently and will continue to be represented by all remaining counsel enrolled in the case and no prejudice will result from this withdrawal.

**WHEREFORE**, Mikalia M. Kott hereby respectfully requests that the Court enter an Order granting her request to withdraw as counsel for Plaintiffs in the instant action.

Dated: May 29, 2025                                       Respectfully submitted,

*/s/ Mikalia M. Kott*_____
**Joseph E. "Jed" Cain,** La. Bar No. 29785
**Mikalia M. Kott**, La. Bar No. 30733
**HERMAN KATZ GISLESON & CAIN, LLC**
909 Poydras St., Suite 1860 Avenue
New Orleans, Louisiana 70112
Telephone: (504) 581-4892
E-Mail: mkott@hkgclaw.com

*Attorneys for Plaintiffs*

**CERTIFICATE OF SERVICE**

I hereby certify that on May 29, 2025, I electronically filed the foregoing document with the clerk of the court using the CM/ECF system, which will provide electronic notice of the same to all counsel of record.

/s/ Mikalia M. Kott