IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| In re: PARAQUAT PRODUCTS LIABILITY LITIGATION<br><br>This Document Relates to All Cases | Case No. 3:21-md-3004-NJR<br><br>MDL No. 3004 |

## SPECIAL MASTER'S SUPPLEMENTAL REPORT AND RECOMMENDATION REGARDING OVERDUE PLAINTIFF ASSESSMENT QUESTIONNAIRES

On March 20, 2025, the Special Master filed a report (Doc. No. 5571) and recommended that the Court dismiss 117 cases due to lack of response in filing Plaintiff Assessment Questionnaires pursuant to Case Management Order No. 10 ("CMO 10"). All 117 cases were identified by name in Exhibit A that was filed with the Report and Recommendation.

On June 2, 2025, the Court adopted the Special Master's Report and Recommendation (Doc. No. 5639). Between March 20, 2025, and June 2, 2025, certain plaintiffs served 37 PAQs and dismissed 11 cases that were on Exhibit A. The Special Master has conferred with counsel for plaintiffs for the 48 cases and defendants. All parties confirmed with the Special Master that Exhibit A should be modified to remove these 48 cases. Therefore, the Special Master submits a modified Exhibit A and asks the Court to adopt accordingly.

**DATED: June 16, 2025**

*s/ Randi S. Ellis*
**Randi S. Ellis**
**Court-Appointed Special Master**