# Exhibit A

| **Plaintiff** | **Plaintiff's Counsel** | **Case Number** | **PAQ Due Date (CMO 10, § III(2))** | **Notice of Overdue PAQ (CMO 10, § VI(1))** | **Second Notice of Overdue PAQ** | **Request for Special Master Review (CMO 10, § VI(2))** |
|---|---|---|---|---|---|---|
| Brunk, Doyle | Pulaski Kherkher PLLC | 3:23-pq-00916 | 4/21/2023 | 4/28/2023 | 6/2/2023 | 6/9/2023 |
| Jowers, Clifford | Pulaski Kherkher PLLC | 3:23-pq-01572 | 6/9/2023 | 6/16/2023 | 7/21/2023 | 7/28/2023 |
| Walker, Charles | Pulaski Kherkher PLLC | 3:23-pq-01677 | 6/17/2023 | 6/24/2023 | 7/28/2023 | 8/4/2023 |
| Gorgone, Ross J. | The Smith Law Firm, PLLC \ Shenaq, PC \ Law Offices of Ezequiel Reyna, Jr., PC | 3:23-pq-01804 | 6/29/2023 | 6/30/2023 | 8/4/2023 | 10/11/2024 |
| Davis, Terri, individually and on behalf of all wrongful death beneficiaries of Terry Davis | The Smith Law Firm, PLLC \ Shenaq, PC \ Law Offices of Ezequiel Reyna, Jr., PC | 3:23-pq-01907 | 7/2/2023 | 7/9/2023 | 8/11/2023 | 10/11/2024 |
| Perkins, Jon | Pulaski Kherkher PLLC | 3:23-pq-02182 | 7/26/2023 | 7/28/2023 | 9/1/2023 | 9/8/2023 |
| Feinstein, Dawn | The Smith Law Firm, PLLC \ Shenaq, PC \ Law Offices of Ezequiel Reyna, Jr., PC | 3:23-pq-03100 | 10/14/2023 | 10/20/2023 | 11/26/2023 | 10/11/2024 |
| Smith, Max | Pulaski Kherkher PLLC | 3:23-pq-03859 | 1/6/2024 | 1/12/2024 | 2/16/2024 | 2/23/2024 |
| Ferrell, Scott | Pulaski Kherkher PLLC | 3:24-pq-00870 | 4/25/2024 | 4/26/2024 | 5/31/2024 | 6/7/2024 |
| Galvin, Freddie | Pulaski Kherkher PLLC | 3:24-pq-00874 | 4/25/2024 | 4/26/2024 | 5/31/2024 | 6/7/2024 |

| Plaintiff | Plaintiff's Counsel | Case Number | PAQ Due Date (CMO 10, § III(2)) | Notice of Overdue PAQ (CMO 10, § VI(1)) | Second Notice of Overdue PAQ | Request for Special Master Review (CMO 10, § VI(2)) |
|---|---|---|---|---|---|---|
| Weesner, Jeffrey A. | Pulaski Kherkher PLLC | 3:24-pq-00875 | 4/25/2024 | 4/26/2024 | 5/31/2024 | 6/7/2024 |
| Pence, James | Pulaski Kherkher PLLC | 3:24-pq-00882 | 4/25/2024 | 4/26/2024 | 5/31/2024 | 6/7/2024 |
| Lien, Alan | Pulaski Kherkher PLLC | 3:24-pq-01291 | 6/16/2024 | 6/21/2024 | 7/26/2024 | 8/2/2024 |
| James, Ryan | Pulaski Kherkher PLLC | 3:24-pq-01292 | 6/16/2024 | 6/21/2024 | 7/26/2024 | 8/2/2024 |
| Lyon, Royce | Pulaski Kherkher PLLC | 3:24-pq-01296 | 6/16/2024 | 6/21/2024 | 7/26/2024 | 8/2/2024 |
