# Exhibit A

| Plaintiff | Plaintiff's Counsel | Case Number | PAQ Due Date (CMO 10, § III(2)) | Notice of Overdue PAQ (CMO 10, § VI(1)) | Second Notice of Overdue PAQ | Request for Special Master Review (CMO 10, § VI(2)) |
|---|---|---|---|---|---|---|
| Hornbuckle, Ronald | Pulaski Kherkher PLLC | 3:24-pq-02599 | 1/11/2025 | 1/24/2025 | 2/28/2025 | 3/21/2025 |
| Cockings, David | Pulaski Kherkher PLLC | 3:24-pq-02598 | 1/11/2025 | 1/24/2025 | 2/28/2025 | 3/21/2025 |
| Taylor, Lowell | Pulaski Kherkher PLLC | 3:24-pq-02669 | 1/22/2025 | 1/24/2025 | 2/28/2025 | 3/21/2025 |
| Newsom, Mwando | Pulaski Kherkher PLLC | 3:24-pq-02679 | 1/22/2025 | 1/24/2025 | 2/28/2025 | 3/21/2025 |
| Raab, Johnnie | Pulaski Kherkher PLLC | 3:24-pq-02699 | 1/25/2025 | 1/31/2025 | 3/21/2025 | 4/4/2025 |
| Dordies, Sheila | Pulaski Kherkher PLLC | 3:24-pq-02700 | 1/25/2025 | 1/31/2025 | 3/21/2025 | 4/4/2025 |
| Vorpahl, Jean | Pulaski Kherkher PLLC | 3:24-pq-02701 | 1/25/2025 | 1/31/2025 | 3/21/2025 | 4/4/2025 |
| Bell, Robert | Pulaski Kherkher PLLC | 3:24-pq-02722 | 1/29/2025 | 1/31/2025 | 3/21/2025 | 4/4/2025 |
| Landrum, Fae | Pulaski Kherkher PLLC | 3:24-pq-02723 | 1/29/2025 | 1/31/2025 | 3/21/2025 | 4/4/2025 |
| Lewis, Rolonda | Pulaski Kherkher PLLC | 3:24-pq-02726 | 1/29/2025 | 1/31/2025 | 3/21/2025 | 4/4/2025 |
| Juakiem, Yousry | Pulaski Kherkher PLLC | 3:24-pq-02727 | 1/29/2025 | 1/31/2025 | 3/21/2025 | 4/4/2025 |
| Dudley, Tanisha | Pulaski Kherkher PLLC | 3:24-pq-02728 | 1/29/2025 | 1/31/2025 | 3/21/2025 | 4/4/2025 |

| Plaintiff | Plaintiff's Counsel | Case Number | PAQ Due Date (CMO 10, § III(2)) | Notice of Overdue PAQ (CMO 10, § VI(1)) | Second Notice of Overdue PAQ | Request for Special Master Review (CMO 10, § VI(2)) |
|---|---|---|---|---|---|---|
| Snow, Justin | Pulaski Kherkher PLLC | 3:24-pq-02731 | 1/29/2025 | 1/31/2025 | 3/21/2025 | 4/4/2025 |
| Hall, Horace D. | Pulaski Kherkher PLLC | 3:24-pq-02734 | 1/29/2025 | 1/31/2025 | 3/21/2025 | 4/4/2025 |
| Andujar, Omar | Pulaski Kherkher PLLC | 3:24-pq-02740 | 1/29/2025 | 1/31/2025 | 3/21/2025 | 4/4/2025 |
| Huntley, Amy K. | Pulaski Kherkher PLLC | 3:23-pq-03995 | 1/20/2024 | 1/26/2024 | 3/8/2024 | 5/23/2025 |
| Loy, John | Ben Martin Law Group | 3:25-pq-00110 | 2/23/2025 | 2/28/2025 | 4/4/2025 | 4/11/2025 |