IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| **In re: PARAQUAT PRODUCTS LIABILITY LITIGATION** | Case No. 3:21-md-3004-NJR |
| This Document Relates to All Cases | MDL No. 3004 |

## MOTION FOR LEAVE TO WITHDRAW APPEARANCE OF MELANIE K. CHAN

Melanie K. Chan moves this Honorable Court for permission to withdraw as counsel of record for Defendant Chevron U.S.A. Inc. ("Chevron"), in the captioned case, and in support of this Motion states as follows:

1. On October 28, 2024, I filed an appearance in this matter on behalf of Defendant Chevron. *See* ECF 5456.

2. My last day of employment with JONES DAY will be September 19, 2025. After that date, I will no longer be representing Chevron.

3. Defendant Chevron will continue to be represented by Leon F. DeJulius, Jr., Sharyl A. Reisman, Jihan E. Walker, and others of Jones Day.

4. My withdrawal as counsel will not prejudice any party to this matter.

WHEREFORE, Melanie K. Chan respectfully moves this Court to enter an Order granting her leave to withdraw as counsel of record for Defendant Chevron.

    Respectfully submitted,

   */s/ Melanie K. Chan*
Melanie K. Chan
melaniechan@jonesday.com
JONES DAY
250 Vesey Street
New York, NY 10281
Telephone: (212) 326-3654
Fax: (212) 755-7306

## CERTIFICATE OF SERVICE

I, Melanie K. Chan, certify that on September 18, 2025, I caused the foregoing MOTION FOR LEAVE TO WITHDRAW APPEARANCE OF MELANIE K. CHAN to be filed with the Clerk of the Court and served upon all counsel of record via the Court's CM/ECF system.

Dated: September 18, 2025

                                                  */s/ Melanie K. Chan*
                                                  Melanie K. Chan