IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| In re: PARAQUAT PRODUCTS LIABILITY LITIGATION. | Case No. 3:21-md-3004-NJR<br><br>MDL No. 3004 |

# ORDER EXTENDING STAY AND VACATING TRIAL DATE

**ROSENSTENGEL, Chief Judge:**

On January 23, 2025, this Court issued an order selecting Plaintiffs for further case-specific discovery, setting a discovery schedule for those cases, and setting the first trial for October 14, 2025. (Doc. 5536). Thereafter, on May 9, 2025, the Court stayed those case-specific discovery deadlines to allow lead counsel for Plaintiffs and Defendants to focus on finalizing terms of a settlement agreement. (Doc. 5621). On June 20, 2025, the Court extended the stay of those case-specific deadlines and reminded individual Plaintiffs that their obligations under Case Management Orders (CMOs) 10, 21, and 21A continue in full force. (Doc. 5662). On August 8, 2025, the Court further extended the stay of case-specific deadlines and again reminded individual Plaintiffs of their obligations under CMOs 10, 21, and 21A. (Doc. 5695).

At this time, the Court finds it appropriate to extend the stay of the case-specific deadlines outlined in its January 2025 Order until **January 5, 2026**, to allow the settlement process to unfold. At that time, the Court will revisit whether to continue the stay of those

deadlines. The October 2025 trial date is hereby **VACATED**.

The obligations and deadlines imposed on individual Plaintiffs under CMOs 10, 21, and 21A **remain in full force**. (Docs. 469, 5158, and 5455, respectively). Individual Plaintiffs' counsel are reminded of this Court's longstanding efforts to maintain the integrity of this docket as outlined in CMO 18 and shall conduct themselves accordingly. (*See* Doc. 4242).

**IT IS SO ORDERED.**

DATED:   September 29, 2025

_____
**NANCY J. ROSENSTENGEL**
**Chief U.S. District Judge**