# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| In re: **PARAQUAT PRODUCTS LIABILITY LITIGATION** | Case No. 3:21-md-3004-NJR |
| This Document Relates to All Cases | MDL No. 3004 |

## MOTION FOR LEAVE TO WITHDRAW APPEARANCE OF DANIELLE LENECK

Danielle Leneck moves this Honorable Court for permission to withdraw as counsel of record for Defendant Chevron U.S.A. Inc. ("Chevron"), in the captioned case, and in support of this Motion states as follows:

1. On February 28, 2024, I filed an appearance in this matter on behalf of Defendant Chevron. *See* ECF 5161.

2. My last day of employment with JONES DAY will be November 21, 2025. After that date, I will no longer be representing Chevron.

3. Defendant Chevron will continue to be represented by Leon F. DeJulius, Jr., Sharyl A. Reisman, Jihan E. Walker, and others of Jones Day.

4. My withdrawal as counsel will not prejudice any party to this matter.

WHEREFORE, Danielle Leneck respectfully moves this Court to enter an Order granting her leave to withdraw as counsel of record for Defendant Chevron.

Respectfully submitted,

*/s/ Danielle Leneck*
Danielle Leneck
dleneck@jonesday.com
JONES DAY
555 South Flower Street, FL 50
Los Angeles, CA 90071
Telephone: (213) 489-3939

## **CERTIFICATE OF SERVICE**

I, Danielle Leneck, certify that on November 12, 2025, I caused the foregoing MOTION FOR LEAVE TO WITHDRAW APPEARANCE OF DANIELLE LENECK to be filed with the Clerk of the Court and served upon all counsel of record via the Court's CM/ECF system.

Dated: November 12, 2025

                                                     */s/ Danielle Leneck*
                                                   Danielle Leneck