# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| **In re: PARAQUAT PRODUCTS LIABILITY LITIGATION** | Case No. 3:21-md-3004-NJR |
| | MDL No. 3004 |
| **This Document Relates to All Cases** | |

### ORDER APPOINTING LIEN RESOLUTION ADMINISTRATOR AND QUALIFIED PROTECTIVE ORDER

**ROSENSTENGEL, District Judge:**

Pending before the Court is Plaintiffs' unopposed Motion to Appoint a Lien Resolution Administrator and for a Qualified Protective Order (Doc. 5772). The Court **GRANTS** this motion and **ORDERS** as follows:

1. The Court appoints Med Lien Solutions ("Med Lien") as the Lien Resolution Administrator ("LRA") for all claimants subject to the signed, confidential Settlement Agreement dated August 4, 2025 (hereafter "Claimants"). As the LRA, Med Lien shall have the authority to act on behalf of all Plaintiff Law Firms and all Claimants they represent for the purposes of identifying, administering, and resolving all health insurance liens, reimbursement claims, and related obligations arising out of or relating to the covered Claims or Actions.

2. This Qualified Protective Order shall apply specifically to Med Lien to serve as agent to all Plaintiff Law Firms representing Claimants (hereafter "Individual Counsel") to perform certain functions related to Claimants' health insurance reimbursement claims and/or liens.

3. This Qualified Protective Order vests Med Lien with: (1) the authority to act

as agent for Individual Counsel for the benefit of all Claimants in the above captioned action for purposes of claim and/or lien identification and resolution; (2) the authority to receive and release protected health information and individually identifiable health information related to Claimants represented by Individual Counsel; and (3) the authority to resolve potential recovery claims related to Claimants represented by Individual Counsel for medical items, services, and/or prescription drugs with Governmental Payers,[1] Medicare Part C and/or Part D Program sponsors, and/or Other Payers/Providers, including private health plans whether insured or self-funded (collectively, "Payers") arising out of or relating to the covered Claims or Actions.

4.   In addition to the duties and functions described above, Med Lien is hereby authorized to provide to, and receive from, Payers lists of Claimants represented by Individual Counsel, and related information, which identifies those Payers that have or may have asserted against such Claimants a lien, claim, or right of subrogation, indemnity, reimbursement, conditional or other payments, or interest of any type for injury-related medical items, services, and/or prescription drugs paid on their behalf.

5.   Med Lien is further authorized to identify and resolve potential recovery claims related to Claimants represented by Individual Counsel for medical items, services, and/or prescription drugs with all entities defined as Payers herein by means necessary, as determined by Med Lien including, but not limited to, mass data submissions with Payers

---

[1] Governmental Payers means any federal, state or other governmental body, agency, department, plan, program, or entity that administers, funds, pays, contracts for, or provides medical items, services, and/or prescription drugs. These include, but are not limited to, the Centers for Medicare and Medicaid Services ("CMS"), the Medicare Secondary Payer Department, the Medicaid programs of each state and territory and of the District of Columbia (each a "Medicaid Agency"), Veteran's Administration, TRICARE, and Indian Health Services.

designed to identify healthcare coverage and related claims itemizations for Claimants, requesting information from relevant parties and accessing internet based healthcare coverage information sources including, but not limited to, www.cob.cms.hhs.gov/MSPRP/.

6. This Qualified Protective Order shall apply to the use of all information related to Claimants represented by Individual Counsel that Med Lien creates, provides to, or receives from Payers that is or may be protected under the Health Insurance Portability and Accountability Act of 1996 ("HIPAA") and its amendments,[2] or other applicable federal or state laws, including all Protected Health Information, as defined in 45 C.F.R. §160.103[3] and 42 C.F.R. Part 2. Med Lien is specifically authorized to provide to and receive from CMS, individual Medicaid Agencies, and all other entities defined as Payers herein, lists of Claimants and related information, in lieu of providing copies of individual HIPAA authorizations and information on a Claimant-by-Claimant basis.

**IT IS SO ORDERED.**

DATED:   **January 30, 2026**

_____
**NANCY J. ROSENSTENGEL**
**United States District Judge**

---

[2] HIPAA shall mean the administrative simplification provisions of the Health Insurance Portability and Accountability Act of 1996, Pub. L. No. 104-191, 110 Stat. 1936 (1996) and the implementing regulations issued thereunder, 45 C.F.R. Parts 160, 162, and 164, and shall incorporate by reference the provisions of the Health Information Technology for Economic and Clinical Health Act (Title XIII of Division A and Title IV of Division B of the American Recovery and Reinvestment Act of 2009, Pub. L. No. 111-5 (2009)).

[3] This includes demographic information that could be used to identify Medicare-eligible and/or Medicaid-enrolled claimants, information related to Settling Claimants' eligibility for and entitlement to benefits under the Medicare Program and Medicaid Program and information related to health care services rendered, including the payment of such services.