IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| In re: PARAQUAT PRODUCTS LIABILITY LITIGATION<br><br>This Document Relates to All Cases. | Case No. 3:21-md-3004-NJR<br><br>MDL No. 3004 |

CASE MANAGEMENT ORDER NO. 23
RELATING TO VOLUNTARY DISMISSALS

**ROSENSTENGEL, District Judge:**

This Case Management Order ("CMO") applies to (i) all Plaintiffs alleging claims against Syngenta Crop Protection LLC, Syngenta AG, and/or Chevron U.S.A. Inc. (collectively, "Defendants") who have cases pending against Defendants as of the date this CMO is entered and (2) all Plaintiffs with cases alleging claims against any Defendants that are newly filed in, removed to, or transferred to this multi-district litigation ("MDL") after the entry of this CMO.

Rule 41(a)(1) of the Federal Rules of Civil Procedure permits voluntary dismissal by a plaintiff without a Court order only by filing (1) a notice of dismissal before an "opposing party serves either an answer or a motion for summary judgment;" or (2) "a stipulation of dismissal signed by all parties who have appeared." FED. R. CIV. P. 41(a)(1)(A). Rule 41(a)(2) states that, except as provided in Rule 41(a)(1), an action may be dismissed at the plaintiff's request only by court order, on terms that the court considers proper. FED. R. CIV. P. 41(a)(2).

On February 2, 2026, Defendants moved for partial summary judgment on all failure-to-warn claims in pending cases. (Doc. 5776). Accordingly, pursuant to Rule 41(a), any Plaintiff seeking voluntary dismissal must do so by joint stipulation between the parties that have appeared or by Order of this Court.

**IT IS SO ORDERED.**

**DATED: February 11, 2026**

_____
**NANCY J. ROSENSTENGEL**
**United States District Judge**