**IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS**

| | |
|---|---|
| **In re: PARAQUAT PRODUCTS LIABILITY LITIGATION** | **Case No. 3:21-md-3004-NJR** |
| | **MDL No. 3004** |
| **This Document Relates to All Cases.** | |

## CASE MANAGEMENT ORDER NO. 24
## PROVIDING SPECIAL MASTER WITH ACCESS
## TO INFORMATION CONCERNING MDL SETTLEMENT

**ROSENSTENGEL, District Judge:**

On September 3, 2025, Co-Lead Plaintiffs' Counsel and Defendants executed a Master Settlement Agreement for Certain Individual Claims and Actions Involving Paraquat Products (the "Settlement"). Consistent with Case Management Order No. 4 (Doc. 182), the Settlement tasked Special Master Randi Ellis with various responsibilities related to Settlement administration and determinations concerning Settlement qualification and eligibility. Since that time, this Court has been in communication with the parties and Special Master Ellis concerning the status of the Settlement.

After hearing from all parties, the Court **ORDERS** as follows:

1. Plaintiffs' retained settlement administrator(s) shall provide Special Master Ellis with the following information **no later than April 20, 2026**:

   a. The names of the plaintiffs that did not qualify for the settlement criteria, the firms representing each plaintiff, the reason the plaintiff did not qualify, and the information reviewed to determine that the plaintiff did not qualify.

   b. The names of the eligible cases that have either opted out or indicated an intent to do so, the firms representing each plaintiff,

each plaintiff's assigned settlement matrix tier and settlement offer, and the information reviewed to determine each plaintiff's assigned settlement matrix tier and settlement offer.

c.  The names of the eligible cases that have neither opted in nor opted out, the firms representing each plaintiff, each plaintiff's assigned settlement matrix tier and settlement offer, and the information reviewed to determine each plaintiff's assigned settlement matrix tier and settlement offer.

d.  The total dollar amounts that have been allocated to the eligible cases (i) that have opted in; (ii) that have either opted out or indicated an intent to do so; and (iii) that have neither opted in nor opted out.

2.      Once the above materials have been received and reviewed, Special Master Ellis shall meet with each plaintiff who opted out of the Settlement or has not opted in or opted out—or, at Special Master Ellis's discretion, with plaintiff's counsel—to ensure that the plaintiff is making an informed decision and understands his or her rights and obligations should the plaintiff choose not to participate in the Settlement.

3.      Special Master Ellis will provide a progress report to the Court within **90 days** of this Order.

**IT IS SO ORDERED.**

**DATED:  April 8, 2026**

_____
**NANCY J. ROSENSTENGEL**
**United States District Judge**