IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| **In re: PARAQUAT PRODUCTS LIABILITY LITIGATION**<br><br>**This Document Relates to All Cases** | **Case No. 3:21-md-3004-NJR**<br><br>**MDL No. 3004** |

# CASE MANAGEMENT ORDER NO. 26
# RELATING TO NON-PARTICIPATING SMITH LAW FIRM CASES

**ROSENSTENGEL, District Judge:**

This Case Management Order ("CMO") applies to (i) all Plaintiffs represented by the Smith Law Firm, PLLC, alleging personal injury and related claim(s) against Syngenta Crop Protection, LLC, Syngenta AG, (collectively, the "Syngenta Defendants") and/or Chevron U.S.A. Inc. (individually, "Chevron") (collectively, the "Defendants") in this litigation; (ii) who received offers pursuant to the Master Settlement Agreement ("Settlement") entered between Plaintiffs' Leadership Counsel and the Defendants on August 4, 2025; and that (iii) chose not to participate in the Settlement program and thus have declined their offers. Plaintiffs meeting these criteria are referred to as "Non-Participating Smith Firm Plaintiffs."

On June 12, 2026, this Court entered CMO 25, requiring plaintiffs who are eligible for, but choose not to participate in, the Settlement to provide certain information regarding their claims. *See* Doc. 5851. In that Order, the Court noted that it would set deadlines for complying with CMO 25 at a future date. *See id.* § III.

The Court hereby **ORDERS** that the items required by Section I of CMO 25 shall

be produced by Non-Participating Smith Firm Plaintiffs no later than **30 days** from the date of this CMO, except that expert reports shall be produced no later than **60 days** after the date of this CMO.

**IT IS SO ORDERED.**

**DATED: October 6, 2026**

**NANCY J. ROSENSTENGEL**
**United States District Judge**