# Exhibit A

| **Plaintiff** | **Plaintiff's Counsel** | **Case Number** | **PAQ Due Date (CMO 10, § III(2))** | **Notice of Overdue PAQ (CMO 10, § VI(1))** | **Second Notice of Overdue PAQ** | **Request for Special Master Review (CMO 10, § VI(2))** |
|---|---|---|---|---|---|---|
| Justiss, William | Pulaski Kherkher PLLC | 3:23-pq-02463 | 8/16/2023 | 8/18/2023 | 9/22/2023 | 9/29/2023 |
| Lara, Joel Nino | Pulaski Kherkher PLLC | 3:25-pq-00434 | 4/30/2025 | 5/2/2025 | 6/27/2025 | 7/7/2025 |
| Denning, Bobby Dale | Pulaski Kherkher PLLC | 3:25-pq-00435 | 4/30/2025 | 5/2/2025 | 6/27/2025 | 7/7/2025 |
| Vick, Gary | Pulaski Kherkher PLLC | 3:25-pq-00440 | 4/30/2025 | 5/2/2025 | 6/27/2025 | 7/7/2025 |
| Goff, Richard | Pulaski Kherkher PLLC | 3:25-pq-00444 | 4/30/2025 | 5/2/2025 | 6/27/2025 | 7/7/2025 |
| Carlson, Leroy | Pulaski Kherkher PLLC | 3:25-pq-00445 | 4/30/2025 | 5/2/2025 | 6/27/2025 | 7/7/2025 |
| Williams, Tim | Pulaski Kherkher PLLC | 3:25-pq-00446 | 4/30/2025 | 5/2/2025 | 6/27/2025 | 7/7/2025 |
| Nelson, Karen | Pulaski Kherkher PLLC | 3:25-pq-00447 | 4/30/2025 | 5/2/2025 | 6/27/2025 | 7/7/2025 |
| Leiva, Jose Marcos | Pulaski Kherkher PLLC | 3:25-pq-00448 | 4/30/2025 | 5/2/2025 | 6/27/2025 | 7/7/2025 |
| Gregory, Stephen E. | Pulaski Kherkher PLLC | 3:25-pq-00462 | 5/1/2025 | 5/2/2025 | 6/27/2025 | 7/7/2025 |
| Garrison, James | Pulaski Kherkher PLLC | 3:25-pq-00464 | 5/1/2025 | 5/2/2025 | 6/27/2025 | 7/7/2025 |
| Fountain, Edward | Pulaski Kherkher PLLC | 3:25-pq-00465 | 5/1/2025 | 5/2/2025 | 6/27/2025 | 7/7/2025 |
| Pearl, Larry | Pulaski Kherkher PLLC | 3:25-pq-00471 | 5/1/2025 | 5/2/2025 | 6/27/2025 | 7/7/2025 |
| Brown, William | Pulaski Kherkher PLLC | 3:25-pq-00474 | 5/1/2025 | 5/2/2025 | 6/27/2025 | 7/7/2025 |
| Dombrowski, Dorothy | Pulaski Kherkher PLLC | 3:25-pq-00477 | 5/1/2025 | 5/2/2025 | 6/27/2025 | 7/7/2025 |
| Homelius, Richard | Pulaski Kherkher PLLC | 3:25-pq-00478 | 5/1/2025 | 5/2/2025 | 6/27/2025 | 7/7/2025 |
| Lanier, Joyce | Pulaski Kherkher PLLC | 3:25-pq-00567 | 5/16/2025 | 5/23/2025 | 7/7/2025 | 7/11/2025 |
| Smith, John | Pulaski Kherkher PLLC | 3:25-pq-00570 | 5/16/2025 | 5/23/2025 | 7/7/2025 | 7/11/2025 |
| Walston, James | Pulaski Kherkher PLLC | 3:25-pq-00571 | 5/16/2025 | 5/23/2025 | 7/7/2025 | 7/11/2025 |
| Glidden, Yancey | Pulaski Kherkher PLLC | 3:25-pq-00574 | 5/16/2025 | 5/23/2025 | 7/7/2025 | 7/11/2025 |
| Longee, Nicholas J. | Pulaski Kherkher PLLC | 3:25-pq-00576 | 5/16/2025 | 5/23/2025 | 7/7/2025 | 7/11/2025 |

| Plaintiff | Plaintiff's Counsel | Case Number | PAQ Due Date (CMO 10, § III(2)) | Notice of Overdue PAQ (CMO 10, § VI(1)) | Second Notice of Overdue PAQ | Request for Special Master Review (CMO 10, § VI(2)) |
|---|---|---|---|---|---|---|
| Hurst, Judy | Pulaski Kherkher PLLC | 3:25-pq-00579 | 5/16/2025 | 5/23/2025 | 7/7/2025 | 7/11/2025 |
| Karus, Anthony W.R. | Pulaski Kherkher PLLC | 3:25-pq-00583 | 5/16/2025 | 5/23/2025 | 7/7/2025 | 7/11/2025 |
