**IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS**

| | |
|---|---|
| **In re: PARAQUAT PRODUCTS LIABILITY LITIGATION**<br><br>**This Document Relates to All Cases** | **Case No. 3:21-MD-3004-NJR**<br><br>**MDL No. 3004** |

**PLAINTIFFS' MOTION TO APPROVE CLAIMS ADMINISTRATOR AND CLAIMS PROCESSOR AND TO APPOINT SETTLEMENT OVERSIGHT COMMITTEE**

Plaintiffs in these consolidated proceedings move for Court approval of the Claims Administrator and Claims Processor and for appointment of a Plaintiffs' Settlement Oversight Committee to facilitate, with oversight by the Special Master, settlement administration processes.

1. MDL Plaintiffs' Co-Lead Counsel, as appointed by the MDL Court most recently in CMO 22, and Defendants have entered into a Settlement Agreement that, subject to certain conditions and acceptance by individual Plaintiffs, will resolve certain Claims or Actions against Defendants related to the development of Parkinson's disease allegedly resulting from Claimants' exposure to Paraquat Products. The agreement has been memorialized in a signed, confidential Settlement Agreement dated August 4, 2025 (the "Settlement Agreement").

2. Section I of the Settlement Agreement defines the Claims Administrator as an independent third party, selected by MDL Plaintiffs' Co-Lead Counsel and agreed to by Defendants, who will direct the processing of Claim Form Submissions and Individual Settlement Offers as set forth in the Agreement. The Claims Administrator will review any challenges to Individual Settlement Offers and provide a final, non-appealable decision.

3. Plaintiffs respectfully request that the Court approve the Honorable Christopher E. Lawler (Ret.) to serve as the Claims Administrator as contemplated in the Settlement Agreement.

Judge Lawler serves as a Neutral for ADR Systems. See https://www.adrsystems.com/neutral/hon-christopher-e-lawler-ret/ (last visited Nov. 3, 2026).

4. Plaintiffs respectfully request that the Court approve BrownGreer PLC ("BrownGreer") to process Claim Form Submissions and Individual Settlement Offers as directed by the Claims Administrator as contemplated by the Settlement Agreement. This Court previously appointed BrownGreer to serve as the QSF Administrator (see Doc. 5788).

5. In order to help facilitate the claims process, assist Judge Lawler and BrownGreer, and communicate with Special Master Randi Ellis, Plaintiffs respectfully request that the Court appoint a Settlement Oversight Committee consisting of Plaintiffs' Leadership members: Khaldoun A. Baghdadi, Sarah Shoemake Doles, Peter Flowers, and R. Eric Kennedy. Plaintiffs further request that while these appointments be of a personal nature, the committee members may be assisted by other attorneys in their respective law firms.

6. The requested appointments are consistent with the terms of the Settlement Agreement and do not modify or diminish the responsibilities of the Special Master under the terms as agreed by the Parties.

7. Defendants do not object to Plaintiffs' Motion to Approve Claims Administrator and Claims Processor and to Appoint Settlement Oversight Committee.

Dated: November 16, 2026

Respectfully submitted,

**PLAINTIFFS' CO-LEAD COUNSEL**

/s/ *Sarah Shoemake Doles*
Sarah Shoemake Doles
LEVIN, PAPANTONIO, PROCTOR, BUCHANAN, O'BRIEN, BARR & MOUGEY, P.A.
316 South Baylen Street, Suite 600
Pensacola, FL 32502
Telephone: (850) 435-7011
sdoles@levinlaw.com

Khaldoun A. Baghdadi
WALKUP, MELODIA, KELLY & SCHOENBERGER
650 California Street, 26th Floor
San Francisco, CA 94108
Telephone: (415) 981-7210
kbaghdadi@walkuplawoffice.com

Peter J. Flowers
MEYERS & FLOWERS, LLC
225 West Wacker Drive, Suite 1515
Chicago, IL 60606
Telephone: (630) 232-6333
pjf@meyers-flowers.com

**CERTIFICATE OF SERVICE**

I hereby certify that on November 16, 2026, I electronically filed the foregoing with the Clerk of Court using the CM/ECF system, which will send electronic notification of such filing to counsel of record.

/s/ *Sarah Shoemake Doles*
Sarah Shoemake Doles