**IN THE UNITED STATES DISTRICT COURT**
**FOR THE SOUTHERN DISTRICT OF ILLINOIS**

| | |
|---|---|
| **In re: PARAQUAT PRODUCTS LIABILITY LITIGATION** | **Case No. 3:21-md-3004-NJR** |
| **This Document Relates to All Cases.** | **MDL No. 3004** |

# ORDER TO SHOW CAUSE

**ROSENSTENGEL, District Judge:**

The undersigned has issued various orders directed to Plaintiffs who received offers pursuant to the Master Settlement Agreement ("Settlement") but chose not to participate in the Settlement program. *See, e.g.,* Docs. 5833, 5834, 5851, 5897, 5909. The Court now issues this Order to Show Cause directed to all Plaintiffs who are eligible for the Settlement program, but who did not qualify for a settlement offer, as identified in Appendix A.

Each Plaintiff identified in Appendix A is hereby **ORDERED TO SHOW CAUSE**, no later than **November 30, 2026**, why their case should not be dismissed with prejudice. Through counsel of record, each Plaintiff must make a sufficient showing as to why Plaintiff and their counsel have a good-faith basis to allege that the Plaintiff was exposed to paraquat (as opposed to some other agricultural chemical) and has Parkinson's disease (as opposed to some other health condition). Each Plaintiff's filing shall be made in their individual member case—not on the Master Docket—and should be supported by documentary evidence as appropriate.

The case of any Plaintiff who fails to respond as ordered above will be dismissed with prejudice. For Plaintiffs who do respond, the Court will evaluate the response and issue a further order in that member case indicating whether the case should be dismissed with prejudice, dismissed without prejudice, or remain pending on the docket. The Court's review is separate and apart from, and does not modify, determinations made under the Settlement Program criteria and/or the rules that have been uniformly applied.

Any dismissals without prejudice will be conditioned on the case being refiled, if at all, in this district court.

**IT IS SO ORDERED.**

**DATED: November 16, 2026**

**NANCY J. ROSENSTENGEL**
**United States District Judge**