In re: PARAQUAT PRODUCTS LIABILITY LITIGATION, Case No. 3:21-md-3004-NJR, MDL No. 3004

Order to Show Cause - Appendix A

| PRQ Case ID | Claimant Name | Case Number |
|---|---|---|
| PRQ0234 | Robert Richmond | 3:21-pq-00644 |
| PRQ0276 | Jack Porobil | 3:21-pq-00872 |
| PRQ3335 | Michael Williams | 22-pq-03109 |
| PRQ5690 | Conrad Micari | 23-pq-03840 |
| PRQ5691 | Justin Pitts | 23-pq-03847 |
| PRQ5164 | Ernest Maglich | 23-pq-2424 |
| PRQ0221 | Ellis Pratt | 3:21-cv-00406 |
| PRQ0627 | Ralph Mcgaughey | 3:21-cv-01758 |
| PRQ1968 | Gary Jasper | 3:22-pq-01293 |
| PRQ6473 | James Johnson | 3:24-pq-00585 |
| PRQ6481 | Kenneth Dillenbeck | 3:24-pq-00606 |
| PRQ5509 | Jean R Olson | 3:23-pq-02528 |
| PRQ2491 | David Cooper | 3:23-pq-02517 |
| PRQ2495 | Dennis Harris | 3:24-pq-00629 |
| PRQ4063 | Dennis Sellers | 3:23-pq-01310 |
| PRQ0205 | Paul E Nichols | 3:21-pq-00652 |
| PRQ0139 | Forrest Lovelady | 3:21-pq-00704 |
| PRQ0206 | Ralph Rouw | 3:21-pq-00743 |
| PRQ0322 | Kathern Causey | 3:21-pq-00790 |
| PRQ0403 | Albertus Barber | 3:21-pq-00830 |
| PRQ0384 | Cheno R Taylor | 3:21-pq-00945 |
| PRQ0389 | Rhonda Hesse | 3:21-pq-00965 |
| PRQ0363 | Jay Dorschner | 3:21-pq-01095 |
| PRQ0345 | Raymond Shapiro | 3:21-pq-01287 |
| PRQ0385 | Harry Sparks | 3:21-pq-01323 |
| PRQ0566 | Brett Mullin | 3:21-pq-01530 |
| PRQ0554 | Edward Holland | 3:21-pq-01763 |
| PRQ0570 | Frederick Hand | 3:21-pq-01783 |
| PRQ0398 | Clinton Sordelet | 3:21-pq-1334 |
| PRQ0572 | Robert Schoeneman Jr. | 3:21-pq-1702 |
| PRQ0397 | Sandra Smith | 3:21-pq-937 |
| PRQ1484 | Sharon Smith | 3:22-pq-974 |
| PRQ0662 | Matthew Fulkerson | 3:22-pq-00012 |
| PRQ1040 | Hassell Halcomb | 3:22-pq-00097 |
| PRQ0632 | Robert Glunt | 3:22-pq-00143 |
| PRQ1047 | Dorothy Laws | 3:22-pq-00167 |
| PRQ0777 | Mark A Comeaux | 3:22-pq-00179 |
| PRQ1205 | Brian King | 3:22-pq-00235 |
| PRQ0953 | Denise Taylor | 3:22-pq-00278 |
| PRQ1110 | Darryl Ketchum | 3:22-pq-00377 |
| PRQ0789 | James Adams | 3:22-pq-00386 |

