**IN THE UNITED STATES DISTRICT COURT**
**FOR THE SOUTHERN DISTRICT OF ILLINOIS**

| | |
|---|---|
| **In re: PARAQUAT PRODUCTS LIABILITY LITIGATION**<br><br>**This Document Relates to All Cases.** | **Case No. 3:21-md-3004-NJR**<br><br>**MDL No. 3004** |

# ORDER APPROVING CLAIMS ADMINISTRATOR AND CLAIMS PROCESSOR AND APPOINTING SETTLEMENT OVERSIGHT COMMITTEE

**ROSENSTENGEL, District Judge:**

Having considered Plaintiffs' Motion to Approve Claims Administrator and Claims Processor and to Appoint Settlement Oversight Committee (Doc. 5919), the Court **GRANTS** the Motion and **ORDERS** as follows:

1. The Court approves the Honorable Christopher E. Lawler (Ret.) to serve as the Claims Administrator as contemplated in the Settlement Agreement.

2. The Court approves BrownGreer PLC to process Claim Form Submissions and Individual Settlement Offers as directed by the Claims Administrator and as contemplated in the Settlement Agreement.

3. The Court appoints a Settlement Oversight Committee consisting of Plaintiffs' Leadership members Khaldoun A. Baghdadi, Sarah Shoemake Doles, Peter Flowers, and R. Eric Kennedy. These appointments are of a personal nature; however, the committee members may be assisted by other attorneys in their respective law firms.

4. Nothing in this Order shall modify the responsibilities of the Special Master under the Settlement Agreement as agreed by the parties.

**IT IS SO ORDERED.**

**DATED: November 17, 2026**

Nancy J. Rosenstengel

**NANCY J. ROSENSTENGEL**
**United States District Judge**