| Todd, George | Pulaski Kherkher PLLC | 3:24-pq-01299 | 6/16/2024 | 6/21/2024 | 7/26/2024 | 8/2/2024 |
| Olsen, Lisa Lyle | Pulaski Kherkher PLLC | 3:24-pq-01303 | 6/16/2024 | 6/21/2024 | 7/26/2024 | 8/2/2024 |
| Keough, James | Pulaski Kherkher PLLC | 3:24-pq-01304 | 6/16/2024 | 6/21/2024 | 7/26/2024 | 8/2/2024 |
| Jones, Tuana | Pulaski Kherkher PLLC | 3:24-pq-01323 | 6/16/2024 | 6/21/2024 | 7/26/2024 | 8/2/2024 |
| Bailey, Larry | Pulaski Kherkher PLLC | 3:24-pq-01329 | 6/16/2024 | 6/21/2024 | 7/26/2024 | 8/2/2024 |
| Hartwig, Robert | Pulaski Kherkher PLLC | 3:24-pq-01331 | 6/16/2024 | 6/21/2024 | 7/26/2024 | 8/2/2024 |
| Evans, Albari | Pulaski Kherkher PLLC | 3:24-pq-01341 | 6/19/2024 | 6/21/2024 | 7/26/2024 | 8/2/2024 |
| Sigler, Kenneth | Pulaski Kherkher PLLC | 3:24-pq-01342 | 6/19/2024 | 6/21/2024 | 7/26/2024 | 8/2/2024 |
| Sledge, Jerimae W. | Pulaski Kherkher PLLC | 3:24-pq-01349 | 6/20/2024 | 6/21/2024 | 7/26/2024 | 8/2/2024 |

| Plaintiff | Plaintiff's Counsel | Case Number | PAQ Due Date (CMO 10, § III(2)) | Notice of Overdue PAQ (CMO 10, § VI(1)) | Second Notice of Overdue PAQ | Request for Special Master Review (CMO 10, § VI(2)) |
|---|---|---|---|---|---|---|
| Beck, Kenneth | Pulaski Kherkher PLLC | 3:24-pq-01352 | 6/20/2024 | 6/21/2024 | 7/26/2024 | 8/2/2024 |
| Green, James | Pulaski Kherkher PLLC | 3:24-pq-01353 | 6/20/2024 | 6/21/2024 | 7/26/2024 | 8/2/2024 |
| Matthews, Mitcheal | Pulaski Kherkher PLLC | 3:24-pq-01354 | 6/20/2024 | 6/21/2024 | 7/26/2024 | 8/2/2024 |
| Hinrichs, James K. | Pulaski Kherkher PLLC | 3:24-pq-01356 | 6/20/2024 | 6/21/2024 | 7/26/2024 | 8/2/2024 |
| Friedman, Ralph S. | Pulaski Kherkher PLLC | 3:24-pq-01490 | 7/14/2024 | 7/21/2024 | 8/25/2024 | 8/30/2024 |
| Williams, Kevin | Pulaski Kherkher PLLC | 3:24-pq-01493 | 7/14/2024 | 7/21/2024 | 8/25/2024 | 8/30/2024 |
| Rodriguez, Ismael | Pulaski Kherkher PLLC | 3:24-pq-01494 | 7/14/2024 | 7/21/2024 | 8/25/2024 | 8/30/2024 |
| Chipps, James Sr. | Pulaski Kherkher PLLC | 3:24-pq-01495 | 7/14/2024 | 7/21/2024 | 8/25/2024 | 8/30/2024 |
| Moon, Melissa | Pulaski Kherkher PLLC | 3:24-pq-01505 | 7/14/2024 | 7/21/2024 | 8/25/2024 | 8/30/2024 |
| Barmore, Danny | Pulaski Kherkher PLLC | 3:24-pq-01506 | 7/14/2024 | 7/21/2024 | 8/25/2024 | 8/30/2024 |
| Estrella, Peter E. | The Smith Law Firm, PLLC \ Shenaq, PC \ Law Offices of Ezequiel Reyna, Jr., PC | 3:24-pq-01509 | 7/14/2024 | 7/21/2024 | 8/25/2024 | 8/30/2024 |