| Morgan, Kenneth | Pulaski Kherkher PLLC | 3:25-pq-00585 | 5/16/2025 | 5/23/2025 | 7/7/2025 | 7/11/2025 |
| Trevino Sr., Richard | Pulaski Kherkher PLLC | 3:25-pq-00588 | 5/16/2025 | 5/23/2025 | 7/7/2025 | 7/11/2025 |
| Bailey, Robert | Pulaski Kherkher PLLC | 3:25-pq-00589 | 5/16/2025 | 5/23/2025 | 7/7/2025 | 7/11/2025 |
| Goines, Louella A. | Pulaski Kherkher PLLC | 3:25-pq-00591 | 5/16/2025 | 5/23/2025 | 7/7/2025 | 7/11/2025 |
| Boyd, Henry | Pulaski Kherkher PLLC | 3:25-pq-00595 | 5/16/2025 | 5/23/2025 | 7/7/2025 | 7/11/2025 |
| Cox, James | Pulaski Kherkher PLLC | 3:25-pq-00596 | 5/16/2025 | 5/23/2025 | 7/7/2025 | 7/11/2025 |
| Naeger, Leon | Pulaski Kherkher PLLC | 3:25-pq-00598 | 5/16/2025 | 5/23/2025 | 7/7/2025 | 7/11/2025 |
| Wolfenberger, Brad | Pulaski Kherkher PLLC | 3:25-pq-00612 | 5/16/2025 | 5/23/2025 | 7/7/2025 | 7/11/2025 |
| Wright, Janet | Pulaski Kherkher PLLC | 3:25-pq-00613 | 5/16/2025 | 5/23/2025 | 7/7/2025 | 7/11/2025 |
| Zmierski, Michael | Pulaski Kherkher PLLC | 3:25-pq-00615 | 5/16/2025 | 5/23/2025 | 7/7/2025 | 7/11/2025 |
| Hausner, James | Pulaski Kherkher PLLC | 3:25-pq-00616 | 5/16/2025 | 5/23/2025 | 7/7/2025 | 7/11/2025 |
| Benson, Bennett | Pulaski Kherkher PLLC | 3:25-pq-00619 | 5/16/2025 | 5/23/2025 | 7/7/2025 | 7/11/2025 |
| Matthews, Charles | Pulaski Kherkher PLLC | 3:25-pq-00625 | 5/17/2025 | 5/23/2025 | 7/7/2025 | 7/11/2025 |
| Sloan, Dennis | Pulaski Kherkher PLLC | 3:25-pq-00627 | 5/17/2025 | 5/23/2025 | 7/7/2025 | 7/11/2025 |
| Crawell, James | Pulaski Kherkher PLLC | 3:25-pq-00628 | 5/17/2025 | 5/23/2025 | 7/7/2025 | 7/11/2025 |
| Huff, Sherry | Pulaski Kherkher PLLC | 3:25-pq-00633 | 5/17/2025 | 5/23/2025 | 7/7/2025 | 7/11/2025 |
| Naquin, Warren | Pulaski Kherkher PLLC | 3:25-pq-00634 | 5/17/2025 | 5/23/2025 | 7/7/2025 | 7/11/2025 |
| Lawrenz, David | Pulaski Kherkher PLLC | 3:25-pq-00637 | 5/17/2025 | 5/23/2025 | 7/7/2025 | 7/11/2025 |
| Day, Robert | Pulaski Kherkher PLLC | 3:25-pq-00642 | 5/17/2025 | 5/23/2025 | 7/7/2025 | 7/11/2025 |
| Dock, Michael | Pulaski Kherkher PLLC | 3:25-pq-00645 | 5/17/2025 | 5/23/2025 | 7/7/2025 | 7/11/2025 |

| Plaintiff | Plaintiff's Counsel | Case Number | PAQ Due Date (CMO 10, § III(2)) | Notice of Overdue PAQ (CMO 10, § VI(1)) | Second Notice of Overdue PAQ | Request for Special Master Review (CMO 10, § VI(2)) |
|---|---|---|---|---|---|---|
| Nelson, William | Pulaski Kherkher PLLC | 3:25-pq-00647 | 5/17/2025 | 5/23/2025 | 7/7/2025 | 7/11/2025 |
| Paulbee, Gary | Pulaski Kherkher PLLC | 3:25-pq-00648 | 5/17/2025 | 5/23/2025 | 7/7/2025 | 7/11/2025 |
| Hostler, Andrew P. | Pulaski Kherkher PLLC | 3:25-pq-00651 | 5/17/2025 | 5/23/2025 | 7/7/2025 | 7/11/2025 |
| Childers, James | Pulaski Kherkher PLLC | 3:25-pq-00749 | 5/31/2025 | 6/27/2025 | 7/28/2025 | 8/1/2025 |
| Adams, Janie | Pulaski Kherkher PLLC | 3:25-pq-00752 | 5/31/2025 | 6/27/2025 | 7/28/2025 | 8/1/2025 |