| | | |
|---|---|---|
| PRQ0783 | Lisa Hart | 3:22-pq-00403 |
| PRQ0776 | Quinton Jones | 3:22-pq-00405 |
| PRQ0961 | Phillip Gay | 3:22-pq-00412 |
| PRQ1303 | Lester Davis | 3:22-pq-00551 |
| PRQ1005 | Robert Bealmear | 3:22-pq-00559 |
| PRQ0987 | Brenda Sadler | 3:22-pq-00564 |
| PRQ1545 | Ewell Bordelon | 3:22-pq-00889 |
| PRQ1640 | Earl Hoskins | 3:22-pq-00940 |
| PRQ1516 | Robin Ives | 3:22-pq-01121 |
| PRQ1587 | Leroy Hieb | 3:22-pq-01130 |
| PRQ1566 | Ronald Butler | 3:22-pq-01134 |
| PRQ1896 | Steve Walker | 3:22-pq-01206 |
| PRQ1682 | Greg Davis | 3:22-PQ-01257 |
| PRQ1961 | Loretta Muncy | 3:22-pq-01307 |
| PRQ1166 | Andrew Eble | 3:22-pq-01415 |
| PRQ1709 | Ray Monroe | 3:22-pq-01465 |
| PRQ1690 | Bruce Wilcox | 3:22-pq-01512 |
| PRQ1892 | Milford Reine | 3:22-pq-01531 |
| PRQ1910 | Errol Girouard, Jr. | 3:22-pq-01563 |
| PRQ2220 | Portia Ivey | 3:22-pq-01564 |
| PRQ2333 | Tony Filippone | 3:22-pq-01580 |
| PRQ1841 | James Ulmer | 3:22-pq-01606 |
| PRQ1945 | Nancy Hart | 3:22-pq-01645 |
| PRQ1997 | Joseph Bakley | 3:22-pq-01703 |
| PRQ1553 | Douglas M Adams | 3:22-pq-01714 |
| PRQ2004 | Keith E Williams | 3:22-pq-01736 |
| PRQ1905 | Daniel Solomon | 3:22-pq-01746 |
| PRQ2232 | Kathleen Mcculla | 3:22-pq-01749 |
| PRQ2388 | Thomas Jones | 3:22-pq-01828 |
| PRQ2234 | Marshall Taylor | 3:22-pq-02036 |
| PRQ2395 | Ricky Barber | 3:22-pq-02042 |
| PRQ2286 | Boyd Doyle | 3:22-pq-02056 |
| PRQ2391 | Winda Phillips | 3:22-pq-02118 |
| PRQ2358 | Camille Martin | 3:22-pq-02136 |
| PRQ2469 | Thomas Walsh | 3:22-pq-02157 |
| PRQ2473 | Guido Bondioli | 3:22-pq-02197 |
| PRQ2427 | James Strange | 3:22-pq-02198 |
| PRQ2445 | Rodger Ryans | 3:22-pq-02216 |
| PRQ2443 | Brandon Willis | 3:22-pq-02217 |
| PRQ2440 | Todd Rodriguez | 3:22-pq-02229 |
| PRQ2486 | Sally Swift | 3:22-pq-02246 |
| PRQ2533 | Sylvia Currie | 3:22-pq-02271 |
| PRQ2235 | Paul Provost | 3:22-pq-02286 |
| PRQ2725 | Leonard Martin | 3:22-pq-02325 |

| | | |
|---|---|---|
| PRQ2449 | Thomas Mann | 3:22-pq-02341 |
| PRQ2548 | William Wilson | 3:22-pq-02348 |
| PRQ2571 | Ronald Fulgium | 3:22-pq-02384 |
| PRQ2590 | Kerry Ellett | 3:22-pq-02424 |
| PRQ2901 | Michael Moss | 3:22-pq-02434 |
| PRQ2194 | Linda C Smith | 3:22-pq-02453 |
| PRQ3125 | Henry William Noha, III | 3:22-pq-02472 |
| PRQ2631 | Jonathon Arcemont | 3:22-pq-02481 |
| PRQ2749 | Perry Langley | 3:22-pq-02483 |
| PRQ2748 | Terry Sims | 3:22-pq-02486 |
| PRQ2622 | Chester Lemaster | 3:22-pq-02523 |
| PRQ2791 | Donnell Elkins | 3:22-pq-02530 |
| PRQ2707 | Henry Maddox III | 3:22-pq-02547 |
| PRQ2653 | Robert Stager | 3:22-pq-02568 |
| PRQ2919 | Keith Gonzales | 3:22-pq-02775 |
| PRQ4564 | Charles Jackson | 3:22-pq-02832 |
| PRQ2976 | Mechelle Mcknight | 3:22-pq-02833 |
| PRQ2698 | Darrell Viola | 3:22-pq-02871 |
| PRQ3098 | Paula Hurley | 3:22-pq-02901 |
| PRQ3066 | Willis Crowell | 3:22-pq-02953 |
| PRQ2989 | Jimmy Sanders | 3:22-pq-02954 |
| PRQ3047 | Lorenzo Henderson | 3:22-pq-02983 |
| PRQ2607 | John Smith | 3:22-pq-02991 |
| PRQ3305 | Terry Colson | 3:22-pq-03146 |
| PRQ3558 | Herman Matthews | 3:22-pq-03151 |
| PRQ1676 | Richard A Trampel | 3:22-pq-1406 |
| PRQ1739 | Willard Stein | 3:22-pq-1681 |
| PRQ2298 | Eward Pallas | 3:22-pq-1690 |
| PRQ0826 | Fred Pedro | 3:22-pq-172 |
| PRQ2024 | Robert Burnett | 3:22-pq-1760 |
| PRQ2060 | Henry Calder | 3:22-pq-2045 |
| PRQ2168 | Richard Mellott | 3:22-pq-2099 |
| PRQ2477 | Boston Jefferson | 3:22-pq-2298 |
| PRQ2511 | Stephen Johnson | 3:22-pq-2327 |
| PRQ2747 | Dallas Lee | 3:22-pq-2332 |
| PRQ2355 | George Dewhirst | 3:22-pq-2333 |
| PRQ6077 | Audrey Vires | 3:22-pq-2360 |
| PRQ2524 | Phil Carr | 3:22-pq-2361 |
| PRQ2614 | Timothy Hardin | 3:22-pq-2395 |
| PRQ2591 | James Borders | 3:22-pq-2425 |
| PRQ3860 | James Hines | 3:22-pq-2433 |
| PRQ2463 | Jess Mccall | 3:22-pq-2494 |
| PRQ2430 | Arthur Lee Neal, Sr. | 3:22-pq-2495 |
| PRQ2552 | George Peaks | 3:22-pq-2567 |