| Kleinjan, Karen | Pulaski Kherkher PLLC | 3:24-pq-01548 | 7/21/2024 | 7/26/2024 | 8/30/2024 | 9/6/2024 |
| Rupp, Douglas | Pulaski Kherkher PLLC | 3:24-pq-01550 | 7/21/2024 | 7/26/2024 | 8/30/2024 | 9/6/2024 |

| Plaintiff | Plaintiff's Counsel | Case Number | PAQ Due Date (CMO 10, § III(2)) | Notice of Overdue PAQ (CMO 10, § VI(1)) | Second Notice of Overdue PAQ | Request for Special Master Review (CMO 10, § VI(2)) |
|---|---|---|---|---|---|---|
| Gooch, Nelson | Pulaski Kherkher PLLC | 3:24-pq-01586 | 7/25/2024 | 7/26/2024 | 8/30/2024 | 9/6/2024 |
| French, David | Pulaski Kherkher PLLC | 3:24-pq-01587 | 7/25/2024 | 7/26/2024 | 8/30/2024 | 9/6/2024 |
| Johns, Anthony | DiCello Levitt Gutzler LLP | 3:24-pq-01622 | 7/28/2024 | 8/2/2024 | 9/6/2024 | 9/13/2024 |
| Chason, Gloria | Pulaski Kherkher PLLC | 3:24-pq-01672 | 8/8/2024 | 8/9/2024 | 9/13/2024 | 9/21/2024 |
| Hanks, Donald | Pulaski Kherkher PLLC | 3:24-pq-01678 | 8/9/2024 | 8/16/2024 | 9/21/2024 | 9/29/2024 |
| Martinez, Jose | Pulaski Kherkher PLLC | 3:23-pq-02029 | 6/14/2023 | 8/25/2024 | 9/29/2024 | 10/4/2024 |
| McCrady, Lonnie | Pulaski Kherkher PLLC | 3:23-pq-01241 | 5/17/2023 | 8/25/2024 | 9/29/2024 | 10/4/2024 |
| McKinney, Richard | TorHoerman Law LLC \ Peiffer Wolf Carr Kane Conway & Wise LLP | 3:24-pq-01733 | 8/17/2024 | 8/25/2024 | 9/29/2024 | 10/4/2024 |
| Johnston, Kevin | TorHoerman Law LLC \ Peiffer Wolf Carr Kane Conway & Wise LLP | 3:24-pq-01736 | 8/18/2024 | 8/25/2024 | 9/29/2024 | 10/4/2024 |
| Layfield, Thomas | TorHoerman Law LLC \ Peiffer Wolf Carr Kane Conway & Wise LLP | 3:24-pq-01739 | 8/18/2024 | 8/25/2024 | 9/29/2024 | 10/4/2024 |
| Severino, John S. | The Smith Law Firm, PLLC \ Shenaq, PC \ Law Offices of Ezequiel Reyna, Jr., PC | 3:24-pq-01256 | 6/8/2024 | 9/13/2024 | 10/20/2024 | 10/25/2024 |

| **Plaintiff** | **Plaintiff's Counsel** | **Case Number** | **PAQ Due Date (CMO 10, § III(2))** | **Notice of Overdue PAQ (CMO 10, § VI(1))** | **Second Notice of Overdue PAQ** | **Request for Special Master Review (CMO 10, § VI(2))** |
|---|---|---|---|---|---|---|
| Barton, Max | Pulaski Kherkher PLLC | 3:24-pq-01916 | 9/18/2024 | 9/21/2024 | 10/25/2024 | 11/2/2024 |
| Firkus, Vincent | Pulaski Kherkher PLLC | 3:24-pq-01946 | 9/19/2024 | 9/21/2024 | 10/25/2024 | 11/2/2024 |