| Vieth, James | Pulaski Kherkher PLLC | 3:25-pq-00753 | 5/31/2025 | 6/27/2025 | 7/28/2025 | 8/1/2025 |
| Mattix, Roger | Pulaski Kherkher PLLC | 3:25-pq-00754 | 5/31/2025 | 6/27/2025 | 7/28/2025 | 8/1/2025 |
| Davis, Gary | Pulaski Kherkher PLLC | 3:25-pq-00781 | 5/31/2025 | 6/27/2025 | 7/28/2025 | 8/1/2025 |
| Davis, Reed | Pulaski Kherkher PLLC | 3:25-pq-00756 | 5/31/2025 | 6/27/2025 | 7/28/2025 | 8/1/2025 |
| Shannon, Michael | Pulaski Kherkher PLLC | 3:25-pq-00762 | 5/31/2025 | 6/27/2025 | 7/28/2025 | 8/1/2025 |
| Moore, Garry | Pulaski Kherkher PLLC | 3:25-pq-00763 | 5/31/2025 | 6/27/2025 | 7/28/2025 | 8/1/2025 |
| Lee, Mary | Pulaski Kherkher PLLC | 3:25-pq-00764 | 5/31/2025 | 6/27/2025 | 7/28/2025 | 8/1/2025 |
| Tanner, Patricia | Pulaski Kherkher PLLC | 3:25-pq-00765 | 5/31/2025 | 6/27/2025 | 7/28/2025 | 8/1/2025 |
| Seifrit, Jim | Pulaski Kherkher PLLC | 3:25-pq-00770 | 5/31/2025 | 6/27/2025 | 7/28/2025 | 8/1/2025 |
| Beddingfield, Cynthia | Pulaski Kherkher PLLC | 3:25-pq-00779 | 5/31/2025 | 6/27/2025 | 7/28/2025 | 8/1/2025 |
| Mangan, Michael | Pulaski Kherkher PLLC | 3:25-pq-00783 | 5/31/2025 | 6/27/2025 | 7/28/2025 | 8/1/2025 |
| Hjulberg, Lance | Pulaski Kherkher PLLC | 3:25-pq-00785 | 5/31/2025 | 6/27/2025 | 7/28/2025 | 8/1/2025 |
| Wentz, Beverly | Pulaski Kherkher PLLC | 3:25-pq-00786 | 5/31/2025 | 6/27/2025 | 7/28/2025 | 8/1/2025 |
| Gaudio, Alfredo | Pulaski Kherkher PLLC | 3:25-pq-00788 | 5/31/2025 | 6/27/2025 | 7/28/2025 | 8/1/2025 |
| Hurt, Larry | Pulaski Kherkher PLLC | 3:25-pq-00790 | 6/1/2025 | 6/27/2025 | 7/28/2025 | 8/1/2025 |
| Matteson, Skip | Pulaski Kherkher PLLC | 3:25-pq-00791 | 6/1/2025 | 6/27/2025 | 7/28/2025 | 8/1/2025 |
| Rodriguez, Julio | Pulaski Kherkher PLLC | 3:25-pq-00796 | 6/1/2025 | 6/27/2025 | 7/28/2025 | 8/1/2025 |

| Plaintiff | Plaintiff's Counsel | Case Number | PAQ Due Date (CMO 10, § III(2)) | Notice of Overdue PAQ (CMO 10, § VI(1)) | Second Notice of Overdue PAQ | Request for Special Master Review (CMO 10, § VI(2)) |
|---|---|---|---|---|---|---|
| Ceja, Juan | Pulaski Kherkher PLLC | 3:25-pq-00797 | 6/1/2025 | 6/27/2025 | 7/28/2025 | 8/1/2025 |
| Busito, Rosemarie | Pulaski Kherkher PLLC | 3:25-pq-00798 | 6/1/2025 | 6/27/2025 | 7/28/2025 | 8/1/2025 |
| Murray, Ellen | Pulaski Kherkher PLLC | 3:25-pq-00799 | 6/1/2025 | 6/27/2025 | 7/28/2025 | 8/1/2025 |
| Schoening, James | Pulaski Kherkher PLLC | 3:25-pq-00806 | 6/1/2025 | 6/27/2025 | 7/28/2025 | 8/1/2025 |
| Read, Gary | Pulaski Kherkher PLLC | 3:25-pq-00809 | 6/1/2025 | 6/27/2025 | 7/28/2025 | 8/1/2025 |
| McCormick, Chris | Pulaski Kherkher PLLC | 3:25-pq-00811 | 6/1/2025 | 6/27/2025 | 7/28/2025 | 8/1/2025 |
| Elliott, Roger | Pulaski Kherkher PLLC | 3:25-pq-00816 | 6/1/2025 | 6/27/2025 | 7/28/2025 | 8/1/2025 |
| Donald, Rory | Pulaski Kherkher PLLC | 3:25-pq-00817 | 6/1/2025 | 6/27/2025 | 7/28/2025 | 8/1/2025 |