| | | |
|---|---|---|
| PRQ2712 | Ned Robinson Jr. | 3:22-pq-2631 |
| PRQ3127 | Charles Dyson | 3:22-pq-2681 |
| PRQ2709 | William Tankersley | 3:22-pq-2693 |
| PRQ2872 | Sandra Schneider | 3:22-pq-2865 |
| PRQ2978 | Linda Carlson | 3:22-pq-2945 |
| PRQ2947 | Joseph Counts | 3:22-pq-3025 |
| PRQ3269 | Ted Abdon | 3:22-pq-3079 |
| PRQ3082 | Zachary Mallory | 3:22-pq-3081 |
| PRQ3656 | Jojo Holden | 3:22-pq-3141 |
| PRQ1100 | Deborah Reaper | 3:22-pq-532 |
| PRQ1099 | Robert J Quinn | 3:22-pq-607 |
| PRQ1120 | Michael Ramage | 3:22-pq-609 |
| PRQ1186 | Mary Kay Clark | 3:22-pq-719 |
| PRQ1302 | Leslie Brunet | 3:22-pq-799 |
| PRQ4591 | Brenda Chanley | 3:23-cv-01135 |
| PRQ5527 | Denzil Haynes | 3:23-cv-03458 |
| PRQ3104 | Louise Lewis | 3:23-pq-00031 |
| PRQ3074 | Steven E Yarbrough | 3:23-pq-00038 |
| PRQ2983 | John E Burton | 3:23-pq-00083 |
| PRQ3214 | James Lawson | 3:23-pq-00246 |
| PRQ3215 | John Patrick | 3:23-pq-00249 |
| PRQ2409 | Ronald Stone | 3:23-pq-00269 |
| PRQ3632 | Ricardo Cerna | 3:23-pq-00272 |
| PRQ3522 | Michael B Marlette | 3:23-pq-00274 |
| PRQ3585 | Billy Darren Potmesil | 3:23-pq-00281 |
| PRQ3283 | Jeffrey Fagan | 3:23-pq-00284 |
| PRQ3675 | Raymond Mace | 3:23-pq-00306 |
| PRQ3592 | Wilma Jean Veldhuizen | 3:23-pq-00313 |
| PRQ3547 | Dennis Burt | 3:23-pq-00317 |
| PRQ4131 | Steven Scharlach | 3:23-pq-00538 |
| PRQ3242 | Ophelia Torralba | 3:23-pq-00630 |
| PRQ3754 | Robert Price | 3:23-pq-00668 |
| PRQ3118 | Bennie Ralph | 3:23-pq-00675 |
| PRQ3806 | Randall Vincent | 3:23-pq-00750 |
| PRQ4134 | Daniel Frey | 3:23-pq-00765 |
| PRQ4322 | Fedrick Stovell | 3:23-pq-00836 |
| PRQ3861 | Walter Gandia Torres | 3:23-pq-00966 |
| PRQ3342 | Jeffrey Severson | 3:23-pq-00995 |
| PRQ4587 | Clyde Fogler | 3:23-pq-01141 |
| PRQ2386 | James Fleckenstein | 3:23-pq-01160 |
| PRQ4320 | Lonnie Best | 3:23-pq-01231 |
| PRQ4382 | David West | 3:23-pq-01472 |
| PRQ4412 | Cynthia A Mccoin | 3:23-pq-01516 |
| PRQ4299 | Jose A Montemayor | 3:23-pq-01545 |