| Nowden, Charles | Pulaski Kherkher PLLC | 3:24-pq-01975 | 9/21/2024 | 9/29/2024 | 11/2/2024 | 11/8/2024 |
| Conley, Bruce | Pulaski Kherkher PLLC | 3:24-pq-01978 | 9/21/2024 | 9/29/2024 | 11/2/2024 | 11/8/2024 |
| Locke, Larry | Pulaski Kherkher PLLC | 3:24-pq-01988 | 9/21/2024 | 9/29/2024 | 11/2/2024 | 11/8/2024 |
| Ninneman, Scott | Pulaski Kherkher PLLC | 3:24-pq-02004 | 9/22/2024 | 9/29/2024 | 11/2/2024 | 11/8/2024 |
| Reaves, Donna | Pulaski Kherkher PLLC | 3:24-pq-02085 | 9/29/2024 | 10/4/2024 | 11/8/2024 | 11/15/2024 |
| Henderson, Michael | Pulaski Kherkher PLLC | 3:24-pq-02087 | 9/29/2024 | 10/4/2024 | 11/8/2024 | 11/15/2024 |
| McPheeters, Danny | Pulaski Kherkher PLLC | 3:24-pq-02101 | 10/3/2024 | 10/4/2024 | 11/8/2024 | 11/15/2024 |
| Gravesande, Kesheda | Pulaski Kherkher PLLC | 3:24-pq-02112 | 10/3/2024 | 10/4/2024 | 11/8/2024 | 11/15/2024 |
| Alvarez, Cornelio | Pulaski Kherkher PLLC | 3:24-pq-02114 | 10/4/2024 | 10/11/2024 | 11/15/2024 | 11/22/2024 |
| Adams, Jeanette | Pulaski Kherkher PLLC | 3:24-pq-02120 | 10/4/2024 | 10/11/2024 | 11/15/2024 | 11/22/2024 |
| Martinez, Jose | Pulaski Kherkher PLLC | 3:23-pq-02029 | 7/14/2023 | 11/29/2024 | 1/3/2024 | 1/10/2025 |
| Eggers, William | Pulaski Kherkher PLLC | 3:23-pq-03296 | 11/5/2023 | 11/29/2024 | 1/3/2024 | 1/10/2025 |

| Plaintiff | Plaintiff's Counsel | Case Number | PAQ Due Date (CMO 10, § III(2)) | Notice of Overdue PAQ (CMO 10, § VI(1)) | Second Notice of Overdue PAQ | Request for Special Master Review (CMO 10, § VI(2)) |
|---|---|---|---|---|---|---|
| Kindle, William | Pulaski Kherkher PLLC | 3:23-pq-03298 | 11/5/2023 | 11/29/2024 | 1/3/2024 | 1/10/2025 |
| McCrady, Lonnie | Pulaski Kherkher PLLC | 3:23-pq-01241 | 5/17/2023 | 11/29/2024 | 1/3/2024 | 1/10/2025 |
| Christopherson, Robert Jr. | Pulaski Kherkher PLLC | 3:24-pq-02000 | 9/22/2024 | 11/29/2024 | 1/3/2024 | 1/10/2025 |
| Lance Lawson | Pulaski Kherkher PLLC | 3:23-pq-03125 | 10/18/2024 | 11/29/2024 | 1/3/2024 | 1/10/2025 |
| Powell, Lee | Johnson Law Group | 3:24-pq-02362 | 11/24/2024 | 11/29/2024 | 1/3/2025 | 1/10/2025 |
| Rush, Brenda, Individually and as Personal Representative of the Estate of Douglas Roark, Deceased | Nachawati Law Group, PLLC | 3:24-pq-02541 | 12/26/2024 | 1/3/2025 | 2/16/2025 | 2/28/2025 |
| Smith, Brian | Torhoerman Law LLC \ Peiffer Wolf Carr Kane Conway & Wise LLP | 3:24-pq-02557 | 1/2/2025 | 1/3/2025 | 2/16/2025 | 2/28/2025 |