| Burrola, Enoch | Pulaski Kherkher PLLC | 3:25-pq-00818 | 6/1/2025 | 6/27/2025 | 7/28/2025 | 8/1/2025 |
| Thomas, Jerry | Pulaski Kherkher PLLC | 3:25-pq-00819 | 6/1/2025 | 6/27/2025 | 7/28/2025 | 8/1/2025 |
| Turner, Paul | Pulaski Kherkher PLLC | 3:25-pq-00820 | 6/1/2025 | 6/27/2025 | 7/28/2025 | 8/1/2025 |
| Ewing, George | Pulaski Kherkher PLLC | 3:25-pq-00821 | 6/1/2025 | 6/27/2025 | 7/28/2025 | 8/1/2025 |
| Bouvette, Charles | Pulaski Kherkher PLLC | 3:25-pq-00824 | 6/1/2025 | 6/27/2025 | 7/28/2025 | 8/1/2025 |
| Reed, Steve | Pulaski Kherkher PLLC | 3:25-pq-00827 | 6/1/2025 | 6/27/2025 | 7/28/2025 | 8/1/2025 |
| Jamison, Russell | Pulaski Kherkher PLLC | 3:25-pq-00832 | 6/1/2025 | 6/27/2025 | 7/28/2025 | 8/1/2025 |
| Willis, John | Pulaski Kherkher PLLC | 3:25-pq-00833 | 6/1/2025 | 6/27/2025 | 7/28/2025 | 8/1/2025 |
| Moss, Walter | Pulaski Kherkher PLLC | 3:25-pq-00834 | 6/1/2025 | 6/27/2025 | 7/28/2025 | 8/1/2025 |
| Kruck, John | Pulaski Kherkher PLLC | 3:25-pq-00835 | 6/1/2025 | 6/27/2025 | 7/28/2025 | 8/1/2025 |
| Percopo, Shirley | Pulaski Kherkher PLLC | 3:25-pq-00838 | 6/1/2025 | 6/27/2025 | 7/28/2025 | 8/1/2025 |
| Haase, Joice | Pulaski Kherkher PLLC | 3:25-pq-00839 | 6/1/2025 | 6/27/2025 | 7/28/2025 | 8/1/2025 |
| Chavez, Gabino | Pulaski Kherkher PLLC | 3:25-pq-00840 | 6/1/2025 | 6/27/2025 | 7/28/2025 | 8/1/2025 |
| Rivera, Evelio | Pulaski Kherkher PLLC | 3:25-pq-01433 | 8/23/2025 | 8/25/2025 | 9/26/2025 | 10/4/2025 |

| Plaintiff | Plaintiff's Counsel | Case Number | PAQ Due Date (CMO 10, § III(2)) | Notice of Overdue PAQ (CMO 10, § VI(1)) | Second Notice of Overdue PAQ | Request for Special Master Review (CMO 10, § VI(2)) |
|---|---|---|---|---|---|---|
| Wilson, James | Pulaski Kherkher PLLC | 3:25-pq-01436 | 8/23/2025 | 8/25/2025 | 9/26/2025 | 10/4/2025 |
| Ferrier, Kenneth | Pulaski Kherkher PLLC | 3:25-pq-01439 | 8/23/2025 | 8/25/2025 | 9/26/2025 | 10/4/2025 |
| Gurke, Scott | Pulaski Kherkher PLLC | 3:25-pq-01440 | 8/23/2025 | 8/25/2025 | 9/26/2025 | 10/4/2025 |
| Reynosa, Roberto | Pulaski Kherkher PLLC | 3:25-pq-01442 | 8/23/2025 | 8/25/2025 | 9/26/2025 | 10/4/2025 |
| Brewer, Thomas | Pulaski Kherkher PLLC | 3:25-pq-01443 | 8/23/2025 | 8/25/2025 | 9/26/2025 | 10/4/2025 |
| Spooner, John | Pulaski Kherkher PLLC | 3:25-pq-01445 | 8/23/2025 | 8/25/2025 | 9/26/2025 | 10/4/2025 |
| Collier, John | Pulaski Kherkher PLLC | 3:25-pq-01447 | 8/23/2025 | 8/25/2025 | 9/26/2025 | 10/4/2025 |
| Sweet, George | Pulaski Kherkher PLLC | 3:25-pq-01449 | 8/23/2025 | 8/25/2025 | 9/26/2025 | 10/4/2025 |
| Griffin, Judy | Pulaski Kherkher PLLC | 3:25-pq-01450 | 8/23/2025 | 8/25/2025 | 9/26/2025 | 10/4/2025 |
| Greenwood, Elaine | Pulaski Kherkher PLLC | 3:25-pq-01452 | 8/23/2025 | 8/25/2025 | 9/26/2025 | 10/4/2025 |
| Desantis, Margaret | Pulaski Kherkher PLLC | 3:25-pq-01456 | 8/24/2025 | 8/25/2025 | 9/26/2025 | 10/4/2025 |
| Abarca, Audias Aguirre | Pulaski Kherkher PLLC | 3:25-pq-01457 | 8/24/2025 | 8/25/2025 | 9/26/2025 | 10/4/2025 |