| | | |
|---|---|---|
| PRQ4531 | James Allen Paschal | 3:23-pq-01660 |
| PRQ4490 | Earl T Brown | 3:23-pq-016902 |
| PRQ4568 | Sonja A Newcombe | 3:23-pq-01716 |
| PRQ4506 | Johnny Terry | 3:23-pq-01735 |
| PRQ4754 | Stanley Kott | 3:23-pq-01847 |
| PRQ4700 | Patsy Wells | 3:23-pq-01972 |
| PRQ5050 | Thomas Dunbar | 3:23-pq-01988 |
| PRQ4735 | Jerry Persinger | 3:23-pq-02017 |
| PRQ4826 | Alfredo Gutierrez | 3:23-pq-02102 |
| PRQ4795 | Bethel Kelly | 3:23-pq-02104 |
| PRQ4828 | Glenn C Lawrence | 3:23-pq-02105 |
| PRQ4831 | Jeannette Scott | 3:23-pq-02123 |
| PRQ1947 | Linda K Albin | 3:23-pq-02278 |
| PRQ5093 | Glendal E Steele | 3:23-pq-02399 |
| PRQ6148 | Stephen Glenn | 3:23-pq-02489 |
| PRQ6165 | Leo Twyman | 3:23-pq-02494 |
| PRQ5677 | Maria Concepcion Arvizu | 3:23-pq-02521 |
| PRQ5676 | James Simpson | 3:23-pq-02529 |
| PRQ5678 | Oscar Spells | 3:23-pq-02530 |
| PRQ5005 | Berry P Rice | 3:23-pq-02631 |
| PRQ5006 | Holly Alderink | 3:23-pq-02632 |
| PRQ5180 | Tracy J Sampson | 3:23-pq-02817 |
| PRQ5352 | Jacqueline Hardin | 3:23-pq-02837 |
| PRQ5055 | Nancy Knowles | 3:23-pq-02909 |
| PRQ5060 | Gary Benton | 3:23-pq-02924 |
| PRQ5116 | Dee Renner | 3:23-pq-03024 |
| PRQ5329 | Jon Lewis | 3:23-pq-03069 |
| PRQ5308 | Gary Freeland | 3:23-pq-03082 |
| PRQ5257 | Glenn E Cannon | 3:23-pq-03172 |
| PRQ5310 | Robert Angelone | 3:23-pq-03173 |
| PRQ3787 | Robert Bethea | 3:23-pq-03202 |
| PRQ5958 | Robert Bjerknes | 3:23-pq-03323 |
| PRQ6283 | Heraclio Ramirez | 3:23-pq-03325 |
| PRQ6838 | Humberto Cordova | 3:23-pq-03365 |
| PRQ5341 | Ernestine Watts | 3:23-pq-03373 |
| PRQ5346 | Kevin Carnes | 3:23-pq-03381 |
| PRQ5540 | Richard Anikanov | 3:23-pq-03430 |
| PRQ5521 | Juan R Medina | 3:23-pq-03433 |
| PRQ6122 | Donald Dent | 3:23-pq-03434 |
| PRQ6029 | Catherine Connor | 3:23-pq-03461 |
| PRQ6041 | Peter Lucky | 3:23-pq-03463 |
| PRQ1567 | Ronald A Drechsel | 3:23-pq-03504 |
| PRQ5550 | Jered Hoffpauir | 3:23-pq-03529 |
| PRQ5715 | Keister Wiley, Jr. | 3:23-pq-03576 |

**Order to Show Cause - Appendix A**

| | | |
|---|---|---|
| PRQ5729 | Sherry Q Ferguson | 3:23-pq-03599 |
| PRQ5460 | Dennis Zellmer | 3:23-pq-03621 |
| PRQ5481 | Freddie L Parker | 3:23-pq-03679 |
| PRQ3665 | Thelma L Beasley | 3:23-pq-03686 |
| PRQ5543 | George R Eubanks | 3:23-pq-03785 |
| PRQ5611 | James Fredericksen | 3:23-pq-03849 |
| PRQ5599 | Rebecca N Bennett | 3:23-pq-03883 |
| PRQ5600 | Douglas Bordenkircher | 3:23-pq-03884 |
| PRQ5620 | Mark Bain | 3:23-pq-03921 |
| PRQ5625 | Gregory N Keene | 3:23-pq-03925 |
| PRQ5627 | John Tiltges | 3:23-pq-03927 |
| PRQ5628 | Lucia Vitola | 3:23-pq-03928 |
| PRQ5737 | Ruth Brown | 3:23-pq-03933 |
| PRQ5633 | William Sullivan | 3:23-pq-03935 |
| PRQ5743 | Steve Baier | 3:23-pq-04007 |
| PRQ6811 | Elizabeth Barnes | 3:23-pq-04014 |
| PRQ5695 | Ann Manley | 3:23-pq-04030 |
| PRQ5778 | Larry Williams | 3:23-pq-04031 |
| PRQ3726 | Richard Snider | 3:23-pq-1048 |
| PRQ3839 | David Garcia | 3:23-pq-1064 |
| PRQ3944 | Cecilia Bortoni May | 3:23-pq-1183 |
| PRQ3945 | Charles R Mcfarland | 3:23-pq-1184 |
| PRQ4233 | Anne D Latham | 3:23-pq-1269 |
| PRQ4398 | Clarence Little | 3:23-pq-1287 |
| PRQ4341 | Howard Harvey | 3:23-pq-1361 |
| PRQ4449 | Michael Myre | 3:23-pq-1372 |
| PRQ5268 | John Mccoy | 3:23-pq-1556 |
| PRQ5196 | Pamela J Wix | 3:23-pq-1573 |
| PRQ4471 | Anthony Cardenas | 3:23-pq-1575 |
| PRQ4225 | John A Work | 3:23-pq-1581 |
| PRQ4570 | Christopher Michael Gunther | 3:23-pq-1740 |
| PRQ4615 | Kennedy Goodwin | 3:23-pq-1893 |
| PRQ6089 | Robert Lovett | 3:23-pq-1950 |
| PRQ4571 | Jose Gomez | 3:23-pq-1956 |
| PRQ4948 | Sonya Easters | 3:23-pq-2023 |
| PRQ4770 | Terry Poole | 3:23-pq-2026 |
| PRQ4773 | John Steiger | 3:23-pq-2041 |
| PRQ4772 | Patrick Rushing | 3:23-pq-2049 |
| PRQ4771 | Mark Swan | 3:23-pq-2051 |
| PRQ4850 | Joseph S Hilbish | 3:23-pq-2186 |
| PRQ4898 | Malcom Haley | 3:23-pq-2217 |
| PRQ4862 | Agustin Rincon | 3:23-pq-2223 |
| PRQ4932 | Gurdial S Grewal | 3:23-pq-2277 |