| Cochran, Madelyn | Pulaski Kherkher PLLC | 3:25-pq-01458 | 8/24/2025 | 8/25/2025 | 9/26/2025 | 10/4/2025 |
| Shields, Erica | Pulaski Kherkher PLLC | 3:25-pq-01462 | 8/24/2025 | 8/25/2025 | 9/26/2025 | 10/4/2025 |
| Martinez, Raul | Pulaski Kherkher PLLC | 3:25-pq-01463 | 8/24/2025 | 8/25/2025 | 9/26/2025 | 10/4/2025 |
| Dunn, Joseph | Pulaski Kherkher PLLC | 3:25-pq-01464 | 8/24/2025 | 8/25/2025 | 9/26/2025 | 10/4/2025 |
| Moore, David | Pulaski Kherkher PLLC | 3:25-pq-01467 | 8/24/2025 | 8/25/2025 | 9/26/2025 | 10/4/2025 |
| Sade, Douglas | Pulaski Kherkher PLLC | 3:25-pq-01468 | 8/24/2025 | 8/25/2025 | 9/26/2025 | 10/4/2025 |
| Hughes, Melody | Pulaski Kherkher PLLC | 3:25-pq-01470 | 8/24/2025 | 8/25/2025 | 9/26/2025 | 10/4/2025 |
| Houlton, Charles | Pulaski Kherkher PLLC | 3:25-pq-01471 | 8/24/2025 | 8/25/2025 | 9/26/2025 | 10/4/2025 |
| Derby, Sharon | Pulaski Kherkher PLLC | 3:25-pq-01472 | 8/24/2025 | 8/25/2025 | 9/26/2025 | 10/4/2025 |

| Plaintiff | Plaintiff's Counsel | Case Number | PAQ Due Date (CMO 10, § III(2)) | Notice of Overdue PAQ (CMO 10, § VI(1)) | Second Notice of Overdue PAQ | Request for Special Master Review (CMO 10, § VI(2)) |
|---|---|---|---|---|---|---|
| Vasquez, Connie | Pulaski Kherkher PLLC | 3:25-pq-01485 | 8/27/2025 | 9/9/2025 | 10/10/2025 | 10/17/2025 |
| Tilton, Nancy | Pulaski Kherkher PLLC | 3:25-pq-01487 | 8/27/2025 | 9/9/2025 | 10/10/2025 | 10/17/2025 |
| Johnson, Brian | Pulaski Kherkher PLLC | 3:25-pq-01488 | 8/27/2025 | 9/9/2025 | 10/10/2025 | 10/17/2025 |
| Stotsky, David | Pulaski Kherkher PLLC | 3:25-pq-01489 | 8/27/2025 | 9/9/2025 | 10/10/2025 | 10/17/2025 |
| McDonald, John | Pulaski Kherkher PLLC | 3:25-pq-01490 | 8/27/2025 | 9/9/2025 | 10/10/2025 | 10/17/2025 |
| Stover, Patricia | Pulaski Kherkher PLLC | 3:25-pq-01491 | 8/27/2025 | 9/9/2025 | 10/10/2025 | 10/17/2025 |
| Fachin, Gary | Pulaski Kherkher PLLC | 3:25-pq-01496 | 8/27/2025 | 9/9/2025 | 10/10/2025 | 10/17/2025 |
| Welcher, Jerry | Pulaski Kherkher PLLC | 3:25-pq-01497 | 8/27/2025 | 9/9/2025 | 10/10/2025 | 10/17/2025 |
| Lewis, Larry | Pulaski Kherkher PLLC | 3:25-pq-01501 | 8/27/2025 | 9/9/2025 | 10/10/2025 | 10/17/2025 |
| Vaughn, Dorothy | Pulaski Kherkher PLLC | 3:25-pq-01504 | 8/27/2025 | 9/9/2025 | 10/10/2025 | 10/17/2025 |
| Murphy, George | Pulaski Kherkher PLLC | 3:25-pq-01566 | 9/10/2025 | 9/19/2025 | 10/26/2025 | 11/2/2025 |
| Wiles, William | Pulaski Kherkher PLLC | 3:25-pq-01563 | 9/10/2025 | 9/19/2025 | 10/26/2025 | 11/2/2025 |
| Shaffer, Clifford | Pulaski Kherkher PLLC | 3:25-pq-01732 | 10/5/2025 | 10/10/2025 | 11/16/2025 | 11/28/2025 |
| Linder, Stanley | Pulaski Kherkher PLLC | 3:25-pq-01733 | 10/5/2025 | 10/10/2025 | 11/16/2025 | 11/28/2025 |
| Parsley, Viola | Pulaski Kherkher PLLC | 3:25-pq-01734 | 10/5/2025 | 10/10/2025 | 11/16/2025 | 11/28/2025 |
| Strunk, Robbin | Pulaski Kherkher PLLC | 3:25-pq-01735 | 10/5/2025 | 10/10/2025 | 11/16/2025 | 11/28/2025 |