In re: PARAQUAT PRODUCTS LIABILITY LITIGATION, Case No. 3:21-md-3004-NJR, MDL No. 3004

Order to Show Cause - Appendix A

| | | |
|---|---|---|
| PRQ5051 | Carl Harris | 3:23-pq-2331 |
| PRQ6263 | Daniel Christophersen | 3:23-pq-2435 |
| PRQ6127 | Rafael Espinoza | 3:23-pq-2470 |
| PRQ4865 | David A Mitchell | 3:23-pq-2527 |
| PRQ5026 | Bryan Sattler | 3:23-pq-2564 |
| PRQ6288 | Steven Davis | 3:23-pq-2571 |
| PRQ5193 | Delia De Villarreal | 3:23-pq-2573 |
| PRQ5071 | Claude A Britt | 3:23-pq-2670 |
| PRQ5113 | Luis Eduardo Gonzalez Barba | 3:23-pq-2680 |
| PRQ5016 | Rodney Hardy | 3:23-pq-2709 |
| PRQ5017 | David L Spencer | 3:23-pq-2772 |
| PRQ6236 | Charles Campbell | 3:23-pq-2783 |
| PRQ6223 | William England | 3:23-pq-2880 |
| PRQ6216 | James May | 3:23-pq-2883 |
| PRQ3662 | Harry Rivera | 3:23-pq-301 |
| PRQ5336 | Joel Weatherford | 3:23-pq-3052 |
| PRQ6141 | Debra Klingensmith | 3:23-pq-3060 |
| PRQ5318 | Richard Hernandez | 3:23-pq-3124 |
| PRQ5231 | James Middleton | 3:23-pq-3174 |
| PRQ6279 | Odilon Reyna | 3:23-pq-3292 |
| PRQ5485 | David Nance | 3:23-pq-3415 |
| PRQ5843 | Robert Roberson | 3:23-pq-3523 |
| PRQ3285 | Howard Scott Meadows | 3:23-pq-356 |
| PRQ5674 | Gary Ball | 3:23-PQ-3827 |
| PRQ5607 | Curt Matthess | 3:23-pq-3852 |
| PRQ3369 | Don Ziegler | 3:23-pq-53 |
| PRQ3520 | Connie M Bradford | 3:23-pq-533 |
| PRQ3551 | Billy Ray Harris | 3:23-pq-650 |
| PRQ3852 | Robert Storey | 3:23-pq-734 |
| PRQ3854 | Fredrick J Connor, Jr. | 3:23-pq-798 |
| PRQ3707 | Fred W Hagel | 3:23-pq-885 |
| PRQ3715 | Clifford O Peters | 3:23-pq-901q |
| PRQ3823 | Timothy Flavin | 3:23-pq-903 |
| PRQ3996 | James Kelley | 3:23-pq-926 |
| PRQ3992 | John Fisher | 3:23-pq-928 |
| PRQ4086 | Christopher Small | 3:23-pq-945 |
| PRQ7891 | James Fortenberry | 3:24-cv-00024 |
| PRQ5821 | Sara Suchy | 3:24-pq-00019 |
| PRQ5921 | Donna Herrington | 3:24-pq-00123 |
| PRQ5956 | Kris Michalkiewicz | 3:24-pq-00201 |
| PRQ5976 | Sergio Alvarez | 3:24-pq-00219 |
| PRQ5845 | Gale Noblitt | 3:24-pq-00224 |
| PRQ5854 | Brittany Schurtz | 3:24-pq-00243 |