| Houston, Donna | Pulaski Kherkher PLLC | 3:25-pq-01736 | 10/5/2025 | 10/10/2025 | 11/16/2025 | 11/28/2025 |
| Wonders, William | Pulaski Kherkher PLLC | 3:25-pq-01737 | 10/5/2025 | 10/10/2025 | 11/16/2025 | 11/28/2025 |
| Wicker, Calvin | Pulaski Kherkher PLLC | 3:25-pq-01738 | 10/5/2025 | 10/10/2025 | 11/16/2025 | 11/28/2025 |
| Hinton, Prentis M. | Pulaski Kherkher PLLC | 3:25-pq-01739 | 10/8/2025 | 10/10/2025 | 11/16/2025 | 11/28/2025 |
| Gaines, Michael E. | Pulaski Kherkher PLLC | 3:25-pq-01740 | 10/8/2025 | 10/10/2025 | 11/16/2025 | 11/28/2025 |
| Sanborn, Robert | Pulaski Kherkher PLLC | 3:25-pq-01742 | 10/8/2025 | 10/10/2025 | 11/16/2025 | 11/28/2025 |

| **Plaintiff** | **Plaintiff's Counsel** | **Case Number** | **PAQ Due Date (CMO 10, § III(2))** | **Notice of Overdue PAQ (CMO 10, § VI(1))** | **Second Notice of Overdue PAQ** | **Request for Special Master Review (CMO 10, § VI(2))** |
|---|---|---|---|---|---|---|
| Harrison, Kimberly | Pulaski Kherkher PLLC | 3:25-pq-01743 | 10/8/2025 | 10/10/2025 | 11/16/2025 | 11/28/2025 |
| Sims, Marcel | Pulaski Kherkher PLLC | 3:25-pq-01748 | 10/8/2025 | 10/10/2025 | 11/16/2025 | 11/28/2025 |
| Johnson, Michael | Pulaski Kherkher PLLC | 3:25-pq-01768 | 10/15/2025 | 10/17/2025 | 11/28/2025 | 12/14/2025 |
| Gruhlke, Steve | Pulaski Kherkher PLLC | 3:25-pq-01770 | 10/15/2025 | 10/17/2025 | 11/28/2025 | 12/14/2025 |
| Johnson, Ralph | Pulaski Kherkher PLLC | 3:25-pq-01771 | 10/15/2025 | 10/17/2025 | 11/28/2025 | 12/14/2025 |
| Rylka, Gary | Pulaski Kherkher PLLC | 3:25-pq-01772 | 10/15/2025 | 10/17/2025 | 11/28/2025 | 12/14/2025 |
| Brown, Joseph | Pulaski Kherkher PLLC | 3:25-pq-01773 | 10/15/2025 | 10/17/2025 | 11/28/2025 | 12/14/2025 |
| Difalco, Brian | Pulaski Kherkher PLLC | 3:25-pq-01774 | 10/15/2025 | 10/17/2025 | 11/28/2025 | 12/14/2025 |
| Tiggs, Frank | Pulaski Kherkher PLLC | 3:25-pq-01777 | 10/15/2025 | 10/17/2025 | 11/28/2025 | 12/14/2025 |
| Brown, Daleron | Pulaski Kherkher PLLC | 3:25-pq-01778 | 10/15/2025 | 10/17/2025 | 11/28/2025 | 12/14/2025 |
| Wicker, Maurice | Pulaski Kherkher PLLC | 3:25-pq-01780 | 10/15/2025 | 10/17/2025 | 11/28/2025 | 12/14/2025 |
| Birdsong, Anthony | Pulaski Kherkher PLLC | 3:25-pq-01781 | 10/15/2025 | 10/17/2025 | 11/28/2025 | 12/14/2025 |
| Jackson, Wilbart | Pulaski Kherkher PLLC | 3:25-pq-01782 | 10/15/2025 | 10/17/2025 | 11/28/2025 | 12/14/2025 |
| Wonzer, Kiantia | Pulaski Kherkher PLLC | 3:25-pq-01783 | 10/15/2025 | 10/17/2025 | 11/28/2025 | 12/14/2025 |
| Cawley, William | Pulaski Kherkher PLLC | 3:25-pq-01785 | 10/15/2025 | 10/17/2025 | 11/28/2025 | 12/14/2025 |
| Layman, Terry | Pulaski Kherkher PLLC | 3:25-pq-01786 | 10/15/2025 | 10/17/2025 | 11/28/2025 | 12/14/2025 |
| Herran, Luisa | Pulaski Kherkher PLLC | 3:25-pq-01893 | 11/9/2025 | 11/16/2025 | 12/21/2025 | 1/4/2026 |
| Caldwell, Mary Ann | Pulaski Kherkher PLLC | 3:25-pq-01894 | 11/9/2025 | 11/16/2025 | 12/21/2025 | 1/4/2026 |