| | | |
|---|---|---|
| PRQ5864 | Mark Spell | 3:24-pq-00255 |
| PRQ5865 | Michael Land | 3:24-pq-00257 |
| PRQ5867 | Peter Mulligan | 3:24-pq-00258 |
| PRQ5872 | Allen Smith | 3:24-pq-00260 |
| PRQ5873 | Linda Rowell | 3:24-pq-00262 |
| PRQ5875 | James Shepherd | 3:24-pq-00272 |
| PRQ5876 | Griselda Cons | 3:24-pq-00273 |
| PRQ5879 | Mary Kaye Buser | 3:24-pq-00277 |
| PRQ5880 | Salvatore Mistretta | 3:24-pq-00278 |
| PRQ5883 | Max Hyatt | 3:24-pq-00282 |
| PRQ6768 | Kenneth Zeimet | 3:24-pq-00333 |
| PRQ5931 | Randy Hallowell | 3:24-pq-00354 |
| PRQ3835 | Minda L Vass | 3:24-pq-00359 |
| PRQ6764 | Paul Colletti | 3:24-pq-00399 |
| PRQ6707 | Gregory Maschak | 3:24-pq-00429 |
| PRQ6690 | Kathleen Hill | 3:24-pq-00460 |
| PRQ6702 | Stephen Gabler | 3:24-pq-00461 |
| PRQ6692 | Lina Mititeanu | 3:24-pq-00462 |
| PRQ6471 | Katrina Smith | 3:24-pq-00501 |
| PRQ6573 | Morris Whatley | 3:24-pq-00514 |
| PRQ6472 | Teresa Nelli | 3:24-pq-00522 |
| PRQ6443 | Scott E Huntley | 3:24-pq-00544 |
| PRQ5945 | Betty Dixon | 3:24-pq-00571 |
| PRQ3682 | Roderick E King | 3:24-pq-00589 |
| PRQ6478 | Larry Bidinian | 3:24-pq-00622 |
| PRQ6524 | Jean E Lute | 3:24-pq-00638 |
| PRQ6546 | Neil A Russell | 3:24-pq-00646 |
| PRQ6538 | Joel Serrano | 3:24-pq-00647 |
| PRQ6540 | Richard R Burns | 3:24-pq-00648 |
| PRQ6533 | Michael Caufield | 3:24-pq-00676 |
| PRQ6534 | Donald Williams | 3:24-pq-00679 |
| PRQ6393 | Priscilla Thompson | 3:24-pq-00773 |
| PRQ6822 | Sally Evilsizor | 3:24-pq-00825 |
| PRQ6814 | Joan Hall | 3:24-pq-00829 |
| PRQ6815 | Deborah Lane | 3:24-pq-00832 |
| PRQ6808 | Dennis Meeks | 3:24-pq-00854 |
| PRQ6830 | Kevin Goodman | 3:24-pq-00858 |
| PRQ6806 | Mary Maxwell | 3:24-pq-00859 |
| PRQ6492 | Gary Sharp | 3:24-pq-00872 |
| PRQ6682 | James Brewster | 3:24-pq-00881 |
| PRQ1629 | Rick Rothgeb | 3:24-pq-00884 |
| PRQ6681 | Jerry Johnson, Jr. | 3:24-pq-00887 |
| PRQ6680 | John Jackson | 3:24-pq-00888 |
| PRQ6653 | Johnny L Ferguson | 3:24-pq-00905 |