| Wiesenhutter, Walter | Pulaski Kherkher PLLC | 3:25-pq-01895 | 11/9/2025 | 11/16/2025 | 12/21/2025 | 1/4/2026 |
| Yonker, John | Pulaski Kherkher PLLC | 3:25-pq-01896 | 11/13/2025 | 11/16/2025 | 12/21/2025 | 1/4/2026 |
| Horn, Lowell | Pulaski Kherkher PLLC | 3:26-pq-00037 | 2/13/2026 | 2/22/2026 | 4/10/2026 | 4/17/2026 |
| Amman, Philip | Pulaski Kherkher PLLC | 3:26-pq-00138 | 3/11/2026 | 4/10/2026 | 6/7/2026 | 6/26/2026 |

| Plaintiff | Plaintiff's Counsel | Case Number | PAQ Due Date (CMO 10, § III(2)) | Notice of Overdue PAQ (CMO 10, § VI(1)) | Second Notice of Overdue PAQ | Request for Special Master Review (CMO 10, § VI(2)) |
|---|---|---|---|---|---|---|
| Sasser, Hershel | Pulaski Kherkher PLLC | 3:26-pq-00139 | 3/11/2026 | 4/10/2026 | 6/7/2026 | 6/26/2026 |
| Fitzsimons, Patrick | Pulaski Kherkher PLLC | 3:26-pq-00140 | 3/11/2026 | 4/10/2026 | 6/7/2026 | 6/26/2026 |
| Klovstad, Lyle | Pulaski Kherkher PLLC | 3:26-pq-00141 | 3/11/2026 | 4/10/2026 | 6/7/2026 | 6/26/2026 |
| Konnagan, Gary | Pulaski Kherkher PLLC | 3:26-pq-00142 | 3/11/2026 | 4/10/2026 | 6/7/2026 | 6/26/2026 |
| Rosselli, George | Pulaski Kherkher PLLC | 3:26-pq-00274 | 4/12/2026 | 4/17/2026 | 6/7/2026 | 6/26/2026 |
| Zanella, Joseph | Pulaski Kherkher PLLC | 3:26-pq-00275 | 4/12/2026 | 4/17/2026 | 6/7/2026 | 6/26/2026 |
| Clemons, Michael, individually and as special representative of the estate of Naomi Clemons | Pulaski Kherkher PLLC | 3:26-pq-00277 | 4/12/2026 | 4/17/2026 | 6/7/2026 | 6/26/2026 |
| Meeker, Bobby | Pulaski Kherkher PLLC | 3:26-pq-00278 | 4/12/2026 | 4/17/2026 | 6/7/2026 | 6/26/2026 |
| Sims, Emma | Pulaski Kherkher PLLC | 3:26-pq-00279 | 4/12/2026 | 4/17/2026 | 6/7/2026 | 6/26/2026 |
| Cook, Robert | Pulaski Kherkher PLLC | 3:26-pq-00280 | 4/12/2026 | 4/17/2026 | 6/7/2026 | 6/26/2026 |
| Velasquez, Edward | Pulaski Kherkher PLLC | 3:26-pq-00308 | 4/19/2026 | 6/7/2026 | 7/24/2026 | 8/7/2026 |
| Wilkins, Jay | Pulaski Kherkher PLLC | 3:26-pq-00310 | 4/19/2026 | 6/7/2026 | 7/24/2026 | 8/7/2026 |
| Kerker, James | Pulaski Kherkher PLLC | 3:26-pq-00368 | 5/3/2026 | 6/7/2026 | 7/24/2026 | 8/7/2026 |
| Sanders, Betty | Pulaski Kherkher PLLC | 3:26-pq-00367 | 5/3/2026 | 6/7/2026 | 7/24/2026 | 8/7/2026 |
| Collazo, David | Pulaski Kherkher PLLC | 3:26-pq-00426 | 5/3/2026 | 6/7/2026 | 7/24/2026 | 8/7/2026 |
| Gaddy, Carrie | Pulaski Kherkher PLLC | 3:26-pq-00427 | 5/3/2026 | 6/7/2026 | 7/24/2026 | 8/7/2026 |
| Maness, Randy | Pulaski Kherkher PLLC | 3:26-pq-00431 | 5/3/2026 | 6/7/2026 | 7/24/2026 | 8/7/2026 |
| Wade, Timothy W. | Pulaski Kherkher PLLC | 3:26-pq-00432 | 5/3/2026 | 6/7/2026 | 7/24/2026 | 8/7/2026 |
| Cox, Daniel | Pulaski Kherkher PLLC | 3:26-pq-00433 | 5/3/2026 | 6/7/2026 | 7/24/2026 | 8/7/2026 |

| Plaintiff | Plaintiff's Counsel | Case Number | PAQ Due Date (CMO 10, § III(2)) | Notice of Overdue PAQ (CMO 10, § VI(1)) | Second Notice of Overdue PAQ | Request for Special Master Review (CMO 10, § VI(2)) |