In re: PARAQUAT PRODUCTS LIABILITY LITIGATION, Case No. 3:21-md-3004-NJR, MDL No. 3004

Order to Show Cause - Appendix A

| | | |
|---|---|---|
| PRQ6945 | Willie Lawrence | 3:24-pq-00916 |
| PRQ6617 | Douglas J Mangan | 3:24-pq-00923 |
| PRQ6718 | Thelma Mayes | 3:24-pq-00926 |
| PRQ6567 | Linda S Miller | 3:24-pq-00945 |
| PRQ6720 | Mark Sullivan | 3:24-pq-00948 |
| PRQ6902 | Ruth Bruce | 3:24-pq-00952 |
| PRQ6741 | Linda Bryant | 3:24-pq-00954 |
| PRQ6662 | Marvin Weaver | 3:24-pq-00975 |
| PRQ6665 | Steven Reuveni | 3:24-pq-00988 |
| PRQ6648 | Timothy B Houseknecht | 3:24-pq-00990 |
| PRQ6651 | Donnie Masterson | 3:24-pq-01028 |
| PRQ6724 | Sondra Clark | 3:24-pq-01031 |
| PRQ6669 | Kathleen Burnham | 3:24-pq-01066 |
| PRQ6699 | Edward J Kacures | 3:24-pq-01127 |
| PRQ6847 | William Bruders | 3:24-pq-01180 |
| PRQ5245 | John W Culley | 3:24-pq-01235 |
| PRQ6889 | Sandra Lawson | 3:24-pq-01252 |
| PRQ6852 | Patrick H Denardo | 3:24-pq-01373 |
| PRQ6849 | Gwen R Vaughn | 3:24-pq-01374 |
| PRQ7076 | Michael Powers | 3:24-pq-01387 |
| PRQ6974 | Timothy Waller | 3:24-pq-01497 |
| PRQ6982 | Walter Cline | 3:24-pq-01511 |
| PRQ6932 | Richard Bertuzzi | 3:24-pq-01533 |
| PRQ6933 | Lisa L Cole | 3:24-pq-01534 |
| PRQ6948 | Gerald Hill | 3:24-pq-01580 |
| PRQ6949 | Emma Hill | 3:24-pq-01581 |
| PRQ6957 | Marina L Shelton | 3:24-pq-01601 |
| PRQ7293 | John Taylor | 3:24-pq-01606 |
| PRQ7097 | William Cook | 3:24-pq-01624 |
| PRQ7312 | Charles Landers | 3:24-pq-01630 |
| PRQ6970 | Timothy Williams | 3:24-pq-01648 |
| PRQ6984 | Timothy Arnett | 3:24-pq-01713 |
| PRQ7101 | Sandra Mccarter | 3:24-pq-01741 |
| PRQ7111 | Linda Coley | 3:24-pq-01742 |
| PRQ7109 | Luther Easter | 3:24-pq-0176 |
| PRQ7128 | Mark A Jensen | 3:24-pq-01861 |
| PRQ7331 | William Planes | 3:24-pq-01900 |
| PRQ7528 | James Browne | 3:24-pq-02317 |
| PRQ7488 | John Hoy | 3:24-pq-02372 |
| PRQ7469 | Richard Ainsworth | 3:24-pq-02383 |
| PRQ7471 | Andrew Durham | 3:24-pq-02385 |
| PRQ7475 | Hope Matas | 3:24-pq-02397 |
| PRQ7654 | Gary Andrews | 3:24-pq-02519 |
| PRQ7721 | Douglas W Roark | 3:24-pq-02541 |

| | | |
|---|---|---|
| PRQ7514 | Thomas Hatfield | 3:24-pq-02596 |
| PRQ7588 | Edward Jordan | 3:24-pq-02618 |
| PRQ7626 | William Boykin | 3:24-pq-02664 |
| PRQ7659 | Darlene Lisk | 3:24-pq-02708 |
| PRQ7558 | Michael W Powell | 3:24-pq-02724 |
| PRQ6638 | Lucille H Rice | 3:24-pq-1018 |
| PRQ6940 | Ronald Cloyd | 3:24-pq-1298 |
| PRQ6999 | Leroy Moore | 3:24-pq-1300 |
| PRQ6908 | Diane Perry | 3:24-pq-1302 |
| PRQ7048 | Pinkie Powell | 3:24-pq-1305 |
| PRQ6802 | Amos Joseph | 3:24-pq-1307 |
| PRQ7052 | Octaviano Riojas | 3:24-pq-1322 |
| PRQ7045 | Johnny Kirkland | 3:24-pq-1350 |
| PRQ7010 | Charles Wheatley | 3:24-pq-1355 |
| PRQ5801 | Marty D Dahl | 3:24-PQ-141 |
| PRQ7021 | Tyrone G Harris | 3:24-pq-1502 |
| PRQ6967 | Lynda Mather | 3:24-PQ-1508 |
| PRQ7025 | Gerald L Franklin | 3:24-pq-1571 |
| PRQ7065 | Johnny B Fleming | 3:24-pq-1573 |
| PRQ7067 | Dale N Wright | 3:24-pq-1585 |
| PRQ7031 | Sheila D Luther | 3:24-pq-1588 |
| PRQ7032 | Kenneth J Cooper | 3:24-pq-1667 |
| PRQ7028 | Freddrick A Anderson | 3:24-pq-1674 |
| PRQ7046 | Danny L Baugus | 3:24-pq-1675 |
| PRQ7063 | Vernon N Smith | 3:24-pq-1676 |
| PRQ7112 | Clifford Norman | 3:24-pq-1787 |
| PRQ7170 | Michael F Updegraff | 3:24-pq-1915 |
| PRQ7175 | Robert P Miller | 3:24-pq-1917 |
| PRQ7178 | Richard D St. Gelais | 3:24-pq-1918 |
| PRQ7154 | Hugh F Mckiski | 3:24-pq-1938 |
| PRQ7167 | Charlton L Batts | 3:24-pq-1940 |
| PRQ7176 | Wayne W Oswald | 3:24-pq-1945 |
| PRQ7211 | Ricky A Henson | 3:24-pq-1966 |
| PRQ7200 | Thomas M Evans | 3:24-pq-1977 |
| PRQ7190 | Phyllis S Owens | 3:24-pq-1981 |
| PRQ7194 | Joe A Geringer | 3:24-pq-1982 |
| PRQ7184 | John D Lane | 3:24-pq-1983 |
| PRQ7185 | Denny L Willson | 3:24-pq-1987 |
| PRQ7195 | Edward A Suit | 3:24-pq-1992 |
| PRQ7328 | Loyd C Gilbert | 3:24-pq-1995 |
| PRQ7217 | Robert K Turnipseed | 3:24-pq-2001 |
| PRQ7223 | Mark D Tankesly | 3:24-pq-2006 |
| PRQ7224 | Dara T Hayes | 3:24-pq-2008 |
| PRQ7227 | Keith S Burch | 3:24-pq-2012 |