|---|---|---|---|---|---|---|
| Reece, Jack | Pulaski Kherkher PLLC | 3:26-pq-00498 | 5/20/2026 | 6/7/2026 | 7/24/2026 | 8/7/2026 |
| Turner, Beverly, individually and as representative of the estate of Harry Turner | Pulaski Kherkher PLLC | 3:26-pq-00558 | 5/30/2026 | 6/7/2026 | 7/24/2026 | 8/7/2026 |
| Gurule, Marcell | Pulaski Kherkher PLLC | 3:26-pq-00568 | 6/3/2026 | 6/7/2026 | 7/24/2026 | 8/7/2026 |
| Esther, James | Pulaski Kherkher PLLC | 3:26-pq-00569 | 6/3/2026 | 6/7/2026 | 7/24/2026 | 8/7/2026 |
| Herrera, Elizabeth | Pulaski Kherkher PLLC | 3:26-pq-00570 | 6/3/2026 | 6/7/2026 | 7/24/2026 | 8/7/2026 |
| Guzman, Wilfredo | Pulaski Kherkher PLLC | 3:26-pq-00572 | 6/3/2026 | 6/7/2026 | 7/24/2026 | 8/7/2026 |
| Smith, Joseph | Pulaski Kherkher PLLC | 3:26-pq-00573 | 6/3/2026 | 6/7/2026 | 7/24/2026 | 8/7/2026 |
| Hemingway, Anna Mae | Pulaski Kherkher PLLC | 3:26-pq-00576 | 6/3/2026 | 6/7/2026 | 7/24/2026 | 8/7/2026 |
| Williams, Keith | Pulaski Kherkher PLLC | 3:26-pq-00577 | 6/3/2026 | 6/7/2026 | 7/24/2026 | 8/7/2026 |
| Guerrette, Sheri | Pulaski Kherkher PLLC | 3:26-pq-00615 | 6/7/2026 | 6/26/2026 | 8/7/2026 | 8/31/2026 |
| Sanchez, Gwendal | Pulaski Kherkher PLLC | 3:26-pq-00604 | 6/6/2026 | 6/26/2026 | N/A | 10/14/2026 |
| Coll, Robert J. | Pulaski Kherkher PLLC | 3:26-pq-00606 | 6/7/2026 | 6/26/2026 | N/A | 10/14/2026 |
| Pearson, Dustin | Pulaski Kherkher PLLC | 3:26-pq-00607 | 6/7/2026 | 6/26/2026 | N/A | 10/14/2026 |
| Hoehn, Rona | Pulaski Kherkher PLLC | 3:26-pq-00608 | 6/7/2026 | 6/26/2026 | N/A | 10/14/2026 |
| Lorenson, Derek | Pulaski Kherkher PLLC | 3:26-pq-00610 | 6/7/2026 | 6/26/2026 | N/A | 10/14/2026 |
| Cheyney, Jolene | Pulaski Kherkher PLLC | 3:26-pq-00612 | 6/7/2026 | 6/26/2026 | N/A | 10/14/2026 |
| Hinnant, Palm | Pulaski Kherkher PLLC | 3:26-pq-00663 | 6/17/2026 | 6/26/2026 | N/A | 10/14/2026 |
| Strum, Richard | Pulaski Kherkher PLLC | 3:26-pq-00665 | 6/17/2026 | 6/26/2026 | N/A | 10/14/2026 |
| Beqiraj, Dragush | Pulaski Kherkher PLLC | 3:26-pq-00667 | 6/17/2026 | 6/26/2026 | N/A | 10/14/2026 |

| **Plaintiff** | **Plaintiff's Counsel** | **Case Number** | **PAQ Due Date (CMO 10, § III(2))** | **Notice of Overdue PAQ (CMO 10, § VI(1))** | **Second Notice of Overdue PAQ** | **Request for Special Master Review (CMO 10, § VI(2))** |
|---|---|---|---|---|---|---|
| Rideout, Willie | Pulaski Kherkher PLLC | 3:26-pq-00666 | 6/17/2026 | 6/26/2026 | N/A | 10/14/2026 |
| Settlemyre, Mark | Pulaski Kherkher PLLC | 3:26-pq-00767 | 7/1/2026 | 8/7/2026 | N/A | 10/14/2026 |
| Dickens, Ivan | Pulaski Kherkher PLLC | 3:26-pq-00770 | 7/1/2026 | 8/7/2026 | N/A | 10/14/2026 |
| Inabinet, Phyllis | Pulaski Kherkher PLLC | 3:26-pq-00772 | 7/1/2026 | 8/7/2026 | N/A | 10/14/2026 |
| Kubiak, Michael | Pulaski Kherkher PLLC | 3:26-pq-00844 | 7/12/2026 | 8/7/2026 | N/A | 10/14/2026 |