| | | |
|---|---|---|
| PRQ7216 | Gary S Allen | 3:24-pq-2016 |
| PRQ7220 | Saul H Mata | 3:24-pq-2017 |
| PRQ7244 | Davey Locklear | 3:24-pq-2025 |
| PRQ7242 | Raynold Bowles | 3:24-pq-2026 |
| PRQ7247 | Kenny L Ramberg | 3:24-pq-2029 |
| PRQ7248 | Theresa E Sloan | 3:24-pq-2030 |
| PRQ7273 | Donald T Shirley | 3:24-pq-2080 |
| PRQ7272 | Willie J Hendrix | 3:24-pq-2084 |
| PRQ7267 | Francisco Castellanos | 3:24-pq-2086 |
| PRQ7263 | Frederick J Williams | 3:24-pq-2088 |
| PRQ7268 | Elmer J Griffin | 3:24-pq-2089 |
| PRQ7285 | Charron L Franklin | 3:24-pq-2103 |
| PRQ7283 | Jayonna M White | 3:24-pq-2104 |
| PRQ7290 | Michael F Argondizzo | 3:24-pq-2105 |
| PRQ7304 | Jerame J Edwards | 3:24-pq-2113 |
| PRQ7306 | Herbert R Dailey | 3:24-pq-2115 |
| PRQ7300 | Wc Williams | 3:24-pq-2117 |
| PRQ7361 | Arthur A Davis | 3:24-pq-2130 |
| PRQ5942 | Kenneth Byrd | 3:24-pq-237 |
| PRQ7621 | James Bolin | 3:24-pq-2548 |
| PRQ7635 | Gary Shaffer | 3:24-pq-2556 |
| PRQ7506 | Kimberly R Gordon-johnson | 3:24-pq-2597 |
| PRQ7507 | Richard M Lee | 3:24-pq-2605 |
| PRQ7513 | David M Callender | 3:24-pq-2609 |
| PRQ7689 | George Clarkson | 3:24-pq-2661 |
| PRQ7577 | Loel N Roberts | 3:24-pq-2675 |
| PRQ7547 | Lloyd Trathtenberg | 3:24-pq-2695 |
| PRQ7539 | Kevin S Jones | 3:24-pq-2698 |
| PRQ7562 | Rhonda L Wright | 3:24-pq-2729 |
| PRQ7565 | William F Taylor | 3:24-pq-2730 |
| PRQ7554 | Guy E Harris | 3:24-pq-2738 |
| PRQ7564 | Rafeal Dunn | 3:24-pq-2739 |
| PRQ7560 | Timothy R Smith | 3:24-pq-2743 |
| PRQ6374 | Milton Hitson | 3:24-pq-430 |
| PRQ6062 | Kelly Shirk | 3:24-pq-473 |
| PRQ6789 | Gerald Baxter | 3:24-pq-871 |
| PRQ6837 | Charnetta Pete | 3:24-pq-883 |
| PRQ6577 | Robert Glover | 3:24-pq-947 |
| PRQ5982 | Steven Williams | 3:24-pqp551 |
| PRQ7668 | Joe Fincher | 3:25-pq-00113 |
| PRQ7639 | John Wilson | 3:25-pq-00177 |
| PRQ7700 | Richard D Allen | 3:25-pq-00205 |
| PRQ7993 | Daniel C Stevens, Sr. | 3:25-pq-00207 |

**Order to Show Cause - Appendix A**

| | | |
|---|---|---|
| PRQ7710 | Lewis Nall | 3:25-pq-00227 |
| PRQ7725 | Robert Triantis | 3:25-pq-00372 |
| PRQ7785 | Charles Spathies | 3:25-pq-00524 |
| PRQ8379 | Kimberly Thompson | 3:25-pq-01481 |
| PRQ8378 | Larry Morrow | 3:25-pq-01483 |
| PRQ7667 | Miguel Lopez Jr | 3:25-pq-151 |
| PRQ7750 | William B Baker | 3:25-pq-432 |
| PRQ7779 | James P Vance | 3:25-pq-439 |
| PRQ7781 | Raymond T Marchman | 3:25-pq-441 |
| PRQ7740 | James Kurchner | 3:25-pq-442 |
| PRQ6298 | Edward Tarver | 3-24-pq-00436 |